IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE FLINTKOTE COMPANY and | ) | Case No. 04-11300 (JKF) |
| FLINTKOTE MINES LIMITED, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket Nos. 4428, 4970 |

**THIRD AMENDED ORDER GOVERNING DISCOVERY WITH
RESPECT TO CONFIRMATION OF AMENDED JOINT PLAN OF
REORGANIZATION (AS MODIFIED) IN RESPECT OF THE
FLINTKOTE COMPANY AND FLINTKOTE MINES LIMITED**

WHEREAS, the Court having entered the Amended Order Governing Discovery With Respect to Confirmation of Amended Joint Plan of Reorganization (As Modified) in Respect of The Flintkote Company and Flintkote Mines Limited (the "Amended Plan Discovery Order") [D.I. 4428] on July 31, 2009, as amended by the Second Amended Order Governing Discovery With Respect to Confirmation of Amended Joint Plan of Reorganization (As Modified) In Respect of the The Flintkote Company and Flintkote Mines Limited (the "Second Amended Plan Discovery Order") [D.I. 4970] on April 1, 2010;

WHEREAS, Paragraph 7 of the Second Amended Plan Discovery Order provides certain deadlines for the completion of fact and expert discovery in advance of the Confirmation Hearing[1] of the Modified Amended Plan scheduled for July 19 - 22, 2010; and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Amended Plan Discovery Order.

WHEREAS, the Court has agreed to continue the dates of the Confirmation Hearing and the Plan Proponents and all the Objecting Parties[2] that have served discovery on the Modified Amended Plan have agreed to extend certain of the discovery deadlines in Paragraph 7 of the Second Amended Plan Discovery Order;

IT IS HEREBY STIPULATED, CONSENTED AND AGREED BY THE UNDERSIGNED PARTIES, THAT:

1. The following deadlines in Paragraph 7 of the Second Amended Plan Discovery Order shall be extended as set forth below:

    c. Plan Proponents must identify any supplemental fact witnesses and supplement their document productions by 07/07/10

    d. Depositions of Plan Proponents' fact witnesses must be completed by 07/30/10

    e. Objectors must exchange any supplements to their expert witness reports by 08/20/10

    f. [Unchanged][3]

    g. Depositions of Objectors' expert witnesses must be completed by 09/03/10 (or as soon as practicable thereafter)

    h. Supplemental briefs relating to confirmation must be filed by 09/17/10. Any Daubert motions relating to expert witness testimony also must be filed by 09/17/10

    i. Replies to the supplemental confirmation briefs and the Daubert motions must be filed by 10/01/10

---

[2] These Objecting Parties are Imperial Tobacco Canada Limited and Certain London Market Insurance Companies. Other than Aviva Insurance Company of Canada, as to whom a settlement motion is pending, no other party has served discovery on the Modified Amended Plan.

[3] Paragraph 7(f) of the Second Amended Plan Discovery Order sets forth the deadline for identifying rebuttal experts and exchanging rebuttal expert reports. That deadline is not being extended by this Order.

j. Binders and pretrial narratives are due on October 15, 2010; Confirmation hearing dates: 10/25/10, 10/26/10, morning of 10/27/10, and 11/02/10, commencing at 9:00 a.m. each day at the U.S. Bankruptcy Court for the Western District of Pennsylvania, 5490 US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

2. The Plan Proponents and the Objecting Parties may agree in writing to any further modifications of the discovery deadlines set forth in Paragraph 7(c) - (i). Any other modifications of the Second Amended Plan Discovery Order shall be by Court order.

Dated: June 8, 2010
Wilmington, Delaware

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald