## XVII. GOVERNING LAW/VENUE.

This Settlement Agreement shall be governed by, and construed in accordance with, the substantive law of the State of California, without giving effect to any conflicts of law rule or principle that might require the application of the law of another jurisdiction. Any disputes between the parties regarding any matter involving this Settlement Agreement shall be resolved by the Bankruptcy Court.

**IN WITNESS WHEREOF**, this Settlement Agreement, has been read and signed by the duly authorized representatives of the Parties on the dates set forth below.

THE FLINTKOTE COMPANY

Dated: June 11, 2010         By: _____
                                  Eric Bower
                                  Executive Vice President and Chief
                                  Financial Officer of The Flintkote
                                  Company

FLINTKOTE MINES LIMITED

Dated: June 11, 2010         By: _____
                                  David Gordon
                                  President of Flintkote Mines Limited

AVIVA INSURANCE COMPANY OF CANADA

Dated: June 11, 2010         By:    /s/ Maurice Tulloch
                                  Maurice Tulloch
                                  President & CEO Aviva Canada Inc.