IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE FLINTKOTE COMPANY, and | ) | Case No. 04-11300 (JKF) |
| FLINTKOTE MINES LIMITED, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | *Final Agenda* |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR
HEARING ON JULY 14, 2010 AT 9:15 A.M. IN DELAWARE**

**Any party participating telephonically must make arrangements through
CourtCall by telephone (866-582-6878) or facsimile (866-533-2946),
no later than 12:00 p.m., two (2) business days before the hearing.**

## UNCONTESTED MATTER:

1. Debtors' Motion for Order Approving Settlement with Aviva Insurance Company of Canada (Filed June 11, 2010; Docket No. 5097)

    **Related Documents:**

    (a) Exhibit to Debtors' Motion for Order Approving Settlement with Aviva Insurance Company of Canada (Filed June 11, 2010; Docket No. 5099)

    (b) [signed] Order Shortening Time on the Debtors' Motion for Order Approving Settlement with Aviva Insurance Company of Canada (Entered June 15, 2010; Docket No. 5101)

    (c) Notice of Hearing on Debtors' Motion for Order Approving Settlement with Aviva Insurance Company of Canada (Filed June 15, 2010; Docket No. 5104)

    (d) Notice of Filing of the Fully Executed Copy of the Escrow Agreement, Exhibit B to the Settlement Agreement and the Original Signature of Aviva to the Settlement Agreement, Exhibit 1 to Debtors' Motion for Order Approving Settlement with Aviva Insurance Company of Canada (Filed June 17, 2010; Docket No. 5114)

    **Objection Deadline:** July 9, 2010 at 4:00 p.m.

    **Objections/Responses:** None to date.

    **Status:** This matter is going forward.

| | |
|---|---|
| Dated: July 7, 2010 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ James E. O'Neill*<br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>James E. O'Neill (DE Bar No. 4042)<br>Scotta E. McFarland (DE Bar No. 4184)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>- and -<br><br>SIDLEY AUSTIN LLP<br>Kevin T. Lantry<br>Jeffrey E. Bjork<br>555 West Fifth Street, Ste 4000<br>Los Angeles, CA 90013-6000<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br><br>Co-counsel to the Debtors and Debtors in Possession |

28451-001\DOCS_DE:161553.1

2