# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
The Flintkote Company, Flintkote Mines Limited
Three Embarcedero Center, Suite 1190
San Francisco, CA 94111–4047

**Chapter:** 11

*Case No*.: 04–11300–JKF

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 7/14/2010 was filed on 7/19/2010 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 8/9/2010 .

If a request for redaction is filed, the redacted transcript is due 8/19/2010 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 10/18/2010 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 7/19/10

(ntc)