# Notice Recipients

District/Off: 0311−1     User: Brandon     Date Created: 7/19/2010
Case: 04−11300−JKF     Form ID: ntcBK     Total: 7

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     The Flintkote Company, Flintkote Mines Limited     Three Embarcedero Center, Suite 1190     San Francisco, CA 94111−4047
aty     James E. O'Neill     Pachulski Stang Ziehl &Jones LLP     919 North Market Street, 17th Floor     P.O. Box 8705     Wilmington, DE 19899−8705
aty     Laura Davis Jones     Pachulski Stang Ziehl &Jones LLP     919 N. Market Street     17th Floor     Wilmington, DE 19899−8705
aty     Mark T Hurford     Campbell &Levine, LLC     800 King Street     Suite 300     Wilmington, DE 19801
aty     Sandra G.M. Selzer     Pachulski Stang Ziel Young Jones     Wilmington, DE 19801
aty     Scotta Edelen McFarland     Pachulski Stang Ziehl &Jones LLP     919 N. Market Street     17th Floor     Wilmington, DE 19801

TOTAL: 6