## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE FLINTKOTE COMPANY and | ) | Case No. 04-11300 (JKF) |
| FLINTKOTE MINES LIMITED, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket Nos. 4985 & 5297 |

-------------------------------------------------------- x

### NOTICE OF SERVICE OF
### IMPERIAL TOBACCO CANADA LIMITED'S SUPPLEMENTAL REPORT
### OF EXPERT WITNESS ISRAEL SHAKED

**PLEASE TAKE NOTICE** that on July 1, 2011, counsel for Imperial Tobacco Canada

Limited served via electronic mail a copy of the *Supplemental Report of Expert Witness Israel*

*Shaked* upon counsel for the Plan Proponents, as indicated on the attached service list.

Dated: July 1, 2011

**MORRIS JAMES LLP**

Stephen M. Miller (DE Bar No. 2610)
Eric J. Monzo (DE Bar No. 5214)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Fax: (302) 571-1750
E-mail: smiller@morrisjames.com
E-mail: emonzo@morrisjames.com

and

**KING & SPALDING LLP**
James A. Pardo, Jr.
Mark M. Maloney
1180 Peachtree Street
Atlanta, GA 30309
Telephone: (404) 572-4600
Fax: (404) 572-5129
E-mail: jpardo@kslaw.com
E-mail: mmaloney@kslaw.com

Counsel for Imperial Tobacco Canada Limited

**Service List:**

**VIA E-MAIL**
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
[Counsel for the Debtors]

Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
[Counsel to the Official Committee of Asbestos
Personal Injury Claimants]

Edwin J. Harron, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
[Counsel to the Legal Representative for Future
Claimants]

Kevin T. Lantry, Esq.
Jeffrey E. Bjork, Esq.
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-6000
Facsimile: (213) 896-6600
[Counsel for the Debtors]

Guy Neal, Esq.
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
[Counsel for the Debtors]

Peter Van N. Lockwood, Esq.
Ronald E. Reinsel, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
Facsimile: (202) 429-3301
[Counsel to the Official Committee of Asbestos
Personal Injury Claimants]

**VIA E-MAIL**
Reginald W. Jackson, Esq.
Vorys, Sater, Seymour & Pease LLP
52 East Gary Street
P.O. Box 1008
Columbus, OH 43216-1008
Facsimile: (614) 719-4778
[Counsel to the Legal Representative for Future
Claimants]

John W. Read, Esq.
Vorys, Sater, Seymour & Pease LLP
2100 One Cleveland Center
1375 East 9th Street
Cleveland, OH 44114
Facsimile: (216) 937-3737
[Counsel to the Legal Representative for Future
Claimants]

3520751/1