# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE FLINTKOTE COMPANY and | ) | Case No. 04-11300 (JKF) |
| FLINTKOTE MINES LIMITED, | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### FEE AUDITOR'S FINAL REPORT REGARDING
### FEE APPLICATION OF SNYDER MILLER & ORTON LLP
### FOR THE TWENTY-SEVENTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Twenty-Seventh Interim Fee Application of Snyder Miller & Orton LLP (the "Application").

## BACKGROUND

1. Snyder Miller & Orton LLP ("SMO") was retained as special litigation counsel to the Debtors for the purpose of dividend recovery litigation. In the Application, SMO seeks approval of fees totaling $145,800.80[1] and expenses totaling $11,183.57 for its services from November 1, 2010 through January 31, 2011 (the "Application Period").

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2011, and the United States Trustee Guidelines for Reviewing Applications

---

[1]As explained in Paragraph 3, *infra*, SMO's fees are capped for the present time at 40% of its hourly rates, not to exceed $200.00 per hour.

for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

## DISCUSSION

### General Issues

3. The Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committee and Consideration of Fee Applications, dated August 19, 2004, provides in Paragraph 6 that "Applicants shall not be compensated for fees incurred in preparing a Fee Application in an amount in excess of five percent (5%) of the fees subject to such Fee Application, in the absence of a sufficient showing of cause for any such fees. Applicants seeking less than $50,000 in fees shall not be subject to such 5% cap. No Applicant shall be compensated above what is reasonable and necessary for fees incurred in preparing the Fee Application." As the compensation for preparing a particular fee application is generally sought in the following fee application (we have heard this referred to as a "trailing expense"), it is very difficult to determine which fee application costs are attributable to which particular application, and it does not appear to us that such attribution is required by Paragraph 6 of the Fee Auditor Order. Thus, we interpret Paragraph 6 to require that an applicant's cumulative fee application costs be applied to the applicant's cumulative fees.

4. We note that SMO billed .7 hours and $140.00 in fees for fee application preparation during the Application Period. SMO's cumulative fees for fee application preparation through January 31, 2011, are $37,573.80. SMO's cumulative fees overall are $4,728,215.00, of which 5%

is $236,410.79. Thus, SMO's cumulative fees for fee application preparation are under the 5% cap, and we have no objection to these fees.

Specific Time and Expense Entries

5. We noted that during the Application Period, multiple SMO professionals participated in a couple of meetings. *See* Exhibit A. Paragraph II.D.5. of the Guidelines provides that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." Furthermore, the Delaware Local Rules, rule 2016-2(d)(ix), states "....[t]he activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role." We asked SMO to review Exhibit A and provide further explanation regarding these meetings. SMO's response is attached hereto as Response Exhibit 1. We appreciate SMO's response and have no objection to these fees.

6. We noted that during the Application Period, multiple SMO professionals participated in a hearing. *See* Exhibit B. We asked SMO to review Exhibit B and provide further explanation regarding this hearing and it responded:

> The Initial Report requests more information regarding a December 22, 2010 hearing set forth on Exhibit B. This hearing was the continued trial on two issues – fraudulent conveyance and judicial estoppel. Jim Miller was co-lead trial counsel with Eliot Jubelirer. At the trial, the argument was split between Mr. Miller and Mr. Jubelirer; Mr. Miller argued the fraudulent conveyance issues and Mr. Jubelirer argued the estoppel issues. Jennifer Shoda was intimately involved in the preparation for this trial with respect to both issues. Although Rebecca Kassekert is also a member of the Flintkote trial team, we will issue a credit for the time billed by RK on December 22, 2010 in the amount of $495.00.

We appreciate SMO's response and its proffered reduction of Rebecca Kassekert's time billed on December 22, 2010. Accordingly, we recommend a reduction of $495.00 in fees.

7. We noted the following meal charge which lacked adequate detail:

**FEE AUDITOR'S INITIAL REPORT** - Page 3
flt FR Snyder 27Q 11.10-1.11.wpd

| | | |
|---|---|---|
| 12/22/2010 | Meals: Lunch meeting (seven attendees - J. Miller, L. Orton, J. Shoda, K. Wooster, W. Berkowitz, A. Pedlar, E. Jubelirer). | $210.00 |

We asked SMO to provide further explanation regarding this charge and it responded:

> The Initial Report seeks more information for a group meal on December 22, 2010. This meal was lunch for the trial team that participated in the trial discussed above and strategy meetings related to the trial. The charges amounted to $30 per person, well within the $40 per person limit.

We appreciate SMO's response and as our recommended ceiling for lunch is $40 per person in San Francisco, we have no objection to this expense.

## CONCLUSION

8. Thus, we recommend approval of fees totaling $145,305.80 ($145,800.80 minus $495.00) and expenses totaling $11,183.57 for SMO's services during the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _/s/ Warren H. Smith_
    Warren H. Smith
    Texas State Bar No. 18757050

325 N. St. Paul Street, Suite 1250
Republic Center
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class United States mail to the attached service list on this 27th day of July, 2011.

Warren H. Smith

# SERVICE LIST

**The Applicant**
Stephen M. Snyder
James L. Miller
Peter P. Meringolo
Snyder Miller & Orton LLP
180 Montgomery Street, Suite 700
San Francisco, CA 94104

**The Debtor**
Eric Bower
THE FLINTKOTE COMPANY
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

**Co-Counsel to the Debtor**
James E. O'Neill
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

**Counsel to the Official Committee of Asbestos Personal Injury Claimants**
Elihu Inselbuch
Rita C. Tobin
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Philip E. Milch
CAMPBELL & LEVINE, LLC
1700 Grant Building
310 Grant Street
Pittsburgh, PA 15219

Marla Eskin
Kathleen Campbell Davis
CAMPBELL & LEVINE, LLC
800 King Street, Suite 300
Wilmington, DE 19801

**Counsel to the Legal Representative for Future Claimants**
Reginald W. Jackson
VORYS, SATER, SEYMOUR AND PEASE LLP
P. O. Box 1008
Columbus, OH 43216-1008

Edwin J. Harron
M. Blake Cleary
Maribeth L. Minella
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

**Office of the United States Trustee**
David Klauder
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Lock Box 35, Room 2207
Wilmington, DE 19801

**Copy Service**
Parcels, Inc.
Vito I. DiMaio
4 East Seventh Street
Wilmington, DE 19801

Exhibit A

A. On November 29, 2010, LKO (200), JS (200), MH (76), JD (186), JLM (200) and SMS (200) attend a meeting. The total time spent including any preparation time was 10.50 hours for a total fee of $2,003.40.

| Date | Tkpr | Hours | Fee | Description |
|---|---|---|---|---|
| 11/29/10 | LKO | 2.50 | 500.00 | Review and comment on M. Harper memoranda regarding documents; prepare for and attend meeting regarding Summation/CaseMap; attend meeting regarding trial exhibit project. |
| 11/29/10 | JS | 1.60 | 320.00 | Attend meeting with G. Purcell regarding upcoming Case Management Conference. |
| 11/29/10 | JS | 0.70 | 140.00 | Telephone conference with J. Loveland and M. Maloney regarding upcoming Case Management Conference. |
| 11/29/10 | MH | 0.70 | 53.20 | Prepare for and attend meeting regarding CaseMap and Summation documents. |
| 11/29/10 | JD | 0.30 | 55.80 | Meet with M. Harper, L. Orton and I. McKenzie regarding Casemap project and what further steps need to be taken. |
| 11/29/10 | JD | 0.40 | 74.40 | Meet with J. Miller, L. Orton and W. Berkowitz to discuss progress on trial exhibits project. |
| 11/29/10 | JLM | 2.30 | 460.00 | Review and comment on draft opposition to NY successor liability environmental claim and call with Mr. Pedlar re same; meet with Mr. Jubelirer and Mr. Purcell and others and follow-up call to Messrs. Loveland and Maloney. |
| 11/29/10 | JLM | 0.50 | 100.00 | Meet with Mss. Berkowitz and Donohue and Mr. Orton re status of trial exhibit clean up project. |
| 11/29/10 | SMS | 1.50 | 300.00 | Meeting at Snyder Miller & Orton to discuss case management statement draft and coordinate with Hopkins; review materials re same. |

B. On December 7, 2010, JS (200), RK (200), JLM (200), and SMS (200) attended a meeting. The total time spent including any preparation time was 15.90 hours for a total fee of $3,178.60.

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 12/06/10 | JS | 0.50 | 100.00 | Telephone conference with trial team regarding December 7, 2010 Case Management Conference. |
| 12/06/10 | JLM | 2.00 | 400.00 | Telephone call; preparation for December 7, 2010 case management conference. |
| 12/06/10 | SMS | 1.75 | 350.00 | Emails and meeting to prepare for case management conference; prepare therefor. |
| 12/07/10 | JS | 3.70 | 740.00 | Attend Case Management Conference. |
| 12/07/10 | JS | 1.00 | 200.00 | Attend trial team meeting regarding Case Management Conference and upcoming bifurcated trial on fraudulent conveyance legal issues, |
| 12/07/10 | RK | 0.70 | 138.60 | Attend meeting with J. Miller, S. Snyder, P. Meringolo E. Jubelier, W. Berkowitz, J. Shoda, J. Donohue, A. Pedlar re: CMC |
| 12/07/10 | JLM | 4.00 | 800.00 | Prepare for and attend case management conference with follow-up; request for Ackman deposition/ |
| 12/07/10 | SMS | 2.25 | 450.00 | Attend case management conference in San Francisco Superior Court. |

Exhibit B

On December 22, 2010, JS (200), RK (198), and JLM (200) attended a hearing. The total time spent including any preparation time was 45.70 hours for a total fee of $9,135.00.

| | | | | |
|---|---|---|---|---|
| 12/20/10 | JS | 6.10 | 1220.00 | Attend team strategy meeting regarding judicial estoppel and fraudulent conveyance issues for hearing. |
| 12/20/10 | JLM | 7.00 | 1400.00 | Preparation session for continued UFCA trial and judicial estoppel. |
| 12/21/10 | JS | 6.90 | 1380.00 | Meet with J. Miller and K. Wooster for preparation for oral argument on fraudulent conveyance legal issues; revises demonstratives for oral argument on fraudulent conveyance legal issues. |
| 12/21/10 | JLM | 7.20 | 1440.00 | Trial preparation with K. Wooster and J. Shoda for resumed trail of UFCA legal issues. |
| 12/22/10 | JS | 7.50 | 1500.00 | Attend bifurcated trial on fraudulent conveyance legal issues and judicial estoppel |
| 12/22/10 | RK | 2.50 | 495.00 | Attend Case Management Conference with Judge Kramer. |
| 12/22/10 | JLM | 8.50 | 1700.00 | In Court on resumed trial of fraudulent conveyance legal issues and on judicial estoppel; judicial revision of legal questions to be answered; post trial conference. |

Response Exhibit 1

The Initial Report requests more information regarding meetings set forth on Exhibit A. First, Exhibit A asks for information related to a meeting on November 29, 2010. The time entries listed on Exhibit A are related to four different meetings. Not all timekeepers attended each meeting, and SMOs fees are not excessive, as shown below:

- LKO (1.75), MH (0.7), and JD (0.3) prepared for and attended internal meeting regarding a database project, for total fees of $459.00.
- LKO (.75), JD (0.4), and JLM (0.5) prepared for and attended a meeting with co-counsel regarding trial exhibits, for total fees of $324.40.
- JLM (1.6), SMS (1.5), and JS (1.6) prepared for and attended a meeting with lawyers for the Hopkins family plaintiffs, for total fees of $940.00.
- JLM (0.7) and JS (.7) prepared for and attended a conference call with counsel for defendants Imperial Tobacco, for total fees of $280.00.

Exhibit A also asks for information related to a meeting on December 7, 2010. The time entries listed are for both December 6 and December 7, 2010 and relate to more than just one meeting. The work reflected on the listed time entries was not excessive and is summarized as follows:

- On December 6, 2010, JLM (0.5), SMS (0.5), and JS (0.5) attended a telephone conference regarding the case management conference, for total fees of $300.00.
- On December 6, 2010, JLM (1.5) and SMS (1.25) prepared for the case management conference to be held on December 7, for total fees of $550.00
- On December 7, 2010, JLM (3.00), JS (3.70), and SMS (2.25) prepared for and attended a case management conference, for total fees of $1,790.00.
- On December 7, 2010, JLM (1.0), JS (1.00), and RK (0.7) attended a trial team meeting, for total fees of $538.60.