IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE FLINTKOTE COMPANY and | ) | Case No. 04-11300 (JKF) |
| FLINTKOTE MINES LIMITED, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related Docket No. 6221** |
| | ) | **Objection Deadline: October 20, 2011** |

## CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH, LLP FOR THE PERIOD AUGUST 1 - 31, 2011

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Monthly Interim Application of McCarter & English, LLP ("McCarter") as Special Counsel to the Debtor for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period August 1-31, 2011, Docket No. 6221 (the "Application") filed on September 30, 2011. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than October 20, 2011

Pursuant to the Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Professionals Dated August 19, 2004 (the "Order"), the Debtors are authorized to pay McCarter $27,802.00 which represents 80% of the fees ($34,752.50) and $797.90 which represents 100% of the expenses requested in the Application for the period August 1-31, 2011 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

ME1 12432840v.1

Dated: October 24, 2011

McCARTER & ENGLISH, LLP


/s/ William F. Taylor, Jr.
William F. Taylor, Jr., Esq. (DE 2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
302-984-6300
Special Counsel to the Debtor

ME1 12432840v.1