# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE FLINTKOTE COMPANY and<br>FLINTKOTE MINES LIMITED,<br><br>        Debtors. | Chapter 11<br><br>Case No. 04-11300 (JKF)<br><br>Jointly Administered<br><br>**NO ORDER REQUIRED** |

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 6225

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received relative to the **Monthly Fee and Expense Invoice of Vorys, Sater, Seymour and Pease, LLP for the Period From August 1, 2011 Through August 31, 2011 [Docket No. 6225]** (the "Invoice"), filed on September 30, 2011. The undersigned further certifies that the Court's docket in these cases has been reviewed and no answer, objection or other responsive pleading to the Invoice appears thereon.

    Pursuant to the Order Appointing Fee Auditor *Nunc Pro Tunc* to May 1, 2004 (the "Fee Auditor Order") and the notice attached to the Invoice, objections to the Invoice were to be filed and served no later than October 20, 2011 at 4:00 p.m. (ET).

    Pursuant to the Fee Auditor Order, the Debtors are authorized to immediately pay 80% of the requested compensation and 100% of the requested expenses without further order of the Court.

Dated: October 24, 2011    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                */s/ Edwin J. Harron*
               James L. Patton, Jr. (No. 2202)
               Edwin J. Harron (No. 3396)
               Sharon M. Zieg (No. 4196)
               The Brandywine Building
               1000 West Street, 17th Floor
               P.O. Box 391
               Wilmington, Delaware 19899-0391
               Telephone: (302) 571-6600
               Facsimile: (302) 571-1253

               Co-Counsel to the Futures Representative