IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE FLINTKOTE COMPANY and<br>FLINTKOTE MINES LIMITED,<br><br>Debtors. | Chapter 11<br><br>Case No. 04-11300-JKF<br>(Jointly Administered) |

## ITCAN'S SUBMISSION AND ACCOMPANYING EXHIBITS

## DOCUMENTS FILED UNDER SEAL PURSUANT TO ORDER
[Docket No. 6278]

Date: October 25, 2011

**MORRIS JAMES LLP**

_____
Stephen M. Miller (DE Bar No. 2610)
Eric J. Monzo (DE Bar No. 5214)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: smiller@morrisjames.com
E-mail: emonzo@morrisjames.com

and

James A. Pardo, Esq.
Mark M. Maloney, Esq.
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5129
E-mail: jpardo@kslaw.com
E-mail: mmaloney@kslaw.com

Counsel for Imperial Tobacco Canada
Limited, and certain wholly-owned
subsidiaries, including Genstar Corporation