# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE FLINTKOTE COMPANY and<br>FLINTKOTE MINES LIMITED,<br><br>        Debtors. | Chapter 11<br><br>Case No. 04-11300 (JKF)<br><br>Jointly Administered<br><br>**Objection Deadline: November 21, 2011 at 4:00 p.m.** |

## NOTICE OF EIGHTY-NINTH MONTHLY FEE AND EXPENSE INVOICE

TO:   The Notice Parties Listed on Exhibit 1

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services as: | Co-Counsel to James J. McMonagle, the Legal Representative for Future Claimants |
| Date of Retention: | August 30, 2004, *nunc pro tunc* to May 1, 2004 (Docket No. 214) |
| Period for Which Compensation and/or Reimbursement is Sought: | September 1, 2011 Through September 30, 2011 |
| Amount of Compensation Sought: | $25,264.60 |
| Amount of Expense Reimbursement Sought: | $3,567.26 |

Summary of Monthly Fee and Expense Invoices:

|  |  | Requested | | Approved and/or Paid | |
| --- | --- | --- | --- | --- | --- |
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 9/7/2004 | 5/1/04 – 5/31/04 | $10,204.00 | $524.94 | $10,204.00 | $524.94 |
| 8/30/2004 | 6/01/04 – 6/30/04 | $7,155.00 | $79.05 | $7,155.00 | $79.05 |
| 8/30/2004 | 7/01/04 – 7/31/04 | $46,240.00 | $1,179.22 | $46,240.00 | $1,179.22 |
| 9/30/2004 | 8/01/04 – 8/30/04 | $87,709.50 | $2,350.77 | $87,709.50 | |
| 10/28/2004 | 9/1/04 – 9/30/04 | $9,853.00 | $3,283.66 | $9,853.00 | $8,266.93[1] |
| 11/29/2004 | 10/1/04 – 10/31/04 | $12,657.00 | $2,911.08 | $12,657.00 | |
| 12/28/2004 | 11/1/04 – 11/30/04 | $10,879.00 | $173.96 | $10,879.00 | $173.96 |
| 1/27/2005 | 12/1/04 – 12/31/04 | $6,900.00 | $329.68 | $6,900.00 | $329.68 |
| 2/28/2005 | 1/1/05 – 1/31/05 | $3,695.00 | $623.02 | $3,695.00 | $623.02 |
| 3/30/2005 | 2/1/05 – 2/28/05 | $4,620.00 | $146.25 | $4,620.00 | $146.25 |
| 4/28/2005 | 3/1/05 – 3/31/05 | $11,443.50 | $945.14 | $11,443.50 | $945.14 |
| 5/25/2005 | 4/1/05 – 4/30/05 | $6,798.00 | $82.50 | $6,798.00 | $82.50 |
| 6/30/2005 | 5/1/05 – 5/31/05 | $3,215.50 | $221.29 | $3,215.50 | $221.29 |
| 7/29/2005 | 6/1/05 – 6/30/05 | $3,193.00 | $273.42 | $3,193.00 | $273.42 |
| 8/30/2005 | 7/1/05 – 7/31/05 | $8,657.50 | $98.01 | $8,657.50 | $98.01 |
| 9/30/2005 | 8/1/05 – 8/31/05 | $3,493.00 | $208.05 | $3,493.00 | $208.05 |
| 10/28/2005 | 9/1/05 – 9/30/05 | $3,019.00 | $255.40 | $3,019.00 | $255.40 |
| 11/30/2005 | 10/1/05 – 10/31/05 | $6,455.00 | $172.74 | $6,455.00 | $172.74 |
| 12/28/2005 | 11/1/05 – 11/30/05 | $13,816.00 | $1,264.19 | $13,816.00 | $1,264.19 |
| 1/27/2006 | 12/1/05 – 12/31/05 | $2,538.50 | $2,029.56 | $2,538.50 | $2,029.56 |
| 2/28/2006 | 1/1/06 – 1/31/06 | $5,462.50 | $266.39 | $5,462.50 | $266.39 |
| 3/30/2006 | 2/1/06 – 2/28/06 | $3,756.50 | $84.12 | $3,756.50 | $84.12 |
| 4/28/2006 | 3/1/06 – 3/31/06 | $8,255.50 | $176.97 | $8,255.50 | $176.97 |
| 5/30/2006 | 4/1/06 – 4/30/06 | $6,611.50 | $154.65 | $6,611.50 | $154.65 |
| 6/28/2006 | 5/1/06 – 5/31/06 | $10,842.50 | $429.23 | $10,842.50 | $429.23 |
| 7/27/2006 | 6/1/06 – 6/30/06 | $4,597.00 | $254.09 | $4,597.00 | $254.09 |
| 8/30/2006 | 7/1/06 – 7/31/06 | $4,094.50 | $57.35 | $4,094.50 | $57.35 |
| 9/28/2006 | 8/1/06 – 8/31/06 | $12,632.50 | $182.30 | $12,632.50 | $182.30 |
| 10/30/2006 | 9/1/06 – 9/30/06 | $9,896.50 | $167.52 | $9,896.50 | $167.52 |
| 11/30/2006 | 10/1/06 – 10/31/06 | $27,370.00 | $176.53 | $27,370.00 | $176.53 |
| 12/29/2006 | 11/1/06 – 11/30/06 | $11,411.00 | $208.56 | | $208.56 |
| 1/30/2007 | 12/1/06 – 12/31/06 | $10,918.50 | $239.96 | $49,647.00[2] | $239.96 |
| 2/27/2007 | 1/1/07 – 1/31/07 | $27,452.50 | $819.15 | | $819.15 |

---

[1] Amount reflects a reduction of $278.58 in expenses pursuant to the Omnibus Order Approving Second Quarterly Fee Applications of Professionals for the Period August 1, 2004 – October 31, 2004 [Docket No. 845].

[2] Amount reflects a reduction of $135.00 in fees pursuant to the Omnibus Order Approving Eleventh Quarterly Fee Applications of Professionals for the Period November 1, 2006 – January 31, 2007 [Docket No. 2917].

|  |  | Requested | | Approved and/or Paid | |
| --- | --- | --- | --- | --- | --- |
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 3/29/2007 | 2/1/07 – 2/28/07 | $22,048.00 | $413.36 |  | $413.36 |
| 4/26/2007 | 3/1/07 – 3/31/07 | $8,004.00 | $300.64 | $38,108.00[3] | $300.64 |
| 5/30/2007 | 4/1/07 – 4/30/07 | $8,166.50 | $188.04 |  | $188.04 |
| 6/28/2007 | 5/1/07 – 5/31/07 | $4,186.00 | $160.41 | $4,186.00 | $160.41 |
| 7/26/2007 | 6/1/07 – 6/30/07 | $16,185.00 | $268.86 | $16,185.00 | $268.86 |
| 8/28/2007 | 7/1/07 – 7/31/07 | $37,974.00 | $576.30 | $37,974.00 | $576.30 |
| 9/28/2007 | 8/1/07 – 8/31/07 | $6,532.00 | $150.15 | $6,532.00 | $150.15 |
| 10/26/2007 | 9/1/07 – 9/30/07 | $25,914.50 | $2,670.65 | $25,914.50 | $2,670.65 |
| 11/30/2007 | 10/1/07 – 10/31/07 | $22,133.00 | $1,720.85 | $22,133.00 | $1,720.85 |
| 12/21/2007 | 11/1/07 – 11/30/07 | $11,310.00 | $92.37 | $11,310.00 | $92.37 |
| 1/30/2008 | 12/1/07 – 12/31/07 | $6,007.00 | $536.64 | $6,007.00 | $536.64 |
| 2/29/2008 | 1/1/08 – 1/31/08 | $6,834.00 | $122.62 | $6,834.00 | $122.62 |
| 3/28/2008 | 2/1/08 – 2/29/08 | $5,220.50 | $336.82 | $5,220.50 | $336.82 |
| 4/29/2008 | 3/1/08 – 3/31/08 | $7,249.50 | $149.08 | $7,249.50 | $149.08 |
| 5/30/2008 | 4/1/08 – 4/30/08 | $25,107.50 | $3,533.39 | $25,107.50 | $3,533.39 |
| 6/30/2008 | 5/1/08 – 5/31/08 | $11,783.00 | $286.18 | $11,783.00 | $286.18 |
| 7/29/2008 | 6/1/08 – 6/30/08 | $9,473.50 | $363.93 | $9,473.50 | $363.93 |
| 8/29/2008 | 7/1/08 – 7/31/08 | $6,981.00 | $215.00 | $6,981.00 | $215.00 |
| 9/30/2008 | 8/1/08 – 8/31/08 | $4,380.00 | $141.80 | $4,380.00 | $141.80 |
| 10/30/2008 | 9/1/08 – 9/30/08 | $7,309.50 | $222.19 | $7,309.50 | $222.19 |
| 11/26/2008 | 10/1/08 – 10/31/08 | $5,597.00 | $95.44 | $5,597.00 | $95.44 |
| 12/31/2008 | 11/1/08 – 11/30/08 | $14,348.00 | $2,091.23 | $14,348.00 | $2,091.23 |
| 1/30/2009 | 12/1/08 – 12/31/08 | $66,383.50 | $265.11 | $66,383.50 | $265.11 |
| 2/27/2009 | 1/1/09 – 1/31/09 | $6,367.00 | $213.35 | $6,367.00 | $213.35 |
| 3/31/2009 | 2/1/09 – 2/28/09 | $4,375.50 | $1,943.44 | $4,375.50 | $1,943.44 |
| 4/30/2009 | 3/1/09 – 3/31/09 | $2,798.50 | $323.61 | $2,798.50 | $323.61 |
| 5/27/2009 | 4/1/09 – 4/30/09 | $3,028.50 | $45.48 | $3,028.50 | $45.48 |
| 6/29/2009 | 5/1/09 – 5/31/09 | $2,312.50 | $49.42 | $2,312.50 | $49.42 |
| 7/30/2009 | 6/1/09 – 6/30/09 | $3,823.50 | $137.22 | $3,823.50 | $137.22 |
| 8/31/2009 | 7/1/09 – 7/31/09 | $2,899.50 | $151.05 | $2,899.50 | $151.05 |
| 9/30/2009 | 8/1/09 – 8/31/09 | $3,323.50 | $35.74 | $3,323.50 | $35.74 |
| 10/30/2009 | 9/1/09 – 9/30/09 | $3,287.50 | $225.40 | $3,287.50 | $225.40 |
| 11/30/2009 | 10/1/09 – 10/31/09 | $32,512.50 | $132.36 | $32,512.50 | $132.36 |
| 12/30/2009 | 11/1/09 – 11/30/09 | $95,545.00 | $1,960.18 | $95,545.00 |  |
| 1/27/2010 | 12/1/09 – 12/31/09 | $18,019.50 | $1,850.85 | $18,019.50 | $6,480.95[4] |
| 2/25/2010 | 1/1/10 – 1/31/10 | $29,749.00 | $2,713.97 | $29,749.00 |  |
| 3/31/2010 | 2/1/10 – 2/28/10 | $17,443.50 | $240.99 | $17,443.50 | $240.99 |
| 4/22/2010 | 3/1/10 – 3/31/10 | $55,692.50 | $4,466.54 | $55,692.50 | $4,466.54 |

---

[3] Amount reflects a reduction of $110.50 in fees pursuant to the Omnibus Order Approving Twelfth Quarterly Fee Applications of Professionals for the Period February 1, 2007 – April 30, 2007 [Docket No. 3137].

[4] Amount reflects a reduction of $44.05 in expenses pursuant to the Omnibus Order Approving Twenty-Third Quarterly Fee Applications of Professionals for the Period November 1, 2009 – January 31, 2010 [Docket No. 5530].

|  |  | Requested | | Approved and/or Paid | |
| --- | --- | --- | --- | --- | --- |
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 5/28/2010 | 4/1/10 – 4/30/10 | $17,731.50 | $2,370.28 | $17,731.50 | $2,370.28 |
| 6/28/2010 | 5/1/10 – 5/31/10 | $18,603.00 | $6,620.26 | $18,603.00 | $7,606.03[5] |
| 7/30/2010 | 6/1/10 – 6/30/10 | $8,124.50 | $527.54 | $8,124.50 | |
| 8/31/2010 | 7/1/10 – 7/31/10 | $11,972.00 | $806.51 | $11,972.00 | |
| 9/30/2010 | 8/1/10 – 8/31/10 | $35,775.00 | $5,398.57 | $35,775.00 | $5,398.57 |
| 11/2/2010 | 9/1/10 – 9/30/10 | $7,404.50 | $3,839.14 | $7,404.50 | $3,839.14 |
| 11/30/2010 | 10/1/10 – 10/31/10 | $72,909.50 | $4,606.74 | $72,909.50 | $4,606.74 |
| 12/30/2010 | 11/1/10 – 11/30/10 | $4,584.00 | $3,164.84 | $3,667.20 | $3,164.84 |
| 1/31/2011 | 12/1/10 – 12/31/10 | $7,322.00 | $272.09 | $5,857.60 | $272.09 |
| 2/23/2011 | 1/1/11 – 1/31/11 | $5,166.00 | $868.93 | $4,132.80 | $868.93 |
| 3/31/2011 | 2/1/11 – 2/28/11 | $4,133.50 | $47.19 | $3,306.80 | $47.19 |
| 4/29/2011 | 3/1/11 – 3/31/11 | $6,311.50 | $471.35 | $5,049.20 | $471.35 |
| 5/31/2011 | 4/1/11 – 4/30/11 | $6,702.00 | $299.05 | $5,361.60 | $299.05 |
| 6/30/2011 | 5/1/11 – 5/31/11 | $15,708.50 | $144.10 | $12,566.80 | $144.10 |
| 7/29/2011 | 6/1/11 – 6/30/11 | $2,183.50 | $6,464.55 | $1,746.80 | $6,464.55 |
| 8/31/2011 | 7/1/11 – 7/31/11 | $14,019.50 | $254.01 | $11,215.60 | $254.01 |
| 9/30/2011 | 8/1/11 – 8/31/11 | $15,720.50 | $4,055.36 | $12,576.40 | $4,055.36 |
| 10/31/2011 | 9/1/11 – 9/30/11 | $25,264.60 | $3,567.26 | Pending | Pending |

PLEASE TAKE NOTICE that Young Conaway Stargatt & Taylor, LLP (the "Applicant") has today filed this Monthly Fee and Expense Invoice for the period from September 1, 2011 through September 30, 2011 (this "Monthly Fee Statement") pursuant to the *Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committee and Consideration of Fee Applications*.

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before **November 21, 2011 at 4:00 p.m.** (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

---

[5] Amount reflects a reduction of $348.28 in expenses pursuant to the Omnibus Order Approving Twenty-Fifth Quarterly Fee Applications of Professionals for the Period May 1, 2010 – July 31, 2010 [Docket No. 6002].

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection on the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall certify in writing to the Debtors and counsel to the Debtors that no objection, or other responsive pleading, has been filed with the Court relative to this Monthly Fee Statement, whichever is applicable, after which the Debtors shall pay to the Applicant an amount equal to the lessor of (i) eighty (80) percent of the fees and one-hundred (100) percent of the expenses requested in this Monthly Fee Statement or (ii) eighty (80) percent of the fees and one-hundred (100) percent of the expenses not subject to an objection. All fees and expenses in this Monthly Fee Statement will be included in the next interim application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objection at such time.

Dated: October 31, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Edwin J. Harron*
James L. Patton, Jr. (No. 2202)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Co-Counsel to the Futures Representative

5
01: 1534083.89                           063188.1006

# EXHIBIT 1 – NOTICE PARTIES

**The Fee Auditor**
**(Via Email and First Class Mail)**
Warren H. Smith
Warren H. Smith & Associates, P.C.
325 North St. Paul Street, Suite 1275
Dallas, TX 75201
feeaudit@whsmithlaw.com

**The Debtor**
**(Via Email and First Class Mail)**
Eric Bower
Rose Hussain
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111-3823
ebower@sftfc.com
rhussain@sftfc.com

**Counsel to the Debtor**
**(Via Email)**
Jeffrey E. Bjork, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
jbjork@sidley.com

- and -

James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
joneill@pszjlaw.com

**Counsel to the Official Committee of Asbestos Personal Injury Claimants**
**(Via Email)**
Marla Eskin, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
meskin@del.camlev.com

- and -

Philip E. Milch, Esq.
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
pem@camlev.com

- and -

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
ei@capdale.com

**Office of the United States Trustee**
**(Via Email and Hand Delivery)**
David Klauder, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
david.klauder@usdoj.gov

**Counsel to the Legal Representative for Future Claimants**
**(Via Email)**
Reginald W. Jackson, Esq.
John Winship Read, Esq.
Vorys, Sater, Seymour & Pease LLP
1375 East Ninth Street
2100 One Cleveland Center
Cleveland, OH 44114
RWJackson@vssp.com
JWRead@vssp.com

- and -

Edwin J. Harron, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
eharron@ycst.com
eedwards@ycst.com

**Copy Service**
**(Via Email)**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899
vdimaio@parcelsinc.com