**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

IN RE:

| | |
|---|---|
| ACandS, Inc., | Case No.: 02-12687 |
| | **Docket No. 3700** |
| Armstrong World Industries, Inc., | Case No.: 00-4471 |
| | **Docket No. 10760** |
| Combustion Engineering, Inc., | Case No.: 03-10495 |
| | **Docket No. 3440** |
| The Flintkote Company, | Case No.: 04-11300 |
| | **Docket No. 6255** |
| Kaiser Aluminum Corp., | Case No.: 02-10429 |
| | **Docket No. 10170** |
| Owens Corning, | Case No.: 00-3837 |
| | **Docket No. 21030** |
| US Mineral Products Company, | Case No.: 01-2471 |
| | **Docket No. 3937** |
| USG Corp., | Case No.: 01-2094 |
| | **Docket No. 12655** |
| W.R. Grace & Co., | Case No.: 01-1139 |
| | **Docket No. 27749** |

Debtors.

**DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED
IN THE RECORD ON APPEAL BY APPELLEES, KAZAN, MCCLAIN, LYONS,
GREENWOOD & HARLEY, WATERS & KRAUS LLP, SIMMONS BROWDER
GIANARIS ANGELIDES & BARNERD LLC, BERGMAN, DRAPER & FROCKT, GORI
JULIAN, & ASSOCIATES, P.C., EARLY, LUCARELLI, SWEENEY & STRAUSS,
COONEY & CONWAY, LIPSITZ & PONTERIO, LLC, BIFFERATO LLC, AND
<u>MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP</u>**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Rule 8006-1(a)

of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court

for the District of Delaware, Appellees Kazan, McClain, Lyons, Greenwood & Harley, Waters &

Kraus LLP, Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt,

Gori Julian & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, Lipsitz

& Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken, Walker & Rhoads, LLP, on

their own behalf and on behalf of their respective predecessors, respectfully submit this designation of additional items to be included in the record on appeal in supplement to the Designation of Items to be Included in Record on Appeal (the "Designation") filed by Appellant Garlock Sealing Technologies LLC ("Garlock") on or about October 26, 2011.

Appellees designate the items set forth in the tables below to be included in the record on this appeal. Each item in the first table appears on the docket of one or more of the following cases and is designated by docket number in the respective case, appearing under the respective case column:

### In the United States Bankruptcy Court for the District of Delaware

In re ACandS, Inc., Case No. 02-12687 (JKF) ("**ACandS**")

In re Armstrong World Industries, Inc., Case No. 00-04471 (JKF) ("**Armstrong**")

In re Combustion Engineering, Inc., Case No. 03-10495 (JKF) ("**CE**")

In re Flintkote Co., Case No. 04-11300 (JKF) ("**Flintkote**")

In re Kaiser Aluminum Corp., Case No. 02-10429 (JKF) ("**Kaiser**")

In re Owens Corning, Case No. 00-03837 (JKF) ("**Owens**")

In re United States Mineral Products Co., Case No. 01-02471 (JKF) ("**US Min.**")

In re USG Corp., Case No. 01-02094 (JKF) ("**USG**")

In re W.R. Grace & Co., Case No. 01-01139 (JKF) ("**Grace**")

### In the United States Bankruptcy Court for the Western District of Pennsylvania

In re Mid-Valley, Inc., Case No. 03-35592 (JKF) ("**Mid-Valley**")

In re North American Refractories Co., Case No. 02-20198 (JKF) ("**NARCO**")

In re Pittsburgh Corning Corp., Case No. 00-22876 (JKF) ("**PCC**")

2849946v1

| Tab | Description | Docket |
|-----|-------------|--------|
| 1 | Order Requiring Filing of Statements Pursuant to Fed.R.Bankr. P. 2019 | 1461 |
| 2 | Order Staying Order Requiring Filing of 2019 Statements | 1463 |
| 3 | Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019, or Alternatively, for New Trial | 1476 |
| 4 | Certification of Counsel with Proposed Form of Order/Proposed Order regarding Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019, or Alternatively, for New Trial | 1482 |
| 5 | Revised Order Requiring the Filing of 2019 Statements | 1574 |
| 6 | Joinder of Brayton Purcell in the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed.R. Bankr. P. 2019 | 1525 |
| 7 | Joinder of Campbell, Cherry, Harrison, Davis & Dove PC in the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed.R. Bankr. P. 2019 | 1540 |
| 8 | Objection of the U.S. Trustee to Garlock Motion for Entry of an Order Reopening Chapter 11 Bankruptcy Cases for the Limited Purpose of Seeking Access to 2019 Statements | 3673 |
| 9 | Objection of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken, Walker & Rhoads, LLP, to Garlock's Motion for Order Authorizing Access to 2019 Statements Filed in This Court and for Related Relief | 3679 |
| 10 | Joinder and Objection of the Official Committees of Asbestos Claimants in Flintkote, Grace, NARCO, and Pittsburgh Corning Bankruptcies to Garlock's Motion for Orders Authorizing Access to 2019 Statements and Related Relief | 3650 |
| 11 | Hearing Transcript Mar. 28, 2011 | 3688 |

2849946v1

| Tab | Description | Docket |
|---|---|---|
| 12 | Response Of The Law Offices Of Peter G. Angelos, P.C., Baron & Budd, P.C., Brayton Purcell, LLP, Hissey Kientz, LLP, The Lipman Law Firm, Reaud, Morgan & Quinn, Inc., Thornton & Naumes, LLP, Waters & Kraus, LLP, And Williams Kherkher Hart Boundas, LLP, To The Motion Of Garlock Sealing Technologies LLC For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief. | 3645 |
| 13 | Response Of The Law Offices Of Peter G. Angelos, P.C.; Baron & Budd, P.C.; Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & Kraus, LLP; Weitz & Luxenberg P.C.; And Williams Kherkher Hart Boundas, LLP, To The Motion Of Garlock Sealing Technologies LLC For Entry Of An Order, Pursuant To 11 U.S.C. § 350(B), Fed. R. Bankr. P. 3020(D), 3022 And 5010, Reopening Chapter 11 Bankruptcy Cases For The Limited Purpose Of Seeking Access To 2019 Statements | 3678 |
| 14 | Hearing Transcript, In re AC&S (Bankr. D. Del. Feb. 147, 2011) | 3656 |
| 15 | Hearing Transcript, In re AC&S (Bankr. D. Del. June 23, 2006) | 2372 |
| 16 | Memorandum Opinion in Regards to the Three Motions Filed by Garlock Sealing Technologies, Inc. | 3697 |
| 17 | Order Correcting Memorandum Opinion issued on February 22, 2011 at Adv. No. 10-53719, Adv. Doc. No. 102 | 3698 |
| 18 | Order Denying Motions for Access to 2019 Statements, Denying Motions to Intervene and Denying Motions to Reopen Certain Closed Cases | 3697 |
| 19 | Motion to Approve Motion of Travelers Casualty and Surety Company (1) to Life the Stay of the Court's October 22, 2004 Revised Order Requiring Filing of Statement Pursuant to Rule 2019 (2) to Clarify that the Revised 2019 Order Requires Disclosure of Co-Counsel, Consultant and Fee-Sharing Arrangements, (3) to Compel Compliance with Rule 2019 and (4) For Access to the 2019 Exhibits | 2315 |

## ARMSTRONG

| Tab | Description | Docket |
|---|---|---|
| 20 | Order Requiring Filing of Statements Pursuant to Fed.R.Bankr. P. 2019 | 7217 |
| 21 | Order Staying Order Requiring Filing of 2019 Statements | 7223 |

2849946v1

| Tab | Description | Docket |
|---|---|---|
| 22 | Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019, or Alternatively, for New Trial | 7251 |
| 23 | Certification of Counsel with Proposed Form of Order/Proposed Order regarding Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019, or Alternatively, for New Trial | 7260 |
| 24 | Revised Order Requiring the Filing of 2019 Statements | 7468 |
| 25 | Joinder of Brayton Purcell in the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed.R. Bankr. P. 2019 | 7340 |
| 26 | Joinder of Weitz & Luxenberg, P.C. In the Response of the Response of the Law Offices of Peter G. Angelos, P.C., Baron & Budd, P.C. Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & Kraus, LLP; Weitz & Luxenberg P.C.; and Williams Kherkher Hart Boundas, LLP, to the Motion of Garlock Sealing Technologies LLC For Entry of an Order Pursuant to 11 USC Section 350(b), Fed. R. Bankr. P. 3020(d), 3022 and 5010, Reopening Chapter 11 Bankruptcy Cases for the Limited Purpose of Seeking Access to 2019 Statements | 10727 |
| 27 | Joinder of Campbell, Cherry, Harrison, Davis & Dove PC in the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed.R. Bankr. P. 2019 | 7361 |
| 28 | Objection of the U.S. Trustee to Garlock Motion for Entry of an Order Reopening Chapter 11 Bankruptcy Cases for the Limited Purpose of Seeking Access to 2019 Statements | 10730 |
| 29 | Bankrupt Entity Response to Garlock Motion for Entry of an Order Reopening Chapter 11 Bankruptcy Cases for the Limited Purpose of Seeking Access to 2019 Statements | 10731 |

2849946v1

| Tab | Description | Docket |
|---|---|---|
| 30 | Objection of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken, Walker & Rhoads, LLP, to Garlock's Motion for Order Authorizing Access to 2019 Statements Filed in This Court and for Related Relief | 10736 |
| 31 | Joinder and Objection of the Official Committees of Asbestos Claimants in Flintkote, Grace, NARCO, and Pittsburgh Corning Bankruptcies to Garlock's Motion for Orders Authorizing Access to 2019 Statements and Related Relief | 10711 |
| 32 | Administrative Order with Respect to 2019 Statements and/or Exhibits Submitted in Certain Asbestos Cases that do not Comply with the Order, as Amended, Governing the Filing Thereof | 7668 |
| 33 | Hearing Transcript Mar. 28, 2011 | 10747 |
| 34 | Response Of The Law Offices Of Peter G. Angelos, P.C., Baron & Budd, P.C., Brayton Purcell, LLP, Hissey Kientz, LLP, The Lipman Law Firm, Reaud, Morgan & Quinn, Inc., Thornton & Naumes, LLP, Waters & Kraus, LLP, And Williams Kherkher Hart Boundas, LLP, To The Motion Of Garlock Sealing Technologies LLC For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief. | 10706 |
| 35 | Response Of The Law Offices Of Peter G. Angelos, P.C.; Baron & Budd, P.C.; Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & Kraus, LLP; Weitz & Luxenberg P.C.; And Williams Kherkher Hart Boundas, LLP, To The Motion Of Garlock Sealing Technologies LLC For Entry Of An Order, Pursuant To 11 U.S.C. § 350(B), Fed. R. Bankr. P. 3020(D), 3022 And 5010, Reopening Chapter 11 Bankruptcy Cases For The Limited Purpose Of Seeking Access To 2019 Statements | 10735 |
| 36 | Hearing Transcript, In re Armstrong World Industries, Inc., No. 00-04471 (Bankr. D. Del. Feb. 14, 2011) | 10717 |

## CE

| Tab | Description | Docket |
|---|---|---|
| 37 | Order Requiring Filing of Statements Pursuant to Fed.R.Bankr. P. 2019 | 1762 |

2849946v1

| Tab | Description | Docket |
|---|---|---|
| 38 | Order Vacating Order Requiring Filing of 2019 Statements | 1766 |
| 39 | Joinder of Weitz & Luxenberg, P.C. In the Response of the Response of the Law Offices of Peter G. Angelos, P.C., Baron & Budd, P.C. Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & Kraus, LLP; Weitz & Luxenberg P.C.; and Williams Kherkher Hart Boundas, LLP, to the Motion of Garlock Sealing Technologies LLC For Entry of an Order Pursuant to 11 USC Section 350(b), Fed. R. Bankr. P. 3020(d), 3022 and 5010, Reopening Chapter 11 Bankruptcy Cases for the Limited Purpose of Seeking Access to 2019 Statements | 3405 |
| 40 | Objection of the U.S. Trustee to Garlock Motion for Entry of an Order Reopening Chapter 11 Bankruptcy Cases for the Limited Purpose of Seeking Access to 2019 Statements | 3408 |
| 41 | Bankrupt Entity Response to Garlock Motion for Entry of an Order Reopening Chapter 11 Bankruptcy Cases for the Limited Purpose of Seeking Access to 2019 Statements | 3409 |
| 42 | Objection of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken, Walker & Rhoads, LLP, to Garlock's Motion for Order Authorizing Access to 2019 Statements Filed in This Court and for Related Relief | 3414 |
| 43 | Joinder and Objection of the Official Committees of Asbestos Claimants in Flintkote, Grace, NARCO, and Pittsburgh Corning Bankruptcies to Garlock's Motion for Orders Authorizing Access to 2019 Statements and Related Relief | 3391 |
| 44 | Hearing Transcript Mar. 28, 2011 | 3424 |
| 45 | Response Of The Law Offices Of Peter G. Angelos, P.C.; Baron & Budd, P.C.; Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & Kraus, LLP; Weitz & Luxenberg P.C.; And Williams Kherkher Hart Boundas, LLP, To The Motion Of Garlock Sealing Technologies LLC For Entry Of An Order, Pursuant To 11 U.S.C. § 350(B), Fed. R. Bankr. P. 3020(D), 3022 And 5010, Reopening Chapter 11 Bankruptcy Cases For The Limited Purpose Of Seeking Access To 2019 Statements | 3413 |

2849946v1

| Tab | Description | Docket |
|---|---|---|
| 46 | Brief in Support of Indemnified Insurers' Motion for Entry of an Order Requiring Joseph Rice and All Lawyers Representing Multiple Asbestos Claimants to Comply with Rule 2019 | 2211 |
| 47 | Opposition to Indemnified Insurers' Motion for Entry of an Order Requiring Joseph Rice and All Lawyers Representing Multiple Asbestos Claimants to Comply with Rule 2019 | 2225 |
| 48 | Joinder of Joseph F. Rice in Debtors' Opposition to Motion of Indemnified Insurers for Entry of an Order Requiring Joseph Rice and all Attorneys Representing Multiple Asbestos Claimants to Comply with Bankruptcy Rule 2019 | 2226 |
| 49 | Joinder of Certain Cancer Claimants in Debtors' Opposition to Motion of Indemnified Insurers for Entry of an Order Requiring Joseph Rice and all Attorneys Representing Multiple Asbestos Claimants to Comply with Bankruptcy Rule 2019 | 2242 |

## FLINTKOTE

| Tab | Description | Docket |
|---|---|---|
| 50 | Order Requiring Filing of Statements Pursuant to Fed.R.Bankr. P. 2019 | 201 |
| 51 | Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 | 219 |
| 52 | Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019, or Alternatively, for New Trial | 236 |
| 53 | Proposed Form of Order/Proposed Order regarding Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019, or Alternatively, for New Trial | 237 |
| 54 | Revised Order Requiring the Filing of 2019 Statements | 337 |
| 55 | Certification of Counsel regarding Supplement to Revised Order Requiring Filing of Statements Pursuant to 2019 | 922 |
| 56 | Notice of Appeal of Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 | 359 |
| 57 | Opinion Ruling on Appeal | 1111 |
| 58 | Joinder of Brayton Purcell in the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed.R. Bankr. P. 2019 | 294 |

2849946v1

| Tab | Description | Docket |
|---|---|---|
| 59 | Joinder of Weitz & Luxenberg, P.C. In the Response of the Response of the Law Offices of Peter G. Angelos, P.C., Baron & Budd, P.C. Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & Kraus, LLP; Weitz & Luxenberg P.C.; and Williams Kherkher Hart Boundas, LLP, to the Motion of Garlock Sealing Technologies LLC For Entry of an Order Pursuant to 11 USC Section 350(b), Fed. R. Bankr. P. 3020(d), 3022 and 5010, Reopening Chapter 11 Bankruptcy Cases for the Limited Purpose of Seeking Access to 2019 Statements | 5724 |
| 60 | Joinder of Campbell, Cherry, Harrison, Davis & Dove PC in the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed.R. Bankr. P. 2019 | 299 |
| 61 | Opposition of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken, Walker & Rhoads, LLP, to Garlock's Motion for Order Authorizing Access to 2019 Statements Filed in This Court and for Related Relief | 5646 |
| 62 | Joinder and Objection of the Official Committees of Asbestos Claimants in Flintkote, Grace, NARCO, and Pittsburgh Corning Bankruptcies to Garlock's Motion for Orders Authorizing Access to 2019 Statements and Related Relief | 5668 |
| 63 | Administrative Order with Respect to 2019 Statements and/or Exhibits Submitted in Certain Asbestos Cases that do not Comply with the Order, as Amended, Governing the Filing Thereof | 511 |
| 64 | Hearing Transcript Mar. 28, 2011 | 5812 |
| 65 | Response Of The Law Offices Of Peter G. Angelos, P.C., Baron & Budd, P.C., Brayton Purcell, LLP, Hissey Kientz, LLP, The Lipman Law Firm, Reaud, Morgan & Quinn, Inc., Thornton & Naumes, LLP, Waters & Kraus, LLP, And Williams Kherkher Hart Boundas, LLP, To The Motion Of Garlock Sealing Technologies LLC For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief. | 5643 |

2849946v1

| Tab | Description | Docket |
|---|---|---|
| 66 | Certification of No Objection Regarding Monthly Fee Application of Pachulski, Stang, Ziehl & Jones LLP for the Period of February 2-28, 2010 | |

### KAISER

| Tab | Description | Docket |
|---|---|---|
| 67 | Order Requiring Filing of Statements Pursuant to Fed.R.Bankr. P. 2019 | 4917 |
| 68 | Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 | 4927 |
| 69 | Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019, or Alternatively, for New Trial | 4962 |
| 70 | Revised Order Requiring the Filing of 2019 Statements | 5255 |
| 71 | Certification of Counsel regarding Supplement to Revised Order Requiring Filing of Statements Pursuant to 2019 | 6969 |
| 72 | Notice of Appeal of Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 | 5343 |
| 73 | Opinion Ruling on Appeal | 7446 |
| 74 | Joinder of Brayton Purcell in the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed.R. Bankr. P. 2019 | 5142 |
| 75 | Objection of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken, Walker & Rhoads, LLP, to Garlock's Motion for Order Authorizing Access to 2019 Statements Filed in This Court and for Related Relief | 10068 |
| 76 | Joinder and Objection of the Official Committees of Asbestos Claimants in Flintkote, Grace, NARCO, and Pittsburgh Corning Bankruptcies to Garlock's Motion for Orders Authorizing Access to 2019 Statements and Related Relief | 10025 |
| 77 | Administrative Order with Respect to 2019 Statements and/or Exhibits Submitted in Certain Asbestos Cases that do not Comply with the Order, as Amended, Governing the Filing Thereof | 5737 |
| 78 | Hearing Transcript Mar. 28, 2011 | 10087 |

2849946v1

| Tab | Description | Docket |
|---|---|---|
| 79 | Order Granting Supplement to Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 | 6993 |
| 80 | Response Of The Law Offices Of Peter G. Angelos, P.C., Baron & Budd, P.C., Brayton Purcell, LLP, Hissey Kientz, LLP, The Lipman Law Firm, Reaud, Morgan & Quinn, Inc., Thornton & Naumes, LLP, Waters & Kraus, LLP, And Williams Kherkher Hart Boundas, LLP, To The Motion Of Garlock Sealing Technologies LLC For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief. | 10018 |
| 81 | Hearing Transcript, In re Kaiser Aluminum  No. 02-10429 (Bankr. D. Del., Sept. 26, 2005) | 7490 |
| 82 | Various Insurers Response to/Opposition to Motion to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to 2019 | 5043 |
| 83 | Exhibits A and B to Various Insurers Response to/Opposition to Motion to Alter or Amend Amendatory order Requiring Filing of Statements Pursuant to 2019 | 5062 |
| 84 | Joinder – Opposition of Federal Insurance Company to Motion of Baron & Budd and Silber Pearlman to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 | 5139 |
| 85 | Motion to Allow – Certain Insurers' Motion for Access to Exhibits to 2019 Statements | 7329 |
| 86 | Objection to of the Official Committee of Asbestos Claimants to the Certain Insurers Motion for Access to Exhibits to 2019 Statements | 7376 |
| 87 | Allstate Insurance Company f/k/a Northbrook Insurance Company Joinder to Certain Insurers' Motion for Access to Exhibits to 2019 Statements | 7369 |
| 88 | Response to Opposition to Certain Insurers' Motion for access to Exhibits to 2019 Statements Filed by Environmental Litigation Group, P.C. | 7405 |
| 89 | Response in opposition to certain Insurers' Motion for Access to Exhibits to 2019 Statements Filed by Baron & Budd, PC, Silber Pearlman, LLP | 7406 |

## OWENS

| Tab | Description | Docket |
|---|---|---|
| 90 | Order Requiring Filing of Statements Pursuant to Fed.R.Bankr. P. 2019 | 12547 |
| 91 | Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 | 12563 |

2849946v1

| Tab | Description | Docket |
|---|---|---|
| 92 | Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019, or Alternatively, for New Trial | 12640 |
| 93 | Certification of Counsel with Proposed Form of Order/Proposed Order regarding Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019, or Alternatively, for New Trial | 12655 |
| 94 | Revised Order Requiring the Filing of 2019 Statements | 13091 |
| 95 | Certification of Counsel regarding Supplement to Revised Order Requiring Filing of Statements Pursuant to 2019 | 15354 |
| 96 | Notice of Appeal of Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 | 13193 |
| 97 | Joinder of Brayton Purcell in the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed.R. Bankr. P. 2019 | 12822 |
| 98 | Joinder of Campbell, Cherry, Harrison, Davis & Dove PC in the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed.R. Bankr. P. 2019 | 12849 |
| 99 | Objection of the U.S. Trustee to Garlock Motion for Entry of an Order Reopening Chapter 11 Bankruptcy Cases for the Limited Purpose of Seeking Access to 2019 Statements | 20996 |
| 100 | Bankrupt Entity Response to Garlock Motion for Entry of an Order Reopening Chapter 11 Bankruptcy Cases for the Limited Purpose of Seeking Access to 2019 Statements | 12841 |
| 101 | Objection of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken, Walker & Rhoads, LLP, to Garlock's Motion for Order Authorizing Access to 2019 Statements Filed in This Court and for Related Relief | 21003 |
| 102 | Joinder and Objection of the Official Committees of Asbestos Claimants in Flintkote, Grace, NARCO, and Pittsburgh Corning Bankruptcies to Garlock's Motion for Orders Authorizing Access to 2019 Statements and Related Relief | 20969 |

2849946v1

| Tab | Description | Docket |
|---|---|---|
| 103 | Administrative Order with Respect to 2019 Statements and/or Exhibits Submitted in Certain Asbestos Cases that do not Comply with the Order, as Amended, Governing the Filing Thereof | 13872 |
| 104 | Transcript of Argument on all Delaware Asbestos Cases regarding 2019 Order before The Honorable Judge Judith K. Fitzgerald on Oct. 6, 2004 | 12968 |
| 105 | Hearing Transcript Mar. 28, 2011 | 21016 |
| 106 | Response Of The Law Offices Of Peter G. Angelos, P.C., Baron & Budd, P.C., Brayton Purcell, LLP, Hissey Kientz, LLP, The Lipman Law Firm, Reaud, Morgan & Quinn, Inc., Thornton & Naumes, LLP, Waters & Kraus, LLP, And Williams Kherkher Hart Boundas, LLP, To The Motion Of Garlock Sealing Technologies LLC For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief. | 20962 |
| 107 | Response Of The Law Offices Of Peter G. Angelos, P.C.; Baron & Budd, P.C.; Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & Kraus, LLP; Weitz & Luxenberg P.C.; And Williams Kherkher Hart Boundas, LLP, To The Motion Of Garlock Sealing Technologies LLC For Entry Of An Order, Pursuant To 11 U.S.C. § 350(B), Fed. R. Bankr. P. 3020(D), 3022 And 5010, Reopening Chapter 11 Bankruptcy Cases For The Limited Purpose Of Seeking Access To 2019 Statements | 21002 |

**US MIN.**

| Tab | Description | Docket |
|---|---|---|
| 108 | Order Requiring Filing of Statements Pursuant to Fed.R.Bankr. P. 2019 | 2036 |
| 109 | Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 | 2049 |
| 110 | Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019, or Alternatively, for New Trial | 2063 |
| 111 | Certification of Counsel with Proposed Form of Order/Proposed Order regarding Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019, or Alternatively, for New Trial | 2071 |
| 112 | Revised Order Requiring the Filing of 2019 Statements | 2155 |

2849946v1

| Tab | Description | Docket |
|---|---|---|
| 113 | Certification of Counsel regarding Supplement to Revised Order Requiring Filing of Statements Pursuant to 2019 | |
| 114 | Joinder of Brayton Purcell in the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed.R. Bankr. P. 2019 | 2110 |
| 115 | Joinder of Weitz & Luxenberg, P.C. In the Response of the Response of the Law Offices of Peter G. Angelos, P.C., Baron & Budd, P.C. Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & Kraus, LLP; Weitz & Luxenberg P.C.; and Williams Kherkher Hart Boundas, LLP, to the Motion of Garlock Sealing Technologies LLC For Entry of an Order Pursuant to 11 USC Section 350(b), Fed. R. Bankr. P. 3020(d), 3022 and 5010, Reopening Chapter 11 Bankruptcy Cases for the Limited Purpose of Seeking Access to 2019 Statements | 3902 |
| 116 | Objection of the U.S. Trustee to Garlock Motion for Entry of an Order Reopening Chapter 11 Bankruptcy Cases for the Limited Purpose of Seeking Access to 2019 Statements | 3905 |
| 117 | Objection of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken, Walker & Rhoads, LLP, to Garlock's Motion for Order Authorizing Access to 2019 Statements Filed in This Court and for Related Relief | 3911 |
| 118 | Joinder and Objection of the Official Committees of Asbestos Claimants in Flintkote, Grace, NARCO, and Pittsburgh Corning Bankruptcies to Garlock's Motion for Orders Authorizing Access to 2019 Statements and Related Relief | 3889 |
| 119 | Administrative Order with Respect to 2019 Statements and/or Exhibits Submitted in Certain Asbestos Cases that do not Comply with the Order, as Amended, Governing the Filing Thereof | 2342 |
| 120 | Transcript of Argument on all Delaware Asbestos Cases regarding 2019 Order before The Honorable Judge Judith K. Fitzgerald on Oct. 6, 2004 | 2232 |
| 121 | Hearing Transcript Mar. 28, 2011 | 3920 |

2849946v1

| Tab | Description | Docket |
|---|---|---|
| 122 | | |
| 123 | Joinder of Official Committee of Asbestos Bodily Injury and Property Damage Claimants to the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed.R. Bankr. P. 2019 | 2118 |

## USG

| Tab | Description | Docket |
|---|---|---|
| 124 | Order Requiring Filing of Statements Pursuant to Fed.R.Bankr. P. 2019 | 6452 |
| 125 | Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 | 6466 |
| 126 | Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019, or Alternatively, for New Trial | 6551 |
| 127 | Proposed Form of Order/Proposed Order regarding Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019, or Alternatively, for New Trial | 6552 |
| 128 | Revised Order Requiring the Filing of 2019 Statements | 6852 |
| 129 | Certification of Counsel regarding Supplement to Revised Order Requiring Filing of Statements Pursuant to 2019 | 8720 |
| 130 | Joinder of Brayton Purcell in the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed.R. Bankr. P. 2019 | 6718 |
| 131 | Joinder of Weitz & Luxenberg, P.C. In the Response of the Response of the Law Offices of Peter G. Angelos, P.C., Baron & Budd, P.C. Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & Kraus, LLP; Weitz & Luxenberg P.C.; and Williams Kherkher Hart Boundas, LLP, to the Motion of Garlock Sealing Technologies LLC For Entry of an Order Pursuant to 11 USC Section 350(b), Fed. R. Bankr. P. 3020(d), 3022 and 5010, Reopening Chapter 11 Bankruptcy Cases for the Limited Purpose of Seeking Access to 2019 Statements | 12626 |

2849946v1

| Tab | Description | Docket |
|---|---|---|
| 132 | Joinder of Campbell, Cherry, Harrison, Davis & Dove PC in the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed.R. Bankr. P. 2019 | 6737 |
| 133 | Objection of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken, Walker & Rhoads, LLP, to Garlock's Motion for Order Authorizing Access to 2019 Statements Filed in This Court and for Related Relief | 12634 |
| 134 | Joinder and Objection of the Official Committees of Asbestos Claimants in Flintkote, Grace, NARCO, and Pittsburgh Corning Bankruptcies to Garlock's Motion for Orders Authorizing Access to 2019 Statements and Related Relief | 12609 |
| 135 | Order Granting Supplement to Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 | 8802 |
| 136 | Response Of The Law Offices Of Peter G. Angelos, P.C., Baron & Budd, P.C., Brayton Purcell, LLP, Hissey Kientz, LLP, The Lipman Law Firm, Reaud, Morgan & Quinn, Inc., Thornton & Naumes, LLP, Waters & Kraus, LLP, And Williams Kherkher Hart Boundas, LLP, To The Motion Of Garlock Sealing Technologies LLC For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief. | 12604 |

## GRACE

| Tab | Description | Docket |
|---|---|---|
| 137 | Order Requiring Filing of Statements Pursuant to Fed.R.Bankr. P. 2019 | 6261 |
| 138 | Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 | 6275 |
| 139 | Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019, or Alternatively, for New Trial | 6322 |

2849946v1

| Tab | Description | Docket |
|-----|-------------|--------|
| 140 | Certification of Counsel with Proposed Form of Order/Proposed Order regarding Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019, or Alternatively, for New Trial | 6345 |
| 141 | Revised Order Requiring the Filing of 2019 Statements | 6715 |
| 142 | Certification of Counsel regarding Supplement to Revised Order Requiring Filing of Statements Pursuant to 2019 | 8967 |
| 143 | Joinder of Brayton Purcell in the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed.R. Bankr. P. 2019 | 6516 |
| 144 | Joinder of Campbell, Cherry, Harrison, Davis & Dove PC in the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed.R. Bankr. P. 2019 | 6533 |
| 145 | Objection of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken, Walker & Rhoads, LLP, to Garlock's Amended Motion for Order Authorizing Access to 2019 Statements Filed in This Court and for Related Relief | 26539 |
| 146 | Joinder and Objection of the Official Committees of Asbestos Claimants in Flintkote, Grace, NARCO, and Pittsburgh Corning Bankruptcies to Garlock's Motion for Orders Authorizing Access to 2019 Statements and Related Relief | 26211 |
| 147 | Administrative Order with Respect to 2019 Statements and/or Exhibits Submitted in Certain Asbestos Cases that do not Comply with the Order, as Amended, Governing the Filing Thereof | 7349 |
| 148 | Transcript of Argument on all Delaware Asbestos Cases regarding 2019 Order before The Honorable Judge Judith K. Fitzgerald on Oct. 6, 2004 | 7054 |
| 149 | Hearing Transcript Mar. 28, 2011 | 26735 |
| 150 | Hearing Transcript, In re Grace No. 01-01139 (Bankr. D. Del. Feb. 14, 2011) | 26301 |
| 151 | Hearing Transcript, In re Grace No. 01-01139 (Bankr. D. Del. Sept. 26, 2005) | 9628 |

2849946v1

| Tab | Description | Docket |
|---|---|---|
| 152 | Opposition of Federal Insurance Company to Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed.R. Bankr. P. 2019 | 6521 |
| 153 | Response in Opposition to Certain Insurers' Motion for Access to Exhibits to 2019 Statements Filed by Baron & Budd, P.C., and Silber Pearlman, LLP | 9443 |
| 154 | Response to Opposition to Certain Insurers' Motion for Access to Exhibits to 2019 Statements Filed by Environmental Litigation Group, P.C., | 9445 |
| 155 | Objection to Certain Insurers Motion for Access to Exhibits to 2019 Statements Filed by Official Committee of Asbestos Personal Injury Claimants | 9449 |
| 156 | Certification of Counsel Regarding Proposed Order on Certain Insurers' Motion for Access to Exhibits in 2019 Statements | 11010 |
| 157 | Order Denying Insurers' Motion for Access to Exhibits to 2019 Statements and Clarifying Scope of the P.I. Claims Estimation Proceedings | 11031 |

## MID-VALLEY

| Tab | Description | Docket |
|---|---|---|
| 158 | Order Requiring Filing of Statements Pursuant to Fed.R.Bankr. P. 2019 | 1089 |
| 159 | Joinder of Weitz & Luxenberg, P.C. In the Response of the Response of the Law Offices of Peter G. Angelos, P.C., Baron & Budd, P.C. Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & Kraus, LLP; Weitz & Luxenberg P.C.; and Williams Kherkher Hart Boundas, LLP, to the Motion of Garlock Sealing Technologies LLC For Entry of an Order Pursuant to 11 USC Section 350(b), Fed. R. Bankr. P. 3020(d), 3022 and 5010, Reopening Chapter 11 Bankruptcy Cases for the Limited Purpose of Seeking Access to 2019 Statements | 2797 |
| 160 | Objection of the U.S. Trustee to Garlock Motion for Entry of an Order Reopening Chapter 11 Bankruptcy Cases for the Limited Purpose of Seeking Access to 2019 Statements | 2800 |
| 161 | Bankrupt Entity Response to Garlock Motion for Entry of an Order Reopening Chapter 11 Bankruptcy Cases for the Limited Purpose of Seeking Access to 2019 Statements | 2796 |

2849946v1

| Tab | Description | Docket |
|-----|-------------|--------|
| 162 | Objection of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken, Walker & Rhoads, LLP, to Garlock's Motion for Order Authorizing Access to 2019 Statements Filed in This Court and for Related Relief | 2805 |
| 163 | Joinder and Objection of the Official Committees of Asbestos Claimants in Flintkote, Grace, NARCO, and Pittsburgh Corning Bankruptcies to Garlock's Motion for Orders Authorizing Access to 2019 Statements and Related Relief | 2783 |
| 164 | Response Of The Law Offices Of Peter G. Angelos, P.C., Baron & Budd, P.C., Brayton Purcell, LLP, Hissey Kientz, LLP, The Lipman Law Firm, Reaud, Morgan & Quinn, Inc., Thornton & Naumes, LLP, Waters & Kraus, LLP, And Williams Kherkher Hart Boundas, LLP, To The Motion Of Garlock Sealing Technologies LLC For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief. | 2775 |
| 165 | Response Of The Law Offices Of Peter G. Angelos, P.C.; Baron & Budd, P.C.; Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & Kraus, LLP; Weitz & Luxenberg P.C.; And Williams Kherkher Hart Boundas, LLP, To The Motion Of Garlock Sealing Technologies LLC For Entry Of An Order, Pursuant To 11 U.S.C. § 350(B), Fed. R. Bankr. P. 3020(D), 3022 And 5010, Reopening Chapter 11 Bankruptcy Cases For The Limited Purpose Of Seeking Access To 2019 Statements | 2802 |
| 166 | Hearing Transcript, In re Mid Valley No. 03-35592 (Bankr. D. W.D. Pa. Apr. 13, 2004) | 1186 |
| 167 | Motion for Order Denying Foster & Sear, LLP and McCurdy & McCurdy LLP's Right to be Heard in Case and Invalidating all Ballots Submitted by Foster & Sear, LLP and McCurdy & McCurdy LLP | 564 |
| 168 | Response/Opposition of Debtors' to London Market Insurers' Motions for Orders Denying Non-Complying Entities Foster & Sear, LLP and McCurdy & McCurdy LLP Right to be Heard in Case and Invalidating all Ballots Submitted by Foster & Sear, LLP and McCurdy & McCurdy LLP | 879 |

2849946v1

| Tab | Description | Docket |
|-----|-------------|--------|
| 169 | Supplemental Response Filed by Asbestosis Claimants in Opposition to Motion, filed by Creditor London Market Insurers, Creditor Certain Underwriters at Lloyd's London | 936 |

**NARCO**

| Tab | Description | Docket |
|-----|-------------|--------|
| 170 | Order Requiring Filing of Statements Pursuant to Fed.R.Bankr. P. 2019 | 2368 |
| 171 | Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 | 2375 |
| 172 | Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019, or Alternatively, for New Trial | 2422 |
| 173 | Revised Order Requiring the Filing of 2019 Statements | 2515 |
| 174 | Joinder of Brayton Purcell in the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed.R. Bankr. P. 2019 | 2480 |
| 175 | Joinder of Weitz & Luxenberg, P.C. In the Response of the Response of the Law Offices of Peter G. Angelos, P.C., Baron & Budd, P.C. Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & Kraus, LLP; Weitz & Luxenberg P.C.; and Williams Kherkher Hart Boundas, LLP, to the Motion of Garlock Sealing Technologies LLC For Entry of an Order Pursuant to 11 USC Section 350(b), Fed. R. Bankr. P. 3020(d), 3022 and 5010, Reopening Chapter 11 Bankruptcy Cases for the Limited Purpose of Seeking Access to 2019 Statements | 7025 |
| 176 | Joinder of Cooney & Conway in Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed.R. Bankr. P. 2019 | 2485 |
| 177 | Opposition of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken, Walker & Rhoads, LLP, to Garlock's Motion for Order Authorizing Access to 2019 Statements Filed in This Court and for Related Relief | 6965 |

2849946v1

| Tab | Description | Docket |
|---|---|---|
| 178 | Joinder and Objection of the Official Committees of Asbestos Claimants in Flintkote, Grace, NARCO, and Pittsburgh Corning Bankruptcies to Garlock's Motion for Orders Authorizing Access to 2019 Statements and Related Relief | 6984 |
| 179 | Administrative Order with Respect to 2019 Statements and/or Exhibits Submitted in Certain Asbestos Cases that do not Comply with the Order, as Amended, Governing the Filing Thereof | 2710 |
| 180 | Order Granting Supplement to Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 | 3251 |
| 181 | Response Of The Law Offices Of Peter G. Angelos, P.C., Baron & Budd, P.C., Brayton Purcell, LLP, Hissey Kientz, LLP, The Lipman Law Firm, Reaud, Morgan & Quinn, Inc., Thornton & Naumes, LLP, Waters & Kraus, LLP, And Williams Kherkher Hart Boundas, LLP, To The Motion Of Garlock Sealing Technologies LLC For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief. | 6961 |

**PCC**

| Tab | Description | Docket |
|---|---|---|
| 182 | Order Requiring Filing of Statements Pursuant to Fed.R.Bankr. P. 2019 | 3527 |
| 183 | Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 | 3530 |
| 184 | Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019, or Alternatively, for New Trial | 3561 |
| 185 | Revised Order Requiring the Filing of 2019 Statements | 3667 |
| 186 | Notice of Appeal of Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 | 3701 |
| 187 | Order Ruling on Appeal | 4503 |
| 188 | Joinder of Brayton Purcell in the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed.R. Bankr. P. 2019 | 3631 |

2849946v1

| Tab | Description | Docket |
|---|---|---|
| 189 | Joinder of Weitz & Luxenberg, P.C. In the Response of the Response of the Law Offices of Peter G. Angelos, P.C., Baron & Budd, P.C. Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & Kraus, LLP; Weitz & Luxenberg P.C.; and Williams Kherkher Hart Boundas, LLP, to the Motion of Garlock Sealing Technologies LLC For Entry of an Order Pursuant to 11 USC Section 350(b), Fed. R. Bankr. P. 3020(d), 3022 and 5010, Reopening Chapter 11 Bankruptcy Cases for the Limited Purpose of Seeking Access to 2019 Statements | 7383 |
| 190 | Bankrupt Entity Response to Garlock Motion for Entry of an Order Reopening Chapter 11 Bankruptcy Cases for the Limited Purpose of Seeking Access to 2019 Statements | 8120 |
| 191 | Objection of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken, Walker & Rhoads, LLP, to Garlock's Motion for Order Authorizing Access to 2019 Statements Filed in This Court and for Related Relief | 8214 |
| 192 | Joinder and Objection of the Official Committees of Asbestos Claimants in Flintkote, Grace, NARCO, and Pittsburgh Corning Bankruptcies to Garlock's Motion for Orders Authorizing Access to 2019 Statements and Related Relief | 8139 |
| 193 | Administrative Order with Respect to 2019 Statements and/or Exhibits Submitted in Certain Asbestos Cases that do not Comply with the Order, as Amended, Governing the Filing Thereof | 3910 |
| 194 | Order Granting Supplement to Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 | 4347 |
| 195 | Response Of The Law Offices Of Peter G. Angelos, P.C., Baron & Budd, P.C., Brayton Purcell, LLP, Hissey Kientz, LLP, The Lipman Law Firm, Reaud, Morgan & Quinn, Inc., Thornton & Naumes, LLP, Waters & Kraus, LLP, And Williams Kherkher Hart Boundas, LLP, To The Motion Of Garlock Sealing Technologies LLC For Orders Authorizing Access To 2019 Statements Filed In This Court And For Related Relief. | 8118 |
| 196 | Hearing Transcript, In re Pittsburgh Corning Corp., No. 00-22876 (Bankr. W.D. Pa. Sept. 23, 2004) | 3633 |

2849946v1

| Tab | Description | Docket |
|---|---|---|
| 197 | Hearing Transcript, In re Pittsburgh Corning Corp., No. 00-22876 (Bankr. W.D. Pa. June 13, 2005) | 4350 |
| 198 | Hearing Transcript, In re Pittsburgh Corning Corp., No. 00-22876 (Bankr. W.D. Pa. Dec. 03, 2009) | 7346 |
| 199 | Hearing Transcript, In re Pittsburgh Corning Corp., No. 00-22876 (Bankr. W.D. Pa. Jan. 13, 2010) | 7422 |
| 200 | Motion to Reconsider Amendatory Order Requiring Filing of 2019 Statements | 3563 |
| 201 | Supplement/Addendum to Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019, or Alternatively, for New Trial | 3589 |
| 202 | Objection To Motions For Reconsideration Of The Court's Amendatory 2019 Order; And (2) Further Supplemental Response In Support Of Motion For Order Denying Non-Complying Law Firms Right To Be Heard In Case And Invalidating All Ballots Submitted By Non-Complying Law Firms | 3591 |
| 203 | Baron & Budd Appellee Designation of Contents for Inclusion in Record of Appeal | 3763 |
| 204 | Objection London Market Insurers Limited Objection To Proposed Supplemental Order Regarding Compliance With Bankruptcy Rule 2019 Regarding the Hearing on 6/13/2005. Filed by Creditors Certain Underwriters at Lloyd's London, London Market Insurers | 4331 |
| 205 | Emergency Motion of Plan Proponents to Strike Objection of Garlock Sealing Technologies, LLC, to Confirmation of Modified Third Amended Plan of Reorganization or Alternatively For Order Directing Expedited Discovery | 7169 |
| 206 | Objection of Baron & Budd, Reaud Morgan & Quinn, Weitz & Luxemberg and Williams Kherkher to the Expedited Motion of Garlock Sealing Technologies, LLC for Order Authorizing Access to Certain 2019 Statements Filed in Case | 7277 |
| 207 | Objection of Plan Proponents to Motion of Garlock Sealing Technologies, LLC for Order authorizing Access to Certain 2019 Statements Filed in Case | 7278 |
| 208 | Judgment of USCA Signed on 1/10/2008 affirming judgment/order of the District Court of the Western District of Pennsylvania | 7303 |
| 209 | Mandate of USCA entered on 2/5/2008 affirming judgment/order of the District Court for the Western District of Pennsylvania | 7304 |

2849946v1

| Tab | Description | Docket |
|---|---|---|
| 210 | Baron & Budd, P.C., Law Offices of Peter G. Angelos, P.C., Reaud, Morgan & Quinn, L.L.P., Thornton & Naumes, L.L.P., Weitz & Luxenberg, P.C., Williams Kherkher L.L.P Objection to the Expedited Motion of Garlock Sealing Technologies, LLC for Order Authorizing Access to Certain 2019 Statements Filed in Case | 7363 |
| 211 | Objection Filed by Creditor Cascino Asbestos to Motion of Garlock Sealing Technologies LLC for Order Authorizing Access to Certain 2019 Statements Filed in Case | 7364 |
| 212 | Joinder to Objection to Expedited Motion of Garlock Sealing Technologies, LLC for Order Authorizing Access to Certain 2019 Statements Filed in Case | 7370 |
| 213 | Supplemental Verified Statement in Connection with the Representation of Creditors As Required by Federal Rule of Bankruptcy Procedure 2019 | 7275 |
| 214 | Joinder Notice of the Law Offices of Peter G. Angelos to Objection of Baron & Budd, et al to the Expedited Motion of Garlock Sealing Technologies for Order Authorizing Access to Certain 2019 Statements | 7282 |
| 215 | Joinder Notice of Lipsitz & Ponterio to Objection of Baron & Budd, et al to the Expedited Motion of Garlock Sealing Technologies for Order Authorizing Access to Certain 2019 Statements | 7383 |
| 216 | Responses of Plan Proponents and Plan Supporters to Various Plan Objections | 7412 |
| 217 | Certification of Counsel Regarding Expedited Motion of Garlock Sealing Technologies, LLC for Order Authorizing Access to Certain 2019 Statements Filed in Case Filed by Interested Parties | 7453 |
| 218 | Modified Order Denying Expedited Motion filed by Creditor Garlock Sealing Technologies, LLC For Order Authorizing Access to Certain 2019 Statements | 7579 |
| 219 | Plan Proponents' and Plan Supporters' Post-Trial Brief in Support of Confirmation of Modified Third Amended Plan of Reorganization for Pittsburgh Corning Corporation at 34 n.49, In re Pittsburgh Corning Corp., No. 00-22876 (Bankr. W.D. Pa. Aug. 19, 2010) | 7904 |
| 220 | Joinder in Objections to Motion of Garlock Sealing Technologies LLC for Orders Authorizing Access to 2019 Statements Filed in this Court and for Related Relief Filed by Interested Party Weitz & Luxenberg, | 8195 |
| 221 | Objection of Pittsburgh Corning Corporation to Exhibits Offered by Garlock Sealing Technologies LLC in Support of its Motion for Orders Authorizing Access to 2019 Statements | 8196 |

| Tab | Description | Docket |
|:---:|:---|:---|
| 222 | Memorandum Opinion and Order Regarding Modified Third Amended Plan. | 8321 |

## U.S. DISTRICT COURT FOR THE W. D. OF PENNSYLVANIA (04-0184)

| Tab | Description | Docket |
|:---:|:---|:---|
| 223 | Appellant's Brief By London Market Insurance Mt. McKinley Insurance Everest Reinsurance (Dist. Crt. Dec. 13, 2004) | 2 |
| 224 | Apellee's Reply Brief By Pittsburgh Corning, The Official Committee Of Asbestos Creditors And The Future Claimants' Representative (Dist. Crt. Dec. 28, 2004) | 3 |
| 225 | Appellee's Brief By Silber & Pearlman, L, Baron & Budd, P.C. (Dist. Crt. Dec. 28, 2004) | 6 |
| 226 | Appellant's Reply Brief By London Market Insurance Mt. McKinley Insurance Everest Reinsurance (Dist. Crt. Jan. 7, 2005) | 5 |
| 227 | Memorandum Order from U.S. District Court for the Western District of Pennsylvania regarding 2019 Order (Dist. Crt. Sept. 27, 2005) | 10 |

## U.S. THIRD CIRCUIT OF APPEALS (05-4781)

| Tab | Description | Docket |
|:---:|:---|:---|
| 228 | Brief On Behalf Of Appellants Mt McKinley Ins Co And Everest Reinsurance (3d. Circ. Oct. 23, 2006) | |
| 229 | Brief on behalf of Appellees Silber Pearlman and Baron & Budd PC (3d. Circ. Nov. 24, 2006) | |
| 230 | Brief on behalf of Pittsburgh Corning Corp. (3d. Circ. Nov. 27, 2006) | |
| 231 | Reply Brief on behalf of Appellants Mt. McKinley Ins. Co. and Everest Reinsurance (3d. Circ. Dec. 14, 2006) | |

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE (04-1496)

| Tab | Description | Docket |
|:---:|:---|:---|
| 232 | Brief of Appellants, Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies (Dist. Crt. Mar. 18, 2005) | 13 |
| 233 | Brief of Appellee Baron & Budd, P.C. and Silber Pearlman LLP regarding Flintkote Appeal | 15 |
| 234 | Reply Brief of Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies (Dist. Crt. Apr. 18, 2005) | 17 |
| 235 | Memorandum Opinion (Dist. Crt. July 28, 2005) | 18 |

2849946v1

| Tab | Description | Docket |
|-----|-------------|--------|
| 236 | Limited Objection to Motion of the Debtors for an Order Requiring Filing of Statements Pursuant to Bankruptcy Rule 2019 | 426 |
| 237 | Transcript regarding Hearing Held 10/18/2010 | 472 |
| 238 | Hearing Transcript, In re Specialty Products Holdings Corp., No. 10-11780, (Bankr. D. Del. Dec. 2, 2010) | 668 |

Dated: November 9, 2011                           Respectfully submitted,

MONTGOMERY, MCCRACKEN,
   WALKER & RHOADS, LLP

*/s/ Natalie D. Ramsey*
Natalie D. Ramsey (DE 5378)
1105 North Market Street, Suite 1500
Wilmington, DE  19801
Telephone:    (302-504-7830)
Facsimile:    (302-504-7820)

*Counsel to the above-named firms*

2849946v1