# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ACandS, Inc. | Case No.: 02-12687 (JKF)<br>**Re: D.I. 3700** |
| Armstrong World Industries, Inc. | Case No.: 00-04471 (JKF)<br>**Re: D.I. 10760** |
| Combustion Engineering, Inc. | Case No.: 03-10495 (JKF)<br>**Re: D.I. 3440** |
| The Flintkote Co. | Case No.: 04-11300 (JKF)<br>**Re: D.I. 6255** |
| Kaiser Aluminum Corp. | Case No.: 02-10429 (JKF)<br>**Re: D.I. 10170** |
| Owens Corning | Case No.: 00-03837 (JKF)<br>**Re: D.I. 21030** |
| US Mineral Products Co. | Case No.: 01-02471 (JKF)<br>**Re: D.I. 3937** |
| USG Corp. | Case No.: 01-02094 (JKF)<br>**Re: D.I. 12655** |
| W.R. Grace & Co. | Case No.: 01-01139 (JKF)<br>**Re: D.I. 27749** |
| Debtors. | |

**DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED
IN THE RECORD ON APPEAL BY APPELLEES THE OFFICIAL
COMMITTEES OF ASBESTOS CLAIMANTS IN THE FLINTKOTE,
GRACE, NARCO AND PITTSBURGH CORNING BANKRUPTCIES**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Rule 8006-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Official Committees of Asbestos Claimants in the Flintkote, Grace, NARCO and Pittsburgh Corning bankruptcy cases (the "ACC Appellees") respectfully submit this designation of additional items to be included in the record on appeal in response to the Statement of Issues and Designation of Items to be Included in Record on Appeal (the

"Designation") filed by Appellant Garlock Sealing Technologies LLC ("Garlock") on or about October 26, 2011.

The ACC Appellees designate the items set forth in the tables below to be included in the record on this appeal. Each item in the first table appears on the docket of one or more of the following cases and is designated by docket number in the respective case, appearing under the respective case column:

**In the United States Bankruptcy Court for the District of Delaware**

In re ACandS, Inc., Case No. 02-12687 (JKF) ("**ACandS**")

In re Armstrong World Industries, Inc., Case No. 00-04471 (JKF) ("**Armstrong**")

In re Combustion Engineering, Inc., Case No. 03-10495 (JKF) ("**CE**")

In re Flintkote Co., Case No. 04-11300 (JKF) ("**Flintkote**")

In re Kaiser Aluminum Corp., Case No. 02-10429 (JKF) ("**Kaiser**")

In re Owens Corning, Case No. 00-03837 (JKF) ("**Owens**")

In re United States Mineral Products Co., Case No. 01-02471 (JKF) ("**US Min.**")

In re USG Corp., Case No. 01-02094 (JKF) ("**USG**")

In re W.R. Grace & Co., Case No. 01-01139 (JKF) ("**Grace**")


**In the United States Bankruptcy Court for the Western District of Pennsylvania**

In re Mid-Valley, Inc., Case No. 03-35592 (JKF) ("**Mid-Valley**")

In re North American Refractories Co., Case No. 02-20198 (JKF) ("**NARCO**")

In re Pittsburgh Corning Corp., Case No. 00-22876 (JKF) ("**PCC**")

| Tab | Description | AC&S | Armstrong | CE | Flintkote | Kaiser | Owens | US Min. | USG | Grace | Mid-Valley | NARCO | PCC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 | 1461 | 7217 | 1762 | 201 | 4917 | 12547 | 2036 | 6452 | 6261 | 1089 | 2368 | 3527 |
| 2 | Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 | | | | 219 | 4927 | 12563 | 2049 | 6466 | 6275 | | 2375 | 3530 |
| 3 | Order Staying Order Requiring Filing of 2019 Statements | 1463 | 7223 | | | | | | | | | | |
| 4 | Order Vacating Order Requiring Filing of 2019 Statements | | | 1766 | | | | | | | | | |
| 5 | Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019, or Alternatively, for New Trial | 1476 | 7251 | | 236 | 4962 | 12640 | 2063 | 6551 | 6322 | | 2422 | 3561 |
| 6 | Revised Order Requiring the Filing of 2019 Statements | 1574 | 7468 | | 337 | 5255 | 13091 | 2155 | 6852 | 6715 | | 2515 | 3667 |
| 7 | Certification of Counsel Regarding Supplement to Revised Order Requiring Filing of Statements Pursuant to 2019 | | | | 922 | 6969 | 15354 | | 8720 | 8967 | | | |
| 8 | Notice of Appeal of Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 | | | | 359 | 5343 | | | | | | | |
| 9 | Final Order | | | | | 7451 | | | | | | | |
| 10 | Opinion | | | | 1111 | 7446 | | | | | | | |
| 11 | Joinder of Brayton Purcell in the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 | 1525 | 7340 | | 294 | 5142 | 12822 | 2110 | 6718 | 6516 | | 2480 | 3631 |
| 12 | Joinder of Cooney & Conway in Motion | | | | | | | | | | | 2485 | |

| Tab | Description | AC&S | Armstrong | CE | Flintkote | Kaiser | Owens | US Min. | USG | Grace | Mid-Valley | NARCO | PCC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 | | | | | | | | | | | | |
| 13 | Response to Joinder of Campbell, Cherry, Harrison, Davis & Dove PC in the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 | 1540 | 7361 | | 299 | | 12849 | 2122 | 6736 | 6533 | | | |
| 14 | Amended Response to Joinder of Campbell, Cherry, Harrison, Davis & Dove PC in the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 | | | | | | | | 6737 | | | | |
| 15 | Objection of the U.S. Trustee to Garlock Motion for Entry of an Order Reopening Chapter 11 Bankruptcy Cases for the Limited Purpose of Seeking Access to 2019 Statements | 3673 | 10730 | 3408 | | | 20996 | 3905 | 12629 | | 2800 | | |
| 16 | Bankrupt Entity Response to Garlock Motion for Entry of an Order Reopening Chapter 11 Bankruptcy Cases for the Limited Purpose of Seeking Access to 2019 Statements | | 10731 | 3409 | | | 20998 | | | | 2796 | 6984 | 8120 |
| 17 | Objection of Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus | 3679 | 10736 | 3414 | | | 21003 | 3911 | 12634 | | 2805 | | |

| Tab | Description | AC&S | Armstrong | CE | Flintkote | Kaiser | Owens | US Min. | USG | Grace | Mid-Valley | NARCO | PCC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LLP, Stanley, Mandel & Iola, L.L.P., Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, George & Sipes LLP, Lipsitz & Ponterio, LLC, Bifferato LLC, and Montgomery, McCracken, Walker & Rhoads, LLP, to Garlock's Motions to Reopen Bankruptcy Cases for the Purpose of Seeking Access to 2019 Statements | | | | | | | | | | | | |
| 18 | Administrative Order with Respect to 2019 Statements and/or Exhibits Submitted in Certain Asbestos Cases that do not Comply with the Order, as Amended, Governing the Filing Thereof | | 7668 | | 511 | 5737 | 13872 | 2342 | 7491 | 7349 | | 2710 | 3910 |
| 19 | Transcript of Argument on all Delaware Asbestos Cases regarding 2019 Order before The Honorable Judge Judith K. Fitzgerald on Oct. 6, 2004 | | | | 402 | 5369 | 12968 | 2232 | | 7054 | | | |
| 20 | Hearing Transcript Feb. 14, 2011 | 3656 | 10717 | | | 10037 | 20978 | | 12614 | 26301 | | | |
| 21 | Hearing Transcript Mar. 28, 2011 | 3688 | 10747 | 3424 | 5812 | 10087 | 21016 | 3920 | | 26735 | | | |
| 22 | Order Granting Supplement to Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 | | | | | 6993 | | | 8802 | | | 3251 | 4347 |
| 23 | Response Of The Law Offices Of Peter G. Angelos, P.C.; Baron & Budd, P.C.; Brayton Purcell, LLP; Hissey Kientz, LLP; The Lipman Law Firm; Reaud, Morgan & Quinn, Inc.; Thornton & Naumes, LLP; Waters & | 3678 | 10735 | 3413 | | | 21002 | 3910 | 12633 | | 2802 | | |

| Tab | Description | AC&S | Armstrong | CE | Flintkote | Kaiser | Owens | US Min. | USG | Grace | Mid-Valley | NARCO | PCC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Kraus, LLP; Weitz & Luxenberg P.C.; And Williams Kherkher Hart Boundas, LLP, To The Motion Of Garlock Sealing Technologies LLC For Entry Of An Order, Pursuant To 11 U.S.C. § 350(B), Fed. R. Bankr. P. 3020(D), 3022 And 5010, Reopening Chapter 11 Bankruptcy Cases For The Limited Purpose Of Seeking Access To 2019 Statements | | | | | | | | | | | | |

**Additional Relevant Items**

| Tab No. | D.I. No. | Hearing Transcripts |
|---|---|---|
| 24 | 472 | Hearing Transcript, In re Specialty Products Holdings Corp., No. 10-11780 (Bankr. D. Del. Oct. 18, 2010) |
| 25 | 668 | Hearing Transcript, In re Specialty Products Holdings Corp., No. 10-11780 (Bankr. D. Del. Dec. 2, 2010) |
| 26 | 3633 | Hearing Transcript, In re Pittsburgh Corning Corp., No. 00-22876 (Bankr. W.D. Pa. Sept. 23, 2004) |
| 27 | 4350 | Hearing Transcript, In re Pittsburgh Corning Corp., No. 00-22876 (Bankr. W.D. Pa. June 13, 2005) |
| 28 | 7346 | Hearing Transcript, In re Pittsburgh Corning Corp., No. 00-22876 (Bankr. W.D. Pa. Dec. 03, 2009) |
| 29 | 7422 | Hearing Transcript, In re Pittsburgh Corning Corp., No. 00-22876 (Bankr. W.D. Pa. Jan. 13, 2010) |
| 30 | 2372 | Telephonic Status Conference Transcript, In re AC&S No. 02-12687 (Bankr. D. Del. June 23, 2006) |
| 31 | 9628 | Hearing Transcript, In re Grace No. 01-01139 (Bankr. D. Del. Sept. 26, 2005) |
| 32 | 10949 | Hearing Transcript, In re Grace No. 01-01139 (Bankr. D. Del. Oct. 24, 2005) |
| 33 | 7005 | Hearing Transcript, In re Kaiser Aluminum No. 02-10429 (Bankr. D. Del. June 27, 2005) |
| 34 | 7490 | Hearing Transcript, In re Kaiser Aluminum No. 02-10429 (Bankr. D. Del. Sept. 26, 2005) |
| 35 | 1186 | Hearing Transcript, In re Mid Valley No. 03-35592 (Bankr. W.D. Pa. Apr. 13, 2004) |
| 36 | 2263 | Hearing Transcript, In re Combustion Engineering No. 03-10495 (Bankr. D. Del. May 25, 2005) |
| 37 | 8786 | Hearing Transcript, In re USG Corporation Case No. 01-02094 (Bankr. D. Del. June 27, 2005) |
| | | **AC&S** |
| 38 | 2315 | Motion to Approve Motion of Travelers Casualty and Surety Company (1) to Lift the Stay of the Court's |

|   |   |   |
|---|---|---|
|   |   | October 22, 2004 Revised Order Requiring Filing of Statement Pursuant to Rule 2019 (2) to Clarify that the Revised 2019 Order Requires Disclosure of Co-Counsel, Consultant and Fee-Sharing Arrangements, (3) to Compel Compliance with Rule 2019 and (4) For Access to the 2019 Exhibits |
| 39 | 2338 | Response to Motion Of Travelers Casualty And Surety Company (1) To Lift The Stay Of The Court's October 22, 2004 Revised Order (D.I. 1574) Requiring Filing Of Statement Pursuant To Rule 2019, (2) To Clarify That The Revised 2019 Order Requires Disclosure Of Co-Counsel, Consultant And Fee-Sharing Arrangements, (3) To Compel Compliance With Rule 2019, And (4) For Access To The 2019 Exhibits Filed by ACandS, Inc. |
| 40 | 2339 | Response to Motion Of Travelers Casualty And Surety Company (1) To Lift The Stay Of The Court's October 22, 2004 Revised Order (D.I. 1574) Requiring Filing Of Statement Pursuant To Rule 2019, (2) To Clarify That The Revised 2019 Order Requires Disclosure Of Co-Counsel, Consultant And Fee-Sharing Arrangements, (3) To Compel Compliance With Rule 2019, And (4) For Access To The 2019 Exhibits Filed by Provost & Umphrey, LLP, Baron & Budd, P.C., and Silber Pearlman |
| 41 | 2345 | Motion for Leave to File Reply in Support of 2019 Motion Filed by Travelers Casualty and Surety Company |
| 42 | 2395 | Joint Certification of Counsel Regarding (I): Proposed Form of Order Granting in Part and Denying in Part the Motion Of Travelers Casualty And Surety Company (1) To Lift The Stay Of The Court's October 22, 2004 Revised Order (D.I. 1574) Requiring Filing Of Statement Pursuant To Rule 2019, (2) To Clarify That The Revised 2019 Order Requires Disclosure Of Co-Counsel, Consultant And Fee-Sharing Arrangements, (3) To Compel Compliance With Rule 2019, And (4) For Access To The 2019 Exhibits; and (II) Proposed Form of Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 Filed by ACandS, Inc. |
| 43 | 2410 | Order Granting in Part and Denying in Part the Motion of Travelers Casualty and Surety Company (1) To Lift The Stay of the Court's October 22, 2004 Revised Order Requiring Filing of Statements, (2) To Clarify That the Revised 2019 Order Requires Disclosure of Co-Counsel, Consultant And Fee-Sharing Arrangements, (3) To Compel Compliance With Rule 2019, and (4) For Access To the 2019 Exhibits |
| Grace ||| 
| 44 | 9443 | Response in Opposition to Certain Insurers' Motion for Access to Exhibits to 2019 Statements Filed by Baron & Budd, P.C., and Silber Pearlman, LLP |
| 45 | 9445 | Response to Opposition to Certain Insurers' Motion for Access to Exhibits to 2019 Statements Filed by Environmental Litigation Group, P.C. |
| 46 | 9449 | Objection to Certain Insurers Motion for Access to Exhibits to 2019 Statements Filed by Official Committee of Asbestos Personal Injury Claimants |
| 47 | 11010 | Certification of Counsel Regarding Proposed Order on Certain Insurers' Motion for Access to Exhibits in 2019 Statements |

| 48 | 11031 | Order Denying Insurers' Motion for Access to Exhibits to 2019 Statements and Clarifying Scope of the PI Claims Estimation Proceedings |
| --- | --- | --- |
| **CE** | | |
| 49 | 2211 | Brief in Support of Indemnified Insurers' Motion for Entry of an Order Requiring Joseph Rice and All Lawyers Representing Multiple Asbestos Claimants to Comply with Rule 2019 |
| 50 | 2225 | Debtor's Opposition to Indemnified Insurers' Motion for Entry of An Order Requiring Joseph Rice and All Lawyers Representing Multiple Asbestos Claimants to Comply with Bankruptcy Rule 2019 |
| 51 | 2226 | Joinder of Joseph F. Rice in Debtors' Opposition to Motion of Indemnified Insurers for Entry of an Order Requiring Joseph Rice and all Attorneys Representing Multiple Asbestos Claimants to Comply with Bankruptcy Rule 2019 |
| 52 | 2242 | Joinder of Certain Cancer Claimants in Debtors' Opposition to Motion of Indemnified Insurers for Entry of an Order Requiring Joseph Rice and all Attorneys Representing Multiple Asbestos Claimants to Comply with Bankruptcy Rule 2019 |
| 53 | 2357 | Certification of Counsel re Consent Order Requiring Filing of Statements to Fed. R. Bankr. P. 2019 |
| 54 | 2465 | Consent Order Requiring the Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 |
| **Mid-Valley** | | |
| 55 | 564 | Motion for Order Denying Foster & Sear, LLP and McCurdy & McCurdy LLP's Right to be Heard in Case and Invalidating all Ballots Submitted by Foster & Sear, LLP and McCurdy & McCurdy LLP |
| 56 | 879 | Opposition of Debtors' to London Market Insurers' Motions for Orders Denying Non-Complying Entities Foster & Sear, LLP and McCurdy & McCurdy LLP Right to be Heard in Case and Invalidating all Ballots Submitted by Foster & Sear, LLP and McCurdy & McCurdy LLP |
| 57 | 884 | Response of Baron & Budd and Silber Pearlman in Opposition to London Market Insurers' Motion for Order Denying Non-Complying Entities' Right to be Heard in Case and Invalidating All Ballots Submitted by the Non-Complying Entities |
| 58 | 916 | London Market Insurers' Reply in Support of their Motions for an Order Denying: 1) Non-Complying Law Firms, and 2) Foster & Sear LLP's and McCurdy & McCurdy LLP's Right to be Heard in Case and Invalidating All Ballots |
| 59 | 936 | Supplemental Response Filed by Asbestosis Claimants in Opposition to Motion, filed by Creditor London Market Insurers, Creditor Certain Underwriters at Lloyd's London |
| **U.S. Min.** | | |
| 60 | 2118 | Joinder of Official Committee of Asbestos Bodily Injury and Property Damage Claimants to the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 |

| | | **USG** |
|---|---|---|
| 61 | 6730 | Debtors' Response to Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. 2019 |
| | | **PCC** |
| 62 | 3563 | Motion to Reconsider Amendatory Order Requiring Filing of 2019 Statements Filed by Interested Party Campbell Cherry Harrison Davis Dove, P.C. |
| 63 | 3589 | Supplement/Addendum to Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019, or Alternatively, for New Trial Filed by Interested Parties Baron & Budd, P.C., Silber Pearlman, LLP |
| 64 | 3659 | Objection to Proposed Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 |
| 65 | 3591 | Objection To Motions For Reconsideration Of The Court's Amendatory 2019 Order; And (2) Further Supplemental Response In Support Of Motion For Order Denying Non-Complying Law Firms Right To Be Heard In Case And Invalidating All Ballots Submitted By Non-Complying Law Firms Filed by Certain Underwriters at Lloyd's London, Everest Reinsurance Company, London Market Insurers, Mt. McKinley Insurance Co. |
| 66 | 3701 | Joint Notice of Appeal by London Market Insurance Companies and Mt. McKinley Insurance Company and Everest Reinsurance Company |
| 67 | 4331 | London Market Insurers Limited Objection To Proposed Supplemental Order Regarding Compliance With Bankruptcy Rule 2019 Regarding the Hearing on 6/13/2005 Filed by Creditors Certain Underwriters at Lloyd's London, London Market Insurers |
| 68 | 4503 | Memorandum Order |
| 69 | 7169 | Emergency Motion of Plan Proponents to Strike Objection of Garlock Sealing Technologies, LLC, to Confirmation of Modified Third Amended Plan of Reorganization or Alternatively For Order Directing Expedited Discovery Filed by Debtor Pittsburgh Corning Corporation |
| 70 | 7187 | Expedited Motion of Garlock Sealing Technologies, LLC for Order Authorizing Access to Certain 2019 Statements Filed in Case |
| 71 | 7277 | Objection of Baron & Budd, Reaud Morgan & Quinn, Weitz & Luxenberg and Williams Kherkher to the Expedited Motion of Garlock Sealing Technologies, LLC for Order Authorizing Access to Certain 2019 Statements Filed in Case Filed by Williams Kherkher L.L.P., Baron & Budd, P.C., Reaud, Morgan & Quinn, L.L.P., Weitz & Luxenberg, P.C. |
| 72 | 7278 | Objection of Plan Proponents to Motion of Garlock Sealing Technologies, LLC for Order Authorizing Access to Certain 2019 Statements Filed in Case filed by Pittsburgh Corning Corporation |
| 73 | 7303 | Judgment of USCA Signed on 1/10/2008 affirming judgment/order of the District Court of the Western District of Pennsylvania |

| | | |
|---|---|---|
| 74 | 7304 | Mandate of USCA entered on 2/5/2008 affirming judgment/order of the District Court for the Western District of Pennsylvania |
| 75 | 7363 | Baron & Budd, P.C., Law Offices of Peter G. Angelos, P.C., Reaud, Morgan & Quinn, L.L.P., Thornton & Naumes, L.L.P., Weitz & Luxenberg, P.C., Williams Kherkher L.L.P. Objection to the Expedited Motion of Garlock Sealing Technologies, LLC for Order Authorizing Access to Certain 2019 Statements Filed in Case |
| 76 | 7364 | Objection Filed by Creditor Cascino Asbestos to Motion of Garlock Sealing Technologies LLC for Order Authorizing Access to Certain 2019 Statements Filed in Case |
| 77 | 7368 | Objection Filed by Montgomery, McCracken, Walker, Rhoads, LLP, Kazan, McClain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Stanley, Mandel & Iola, LLP, and Cooney & Conway to the Expedited Motion of Garlock Sealing Technologies LLC for Order Authorizing Access to Certain 2019 Statements Filed in Case |
| 78 | 7370 | Joinder to Objection to Expedited Motion of Garlock Sealing Technologies, LLC for Order Authorizing Access to Certain 2019 Statements Filed in Case |
| 79 | 7375 | Asbestos Claimants Objection and Notice of Joinder of The Ferraro Law Firm to Objection of Montgomery, McCracken, Walker & Rhoads, LLP, et al. and to Objection of Baron & Budd, et al. to the Expedited Motion of Garlock Sealing Technologies, LLC for Order Authorizing Access to Certain 2019 Statements Filed in the Case |
| 80 | 7382 | Joinder Notice of Kelley & Ferraro to Objection of Montgomery, McCracken, et al and to Objection of Baron & Budd, et al to the Expedited Motion of Garlock Sealing Technologies for Order Authorizing Access to Certain 2019 Statements |
| 81 | 7412 | Responses of Plan Proponents and Plan Supporters to Various Plan Objections |
| 82 | 7453 | Certification of Counsel Regarding Expedited Motion of Garlock Sealing Technologies, LLC for Order Authorizing Access to Certain 2019 Statements Filed in Case Filed by Interested Parties |
| 83 | 7579 | Modified Order Denying Expedited Motion filed by Creditor Garlock Sealing Technologies, LLC For Order Authorizing Access to Certain 2019 Statements |
| 84 | 7904 | Plan Proponents' and Plan Supporters' Post-Trial Brief in Support of Confirmation of Modified Third Amended Plan of Reorganization for Pittsburgh Corning Corporation |
| 85 | 8195 | Joinder in Objections to Motion of Garlock Sealing Technologies LLC for Orders Authorizing Access to 2019 Statements Filed in this Court and for Related Relief Filed by Interested Party Weitz & Luxenberg |
| 86 | 8196 | Objection of Pittsburgh Corning Corporation to Exhibits Offered by Garlock Sealing Technologies LLC in Support of its Motion for Orders Authorizing Access to 2019 Statements |
| 87 | 8321 | Memorandum Opinion and Order Regarding Modified Third Amended Plan |
| | | **United States District Court for the Western District of Pennsylvania (04-01814)** |

| | | |
|---|---|---|
| 88 | 2 | Appellant's Brief By London Market Insurance, Mt. McKinley Insurance, Everest Reinsurance (W.D. Pa. Dec. 13, 2004) |
| 89 | 3 | Appellee's Reply Brief By Pittsburgh Corning, The Official Committee Of Asbestos Creditors And The Future Claimants' Representative (W.D. Pa. Dec. 28, 2004) |
| 90 | 6 | Appellee's Brief By Silber & Pearlman, LLC, Baron & Budd, P.C. (W.D. Pa. Dec. 28, 2004) |
| 91 | 5 | Appellant's Reply Brief By London Market Insurance, Mt. McKinley Insurance, Everest Reinsurance (W.D. Pa. Jan. 7, 2005) |
| 92 | 10 | Memorandum Opinion & Order from U.S. District Court for the Western District of Pennsylvania regarding 2019 Order (W.D. Pa. Sept. 27, 2005) |
| | | **United States Third Circuit of Appeals (05-4781)** |
| 93 | | Brief On Behalf Of Appellants Mt McKinley Ins Co And Everest Reinsurance (3d Cir. Oct. 23, 2006) |
| 94 | | Brief on behalf of Appellees Silber Pearlman and Baron & Budd PC (3d Cir. Nov. 24, 2006) |
| 95 | | Brief on behalf of Pittsburgh Corning Corp. (3d Cir. Nov. 27, 2006) |
| 96 | | Reply Brief on behalf of Appellants Mt. McKinley Ins. Co. and Everest Reinsurance (3d Cir. Dec. 14, 2006) |
| 97 | | Memorandum Opinion (3d Cir. Jan. 10, 2008) |
| | | **Kaiser** |
| 98 | 5043 | London Market Insurers Response to/Opposition to Motion to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to 2019 |
| 99 | 5062 | Exhibits A and B to London Market Insurers Response to/Opposition to Motion to Alter or Amend Amendatory order Requiring Filing of Statements Pursuant to 2019 |
| 100 | 5139 | Joinder – Opposition of Federal Insurance Company to Motion of Baron & Budd and Silber Pearlman to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 |
| 101 | 7329 | Motion to Allow – Certain Insurers' Motion for Access to Exhibits to 2019 Statements |
| 102 | 7376 | Objection to of the Official Committee of Asbestos Claimants to the Certain Insurers Motion for Access to Exhibits to 2019 Statements |
| 103 | 7396 | Allstate Insurance Company f/k/a Northbrook Insurance Company Joinder to Certain Insurers' Motion for Access to Exhibits to 2019 Statements |
| 104 | 7405 | Response to Opposition to Certain Insurers' Motion for access to Exhibits to 2019 Statements Filed by Environmental Litigation Group, P.C. |
| 105 | 7406 | Response in Opposition to Certain Insurers' Motion for Access to Exhibits to 2019 Statements Filed by Baron & Budd, PC, Silber Pearlman, LLP |
| | | **United States District Court for the District of Delaware (04-1496)** |
| 106 | 13 | Brief of Appellants, Certain Underwriters at Lloyd's, London and Certain London Market Insurance |

| | | |
|---|---|---|
| | | Companies (D. Del. Mar. 18, 2005) |
| 107 | 15 | Brief of Appellee Baron & Budd, P.C. and Silber Pearlman LLP regarding *Flintkote* Appeal (D. Del. Apr. 6, 2005) |
| 108 | 16 | Joinder of Appellees Baron & Budd, P.C. and Silber Pearlman, L.L.P. in the *Kaiser Aluminum* Appeal to Their Brief in the Consolidated *Flintkote* Appeal (D. Del. Apr. 6, 2005) |
| 109 | 17 | Reply Brief of Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies (D. Del. Apr. 18, 2005) |
| 110 | 18 | Memorandum Opinion (D. Del. July 28, 2005) |
| 111 | 19 | Final Order (D. Del. July 28, 2005) |
| **Owens Corning** | | |
| 112 | 13193 | Notice of Appeal |
| 113 | 13200 | Amended Notice of Appeal |
| | | **United States District Court for the District of Delaware (04-1467)** |
| 114 | 23 | Citation of Subsequent Authority Pursuant to Local Rule 7.1.2(c) by Appellees Baron & Budd, P.C., and Silber Pearlman LLP (D. Del. Aug. 3, 2005) |
| 115 | 35 | Agreement of Dismissal (D. Del. Mar. 23, 2007) |
| 116 | 36 | Order of Dismissal (D. Del. Mar. 27, 2007) |
| **Specialty Products Holding Corp. (Case No. 10-11780 (JKF)** | | |
| 117 | 426 | Limited Objection of Committee of Asbestos Personal Injury Claimants to the Motion of the Debtors for an Order Requiring Filing of Statements Pursuant to Bankruptcy Rule 2019 |

Dated: November 9, 2011

Respectfully submitted,

**CAMPBELL & LEVINE, LLC**

*/s/ Mark T. Hurford*
Marla R. Eskin (DE Bar No. 2989)
Mark T. Hurford (DE Bar No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
meskin@camlev.com
mhurford@camlev.com

Philip E. Milch
PA I.D. No. 53519
David B. Salzman
PA I.D. No. 39360
1700 Grant Building
Pittsburgh, PA 15219
Telephone: (412) 261-0310
Facsimile: (412) 261-5066
dbs@camlev.com
pem@camlev.com

- and –

**CAPLIN & DRYSDALE, CHARTERED**
Peter Van N. Lockwood
Trevor W. Swett
Kevin C. Maclay
One Thomas Circle, NW
Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
E-mail: pvnl@capdale.com
tws@capdale.com; kcm@capdale.com

Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755
E-mail: ei@capdale.com

*Counsel for the ACC Appellees*