UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __04-11300__ ⦿ BK ○ AP

If AP, related BK Case Number: _____

Title of Order Appealed:
Order Denying Motions For Access To 2019 Statements, Denying Motions To Intervene And Denying Motions To Reopen Certain Closed Cases.

Docket Number: __6246__  Date Entered: __10/7/11__

Item Transmitted: ⦿ Notice of Appeal   ○ Motion for Leave to Appeal
○ Amended Notice of Appeal   ○ Cross Appeal
Docket Number: __6255__  Date Filed: __10/12/11__

*Appellant/Cross Appellant:
Garlock Sealing Technologies LLC

*Appellee/Cross Appellee
Flintkote Company Company ET AL.

Counsel for Appellant:
Gregory W. Werkheiser

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street, 18th Floor

P.O. Box 1347

Wilmington, DE 19899-1347

Counsel for Appellee:
Laura Davis Jones

PACHULSKI STANG ZIEHL & JONES LLP

919 North Market Street, 17th Floor

P.O. Box 8705

Wilmington, DE 19899

*If additional room is needed, please attach a separate sheet.

Filing Fee paid? ⦿ Yes ○ No

IFP Motion Filed by Appellant? ○ Yes ○ No

Have Additional Appeals to the Same Order been Filed? ⦿ Yes ○ No
If so, has District Court assigned a Civil Action Number? ○ Yes ○ No  Civil Action # _____

Additional Notes:
_____

__11/16/11__   By: __Julie Johnston__
Date                Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: __11-89__
7/6/06