# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE FLINTKOTE COMPANY and FLINTKOTE MINES LIMITED, | Case No. 04-11300 (JKF) (Jointly Administered) |
| Debtors. | Related Docket No. 6286 |

## TWENTIETH ORDER EXTENDING THE PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 9006 AND 9027

Upon the Motion (the "Motion")[1] of The Flintkote Company and Flintkote Mines Limited (the "Debtors"), for entry of an order, pursuant to 28 U.S.C. § 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027, extending the time within which the Debtors may remove actions; and it appearing that the Court has jurisdiction over this matter and the relief requested in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of this proceeding and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and due and sufficient notice of the Motion having been given under the circumstances; and it appearing that the relief sought in the Motion is in the best interests of the Debtors, their estates, and all parties in interest; therefore, upon the Motion and all of the proceedings before the Court; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the time period provided by Bankruptcy Rule 9027 within which the Debtors may file notices of removal of any claim or cause of action in a civil action under

Bankruptcy Rule 9027(a)(2) is enlarged and extended to and including March 31, 2012; and it is further

ORDERED that the March 31, 2012 deadline to file notices of removal applies to all matters specified in Bankruptcy Rule 9027(a)(2)(A), (B) and (C); and it is further

ORDERED that this Order shall be without prejudice to the Debtors' right to seek further extensions of the time within which to remove related proceedings.

Dated: 11/18/11

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2