IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE FLINTKOTE COMPANY and | ) | Case No. 04-11300 (JKF) |
| FLINTKOTE MINES LIMITED, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related Docket No. 6301** |
| | ) | **Objection Deadline: November 17, 2011** |

## CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH, LLP FOR THE PERIOD SEPTEMBER 1 - 30, 2011

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Monthly Interim Application of McCarter & English, LLP ("McCarter") as Special Counsel to the Debtor for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period September 1-30, 2011, Docket No. 6301 (the "Application") filed on October 28, 2011. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 17, 2011

Pursuant to the Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Professionals Dated August 19, 2004 (the "Order"), the Debtors are authorized to pay McCarter $9,919.60 which represents 80% of the fees ($12,399.50) and $866.65 which represents 100% of the expenses requested in the Application for the period September 1-30, 2011 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

ME1 12576424v.1

Dated: November 21, 2011

                                        McCARTER & ENGLISH, LLP

                                        /s/ William F. Taylor, Jr.
                                        William F. Taylor, Jr., Esq. (DE 2936)
                                        Renaissance Centre
                                        405 N. King Street, 8th Floor
                                        Wilmington, Delaware 19801
                                        302-984-6300
                                        Special Counsel to the Debtor