**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE FLINTKOTE COMPANY and<br>FLINTKOTE MINES LIMITED,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 04-11300 (JKF)<br><br>Jointly Administered<br><br>**NO ORDER REQUIRED** |

**CERTIFICATE OF NO OBJECTION
REGARDING DOCKET NO. 6308**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received relative to the **Monthly Fee and Expense Invoice of Young Conaway Stargatt & Taylor, LLP for the Period From September 1, 2011 Through September 30, 2011 [Docket No. 6308]** (the "Invoice"), filed on October 31, 2011. The undersigned further certifies that the Court's docket in these cases has been reviewed and no answer, objection or other responsive pleading to the Invoice appears thereon.

      Pursuant to the *Order Appointing Fee Auditor Nunc Pro Tunc to May 1, 2004* (the "Fee Auditor Order") and the notice attached to the Invoice, objections to the Invoice were to be filed and served no later than November 21, 2011 at 4:00 p.m. (ET).

      Pursuant to the Fee Auditor Order, the Debtors are authorized to immediately pay 80% of the requested compensation and 100% of the requested expenses without further order of the Court.

Dated: November 23, 2011        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                                  */s/ Edwin J. Harron*
                                            James L. Patton, Jr. (No. 2202)
                                            Edwin J. Harron (No. 3396)
                                            Sharon M. Zieg (No. 4196)
                                            The Brandywine Building
                                            1000 West Street, 17th Floor
                                            P.O. Box 391
                                            Wilmington, Delaware 19899-0391
                                            Telephone: (302) 571-6600
                                            Facsimile: (302) 571-1253

                                            Co-Counsel to the Futures Representative