# Exhibit A



SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON
LOS ANGELES

NEW YORK
PALO ALTO
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

jcahan@sidley.com
(312) 853 7750

FOUNDED 1866

November 10, 2011

**Email/Federal Express**

Jeffery M. Pollock
Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lenox Drive, Bldg. 3
Lawrenceville, NJ 08648-2311

### Re: Notice of Petroleum Contamination From Non-Flintkote Diesel Spill

Dear Jeffery:

This letter is to inform 8 East Frederick Place, LLC ("Rossi") that during the Flintkote Company's ("Flintkote") recent remediation of the area know as the Tarry Asphalt Area, located on the property at 8 East Frederick Place, Cedar Knolls, New Jersey (the "Property" or the "Rossi Property"), its environmental consultants, URS Corporation ("URS"), encountered what appears to be a localized area of diesel petroleum contamination that it believes came from a release or spill of diesel fuel (the "Diesel Spill Area"). The Diesel Spill Area is part of a larger area currently used by Rossi as a parking lot and storage area for commercial vehicles and equipment. The Diesel Spill Area is to the Northeast of, and adjacent to, the Tarry Asphalt Area.

The contamination in the Diesel Spill Area is consistent with Rossi's current and historic use of the rear portion of the Property. Flintkote is aware of at least two reports of diesel fuel spills in this area and one report of petroleum soil staining from steam cleaning of tanks, all during Rossi's ownership and operation of the Rossi Property. Copies of the Incident Reports and notifications of hazardous materials spills from the NJDEP are attached hereto as Attachment 1. (A transcript of the handwritten notes within one of these reports is included for your convenience.) Further, this area has been used by Rossi to store and clean trucks and other vehicles, as well as providing space for the operation of commercial landscaping companies, including the storage of landscaping equipment and associated commercial waste (including bins of used motor oil and other lubricants). Flintkote does not believe that it has any liability or responsibility for the Diesel Spill Area, or any other related diesel contamination at the Rossi Property. Additional details appear below.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

During its remediation of the Tarry Asphalt Area, URS discovered what appeared to be diesel contamination, specifically during its efforts to delineate the Northeast boundary of that Area. URS found this diesel contamination at the locations designated as SW-3R, SW-12 and FL-10 on the attached field map of the Tarry Asphalt Area and the trenching of the Diesel Spill Area, attached hereto as Attachment 2. In an effort to delineate the nature and extent of this new type of contamination, URS, after emailing Mr. Rossi's environmental consultant Joseph Hochreiter notice of its intent to conduct further investigations outside of the original scope of work for the Tarry Asphalt Area, dug five investigatory trenches. A copy of the email sent to Mr. Hochreiter is attached hereto as Attachment 3. These trenches delineated the localized diesel contamination in the Diesel Spill Area. Visual and olfactory observations by URS and the remediation contractor during this trenching led URS to preliminarily believe that the contamination at issue involves diesel fuel and that this contamination was separate and distinct from the materials found in the Tarry Asphalt Area.

Physical samples were obtained during this trenching and sent to a laboratory for analysis. URS received the initial reports of the results on October 25th and 28th respectively. After standard quality control and assurance review, on November 9, 2011, URS formally presented the sampling report to Flintkote. The analysis of the samples from the Diesel Spill Area, the earlier visual and olfactory observations of the material, and the absence of the tarry asphalt and/or material in the trenches, allowed URS to conclude that (i) the contamination found in the Diesel Spill Area was most likely diesel in nature, (ii) the contaminated area was localized, and (iii) the contamination was distinct from both the materials in the Tarry Asphalt Area and the historic fill on the Rossi Property. A copy of the sampling report is attached hereto as Attachment 4 (Parts 1 and 2). (A hard copy of Attachment 4 is included in the Federal Express copy of this letter. The pdf copies of Attachment 4, because of their size, are being provided in separate emails.) For your convenience we have also attached, as Attachment 5, the photographs of the Diesel Spill Area taken by URS during its investigation.

At the completion of its delineation of the diesel contamination, URS backfilled the trenches with the removed soil and will soon patch the asphalt, returning the surface to an as good, if not better, condition than Rossi has maintained in this area. While working in the Diesel Spill Area, URS also noted numerous other locations near the trenching that had dark staining near or underneath where Rossi or its tenants are storing vehicles and equipment. See photographs in Attachment 6. Flintkote, following a review of its records, confirmed that during Rossi's tenure at the Property two or more spills of diesel fuel and staining from steam cleaning of tanks have been reported in areas near the Diesel Spill Area, as evidenced by the reports and notices described above and attached hereto. As noted in these reports, allowing this practice to continue "may cause hydrocarbon to accumulate in the soil." See Attachment 1. Mr. Rossi's allowance of the deteriorated and poor quality of the paved surface in the rear portion of the Property, contrary to Rossi's agreement to construct a suitable surface to prevent accumulation, has only has added to this potential.

Flintkote believes that the Diesel Spill Area and any related diesel contamination is Rossi's responsibility. From the evidence gathered it appears that the diesel contamination discovered during URS's remediation work is consistent with Rossi's present and historical use

Jeffrey M. Pollock
November 10, 2011
Page 3

of the Rossi Property, as well as the history of diesel spills at the site.  As such, Flintkote disclaims any liability with respect to further investigation or remediation of the Diesel Spill Area.

Further, Flintkote reserves all rights, remedies, claims and defenses with respect to the Rossi Property and the various contested matters currently before Flintkote's Bankruptcy Court, including, without limitation, the right to seek reimbursement and/or contribution from Rossi and any other liable party for Flintkote's costs and expenses investigating and partially remediating the Diesel Spill Area.

Sincerely,

James N. Cahan

cc:     Richard F. Engel, NJDOJ
        Ellen G. Hutchinson, NJDEP
        Jeremy Rosenthal
        Paul Dritsas

CHI 6336547v.1

*Ele-Ase Supply*



Let's protect our earth

**State of New Jersey**
DEPARTMENT OF ENVIRONMENTAL PROTECTION
DIVISION OF ENVIRONMENTAL QUALITY
CN 027, TRENTON, N.J. 08625-0027

(609) 633-0898
Fax # (609) 984-5536

George VanOrden PhD
Health Administrator
1000 Rte 10
Whippany, NJ 07981

July 15, 1991

SUSPECTED HAZARDOUS SUBSTANCE DISCHARGE NOTIFICATION
NJDEP CASE NUMBER:   91-7-11-1309-00

The New Jersey Department of Environmental Protection,
Division of Environmental Quality, has received verbal
notification of an incident that may have resulted in a
discharge of a hazardous substance within your jurisdiction.

Pursuant to N.J.S.A. 13.1K-15 et seq., (P.L. 1984, c. 210)
"Hazardous Substance Discharge - Reports and Notices Act"
and N.J.A.C. 7:1-7 et seq., "Hazardous Substance Discharge:
Reports and Notices", attached is a copy of our Incident
Notification Form which contains details of the suspected
discharge.  The receipt of this notification requires no man-
datory investigation by you.  Further information concerning
this incident may be obtained by contacting:

> David Shotwell, Region Chief, NJ Dept of Environmental
> Bureau of Field Operations
> Northern Regional Office
> NJDEP-DHWM-BFO-NRO
> 1259 Rte 46
> Parsippany, NJ 07054
> 201-299-7570

Please refer to the above referenced "NJDEP CASE NUMBER" in all
correspondence concerning this incident.

CHARLES E. KRAUSS, CHIEF
BUREAU OF COMMUNICATIONS
AND SUPPORT SERVICES

Enclosure

*New Jersey is an Equal Opportunity Employer*
*Recycled Paper*



New Jersey Department of Environmental Protection

# COMMUNICATIONS CENTER NOTIFICATION REPORT

Received 7/10/92                      TD Log # 10082

Operator JIMH           Reviewed By         Case # 921272 11 309200

Notification Type Citizen

Reported By BOB MENZIES

Affiliation CIT

Phone 201-984-1278

Street Address 14 PLEASANT VALLEY R

Municipality WHIPPANY

State NJ

---

Incident Location: Facility

Site: ABC SUPPLY                         Phone

Street Address 8 EAST FREDRICK PL

Municipality CEDAR KNOLLS

County MORRIS

State NJ

Location Type Industrial

Incident Date

Time

---

Substance Released DIESEL FUEL

Amount Released ( ): UNK

ID Known     State Liquid    CAS #                   Release Is Terminated

Additional Substances OIL, DIESEL FUEL

Substance Contained? N         Hazardous Material? Y     TCPA? N      A310 Letter? Y

COMU Code 1412    -     Referral Code 015

---

Incident Description SLOPPY HOUSEKEEPING

Injuries? N         Public Evac? N         Facility Evac?         Public Exposure? N

Police On Scene? N         Firemen On Scene? N         DEP Requested?         Wind Sp/Dir

Contamination Of Land                Receiving Water

Status at Scene
CONTAMINATED SOIL THAT WAS PUT IN DUMP TRUCK BELIEVED TO BE FALLING OUT ON GROUND. ALSO THERE ARE SOME DRUMS IN WOODED AREA ON SITE.

---

Responsible Party Known

Party ABC SUPPLY                         Phone

Contact JOE ROSSI                         Title

Street Address 8 EAST FREDRICK PL

Municipality CEDAR KNOLLS

County MORRIS

State NJ

---

## OFFICIALS NOTIFIED

| | Name | Affiliation | Phone | Date | Time |
|---|---|---|---|---|---|
| NJSP | DEP | | 609-882-2000 | 7/10/92 | |
| MUNIC | HANDOVER TWP | OPER 410 | 201-428-25 | 7/10/92 | 1321 |
| OTHER | | | | | |

| | Name | Affiliation | Method | Date | Time | T/M |
|---|---|---|---|---|---|---|
| 1 | | DHWM Northern | Faxed | 7/10/92 | | B |
| 2 | | | | | | |
| 3 | | | | | | |

---

## COMMENTS