INCIDENT REPORT

Inspector: Van Orden

Date of Incident: 9/07/11
Date of Investigation: 9/07/11
Date Received: 9/07/11

Complaint Investigation _____
Environmental Survey _____
General Inspection _____
Suspicion of Violation _____
Follow-up Investigation _____
Other: Oil/Diesel Fuel Spill

Time: 1326 hrs
By: Van Orden
From: Police Desk

Complainant: NJDEP Hotline
Tele No. _____
Address _____

Public Health Problem/Reason For Investigation:

(See Attach Police Card) NJ DEP Hotline received a citizen complaint of an oil/diesel fuel spill at ABC Supply - 8 E. Frederick Place, Cedar Knolls.

Location of Problem: ABC Supply, 8 E. Frederick Place
Block # _____ Lot # _____
Owner of Property and/or Facility _____
Address and Telephone # _____
Person Contacted/Interviewed During Investigation: Joe Rossia - owner
Telephone # _____

Name (Individual, Facility, Establishment, etc.): ABC Supply
Municipality: Cedar Knolls
Date: 7/11/91
Tel. Code or ID No.:

| Item No. | Remarks |
|---|---|

Investigation

Investigation conducted w/ Chief William Wangle, G. Von Oehsen, and Joe Russia. During investigation the entire property was surveyed along with property along the Whippany River and Patriots Path. There were two areas of stained soil there but no signs of any significant spills. Property was relatively clean. The two areas of staining (refer to diagram) were pointed out to the owner and will be cleaned up.

[Diagram showing: River at top, then items labeled ①, ②, with "Parking lot consists of gravel surface w/ soil" noted, and a box labeled "ABC"]

G. Frederick Place

① staining from a small diesel spill (few gallons maximum) which occurred days earlier — will be picked up, drummed and disposed of.

Signature of Individual Completing Form:
Signature of Owner of Facility, Establishment, etc., if required:

PAGE 1 OF _ PAGES    H-2520

Name (Individual, Facility, Establishment, etc.): ABC Supply
Date: 7/11/91
Municipality: Cedar Knolls
Tel., Code or ID No.:

Item No. / Remarks: Investigation Cont.

2) Stored surface from storm cleaning. Trucks are brought to this area where they are storm cleaned prior to working. Area contains staining from grease which is washed off truck. Owner was informed that he should construct a surface which will easily collect the grease for disposal (possibly concrete). Allowing this to continue may cause petroleum hydrocarbons to accumulate in the soil. Owner stated that this too will be done.

Owner was given a list of Hazardous waste Clean-up Contractors who may be helpful in disposing of the petroleum contaminated soil (approx. 2 barrels) which this facility has accumulated from prior spills (minor). Material is most likely ID 27 waste (industrial waste). Owner stated that he will contact one of the Clean up Contractors to advise and for disposal of this material.

Signature of Individual Completing Form:
Signature of Owner of Facility, Establishment, etc., if required:

PAGE 2 OF PAGES    H-2520

# Transcript of Incident Report
## Taken by Inspector Van Orden on July 11, 1991

**Page 1**

Incident Report

Inspector: Van Orden          Date of Incident 91 07 11

                              Date of Investigation 91 07 11

                              Date Received 91 07 11

                              Time 1320 hrs

                              By Van Orden

                              From Police Desk

Other Oil/Diesel Fuel Spill

Complaint NJDEP Hotline

(See Attached Police Card) NJDEP Hotline Received a Citizen Complaint of an Oil/Diesel Fuel Spill At ABC Supply – 8 E. Frederick Place, Cedar Knolls

Location of Problem: ABC Supply, 8 E. Frederick Place

Person Contacted/Interviewed During Investigation Joe Rossi - Owner


**Page 2**

Continuation Sheet

Name (Individual, Facility, Establishment, etc.)          Date

ABC Supply                                                7/11/91

Municipality

Cedar Knolls

<u>Investigation</u>

Investigation conducted with Chief William Naugle, G. Van Orden, and Joe Rossi. During investigation, the entire property was surveyed along with property along the Whipany River and Patriots Path. There were two area [sic] of stained soil & stone but no signs of any significant spills. Property was relatively clean. The two areas of staining (refer to diagram) were pointed out to the owner and will be cleaned up.

[Diagram showing locations 1 and 2]

1.  Staining from a small diesel spill (few gallons maximum) which occurred days earlier – will be picked up, drummed and disposed of.

**Page 3**

Continuation Sheet

Name (Individual, Facility, Establishment, etc.)           Date

ABC Supply                                                 7/11/91

Municipality

Cedar Knolls

Investigation Cont.

2.  Stained surface from steam cleaning. Trucks are brought to this area where they are steam cleaned prior to working. Area contains staining from grease which is washed off truck. Owner was informed that he should construct a surface which will easily collect the grease for disposal (possibly concrete). Allowing this to continue may cause petroleum hydrocarbons to accumulate in the soil. Owner stated that this too will be done.

Owner was given a list of hazardous waste clean-up contractors who may be helpful in disposing of the petroleum contaminated soil (approx. 2 barrels) which this facility has accumulated from prior spills (minor). Material is most likely ID 27 waste (Industrial waste). Owner stated that he will contract one of the clean up contractors for advice and/or disposal of this material.

Signature of Individual Completing Form

[Illegible]

2

# TOWNSHIP OF HANOVER POLICE DEPT.

| I.R. | REC'D BY | DISP. BY | OFFICER ASSIGN |
|---|---|---|---|
| 91-4824 | 410 | 410 | GVO |

**HOW REC'D.**
1. TELEPHONE  3. IN PERSON  5. MAIL  7. ALARM
2. TELETYPE  4. RADIO  6. OTHER  8. F&P. PHONE

**TYPE OF CALL**
1. EMERGENCY  3. IND. ACCIDENT  5. ESCORT  7. CRIMINAL
2. ACCIDENT  4. OTHER  6. DOMESTIC  8. VANDALISM

| TOTAL OFF. ASSG. | DET. BUR. | COMP. CODE | WEATHER COND. |
|---|---|---|---|
| 1. 2. 3. 4. 5. | 1. 2. 3. 4. | | 1. CLEAR 3. SNOW  2. RAIN 4. FOG |

| INV. REQUIRED | INV. BY | SERVICE OF OFF. |
|---|---|---|
| 1. YES  2. NO | 1. PATROL  3. PTL. & D.B.  2. DET. BUR. | 1. PTL.  2. D.B. |

| HOUSE NO. | STREET CODE | AREA GRID | CASE FILE |
|---|---|---|---|
| | | CK | |

| | | | | DATE RECEIVED |
|---|---|---|---|---|
| | 1991 | JUL | 11 | 1326 TIME |
| | 1991 | JUL | 11 | 1326 BROADCAST |
| | 1991 | JUL | 11 | 1326 ARRIVED AT SCENE |
| | | | | COMPLETED |

**DAY OF WEEK**
S M T W T/ F S
1 2 3 4 5 6 7

**ASSIGNED TO**
1. H.T.P.D.  2. OTHER P.D.

| W.F.D. | C.K. F.D. | AMBULANCE | WRECKER | RD. DEPT. |
| JCP&L CO. | N.J. B.T. CO. | GAS CO. | R.R. | DOG WARDEN |
| GAME WARDEN | REC. DEPT. | BD. OF ED. | MUN. PROP. | WATER DEPT. |

**LOCATION OF INCIDENT**

STREET: E. Fredrick Pl.

BUSINESS NAME, ETC.: ABC Suply

REPORTED BY: NJ DEP

ADDRESS: OPER #4

TOWN: (609) 292-7172

NATURE OF CALL: Police Info.

I.R. 91-4824