Reverse reports having receiving a
call from a citizen of a oil/
diesel fuel spill at ABC Suply
8 E Fredrick Pl Cedar Knolls, NJ
Message left on machine at the
HT Bd of Health..
410//Schiller

1991 JUL 11  1326  *Bd of Health Notified*

*fo ABC Supply Co.*



**State of New Jersey**
DEPARTMENT OF ENVIRONMENTAL PROTECTION
DIVISION OF ENVIRONMENTAL QUALITY
CN 027, TRENTON, N.J. 08625-0027

(609) 633-0898
Fax # (609) 984-5536

George VanOrden PhD
Health Administrator
1000 Rte 10
Whippany, NJ 07981

July 25, 1991

SUSPECTED HAZARDOUS SUBSTANCE DISCHARGE NOTIFICATION
NJDEP CASE NUMBER: 91-7-23-1011-59

The New Jersey Department of Environmental Protection, Division of Environmental Quality, has received verbal notification of an incident that may have resulted in a discharge of a hazardous substance within your jurisdiction.

Pursuant to N.J.S.A. 13.1K-15 et seq., (P.L. 1984, c. 210) "Hazardous Substance Discharge - Reports and Notices Act" and N.J.A.C. 7:1-7 et seq., "Hazardous Substance Discharge: Reports and Notices", attached is a copy of our Incident Notification Form which contains details of the suspected discharge. The receipt of this notification requires no mandatory investigation by you. Further information concerning this incident may be obtained by contacting:

    David Shotwell, Region Chief, NJ Dept of Environmental
    Bureau of Field Operations
    Northern Regional Office
    NJDEP-DHWM-BFO-NRO
    1259 Rte 46
    Parsippany, NJ 07054
    201-299-7570

Please refer to the above referenced "NJDEP CASE NUMBER" in all correspondence concerning this incident.

CHARLES E. KRAUSS, CHIEF
BUREAU OF COMMUNICATIONS
AND SUPPORT SERVICES

Enclosure

# New Jersey Department of Environmental Protection
## COMMUNICATIONS CENTER NOTIFICATION REPORT

Received: 7/23/91
Operator: CARM
Reviewed By: [signature]
TD Log #: 10833
Case #: 91-7-23-1011-59

Notification Type: Citizen
Reported By: ANONYMOUS
Affiliation:
Phone:
Street Address:
Municipality:
State:

**Incident Location:** Facility
Site: JENTAR TRANSPORT INC
Phone:
Street Address: 8 EAST FREDERICK PL
Municipality: CEDAR KNOLLS
County: MORRIS
State: NJ
Location Type: Industrial
Incident Date:
Time: ONGO.

Substance Released: OIL DIESEL
Amount Released: UNKNOWN
ID: Known
State: Liquid
CAS #:
Release Is: Intermittent
Additional Substances: OIL WASTE
Substance Contained? N
Hazardous Material? Y
TCPA? N
A310 Letter? Y
COMU Code: 1412
Referral Code: 015

Incident Description: POOR HOUSEKEEPING
Injuries? N
Public Evac? N
Facility Evac? N
Public Exposure? N
Police On Scene? N
Firemen On Scene? N
DEP Requested? Y
Wind Sp/Dir:
Contamination Of: Land
Receiving Water: NONE

Status at Scene: POOR HOUSEKEEPING AT LOCATION

Responsible Party: Known
Party: JENTAR TRANSPORT INC
Contact: JOE ROSSI
Title: V.P.
Phone: 201-540-8558
Street Address: 8 EAST FREDERICK PL
Municipality: CEDAR KNOLLS
County: MORRIS
State: NJ

### OFFICIALS NOTIFIED

| | Name | Affiliation | Phone | Date | Time |
|---|---|---|---|---|---|
| NJSP | OEM | | 609-882-2000 | 7/23/91 | |
| MUNIC | HANOVER TWP | OPER 1410 | 201-428-2511 | 7/23/91 | 1022 |
| OTHER | | | | | |

| # | Name | Affiliation | Method | Date | Time | T/M |
|---|---|---|---|---|---|---|
| 1 | | DHWM Northern | Faxed MAIL | 7/23/91 | | B |
| 2 | | | | | | |
| 3 | | | | | | |

### COMMENTS





## Cahan, James N.

| | |
|---|---|
| **From:** | Craig, Marion [marion.craig@urs.com] |
| **Sent:** | Friday, October 21, 2011 5:01 PM |
| **To:** | joseph hochreiter |
| **Subject:** | Monday |

Joe -

Just wanted to give you a head up. On Monday we are going to put a test trench on the opposite side of the wooden fence to check the area where the excavation got close to the fence.

Have a great weekend -

**Marion Craig**
Principal Scientist
URS Corp.

201 Willowbrook Blvd.
Wayne, NJ 07470
(973) 812-6879

This e-mail and any attachments contain URS Corporation confidential information that may be proprietary or privileged. If you receive this message in error or are not the intended recipient, you should not retain, distribute, disclose or use any of this information and you should destroy the e-mail and any attachments or copies.

**Monday October 24, 2011 14:33**

Beginning test pit TP-1.

