

## Monday October 24, 2011 14:47

TP-1 (partially backfilled). Top 6 inches asphalt and sub-base. Roughly 6 inches to 3 feet sand and gravel fill. 3 feet to 5 feet coarse gravel, construction debris, stone, concrete, asphalt, diesel odor. Gray clay at 5.5 feet.

**Monday October 24, 2011 14:47**

TP-1 (partially backfilled).





### Monday October 24, 2011 15:04

TP-2. Top 6 inches asphalt and sub-base.  Roughly 6 inches to 2 feet coarse to fine sand and gravel, some asphalt .  2 feet to 5 feet construction debris coarse gravel, stone, concrete, asphalt, timbers.  Gray clay mottled with black organics at 5.5 feet.  Sampled gray clay.

**Monday October 24, 2011 15:04**

TP-2.





## Monday October 24, 2011 15:21

TP-3. Top 6 inches asphalt and sub-base. Roughly 6 inches to 2 feet coarse to fine sand and gravel . 2 feet to 5 feet coarse to fine sand and gravel, construction debris, concrete, asphalt, timbers. Organics at 5.5 to 6 feet. Faint hydrocarbon odor (diesel?). Gray to tan clay at 6 feet. Sampled clay.

**Monday October 24, 2011 15:21**

TP-3 looking southeast.

