

### Monday October 24, 2011 15:46

Test Pit TP-4 looking north. Top 6 inches asphalt and sub-base.  Roughly 6 inches to 2 feet coarse to fine sand and gravel .  2 feet to 5.5 feet coarse to fine sand and gravel, construction debris, stone, concrete, asphalt, rebar, timbers.  Gray clay  at 6 feet.  Sampled gray clay..



**Monday October 24, 2011 15:47**

Test Pit TP-4 looking south. White spots are chipped piece of concrete left in pit.



## Monday October 24, 2011 16:06

Test Pit TP-5. Top 6 inches asphalt and sub-base.  Roughly 6 inches to 2 feet
coarse to fine sand and gravel .  2 feet to 6 feet coarse to finr sand and gravel,
construction debris, stone, concrete, wood, brick, tree stump.   Perched water
entering excavation at 4.5 feet.  Gray clay  at 6 feet.  Sampled gray clay.

**Monday October 24, 2011 16:06**

Test pit TP-5 looking south.





**Monday October 24, 2011 15:33**

Black staining on gravel in storage area north of Tar Area.



## Monday October 24, 2011 15:33

Black staining on gravel surrounding garbage cans in storage area north of Tar Area.