

**Monday October 24, 2011 15:34**

Oil and other containers in garbage can in storage area north of Tar Area.



**Monday October 24, 2011 15:53**

Staining on gravel near oil containers in storage area north of Tar Area.