# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| THE FLINTKOTE COMPANY and ) | Case No. 04-11300 (JKF) |
| FLINTKOTE MINES LIMITED, ) | (Jointly Administered) |
| ) | |
| Debtors. ) | **Hearing Date (In Wilmington, Delaware): December 19, 2011 at 9:00 a.m. (Eastern)** |
| ) | |
| ) | **Related to Docket Nos. 3593, 3768, 3816, 3839, 4045, 5902, 5950, 5973, 5986, 6088, 6239, 6240, 6241, 6291, 6292, 6316, 6317** |
| ) | |
| ) | |

### SUPPLEMENTAL DECLARATION OF MARION CRAIG IN SUPPORT OF DEBTORS' (I) MOTION FOR SUMMARY JUDGMENT ON THE DEBTORS' OBJECTIONS TO CLAIM NO. 2242 FILED BY 8 EAST FREDERICK PLACE, LLC AND (II) MOTION FOR SUMMARY JUDGMENT ON THE DEBTORS' OBJECTION TO MOTION FOR RELIEF FROM STAY FILED BY 8 EAST FREDERICK PLACE, LLC

I, Marion Craig, hereby declare as follows:

1. I am a Principal Scientist with URS Corporation ("URS"), environmental consultants for the Flintkote Company and Flintkote Mines Limited (the "Debtors"). I have assisted in the analysis of the Rossi Property[1] since 1993. I submit this declaration (the "Supplemental Craig MSJ Declaration") as a supplement to my October 6, 2011, declaration filed with this Court on October 6, 2011 [D.I. 6241] (the "Craig MSJ Declaration") and in further support of the Debtors' (i) Motion for Summary Judgment on the Debtors' Objection to Claim No 2242 by 8 East Frederick Place, LLC (the "Claim MSJ") and (ii) Motion for Summary Judgment on the Debtors' Objection to Motion for Relief From Stay Filed by 8 East Frederick Place, LLC (the "Stay MSJ" and together with the Claim MSJ, the "MSJs").

---
[1] All capitalized terms not otherwise defined shall have the meaning ascribed to such terms in the MSJs.

2. The Craig MSJ Declaration stated that: Flintkote informed this Court on July 6, 2011 that, among other things, (i) Flintkote would voluntarily remediate the Tarry Asphalt Area by removing material from a defined area and from a section of the adjacent drainage ditch; (ii) on July 15, 2011 Flintkote informed Rossi, the NJDEP and the NJDOJ of these intentions and provided each with a detailed scope of work; (iii) due to delays in obtaining the necessary access permission and permits and the advent of Hurricane Irene, the excavation portion of this remediation was delayed; (iv) and access and permits had been obtained and the ground had sufficiently dried out to allow so that URS intended to begin excavation activities on Monday October 10, 2011. *See* Craig MSJ Decl., ¶¶ 2, 4, 6-8, 10.

3. Site preparation began in late August, 2011, after (i) waste characterization was completed, confirming that the material in question was a solid/semi-solid industrial non-hazardous waste, and (ii) necessary permits and site access permission were obtained. Site preparation consisted of activities to prevent soil erosion and to protect adjacent areas, including the construction of a temporary gravel road to allow ingress and egress to the work area.

4. On Monday, October 10, 2011 URS was able to begin the excavation of the Tarry Asphalt Area. The removal of tar material from this Area, the remediation of the adjacent drainage ditch, taking the appropriate bottom and side wall samples and the backfilling of the excavated area with clean fill, all was completed on October 24, 2011. Final cover for the excavated Area of approximately 6 inches of clean topsoil and seeding is expected to be completed in the near future. A summary of URS's remediation and investigation activities, as well as relevant findings are provided below. Additional details can be found in the November 2011 Tarry Asphalt Area Remediation Report (the "<u>Tarry Asphalt Area Remediation Report</u>"), the site map (the "<u>Site Map</u>") and the aerial photo of the excavation (the "<u>Site Photo</u>"), attached hereto as <u>Exhibits A</u>, <u>B</u> and <u>C</u>, respectively.

5. Excavation activities continued until no tar material was visible. Soil was also excavated from a shallow drainage ditch adjacent to the Tarry Asphalt Area. The final

excavation (including the drainage ditch) covered approximately 7,300 square feet, reached depths up to 7 feet and involved the off-site disposal at approved locations of approximately 1,500 tons of soil containing debris, tar and asphalt in approximately 67 truck-loads. The area of the final excavation is shown on the Site Map, and is indicated by the pink outline on the Site Photo. *See* Exs. B, C.

6. URS took post-excavation floor and sidewall samples during the excavation. Analyses of these samples confirmed that the tar material had been removed and that remaining material in this Area, with the exception of the Diesel Spill Area, defined below, was consistent with typical historic fill found in this region of New Jersey. This was evident from the fact that all samples from the Tarry Asphalt Area, again except for those related to Diesel Spill Area, were well within the minimum and maximum range of individual constituent concentrations levels identified by New Jersey Department of Environment ("NJDEP") as being typical of historic fill in New Jersey. Specifically, the analyses showed low levels of Polyaromatic Hydrocarbons (PAHs), similar to those identified in historic fill throughout the site.

7. Analytical results for samples taken after the remediation of the drainage ditch area were consistent with samples taken at locations up gradient from the remediation area that receive runoff from the parking lot on the site, indicating that runoff from the parking lot area contributed contamination to the drainage ditch area.

8. The one area that did not follow the pattern of relatively low levels of PAHs was the north-central wall of the excavation and adjacent floor. This area had elevated levels of PAHs relative to the samples from the rest of the excavation, which showed PAHs within or below the range typical of historic fill in New Jersey. Moreover, odor and distribution of impacts was unlike that seen in the tar-impacted material in the Tarry Asphalt Area. In the north-central wall area, the impacts appeared to be associated with the fine soils (silts and clays), and in some areas, were evident as staining in the fine material. In the tar-impacted area, impacts were limited to the tar material itself, with no staining of surrounding materials.

9. Following sampling, the Tarry Asphalt Area was backfilled with approximately 975 cubic yards of clean fill, consisting of dense grade aggregate (DGA), to 6-inches below grade. Backfilling with DGA was completed on October 24, 2011. The remainder of the excavation (6 inches) will be filled with topsoil and seeded in the near future following further discussions with Mr. Rossi, the property owner, and his representative regarding the topsoil to be used. The drainage ditch excavation was lined with geotextile fabric and coarse stone to approximate the prior appearance and function of the drainage ditch.

10. To further investigate the findings at the north-central wall of the excavation of the Tarry Asphalt Area, test pits were dug to the north of the excavation. A diesel odor was identified in one of the test pits, and the extent of the diesel-related contamination impacts was delineated with four additional test pits, and sampling. The test pits were backfilled with the material originally removed from the test pits. The estimated extent of the diesel impact area (the "Diesel Spill Area") (approximately 750 square feet) is identified on the Site Map, and is indicated by the yellow outline on the Site Photo. *See* Exs. B, C.

11. The sampling results from the investigation of the Diesel Spill Area are included in Appendix E to the Tarry Asphalt Area Remediation Report. *See* Ex. A. This is the same data that was contained in Attachments 4A and 4B to Flintkote's November 10, 2011, letter to Rossi informing Rossi of the discovery of the Diesel Spill Area.

12. During the investigation of the Diesel Spill Area I also had the opportunity to observe the area surrounding the test pits. This area is currently used by several landscaping contractors, among others, for truck storage, and equipment storage and maintenance. Dark staining was observed on the worn asphalt surface in this area, and evidence of recent disposal of equipment maintenance fluids was noted.

13. Based on the above investigation, including confirmation that no tar material was found in the test pits in the Diesel Spill Area, URS believes that: (i) the contamination found in the Diesel Spill Area was most likely from diesel fuel; (ii) the

4

contaminated area was localized; and (iii) the contamination was distinct from both the material in the Tarry Asphalt Area and the historic fill on the Rossi Property.

Executed on this 22nd day of November, 2011, at Wayne, New Jersey. I declare under penalty of perjury that the foregoing is true and correct.

_____
MARION CRAIG

contaminated area was localized; and (iii) the contamination was distinct from both the material in the Tarry Asphalt Area and the historic fill on the Rossi Property.

Executed on this 22nd day of November, 2011, at Wayne, New Jersey. I declare under penalty of perjury that the foregoing is true and correct.

*Marion Craig*
MARION CRAIG