# Exhibit A

# TARRY ASPHALT AREA REMEDIATION REPORT

The Flintkote Company/8 E. Frederick Place, LLC
8 East Frederick Place
Hanover Township, New Jersey
SRP PI #G0000233303



**Prepared for:**

**The Flintkote Company**
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

**Prepared by:**



201 Willowbrook Boulevard
Wayne, New Jersey 07470

**November 2011**

# TABLE OF CONTENTS

Executive Summary ................................................................................................................. E-1

Section 1    Introduction ........................................................................................................ 1-1

    1.1    Remedial Action Objectives ............................................................ 1-1
    1.2    Site Background ................................................................................ 1-1
        1.2.1    Site Location and Description .............................................. 1-1
        1.2.2    Site Operational and Ownership History .............................. 1-1

Section 2    Physical Site Characteristics .............................................................................. 2-1

    2.1    Site Topography ................................................................................ 2-1
    2.2    Surface Water ................................................................................... 2-1
    2.3    Geology and Hydrogeology .............................................................. 2-1
        2.3.1    Geology ................................................................................ 2-1
        2.3.2    Hydrogeology ...................................................................... 2-2

Section 3    Overview of Previous Tar Area Investigations ................................................... 3-1

Section 4    Site Preparation ................................................................................................. 4-1

    4.1    Soil Erosion and Sediment Control .................................................. 4-1
    4.2    Waste Characterization Sampling ..................................................... 4-2
    4.3    Well Decommissiong ........................................................................ 4-2

Section 5    Excavation and Disposal .................................................................................... 5-1

    5.1    Introduction ...................................................................................... 5-1
    5.2    Excavation ........................................................................................ 5-1
    5.3    Waste Disposal ................................................................................. 5-12

Section 6    Post-Excavation Sampling ................................................................................. 6-1

    6.1    Introduction ...................................................................................... 6-1
    6.2    Tar Area Post-Excavation Sampling Results ..................................... 6-1
    6.3    Historic Fill Comparison .................................................................. 6-2
    6.4    Drainage Ditch Sampling Results ..................................................... 6-3

Section 7    Diesel Spill Area Test Pit Excavation and Sampling .......................................... 7-1

    7.1    Introduction ...................................................................................... 7-1
    7.2    Test Pit Excavations ......................................................................... 7-1

# TABLE OF CONTENTS

7.3    Test Pit Sampling Results ................................................................. 7-6

7.4    Current Site Conditions.................................................................... 7-7

Section 8    Site Restoration ...................................................................................... 8-1

Section 9    Conclusions ............................................................................................ 9-1

Section 10    References............................................................................................... 10-1

## LIST OF TABLES

Table 1        Post-Excavation and Test Pit Sampling Results

## LIST OF FIGURES

Figure 1        2002 Aerial Photograph

Figure 2        Site Location Map

Figure 3        Site Layout

Figure 4        Excavation Area and Post-Excavation Sampling Locations

Figure 5        Post-Excavation Sampling Results

## LIST OF APPENDICES

Appendix A    Relevant Correspondence and Scope of Work

Appendix B    Waste Disposal Documentation

Appendix C    Clean Fill Certification and Backfill Tickets

Appendix D    Monitoring Well Decommissioning Report

Appendix E    Laboratory Reports and Data Deliverables

# EXECUTIVE SUMMARY

In accordance with the Scope of Work dated July 15, 2011, URS, on behalf of The Flintkote Company, remediated tar material within the Tarry Asphalt Area at 8 East Frederick Place, Cedar Knolls, NJ.

Site preparation began in late August 2011, after waste characterization was completed confirming that the material in question was a solid/semi-solid industrial non-hazardous waste, and after necessary permits and site access permission were obtained. Site preparation consisted of activities to prevent soil erosion and the construction of a temporary gravel road to allow ingress and egress to the work area and to protect adjacent areas.

The start of actual excavation work was delayed until October 10, 2011 by Hurricane Irene and the wet conditions following. The excavation activities continued until no tarry asphalt was visible. Soil was also excavated from a shallow drainage ditch adjacent to the Tarry Asphalt Area. The final excavation (including the drainage ditch) covered approximately 7,300 square feet, reached depths up to 7 feet and involved the off-site disposal at approved locations of approximately 1,500 tons of soil containing debris and tar in approximately 67-truck loads. The pink outline on the 2002 aerial photograph below shows the extent of these excavation areas (Figure 1).

Post-excavation floor and sidewall samples were taken during the excavation. Analyses of these samples confirmed that the tar material had been removed and that remaining material in this Area, with the exception of the Diesel Spill Area discussed below and in Section 7 herein, was consistent with typical historic fill found in New Jersey. This was evident from the fact that all samples from the Tarry Asphalt Area, again except for those related to Diesel Spill Area, were well within the minimum and maximum range of individual constituent concentrations levels identified by New Jersey Department of Environment (NJDEP) as being typical of historic fill in New Jersey. Specifically, the analyses showed low levels of Polyaromatic Hydrocarbons (PAHs), similar to those identified in historic fill throughout the site.

Post-excavation samples were also collected in the drainage ditch. Analytical results for samples taken from the ditch identified concentration levels for PAHs consistent with samples taken at locations up gradient from the remediation area that receive runoff from the Rossi parking lot on the site. The results indicate that runoff from the Rossi parking lot area contributes contamination to the drainage ditch area.

The one area that did not follow the pattern of relatively low levels of PAHs was the north-central wall of the excavation and the adjacent floor. This area and adjacent portions of the site outside the Tarry Asphalt Area are referred to in this report as the Diesel Spill Area. The Diesel Spill Area had elevated levels of PAHs relative to the samples from the rest of the excavation, which showed PAHs within or below the range for levels for typical historic fill. Moreover, odor and distribution of impacts was unlike that seen in the tar-impacted material in the Tarry Asphalt Area. In the north-central wall area, the impacts appeared to be associated with the fine soils (silts and clays), and in some areas, was evident as staining in the fine material. In the tar-impacted area impacts were limited to the tar material itself, with no staining of surrounding materials.

Following sampling, the Tarry Asphalt Area excavation was backfilled with approximately 975 cubic yards of clean fill, consisting of dense grade aggregate (DGA), to 6-inches below

grade. Backfilling with DGA was completed on October 24, 2011. The remainder of the excavation (6 inches) will be filled with topsoil and seeded in the near future following further discussions with Mr. Rossi, the property owner, and his representative regarding the topsoil to be used. The drainage ditch excavation was lined with geotextile fabric and coarse stone to approximate the prior appearance and function of the drainage ditch.

To further investigate the findings in the northern border of the Tarry Asphalt Area, test pits were dug to the north of the excavation. A diesel odor was identified in one of the test pits, and the extent of the diesel-related contamination was delineated with four additional test pits and sampling. After sampling, the test pits were backfilled with the material originally removed from the test pits. The estimated extent of the Diesel Spill Area is outlined in yellow on the aerial photograph below, and amounts to approximately 750 square feet (Figure 1).

Based on the above investigation, including confirmation that no tar material was found in the test pits in the Diesel Spill Area, URS believes that: (i) the contamination found in the Diesel Spill Area was most likely from diesel fuel; (ii) the contaminated area was localized; and (iii) the contamination was distinct from both the material in the Tarry Asphalt Area and the historic fill on the Site.



*Figure 1 – 2002 Aerial Photograph – Subject Property is the top 2/3 of photograph; Cargille Property (4 E. Frederick Place) is the bottom 1/3. Pink area outlines the Tarry Asphalt Area. Yellow outlines the Diesel Spill Area.*

This document has been prepared by URS Corporation (URS) on behalf of The Flintkote Company (Flintkote), and describes the remedial activities conducted in the Area of Concern known as the Tar Area or Tarry Asphalt Area at 8 East Frederick Place, Hanover Township, New Jersey (Site). Remedial activities were conducted in this area between July and November 2011.

## 1.1    REMEDIATION ACTION OBJECTIVES

The objectives of this remedial action were to remove visible tar and asphalt from the Tarry Asphalt Area, and remove sediment from an area of the drainage ditch adjacent to this Area that may have been impacted by releases from the Tarry Asphalt Area.

On July 15, 2011 Flintkote's counsel sent the NJ Department of Justice and NJDEP a letter informing the State of New Jersey that Flintkote had decided to proceed with a proactive and voluntary remediation of the Tar Area and included with this letter a Scope of Work prepared by URS (Appendix A).

## 1.2    SITE BACKGROUND

This section describes the location of the Site, its operational and ownership history, and presents a summary of the results of previous inspections and investigations.

### 1.2.1    Site Location and Description

The Site is a 5-acre property designated as Lot 7, Block 2104 on the Hanover Township tax map. The street address for the Site is 8 East Frederick Place, Cedar Knolls, New Jersey, 07927. The Site appears on the Morristown USGS topographic quadrangle (Figure 2).

The Site is bounded to the south and west by industrial properties, to the north by undeveloped property, and to the east by the Whippany River. Standard Roofing Company, apparently a wholesaler of roofing materials for domestic and industrial use, and a gymnastics school are located in a building to the west of the Site.

There is one one-story building at the Site (Figure 3). The front area of the building is mostly paved for use as a loading area for trucks and parking. The south end of the building has a small grass area, but is mostly paved for parking. The back (east) area of the building is mostly paved with a wooded strip between the pavement and a public recreation trail known as "Patriots Path."

### 1.2.2    Site Operational and Ownership History

In 1921 The Manhattan Ruber Company built a rubber reclamation mill on the east side of the Morristown & Erie Railroad at the foot of Townsend Avenue (Sanborn Fire Insurance Map 1921). The Flintkote Company took over the mill about 1946 (Hudson Dispatch 1946,:541, 1949:622). A Sanborn Fire Insurance Map from 1950 suggests that the mill operations included the subject Site. Flintkote operated a rubber manufacturing and reprocessing facility on the Site until 1972. In 1972, Flintkote sold the Site to Sleboy Associates. Sleboy Associates sold the



Site on February 2, 1984 to ABC Supply Company, which was owned by Joseph Rossi. ABC Supply Company used the Site for warehousing and distribution of roofing materials and supplies. The Site has also been used for a trucking operation owned by Joseph Rossi – Jentar Transport, Inc. The Site is currently owned by 8 East Frederick Place, LLC. Joseph Rossi is a principal officer of 8 East Frederick Place, LLC.

Portions of the Site building have had various tenants including The Adult Training Center Association for Retarded Citizens, which was formerly located in the southern end of the building. This portion of the building is currently occupied by a music school and a carpet store. Other tenants include a fitness gym, a caterer, a coffee distributor, a clothing importer, and a salvage company. Portions of parking areas are used by contractors for truck storage, garbage dumpsters, material storage, and landscape equipment storage and maintenance.

The general physical characteristics of the Site are presented in this section.

## 2.1    SITE TOPOGRAPHY

The Site is located within the United States Geologic Survey (USGS) Morristown, NJ 7.5 Minute Quadrangle as shown in Figure 2.  The Site ground surface slopes gently to the east towards the Whippany River.  The Site land surface has a maximum elevation of approximately 260 feet above mean sea level (MSL).

## 2.2    SURFACE WATER

The Site is bounded to the east by the Whippany River.  Regionally, the Whippany River flows northeasterly, converges with the Rockaway River, and flows into the Passaic River.

Water level measurements from monitoring wells at the Site indicate that groundwater from beneath the Site discharges to the Whippany River.  Site topography indicates that surface drainage also discharges to the Whippany River.

## 2.3    GEOLOGY AND HYDROGEOLOGY

This section describes the regional geologic and site hydrogeologic setting of the study area.

### 2.3.1   Geology

The Site is located within the physiographic province known as the Triassic Lowlands of the Piedmont Province.  Bedrock beneath the Site consists of reddish-brown siltstones and sandstones and gray-green siltstones of the Boonton Formation of the Brunswick Group.

Several distinct layers of unconsolidated strata were encountered at this Site and at the Cargille Pharmaceuticals facility (located immediately to the southwest of the Site) during previous site investigations.  Each stratum is described below in the order in which it was encountered at the Site:

> Miscellaneous Fill:  Present immediately below the topsoil and pavement to a depth of 1.5 to 6 feet, fill was encountered below the existing pavement and topsoil in all borings and most test pits. The fill material consists of a reddish-brown, brown and black silty coarse to fine sand with some fine gravel and occasional ash, tar, brick, wood and concrete.  These materials are typical of historic fill used to raise the grade of low lying areas in this region.

> Silty Sand/Silt:  A stratum of brown to gray silty coarse to fine sand or silt, with some fine gravel; generally encountered to a depth of 4 to 5 feet below the fill material.

> Silty Clay:  A greenish gray/rust, medium plastic, silty clay encountered to a depth of approximately 2.5 feet below the silty sand layer.  The material was mottled in most borings.  This unit was encountered in deep test pits and several borings at the Cargille facility and at the south end of this Site.



<u>Silty Sand and Gravel</u>:  A stratum of gray to brown silty coarse to fine sand and gravel. Encountered in most soil borings to a depth of approximately 3 feet below the silty clay layer.

<u>Silty Clay</u>:  A gray to brown slightly plastic, sandy silty clay encountered as the deepest unconsolidated unit in most soil borings.  The clay was varved in one soil boring.  The unit was present to a depth of approximately 6.5 feet below the silty sand and gravel unit.

<u>Glacial Till</u>:  A hard, brown silty fine to medium sand with subangular rock fragments encountered as the deepest unconsolidated soil unit in one boring.

### 2.3.2   Hydrogeology

Groundwater beneath the Site occurs in the unconsolidated deposits at depths ranging from about 4 to 8 feet below ground surface.  The relative elevation of surface water and groundwater indicates that shallow groundwater discharges to the Whippany River.  Groundwater level measurements from previous investigations indicate that groundwater flow is generally perpendicular to the riverbank.



Site investigations showed that soils within the Tarry Asphalt Area contained PAHs and that tar material was confined to an area of approximately 6,000 square feet. No VOCs, PCBs, asbestos or metals were identified above NJDEP criteria, and no impacts to groundwater were identified. An overview of investigations in this area is provided below.

During excavation by the current property owner in October 1993 in connection with the installation of a parking lot in the south corner of the Site, a drum containing asphalt and tar and an asphalt/tar layer were encountered in the shallow soil layer. The asphalt/tar layer was found in the four corners of the proposed parking area. The property owner contacted Flintkote regarding the findings.

In response to the property owner's concerns, Flintkote retained URS to investigate the findings. On November 18, 1993 URS conducted a terrain conductivity investigation to identify the extent of buried metal (possibly drums), if any, in the proposed parking lot area. The area was surveyed with an EM-31 conductivity meter. If metal is present the conductive material generates a rapidly fluctuating electromagnetic field with a high gradient, resulting in a negative (-) conductivity reading by the instrument. Consequently, negative readings may be associated with the presence of metal or other highly conductive material. During the investigation, two negative readings were registered on the instrumentation.

Exploratory test pits were dug and soil sampling was conducted in the Tar Area in November 1993 and July 1995. On May 17, 1994 Flintkote submitted to NJDEP an application for a voluntary Memorandum of Agreement (MOA) to address certain areas of potential concern at the Site.

Samples collected in 1993 showed that no volatile organic compounds (VOCs) were present in the soil above NJDEP criteria. These samples did show that one or more polyaromatic hydrocarbons (PAHs) above Residential Direct Contact Cleanup Criteria (RDCC) and Non-residential Direct Contact Cleanup Criteria (NRDCC) were present (URS 2006).

Work in July 1995 resulted in metal pails of tar and roofing compound, and a container of asbestos being removed from test pits in the Tarry Asphalt Area. Samples collected at this time contained one or more PAHs above RDCC, NRDCC and Impact to Groundwater Criteria (IGWC) (URS 2006). In March 2000, as part of comprehensive investigations throughout the site, additional soil samples were collected to delineate soil contamination in the Tarry Asphalt Area

The results showed no levels of metals, pesticides, polychlorinated biphenyls (PCBs), and asbestos above NJDEP criteria. PAHs were detected above NJDEP criteria in 10 of the 21 samples analyzed for those compounds. In general, elevated PAHs were limited to the top 5 to 6 feet of fill in this area. Underlying native materials were not contaminated (URS 2006).

In February 2008 NJDEP requested additional sampling in this area for horizontal delineation of elevated PAHs, sampling of materials with a creosote odor, qualitative characterization of tar, and characterization of groundwater. The results of this investigation are contained in the 2008 Remedial Investigation Report. Regarding soil, the 2008 Remedial Investigation Report concluded that sampling for the delineation of elevated levels of PAHs in the Tarry Asphalt Area showed no elevated levels along the northeast and southeast borders of the area

(URS 2008). Levels of PAHs detected at two locations along the northeast border are consistent with the low levels of PAHs found in historic fill throughout the Site. The qualitative delineation of tar in the Tarry Asphalt Area showed that tar generally occurred within the western two-thirds of the Area.

Regarding groundwater, the 2008 Remedial Investigation Report concluded due to the silty nature of screening samples, the sampling results should not be considered representative of dissolved groundwater conditions (URS 2008). In order to better evaluate groundwater impacts, if any, within the Tarry Asphalt Area, in 2009 a monitoring well (MW-4) was installed and sampled. See Figure 3 for location of MW-4. MW-4, along with MW-2 and MW-3 (see Figure 3 for well locations), were sampled on April 30, 2009 and analyzed for BNs. Analytical results indicate that there are no impacts to groundwater in any of the wells sampled (URS 2009).

In October 2010 shallow soil samples were collected in the drainage ditch that parallels the south side of the Tar Area. The samples were analyzed for PAHs and Extractable Petroleum Hydrocarbons. Low levels of PAHs were identified in all of the samples including the sample collected upgradient from the Tar Area. Extractable Petroleum Hydrocarbons were below applicable criteria (URS 2011). Potential sources of PAHs upgradient from the Tarry Asphalt Area include stormwater runoff from the adjacent parking lot, and from the roadway on the adjoining property that drains to the ditch.

This section provides an overview of the mobilization activities conducted to prepare the site for remedial activities.

## 4.1 SOIL EROSION AND SEDIMENT CONTROL

On July 12, 2011 URS, on behalf of The Flintkote Company, submitted for approval a Soil Erosion and Sediment Control Plan to the Morris County Soil Conservation District. This plan included measures to control the migration of soil from the work area to surrounding areas. The plan called for the installation of silt fences, rock filters, and a gravel construction entrance to prevent tracking of dirt from the work area onto the rest of the property. The plan was verbally approved on August 22, 2011, and formally approved on August 24, 2011. Environmental Waste Minimization, Inc. of Northampton, PA (EWMI) mobilized equipment to the site on August 22, 2001. The installation of the control measures began on August 23, 2001 and was completed on August 24, 2011.



*View looking east at silt fence (black) along west side of Tar Area, and construction fence (orange) along south side of Tar Area. The drainage ditch is to the right of the construction fence.*



*View looking south at gravel construction entrance through portion of wooden fence temporarily removed for access.*

## 4.2   WASTE CHARACTERIZATION SAMPLING

In preparation for the remediation, on August 16, 2011 URS collected pre-excavation samples for laboratory analysis for waste disposal classification.  The laboratory data indicated that the materials were not hazardous, and waste profiles were prepared for submission to disposal facilities for approval.  The profiled waste (profile 476725PAE) was approved for disposal at the G.R.O.W.S. landfill complex in Pennsylvania.

## 4.3   WELL DECOMMISSIONING

On August 24, 2011, Bob Seybold of B&B Drilling, a licensed NJ Driller (JD1611) decommissioned MW-4, the monitoring well located near the center of the Tar Area.  The well was decommissioned by pressure tremie grouting.  A Well Decommissioning Report is provided in Appendix D.

## 5.1    INTRODUCTION

With site preparation complete, excavation was scheduled to start on August 24, 2011. However, in anticipation of Hurricane Irene, which was expected to reach the area on August 27, 2011, the start of excavation was delayed.  On August 31, 2011, after the hurricane passed, URS inspected the site and found that the area was too saturated with water to excavate. Equipment was demobilized from the site in September.  The start of excavation was re-scheduled to begin on October 10, 2011.

## 5.2    EXCAVATION

EWMI re-mobilized the morning of October 10, 2011.  Equipment brought to the site included a utility trailer, a John Deere 160 LC Excavator, and two 21,000 gallon Frac Tanks for potential excavation dewatering.  Excavation began that morning in the southwest corner of the Tar Area.  Visible tar was removed and stockpiled near the construction entrance at the east end of the Tarry Asphalt Area.  The excavation was extended to the north and the east. The south side of the excavation extended to a depth of approximately 3 feet below grade. Further north of this area, the tar was encountered at greater depth, and the excavation was extended to a depth of approximately 5 feet until no more tar was observed.  To the west, near the parking lot, a portion of the fence was removed to extend the excavation where tar was identified in the sidewall.  A strip of soil was left in place between the excavation and the drainage ditch to the south to minimize potential impacts to the ditch during the excavating activities.

Post-excavation sidewall samples were collected on October 10, 2011.  However, based on observations of isolated tar in some sidewall areas the following day, the walls were cut back further later in the week, and the samples collected on October 10, 2011 were not sent for analysis.

At the end of each work day, any stockpiled waste material was covered with polyethylene sheeting and secured, and orange safety fence was used to secure open sides of the work area.



*View looking south on October 10, 2011 at strip of soil between excavation and drainage ditch with tar layers visible in wall. (Material was later removed.)*



*View looking east at southwest corner of excavation on October 10, 2011.*



*Remnants of drum of solidified tar removed from excavation on October 10, 2011.*

On October 11, 2011 15 truck loads of excavated material were removed from the site. The excavation was enlarged to the east at depths ranging from approximately 3 feet in the southern portion, to 5 feet in the northern portion.

On October 12, 2011 the excavation was extended to the east and north. A large section of steel duct and a large piece of concrete with a manhole structure were removed from the north/central portion of the excavation. The depth at which tar was encountered decreased in the eastern portions of the excavation.

Twenty-one truck loads of excavated material were removed from the site on October 12, 2011.



*Large concrete structure removed from excavation on October 12, 2011.*

On October 13, 2011 the excavator was moved back to the west and north walls of the excavation where isolated pockets of tar were observed, and the walls were cut back further. The strip of soil between the main excavation area and the ditch was removed, and the ditch was excavated. The excavator removed approximately 1 to 1.5 feet of soil along the banks of the ditch, and approximately 0.5 feet of soil from the bottom on the ditch. The ditch excavation extended approximately 96 feet beginning at the location of former sampling location DD-1, and ending just beyond former sampling location DD-3.

Twelve truck loads of excavated material were removed from the site on October 13, 2011, and seventeen truck loads of dense grade aggregate (DGA) were delivered and stockpiled in preparation for backfilling the excavation.

Post-excavation sidewall sample SW-1 was collected along the west wall of the excavation, and samples SW-2, SW-3 and SW-4 were collected along the north wall of the excavation. Floor sample FL-1 was collected near the east end of the 3-foot section of the excavation. Sampling results are summarized in Table 1 and discussed in Section 5.



*Removing tar and construction debris from east section of excavation on October 13, 2011.*



*Covering excavated materials on October 13, 2011.*

On October 14, 2011 approximately 6 inches of rainwater had filled the deeper sections of the excavation overnight. The excavation was extended to the east until no tar was visible in sidewalls. A demolition saw was used to cut the large piece of duct removed from the excavation into smaller pieces, suitable for shipment. Four truck loads of excavated material were removed from the site. One load of large stone ("Gabion") was delivered and stockpiled for restoration of the drainage ditch.

Post-excavation sidewall samples SW-5 through SW-11 were collected, and floor samples FL-7, FL-8 and FL-9. Analytical results for these samples are presented in Table 1, and discussed in Section 5.



*Excavating east section of excavation on October 14, 2011. Rusted 5-gallon pails of hardened tar exposed in sidewall near center of photograph.*

On October 17, 2011 additional rain water had accumulated in the deeper sections of the excavation over the weekend. A hydraulic hammer was brought to the site and used to break up the large concrete structure that had been removed from the excavation for disposal. Seven truck loads of excavated material were removed from the site.

On October 18, 2011 an orange demarcation layer was installed in excavation floor areas under the standing water and held down with stones. The demarcation layer was installed to mark the boundary between the imported backfill and underlying materials. Backfill was placed in these areas in lifts and compacted. The backfill was placed to approximately one foot above the water level in the excavation. The backfill was then used as a platform to remove additional material from the floor of the excavation near the southwest corner of the excavation area (area surrounding floor sample FL-1), and along the northern wall (area

between sidewall samples SW-2 and SW-3). Approximately 1 foot was removed from the floor of the excavation in the area of sample FL-1, and another sample was collected (FL-1R) from the newly exposed floor area.

Some additional tar and a solidified drum were removed from the area between SW-2 and SW-3. A black, possibly stained, brown silt layer was observed in the east-facing portion of the wall. The wall was cut back until the black layer was no longer observed. Sample SW-13 was collected in the brown silt from the east-facing sidewall at a depth of 4.6 feet below grade once the excavation was done. Odor was noted in the mottled brown and gray clay in the floor of the excavation in this area, and floor sample FL-10 was collected. Possible staining was observed on the north wall of the re-excavated area, and a sidewall sample was collected from dark (possibly stained) gray clay in the wall (sample SW-12). Analytical results for the samples collected on October 18, 2011 are summarized in Table 1 and discussed in Section 5. After samples were collected, this portion of the excavation was backfilled.

One load of excavated material was removed from the site.



*East-facing wall of area re-excavated on October 18, 2011. Sample location SW-13 jar and white plastic scoop near bottom of wall.*



*North wall of area re-excavated on October 18, 2011.  Sampling location SW-12 at
jar and plastic white scoop in left side of picture.*

On October 19, 2011 additional materials were excavated from north wall where samples
SW-3 and SW-4 had been collected.  The north wall was cut back approximately 5 feet for a
distance of approximately 30 feet.  The excavation extended to depth of 6 to 7 feet.  No tar
was encountered.  Petroleum-like odors were noted by URS at the bottom of the west end of
the excavation.  Sidewall sample SW-3R was collected in this area from light brown clayey
silt beneath a pipe protruding from the base of the wall.  Sidewall sample SW-4R was
collected near the east end of the re-excavated area.  Analytical results for samples SW-3R
and SW-4R are presented in Table 1 and discussed in Section 5.

Additional sections of the excavation were backfilled on October 19, 2011, and twenty truck
loads of DGA were delivered to the site.  Two loads of excavated material were removed
from the site.

On October 20, 2011 backfilling and compacting excavation areas continued throughout the
day.  Ten truck loads of DGA were delivered to the site.  Four truck loads of excavated
material were removed from the site.



*View looking southeast at backfilled portions of excavation (gray) and rainwater accumulated in re-excavated north wall area. Note foam-like accumulations of fine particles from DGA floating on water in photograph above and photograph below.*



On October 21, 2011 placement of orange demarcation layer in the drainage ditch was completed. The demarcation layer was overlain with geotextile fabric, and stone was placed on the fabric at the east end of the excavation to restore the ditch. The north-wall excavation area was backfilled. Four truck loads of DGA were delivered to the site.



*View looking east laying geotextile fabric over orange demarcation layer.*

On October 24, 2011 the remainder of the drainage ditch excavation was lined with geotextile fabric and stoned, and the remained of the excavation was backfilled with DGA. Six truck loads of DGA were delivered to the site, and one load of excavated material was removed from the site.

In order to investigate what appeared to be an area of contamination different from the material found in the rest of the Tarry Asphalt area, five test pits were excavated on the north side of the wood fence at the north side of the excavation area to investigate the extent of odorous materials identified near the west end of the north wall. No tar or asphalt material (other than asphalt pavement pieces) was identified in these test pits. A description of the test pit findings is provided in Section 7 below.



*View looking east at stoned drainage ditch on October 24, 2011.*



*View looking southwest at backfilled excavation on October 24, 2011.*

## 5.3    WASTE DISPOSAL

The G.R.O.W.S. Landfill complex includes several areas. In total, 1,494.23 tons (67 truck loads) of waste were removed from the Tar Area and ditch and disposed of at G.R.O.W.S. A total of 593.73 tons of the waste removed from the Tar Area and ditch was disposed of in the North Landfill in Morrisville, PA (PADEP Permit #101680). A total 900.5 tons of the waste was disposed of in the Tullytown Resource Recovery Facility in Tullytown, PA (PADEP Permit #101494). A disposal summary table and waste manifests are provided in Appendix B. The original waste profile approval for this remediation was 1,500 tons. Because this limit was reached (except for 5.8 tons), a re-authorization has been requested to dispose of an additional 50 tons (+/-) that was generated and is currently stockpiled on site awaiting disposal. The stockpiled material is on plastic and is covered with plastic.



## 6.1 INTRODUCTION

Post-excavation sidewall samples were collected from the bottom of excavation sidewalls and the floor of the excavation using dedicated, disposable plastic scoops. Samples were transferred to jars provided by the laboratory and stored on ice in coolers until delivery to or pick up by the laboratory. The project laboratory was TestAmerica, Edison, New Jersey (Certification No. 12028). Soil samples were analyzed for TCL Polyaromatic Hydrocarbons (PAHs) by EPA Method 8270C. Analytical results are summarized in Table 1 and Figure 5. Analytical laboratory deliverables are included in Appendix E.

In summary, analysis of these samples confirmed that the tar material had been removed and that remaining material in this Area, with the exception of the Diesel Spill Area discussed in Section 7 below, was consistent with typical historic fill found in New Jersey. This was evident from the fact that all samples from the Tarry Asphalt Area, again except for those related to Diesel Spill Area, were well within the minimum and maximum range of individual constituent concentrations levels identified by New Jersey Department of Environment ("NJDEP") as being typical of historic fill in New Jersey. Specifically, the analyses showed low levels of Polyaromatic Hydrocarbons (PAHs), similar to those identified in historic fill throughout the site.

## 6.2 TAR AREA POST-EXCAVATION SAMPLING RESULTS

Floor samples FL-1R, FL-2 and FL-4 through FL-9 contained low levels of PAHs with some concentrations above one or more New Jersey Soil Cleanup Criteria (SCC) which were in effect at the time the 2006 Remedial Action Workplan was submitted, and/or the current Soil Remediation Standards (SRS) and screening levels. Compounds exceeding one or more criteria are summarized in the table below.

|  | FL-1R | FL-2 | FL-4 | FL-5 | FL-6 | FL-7 | FL-8 | FL-9 |
|---|---|---|---|---|---|---|---|---|
| Benzo(a)anthracene | BC | 1.3J | ND | BC | 0.76 | 1.1 | 4.5 | BC |
| Benzo(a)pyrene | ND | 0.88J | BC | 0.52 | 0.67 | 0.76 | 4.3 | 0.31 |
| Benzo(b)fluoranthene | BC | 1J | BC | 0.74 | 0.74 | 0.86 | 4.7 | BC |
| Benzo(k)fluoranthene | ND | BC | ND | BC | BC | BC | 1.9 | BC |
| Dibenz(a,h)anthracene | ND | BC | ND | BC | BC | BC | 0.53 | BC |

All concentrations in mg/kg
BC = below criteria
J = estimated concentration
ND = Not detected

Post-excavation sidewall samples SW-1, SW-2, SW-4R, SW-5 through SW-8 and SW-13 contained low levels of PAHs. Compounds exceeding one or more criteria in these samples are summarized below.



|  | SW-1 | SW-2 | SW-4R | SW-5 | SW-6 | SW-7 | SW-8 | SW-13 |
|---|---|---|---|---|---|---|---|---|
| Benzo(a)anthracene | 0.75 | 6.3 | BC | 1.2 | BC | 4.3 | 2.6 | 2.1 |
| Benzo(a)pyrene | 0.47 | 4.4 | BC | 1.5 | BC | 4.3 | 3.3 | 2 |
| Benzo(b)fluoranthene | BC | 5.2 | BC | 1.6 | BC | 4.8 | 3.4 | 2.3 |
| Benzo(k)fluoranthene | BC | 2.3 | BC | BC | BC | 1.7 | 1.5 | 1.3 |
| Dibenz(a,h)anthracene | BC | 0.44 | ND | 0.29 | ND | 0.62 | 0.56 | 0.31 |
| Indeno(1,2,3-cd)pyrene | BC | 1.9 | BC | 1.5 | BC | 3.4 | 2.8 | 1.2 |

All concentrations in mg/kg
BC = below criteria
ND = not detected

Floor and sidewall samples collected near the north central wall area of the excavation, where diesel-like odor was noted, contained elevated levels of PAHs. Compounds exceeding one or more criteria in these samples are summarized below.

|  | SW-3R | SW-12 | FL-10 |
|---|---|---|---|
| Acenaphthene | BC | 82 | BC |
| Benzo(a)anthracene | 230 | 110 | 74 |
| Benzo(a)pyrene | 200 | 82 | 55 |
| Benzo(b)fluoranthene | 210 | 83 | 67 |
| Benzo(k)fluoranthene | 110 | 50 | 28 |
| Chrysene | 220 | 100 | 69 |
| Dibenz(a,h)anthracene | 32 | 6.1 | 9.7 |
| Fluoranthene | 310 | 210 | 110 |
| Indeno(1,2,3-cd)pyrene | 140 | 65 | 42 |
| Pyrene | 400 | 290 | 150 |

All concentrations in mg/kg
BC = below criteria
J = estimated concentration
ND = not detected

## 6.3    HISTORIC FILL COMPARISON

The NJDEP has conducted a study of the chemical constituents of historic fill at various locations throughout New Jersey. A summary of the results of the study is included in Appendix D of the Technical Requirements for Site Remediation (N.J.A.C. 7:26E). Six PAHs are included in the NJDEP list of constituents. Each of these PAHs has been identified in fill throughout the Site. The table below presents the minimum and maximum concentrations identified by NJDEP in historic fill, and the levels of the same constituents in post-excavation samples from the Tarry Asphalt Area (not including the Diesel Spill Area). The comparison shows that the levels in post-excavation samples are well below the maximum levels identified by NJDEP, and are generally similar to NJDEP average levels.



| | Min. Fill | Avg. Fill | Max Fill | FL-1R | FL-2 | FL-4 | FL-5 | FL-6 | FL-7 | FL-8 | FL-9 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Benzo(a)anthracene | **0.03** | **1.37** | **160** | BC | 1.3J | ND | BC | 0.76 | 1.1 | 4.5 | BC |
| Benzo(a)pyrene | **0.02** | **1.89** | **120** | ND | 0.88J | BC | 0.52 | 0.67 | 0.76 | 4.3 | 0.31 |
| Benzo(b)fluoranthene | **0.02** | **1.91** | **110** | BC | 1J | BC | 0.74 | 0.74 | 0.86 | 4.7 | BC |
| Benzo(k)fluoranthene | **0.02** | **1.79** | **93** | ND | BC | ND | BC | BC | BC | 1.9 | BC |
| Dibenz(a,h)anthracene | **0.01** | **1.24** | **25** | ND | BC | ND | BC | BC | BC | 0.53 | BC |

| | Min. Fill | Avg. Fill | Max Fill | SW-1 | SW-2 | SW-4R | SW-5 | SW-6 | SW-7 | SW-8 | SW-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Benzo(a)anthracene | **0.03** | **1.37** | **160** | 0.75 | 6.3 | BC | 1.2 | BC | 4.3 | 2.6 | 2.1 |
| Benzo(a)pyrene | **0.02** | **1.89** | **120** | 0.47 | 4.4 | BC | 1.5 | BC | 4.3 | 3.3 | 2 |
| Benzo(b)fluoranthene | **0.02** | **1.91** | **110** | BC | 5.2 | BC | 1.6 | BC | 4.8 | 3.4 | 2.3 |
| Benzo(k)fluoranthene | **0.02** | **1.79** | **93** | BC | 2.3 | BC | BC | BC | 1.7 | 1.5 | 1.3 |
| Dibenz(a,h)anthracene | **0.01** | **1.24** | **25** | BC | 0.44 | ND | 0.29 | ND | 0.62 | 0.56 | 0.31 |
| Indeno(1,2,3-cd)pyrene | **0.02** | **1.41** | **67** | BC | 1.9 | BC | 1.5 | BC | 3.4 | 2.8 | 1.2 |

All concentrations in mg/kg
BC = below criteria
J = estimated concentration
ND = not detected

## 6.4 DRAINAGE DITCH SAMPLING RESULTS

Post-excavation sidewall samples SW-9, SW-10 and SW-11 were collected from the sidewall of the drainage ditch excavation. Samples SW-10 and SW-11 contained low levels of PAHs. Compounds exceeding one or more criteria in these samples are summarized below.

| | SW-9 | SW-10 | SW-11 |
|---|---|---|---|
| Benzo(a)anthracene | ND | 1.7 | 0.6 |
| Benzo(a)pyrene | ND | 1.4 | 0.59 |
| Benzo(b)fluoranthene | ND | 1.7 | 0.69 |
| Indeno(1,2,3-cd)pyrene | ND | 0.89 | BC |

All concentrations in mg/kg
BC = below criteria
J = estimated concentration
ND = not detected

Post-excavation floor sample FL-3 was collected from the floor of the ditch excavation, at the same approximate location where pre-excavation sample DD-2 was collected. The table below shows a comparison of all of the pre-excavation ditch samples collected in October 2010, and post-excavation sample FL-3. No PAHs were detected above criteria in FL-3. PAHs detected in upgradient pre-excavation sampling location DD-1 are likely contributed from other sources including parking lots and roadways as shown in the photographs below.

| | DD-1 | DD-2 (now excavated) | FL-3 | DD-3 (now excavated) | DD-4 |
|---|---|---|---|---|---|
| Benzo(a)anthracene | 3.3 | 9.4 | BC | 1.4 | BC |
| Benzo(a)pyrene | 4.5 | 12 | BC | 1.3 | 0.61 |
| Benzo(b)fluoranthene | 6.4 | 13 | BC | 1.5 | 0.91 |
| Benzo(k)fluoranthene | 2.4 | 5.5 | BC | BC | BC |
| Chrysene | BC | 11 | BC | BC | BC |
| Dibenz(a,h)anthracene | 0.62 | 2.5 | ND | 0.28 | BC |
| Indeno(1,2,3-cd)pyrene | 2.2 | 10 | BC | 1.1 | 0.62 |

All concentrations in mg/kg
BC = below criteria
J = estimated concentration
ND = not detected



*View looking south at storm drain outlet that discharges from roadway on 4 East Frederick Place into drainage ditch, upgradient from remediation area.*



*View looking southeast at one of several curb cuts that allow stormwater runoff from the 8 East Frederick Place parking lot to drain into the drainage ditch, upgradient from the remediation area.*

## 7.1    INTRODUCTION

On October 24, 2011 five test pits were installed on the north side of the wooden fence that separates the Tarry Asphalt Area from the rear storage yard/parking lot on the Property. The pits were installed to determine the extent and identity of odorous material identified along the north central portion of the excavation, in the area of sidewall samples SW-12 and SW-3R, and floor sample FL-10. No tar or asphalt was identified in the test pits. The extent of impacts north of the wooden fence was limited to the area surrounding TP-1. Test pit observations and sampling results are described below.

Based on the above investigation, including confirmation that no tar material was found in the test pits in the Diesel Spill Area, URS believes that: (i) the contamination found in the Diesel Spill Area was most likely from diesel fuel; (ii) the contaminated area was localized; and (iii) the contamination was distinct from both the material in the Tarry Asphalt Area and the historic fill on the Site.

## 7.2    TEST PIT EXCAVATIONS

The first test pit – TP-1 was installed north of location SW-12, approximately 5 feet from the wooden fence. Materials encountered in the test pit were as follows:

- 0 – 0.16 feet: worn asphalt
- 0.16 – 0.5 feet: gravel sub-base
- 0.5 – 2.8 feet: sand and gravel fill
- 2.8 – 5 feet: brick, coarse gravel, stone construction debris, pieces of asphalt pavement, black staining on some debris
- Diesel odor
- 5 – 5.5 feet: gray clay; slight discontinuous sheen on water seeping into pit.

Because impacts were obvious in this test pit and samples FL-10, SW-12 and SW-3R would be representative of TP-1, no additional samples were collected for analysis.





*View looking west during excavation of test pit TP-1.*



*View looking into TP-1 (partially backfilled).*

Test pit TP-2 was installed approximately 39 feet north of the wooden fence to determine the northern extent of impacts identified in TP-1. Materials encountered in TP-2 were as follows:

- 0 – 0.16 feet: worn asphalt
- 0.16 – 0.5 feet: gravel sub-base
- 0.5 – 2 feet: coarse to fine sand and gravel fill
- 2 – 3 feet: coarse to fine sand, gravel, concrete debris, timbers, asphalt pieces
- 3 – 5 feet: silt, sand and gravel, wire, reinforced concrete, asphalt pavement pieces
- 5 – 5.5 feet: gray mottled clay with black organic material
- 5.5 - 6 feet: gray clay; dry;
- no odor.

Sample TP-2 was collected from the gray clay at the bottom of this test pit. Low levels of PAHs were identified in sample TP-2. Analytical results for this sample are included in Table 1, and discussed in Section 7.3.



*View looking into TP-2.*

Test pit TP-3 was installed between TP-1 and TP-2. Materials encountered in TP-3 were as follows:

- 0 – 0.16 feet: worn asphalt
- 0.16 – 0.5 feet: gravel sub-base



- 0.5 – 2 feet: coarse to fine sand and gravel fill
- 2 – 5 feet:  coarse to fine sand, gravel, concrete debris, timbers, asphalt pavement pieces
- 5 – 5.5 feet:  organic material
- 6 – 6.5 feet:  gray clay; dry
-  no odor

Sample TP-3 was collected from the gray clay at the bottom of this test pit.  Low levels of PAHs were identified in sample TP-3.  Analytical results for this sample are included in Table 1, and discussed in Section 7.3.



*View looking into TP-3.*

Test Pit TP-4 was installed approximately 15 feet east of TP-1.  Materials encountered in TP-4 were as follows**:**

- 0 – 0.16 feet: worn asphalt
- 0.16 – 0.5 feet: gravel sub-base
- 0.5 – 2 feet: coarse to fine brown sand and gravel fill
- 2 – 5.5 feet:  coarse to fine sand, gravel, concrete debris, timbers, stone, rebar, asphalt pavement pieces
- 6 – 6.5 feet:  gray and tan clay; dry
- no odor



Sample TP-4 was collected from the gray clay at the bottom of this test pit. Low levels of PAHs were identified in sample TP-4. Analytical results for this sample are included in Table 1, and discussed in Section 7.3.



*View looking into TP-4.*

Test Pit TP-5 was installed approximately 10 feet west of TP-1. Materials encountered in TP-5 were as follows**:**

- 0 – 0.16 feet: worn asphalt
- 0.16 – 0.5 feet: gravel sub-base
- 0.5 – 2 feet: coarse to fine brown sand and gravel fill
- 2 – 6 feet: coarse to fine sand, gravel, concrete debris, wood, tree stump, stone, brick; perched water entering excavation at about 4.5 feet
- 6 – 6.5 feet: gray and tan clay; dry; no odor

Sample TP-5 was collected from the gray clay at the bottom of this test pit. Low levels of PAHs were identified in sample TP-5. Analytical results for this sample are included in Table 1, and discussed in Section 7.3.



*View looking into TP-5.*

## 7.3    TEST PIT SAMPLING RESULTS

As described above, test pits were dug and sampled north of the excavation area to determine the areal extent of the elevated levels of PAHs identified in samples FL-10, SW-12, and SW-3R. Low levels of PAHs were identified in test pit samples TP-2 through TP-5. Compounds exceeding one or more criteria in these samples are summarized below.

| | TP-2 | TP-3 | TP-4 | TP-5 |
|---|---|---|---|---|
| Benzo(a)anthracene | 19 | 11 | BC | BC |
| Benzo(a)pyrene | 20 | 11 | ND | BC |
| Benzo(b)fluoranthene | 21 | 12 | ND | BC |
| Benzo(k)fluoranthene | 9.5 | 4.6 | ND | ND |
| Chrysene | 18 | 9.2 | ND | ND |
| Dibenz(a,h)anthracene | 2.8 | 1.5 | ND | ND |
| Indeno(1,2,3-cd)pyrene | 13 | 6.6 | ND | ND |

All concentrations in mg/kg
BC = below criteria
J = estimated concentration
ND = not detected

The test pits sampling results combined with post-excavation sampling results indicate that the area of elevation PAHs and diesel-like odors is limited to the area shown on Figure 5.

## 7.4    CURRENT SITE CONDITIONS

The area surrounding the Diesel Spill Area is currently used by several landscaping contractors, among others, for truck storage, and equipment storage and maintenance. Dark staining was observed on the warn asphalt surface in this area, and evidence of recent disposal of equipment maintenance fluids was noted (see photographs below).



*View looking west at contractor storage area north of wooden fence.*



*Trash containers surrounding by dark staining in contractor storage area north of wooden fence.*



*View looking into trash container in contractor storage area north of wooden fence.*

Four types of backfill material were provided to the principal property owner, Joe Rossi, for selection and approval. Mr. Rossi chose dense grade aggregate (DGA) from a virgin rock source. A clean fill certification for this material is provided in Appendix C. As indicated in the certification, the material is derived from virgin Gneiss mined at Pompton Lakes Quarry in Morris County, NJ.

Prior to backfilling, the floor of the excavation was covered with orange construction fencing to act as a demarcation layer between the backfill and underlying material. A total of 1,443.55 tons (57 truck loads) of DGA were delivered to the site and used to backfill the excavation. Copies of delivery tickets are provided in Appendix C. The backfill was compacted in lifts as it was placed using the weight of the excavator, and by pounding with the excavator bucket. The excavation was raised to 6-inches below grade with the DGA. The remainder of the excavation will be filled with 6-inches of top soil after further consultation with and approval by Mr. Rossi.

The drainage ditch was lined with a geotextile fabric laid over the orange demarcation layer. 25.33 tons of large stone ("Gabion"), similar in size to the stones which had originally lined the ditch, was placed on the geotextile fabric. Top soil will be placed on either side of the ditch to match the surrounding grade.



Over 1,500 tons of tar, soil and debris were removed from the Tar Area. No tar was visible in the walls of the excavation when the excavation was completed on October 24, 2011. Odors, staining and elevated PAH levels identified near the north-central part of the excavation and in a test pit (TP-1) north of the excavation area suggest a possible diesel fuel release in this area, not related to tar.

Post-excavation sampling results for other areas of the excavation indicate that the levels of PAHs remaining are consistent with levels identified in other parts of the Site and are consistent with historic fill found in New Jersey.

The results from post-excavation sampling in the drainage ditch show that levels of PAHs remaining in the ditch are low, and are likely attributable to stormwater runoff from surrounding paved surfaces.

Hudson Dispatch, compilers and editors, 1946 The Industrial Directory of New Jersey.  The Hudson Dispatch, Union City, NJ

Hudson Dispatch, compilers and editors, 1949 New Jersey Industrial Directory.  The Hudson Dispatch, Union City, NJ

URS Corporation, June 30, 2006, Remedial Action Workplan, 8 East Frederick Place, Cedar Knolls, NJ

URS Corporation, September 18, 2008, Remedial Investigation Report, The Flintkote Company/Rossi, 8 East Frederick Place, Hanover Township, NJ

URS Corporation, June 26, 2009, Supplemental Remedial Investigation Report, The Flintkote Company/Rossi, 8 East Frederick Place, Hanover Township, NJ

URS Corporation, February 8, 2011 Letter to Ellen Hutchinson, New Jersey Department of Environment Protection