# Table 1

# Table 1
## Tarry Area Remediation
### Post-Excavation and Test Pit Sampling Results

**Top section**

| Sample ID / Sample Depth (feet below original grade) / Lab Sample No. / Sampling Date / Dilution Factor / Units | NJ Residential Soil Cleanup Criteria | NJ Non-Residential Soil Cleanup Criteria | NJ Impact to Ground-water Soil Cleanup Criteria | NJ Residential Soil Remediation Standard | NJ Non-Residential Soil Remediation Standard | Impact to Ground-water Screening Level | FL-1_DL 3-3.5 (460-32382-1_DL) | Q | FL-1R 4-4.5 | Q | FL-2 3-3.5 | Q | FL-3 0.5-1 | Q | FL-4 5-5.5 | Q | FL-5 5-5.5 | Q | FL-6 5-5.5 | Q | FL-7 4-4.5 | Q | FL-8 4-4.5 | Q | FL-9 2-2.5 | Q | FL-10_DL 5-5.6 | Q | TP-2 5.5-6 | Q | TP-3 6-6.5 | Q | TP-4 6-6.5 | Q | TP-5 6-6.5 | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Units | mg/kg | mg/kg | mg/kg | mg/kg | mg/kg | mg/kg | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | |
| Dilution Factor | | | | | | | 10 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 2 | | 1 | | 2 | | 20 | | 5 | | 2 | | 1 | | 1 | |
| **SEMIVOLATILE COMPOUNDS (GC/MS)** | | | | | | | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q |
| Acenaphthene | 3400 | 10000 | 100 | 3400 | 37000 | 74 | 19 | D | 0.38 | U | 0.81 | | 0.39 | U | 0.5 | U | 0.76 | | 0.086 | J | 1.6 | | 2.1 | | 0.39 | U | 27 | D | 0.59 | J | 0.49 | J | 0.43 | U | 0.42 | U |
| Acenaphthylene | NS | NS | NS | NS | 300000 | NS | 3.9 | U | 0.38 | U | 0.39 | UJ | 0.39 | U | 0.5 | U | 0.6 | | 0.39 | U | 0.8 | | 0.78 | U | 0.39 | U | 8.2 | U | 2.3 | U | 0.96 | U | 0.43 | U | 0.42 | U |
| Anthracene | 10000 | 10000 | 100 | 17000 | 30000 | 1500 | 17 | D | 0.38 | U | 1.1 | | 0.39 | U | 0.5 | U | 0.6 | | 0.39 | U | 1.9 | | 1.5 | | 0.39 | U | 16 | D | 0.46 | J | 0.45 | J | 0.43 | U | 0.42 | U |
| Benzo(a)anthracene | 0.9 | 4 | 500 | 0.6 | 2 | 0.5 | 31 | D | 0.066 | J | 1.3 | | 0.25 | | 0.05 | UJ | 0.44 | | 0.76 | | 1.1 | | 4.5 | | 0.27 | | 74 | D | 19 | | 11 | | 0.019 | J | 0.031 | J |
| Benzo(a)pyrene | 0.66 | 0.66 | 100 | 0.2 | 0.2 | 0.2 | 23 | D | 0.038 | U | 0.88 | J | 0.17 | | 0.03 | J | 0.52 | | 0.67 | | 0.76 | | 4.3 | | 0.31 | | 55 | D | 20 | | 11 | | 0.043 | U | 0.042 | U |
| Benzo(b)fluoranthene | 0.9 | 4 | 50 | 0.6 | 2 | 2 | 26 | D | 0.08 | J | 1 | | 0.22 | | 0.047 | J | 0.74 | | 0.74 | | 0.86 | | 4.7 | | 0.35 | | 67 | D | 21 | | 12 | | 0.043 | U | 0.042 | U |
| Benzo(g,h,i)perylene | NS | NS | NS | 380000 | 30000 | NS | 7.1 | D | 0.38 | U | 0.46 | J | 0.11 | J | 0.5 | U | 0.41 | | 0.48 | | 0.63 | J | 2.8 | | 0.24 | | 39 | D | 11 | | 5.7 | | 0.043 | U | 0.042 | U |
| Benzo(k)fluoranthene | 0.9 | 4 | 500 | 6 | 23 | 16 | 13 | D | 0.038 | U | 0.41 | | 0.11 | | 0.05 | UJ | 0.25 | | 0.36 | | 0.33 | | 1.9 | | 0.15 | | 28 | D | 9.5 | | 4.6 | | 0.043 | U | 0.042 | U |
| Chrysene | 9 | 40 | 100 | 62 | 230 | 52 | 27 | D | 0.088 | J | 1.2 | | 0.23 | | 0.5 | UJ | 0.56 | J | 0.68 | | 0.94 | | 4.1 | | 0.3 | | 69 | D | 18 | | 9.2 | | 0.043 | U | 0.042 | U |
| Dibenz(a,h)anthracene | 0.66 | 0.66 | 100 | 0.2 | 0.2 | 0.5 | 2.4 | D | 0.038 | U | 0.15 | | 0.039 | U | 0.5 | UJ | 0.081 | J | 0.1 | | 0.14 | | 0.53 | J | 0.048 | | 9.7 | D | 2.8 | | 1.5 | | 0.043 | U | 0.042 | U |
| Fluoranthene | 2300 | 10000 | 100 | 2300 | 24000 | 840 | 60 | D | 0.12 | J | 2 | | 0.32 | | 0.5 | U | 0.78 | | 0.93 | | 3.9 | | 10 | | 0.4 | | 110 | D | 18 | | 11 | | 0.43 | U | 0.42 | U |
| Fluorene | 2300 | 10000 | 100 | 2300 | 24000 | 110 | 16 | D | 0.38 | U | 0.86 | | 0.39 | U | 0.5 | U | 0.18 | | 0.39 | U | 1.6 | | 1.5 | | 0.39 | U | 21 | D | 2.3 | U | 0.26 | J | 0.43 | U | 0.42 | U |
| Indeno(1,2,3-cd)pyrene | 0.9 | 4 | 500 | 0.6 | 2 | 5 | 8.7 | D | 0.038 | U | 0.57 | | 0.11 | | 0.029 | J | 0.41 | | 0.51 | | 0.6 | | 3.1 | | 0.24 | | 42 | D | 13 | | 6.6 | | 0.043 | U | 0.042 | U |
| Naphthalene | 230 | 4200 | 100 | 6 | 17 | 16 | 4.4 | D | 0.38 | U | 0.32 | | 0.39 | U | 0.5 | U | 0.34 | | 0.39 | U | 0.48 | | 0.3 | | 0.39 | U | 8.2 | U | 2.3 | U | 0.96 | U | 0.43 | U | 0.42 | U |
| Phenanthrene | NS | NS | NS | NS | 300000 | NS | 64 | D | 0.16 | J | 3.6 | | 0.11 | J | 0.5 | U | 0.45 | J | 0.071 | J | 7.5 | | 5.7 | | 0.21 | J | 38 | D | 1.1 | J | 0.91 | J | 0.43 | U | 0.42 | U |
| Pyrene | 1700 | 10000 | 100 | 1700 | 18000 | 550 | 48 | D | 0.19 | J | 2.9 | | 0.54 | | 0.5 | U | 0.89 | | 1.4 | | 3.2 | | 9.5 | | 0.46 | | 150 | D | 35 | | 20 | | 0.09 | J | 0.156 | |
| Total Confident Conc. | | | | | | | 366.6 | | 0.704 | | 17.56 | | 2.17 | | 0.106 | | 6.811 | | 6.787 | | 25.06 | | 56.53 | | 2.978 | | 745.7 | | 169.45 | | 94.71 | | 0.019 | | 0.156 | |

**Bottom section**

| Sample ID / Sample Depth (feet below original grade) / Lab Sample No. / Sampling Date / Dilution Factor / Units | NJ Residential Soil Cleanup Criteria | NJ Non-Residential Soil Cleanup Criteria | NJ Impact to Ground-water Soil Cleanup Criteria | NJ Residential Soil Remediation Standard | NJ Non-Residential Soil Remediation Standard | Impact to Ground-water Screening Level | SW-1 2.5-3 | Q | SW-2 4.5-5 | Q | SW-3_DL 5-5.5 | Q | SW-3R_DL 5-5.5 | Q | SW-4_DL 5-5.5 | Q | SW-4R 6-6.5 | Q | SW-5 6.5-7 | Q | SW-6 2.5-3 | Q | SW-7 2.5-3 | Q | SW-8 2-2.5 | Q | SW-9 1.5-2 | Q | DUP-1 1-1.5 | Q | SW-10 1-1.5 | Q | SW-11 1-1.5 | Q | SW-12_DL 4-4.5 | Q | SW-13 4.5-5 | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Units | mg/kg | mg/kg | mg/kg | mg/kg | mg/kg | mg/kg | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | | mg/kg | |
| Dilution Factor | | | | | | | 1 | | 2 | | 10 | | 50 | | 20 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 25 | | 1 | |
| **SEMIVOLATILE COMPOUNDS (GC/MS)** | | | | | | | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q | Result | Q |
| Acenaphthene | 3400 | 10000 | 100 | 3400 | 37000 | 74 | 0.24 | J | 1.4 | | 16 | J D | 14 | J D | 2.9 | J D | 0.43 | U | 0.21 | J | 0.38 | U | 0.16 | J | 0.23 | J | 0.39 | U | 0.4 | U | 0.17 | J | 0.066 | J | 82 | D | 0.44 | |
| Acenaphthylene | NS | NS | NS | NS | 300000 | NS | 0.4 | U | 0.13 | J | 0.7 | J D | 7.8 | UJD | 0.43 | U | 0.11 | J | 0.38 | U | 0.12 | J | 0.082 | J | 0.39 | U | 0.4 | U | 0.39 | U | 0.4 | U | 0.39 | U | 43 | D | 0.43 | U |
| Anthracene | 10000 | 10000 | 100 | 17000 | 30000 | 1500 | 0.12 | J | 2.7 | | 26 | D | 16 | J D | 4.4 | UJD | 0.43 | U | 0.24 | J | 0.38 | U | 0.24 | J | 0.68 | | 0.39 | U | 0.4 | U | 0.77 | | 0.43 | U | 37 | D | 0.41 | J |
| Benzo(a)anthracene | 0.9 | 4 | 500 | 0.6 | 2 | 0.5 | 0.75 | | 6.3 | | 59 | D | 230 | D | 57 | D | 0.16 | | 1.2 | | 0.045 | | 4.3 | | 2.6 | | 0.039 | U | 0.04 | U | 1.7 | | 0.6 | | 110 | D | 2.1 | |
| Benzo(a)pyrene | 0.66 | 0.66 | 100 | 0.2 | 0.2 | 0.2 | 0.47 | | 4.4 | | 45 | D | 200 | D | 48 | D | 0.16 | | 1.5 | | 0.041 | | 4.3 | | 3.3 | | 0.039 | U | 0.04 | U | 1.4 | | 0.59 | | 82 | D | 2 | |
| Benzo(b)fluoranthene | 0.9 | 4 | 50 | 0.6 | 2 | 2 | 0.58 | | 5.2 | | 56 | D | 210 | D | 57 | D | 0.18 | | 1.6 | | 0.054 | | 4.8 | | 3.4 | | 0.039 | U | 0.04 | U | 1.7 | | 0.69 | | 83 | D | 2.3 | |
| Benzo(g,h,i)perylene | NS | NS | NS | 380000 | 30000 | NS | 0.33 | | 1.5 | | 16 | D | 140 | D | 21 | D | 0.13 | | 1 | | 0.38 | U | 1.7 | | 1.5 | | 0.039 | U | 0.04 | U | 0.69 | | 0.24 | | 50 | D | 1.3 | |
| Benzo(k)fluoranthene | 0.9 | 4 | 500 | 6 | 23 | 16 | 0.3 | | 2.3 | | 23 | D | 110 | D | 23 | D | 0.088 | | 0.68 | | 0.038 | U | 1.7 | | 1.5 | | 0.039 | U | 0.04 | U | 0.66 | | 0.24 | | 50 | D | 1.3 | |
| Chrysene | 9 | 40 | 100 | 62 | 230 | 52 | 0.72 | | 5.4 | | 49 | D | 220 | D | 49 | D | 0.18 | | 1.3 | | 0.041 | | 4.1 | | 2.7 | | 0.039 | U | 0.04 | U | 1.5 | | 0.53 | | 100 | D | 2.2 | |
| Dibenz(a,h)anthracene | 0.66 | 0.66 | 100 | 0.2 | 0.2 | 0.5 | 0.084 | | 0.44 | | 5.5 | D | 32 | D | 4.8 | D | 0.043 | U | 0.29 | | 0.038 | U | 0.62 | | 0.56 | | 0.039 | U | 0.04 | U | 0.15 | | 0.093 | | 6.1 | D | 0.31 | |
| Fluoranthene | 2300 | 10000 | 100 | 2300 | 24000 | 840 | 1.1 | | 9.3 | | 87 | D | 310 | D | 68 | D | 0.23 | | 2.2 | | 0.075 | | 5.7 | | 4.5 | | 0.39 | U | 0.4 | U | 3.1 | | 1 | | 210 | D | 2.4 | |
| Fluorene | 2300 | 10000 | 100 | 2300 | 24000 | 110 | 0.21 | J | 1.7 | | 18 | D | 11 | J D | 2.3 | U D | 0.43 | U | 0.19 | J | 0.38 | U | 0.16 | J | 0.22 | | 0.4 | U | 0.4 | U | 0.13 | J | 0.43 | U | 54 | D | 0.41 | J |
| Indeno(1,2,3-cd)pyrene | 0.9 | 4 | 500 | 0.6 | 2 | 5 | 0.31 | | 1.9 | | 20 | D | 140 | D | 25 | D | 0.1 | | 1.5 | | 0.031 | J | 3.4 | | 2.8 | | 0.039 | U | 0.04 | U | 0.89 | | 0.52 | | 58 | D | 0.88 | J |
| Naphthalene | 230 | 4200 | 100 | 6 | 17 | 16 | 0.4 | U | 0.77 | U | 2.2 | J D | 26 | U | 7.8 | U | 0.43 | U | 0.38 | U | 0.41 | U | 0.41 | U | 0.21 | J | 0.39 | U | 0.4 | U | 0.4 | U | 0.4 | U | 12 | U | 0.088 | J |
| Phenanthrene | NS | NS | NS | NS | 300000 | NS | 0.47 | J | 9.3 | | 8 | E D J | 25 | D | 6.3 | D | 0.086 | J | 0.89 | | 0.38 | U | 1.2 | | 1.1 | | 0.39 | U | 0.4 | U | 0.4 | U | 0.4 | U | 110 | D | 1.6 | |
| Pyrene | 1700 | 10000 | 100 | 1700 | 18000 | 550 | 1.9 | | 9.7 | | 77 | D | 400 | D | 81 | D | 0.19 | | 1.9 | | 0.38 | U | 6.3 | | 3.8 | | 0.39 | U | 0.4 | U | 2.8 | | 0.93 | | 290 | D | 1.6 | |
| Total Confident Conc. | | | | | | | 7.284 | | 60.87 | | 589.4 | | 2058 | | 450.2 | | 1.667 | | 15.11 | | 0.267 | | 39.49 | | 30.872 | | 0 | | 0 | | 17.96 | | 5.889 | | 1340.1 | | 22.058 | |

D: Diluted
E: Result exceeded calibration range.
J: Result is less than the RL but greater than or equal to the MDL and the concentration is an approximate value.
NS: No standard or criteria.
U: Indicates the analyte was analyzed for but not detected.
Bold/italic font indicates exceedance of one or more criterion, standard, or screening level.
EXCAVATED

**Figure 2**



Site Location Map
8 East Frederick Place
Cedar Knolls, New Jersey

Project Number: 19683858

Map Source:
USGS Topographic Quadrangle -
Morristown, NJ  Revised 1981

Wayne, New Jersey

Figure 2

0   1,500   3,000   4,500 Feet

I:\Projects\4E02140\ROSSI\2008 RI Report\Topo

**Figure 3**



SITE LAYOUT
8 EAST FREDERICK PLACE
CEDAR KNOLLS, NEW JERSEY

**URS**

WAYNE, NEW JERSEY

| DR. BY | LH | SCALE | AS SHOWN | DWG.NO. 83858002-F3 | PROJ. NO. 19683858 |
|--------|-----|-------|----------|---------------------|---------------------|
| CK'D. BY | MC | | DATE | MAY 21, 2009 | FIG. NO. | 3 |

LEGEND

MW-1 ⊕ MONITORING WELL

SCALE (FEET)
0    50    100         200

K:\Cadd\Flintkote\19688858\CEDAR KNOLLS\NEW FIG MAY2009\83858002-F3.dwg  11/18/2011 2:40:06 PM

# Figure 4



K:\Cadd\Flinkote\19683858(CEDAR KNOLLS)\83858009-F4.dwg, 11/18/2011 2:41:48 PM

8 EAST FREDERICK PLACE
BUILDING

PARKING LOT

DIESEL SPILL AREA

SW-1
4 ft
FL-1
FL-1R
SW-2
SW-11
FL-3
3 ft
FL-2
5 ft
SW-13
TP-5
FL-10
5.5 ft
SW-12
TP-1   TP-3   TP-2
SW-3   SW-3R
SW-10
FL-4
TP-4
FL-6
6-7ft
SW-4R
FL-5
SW-4
SW-9
FL-7
4 ft
FL-8
SW-5
SW-7
3 ft
SW-6
FL-9
2 ft
SW-8

1 ft
0.5 ft
1 ft
1.5 ft
0.5 ft
1.5 ft

FRONT LAWN
4 EAST FREDERICK PLACE

CURB

APPROXIMATE PROPERTY BOUNDARY

TO RIVER

LEGEND:

SW-1    SIDEWALL SAMPLE LOCATION
FL-1    FLOOR SAMPLE LOCATION
TP-1    TEST PIT LOCATION
        EXCAVATION LIMITS

0    15    30    60
SCALE (FEET)

EXCAVATION AND SAMPLING LOCATION MAP
8 EAST FREDERICK PLACE
CEDAR KNOLLS, NEW JERSEY

URS
WAYNE, NEW JERSEY

| DR. BY | ET | SCALE | AS SHOWN | DWG. NO. 83858009.F4 | PROJ. NO. | 19683858 |
| CK'D. BY | MC | | DATE | NOVEMBER 4, 2011 | FIG. NO. | 4 |

# Figure 5



8 EAST FREDERICK PLACE BUILDING

| ID | FL-1_DL |
|---|---|
| Depth | 3-3.5 |
| BaA | 31 D |
| BaP | 23 D |
| BbF | 26 D |
| BkF | 13 D |
| Chrysene | 27 D |
| DahA | 2.4 D |
| Indeno | 8.7 D |

| ID | SW-1 |
|---|---|
| Depth | 2.5-3 |
| BaA | 0.75 |
| BaP | 0.47 |

| ID | SW-2 |
|---|---|
| Depth | 4.5-5 |
| BaA | 6.3 |
| BaP | 4.4 |
| BbF | 5.2 |
| BkF | 2.3 |
| DahA | 0.44 |
| Indeno | 1.9 |

| ID | SW-3_DL |
|---|---|
| Depth | 5-5.5 |
| BaA | 59 D |
| BaP | 45 D |
| BbF | 56 D |
| BkF | 23 D |
| Chrysene | 49 D |
| DahA | 5.5 D |
| Indeno | 20 D |

| ID | SW-13 |
|---|---|
| Depth | 4.5-5 |
| BaA | 2.1 |
| BaP | 2 |
| BbF | 2.3 |
| BkF | 1.3 |
| DahA | 0.31 |
| Indeno | 1.2 |

| ID | TP-5 |
|---|---|
| Depth | 6-6.5 |
| PAHs | BC |

| ID | TP-3 |
|---|---|
| Depth | 6-6.5 |
| BaA | 11 |
| BaP | 11 |
| BbF | 12 |
| BkF | 4.6 |
| Chrysene | 9.2 |
| DahA | 1.5 |
| Indeno | 6.6 |

| ID | FL-10_DL |
|---|---|
| Depth | 5.5-6 |
| BaA | 74 D |
| BaP | 55 D |
| BbF | 67 D |
| BkF | 28 D |
| Chrysene | 69 D |
| DahA | 9.7 D |
| Fluoranth | 110 D |
| Indeno | 42 D |
| Pyrene | 150 D |

| ID | SW-12_DL |
|---|---|
| Depth | 4-4.5 |
| Acenap | 82 D |
| BaA | 110 D |
| BaP | 82 D |
| BbF | 83 D |
| BkF | 110 D |
| Chrysene | 220 D |
| DahA | 32 D |
| Fluoranth | 310 D |
| Indeno | 140 D |
| Pyrene | 400 D |

| ID | SW-3R_DL |
|---|---|
| Depth | 6-6.5 |
| BaA | 230 D |
| BaP | 200 D |
| BbF | 210 D |
| BkF | 110 D |
| Chrysene | 220 D |
| DahA | 32 D |
| Fluoranth | 310 D |
| Indeno | 140 D |
| Pyrene | 400 D |

| ID | TP-2 |
|---|---|
| Depth | 5.5-6 |
| BaA | 19 |
| BaP | 20 |
| BbF | 21 |
| BkF | 9.5 |
| Chrysene | 18 |
| DahA | 2.8 |
| Indeno | 13 |

| ID | FL-1R |
|---|---|
| Depth | 4-4.5 |
| PAHs | BC |

| ID | SW-11 |
|---|---|
| Depth | 0.5-1 |
| BaA | 0.6 |
| BaP | 0.59 |
| BbF | 0.69 |

| ID | FL-2 |
|---|---|
| Depth | 3-3.5 |
| BaA | 1.3 J |
| BaP | 0.88 J |
| BbF | 1 J |

| ID | FL-3 |
|---|---|
| Depth | 0.5-1 |
| PAHs | BC |

PARKING LOT

DIESEL SPILL AREA

| ID | SW-10 |
|---|---|
| Depth | 1-1.5 |
| BaA | 1.7 |
| BaP | 1.4 |
| BbF | 1.7 |
| Indeno | 0.89 |

| ID | FL-4 |
|---|---|
| Depth | 5-5.5 |
| PAHs | BC |

| ID | TP-4 |
|---|---|
| Depth | 6-6.5 |
| PAHs | BC |

| ID | SW-4R |
|---|---|
| Depth | 6.5-7 |
| PAHS | BC |

| ID | SW-9 | DUP-1 |
|---|---|---|
| Depth | 1-1.5 | 1-1.5 |
| PAHs | ND | ND |

| ID | FL-5 |
|---|---|
| Depth | 5-5.5 |
| BaP | 0.52 |
| BbF | 0.74 |

| ID | FL-6 |
|---|---|
| Depth | 5-5.5 |
| BaA | 0.76 |
| BaP | 0.67 |
| BbF | 0.74 |

| ID | FL-7 |
|---|---|
| Depth | 4-4.5 |
| BaA | 1.1 |
| BaP | 0.76 |
| BbF | 0.86 |

| ID | SW-7 |
|---|---|
| Depth | 2-2.5 |
| BaA | 4.3 |
| BaP | 4.3 |
| BbF | 4.8 |
| BkF | 1.7 |
| DahA | 0.62 |
| Indeno | 3.4 |

| ID | FL-8 |
|---|---|
| Depth | 4-4.5 |
| BaA | 4.5 |
| BaP | 4.3 |
| BbF | 4.7 |
| BkF | 1.9 |
| DahA | 0.53 |
| Indeno | 3.1 |

| ID | FL-9 |
|---|---|
| Depth | 2-2.5 |
| BaP | 0.31 |

TO RIVER

| ID | SW-8 |
|---|---|
| Depth | 1.5-2 |
| BaA | 2.6 |
| BaP | 3.3 |
| BbF | 3.4 |
| BkF | 1.5 |
| DahA | 0.56 |
| Indeno | 2.8 |

| ID | SW-6 |
|---|---|
| Depth | 2.5-3 |
| PAHs | BC |

| ID | SW-4_DL |
|---|---|
| Depth | 4.5-5 |
| BaA | 57 D |
| BaP | 48 D |
| BbF | 57 D |
| BkF | 23 D |
| Chrysene | 49 D |
| DahA | 4.8 D |
| Indeno | 25 D |

| ID | SW-5 |
|---|---|
| Depth | 2.5-3 |
| BaA | 1.2 |
| BaP | 1.5 |
| BbF | 1.6 |
| DahA | 0.29 |
| Indeno | 1.5 |

| | NJ Residential Soil Cleanup Criteria | NJ Non-Residential Soil Cleanup Criteria | NJ Impact to Ground-water Soil Cleanup Criteria | NJ Residential Soil Remediation Standard | NJ Non-Residential Soil Remediation Standard | Impact to Ground-water Screening Level |
|---|---|---|---|---|---|---|
| Acenaphthene (Acenap) | 3400 | 10000 | 100 | 3400 | 37000 | 74 |
| Benzo(a)anthracene (BaA) | 0.9 | 4 | 500 | 0.6 | 2 | 0.5 |
| Benzo(a)pyrene (BaP) | 0.66 | 0.66 | 100 | 0.2 | 0.2 | 0.2 |
| Benzo(b)fluoranthene (BbF) | 0.9 | 4 | 50 | 0.6 | 2 | 2 |
| Benzo(k)fluoranthene (BkF) | 0.9 | 4 | 500 | 6 | 23 | 16 |
| Chrysene | 9 | 40 | 500 | 62 | 230 | 52 |
| Dibenz(a,h)anthracene (DahA) | 0.66 | 0.66 | 100 | 0.2 | 0.2 | 0.5 |
| Fluoranthene (Fluranth) | 2300 | 10000 | 100 | 2300 | 24000 | 840 |
| Fluorene | 2300 | 10000 | 100 | 2300 | 24000 | 110 |
| Indeno(1,2,3-cd)pyrene (Indeno) | 0.9 | 4 | 500 | 0.6 | 2 | 5 |
| Pyrene | 1700 | 10000 | 100 | 1700 | 18000 | 550 |

All units milligrams per kilogram (mg/kg).
BC: Below Criteria
D: Diluted
J: Result is less than the RL but greater than or equal to the MDL and the concentration is an approximate value.
ND: Not Detected
EXCAVATED

## LEGEND:

✦ SW-1    SIDEWALK SAMPLE LOCATION

✦ FL-1    FLOOR SAMPLE LOCATION

TP-1    TEST PIT LOCATION

   EXCAVATION LIMITS

0  15  30  60

SCALE (FEET)

## POST EXCAVATION AND TEST PIT SAMPLING RESULTS
## 8 EAST FREDERICK PLACE
## CEDAR KNOLLS, NEW JERSEY

**URS**
WAYNE, NEW JERSEY

| DR. BY | ET | SCALE | AS SHOWN | DWG. NO. | 6395001U/5 | PROJ. NO. | 19683696 |
|---|---|---|---|---|---|---|---|
| CK'D. BY | MC | | | DATE | NOVEMBER 4, 2011 | FIG. NO. | 5 |