# Appendix A



SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

jcahan@sidley.com
(312) 853 7750

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON
LOS ANGELES

NEW YORK
PALO ALTO
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

FOUNDED 1866

July 15, 2011

**Email/Federal Express**

Richard F. Engel
Hughes Justice Complex
25 W. Market St.
Trenton, NJ 08625-0093
United States of America

**Re: 8 East Frederick Place, Cedar Knolls, New Jersey Property**

Dear Richard:

In an effort to resolve the impasse regarding the 8 East Frederick Place, Cedar Knolls New Jersey, Property (the "Rossi Property"), The Flintkote Company ("Flintkote") is proceeding with a proactive and voluntary remediation of the area commonly referred to by the parties as the Tarry Asphalt Area, as delineated in and consistent with the scope of work attached hereto as Exhibit A (the "SOW"). Flintkote will be remediating this area by removing a defined volume of material from this area and from a section of the adjacent drainage ditch, as set forth in the SOW. At the recent July 6, 2011 status hearing before the Bankruptcy Court, counsel for Flintkote informed both the Bankruptcy Court and counsel for 8 East Frederick Place, LLC ("Rossi") of Flintkote's intent to remediate the Tarry Asphalt Area. We have also notified Rossi's counsel, through a separate letter, of our remediation activities.

Specifically, Flintkote intends to remediate the Tarry Asphalt Area by removing approximately 6,000 cubic yards of material at a depth of 2 to 5 feet, disposing of the removed material at an off-site location authorized to accept the material, replacing the excavated material with clean fill to the current grade, and applying grass seed to the surface. In addition, Flintkote intends to remove soil in a section of the drainage ditch adjacent to the Tarry Asphalt Area to a depth of 6 to 12 inches, properly disposing of the excavated material, replacing the excavated material with clean fill, and re-installing the original stones used to line the drainage ditch. Flintkote has applied for the appropriate local permit. Flintkote intends to commence this work at the Rossi Property on at or about August 1, 2011 (although some site preparation activities will be needed before August 1, 2011). As described in the SOW, Flintkote expects to complete the onsite remediation on or about August 12, 2011.



Richard F. Engel
July 15, 2011
Page 2

Flintkote acknowledges that it is proceeding "at risk" by undertaking this voluntary remediation outside of the Memorandum of Agreement and without the prior review or approval of the New Jersey Department of Environmental Protection ("NJDEP"). Nevertheless, Flintkote has not changed its position that it has no legal liability or obligation to perform this remediation or that it is not responsible for any of the environmental conditions present at the Rossi Property. We hope, however, that by taking this proactive and voluntary action, we can move the parties closer to resolving the various disagreements regarding the Rossi Property we all have been struggling with for several years.

Consistent with Flintkote's prior practice, Marion Craig of URS, Flintkote's environmental consultant, will be in touch with Ellen Hutchinson to provide additional details regarding our efforts. Also, if you should have any questions, please feel free to call me.

On behalf of Flintkote, I would like to thank you and the NJDEP for all of the efforts and time you have devoted to the Rossi Property and for your continued efforts in this matter.

Sincerely,

James N. Cahan

Cc: Ellen Hutchinson
Jeffrey Pollock

w/enclosure

*For Settlement Purposes Only*
*FRE 408*

# EXHIBIT A
# SCOPE OF WORK
Tar Area
8 East Frederick Place
Cedar Knolls, New Jersey

This scope of work addresses the remediation of the Area of Concern known as the Tar Area at the 8 East Frederick Place site. The scope of work consists of the following activities:

Task 1 – Mobilization
Task 2 – Tar Area Excavation and Restoration
Task 3 – Drainage Ditch Excavation and Restoration

**Task 1 – Mobilization**

URS will conduct the following activities for the Site prior to the fieldwork:

- Prepare a Health and Safety Plan, in accordance with OSHA requirements;
- Prepare a Soil Erosion and Sediment Control Plan and submit for approval by Morris County;
- Coordinate subcontractors; and
- Abandon monitoring well MW-4 which is located within the tar excavation area.

**Task 2 – Tar Area Excavation and Restoration**

Based on previous investigations, a maximum area of approximately 6,000 square feet will be excavated and all soil to depths ranging from 2 to 5 ft within this area will be removed (see Figure 1). The soil to be excavated will be sampled for disposal purposes, but is expected to be disposed of as non-hazardous material containing polyaromatic hydrocarbons (PAHs) and debris. Because the adjacent site – 4 East Frederick Place – has been remediated and a cap is in place, the excavation will not extend to the south beyond the adjoining 8 East Frederick Place property boundary. Following the completion of the excavation, post-excavation samples will be collected at the rate of one bottom/sidewall sample for every 30 linear feet of sidewall, and one floor sample for every 900 square feet of excavation area. The samples will be analyzed for PAHs. The area will be backfilled to original grade with certified clean fill and planted with grass seed.

The surface expression of tar in this area during the summer of 2010 occurred in the immediate vicinity of monitoring well MW-4. Any potential impacts to groundwater from the surficial or subsurface tar located in this area would be evident in MW-4. Sampling results for this well show no impacts to groundwater. Therefore, there is no technical basis for the replacement or re-sampling of MW-4 once the remediation is complete and the tar is removed.



**Task 3 – Drainage Ditch Excavation and Restoration**

Sections of the drainage ditch adjacent to the Tar Area have potentially been impacted by migration of contaminants from the Tar Area. Based on the ditch sampling conducted in October 2010, the impacted area is defined by the length of the ditch between sampling locations DD-1 and DD-3 (see Figure 1). Stones which line the drainage ditch in his area will be temporarily removed, and one foot of underlying soil will be excavated. The excavation may be reduced to 6-inches in depth in areas where mature trees may be compromised by deeper excavation. The excavated soil will be disposed of as non-hazardous material containing PAHs. The excavation will be backfilled with certified clean fill and the original stones will be replaced to line the ditch and prevent erosion. The combination of 6 to 12 inches of clean fill and stone cover will eliminate potential exposure to the zone of highest biological activity.

**Schedule**

This scope of work is expected to take 4 weeks to complete. Mobilization, including review and issuance of the Soil Erosion and Sediment Control Plan by Morris County, is expected to take 2 weeks. Excavation and restoration is expected to take 2 weeks.



