# Appendix B

# Disposal Log
## Waste Management | Grows Landfill

URS - Former Flintkote Site  
8 East Frederick Place  
Cedar Knolls, NJ

Project Total 1494.23

| Date | Load Tracking # | Manifest # | Est. Tons. | Actual Tons | Daily Total |
|---|---|---|---|---|---|
| 10/11/2011 | 1 | 412279 | 25 | 20.62 | |
| 10/11/2011 | 2 | 412280 | 25 | 21.07 | |
| 10/11/2011 | 3 | 412281 | 25 | 19.88 | |
| 10/11/2011 | 4 | 412282 | 25 | 18.08 | |
| 10/11/2011 | 5 | 412283 | 25 | 18.45 | |
| 10/11/2011 | 6 | 412284 | 25 | 17.37 | |
| 10/11/2011 | 7 | 412285 | 25 | 21.08 | |
| 10/11/2011 | 8 | 412286 | 25 | 22.07 | 316.42 |
| 10/11/2011 | 9 | 412287 | 25 | 20.76 | |
| 10/11/2011 | 10 | 412288 | 25 | 21.02 | |
| 10/11/2011 | 11 | 412289 | 25 | 22.34 | |
| 10/11/2011 | 12 | 412290 | 25 | 23.27 | |
| 10/11/2011 | 13 | 412291 | 25 | 20.5 | |
| 10/11/2011 | 14 | 412292 | 25 | 24.28 | |
| 10/11/2011 | 15 | 412293 | 25 | 25.63 | |

# Disposal Log
## Waste Management | Grows Landfill

URS - Former Flintkote Site  
8 East Frederick Place  
Cedar Knolls, NJ

Project Total: 1494.23

| Date | Load Tracking # | Manifest # | Est. Tons. | Actual Tons | Daily Total |
|---|---|---|---|---|---|
| 10/12/2011 | 16 | 412294 | 25 | 19.65 | |
| 10/12/2011 | 17 | 412295 | 25 | 22.77 | |
| 10/12/2011 | 18 | 412296 | 25 | 22.19 | |
| 10/12/2011 | 19 | 412297 | 25 | 21.17 | |
| 10/12/2011 | 20 | 412298 | 25 | 22.19 | |
| 10/12/2011 | 21 | 412299 | 25 | 19.25 | |
| 10/12/2011 | 22 | 412300 | 25 | 21.21 | |
| 10/12/2011 | 23 | 412301 | 25 | 21.95 | |
| 10/12/2011 | 24 | 412302 | 25 | 23.86 | |
| 10/12/2011 | 25 | 412303 | 25 | 22.77 | |
| 10/12/2011 | 26 | 412304 | 25 | 23.07 | 466.22 |
| 10/12/2011 | 27 | 412305 | 25 | 24.11 | |
| 10/12/2011 | 28 | 412306 | 25 | 22.63 | |
| 10/12/2011 | 29 | 412307 | 25 | 24.7 | |
| 10/12/2011 | 30 | 412308 | 25 | 19.58 | |
| 10/12/2011 | 31 | 412309 | 25 | 20.04 | |
| 10/12/2011 | 32 | 412310 | 25 | 21.49 | |
| 10/12/2011 | 33 | 412311 | 25 | 23.67 | |
| 10/12/2011 | 34 | 412312 | 25 | 21.41 | |
| 10/12/2011 | 35 | 412313 | 25 | 24.86 | |
| 10/12/2011 | 36 | 412314 | 25 | 23.65 | |

# Disposal Log
## Waste Management | Grows Landfill

URS - Former Flintkote Site  
8 East Frederick Place  
Cedar Knolls, NJ

Project Total  1494.23

| Date | Load Tracking # | Manifest # | Est. Tons. | Actual Tons | Daily Total |
|---|---|---|---|---|---|
| 10/13/2011 | 37 | 412315 | 25 | 21.55 | |
| 10/13/2011 | 38 | 412316 | 25 | 21.67 | |
| 10/13/2011 | 39 | 412317 | 25 | 20.65 | |
| 10/13/2011 | 40 | 412318 | 25 | 18.75 | |
| 10/13/2011 | 41 | 412319 | 25 | 21.1 | |
| 10/13/2011 | 42 | 412320 | 25 | 18.94 | 258.18 |
| 10/13/2011 | 43 | 412321 | 25 | 21.92 | |
| 10/13/2011 | 44 | 412322 | 25 | 20.02 | |
| 10/13/2011 | 45 | 412323 | 25 | 24.57 | |
| 10/13/2011 | 46 | 412324 | 25 | 22.57 | |
| 10/13/2011 | 47 | 412325 | 25 | 22.8 | |
| 10/13/2011 | 48 | 412326 | 25 | 23.64 | |

# Disposal Log
## Waste Management | Grows Landfill

URS - Former Flintkote Site  
8 East Frederick Place  
Cedar Knolls, NJ

Project Total  1494.23

| Date | Load Tracking # | Manifest # | Est. Tons. | Actual Tons | Daily Total |
|---|---|---|---|---|---|
| 10/14/2011 | 49 | 412327 | 25 | 28.89 | |
| 10/14/2011 | 50 | 412328 | 25 | 23.33 | 103.55 |
| 10/14/2011 | 51 | 412329 | 25 | 26.67 | |
| 10/14/2011 | 52 | 412330 | 25 | 24.66 | |

# Disposal Log
## Waste Management | Grows Landfill

URS - Former Flintkote Site  
8 East Frederick Place  
Cedar Knolls, NJ

Project Total  1494.23

| Date | Load Tracking # | Manifest # | Est. Tons. | Actual Tons | Daily Total |
|---|---|---|---|---|---|
| 10/17/2011 | 53 | 412331 | 25 | 24.65 | |
| 10/17/2011 | 54 | 412332 | 25 | 25.39 | |
| 10/17/2011 | 55 | 412333 | 25 | 18.37 | |
| 10/17/2011 | 56 | 412334 | 25 | 24.52 | 163.2 |
| 10/17/2011 | 57 | 412335 | 25 | 23.55 | |
| 10/17/2011 | 58 | 412336 | 25 | 21.81 | |
| 10/17/2011 | 59 | 412337 | 25 | 24.91 | |

# Disposal Log
## Waste Management | Grows Landfill

URS - Former Flintkote Site  
8 East Frederick Place  
Cedar Knolls, NJ

Project Total: 1494.23

| Date | Load Tracking # | Manifest # | Est. Tons. | Actual Tons | Daily Total |
|---|---|---|---|---|---|
| 10/18/2011 | 60 | 412338 | 25 | 22.53 | 22.53 |

# Disposal Log
## Waste Management | Grows Landfill

URS - Former Flintkote Site  
8 East Frederick Place  
Cedar Knolls, NJ

Project Total 1494.23

| Date | Load Tracking # | Manifest # | Est. Tons. | Actual Tons | Daily Total |
|---|---|---|---|---|---|
| 10/19/2011 | 61 | 412339 | 25 | 21.44 | 44.64 |
| 10/19/2011 | 62 | 412340 | 25 | 23.2 | |