# Disposal Log
## Waste Management | Grows Landfill

URS - Former Flintkote Site  
8 East Frederick Place  
Cedar Knolls, NJ

Project Total: 1494.23

| Date | Load Tracking # | Manifest # | Est. Tons. | Actual Tons | Daily Total |
|---|---|---|---|---|---|
| 10/20/2011 | 63 | 412341 | 25 | 23.09 | |
| 10/20/2011 | 64 | 412342 | 25 | 23.24 | 97.44 |
| 10/20/2011 | 65 | 412343 | 25 | 24.49 | |
| 10/20/2011 | 66 | 412344 | 25 | 26.62 | |

# Disposal Log
## Waste Management | Grows Landfill

URS - Former Flintkote Site  
8 East Frederick Place  
Cedar Knolls, NJ

Project Total  1494.23

| Date | Load Tracking # | Manifest # | Est. Tons. | Actual Tons | Daily Total |
|---|---|---|---|---|---|
| 10/24/2011 | 67 | 412345 | 25 | 22.05 | 22.05 |



412339

TULLYTOWN LANDFILL
GREEN, 1000 New Ford Mill Road
Morrisville, PA, 19067   Ph:

Original
Ticket# 1217058

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast Carrier: Horwith
14 Brick Kiln Ct
Northampton, PA, 18067

| | | |
|---|---|---|
| Tkt Date 10/19/2011 | Vehicle# 20 | Volume |
| Pay Type Credit Account   Chk# | Trailer# | |
| Billing# 0004177 | License# | |
| Acc Tons 21.44 | Driver | |
| Man Tk# | Haul Tk# | |
| PO# | Dest  T2 | |

Generator 132-FLINTKOTECO The Flintkote Company  Profile# 476725PAE (Waste Oil Contaminated Was
 EPA ID   *                                          Waste #
Manifest  412339                                     Origin #/County NJ/NEW JERSEY (State o,NJ
Trailer#                                             Origin Name     NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | Gross | 69200 lb |
|---|---|---|---|---|---|
| In 10/19/2011 09:57 | TRKF LAB INBO | AS Lic # 72200 | | Tare | 26320 lb |
| Out 10/19/2011 10:19 | TRKF 2 OUTBOU | MG Lic 069464 | | Net | 42880 lb |
| | | | | Tons | 21.44 |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1 Special Misc-Tons- 100 | | 21.44 | Tons | | | | NJ |
| 2 FUEL-Fuel Surcharg 100 | | | % | | | | NJ |
| 3 EVF-L-Standard Env 100 | | 1 | Load | | | | NJ |

2876
Nemeth

Total Tax
Total Ticket

Weighmaster: _____   Driver: _____

403WM

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11412339   060 061

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company      Company Contact: Eric Bower
   Pick-up Address: 8 East Frederick Place     Cedar Knolls, NJ 07927
   (No.) (Street)                              (City)    (State)  (Zip)

   Telephone Number: 945-735-1600              SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: ____  Cubic Yards: ____  Other (Specify): ____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11     Signature: Mario Craig as agent for The Flintkote Company

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: Nesselli Jierwith
   ADDRESS: Nazareth, PA
   Pick-up Date: 10-19-11    Truck No. 20    Vehicle Lic. No. AF6212S

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Lee Hill
   Signature of authorized agent: _____

3. Disposer of Waste (must be filled-in by disposer)   CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>PADEP Permit # 101680<br>(215) 736-0195 | **Tullytown Resource Recovery Facility (T.R.R.F)**<br>200 Bordentown Rd.<br>Tullytown, PA 19007<br>PADEP Permit # 101494<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>PADEP Permit # 101100<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>PADEP Permit # 101649<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>Permit # 100933<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>Permit # 100265<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>Permit # 101427<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on 19 OCT. 11 (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____



**WASTE MANAGEMENT**

412340

GROWS NORTH  
1000 New Ford Mill Road  
Morrisville, PA, 19067   Ph:

Original  
Ticket# 606694

Customer: EnvWstMin476725PAE Environmental Wast  Carrier: NEMETH *  
14 Brick Kiln Ct  
Northampton, PA, 18067

| | | | |
|---|---|---|---|
| Tkt Date 10/19/2011 | | Vehicle# 20 | Volume |
| Pay Type Credit Account Chk# | | Trailer# | |
| Billing # 0004179 | | License# | |
| Acct Tons 23.20 | | Driver | |
| Man Tk# | | Haul Tk# | |
| PO | | Dest N2 | |

Generator 132-FLINTKOTECO The Flintkote Company  Profile 476725PAE (Waste Oil Contaminated Wa  
EPA ID *                                          Waste #  
Manifest 412340                                   Origin #/County NJ/NEW JERSEY (State ,NJ  
Trailer                                           Origin Name    NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | Gross | 73140 lb |
|---|---|---|---|---|---|
| In 10/19/2011 14:19 NORTH LAB INB AS LIC # 72200 | | | | Tare | 26740 lb |
| Out 10/19/2011 14:44 NORTH 4 OUTBO SK Lic 056734 | | | | Net | 46400 lb |
| | | | | Tons | 23.20 |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1 Special Misc-Tons- | 100 | 23.20 | Tons | | | | NJ |
| 2 FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3 EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

2876  
Nemeth

Total Tax  
Total Ticket  
-----------

Weighmaster: _____   Driver: _____

403WM

06a

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

Document Refer No. 11 412340

(800) 963-4776 – Technical Service Center

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower
   (Print or Type)                        (Print or Type)
   Pick-up Address: 8 East Frederick Place                Cedar Knolls, NJ 07927
   (No.)           (Street)                               (City)    (State)  (Zip)

   Telephone Number: 845-735-1800          SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____   Cubic Yards: _____   Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

Date: 10/12/11           Signature: Mario Craig as agent to
                                    The Flintkote Company
                                    (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: Nemeth _____

   ADDRESS: Nazareth PA

   Pick-up Date: 10·19·11    Truck No. 20    Vehicle Lic. No. AF·62128

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: LEE Hill

   Signature of authorized agent: _____

3. Disposer of Waste (must be filled-in by disposer)     CIRCLE ONE:

| (G.R.O.W.S. North Landfill) | Tullytown Resource Recovery Facility | Mountain View Reclamation Landfill | Phoenix Resources Landfill |
| 1000 New Ford Mill Rd. | (T.R.R.F) | 9446 Letzburg Rd. | 782 Antrim Road |
| Morrisville, PA 19067 | 200 Bordentown Rd. | Greencastle, PA 17225 | Wellsboro, PA 16901 |
| PADEP Permit # 101680 | Tullytown, PA 19007 | PADEP Permit # 101100 | PADEP Permit # 101649 |
| (215) 736-0195 | PADEP Permit # 101494 | (717) 597-5535 | (570) 353-2405 |
|  | (215) 736-0195 |  |  |
| Alliance Sanitary Landfill | Grand Central Sanitary Landfill | Pine Grove Landfill |  |
| 398 South Keyser Ave. | 910 W. Pennsylvania Ave. | 193 Schultz Rd. |  |
| Taylor, PA 18517 | Pen Argyl, PA 18072 | Pine Grove, PA 17963 |  |
| Permit # 100933 | Permit # 100265 | Permit # 101427 |  |
| (570) 562-1600 | (610) 863-2400 | (570) 345-2777 |  |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

_____10/19/11_____ (DISPOSAL DATE)

Waste Discrepancies: _____



**WASTE MANAGEMENT**

412341

TULLYTOWN LANDFILL
GREEN, 1000 New Ford Mill Road
Morrisville, PA, 19067  Ph:

Original
Ticket# 1217506

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast Carrier: NEMETH
14 Brick Kiln Ct
Northampton, PA, 18067

Tkt Date 10/20/2011           Vehicle# 288        Volume
Pay Type Credit Account  Chk#  Trailer#
Billing# 0004177             License#
Acc Tons 23.09               Driver
Man Tk#                      Haul Tk#
PO#                          Dest    T2

Generator 132-FLINTKOTECO The Flintkote Company Profile# 476725PAE (Waste Oil Contaminated Was
EPA ID    *                  Waste #
Manifest  412341             Origin #/County NJ/NEW JERSEY (State o,NJ
Trailer#                     Origin Name     NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | Gross | 70260 lb |
|---|---|---|---|---|---|
| In 10/20/2011 09:57 TRRF LAB INBO MA Lic. # 067342 | | | | Tare | 24080 lb |
| Out 10/20/2011 10:15 TRRF 3 OUTBOU AJ Lic 015313 | | | | Net | 46180 lb |
| | | | | Tons | 23.09 |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1 Special Misc-Tons-- 100 | | 23.09 | Tons | | | | NJ |
| 2 FUEL-Fuel Surcharg 100 | | | % | | | | NJ |
| 3 EVF-L-Standard Env 100 | | 1 | Load | | | | NJ |

2076
Nemeth

Total Tax
Total Ticket

Weighmaster: _____  Driver: _____

403WM