WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412341

065

# NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower
   (Print or Type)                        (Print or Type)
   Pick-up Address: 8 East Frederick Place    Cedar Knolls, NJ 07927
   (No.)    (Street)                   (City)    (State)    (Zip)

   Telephone Number: 846-736-1800    SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____    Cubic Yards: _____    Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11    Signature: Mario Crisa as agent for The Flintkote Company
   (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: Horwith/Nemeth
   ADDRESS: Nazareth PA
   Pick-up Date: 10/20/11    Truck No. 238    Vehicle Lic. No. AF45402

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: _____ (Driver)
   Signature of authorized agent: _____

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>PADEP Permit # 101680<br>(215) 736-0195 | **Tullytown Resource Recovery Facility (T.R.R.F)**<br>200 Bordentown Rd.<br>Tullyown, PA 19007<br>PADEP Permit # 101494<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>PADEP Permit # 101100<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>PADEP Permit # 101649<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>Permit # 100933<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>Permit # 100265<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>Permit # 101427<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

10/20/11    (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: Admit



**412342**

TULLYTOWN LANDFILL
GREEN, 1000 New Ford Mill Road
Morrisville, PA, 19067           Ph:
THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Original
Ticket# 1217508

Customer: EnvWstMin476725PAE Environmental Wast  Carrier: NEMETH
14 Brick Kiln Ct
Northampton, PA, 18067

Tkt Date 10/20/2011                              Vehicle# 269           Volume
Pay Type Credit Account      Chk#                Trailer#
Billing# 0004177                                 License#
Acc Tons 46.33                                   Driver
Man Tk#                                          Haul Tk#
PO#                                              Dest    T2

Generator 132-FLINTKOTECO The Flintkote Company  Profile# 476725PAE (Waste Oil Contaminated Was
  EPA ID  *                                      Waste #
Manifest  412342                                 Origin #/County  NJ/NEW JERSEY (State o,NJ
Trailer#                                         Origin Name      NEW JERSEY

                                                 Operation Type-Inbound
Date/Time         Scale         Operator           Inbound    Gross     70200 lb
In  10/20/2011 10:00 TRRF LAB INBO MA Lic. # 067342            Tare     23720 lb
Out 10/20/2011 10:17 TRRF 1 OUTBOU LR Lic 065358               Net      46480 lb
                                                               Tons      23.24

Comments

Product            LD%    Qty    UOM    Rate    Tax    Amount    Origin
1   Special Misc-Tons- 100  23.24  Tons                           NJ
2   FUEL-Fuel Surcharg 100         %                              NJ
3   EVF-L-Standard Env 100     1   Load                           NJ

                                                     2876
                                                     Nemeth

                                              Total Tax
                                              Total Ticket
Weighmaster: _____    Driver: _____

403WM

064

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412342

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower
   (Print or Type)                          (Print or Type)
   Pick-up Address: 8 East Frederick Place               Cedar Knolls, NJ 07927
                    (No.)    (Street)                    (City)    (State)    (Zip)

   Telephone Number: 845-735-1800           SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____    Cubic Yards: _____    Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11    Signature: Mario Craig as agent for The Flintkote Company
                                (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: NEMETH
   ADDRESS: NAZARETH, PA
   Pick-up Date: 10/20/11    Truck No. 269    Vehicle Lic. No. AF78732

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: MIKE LEDUC
   Signature of authorized agent: Mike LeDuc

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>PADEP Permit # 101680<br>(215) 736-0195 | Tullytown Resource Recovery Facility<br>(T.R.R.F)<br>200 Bordentown Rd.<br>Tullytown, PA 19007<br>PADEP Permit # 101494<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>PADEP Permit # 101100<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>PADEP Permit # 101649<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>Permit # 100933<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>Permit # 100265<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>Permit # 101427<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on
__10/21/11__ (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

# WM WASTE MANAGEMENT

**412343**

GROWS NORTH
1000 New Ford Mill Road
Morrisville, PA, 19067      Ph:

Reprint
Ticket# 607216

Customer: EnvWstMin476725PAE Environmental Wast   Carrier: NEMETH *
14 Brick Kiln Ct                                           *
Northampton, PA, 18067

---

| | | |
|---|---|---|
| Tkt Date 10/20/2011 | Vehicle# 288 | Volume |
| Pay Type Credit Account Chk# | Trailer# | |
| Billing # 0004179 | License# | |
| Acct Tons 24.49 | Driver | |
| Man Tk# | Haul Tk# | |
| PO | Dest N2 | |

---

Generator 132-FLINTKOTECO The Flintkote Company   Profile 476725PAE (Waste Oil Contaminated Wa
EPA ID    *                                       Waste #
Manifest  412343                                  Origin #/County   NJ/NEW JERSEY (State ,NJ
Trailer                                           Origin Name       NEW JERSEY

---

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | Gross | 72980 lb* |
|---|---|---|---|---|---|
| In 10/20/2011 14:14 | NORTH LAB INB | AK LIC#73712 | | Tare | 24000 lb |
| Out 10/20/2011 14:45 | NORTH 4 OUTBO | AJ Lic 015313 | | Net | 48980 lb |
| | | * Manual Weight | | Tons | 24.49 |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1 Special Misc-Tons- | 100 | 24.49 | Tons | | | | NJ |
| 2 FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3 EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

2876
Nemeth.

Total Tax
Total Ticket

Weighmaster: _____   Driver: _____

403WM

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412343



72 980
#255
U65

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: __The Flintkote Company__  Company Contact: __Eric Bower__

   Pick-up Address: __8 East Frederick Place__  __Cedar Knolls, NJ 07927__
   (No.) (Street) (City) (State) (Zip)

   Telephone Number: __845-735-1600__   SIC No. _____

   Waste Stream Identification: __This manifest represents a non-hazardous waste as per EPA and PADEP regulations.__

   Tons: _____   Cubic Yards: _____   Other (Specify): _____

   Name of Waste __509 - Waste Oil Contaminated Waste__

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** __476725PAE__

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: __10/12/11__   Signature: __Mario Crisp, agent for The Flintkote Company__

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: __Horwith / Nemeth__

   ADDRESS: __Nazareth PA__

   Pick-up Date: __10/20/11__   Truck No. __288__   Vehicle Lic. No. __AF4540__

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: __Clint Wambold Dawson__

   Signature of authorized agent: __Clint W.__

3. Disposer of Waste (must be filled-in by disposer)   CIRCLE ONE:

| **G.R.O.W.S. North Landfill** (circled)<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>PADEP Permit # 101680<br>(215) 736-0195 | **Tullytown Resource Recovery Facility (T.R.R.F)**<br>200 Bordentown Rd.<br>Tullytown, PA 19007<br>PADEP Permit # 101494<br>(215) 736-0195 | **Mountain View Reclamation Landfill**<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>PADEP Permit # 101100<br>(717) 597-5535 | **Phoenix Resources Landfill**<br>782 Antrim Road<br>Wellsboro, PA 16901<br>PADEP Permit # 101649<br>(570) 353-2405 |
|---|---|---|---|
| **Alliance Sanitary Landfill**<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>Permit # 100933<br>(570) 562-1600 | **Grand Central Sanitary Landfill**<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>Permit # 100265<br>(610) 863-2400 | **Pine Grove Landfill**<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>Permit # 101427<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

__20 OCT 11__ (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

**WM WASTE MANAGEMENT**

412344

TULLYTOWN LANDFILL  
GREEN, 1000 New Ford Mill Road  
Morrisville, PA, 19067       Ph:  

Original  
Ticket# 1217680

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast  Carrier: NEMETH  
14 Brick Kiln Ct  
Northampton, PA, 18067

```
Tkt Date 10/20/2011                    Vehicle# 269           Volume
Pay Type Credit Account    Chk#        Trailer#
Billing# 0004177                       License#
Acc Tons 72.95                         Driver
Man Tk#                                Haul Tk#
PO#                                    Dest      T2
```

Generator 132-FLINTKOTECO The Flintkote Company  Profile# 476725PAE (Waste Oil Contaminated Was  
 EPA ID    *                                     Waste #  
Manifest  412344                                 Origin #/County NJ/NEW JERSEY (State o,NJ  
Trailer#                                         Origin Name     NEW JERSEY

```
                                       Operation Type-Inbound
Date/Time        Scale         Operator    Inbound    Gross     76820 lb*
In  10/20/2011 14:18 TRRF LAB INBO MA Lic. # 067342            Tare      23580 lb
Out 10/20/2011 14:37 TRRF 4 OUTBOU AJ Lic 015313               Net       53240 lb
                              * Manual Weight                  Tons        26.62
```

Comments License: AF78732, PA, Owner: Nemeth Enterprises, Address: 650 Kathleen Ave Nazareth

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons- | 100 | 26.62 | Tons | | | | NJ |
| 2  FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3  EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

2916  
Nemeth

Total Tax  
Total Ticket

Weighmaster: _____       Driver: _Mike L. Item_

403WM

WASTE MANAGEMENT EASTERN PA MARKET AREA    74820              Document Refer No. 11 412344    066
444 Oxford Valley Road
Langhorne, PA 19047                        209

(800) 963-4776 – Technical Service Center

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: __The Flintkote Company__   Company Contact: __Eric Bower__
                     (Print or Type)                              (Print or Type)
   Pick-up Address __8 East Frederick Place__                __Cedar Knolls, NJ 07927__
                    (No.)      (Street)                      (City)      (State)  (Zip)

   Telephone Number: __845-735-1600__        SIC No. _____

   Waste Stream Identification: __This manifest represents a non-hazardous waste as per EPA and PADEP regulations.__

   Tons: _____   Cubic Yards: _____   Other (Specify): _____

   Name of Waste __500 - Waste Oil Contaminated Waste__

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11        Signature: _Maria Craig as agent for The Flintkote Company_
                                     (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: __NEMETH__
   ADDRESS: __NAZARETH PA.__
   Pick-up Date: __10/20/11__   Truck No. __269__   Vehicle Lic. No. __AF78732__

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: __MIKE LEDUC__
   Signature of authorized agent: __Mike LeDuc__

3. Disposer of Waste (must be filled-in by disposer)       CIRCLE ONE:

| G.R.O.W.S. North Landfill | Tullytown Resource Recovery Facility (T.R.R.F) | Mountain View Reclamation Landfill | Phoenix Resources Landfill |
|---|---|---|---|
| 1000 New Ford Mill Rd. Morrisville, PA 19067 PADEP Permit # 101680 (215) 736-0195 | 200 Bordentown Rd. Tullyown, PA 19007 PADEP Permit # 101494 (215) 736-0195 | 9446 Letzburg Rd. Greencastle, PA 17225 PADEP Permit # 101100 (717) 597-5535 | 782 Antrim Road Wellsboro, PA 16901 PADEP Permit # 101649 (570) 353-2405 |
| Alliance Sanitary Landfill 398 South Keyser Ave. Taylor, PA 18517 Permit # 100933 (570) 562-1600 | Grand Central Sanitary Landfill 910 W. Pennsylvania Ave. Pen Argyl, PA 18072 Permit # 100265 (610) 863-2400 | Pine Grove Landfill 193 Schultz Rd. Pine Grove, PA 17963 Permit # 101427 (570) 345-2777 | |

(Tullytown Resource Recovery Facility circled)

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on __20 OCT 11__ (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____