

**WASTE MANAGEMENT**

TULLYTOWN LANDFILL  
GREEN, 1000 New Ford Mill Road  
Morrisville, PA, 19067     Ph:  
THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Original  
Ticket# 1218624

Customer: EnvWstMin476725PAE Environmental Wast  
14 Brick Kiln Ct  
Northampton, PA, 18067

Carrier: EWMI Environmental Waste Minimization  
Environmental Waste Minimization Inc

Tkt Date 10/24/2011  
Pay Type Credit Account     Chk#  
Billing# 0004177  
Acc Tons 22.05  
Man Tk#  
PO#

Vehicle# 141  
Trailer#  
License#  
Driver  
Haul Tk#  
Dest     T2

Volume

Generator 132-FLINTKOTECO The Flintkote Company  
EPA ID     *  
Manifest   412345  
Trailer#

Profile# 476725PAE (Waste Oil Contaminated Was  
Waste #  
Origin #/County NJ/NEW JERSEY (State o,NJ  
Origin Name     NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | Gross | 69180 lb |
|---|---|---|---|---|---|
| In 10/24/2011 12:16 TRKF LAB INBO AS Lic # 72200 | | | | Tare | 25080 lb |
| Out 10/24/2011 12:48 TRKF 3 OUTBOU AJ Lic 015313 | | | | Net | 44100 lb |
| | | | | Tons | 22.05 |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons- 100 | | 22.05 | Tons | | | | NJ |
| 2  FUEL-Fuel Surcharg 100 | | | % | | | | NJ |
| 3  EVF-L-Standard Env 100 | | 1 | Load | | | | NJ |

Total Tax  
Total Ticket

Weighmaster: _____     Driver: _____

403WM

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412345

## NON-HAZARDOUS WASTE MANIFEST

067

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company   Company Contact: Eric Bower
   (Print or Type)                                          (Print or Type)
   Pick-up Address: 8 East Frederick Place                  Cedar Knolls, NJ 07927
                   (No.)    (Street)                        (City)    (State)  (Zip)

   Telephone Number: 845-735-1600            SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____  Cubic Yards: _____  Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11    Signature: Mario Craig as agent for The Flintkote Company
                              (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: ENVIRONMENTAL WASTE MINIMIZATION INC.
   ADDRESS: 14 BRICK KILN CT NORTHAMPTON, PA 18067
   Pick-up Date: 10/24/11   Truck No. T-141   Vehicle Lic. No. AF _____

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: R. SCOTT KING II
   Signature of authorized agent: R. Scott King II

3. Disposer of Waste (must be filled in by disposer)   CIRCLE ONE:

   | G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>PADEP Permit # 101680<br>(215) 736-0195 | Tullytown Resource Recovery Facility<br>(T.R.R.F)<br>200 Bordentown Rd.<br>Tullytown, PA 19007<br>PADEP Permit # 101494<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>PADEP Permit # 101100<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>PADEP Permit # 101649<br>(570) 353-2405 |
   |---|---|---|---|
   | Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>Permit # 100933<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>Permit # 100265<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>Permit # 101427<br>(570) 345-2777 | |

   Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on
   24 OCT. 11 (DISPOSAL DATE)

   Waste Discrepancies: _____

   Signature of authorized agent and title: _____



TULLYTOWN LANDFILL
GREEN, 1000 New Ford Mill Road
Morrisville, PA, 19067    Ph:

Original
Ticket# 1214176

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast  Carrier: NEMETH
14 Brick Kiln Ct
Northampton, PA, 18067

| | | |
|---|---|---|
| Tkt Date 10/11/2011 | Vehicle# 269 | Volume |
| Pay Type Credit Account    Chk# | Trailer# | |
| Billing# 0004177 | License# | |
| Acc Tons 266.51 | Driver | |
| Man Tk# | Haul Tk# | |
| PO# | Dest | |

Generator 132-FLINTKOTECO The Flintkote Company  Profile# 476725PAE (Waste Oil Contaminated Was
EPA ID    *                                       Waste #
Manifest   412290                                 Origin #/County NJ/NEW JERSEY (State o,NJ
Trailer#                                          Origin Name    NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | Gross | 71140 lb |
|---|---|---|---|---|---|
| In  10/11/2011 11:57 | TRRF LAB INBO | MA Lic. # 067342 | | Tare | 24600 lb* |
| Out 10/11/2011 17:05 | MANUAL WT | BS Lic 059717 | | Net | 46540 lb |
| | | * Manual Weight | | Tons | 23.27 |

Comments TRUCK BROKE DOWN. DUMPED LOAD/ manual tare est

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons- | 100 | 23.27 | Tons | | | | NJ |
| 2  FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3  EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax
Total Ticket

Weighmaster:                              Driver:

403WM

12

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412290

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company        Company Contact: Eric Bower
                  (Print or Type)                               (Print or Type)
   Pick-up Address: 8 East Frederick Place    Cedar Knolls, NJ 07927
                    (No.)   (Street)           (City)   (State)   (Zip)

   Telephone Number: 845-735-1600    SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____    Cubic Yards: _____    Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 478725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/11/11    Signature: Marion Craig as agent for The Flintkote Company
                                (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____
   COMPANY NAME: HORWITH / NEMETH
   ADDRESS: NAZARETH PA
   Pick-up Date: 10/11/11    Truck No. 269    Vehicle Lic. No. AF78732

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: MIKE LEDUC
   Signature of authorized agent: Mike LeDuc

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>**PADEP Permit # 101680**<br>(215) 736-0195 | **Tullytown Resource Recovery Facility<br>(T.R.R.F)**<br>200 Bordentown Rd.<br>Tullyown, PA 19007<br>**PADEP Permit # 101494**<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>**PADEP Permit # 101100**<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>**PADEP Permit # 101649**<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>**Permit # 100933**<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>**Permit # 100265**<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>**Permit # 101427**<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

10/11/11    (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (TO SCALE HOUSE)



```
                    TULLYTOWN LANDFILL                          Original
                    GREEN, 1000 New Ford Mill Road              Ticket# 1214174
                    Morrisville, PA, 19067          Ph:
                    THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!
```

12

Customer: EnvWstMin476725PAE Environmental Wast  Carrier: NEMETH
14 Brick Kiln Ct
Northampton, PA, 18067

Tkt Date 10/11/2011                      Vehicle# 288        Volume
Pay Type Credit Account     Chk#         Trailer#
Billing# 0004177                         License#
Acc Tons 201.72                          Driver
Plan Tk#                                 Haul Tk#
PO#                                      Dest

Generator 132-FLINTKOTECO The Flintkote Company  Profile# 476725PAE (Waste Oil Contaminated Was
  EPA ID    *                                     Waste #
Manifest    412289                                Origin #/County NJ/NEW JERSEY (State o, NJ
Trailer#                                          Origin Name    NEW JERSEY

                                                 Operation Type-Inbound
Date/Time            Scale      Operator         Inbound    Gross     69400 lb
In  10/11/2011 11:56 TRRF LAB INBO MA Lic. # 067342          Tare      24720 lb
Out 10/11/2011 12:49 TRRF 3 OUTBOU AJ Lic 015313             Net       44680 lb
                                                             Tons        22.34

Comments

Product              LD%   Qty      UOM     Rate    Tax    Amount    Origin

1   Special Misc-Tons- 100  22.34   Tons                              NJ
2   FUEL-Fuel Surcharg 100           %                                NJ
3   EVF-L-Standard Env 100       1   Load                             NJ


                                                 Total Tax
                                                 Total Ticket

Weighmaster:                           Driver:

403WM

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 **412289**

# NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: **The Flintkote Company**    Company Contact: **Eric Bower**
   (Print or Type)

   Pick-up Address: **8 East Frederick Place**    **Cedar Knolls, NJ 07927**
   (No.) (Street) (City) (State) (Zip)

   Telephone Number: **845-735-1600**    SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____ Cubic Yards: _____ Other (Specify): _____

   Name of Waste: **509 - Waste Oil Contaminated Waste**

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: **10/11/11**    Signature: *Marie Craig as agent for The Flintkote Company*
   (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: **Horwith / Nemeth**

   ADDRESS: **Nazareth PA**

   Pick-up Date: **10/11/11**    Truck No. **288**    Vehicle Lic. No. **AF 45400 PA**

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: **Clint Wampole (Driver)**

   Signature of authorized agent: _____

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>**PADEP Permit # 101680**<br>(215) 736-0195 | **Tullytown Resource Recovery Facility (T.R.R.F)**<br>200 Bordentown Rd.<br>Tullytown, PA 19007<br>**PADEP Permit # 101494**<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>**PADEP Permit # 101100**<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>**PADEP Permit # 101649**<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>**Permit # 100933**<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>**Permit # 100265**<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>**Permit # 101427**<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on **10/11/11** (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)



TULLYTOWN LANDFILL  
GREEN, 1000 New Ford Mill Road  
Morrisville, PA, 19067    Ph:  

Original  
Ticket# 1214160  

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast Carrier: Horwith  
14 Brick Kiln Ct  
Northampton, PA, 18067

| | | |
|---|---|---|
| Tkt Date 10/11/2011 | Vehicle# 519 | Volume |
| Pay Type Credit Account    Chk# | Trailer# | |
| Billing# 0004177 | License# | |
| Acc Tons 150.62 | Driver | |
| Man Tk# | Haul Tk# | |
| PO# | Dest | |

Generator 132-FLINTKOTECO The Flintkote Company  Profile# 476725PAE (Waste Oil Contaminated Was  
EPA ID  *                                         Waste #  
Manifest  412279                                   Origin #/County NJ/NEW JERSEY (State o, NJ  
Trailer#                                            Origin Name    NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | Gross | 70560 lb |
|---|---|---|---|---|---|
| In  10/11/2011 11:47 | TRRF LAB | INBO MA Lic. # 067342 | | Tare | 29320 lb |
| Out 10/11/2011 12:34 | TRRF 3 | OUTBOU AJ Lic 015313 | | Net | 41240 lb |
| | | | | Tons | 20.62 |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1 Special Misc-Tons- | 100 | 20.62 | Tons | | | | NJ |
| 2 FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3 EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax  
Total Ticket  

Weighmaster: _____    Driver: _____

403WM