# NON-HAZARDOUS WASTE MANIFEST

**WASTE MANAGEMENT EASTERN PA MARKET AREA**
444 Oxford Valley Road
Langhorne, PA 19047
(800) 963-4776 – Technical Service Center

Document Refer No. 11 412279

70,420

01

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company
   Company Contact: Eric Bower

   Pick-up Address: 8 East Frederick Place
   City/State/Zip: Cedar Knolls, NJ 07927

   Telephone Number: 845-735-1600
   SIC No.: _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: ___   Cubic Yards: ___   Other (Specify): ___

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/11/11
   Signature: Marion Craig — agt for The Flintkote Company

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. WH0604
   COMPANY NAME: Horwith Trucks, Inc
   ADDRESS: PO Bx7 Rt 329, Northampton
   Pick-up Date: 10/11/11   Truck No. 519   Vehicle Lic. No. H6D9136

   The above described waste was picked up and hauled by me to the disposal facility named below and was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Carl W Flores
   Signature of authorized agent: Carl W___

3. Disposer of Waste (must be filled-in by disposer)   CIRCLE ONE:

| G.R.O.W.S. North Landfill | Tullytown Resource Recovery Facility (T.R.R.F) | Mountain View Reclamation Landfill | Phoenix Resources Landfill |
|---|---|---|---|
| 1000 New Ford Mill Rd. | 200 Bordentown Rd. | 9446 Letzburg Rd. | 782 Antrim Road |
| Morrisville, PA 19067 | Tullyown, PA 19007 | Greencastle, PA 17225 | Wellsboro, PA 16901 |
| PADEP Permit # 101680 | PADEP Permit # 101494 | PADEP Permit # 101100 | PADEP Permit # 101649 |
| (215) 736-0195 | (215) 736-0195 | (717) 597-5535 | (570) 353-2405 |
| **Alliance Sanitary Landfill** | **Grand Central Sanitary Landfill** | **Pine Grove Landfill** | |
| 398 South Keyser Ave. | 910 W. Pennsylvania Ave. | 193 Schultz Rd. | |
| Taylor, PA 18517 | Pen Argyl, PA 18072 | Pine Grove, PA 17963 | |
| Permit # 100933 | Permit # 100265 | Permit # 101427 | |
| (570) 562-1600 | (610) 863-2400 | (570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on
_____ (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)



TULLYTOWN LANDFILL  
GREEN, 1000 New Ford Mill Road  
Morrisville, PA, 19067    Ph:  

Original  
Ticket# 1214157

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast Carrier: CANER  
14 Brick Kiln Ct  
Northampton, PA, 18067

Tkt Date 10/11/2011          Vehicle# 667         Volume  
Pay Type Credit Account  Chk#   Trailer#  
Billing# 0004177            License#  
Acc Tons 43.15              Driver  
Man Tk#                     Haul Tk#  
PO#                         Dest    T2

Generator 132-FLINTKOTECO The Flintkote Company Profile# 476725PAE (Waste Oil Contaminated Was  
EPA ID   *                              Waste #  
Manifest 412206                         Origin #/County NJ/NEW JERSEY (State o, NJ  
Trailer#                                Origin Name    NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | | |
|---|---|---|---|---|---|
| In 10/11/2011 11:44 | TRRF LAB INBO | MA Lic. # 067342 | Gross | 68260 | lb |
| Out 10/11/2011 12:11 | TRRF 2 OUTBOU | MG Lic 069464 | Tare | 24120 | lb |
| | | | Net | 44140 | lb |
| | | | Tons | 22.07 | |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1 Special Misc-Tons- 100 | | 22.07 | Tons | | | | NJ |
| 2 FUEL-Fuel Surcharg 100 | | | % | | | | NJ |
| 3 EVF-L-Standard Env 100 | | 1 | Load | | | | NJ |

Total Tax  
Total Ticket

Weighmaster:                    Driver: HK

403WM

68280

08

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

Document Refer No. 11 412286

(800) 963-4776 – Technical Service Center

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company        Company Contact: Eric Bower
                  (Print or Type)                                (Print or Type)
   Pick-up Address: 8 East Frederick Place                  Cedar Knolls, NJ 07927
                    (No.)        (Street)                   (City)      (State)  (Zip)

   Telephone Number: 845-735-1800                SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____   Cubic Yards: _____   Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/11/11        Signature: Mario Craig as agent for The Flintkote Company
                                    (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: CANER TRANSPORTATION LLC.

   ADDRESS: Moorestown NJ

   Pick-up Date: 10/11/11   Truck No. 667   Vehicle Lic. No. AM2065

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Hank ?

   Signature of authorized agent: Hee ?

3. Disposer of Waste (must be filled-in by disposer)     CIRCLE ONE:

| G.R.O.W.S. North Landfill | Tullytown Resource Recovery Facility (T.R.R.F) | Mountain View Reclamation Landfill | Phoenix Resources Landfill |
|---|---|---|---|
| 1000 New Ford Mill Rd. | 200 Bordentown Rd | 9446 Letzburg Rd. | 782 Antrim Road |
| Morrisville, PA 19067 | Tullyown, PA 19007 | Greencastle, PA 17225 | Wellsboro, PA 16901 |
| PADEP Permit # 101680 | PADEP Permit # 101494 | PADEP Permit # 101100 | PADEP Permit # 101649 |
| (215) 736-0195 | (215) 736-0195 | (717) 597-5535 | (570) 353-2405 |
| **Alliance Sanitary Landfill** | **Grand Central Sanitary Landfill** | **Pine Grove Landfill** | |
| 398 South Keyser Ave. | 910 W. Pennsylvania Ave. | 193 Schultz Rd. | |
| Taylor, PA 18517 | Pen Argyl, PA 18072 | Pine Grove, PA 17963 | |
| Permit # 100933 | Permit # 100265 | Permit # 101427 | |
| (570) 562-1600 | (610) 863-2400 | (570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

_____10/11/11_____ (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)


**WASTE MANAGEMENT**

```
                    TULLYTOWN  LANDFILL                        Original
                GREEN, 1000 New Ford Mill Road                 Ticket# 1214155
                   Morrisville, PA, 19067        Ph:
                THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!
Customer: EnvWstMin476725PAE Environmental Wast Carrier: CANER
14 Brick Kiln Ct
Northampton, PA, 18067
-----------------------------------------------------------------------------
Tkt Date 10/11/2011                      Vehicle# 395          Volume
Pay Type Credit Account      Chk#        Trailer#
Billing# 0004177                         License#
Acc Tons 21.08                           Driver
Man Tk#                                  Haul Tk#
PO#                                      Dest
-----------------------------------------------------------------------------
Generator 132-FLINTKOTECO The Flintkote Company Profile# 476725PAE (Waste Oil Contaminated Was
 EPA ID   *                              Waste #
Manifest  412285                         Origin #/County NJ/NEW JERSEY (State o,NJ
Trailer#                                 Origin Name      NEW JERSEY
-----------------------------------------------------------------------------
                                         Operation Type-Inbound
Date/Time         Scale       Operator       Inbound   Gross       66320 lb
In  10/11/2011 11:43 TRRF LAB INBO MA Lic. # 067342    Tare        24160 lb
Out 10/11/2011 12:03 TRRF 4 OUTBOU SK Lic 056734       Net         42160 lb
                                                       Tons         21.08
-----------------------------------------------------------------------------
Comments

Product              LD%    Qty     UOM    Rate    Tax    Amount    Origin
-----------------------------------------------------------------------------
1  Special Misc-Tons- 100   21.08   Tons                              NJ
2  FUEL-Fuel Surcharg 100           %                                 NJ
3  EVF-L-Standard Env 100       1   Load                              NJ


                                                     Total Tax
                                                     Total Ticket

Weighmaster: _____         Driver: _____
403WM
```

WASTE MANAGEMENT EASTERN PA MARKET AREA  66340   Document Refer No. 11 412285  07
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company   Company Contact: Eric Bower
   (Print or Type)                                             (Print or Type)
   Pick-up Address: 8 East Frederick Place     Cedar Knolls, NJ 07927
   (No.)        (Street)                        (City)      (State)   (Zip)

   Telephone Number: 845-735-1600            SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____  Cubic Yards: _____  Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/11/11    Signature: Maria Craig as agent for The Flintkote Company
                              (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: Conas Transportation
   ADDRESS: Moorestown, NJ
   Pick-up Date: 10/11/11   Truck No. 395   Vehicle Lic. No. AM 205 J

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Ersan Tushen
   Signature of authorized agent: _____

3. Disposer of Waste (must be filled in by disposer)   CIRCLE ONE:

| G.R.O.W.S. North Landfill | Tullytown Resource Recovery Facility (T.R.R.F) | Mountain View Reclamation Landfill | Phoenix Resources Landfill |
|---|---|---|---|
| 1000 New Ford Mill Rd. Morrisville, PA 19067 PADEP Permit # 101680 (215) 736-0195 | 200 Bordentown Rd. Tullytown, PA 19007 PADEP Permit # 101494 (215) 736-0195 | 9446 Letzburg Rd. Greencastle, PA 17225 PADEP Permit # 101100 (717) 597-5535 | 782 Antrim Road Wellsboro, PA 16901 PADEP Permit # 101649 (570) 353-2405 |
| **Alliance Sanitary Landfill** 398 South Keyser Ave. Taylor, PA 18517 Permit # 100933 (570) 562-1600 | **Grand Central Sanitary Landfill** 910 W. Pennsylvania Ave. Pen Argyl, PA 18072 Permit # 100265 (610) 863-2400 | **Pine Grove Landfill** 193 Schultz Rd. Pine Grove, PA 17963 Permit # 101427 (570) 345-2777 | |

(Tullytown Resource Recovery Facility is circled)

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on 10/11/11 (DISPOSAL DATE)

Waste Discrepancies: _____   10/11/11

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)



```
                    TULLYTOWN  LANDFILL                              Original
                    GREEN, 1000 New Ford Mill Road                   Ticket# 1214159
                    Morrisville, PA, 19067       Ph:
                    THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!
Customer: EnvWstMin476725PAE Environmental Wast Carrier: TCB
14 Brick Kiln Ct
Northampton, PA, 18067
```

| | | |
|---|---|---|
| Tkt Date 10/11/2011 | Vehicle# 97 | Volume |
| Pay Type Credit Account  Chk# | Trailer# | |
| Billing# 0004177 | License# | |
| Acc Tons 63.03 | Driver | |
| Man Tk# | Haul Tk# | |
| PO# | Dest | |

```
Generator 132-FLINTKOTECO The Flintkote Company  Profile# 476725PAE (Waste Oil Contaminated Was
  EPA ID   *                                    Waste #
Manifest   412281                               Origin #/County  NJ/NEW JERSEY (State o, NJ
Trailer#                                        Origin Name     NEW JERSEY
```

```
                                                Operation Type-Inbound
Date/Time         Scale         Operator          Inbound    Gross       64020 lb
In  10/11/2011 11:46 TRRF LAB INBO MA Lic. # 067342          Tare        24260 lb
Out 10/11/2011 12:16 TRRF 4 OUTBOU SK Lic 056734             Net         39760 lb
                                                             Tons         19.88
```

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons- | 100 | 19.88 | Tons | | | | NJ |
| 2  FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3  EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax
Total Ticket

Weighmaster: _____  Driver: [signature] #97

403WM

03

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412281

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower
   Pick-up Address: 8 East Frederick Place    Cedar Knolls, NJ 07927
   (No.) (Street)    (City) (State) (Zip)

   Telephone Number: 845-735-1600    SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____    Cubic Yards: _____    Other (Specify): _____
   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/11/11    Signature: Marin Craig as agent for The Flintkote Company

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. W#7223
   COMPANY NAME: TCB
   ADDRESS: Livingston NJ
   Pick-up Date: 10/11/11    Truck No. 97    Vehicle Lic. No. AK615M

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Victor A
   Signature of authorized agent: _____

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>PADEP Permit # 101680<br>(215) 736-0195 | Tullytown Resource Recovery Facility<br>(T.R.R.F)<br>200 Bordentown Rd.<br>Tullytown, PA 19007<br>PADEP Permit # 101494<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>PADEP Permit # 101100<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>PADEP Permit # 101649<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>Permit # 100933<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>Permit # 100265<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>Permit # 101427<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on
10/11/11 (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

**LANDFILL (MAIL TO GENERATOR)**