

TULLYTOWN LANDFILL  
GREEN, 1000 New Ford Mill Road  
Morrisville, PA, 19067            Ph:

Original  
Ticket# 1214163

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast  Carrier: TCB  
14 Brick Kiln Ct  
Northampton, PA, 18067

```
Tkt Date  10/11/2011                          Vehicle# 137        Volume
Pay Type  Credit Account    Chk#              Trailer#
Billing#  0004177                             License#
Acc Tons  84.10                               Driver
Man Tk#                                       Haul Tk#
PO#                                           Dest    T2
```

Generator 132-FLINTKOTECO The Flintkote Company  Profile# 476725PAE (Waste Oil Contaminated Was  
  EPA ID    *                                   Waste #  
  Manifest  412280                              Origin #/County NJ/NEW JERSEY (State o,NJ  
  Trailer#                                      Origin Name      NEW JERSEY

```
                                              Operation Type-Inbound
Date/Time         Scale       Operator          Inbound   Gross      66480 lb
In  10/11/2011 11:49 TRRF LAB INBO MA Lic. # 067342         Tare       24340 lb
Out 10/11/2011 12:20 TRRF 4 OUTBOU SK Lic 056734            Net        42140 lb
                                                            Tons        21.07
```

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons- | 100 | 21.07 | Tons |  |  |  | NJ |
| 2  FUEL-Fuel Surcharg | 100 |  | % |  |  |  | NJ |
| 3  EVF-L-Standard Env | 100 | 1 | Load |  |  |  | NJ |

Total Tax  
Total Ticket

Weighmaster: _____    Driver: _____

403WM

**WASTE MANAGEMENT EASTERN PA MARKET AREA**
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. **11 412280**

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower
   (Print or Type)                         (Print or Type)

   Pick-up Address: 8 East Frederick Place        Cedar Knolls, NJ 07927
   (No.)          (Street)                  (City)      (State)  (Zip)

   Telephone Number: 845-735-1600     SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____  Cubic Yards: _____  Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

Date: 10/11/11    Signature: Mario Craig, as agent for The Flintkote Company
(Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. WH7223

   COMPANY NAME: TCB

   ADDRESS: Livingston, NJ

   Pick-up Date: 10-11-11    Truck No. 137    Vehicle Lic. No. AM819H

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Noveluis Garcia

   Signature of authorized agent: _____

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>**PADEP Permit # 101680**<br>(215) 736-0195 | **Tullytown Resource Recovery Facility<br>(T.R.R.F)**<br>200 Bordentown Rd.<br>Tullyown, PA 19007<br>**PADEP Permit # 101494**<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>**PADEP Permit # 101100**<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>**PADEP Permit # 101649**<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>**Permit # 100933**<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>**Permit # 100265**<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>**Permit # 101427**<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

_____ (DISPOSAL DATE)

Waste Discrepancies: 10/11/11

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)



04

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412282

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower
   (Print or Type)                         (Print or Type)
   Pick-up Address: 8 East Frederick Place    Cedar Knolls, NJ 07927
   (No.)         (Street)                     (City)         (State)  (Zip)

   Telephone Number: 845-735-1600    SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____  Cubic Yards: _____  Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/11/11    Signature: Mario Craig as agent for The Flintkote Company
   (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. WH7223

   COMPANY NAME: TCB
   ADDRESS: LIVINGSTON NJ
   Pick-up Date: 10-11-11    Truck No. 107    Vehicle Lic. No. AL9ESV

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Daniel Sosa
   Signature of authorized agent: Daniel Sosa

3. Disposer of Waste (must be filled in by disposer)    CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>**PADEP Permit # 101680**<br>(215) 736-0195 | **Tullytown Resource Recovery Facility**<br>**(T.R.R.F)**<br>200 Bordentown Rd.<br>Tullytown, PA 19007<br>**PADEP Permit # 101494**<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>**PADEP Permit # 101100**<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>**PADEP Permit # 101649**<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>**Permit # 100933**<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>**Permit # 100265**<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>**Permit # 101427**<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

10/11/11 (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)



**TULLYTOWN LANDFILL**
GREEN, 1000 New Ford Mill Road
Morrisville, PA, 19067     Ph:

Original
Ticket# 1214167

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast Carrier: TCB
14 Brick Kiln Ct
Northampton, PA, 18067

| | | |
|---|---|---|
| Tkt Date 10/11/2011 | Vehicle# 107 | Volume |
| Pay Type Credit Account  Chk# | Trailer# | |
| Billing# 0004177 | License# | |
| Acc Tons 102.18 | Driver | |
| Man Tk# | Haul Tk# | |
| PO# | Dest | |

Generator 132-FLINTKOTECO The Flintkote Company   Profile# 476725PAE (Waste Oil Contaminated Was
  EPA ID   *                                      Waste #
Manifest  412282                                  Origin #/County NJ/NEW JERSEY (State o, NJ
Trailer#                                          Origin Name     NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | | |
|---|---|---|---|---|---|
| In 10/11/2011 11:50 | TRRF LAB INBO | MA Lic. # 067342 | Gross | 60460 | lb |
| Out 10/11/2011 12:21 | TRRF 4 OUTBOU | SK Lic 056734 | Tare | 24300 | lb |
| | | | Net | 36160 | lb |
| | | | Tons | 18.08 | |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons- | 100 | 18.08 | Tons | | | | NJ |
| 2  FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3  EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax
Total Ticket

Weighmaster: _____   Driver: _____

403WM



```
                    TULLYTOWN  LANDFILL                      Original
                    GREEN, 1000 New Ford Mill Road           Ticket# 1214168
                    Morrisville, PA, 19067      Ph:
                    THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!
Customer: EnvWstMin476725PAE Environmental Wast Carrier: TCB
14 Brick Kiln Ct
Northampton, PA, 18067
```

| | | |
|---|---|---|
| Tkt Date 10/11/2011 | Vehicle# 147 | Volume |
| Pay Type Credit Account  Chk# | Trailer# | |
| Billing# 0004177 | License# | |
| Acc Tons 120.63 | Driver | |
| Man Tk# | Haul Tk# | |
| PO# | Dest  T2 | |

Generator 132-FLINTKOTECO The Flintkote Company    Profile# 476725PAE (Waste Oil Contaminated Was
  EPA ID   *                                       Waste #
Manifest  412283                                   Origin #/County NJ/NEW JERSEY (State o,NJ
Trailer#                                           Origin Name    NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | Gross | 61080 lb |
|---|---|---|---|---|---|
| In  10/11/2011 11:51 | TRRF LAB INBO | MA Lic. # 067342 | | Tare | 24180 lb |
| Out 10/11/2011 12:23 | TRRF 4 OUTBOU | SK Lic 056734 | | Net | 36900 lb |
| | | | | Tons | 18.45 |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons- | 100 | 18.45 | Tons | | | | NJ |
| 2  FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3  EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax
Total Ticket

Weighmaster: _____   Driver: *[signature] Terry [surname]*

403WM

05

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412283

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company   Company Contact: Eric Bower
   (Print or Type)                                            (Print or Type)
   Pick-up Address: 8 East Frederick Place            Cedar Knolls, NJ 07927
                    (No.)        (Street)              (City)      (State)   (Zip)

   Telephone Number: 845-735-1800        SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____   Cubic Yards: _____   Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/11/11       Signature: Marion Craig as agent for
                                   (Name and Title)
                                   The Flintkote Company

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. WH 7223
   COMPANY NAME: TCB LLC
   ADDRESS: Livingston NJ
   Pick-up Date: 10/11/11   Truck No. 147   Vehicle Lic. No. AM164M

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: LENNY TURNER
   Signature of authorized agent: Lenny Turner

3. Disposer of Waste (must be filled-in by disposer)       CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>**PADEP Permit # 101680**<br>(215) 736-0195 | Tullytown Resource Recovery Facility<br>(T.R.R.F)<br>200 Bordentown Rd.<br>Tullyown, PA 19007<br>**PADEP Permit # 101494**<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>**PADEP Permit # 101100**<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>**PADEP Permit # 101649**<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>**Permit # 100933**<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>**Permit # 100265**<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>**Permit # 101427**<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on
____10/11/11____ (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)



```
              TULLYTOWN  LANDFILL                        Original
           GREEN, 1000 New Ford Mill Road                Ticket# 1214170
           Morrisville, PA, 19067        Ph:
           THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!
```

Customer: EnvWstMin476725PAE Environmental Wast Carrier: TCB
14 Brick Kiln Ct
Northampton, PA, 18067

---

| | |
|---|---|
| Tkt Date 10/11/2011 | Vehicle# 47        Volume |
| Pay Type Credit Account   Chk# | Trailer# |
| Billing# 0004177 | License# |
| Acc Tons 138.00 | Driver |
| Man Tk# | Haul Tk# |
| PO# | Dest |

---

Generator 132-FLINTKOTECO The Flintkote Company Profile# 476725PAE (Waste Oil Contaminated Was
  EPA ID   *                                              Waste #
Manifest   412284                                         Origin #/County NJ/NEW JERSEY (State o,NJ
Trailer#                                                  Origin Name     NEW JERSEY

---

```
                                              Operation Type-Inbound
Date/Time        Scale        Operator          Inbound   Gross     62600 lb
In  10/11/2011 11:53 TRRF LAB INBO MA Lic. # 067342         Tare      27860 lb
Out 10/11/2011 12:24 TRRF 4 OUTBOU SK Lic 056734            Net       34740 lb
                                                            Tons         17.37
```

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons- | 100 | 17.37 | Tons | | | | NJ |
| 2  FUEL-Fuel Surcharg | 100 |       | %    | | | | NJ |
| 3  EVF-L-Standard Env | 100 | 1     | Load | | | | NJ |

Total Tax
Total Ticket  _____

Weighmaster: _____   Driver: _____

403WM