06

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412284

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company   Company Contact: Eric Bower
   (Print or Type)                         (Print or Type)
   Pick-up Address: 8 East Frederick Place    Cedar Knolls, NJ 07927
   (No.)        (Street)                    (City)      (State)   (Zip)

   Telephone Number: 845-735-1600          SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____  Cubic Yards: _____  Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/11/11     Signature: Marion Craig as agent for
                                 (Name and Title)
                                 The Flintkote Company

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. WH 7223

   COMPANY NAME: TCB LLC

   ADDRESS: _____

   Pick-up Date: 10/11/11    Truck No. 47    Vehicle Lic. No. AL746C

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: SIDNEY
   Signature of authorized agent: Sidney

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>PADEP Permit # 101680<br>(215) 736-0195 | Tullytown Resource Recovery Facility<br>(T.R.R.F)<br>200 Bordentown Rd.<br>Tullyown, PA 19007<br>PADEP Permit # 101494<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>PADEP Permit # 101100<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>PADEP Permit # 101649<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>Permit # 100933<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>Permit # 100265<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>Permit # 101427<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on
10/11/11      (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)



```
                TULLYTOWN   LANDFILL                    Original
                GREEN, 1000 New Ford Mill Road          Ticket# 1214172
                Morrisville, PA, 19067       Ph:
                THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!
Customer: EnvWstMin476725PAE Environmental Wast Carrier: NEMETH
14 Brick Kiln Ct
Northampton, PA, 18067
```

| | | |
|---|---|---|
| Tkt Date 10/11/2011 | Vehicle# 270 | Volume |
| Pay Type Credit Account  Chk# | Trailer# | |
| Billing# 0004177 | License# | |
| Acc Tons 179.38 | Driver | |
| Man Tk# | Haul Tk# | |
| PO# | Dest  T2 | |

```
Generator 132-FLINTKOTECO The Flintkote Company   Profile# 476725PAE (Waste Oil Contaminated Was
  EPA ID   *                                     Waste #
  Manifest  412287                               Origin #/County NJ/NEW JERSEY (State o,NJ
  Trailer#                                       Origin Name    NEW JERSEY
```

```
                                                 Operation Type-Inbound
Date/Time         Scale          Operator        Inbound   Gross      65880 lb
In  10/11/2011 11:54 TRRF LAB INBO MA Lic. # 067342         Tare       24360 lb
Out 10/11/2011 12:48 TRRF 4 OUTBOU SK Lic 056734            Net        41520 lb
                                                            Tons          20.76
```

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons- | 100 | 20.76 | Tons | | | | NJ |
| 2  FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3  EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax
Total Ticket

Weighmaster: _____  Driver: _____

403WM

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412287

09

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower
   Pick-up Address: 8 East Frederick Place    Cedar Knolls, NJ 07927
   (No.) (Street)    (City) (State) (Zip)

   Telephone Number: 845-735-1800    SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____    Cubic Yards: _____    Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER: 478725PAE**

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/11/11    Signature: Marion Craig as agent for the Flintkote Company
   (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: Horwith / Nenuth
   ADDRESS: Nazareth PA
   Pick-up Date: 10-11-11    Truck No. 270    Vehicle Lic. No. AF78733PA

   The above described waste was picked up and hauled by me to the disposal facility named below and was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Rick Sonders
   Signature of authorized agent: Rick Sonders

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| G.R.O.W.S. North Landfill | Tullytown Resource Recovery Facility (T.R.R.F) | Mountain View Reclamation Landfill | Phoenix Resources Landfill |
|---|---|---|---|
| 1000 New Ford Mill Rd. | 200 Bordentown Rd. | 9446 Letzburg Rd. | 782 Antrim Road |
| Morrisville, PA 19067 | Tullyown, PA 19007 | Greencastle, PA 17225 | Wellsboro, PA 16901 |
| PADEP Permit # 101680 | PADEP Permit # 101494 | PADEP Permit # 101100 | PADEP Permit # 101649 |
| (215) 736-0195 | (215) 736-0195 | (717) 597-5535 | (570) 353-2405 |
| Alliance Sanitary Landfill | Grand Central Sanitary Landfill | Pine Grove Landfill | |
| 398 South Keyser Ave. | 910 W. Pennsylvania Ave. | 193 Schultz Rd. | |
| Taylor, PA 18517 | Pen Argyl, PA 18072 | Pine Grove, PA 17963 | |
| Permit # 100933 | Permit # 100265 | Permit # 101427 | |
| (570) 562-1600 | (610) 863-2400 | (570) 345-2777 | |

(Tullytown Resource Recovery Facility circled)

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

____10/11/11____ (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)



TULLYTOWN LANDFILL  
GREEN, 1000 New Ford Mill Road  
Morrisville, PA, 19067  Ph:  

Original  
Ticket# 1214178

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast Carrier: NEMETH  
14 Brick Kiln Ct  
Northampton, PA, 18067

```
Tkt Date  10/11/2011                    Vehicle# 20           Volume
Pay Type  Credit Account    Chk#        Trailer#
Billing#  0004177                       License#
Acc Tons  222.74                        Driver
Man Tk#                                 Haul Tk#
PO#                                     Dest     T1
```

Generator 132-FLINTKOTECO The Flintkote Company   Profile# 476725PAE (Waste Oil Contaminated Was  
  EPA ID    *                                    Waste #  
Manifest  412288                                 Origin #/County NJ/NEW JERSEY (State o, NJ  
Trailer#                                         Origin Name      NEW JERSEY

```
                                                 Operation Type-Inbound
Date/Time         Scale         Operator         Inbound   Gross     68280 lb
In  10/11/2011 11:59  TRRF LAB INBO  MA Lic. # 067342       Tare      26240 lb
Out 10/11/2011 14:04  TRRF 4 OUTBOU  SK Lic 056734          Net       42040 lb
                                                            Tons         21.02
```

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1 Special Misc-Tons- | 100 | 21.02 | Tons | | | | NJ |
| 2 FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3 EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax  
Total Ticket  

Weighmaster: _____  Driver: *William Wistel*

403WM

**WASTE MANAGEMENT EASTERN PA MARKET AREA**
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. **11 412288**

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: _The Flintkote Company_    Company Contact: _Eric Bower_
   (Print or Type)                           (Print or Type)
   Pick-up Address _8 East Frederick Place_   _Cedar Knolls, NJ 07927_
                   (No.)   (Street)           (City)    (State)   (Zip)

   Telephone Number: _845-735-1800_    SIC No. _____

   Waste Stream Identification: _This manifest represents a non-hazardous waste as per EPA and PADEP regulations._

   Tons: _____  Cubic Yards: _____  Other (Specify): _____

   Name of Waste _508 - Waste Oil Contaminated Waste_

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 478725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: _10/11/11_    Signature: _Mario Craig, as agent for The Flintkote Company_
                                  (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: _Horwith / Nemeth_
   ADDRESS: _Nazerath PA_
   Pick-up Date: _10-11-11_    Truck No. _20_    Vehicle Lic. No. _AF-62128_

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: _William Wisser_
   Signature of authorized agent: _William Wisser_

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

   | G.R.O.W.S. North Landfill | Tullytown Resource Recovery Facility (T.R.R.F) | Mountain View Reclamation Landfill | Phoenix Resources Landfill |
   |---|---|---|---|
   | 1000 New Ford Mill Rd. | 200 Bordentown Rd. | 9446 Letzburg Rd. | 782 Antrim Road |
   | Morrisville, PA 19067 | Tullytown, PA 19007 | Greencastle, PA 17225 | Wellsboro, PA 16901 |
   | **PADEP Permit # 101680** | **PADEP Permit # 101494** | **PADEP Permit # 101100** | **PADEP Permit # 101649** |
   | (215) 736-0195 | (215) 736-0195 | (717) 597-5535 | (570) 353-2405 |
   | **Alliance Sanitary Landfill** | **Grand Central Sanitary Landfill** | **Pine Grove Landfill** | |
   | 398 South Keyser Ave. | 910 W. Pennsylvania Ave. | 193 Schultz Rd. | |
   | Taylor, PA 18517 | Pen Argyl, PA 18072 | Pine Grove, PA 17963 | |
   | **Permit # 100933** | **Permit # 100265** | **Permit # 101427** | |
   | (570) 562-1600 | (610) 863-2400 | (570) 345-2777 | |

   (Tullytown Resource Recovery Facility is circled)

   Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on
   _10/11/11_ (DISPOSAL DATE)

   Waste Discrepancies: _____

   Signature of authorized agent and title: _____

   **LANDFILL (MAIL TO GENERATOR)**



TULLYTOWN LANDFILL  
GREEN, 1000 New Ford Mill Road  
Morrisville, PA, 19067   Ph:  

Original  
Ticket# 1214289

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast  Carrier: DIRECT  
14 Brick Kiln Ct  
Northampton, PA, 18067

```
Tkt Date 10/11/2011                      Vehicle# 187           Volume
Pay Type Credit Account    Chk#          Trailer#
Billing# 0004177                         License#
Acc Tons 243.24                          Driver
Man Tk#                                  Haul Tk#
PO#                                      Dest      T2
```

Generator 132-FLINTKOTECO The Flintkote Company  Profile# 476725PAE (Waste Oil Contaminated Was  
EPA ID   *                                         Waste #  
Manifest  412291                                   Origin #/County NJ/NEW JERSEY (State o,NJ  
Trailer#                                           Origin Name      NEW JERSEY

```
                                          Operation Type-Inbound
Date/Time      Scale         Operator       Inbound   Gross    66760 lb
In  10/11/2011 14:11 TRRF LAB INBO AK  LIC# 738712    Tare     25760 lb
Out 10/11/2011 14:35 TRRF 4 OUTBOU SK   Lic  056734   Net      41000 lb
                                                      Tons        20.50
```

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1 Special Misc-Tons- | 100 | 20.50 | Tons | | | | NJ |
| 2 FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3 EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax  
Total Ticket

Weighmaster: _____   Driver: _____

403WM

O13

**WASTE MANAGEMENT EASTERN PA MARKET AREA**
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. **11** 412291



## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower
   (Print or Type)                                               (Print or Type)
   Pick-up Address: 6 East Frederick Place          Cedar Knolls, NJ 07927
                    (No.)    (Street)                (City)      (State)  (Zip)

   Telephone Number: 845-735-1600          SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____    Cubic Yards: _____    Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/11/11          Signature: Mario Craig, as agent for
                                     The Flintkote Company
                                     (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. WH 7223

   COMPANY NAME: TCB
   ADDRESS: 218 Edmonton Ct Livingston NJ
   Pick-up Date: 10/11/11    Truck No. 187    Vehicle Lic. No. AN277C

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Ken Moller
   Signature of authorized agent: Ken Moller

3. Disposer of Waste (must be filled-in by disposer)     CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>PADEP Permit # 101680<br>(215) 736-0195 | **Tullytown Resource Recovery Facility<br>(T.R.R.F)<br>200 Bordentown Rd.<br>Tullytown, PA 19007<br>PADEP Permit # 101494<br>(215) 736-0195** | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>PADEP Permit # 101100<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>PADEP Permit # 101649<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>Permit # 100933<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>Permit # 100265<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>Permit # 101427<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

11 Oct 11 (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

**LANDFILL (MAIL TO GENERATOR)**