

GROWS NORTH  
1000 New Ford Mill Road  
Morrisville, PA, 19067    Ph:

Original  
Ticket# 604547

Customer: EnvWstMin476725PAE Environmental Wast  Carrier: GHTRUCKING *  
14 Brick Kiln Ct  
Northampton, PA, 18067

| | | | |
|---|---|---|---|
| Tkt Date  10/12/2011 | | Vehicle# 8 | Volume |
| Pay Type  Credit Account  Chk# | | Trailer# | |
| Billing #  0004179 | | License# | |
| Acct Tons  113.78 | | Driver | |
| Man Tk# | | Haul Tk# | |
| PO | | Dest  NE | |

Generator  132-FLINTKOTECO The Flintkote Company  Profile   476725PAE (Waste Oil Contaminated Wa  
EPA ID    *                                          Waste #  
Manifest  412308                                     Origin #/County  NJ/NEW JERSEY (State ,NJ  
Trailer                                              Origin Name     NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | | |
|---|---|---|---|---|---|
| In  10/12/2011 14:52 | NORTH LAB INB | AS LIC # 72200 | Gross | 66860 | lb |
| Out 10/12/2011 15:19 | NORTH 2 OUTBO | DW Lic 061464 | Tare  | 27700 | lb |
| | | | Net   | 39160 | lb |
| | | | Tons  | 19.58 | |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons-   | 100 | 19.58 | Tons | | | | NJ |
| 2  FUEL-Fuel Surcharg   | 100 |       | %    | | | | NJ |
| 3  EVF-L-Standard Env   | 100 | 1     | Load | | | | NJ |

Total Tax  
Total Ticket

Weighmaster: _____   Driver: _____

403WM

030

WASTE MANAGEMENT EASTERN PA MARKET AREA  
444 Oxford Valley Road  
Langhorne, PA 19047

Document Refer No. 11 412308

(800) 963-4776 – Technical Service Center

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower  
   (Print or Type)                         (Print or Type)  
   Pick-up Address: 8 East Frederick Place         Cedar Knolls, NJ 07927  
   (No.)        (Street)                    (City)        (State)   (Zip)

   Telephone Number: 845-735-1600          SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____   Cubic Yards: _____   Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11                Signature: Mario Craig as agent for  
                                 (Name and Title)  
                                 The Flintkote Company

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____  
   COMPANY NAME: GH TRUCKING (Horwith)  
   ADDRESS: RT 512 BATH PA  
   Pick-up Date: 10-12-11     Truck No. 648       Vehicle Lic. No. AL4184

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Mike Meleski  
   Signature of authorized agent: Mike Meleski

3. Disposer of Waste (must be filled-in by disposer)         CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>PADEP Permit # 101680<br>(215) 736-0195 | Tullytown Resource Recovery Facility (T.R.R.F)<br>200 Bordentown Rd.<br>Tullytown, PA 19007<br>PADEP Permit # 101494<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>PADEP Permit # 101100<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>PADEP Permit # 101649<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>Permit # 100933<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>Permit # 100265<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>Permit # 101427<br>(570) 345-2777 | |

(G.R.O.W.S. North Landfill circled)

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on  
12 OCT 11 (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

**LANDFILL (MAIL TO GENERATOR)**



GROWS NORTH  
1000 New Ford Mill Road  
Morrisville, PA, 19067   Ph:

Original  
Ticket# 604554

Customer: EnvWstMin476725PAE Environmental Wast  
14 Brick Kiln Ct  
Northampton, PA, 18067

Carrier: HORWITH TRUCKS INC *  
*

| | | | | |
|---|---|---|---|---|
| Tkt Date | 10/12/2011 | | Vehicle# 283 | Volume |
| Pay Type | Credit Account  Chk# | | Trailer# | |
| Billing # | 0004179 | | License# | |
| Acct Tons | 138.48 | | Driver | |
| Man Tk# | | | Haul Tk# | |
| PO | | | Dest  NE | |

Generator 132-FLINTKOTECO The Flintkote Company  Profile  476725PAE (Waste Oil Contaminated Wa  
EPA ID  *                                         Waste #  
Manifest  412307                                  Origin #/County  NJ/NEW JERSEY (State ,NJ  
Trailer                                           Origin Name     NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | |
|---|---|---|---|---|
| In  10/12/2011 14:57 | NORTH LAB INB | AS LIC # 72200 | Gross | 73260 lb |
| Out 10/12/2011 15:21 | NORTH 2 OUTBO | DW Lic 061464 | Tare | 23860 lb |
| | | | Net | 49400 lb |
| | | | Tons | 24.70 |

Comments

| Product | LDX | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1 Special Misc-Tons- | 100 | 24.70 | Tons | | | | NJ |
| 2 FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3 EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax  
Total Ticket

Weighmaster: _____    Driver: _Dave K Snyder_

403WM

029

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

Document Refer No. 11 412307

(800) 963-4776 – Technical Service Center

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company   Company Contact: Eric Bower
   Pick-up Address: 8 East Frederick Place   Cedar Knolls, NJ 07927
   Telephone Number: 845-735-1600   SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____   Cubic Yards: _____   Other (Specify): _____
   Name of Waste: 500 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11   Signature: Mario Craig as agent for The Flintkote Company

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____
   COMPANY NAME: Horwith Trucks Inc
   ADDRESS: Northampton PA
   Pick-up Date: 10-12-2011   Truck No. 283   Vehicle Lic. No. AF45261

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.
   Print name & title of authorized agent: Dave K Snyder
   Signature of authorized agent: Dan K Snyder

3. Disposer of Waste (must be filled-in by disposer)   CIRCLE ONE:

| **G.R.O.W.S. North Landfill** (circled) | **Tullytown Resource Recovery Facility (T.R.R.F)** | **Mountain View Reclamation Landfill** | **Phoenix Resources Landfill** |
|---|---|---|---|
| 1000 New Ford Mill Rd. Morrisville, PA 19067 PADEP Permit # 101680 (215) 736-0195 | 200 Bordentown Rd. Tullyown, PA 19007 PADEP Permit # 101494 (215) 736-0195 | 9446 Letzburg Rd. Greencastle, PA 17225 PADEP Permit # 101100 (717) 597-5535 | 782 Antrim Road Wellsboro, PA 16901 PADEP Permit # 101649 (570) 353-2405 |
| **Alliance Sanitary Landfill** 398 South Keyser Ave. Taylor, PA 18517 Permit # 100933 (570) 562-1600 | **Grand Central Sanitary Landfill** 910 W. Pennsylvania Ave. Pen Argyl, PA 18072 Permit # 100265 (610) 863-2400 | **Pine Grove Landfill** 193 Schultz Rd. Pine Grove, PA 17963 Permit # 101427 (570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on
13 OCT 11 (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

**LANDFILL (MAIL TO GENERATOR)**



```
                    GROWS NORTH                              Original
                    1000 New Ford Mill Road                  Ticket# 604573
                    Morrisville, PA, 19067        Ph:

Customer: EnvWstMin476725PAE Environmental Wast Carrier: MVT
14 Brick Kiln Ct
Northampton, PA, 18067
```

| | | | |
|---|---|---|---|
| Tkt Date 10/12/2011 | | Vehicle# 137 | Volume |
| Pay Type Credit Account Chk# | | Trailer# | |
| Billing # 0004179 | | License# | |
| Acct Tons 159.97 | | Driver | |
| Man Tk# | | Haul Tk# | |
| PO | | Dest N2 | |

```
Generator 132-FLINTKOTECO The Flintkote Company  Profile    476725PAE (Waste Oil Contaminated Wa
EPA ID    *                                      Waste #
Manifest  412310                                 Origin #/County  NJ/NEW JERSEY (State ,NJ
Trailer                                          Origin Name      NEW JERSEY
```

                                                    Operation Type-Inbound
| Date/Time | Scale | Operator | Inbound | Gross | 67140 lb |
|---|---|---|---|---|---|
| In 10/12/2011 15:32 | NORTH LAB INB | AS LIC # 72200 | | Tare | 24160 lb |
| Out 10/12/2011 15:55 | NORTH 4 OUTBO | LR Lic 065358 | | Net | 42980 lb |
| | | | | Tons | 21.49 |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons- | 100 | 21.49 | Tons | | | | NJ |
| 2  FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3  EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax
Total Ticket

Weighmaster: _____        Driver: _____

403WM

032

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

Document Refer No. 11 412310

(800) 963-4776 – Technical Service Center

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower
   Pick-up Address: 8 East Frederick Place    Cedar Knolls, NJ 07927

   Telephone Number: 845-735-1600    SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____    Cubic Yards: _____    Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11    Signature: Morion Craig as agent for The Flintkote Company

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: TCB
   ADDRESS: Livingston, NJ
   Pick-up Date: 10-12-11    Truck No. 137    Vehicle Lic. No. AM819H

   The above described waste was picked up and hauled by me to the disposal facility named below and was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Jose Luis Garcia
   Signature of authorized agent: _____

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| G.R.O.W.S. North Landfill (circled)<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>PADEP Permit # 101680<br>(215) 736-0195 | Tullytown Resource Recovery Facility (T.R.R.F)<br>200 Bordentown Rd.<br>Tullytown, PA 19007<br>PADEP Permit # 101494<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>PADEP Permit # 101100<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>PADEP Permit # 101649<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>Permit # 100933<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>Permit # 100265<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>Permit # 101427<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

10/13/11    (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

**LANDFILL (MAIL TO GENERATOR)**



```
                TULLYTOWN  LANDFILL                        Original
                GREEN, 1000 New Ford Mill Road             Ticket# 1214745
                Morrisville, PA, 19067      Ph:
                THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!
Customer: EnvWstMin476725PAE Environmental Wast Carrier: Horwith
14 Brick Kiln Ct
Northampton, PA, 18067
```

| | | |
|---|---|---|
| Tkt Date 10/12/2011 | Vehicle# 20 | Volume |
| Pay Type Credit Account  Chk# | Trailer# | |
| Billing# 0004177 | License# | |
| Acc Tons 262.57 | Driver | |
| Man Tk# | Haul Tk# | |
| PO# | Dest   T2 | |

Generator 132-FLINTKOTECO The Flintkote Company Profile# 476725PAE (Waste Oil Contaminated Was
 EPA ID   *                                          Waste #
Manifest  412309                                     Origin #/County NJ/NEW JERSEY (State o,NJ
Trailer#                                             Origin Name    NEW JERSEY

| | | | Operation Type-Inbound | | |
|---|---|---|---|---|---|
| Date/Time | Scale | Operator | Inbound | Gross | 65900 lb |
| In  10/12/2011 15:10 | TRRF LAB INBO | AK  LIC# 738712 | | Tare | 25820 lb |
| Out 10/12/2011 15:34 | TRRF 4 OUTBOU | LR Lic 065358 | | Net | 40080 lb |
| | | | | Tons | 20.04 |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons- | 100 | 20.04 | Tons | | | | NJ |
| 2  FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3  EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax
Total Ticket

Weighmaster: _____    Driver: [signature]

403WM