031

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412309

# NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: __The Flintkote Company__  Company Contact: __Eric Bower__
   (Print or Type)                                                    (Print or Type)
   Pick-up Address __8 East Frederick Place__ _____ __Cedar Knolls, NJ 07927__
                   (No.)         (Street)                  (City)     (State)  (Zip)

   Telephone Number: __845-735-1600__         SIC No. _____

   Waste Stream Identification: __This manifest represents a non-hazardous waste as per EPA and PADEP regulations.__

   Tons: _____   Cubic Yards: _____   Other (Specify): _____

   Name of Waste __509 - Waste Oil Contaminated Waste__

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** __476725PAE__

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: __10/12/11__                Signature: __Mario Craig as agent for The Flintkote Company__
                                              (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: __Chapwith Nemeth__

   ADDRESS: __Nazareth, PA__

   Pick-up Date: __10-12-11__   Truck No. __20__   Vehicle Lic. No. __AT62128__

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: __Lee Hill__

   Signature of authorized agent: _____

3. Disposer of Waste (must be filled in by disposer)        CIRCLE ONE:

| G.R.O.W.S. North Landfill | Tullytown Resource Recovery Facility (T.R.R.F.) | Mountain View Reclamation Landfill | Phoenix Resources Landfill |
|---|---|---|---|
| 1000 New Ford Mill Rd. | 200 Bordentown Rd. | 9446 Letzburg Rd. | 782 Antrim Road |
| Morrisville, PA 19067 | Tullytown, PA 19007 | Greencastle, PA 17225 | Wellsboro, PA 16901 |
| PADEP Permit # 101680 | PADEP Permit # 101404 | PADEP Permit # 101100 | PADEP Permit # 101649 |
| (215) 736-0195 | (215) 736-0195 | (717) 597-5535 | (570) 353-2405 |
| Alliance Sanitary Landfill | Grand Central Sanitary Landfill | Pine Grove Landfill | |
| 398 South Keyser Ave. | 910 W. Pennsylvania Ave. | 193 Schultz Rd. | |
| Taylor, PA 18517 | Pen Argyl, PA 18072 | Pine Grove, PA 17963 | |
| Permit # 100933 | Permit # 100265 | Permit # 101427 | |
| (570) 562-1600 | (610) 863-2400 | (570) 345-2777 | |

(Tullytown Resource Recovery Facility circled)

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

__12 OCT 11__ (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

**LANDFILL (MAIL TO GENERATOR)**



TULLYTOWN LANDFILL  
GREEN, 1000 New Ford Mill Road  
Morrisville, PA, 19067  — Ph:  
Original  
Ticket# 1214542

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast Carrier: TCB  
14 Brick Kiln Ct  
Northampton, PA, 18067

Tkt Date 10/12/2011           Vehicle# 107        Volume  
Pay Type Credit Account  Chk#   Trailer#  
Billing# 00041.77              License#  
Acc Tons 46.80                 Driver  
Man Tk#                        Haul Tk#  
PO#                            Dest    T2

Generator 132-FLINTKOTECO The Flintkote Company Profile# 476725PAE (Waste Oil Contaminated Was  
EPA ID  *                      Waste #  
Manifest 412297                Origin #/County NJ/NEW JERSEY (State o, NJ  
Trailer#                       Origin Name     NEW JERSEY

Operation Type-Inbound

Date/Time        Scale        Operator              Inbound   Gross    66680 lb  
In  10/12/2011 10:14 TRFF LAB INBO AS Lic # 72200             Tare     24340 lb  
Out 10/12/2011 10:35 TRFF 2 OUTBOU DW Lic 061464              Net      42340 lb  
                                                              Tons       21.17

Comments

Product              LD%   Qty    UOM    Rate    Tax    Amount    Origin  
1  Special Misc-Tons- 100   21.17  Tons                            NJ  
2  FUEL-Fuel Surcharg 100          X                                NJ  
3  EVF-L-Standard Env 100      1  Load                              NJ

Total Tax  
Total Ticket

Weighmaster: _____  Driver: _David_

403WM

019

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

Document Refer No. 11 412297

(800) 963-4776 – Technical Service Center

# NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company   Company Contact: Eric Bower
   
   Pick-up Address: 8 East Frederick Place, Cedar Knolls, NJ 07927
   
   Telephone Number: 845-735-1600   SIC No. _____
   
   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.
   
   Tons: _____  Cubic Yards: _____  Other (Specify): _____
   
   Name of Waste: 509 - Waste Oil Contaminated Waste
   
   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/11/11   Signature: Mario Cinigas agent for The Flintkote Company

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____
   
   COMPANY NAME: TEB
   
   ADDRESS: LIVINGSTON NJ
   
   Pick-up Date: 10-11-11   Truck No. 107   Vehicle Lic. No. AL963V

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.
   
   Print name & title of authorized agent: Daniel Sosa
   
   Signature of authorized agent: Daniel Sosa

3. Disposer of Waste (must be filled in by disposer)   CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>**PADEP Permit # 101680**<br>(215) 736-0195 | **Tullytown Resource Recovery Facility (T.R.R.F)**<br>200 Bordentown Rd.<br>Tullyown, PA 19007<br>**PADEP Permit # 101404**<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>**PADEP Permit # 101100**<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>**PADEP Permit # 101649**<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>**Permit # 100933**<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>**Permit # 100265**<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>**Permit # 101427**<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

12 Oct 11 (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

**LANDFILL (MAIL TO GENERATOR)**



TULLYTOWN LANDFILL  
GREEN, 1000 New Ford Mill Road  
Morrisville, PA, 19067   Ph:  
THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Original  
Ticket# 1214545

Customer: EnvWstMin476725PAE Environmental Wast Carrier: TCB  
14 Brick Kiln Ct  
Northampton, PA, 18067

Tkt Date 10/12/2011  
Pay Type Credit Account   Chk#  
Billing# 0004177  
Acc Tons 91.76  
Man Tk#  
PO#

Vehicle# 137   Volume  
Trailer#  
License#  
Driver  
Haul Tk#  
Dest   T2

Generator 132-FLINTKOTECO The Flintkote Company  Profile# 476725PAE (Waste Oil Contaminated Was  
EPA ID   *                                      Waste #  
Manifest  412295                                Origin #/County NJ/NEW JERSEY (State o,NJ  
Trailer#                                        Origin Name    NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | Gross | 69940 lb |
|---|---|---|---|---|---|
| In 10/12/2011 10:17 TRRF LAB INBO AS Lic # 72200 | | | | Tare | 24400 lb |
| Out 10/12/2011 10:51 TRRF 2 OUTBOU DW Lic 061464 | | | | Net | 45540 lb |
| | | | | Tons | 22.77 |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons- | 100 | 22.77 | Tons | | | | NJ |
| 2  FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3  EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax  
Total Ticket

Weighmaster:                      Driver:

403WM

07

WASTE MANAGEMENT EASTERN PA MARKET AREA  
444 Oxford Valley Road  
Langhorne, PA 19047  

(800) 963-4776 – Technical Service Center  

Document Refer No. 11 412295

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower  
   (Print or Type)    (Print or Type)  
   Pick-up Address: 8 East Frederick Place    Cedar Knolls, NJ 07927  
   (No.)    (Street)    (City)    (State)    (Zip)

   Telephone Number: 846-735-1600    SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____    Cubic Yards: _____    Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/11/11    Signature: Mario Craig as agent for The Flintkote Company  
   (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. WH 7223

   COMPANY NAME: TCB  
   ADDRESS: Livingston, NJ  
   Pick-up Date: 10-12-11    Truck No. 137    Vehicle Lic. No. AN819H

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Noel Luis Garcia  
   Signature of authorized agent: ___

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>**PADEP Permit # 101680**<br>(215) 736-0195 | **Tullytown Resource Recovery Facility**<br>**(T.R.R.F)**<br>200 Bordentown Rd.<br>Tullyown, PA 19007<br>**PADEP Permit # 101494**<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>**PADEP Permit # 101100**<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>**PADEP Permit # 101649**<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>**Permit # 100933**<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>**Permit # 100265**<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>**Permit # 101427**<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

12 OCT 11 (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

**LANDFILL (MAIL TO GENERATOR)**



**WASTE MANAGEMENT**

TULLYTOWN LANDFILL
GREEN, 1000 New Ford Mill Road
Morrisville, PA, 19067   Ph:

Original
Ticket# 1214549

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast Carrier: GHTRUCKING
14 Brick Kiln Ct
Northampton, PA, 18067

| | | | |
|---|---|---|---|
| Tkt Date 10/12/2011 | | Vehicle# 5 | Volume |
| Pay Type Credit Account Chk# | | Trailer# | |
| Billing# 0004177 | | License# | |
| Acc Tons 111.01 | | Driver | |
| Man Tk# | | Haul Tk# | |
| PO# | | Dest: T2 | |

Generator 132-FLINTKOTECO The Flintkote Company   Profile# 476725PAE (Waste Oil Contaminated Was
EPA ID  *                                          Waste #
Manifest  412299                                   Origin #/County NJ/NEW JERSEY (State o, NJ
Trailer#                                           Origin Name     NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | | |
|---|---|---|---|---|---|
| In  10/12/2011 10:19 TRRF LAB INBO AS Lic # 72200 | | | Gross | 65620 | lb |
| Out 10/12/2011 10:53 TRRF 2 OUTBOU DW Lic 061464 | | | Tare  | 27120 | lb |
| | | | Net   | 38500 | lb |
| | | | Tons  | 19.25 | |

Comments

| | Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|---|
| 1 | Special Misc-Tons- | 100 | 19.25 | Tons | | | | NJ |
| 2 | FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3 | EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax
Total Ticket

Weighmaster: _____   Driver: _____

403WM



GROWS NORTH  
1000 New Ford Mill Road  
Morrisville, PA, 19067  Ph:

Original  
Ticket# 605166

Customer: EnvWstMin476725PAE Environmental Wast  
14 Brick Kiln Ct  
Northampton, PA, 18067

Carrier: TCB T C B  
T C B

| | | | | |
|---|---|---|---|---|
| Tkt Date | 10/14/2011 | | Vehicle# 97 | Volume |
| Pay Type | Credit Account Chk# | | Trailer# | |
| Billing # | 0004179 | | License# | |
| Acct Tons | 52.53 | | Driver | |
| Man Tk# | | | Haul Tk# | |
| PO | | | Dest N2 | |

Generator 132-FLINTKOTECO The Flintkote Company  Profile   476725PAE (Waste Oil Contaminated Wa  
EPA ID    *                                      Waste #  
Manifest  412327                                 Origin #/County  NJ/NEW JERSEY (State ,NJ  
Trailer                                          Origin Name      NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | | |
|---|---|---|---|---|---|
| In  10/14/2011 09:25 | NORTH LAB INB | AK LIC#73712 | Gross | 82100 | lb |
| Out 10/14/2011 09:55 | NORTH 3 OUTBO | AJ Lic 015313 | Tare | 24320 | lb |
| | | | Net | 57780 | lb |
| | | | Tons | 28.89 | |

Comments  License: AK615M, NJ, Owner: TCB LLC, Address: 218 Edmonton Ct Livingston, NJ, 0703

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1. Special Misc-Tons- | 100 | 28.89 | Tons | | | | NJ |
| 2. FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3. EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax  
Total Ticket

Weighmaster: _____   Driver: *Victor #97*

403WM