04

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412327

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower
   (Print or Type)                                          (Print or Type)
   Pick-up Address: 8 East Frederick Place     Cedar Knolls, NJ 07927
   (No.)      (Street)                         (City)      (State)   (Zip)

   Telephone Number: 846-735-1600     SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____     Cubic Yards: _____     Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11     Signature: Mario Craig as agent for The Flintkote Company
                               (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _47___

   COMPANY NAME: TCF
   ADDRESS: Livingston N.J.
   Pick-up Date: 10/14/11     Truck No. 97     Vehicle Lic. No. AK615M

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Victor
   Signature of authorized agent: _____

3. Disposer of Waste (must be filled-in by disposer)     CIRCLE ONE:

   | G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>**PADEP Permit # 101680**<br>(215) 736-0195 | Tullytown Resource Recovery Facility<br>(T.R.R.F)<br>200/Bordentown Rd.<br>Tullytown, PA 19007<br>**PADEP Permit # 101494**<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>**PADEP Permit # 101100**<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>**PADEP Permit # 101649**<br>(570) 353-2405 |
   |---|---|---|---|
   | Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>**Permit # 100933**<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>**Permit # 100265**<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>**Permit # 101427**<br>(570) 345-2777 | |

   Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on
   _____ (DISPOSAL DATE)

   Waste Discrepancies: _____

   Signature of authorized agent and title: _____

   LANDFILL (MAIL TO GENERATOR)



**WASTE MANAGEMENT**

GROWS NORTH
1000 New Ford Mill Road
Morrisville, PA, 19067         Ph:

Original
Ticket# 605086

Customer: EnvWstMin476725PAE Environmental Wast   Carrier: TCB T C B
14 Brick Kiln Ct                                           T C B
Northampton, PA, 18067

| | | |
|---|---|---|
| Tkt Date 10/14/2011 | Vehicle# 27 | Volume |
| Pay Type Credit Account  Chk# | Trailer# | |
| Billing # 0004179 | License# | |
| Acct Tons 23.64 | Driver | |
| Man Tk# | Haul Tk# | |
| PO | Dest N2 | |

Generator 132-FLINTKOTECO The Flintkote Company   Profile 476725PAE (Waste Oil Contaminated Wa
EPA ID *                                          Waste #
Manifest 412326                                   Origin #/County NJ/NEW JERSEY (State ,NJ
Trailer                                           Origin Name NEW JERSEY

Operation Type--Inbound

| Date/Time | Scale | Operator | Inbound | | |
|---|---|---|---|---|---|
| In  10/14/2011 07:17 | NORTH LAB INB | AK LIC#73712 | | Gross | 71960 lb |
| Out 10/14/2011 08:16 | NORTH 3 OUTBO | AJ Lic 015313 | | Tare | 24680 lb |
| | | | | Net | 47280 lb |
| | | | | Tons | 23.64 |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons- | 100 | 23.64 | Tons | | | | NJ |
| 2  FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3  EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax
Total Ticket

Weighmaster: _____   Driver: _____

403WM

048

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

Document Refer No. 11 412326

(800) 963-4776 – Technical Service Center

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower
   (Print or Type)                        (Print or Type)
   Pick-up Address: 8 East Frederick Place         Cedar Knolls, NJ 07927
   (No.)           (Street)              (City)         (State)    (Zip)

   Telephone Number: 845-735-1600         SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____  Cubic Yards: _____  Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11    Signature: Marion Craig as agent for
                                The Flintkote Company
                                (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: TCB
   ADDRESS: 218 Edmowton CT Livingst NJ
   Pick-up Date: 10/13/11   Truck No. 27   Vehicle Lic. No. A1597Z

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Steve Moller  Driver
   Signature of authorized agent: _____

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| G.R.O.W.S. North Landfill | Tullytown Resource Recovery Facility (T.R.R.F.) | Mountain View Reclamation Landfill | Phoenix Resources Landfill |
|---|---|---|---|
| 1000 New Ford Mill Rd. | 200 Bordentown Rd. | 9446 Letzburg Rd. | 782 Antrim Road |
| Morrisville, PA 19067 | Tullytown, PA 19007 | Greencastle, PA 17225 | Wellsboro, PA 16901 |
| PADEP Permit # 101680 | PADEP Permit # 101494 | PADEP Permit # 101100 | PADEP Permit # 101649 |
| (215) 736-0195 | (215) 736-0195 | (717) 597-5535 | (570) 353-2405 |
| Alliance Sanitary Landfill | Grand Central Sanitary Landfill | Pine Grove Landfill | |
| 398 South Keyser Ave. | 910 W. Pennsylvania Ave. | 193 Schultz Rd. | |
| Taylor, PA 18517 | Pen Argyl, PA 18072 | Pine Grove, PA 17963 | |
| Permit # 100933 | Permit # 100265 | Permit # 101427 | |
| (570) 562-1600 | (610) 863-2400 | (570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

_____10/14/11_____ (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)



TULLYTOWN LANDFILL  
GREEN, 1000 New Ford Mill Road  
Morrisville, PA, 19067    Ph:  

Original  
Ticket# 1216345

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast Carrier: NEMETH  
14 Brick Kiln Ct  
Northampton, PA, 18067  

Tkt Date 10/17/2011          Vehicle# 20          Volume  
Pay Type Credit Account  Chk#   Trailer#  
Billing# 0004177            License#  
Acc Tons 119.92             Driver  
Man Tk#                     Haul Tk#  
PO#                         Dest    T2  

Generator 132-FLINTKOTECO The Flintkote Company  Profile# 476725PAE (Waste Oil Contaminated Was  
 EPA ID   *                                      Waste #  
Manifest  412335                                 Origin #/County NJ/NEW JERSEY (State o, NJ  
Trailer#                                         Origin Name    NEW JERSEY  

                                  Operation Type-Inbound  
Date/Time      Scale    Operator   Inbound   Gross   72840 lb  
In  10/17/2011 14:13 TRKF LAB INBO AK  LIC# 738712   Tare    25740 lb  
Out 10/17/2011 14:33 TRKF 3 OUTBOU AJ Lic 015313     Net     47100 lb  
                                                     Tons     23.55  

Comments  

Product            LD%   Qty   UOM    Rate   Tax   Amount   Origin  
1  Special Misc-Tons- 100  23.55 Tons                        NJ  
2  FUEL-Fuel Surcharg 100        %                           NJ  
3  EVF-L-Standard Env 100    1   Load                        NJ  

Total Tax  
Total Ticket  

Weighmaster:                              Driver:  

403WM

057

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047
(800) 963-4713 Technical Service Center

Document Refer No. 11 412335



# NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company   Company Contact: Eric Bower

   Pick-up Address: 8 East Frederick Place   Cedar Knolls, NJ 07927
   (No.) (Street)   (City) (State) (Zip)

   Telephone Number: 846-735-1600   SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____   Cubic Yards: _____   Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER: 476725PAE**

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11   Signature: Marion Craig as agent for The Flintkote Company

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: Nemeth

   ADDRESS: Nazareth, PA

   Pick-up Date: 10.17.11   Truck No. 20   Vehicle Lic. No. AF62128

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Lee Hill

   Signature of authorized agent: Lee H

3. Disposer of Waste (must be filled in by disposer)   CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>**PADEP Permit # 101680**<br>(215) 736-0195 | **Tullytown Resource Recovery Facility<br>(T.R.R.F)**<br>200 Bordentown Rd.<br>Tullyown, PA 19007<br>**PADEP Permit # 101494**<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>**PADEP Permit # 101100**<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>**PADEP Permit # 101649**<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>**Permit # 100933**<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>**Permit # 100265**<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>**Permit # 101427**<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

17 October 2011 (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)



TULLYTOWN LANDFILL  
GREEN, 1000 New Ford Mill Road  
Morrisville, PA, 19067    Ph:  

Original  
Ticket# 1216110  

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast  Carrier: Horwith  
14 Brick Kiln Ct  
Northampton, PA, 18067  

Tkt Date 10/17/2011                         Vehicle# 20           Volume  
Pay Type Credit Account      Chk#          Trailer#  
Billing# 0004177                            License#  
Acc Tons 24.65                              Driver  
Man Tk#                                     Haul Tk#  
PO#                                         Dest     T2  

Generator 132-FLINTKOTECO The Flintkote Company  Profile# 476725PAE (Waste Oil Contaminated Was  
EPA ID    *                                     Waste #  
Manifest: 412331                                Origin #/County NJ/NEW JERSEY (State o,NJ  
Trailer#                                        Origin Name     NEW JERSEY  

Operation Type-Inbound  

| Date/Time | Scale | Operator | Inbound | Gross | 75280 lb |
|---|---|---|---|---|---|
| In 10/17/2011 09:47 | TRRF LAB INBO | AS Lic # 72200 | | Tare | 25980 lb |
| Out 10/17/2011 10:14 | TRRF 1 OUTBOU | LR Lic 065358 | | Net | 49300 lb |
| | | | | Tons | 24.65 |

Comments License: AF62128, PA, Owner: Horwith Trucks Inc, Address: 650 Kathleen Ave Northamp

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1 Special Misc-Tons- | 100 | 24.65 | Tons | | | | NJ |
| 2 FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3 EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax  
Total Ticket  

Weighmaster:                              Driver:  

403WM

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412331 053

# NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower

   Pick-up Address: 6 East Frederick Place     Cedar Knolls, NJ 07927
   (No.)  (Street)                              (City)  (State)  (Zip)

   Telephone Number: 845-735-1600        SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____    Cubic Yards: _____    Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11          Signature: Mario Craig, as agent for The Flintkote Company
                                     (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: Nemeth
   ADDRESS: Nazareth, PA
   Pick-up Date: 10-17-11    Truck No. 20    Vehicle Lic. No. AF62128

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Lee (?), II
   Signature of authorized agent: _____

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>PADEP Permit # 101680<br>(215) 736-0195 | **Tullytown Resource Recovery Facility (T.R.R.F)**<br>**200 Bordentown Rd.**<br>**Tullyown, PA 19007**<br>**PADEP Permit # 101494**<br>**(215) 736-0195** | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>PADEP Permit # 101100<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>PADEP Permit # 101649<br>(570) 353-2405 |
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>Permit # 100933<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>Permit # 100265<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>Permit # 101427<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

17 Oct 11            (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)