

**TULLYTOWN LANDFILL**
GREEN, 1000 New Ford Mill Road
Morrisville, PA, 19067      Ph:

Original
Ticket# 1216116

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast  Carrier: Horwith
14 Brick Kiln Ct
Northampton, PA, 18067

| | | |
|---|---|---|
| Tkt Date 10/17/2011 | Vehicle# 288 | Volume |
| Pay Type Credit Account   Chk# | Trailer# | |
| Billing# 0004177 | License# | |
| Acc Tons 50.04 | Driver | |
| Man Tk# | Haul Tk# | |
| PO# | Dest   T2 | |

Generator 132-FLINTKOTECO The Flintkote Company   Profile# 476725PAE (Waste Oil Contaminated Was
EPA ID   *                                          Waste #
Manifest   412332                                   Origin #/County NJ/NEW JERSEY (State o, NJ
Trailer#                                            Origin Name       NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | Gross | 74060 lb |
|---|---|---|---|---|---|
| In 10/17/2011 09:52 | TRRF LAB INBO | AS Lic # 72200 | | Tare | 24080 lb |
| Out 10/17/2011 10:19 | TRRF 4 OUTBOU | AJ Lic 015313 | | Net | 50780 lb |
| | | | | Tons | 25.39 |

Comments License: AF45400, PA, Owner: Horwith, Address: 650 Kathleen Drive Nazareth, PA, 180

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1 Special Misc-Tons- 100 | | 25.39 | Tons | | | | NJ |
| 2 FUEL-Fuel Surcharg 100 | | | % | | | | NJ |
| 3 EVF-L-Standard Env 100 | | 1 | Load | | | | NJ |

Total Tax
Total Ticket

Weighmaster:                                Driver:

403WM

054

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

74860

Document Refer No. 11 412332

(800) 963-4776 – Technical Service Center

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower
   (Print or Type)                                           (Print or Type)
   Pick-up Address: 8 East Frederick Place    Cedar Knolls, NJ 07927
   (No.)           (Street)                    (City)       (State)    (Zip)

   Telephone Number: 845-735-1600    SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____    Cubic Yards: _____    Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11    Signature: Monica Criss as agent for The Flintkote Company
                                (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: Horwith / Nemeth
   ADDRESS: Nazareth PA
   Pick-up Date: 10/17/11    Truck No. 268    Vehicle Lic. No. AF45400 PA

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Clint Wambold (Driver)
   Signature of authorized agent: Clint Wambold

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>**PADEP Permit # 101680**<br>(215) 736-0195 | Tullytown Resource Recovery Facility<br>(T.R.R.F)<br>200 Bordentown Rd.<br>Tullytown, PA 19007<br>**PADEP Permit # 101494**<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>**PADEP Permit # 101100**<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>**PADEP Permit # 101649**<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>**Permit # 100933**<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>**Permit # 100265**<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>**Permit # 101427**<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on
17 OCT 11
(DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)



**WASTE MANAGEMENT**

GROWS NORTH  
1000 New Ford Mill Road  
Morrisville, PA, 19067    Ph:

Original  
Ticket# 605720

Customer: EnvWstMin476725PAE Environmental Wast  Carrier: GHTRUCKING *
14 Brick Kiln Ct  *
Northampton, PA, 18067  *

| | | |
|---|---|---|
| Tkt Date 10/17/2011 | Vehicle# 2 | Volume |
| Pay Type Credit Account Chk# | Trailer# | |
| Billing # 0004179 | License# | |
| Acct Tons 18.37 | Driver | |
| Man Tk# | Haul Tk# | |
| PO | Dest N2 | |

Generator 132-FLINTKOTECO The Flintkote Company   Profile 476725PAE (Waste Oil Contaminated Wa  
EPA ID *                                           Waste #  
Manifest 412333                                    Origin #/County  NJ/NEW JERSEY (State ,NJ  
Trailer                                            Origin Name      NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | | |
|---|---|---|---|---|---|
| In  10/17/2011 10:06 NORTH LAB INB AS LIC # 72200 | | | Gross | 64000 lb | |
| Out 10/17/2011 10:41 NORTH 4 OUTBO AJ Lic 015313 | | | Tare | 27260 lb | |
| | | | Net | 36740 lb | |
| | | | Tons | 18.37 | |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1 Special Misc-Tons- 100 | | 18.37 | Tons | | | | NJ |
| 2 FUEL-Fuel Surcharg 100 | | | % | | | | NJ |
| 3 EVF-L-Standard Env 100 | | 1 | Load | | | | NJ |

Total Tax  
Total Ticket

Weighmaster:                              Driver:

403WM

055

WASTE MANAGEMENT EASTERN PA MARKET AREA  
444 Oxford Valley Road  
Langhorne, PA 19047

Document Refer No. 11 412333

(800) 963-4776 – Technical Service Center

# NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower  
   Pick-up Address: 8 East Frederick Place    Cedar Knolls, NJ 07927  
   Telephone Number: 845-735-1800    SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____    Cubic Yards: _____    Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11    Signature: Mario Crangas as agent for The Flintkote Company

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: Horwith TK (EH Trucking)  
   ADDRESS: Northampton, PA  
   Pick-up Date: 10-17-11    Truck No. EH 2    Vehicle Lic. No. AZ5913

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Barney Portz  
   Signature of authorized agent: _____

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| **G.R.O.W.S. North Landfill**<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>PADEP Permit # 101680<br>(215) 736-0195 | Tullytown Resource Recovery Facility<br>(T.R.R.F)<br>200 Bordentown Rd.<br>Tullyown, PA 19007<br>PADEP Permit # 101494<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>PADEP Permit # 101100<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>PADEP Permit # 101649<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>Permit # 100933<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>Permit # 100265<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>Permit # 101427<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

17 Oct 11    (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

**LANDFILL (MAIL TO GENERATOR)**



```
                TULLYTOWN LANDFILL                                    Original
                GREEN, 1000 New Ford Mill Road                        Ticket# 1216149
                Morrisville, PA, 19067          Ph:
                THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!
Customer: EnvWstMin476725PAE Environmental Wast Carrier: GHTRUCKING
14 Brick Kiln Ct
Northampton, PA, 18067
```

| | | |
|---|---|---|
| Tkt Date 10/17/2011 | Vehicle# 19 | Volume |
| Pay Type Credit Account   Chk# | Trailer# | |
| Billing# 00004177 | License# | |
| Acc Tons 74.56 | Driver | |
| Man Tk# | Haul Tk# | |
| PO# | Dest     T2 | |

```
Generator 132-FLINTKOTECO The Flintkote Company  Profile# 476725PAE (Waste Oil Contaminated Was
  EPA ID    *                                    Waste #
Manifest   412334                                Origin #/County  NJ/NEW JERSEY (State o, NJ
Trailer#                                         Origin Name      NEW JERSEY
```

|  |  |  | Operation Type-Inbound | | |
|---|---|---|---|---|---|
| Date/Time | Scale | Operator | Inbound | Gross | 76780 lb |
| In  10/17/2011 10:20 TRRF LAB INBO AS Lic # 72200 | | | | Tare | 27740 lb |
| Out 10/17/2011 10:48 TRRF 4 OUTBOU AJ Lic 015313 | | | | Net | 49040 lb |
| | | | | Tons | 24.52 |

Comments License: AJ964F, NJ, Owner: GH Trucking, Address: 83 Good Springs Road Asbury, NJ,

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons- | 100 | 24.52 | Tons | | | | NJ |
| 2  FUEL-Fuel Surcharg | 100 |  | % | | | | NJ |
| 3  EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax
Total Ticket

Weighmaster: _____   Driver: [signature]

403WM

**WASTE MANAGEMENT EASTERN PA MARKET AREA**
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412334

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower
   (Print or Type)                                                   (Print or Type)
   Pick-up Address: 8 East Frederick Place                    Cedar Knolls, NJ 07927
   (No.)           (Street)                              (City)       (State)  (Zip)

   Telephone Number: 845-735-1600    SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____    Cubic Yards: _____    Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

Date: 10/12/11    Signature: Mario Craig as agent for The Flintkote Company
                                   (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: GH
   ADDRESS: RT 512 Bath
   Pick-up Date: 10-17-11    Truck No. 19    Vehicle Lic. No. AJ964F

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Kenneth Guiderman
   Signature of authorized agent: Kenneth Guiderman

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>**PADEP Permit # 101680**<br>(215) 736-0195 | **Tullytown Resource Recovery Facility**<br>**(T.R.R.F)**<br>200 Bordentown Rd.<br>Tullyown, PA 19007<br>**PADEP Permit # 101494**<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>**PADEP Permit # 101100**<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>**PADEP Permit # 101649**<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>**Permit # 100933**<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>**Permit # 100265**<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>**Permit # 101427**<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on
17 Oct 11    (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)



TULLYTOWN LANDFILL
GREEN, 1000 New Ford Mill Road
Morrisville, PA, 19067      Ph:

Original
Ticket# 1216339

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast Carrier: Horwith
14 Brick Kiln Ct
Northampton, PA, 18067

| | | |
|---|---|---|
| Tkt Date 10/17/2011 | Vehicle# 288 | Volume |
| Pay Type Credit Account   Chk# | Trailer# | |
| Billing# 0004177 | License# | |
| Acc Tons 96.37 | Driver | |
| Man Tk# | Haul Tk# | |
| PO# | Dest   T2 | |

Generator 132-FLINTKOTECO The Flintkote Company  Profile# 476725PAE (Waste Oil Contaminated Was
EPA ID   *                                        Waste #
Manifest  412336                                  Origin #/County  NJ/NEW JERSEY (State o, NJ
Trailer#                                          Origin Name      NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | | |
|---|---|---|---|---|---|
| In  10/17/2011 14:05 | TRRF LAB INBO | AK  LIC# 738712 | Gross | 67500 | lb |
| Out 10/17/2011 14:32 | TRRF 4 OUTBOU | SK  Lic 056734 | Tare  | 23880 | lb |
| | | | Net   | 43620 | lb |
| | | | Tons  | 21.81 | |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons- | 100 | 21.81 | Tons | | | | NJ |
| 2  FUEL-Fuel Surcharg | 100 |       | %    | | | | NJ |
| 3  EVF-L-Standard Env | 100 | 1     | Load | | | | NJ |

Total Tax
Total Ticket

Weighmaster: _____     Driver: _____

403WM