058

**WASTE MANAGEMENT EASTERN PA MARKET AREA**
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412336

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: __The Flintkote Company__  Company Contact: __Eric Bower__
   (Print or Type)                                                    (Print or Type)
   Pick-up Address __8 East Frederick Place_____ __Cedar Knolls, NJ 07927__
                     (No.)        (Street)                (City)      (State)   (Zip)

   Telephone Number: __845-735-1800__  SIC No. _____

   Waste Stream Identification: __This manifest represents a non-hazardous waste as per EPA and PADEP regulations.__

   Tons: _____  Cubic Yards: _____  Other (Specify): _____

   Name of Waste __509 - Waste Oil Contaminated Waste__

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: __10/12/11__  Signature: __Mario Craig as agent for The Flintkote Company__
                                   (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: __Horwith / Nazareth__

   ADDRESS: __Nazareth PA__

   Pick-up Date: __10/17/11__  Truck No. __288__  Vehicle Lic. No. __AF 45400 PA__

   The above described waste was picked up and hauled by me to the disposal facility named below and was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: __Clint Wambold (Driver)__
   Signature of authorized agent: _____

3. Disposer of Waste (must be filled-in by disposer)   CIRCLE ONE:

   | G.R.O.W.S. North Landfill | Tullytown Resource Recovery Facility (T.R.R.F) | Mountain View Reclamation Landfill | Phoenix Resources Landfill |
   |---|---|---|---|
   | 1000 New Ford Mill Rd. Morrisville, PA 19067 PADEP Permit # 101680 (215) 736-0195 | 200 Bordentown Rd. Tullytown, PA 19007 PADEP Permit # 101494 (215) 736-0195 | 9446 Letzburg Rd. Greencastle, PA 17225 PADEP Permit # 101100 (717) 597-5535 | 782 Antrim Road Wellsboro, PA 16901 PADEP Permit # 101649 (570) 353-2405 |
   | **Alliance Sanitary Landfill** 398 South Keyser Ave. Taylor, PA 18517 Permit # 100933 (570) 562-1600 | **Grand Central Sanitary Landfill** 910 W. Pennsylvania Ave. Pen Argyl, PA 18072 Permit # 100265 (610) 863-2400 | **Pine Grove Landfill** 193 Schultz Rd. Pine Grove, PA 17963 Permit # 101427 (570) 345-2777 | |

   Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on __17 OCT 11__ (DISPOSAL DATE)

   Waste Discrepancies: _____

   Signature of authorized agent and title: _____

   LANDFILL (MAIL TO GENERATOR)



**GROWS NORTH**
1000 New Ford Mill Road
Morrisville, PA, 19067    Ph:

Original
Ticket# 605935

Customer: EnvWstMin476725PAE Environmental Wast   Carrier: GHTRUCKING
14 Brick Kiln Ct
Northampton, PA, 18067

| | | | |
|---|---|---|---|
| Tkt Date 10/17/2011 | | Vehicle# 2 | Volume |
| Pay Type Credit Account  Chk# | | Trailer# | |
| Billing # 0004179 | | License# | |
| Acct Tons 43.28 | | Driver | |
| Man Tk# | | Haul Tk# | |
| PO | | Dest N2 | |

Generator 132-FLINTKOTECO The Flintkote Company   Profile 476725PAE (Waste Oil Contaminated Wa
EPA ID   *                                       Waste #
Manifest 412337                                  Origin #/County   NJ/NEW JERSEY (State ,NJ
Trailer                                          Origin Name      NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | Gross | 76920 lb |
|---|---|---|---|---|---|
| In 10/17/2011 14:16 | NORTH LAB INB | AK LIC#73712 | | Tare | 27100 lb |
| Out 10/17/2011 15:02 | NORTH 4 OUTBO | SK Lic 056734 | | Net | 49820 lb |
| | | | | Tons | 24.91 |

Comments  License: a1591b, NJ, Owner: GH Trucking, Address: 83 Good Springs Road Asbury, NJ,

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1 Special Misc-Tons- 100 | | 24.91 | Tons | | | | NJ |
| 2 FUEL-Fuel Surcharg 100 | | | % | | | | NJ |
| 3 EVF-L-Standard Env 100 | | 1 | Load | | | | NJ |

Total Tax
Total Ticket

Weighmaster:                                   Driver:

403WM

059

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412337

# NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company     Company Contact: Eric Bower
   Pick-up Address: 8 East Frederick Place     Cedar Knolls, NJ 07927
   Telephone Number: 845-735-1600     SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____     Cubic Yards: _____     Other (Specify): _____
   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11     Signature: Mario Craig as agent for The Flintkote Company

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____
   COMPANY NAME: Hanworth (GH Trucking)
   ADDRESS: Northampton, PA
   Pick-up Date: 10-17-11     Truck No. GH-2     Vehicle Lic. No. _____

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Barry _____
   Signature of authorized agent: _____

3. Disposer of Waste (must be filled-in by disposer)     CIRCLE ONE:

| G.R.O.W.S. North Landfill  1000 New Ford Mill Rd.  Morrisville, PA 19067  PADEP Permit # 101680  (215) 736-0195 | Tullytown Resource Recovery Facility (T.R.R.F)  200 Bordentown Rd.  Tullytown, PA 19007  PADEP Permit # 101494  (215) 736-0195 | Mountain View Reclamation Landfill  9446 Letzburg Rd.  Greencastle, PA 17225  PADEP Permit # 101100  (717) 597-5535 | Phoenix Resources Landfill  782 Antrim Road  Wellsboro, PA 16901  PADEP Permit # 101649  (570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill  398 South Keyser Ave.  Taylor, PA 18517  Permit # 100933  (570) 562-1600 | Grand Central Sanitary Landfill  910 W. Pennsylvania Ave.  Pen Argyl, PA 18072  Permit # 100265  (610) 863-2400 | Pine Grove Landfill  193 Schultz Rd.  Pine Grove, PA 17963  Permit # 101427  (570) 345-2777 |  |

(G.R.O.W.S. North Landfill circled)

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on
17 Oct 11 (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

**LANDFILL (MAIL TO GENERATOR)**



TULLYTOWN LANDFILL  
GREEN, 1000 New Ford Mill Road  
Morrisville, PA, 19067  Ph:  

Original  
Ticket# 1216611  

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast Carrier: Horwith  
14 Brick Kiln Ct  
Northampton, PA, 18067  

```
Tkt Date 10/18/2011                     Vehicle# 20           Volume
Pay Type Credit Account    Chk#         Trailer#
Billing# 0004177                        License#
Acc Tons 22.53                          Driver
Man Tk#                                 Haul Tk#
PO#                                     Dest      T2
```

Generator 132-FLINTKOTECO The Flintkote Company  Profile# 476725PAE (Waste Oil Contaminated Was  
  EPA ID   *                                      Waste #  
Manifest  412338                                  Origin #/County NJ/NEW JERSEY (State o, NJ  
Trailer#                                          Origin Name    NEW JERSEY  

```
                                        Operation Type-Inbound
Date/Time        Scale      Operator    Inbound   Gross    71060 lb
In  10/18/2011 09:57 TRRF LAB INBO AS Lic # 72200           Tare     26000 lb
Out 10/18/2011 10:17 TRRF 4 OUTBOU MG Lic 069464            Net      45060 lb
                                                            Tons       22.53
```

Comments

| Product |  | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|---|
| 1 | Special Misc-Tons- | 100 | 22.53 | Tons |  |  |  | NJ |
| 2 | FUEL-Fuel Surcharg | 100 |  | % |  |  |  | NJ |
| 3 | EVF-L-Standard Env | 100 | 1 | Load |  |  |  | NJ |

Total Tax  
Total Ticket  

Weighmaster: _____  Driver: _____

403WM

060

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

Document Refer No. 11 412338

(800) 963-4776 – Technical Service Center

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower
   Pick-up Address: 8 East Frederick Place    Cedar Knolls, NJ 07927

   Telephone Number: 845-735-1600    SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____    Cubic Yards: _____    Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11    Signature: Mario Craig as agent for The Flintkote Company

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: Nemeth/Horwith
   ADDRESS: Nazareth, PA
   Pick-up Date: 10·18·11    Truck No. 20    Vehicle Lic. No. AF 62128

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Lee Hill
   Signature of authorized agent: _____

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>PADEP Permit # 101680<br>(215) 736-0195 | **Tullytown Resource Recovery Facility (T.R.R.F)**<br>200 Bordentown Rd.<br>Tullyown, PA 19007<br>PADEP Permit # 101494<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>PADEP Permit # 101100<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>PADEP Permit # 101649<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>Permit # 100933<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>Permit # 100265<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>Permit # 101427<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on 18 Oct 11 (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)



TULLYTOWN LANDFILL  
GREEN, 1000 New Ford Mill Road  
Morrisville, PA, 19067      Ph:  

Original  
Ticket# 1214549  

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast Carrier: GHTRUCKING  
14 Brick Kiln Ct  
Northampton, PA, 18067  

Tkt Date 10/12/2011          Vehicle# 5           Volume  
Pay Type Credit Account  Chk#   Trailer#  
Billing# 0004177             License#  
Acc Tons 111.01              Driver  
Man Tk#                      Haul Tk#  
PO#                          Dest   T2  

Generator 132-FLINTKOTECO The Flintkote Company Profile# 476725PAE (Waste Oil Contaminated Was  
  EPA ID   *                              Waste #  
Manifest: 412299                          Origin #/County NJ/NEW JERSEY (State o,NJ  
Trailer#                                  Origin Name   NEW JERSEY  

Operation Type-Inbound  

| Date/Time | Scale | Operator | Inbound | | |
|---|---|---|---|---|---|
| In  10/12/2011 10:19 | TRRF LAB INBO | AS Lic # 72200 | Gross | 65620 | lb |
| Out 10/12/2011 10:53 | TRRF 2 OUTBOU | DW Lic 061464 | Tare  | 27120 | lb |
| | | | Net   | 38500 | lb |
| | | | Tons  | 19.25 | |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1 Special Misc-Tons- | 100 | 19.25 | Tons | | | | NJ |
| 2 FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3 EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax  
Total Ticket  

Weighmaster: _____  Driver: *signature*

403WM

028

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

Document Refer No. 11 412306

(800) 963-4776 – Technical Service Center

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company   Company Contact: Eric Bower

   Pick-up Address: 8 East Frederick Place        Cedar Knolls, NJ 07927
                    (No.)      (Street)            (City)      (State) (Zip)

   Telephone Number: 845-735-1600     SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____   Cubic Yards: _____   Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11    Signature: Maria Craig as agent for The Flintkote Company
                               (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: G H Trucking
   ADDRESS: 2101 Schroettner Ctr  Nazareth, Pa
   Pick-up Date: 10/12/11   Truck No. 5   Vehicle Lic. No. AL468N NJ

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: David Wagner
   Signature of authorized agent: David Wagner

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>PADEP Permit # 101680<br>(215) 736-0195 | **Tullytown Resource Recovery Facility<br>(T.R.R.F)<br>200 Bordentown Rd.<br>Tullytown, PA 19007<br>PADEP Permit # 101494<br>(215) 736-0195** | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>PADEP Permit # 101100<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>PADEP Permit # 101649<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>Permit # 100933<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>Permit # 100265<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>Permit # 101427<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on 12 OCT 11 (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____