

15

**GROWS NORTH**
1000 New Ford Mill Road
Morrisville, PA, 19067    Ph:

Original
Ticket# 604871

Customer: EnvWstMin476725PAE Environmental Wast   Carrier: NEMETH *
14 Brick Kiln Ct
Northampton, PA, 18067

| | | | |
|---|---|---|---|
| Tkt Date 10/13/2011 | | Vehicle# 269 | Volume |
| Pay Type Credit Account  Chk# | | Trailer# | |
| Billing # 0004179 | | License# | |
| Acct Tons 192.80 | | Driver | |
| Man Tk# | | Haul Tk# | |
| PO | | Dest N2 | |

Generator 132-FLINTKOTECO The Flintkote Company   Profile   476725PAE (Waste Oil Contaminated Wa
EPA ID  *                                          Waste #
Manifest  412323                                   Origin #/County  NJ/NEW JERSEY (State ,NJ
Trailer                                            Origin Name      NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | Gross | 72780 lb |
|---|---|---|---|---|---|
| In 10/13/2011 12:06 | NORTH LAB INB | AS LIC # 72200 | | Tare | 23640 lb |
| Out 10/13/2011 12:44 | NORTH 3 OUTBO | AJ Lic 015313 | | Net | 49140 lb |
| | | | | Tons | 24.57 |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons- 100 | | 24.57 | Tons | | | | NJ |
| 2  FUEL-Fuel/Surcharg 100 | | | x | | | | NJ |
| 3  EVF-L-Standard Env 100 | | 1 | Load | | | | NJ |

Total Tax
Total Ticket

Weighmaster:                                       Driver:

403WM

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412323

# NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: __The Flintkote Company__   Company Contact: __Eric Bower__
   (Print or Type)                                                      (Print or Type)

   Pick-up Address: __8 East Frederick Place_____  __Cedar Knolls, NJ 07927__
                    (No.)        (Street)                    (City)    (State)   (Zip)

   Telephone Number: __845-735-1600__        SIC No. _____

   Waste Stream Identification: __This manifest represents a non-hazardous waste as per EPA and PADEP regulations.__

   Tons: _____   Cubic Yards: _____   Other (Specify): _____

   Name of Waste: __509 - Waste Oil Contaminated Waste__

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** __476725PAE__

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: __10/12/11__     Signature: __Mario Cruz as agent for The Flintkote Company__
                                           (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: __HOWITH / NEMETH__
   ADDRESS: __NAZARETH__
   Pick-up Date: __10/13/11__   Truck No. __269__   Vehicle Lic. No. __AF78732__

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: __MIKE LEDUC__
   Signature of authorized agent: __Mike LeDuc__

3. Disposer of Waste (must be filled-in by disposer)        CIRCLE ONE:

| (G.R.O.W.S. North Landfill)<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>PADEP Permit # 101680<br>(215) 736-0195 | Tullytown Resource Recovery Facility<br>(T.R.R.F)<br>200 Bordentown Rd.<br>Tullyown, PA 19007<br>PADEP Permit # 101494<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>PADEP Permit # 101100<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>PADEP Permit # 101649<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>Permit # 100933<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>Permit # 100265<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>Permit # 101427<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on __10/13/11__ (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____



GROWS NORTH  
1000 New Ford Mill Road  
Morrisville, PA, 19067   Ph:

Original  
Ticket# 604789

Customer: EnvWstMin476725PAE Environmental Wast  Carrier: TCB T C B  
14 Brick Kiln Ct                                          T C B  
Northampton, PA, 18067

| | | |
|---|---|---|
| Tkt Date  10/13/2011 | Vehicle#  157 | Volume |
| Pay Type  Credit Account  Chk# | Trailer# | |
| Billing # 0004179 | License# | |
| Acct Tons 106.46 | Driver | |
| Man Tk# | Haul Tk# | |
| PO | Dest  N2 | |

Generator 132-FLINTKOTECO The Flintkote Company   Profile   476725PAE (Waste Oil Contaminated Wa  
EPA ID   *                                         Waste #  
Manifest  412320                                   Origin #/County   NJ/NEW JERSEY (State ,NJ  
Trailer                                            Origin Name      NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | | |
|---|---|---|---|---|---|
| In  10/13/2011 10:23 | NORTH LAB INB | AS LIC # 72200 | Gross | 64100 | lb |
| Out 10/13/2011 11:19 | NORTH 1 OUTBO | MG Lic 069464 | Tare | 26220 | lb |
| | | | Net | 37880 | lb |
| | | | Tons | 18.94 | |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons- | 100 | 18.94 | Tons | | | | NJ |
| 2  FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3  EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax  
Total Ticket

Weighmaster: _____   Driver: _____

403WM

042

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412320



## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company   Company Contact: Eric Bower
   Pick-up Address: 8 East Frederick Place   Cedar Knolls, NJ 07927
   Telephone Number: 845-735-1600   SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____  Cubic Yards: _____  Other (Specify): _____

   Name of Waste: 508 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11   Signature: Mario Craig as agent for The Flintkote Company

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____
   COMPANY NAME: TCB
   ADDRESS: LIVINGSTON N.J
   Pick-up Date: 10-13-11   Truck No. 157   Vehicle Lic. No. AN3107/NJ

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: JACK GAMBINO
   Signature of authorized agent: Jack Gambino

3. Disposer of Waste (must be filled-in by disposer)   CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>PADEP Permit # 101680<br>(215) 736-0195 | Tullytown Resource Recovery Facility (T.R.R.F)<br>200 Bordentown Rd.<br>Tullyown, PA 19007<br>PADEP Permit # 101494<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>PADEP Permit # 101100<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>PADEP Permit # 101649<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>Permit # 100933<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>Permit # 100265<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>Permit # 101427<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on
13 OCTOBER 2011 (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)

021

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

Document Refer No. 11 412299

(800) 963-4776 – Technical Service Center

# NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company      Company Contact: Eric Bower
                 (Print or Type)                              (Print or Type)
   Pick-up Address: 8 East Frederick Place          Cedar Knolls, NJ 07927
                   (No.)      (Street)              (City)    (State)  (Zip)

   Telephone Number: 845-735-1600            SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____   Cubic Yards: _____   Other (Specify): _____

   Name of Waste: 508 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/11/11           Signature: Mario Craig as agent for
                                      (Name and Title)
                                      The Flintkote Company

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: GH TRUCKING

   ADDRESS: 2101 Schroettne CTR Nazareth, Pa

   Pick-up Date: 10/12/11     Truck No. 5     Vehicle Lic. No. AL468N NJ

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: DaViD Wagner

   Signature of authorized agent: David Wagner

3. Disposer of Waste (must be filled-in by disposer)         CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>**PADEP Permit # 101680**<br>(215) 736-0195 | **Tullytown Resource Recovery Facility**<br>**(T.R.R.F)**<br>200 Bordentown Rd.<br>Tullyown, PA 19007<br>**PADEP Permit # 101494**<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>**PADEP Permit # 101100**<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>**PADEP Permit # 101649**<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>**Permit # 100933**<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>**Permit # 100265**<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>**Permit # 101427**<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

12 OCT. 11 _____ (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

**LANDFILL (MAIL TO GENERATOR)**



TULLYTOWN LANDFILL  
GREEN, 1000 New Ford Mill Road  
Morrisville, PA, 19067       Ph:  
Original  
Ticket# 1214554

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast Carrier: Horwith  
14 Brick Kiln Ct  
Northampton, PA, 18067

Tkt Date 10/12/2011           Vehicle# 20        Volume  
Pay Type Credit Account  Chk#  Trailer#  
Billing# 0004177             License#  
Acc Tons 130.66              Driver  
Man Tk#                      Haul Tk#  
PO#                          Dest    T2

Generator 132-FLINTKOTECO The Flintkote Company Profile# 476725PAE (Waste Oil Contaminated Was  
EPA ID   *                   Waste #  
Manifest  412294             Origin #/County NJ/NEW JERSEY (State o, NJ  
Trailer#                     Origin Name    NEW JERSEY

                                         Operation Type-Inbound  
Date/Time       Scale     Operator       Inbound   Gross      65320 lb  
In  10/12/2011 10:22 TRRF LAB INBO AS Lic # 72200           Tare       26020 lb  
Out 10/12/2011 11:02 TRRF 2 OUTBOU DW Lic 061464            Net        39300 lb  
                                                   Tons       19.65

Comments

Product            LD%   Qty    UOM    Rate   Tax   Amount   Origin

1   Special Misc-Tons- 100   19.65  Tons                             NJ  
2   FUEL-Fuel Surcharg 100          %                                NJ  
3   EVF-L-Standard Env 100       1  Load                             NJ

                                          Total Tax  
                                          Total Ticket  
                              Driver:  _Lee_

Weighmaster:

403WM

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412294

O/6


3 00
65 .-

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower
   Pick-up Address: 8 East Frederick Place    Cedar Knolls, NJ 07927

   Telephone Number: 845-735-1600    SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____    Cubic Yards: _____    Other (Specify): _____

   Name of Waste: 508 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/11/11    Signature: Mario Craig as agent for The Flintkote Company

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____
   COMPANY NAME: Horwith/Nemeth #20
   ADDRESS: Nazareth, PA
   Pick-up Date: 10-12-11    Truck No. 20    Vehicle Lic. No. AF62128

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Lee Hill
   Signature of authorized agent: _____

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>PADEP Permit # 101680<br>(215) 736-0195 | **Tullytown Resource Recovery Facility<br>(T.R.R.F)<br>200 Bordentown Rd.<br>Tullyown, PA 19007<br>PADEP Permit # 101494<br>(215) 736-0195** | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>PADEP Permit # 101100<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>PADEP Permit # 101649<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>Permit # 100933<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>Permit # 100265<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>Permit # 101427<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

17 OCT 11    (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)