

TULLYTOWN LANDFILL  
GREEN, 1000 New Ford Mill Road  
Morrisville, PA, 19067  Ph:  
Original  
Ticket# 1214556

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMln476725PAE Environmental Wast  Carrier: Horwith
14 Brick Kiln Ct
Northampton, PA, 18067

Tkt Date 10/12/2011      Vehicle# 283      Volume
Pay Type Credit Account   Chk#   Trailer#
Billing# 0004177          License#
Acc Tons 152.85           Driver
Man Tk#                   Haul Tk#
PO#                       Dest    T2

Generator 132-FLINTKOTECO The Flintkote Company  Profile# 476725PAE (Waste Oil Contaminated Was
EPA ID  *                                        Waste #
Manifest 412298                                  Origin #/County NJ/NEW JERSEY (State o,NJ
Trailer#                                         Origin Name    NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | | |
|---|---|---|---|---|---|
| In 10/12/2011 10:26 | TRRF LAB | INBO AS Lic # 72200 | Gross | 68420 | lb |
| Out 10/12/2011 11:04 | TRRF 2 | OUTBOU DW Lic 061464 | Tare | 24040 | lb |
| | | | Net | 44380 | lb |
| | | | Tons | 22.19 | |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1 Special Misc-Tons- | 100 | 22.19 | Tons | | | | NJ |
| 2 FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3 EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax  
Total Ticket

Weighmaster: _____   Driver: _____

403WM

020

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412298

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower
   (Print or Type)                         (Print or Type)
   Pick-up Address: 8 East Frederick Place                 Cedar Knolls, NJ 07927
   (No.)          (Street)                              (City)      (State)  (Zip)

   Telephone Number: 845-735-1600          SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____   Cubic Yards: _____   Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/11/11    Signature: Mario Craig as agent for
                                The Flintkote Company
                                (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: Hewitt Trucks Inc.
   ADDRESS: Northampton PA
   Pick-up Date: 10-12-2011   Truck No. 283    Vehicle Lic. No. AF45261

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Dave R Snyder
   Signature of authorized agent: Dave R Snyder

3. Disposer of Waste (must be filled-in by disposer)   CIRCLE ONE:

   | G.R.O.W.S. North Landfill | Tullytown Resource Recovery Facility (T.R.R.F) | Mountain View Reclamation Landfill | Phoenix Resources Landfill |
   |---|---|---|---|
   | 1000 New Ford Mill Rd. | 200 Bordentown Rd. | 9446 Letzburg Rd. | 782 Antrim Road |
   | Morrisville, PA 19067 | Tullyown, PA 19007 | Greencastle, PA 17225 | Wellsboro, PA 16901 |
   | PADEP Permit # 101680 | PADEP Permit # 101494 | PADEP Permit # 101100 | PADEP Permit # 101649 |
   | (215) 736-0195 | (215) 736-0195 | (717) 597-5535 | (570) 353-2405 |
   | **Alliance Sanitary Landfill** | **Grand Central Sanitary Landfill** | **Pine Grove Landfill** | |
   | 398 South Keyser Ave. | 910 W. Pennsylvania Ave. | 193 Schultz Rd. | |
   | Taylor, PA 18517 | Pen Argyl, PA 18072 | Pine Grove, PA 17963 | |
   | Permit # 100933 | Permit # 100265 | Permit # 101427 | |
   | (570) 562-1600 | (610) 863-2400 | (570) 345-2777 | |

   (Tullytown Resource Recovery Facility is circled)

   Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

   12 OCT 11 _____ (DISPOSAL DATE)

   Waste Discrepancies: _____

   Signature of authorized agent and title: _____

   LANDFILL (MAIL TO GENERATOR)



TULLYTOWN LANDFILL  
GREEN, 1000 New Ford Mill Road  
Morrisville, PA, 19067    Ph:  

Original  
Ticket# 1214563

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast  Carrier: GHTRUCKING  
14 Brick Kiln Ct  
Northampton, PA, 18067

| | | |
|---|---|---|
| Tkt Date 10/12/2011 | Vehicle# 8 | Volume |
| Pay Type Credit Account    Chk# | Trailer# | |
| Billing# 0004177 | License# | |
| Acc Tons 174.06 | Driver | |
| Man Tk# | Haul Tk# | |
| PO# | Dest    T2 | |

Generator 132-FLINTKOTECO The Flintkote Company   Profile# 476725PAE (Waste Oil Contaminated Was  
  EPA ID   *                                      Waste #  
Manifest  412300                                  Origin #/County NJ/NEW JERSEY (State o, NJ  
Trailer#                                          Origin Name     NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | | |
|---|---|---|---|---|---|
| In  10/12/2011 10:36 | TRRF LAB INBO | AS Lic # 72200 | Gross | 70340 | lb |
| Out 10/12/2011 11:08 | TRRF 2 OUTBOU | DW Lic 061464 | Tare  | 27920 | lb |
| | | | Net   | 42420 | lb |
| | | | Tons  | 21.21 | |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons- | 100 | 21.21 | Tons | | | | NJ |
| 2  FUEL-Fuel Surcharg | 100 |       | %    | | | | NJ |
| 3  EVF-L-Standard Env | 100 | 1     | Load | | | | NJ |

Total Tax  
Total Ticket

Weighmaster:                           Driver: [signature]

403WM

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412300

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company     Company Contact: Eric Bower
   (Print or Type)                          (Print or Type)
   Pick-up Address: 8 East Frederick Place          Cedar Knolls, NJ 07927
                    (No.)        (Street)           (City)        (State)   (Zip)

   Telephone Number: 845-735-1800           SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____   Cubic Yards: _____   Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/11/11    Signature: Mario Craig as agent for The Flintkote Company
                                (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____
   COMPANY NAME: GH TRUCKING  (HORWITH)
   ADDRESS: RT 512 BATH PA
   Pick-up Date: 10-12-11     Truck No. CH8     Vehicle Lic. No. AL4180 - NJ

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Mike Meleski
   Signature of authorized agent: Mike Meleski

3. Disposer of Waste (must be filled-in by disposer)     CIRCLE ONE:

| G.R.O.W.S. North Landfill | Tullytown Resource Recovery Facility (T.R.R.F) | Mountain View Reclamation Landfill | Phoenix Resources Landfill |
|---|---|---|---|
| 1000 New Ford Mill Rd. Morrisville, PA 19067 **PADEP Permit # 101680** (215) 736-0195 | 200 Bordentown Rd. Tullyown, PA 19007 **PADEP Permit # 101494** (215) 736-0195 | 9446 Letzburg Rd. Greencastle, PA 17225 **PADEP Permit # 101100** (717) 597-5535 | 782 Antrim Road Wellsboro, PA 16901 **PADEP Permit # 101649** (570) 353-2405 |
| **Alliance Sanitary Landfill** 398 South Keyser Ave. Taylor, PA 18517 **Permit # 100933** (570) 562-1600 | **Grand Central Sanitary Landfill** 910 W. Pennsylvania Ave. Pen Argyl, PA 18072 **Permit # 100265** (610) 863-2400 | **Pine Grove Landfill** 193 Schultz Rd. Pine Grove, PA 17963 **Permit # 101427** (570) 345-2777 | |

(Tullytown Resource Recovery Facility circled)

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on
12 OCTOBER 11 (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

**LANDFILL (MAIL TO GENERATOR)**



```
                TULLYTOWN  LANDFILL                              Original
                GREEN, 1000 New Ford Mill Road                   Ticket# 1214540
                  Morrisville, PA, 19067         Ph:
                THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!
Customer: EnvWstMin476725PAE Environmental Wast Carrier: TCB
14 Brick Kiln Ct
Northampton, PA, 18067
```

| | | |
|---|---|---|
| Tkt Date 10/12/2011 | Vehicle# 97 | Volume |
| Pay Type Credit Account Chk# | Trailer# | |
| Billing# 0004177 | License# | |
| Acc Tons 68.99 | Driver | |
| Man Tk# | Haul Tk# | |
| PO# | Dest T2 | |

Generator 132-FLINTKOTECO The Flintkote Company   Profile# 476725PAE (Waste Oil Contaminated Was
 EPA ID    *                                      Waste #
Manifest   412296                                 Origin #/County NJ/NEW JERSEY (State o,NJ
Trailer#                                          Origin Name    NEW JERSEY

                                          Operation Type-Inbound
Date/Time           Scale        Operator     Inbound   Gross       68680 lb
In  10/12/2011 10:09 TRRF LAB INBO AS Lic # 72200        Tare        24300 lb
Out 10/12/2011 10:38 TRRF 4 OUTBOU MG Lic 069464         Net         44380 lb
                                                         Tons          22.19

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1 Special Misc-Tons- | 100 | 22.19 | Tons | | | | NJ |
| 2 FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3 EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax
Total Ticket

Weighmaster: _____   Driver: Victr #97

403WM

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412296 O18



# NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower
   Pick-up Address: 6 East Frederick Place    Cedar Knolls, NJ 07927
   (No.)  (Street)    (City)  (State)  (Zip)

   Telephone Number: 845-735-1600    SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____   Cubic Yards: _____   Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/11/11    Signature: Mario Craig as agent for The Flintkote Company
   (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: TCB
   ADDRESS: Livingston N.J.
   Pick-up Date: 10/12/11   Truck No. 97   Vehicle Lic. No. AK615M

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Victor A
   Signature of authorized agent: _____

3. Disposer of Waste (must be filled in by disposer)    CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>**PADEP Permit # 101680**<br>(215) 736-0195 | **Tullytown Resource Recovery Facility (T.R.R.F)**<br>200 Bordentown Rd.<br>Tullyown, PA 19007<br>**PADEP Permit # 101494**<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>**PADEP Permit # 101100**<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>**PADEP Permit # 101649**<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>**Permit # 100933**<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>**Permit # 100265**<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>**Permit # 101427**<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

12 Oct 11    (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)



TULLYTOWN LANDFILL
GREEN, 1000 New Ford Mill Road
Morrisville, PA, 19067          Ph:

Original
Ticket# 1214456

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast Carrier: Horwith
14 Brick Kiln Ct
Northampton, PA, 18067

```
Tkt Date  10/12/2011                         Vehicle# 288          Volume
Pay Type  Credit Account    Chk#             Trailer#
Billing#  0004177                            License#
Acc Tons  25.63                              Driver
Man Tk#                                      Haul Tk#
PO#                                          Dest        T2
```

Generator 132-FLINTKOTECO The Flintkote Company  Profile# 476725PAE (Waste Oil Contaminated Was
  EPA ID   *                                     Waste #
Manifest   412293                                Origin #/County NJ/NEW JERSEY (State o, NJ
Trailer#                                         Origin Name     NEW JERSEY

```
                                                  Operation Type-Inbound
Date/Time        Scale         Operator           Inbound   Gross      75420 lb
In  10/12/2011 07:34 TRRF LAB INBO AS Lic # 72200           Tare       24160 lb
Out 10/12/2011 08:17 TRRF 4 OUTBOU SK Lic 056734            Net        51260 lb
                                                            Tons         25.63
```

Comments License: AF45400, NJ, Owner: Nemeth Enterprises, Address: 650 Kathleen Drive Nazare

```
Product                LP%    Qty    UOM     Rate      Tax     Amount    Origin
1   Special Misc-Tons- 100   25.63  Tons                                   NJ
2   FUEL-Fuel Surcharg 100           %                                     NJ
3   EVF-L-Standard Env 100       1  Load                                   NJ
```

Total Tax
Total Ticket

Weighmaster: _____     Driver: _____

403WM