015

**WASTE MANAGEMENT EASTERN PA MARKET AREA**
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412293

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company     Company Contact: Eric Bower
                 (Print or Type)                            (Print or Type)
   Pick-up Address: 8 East Frederick Place        Cedar Knolls, NJ 07927
                    (No.)    (Street)              (City)    (State)  (Zip)

   Telephone Number: 845-735-1600          SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____     Cubic Yards: _____     Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER: 476725PAE**

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/11/11          Signature: Marion Craig as agent for The Flintkote Company
                                      (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: Hewitt / Nemeth
   ADDRESS: Belvidere NJ  Nazareth PA
   Pick-up Date: 10/11/11    Truck No. 288    Vehicle Lic. No. AF 45400 PA

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Clint Wambold (Driver)
   Signature of authorized agent: _____

3. Disposer of Waste (must be filled-in by disposer)     CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>**PADEP Permit # 101680**<br>(215) 736-0195 | **Tullytown Resource Recovery Facility (T.R.R.F.)**<br>200 Bordentown Rd.<br>Tullytown, PA 19007<br>**PADEP Permit # 101494**<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>**PADEP Permit # 101100**<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>**PADEP Permit # 101649**<br>(570) 353-2405 |
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>**Permit # 100933**<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>**Permit # 100265**<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>**Permit # 101427**<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

12 Oct 11
(DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)



**WASTE MANAGEMENT**

GROWS NORTH  
1000 New Ford Mill Road  
Morrisville, PA, 19067         Ph:

Original  
Ticket# 604288

Customer: EnvWstMin476725PAE Environmental Wast   Carrier: HORWITH TRUCKS INC *  
14 Brick Kiln Ct                                                              *  
Northampton, PA, 18067

```
Tkt Date   10/12/2011                    Vehicle#  270           Volume
Pay Type   Credit Account   Chk#         Trailer#
Billing #  0004179                       License#
Acct Tons  24.28                         Driver
Man Tk#                                  Haul Tk#
PO                                       Dest     N2
```

Generator 132-FLINTKOTECO The Flintkote Company   Profile  476725PAE (Waste Oil Contaminated Wa  
EPA ID    *                                       Waste #  
Manifest  412292                                  Origin #/County  NJ/NEW JERSEY (State ,NJ  
Trailer                                           Origin Name      NEW JERSEY

```
                                           Operation Type-Inbound
Date/Time           Scale         Operator      Inbound   Gross     72980 lb
In  10/12/2011 07:27 NORTH LAB INB AS LIC # 72200         Tare      24420 lb
Out 10/12/2011 08:10 NORTH 4 OUTBO SK Lic 056734          Net       48560 lb
                                                          Tons         24.28
```

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons- | 100 | 24.28 | Tons | | | | NJ |
| 2  FUEL-Fuel Surcharg | 100 |  | % | | | | NJ |
| 3  EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax  
Total Ticket  
_____

Weighmaster: _____     Driver: _[signature]_____

403WM

014

WASTE MANAGEMENT EASTERN PA MARKET AREA    Document Refer No. 11 412292
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: **The Flintkote Company**    Company Contact: **Eric Bower**
   (Print or Type)                              (Print or Type)
   Pick-up Address **8 East Frederick Place**    **Cedar Knolls, NJ 07927**
   (No.)   (Street)                              (City)   (State)   (Zip)

   Telephone Number: **845-735-1600**    SIC No. _____

   Waste Stream Identification: ___This manifest represents a non-hazardous waste as per EPA and PADEP regulations.___

   Tons: _____    Cubic Yards: _____    Other (Specify): _____

   Name of Waste **509 - Waste Oil Contaminated Waste**

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:   478725PAE**

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: **10/11/11**    Signature: _Marion Craig_ as agent for
                                   (Name and Title)
                                   The Flintkote Company

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____
   COMPANY NAME: **Horwith / Nenuth**
   ADDRESS: **Nazareth PA**
   Pick-up Date: **10-11-11**    Truck No. **270**    Vehicle Lic. No. **AF78735 PA**

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.
   Print name & title of authorized agent: **Rick Souders**
   Signature of authorized agent: _Rick Souder_

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| **G.R.O.W.S. North Landfill** (circled) | Tullytown Resource Recovery Facility (T.R.R.F) | Mountain View Reclamation Landfill | Phoenix Resources Landfill |
|---|---|---|---|
| 1000 New Ford Mill Rd. | 200 Bordentown Rd. | 9446 Letzburg Rd. | 782 Antrim Road |
| Morrisville, PA 19067 | Tullyown, PA 19007 | Greencastle, PA 17225 | Wellsboro, PA 16901 |
| PADEP Permit # 101680 | PADEP Permit # 101494 | PADEP Permit # 101100 | PADEP Permit # 101649 |
| (215) 736-0195 | (215) 736-0195 | (717) 597-5535 | (570) 353-2405 |
| Alliance Sanitary Landfill | Grand Central Sanitary Landfill | Pine Grove Landfill | |
| 398 South Keyser Ave. | 910 W. Pennsylvania Ave. | 193 Schultz Rd. | |
| Taylor, PA 18517 | Pen Argyl, PA 18072 | Pine Grove, PA 17963 | |
| Permit # 100933 | Permit # 100265 | Permit # 101427 | |
| (570) 562-1600 | (610) 863-2400 | (570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on
**12 Oct 11** (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

**LANDFILL (MAIL TO GENERATOR)**



**WASTE MANAGEMENT**

GROWS NORTH  
1000 New Ford Mill Road  
Morrisville, PA, 19067   Ph:

Original  
Ticket# 604469

Customer: EnvWstMin476725PAE Environmental Wast  Carrier: NEMETH *
14 Brick Kiln Ct                                         *
Northampton, PA, 18067

```
Tkt Date   10/12/2011                    Vehicle#  288         Volume
Pay Type   Credit Account    Chk#        Trailer#
Billing #  0004179                       License#
Acct Tons  48.14                         Driver
Man Tk#                                  Haul Tk#
PO                                       Dest      NE
```

Generator  132-FLINTKOTECO The Flintkote Company   Profile    476725PAE (Waste Oil Contaminated Wa
EPA ID     *                                       Waste #
Manifest   412302                                  Origin #/County  NJ/NEW JERSEY (State ,NJ
Trailer                                            Origin Name      NEW JERSEY

```
                                         Operation Type-Inbound
Date/Time          Scale       Operator   Inbound    Gross    71700 lb
In  10/12/2011 12:48 NORTH LAB INB MA Lic 067342     Tare     23980 lb
Out 10/12/2011 13:19 NORTH 4 OUTBO SK Lic 056734     Net      47720 lb
                                                    Tons        23.86
```

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons- | 100 | 23.86 | Tons | | | | NJ |
| 2  FUEL-Fuel Surcharg | 100 |  | % | | | | NJ |
| 3  EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax  
Total Ticket

Weighmaster: _____   Driver: _____

403WM

024

WASTE MANAGEMENT EASTERN PA MARKET AREA  
444 Oxford Valley Road  
Langhorne, PA 19047  

(800) 963-4776 – Technical Service Center  

Document Refer No. 11 412302

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower  
   (Print or Type)                        (Print or Type)  
   Pick-up Address: 8 East Frederick Place    Cedar Knolls, NJ 07927  
   (No.)          (Street)                    (City)      (State)   (Zip)

   Telephone Number: 845-735-1800    SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____   Cubic Yards: _____   Other (Specify): _____

   Name of Waste: 508 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/11/11    Signature: Mario Craig as agent for The Flintkote Company  
   (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: Norwith / Nemeth  
   ADDRESS: Belvidere NJ / Nazareth PA  
   Pick-up Date: 10/12/11    Truck No. 288    Vehicle Lic. No. AF 5400

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Clint Wampold (Driver)  
   Signature of authorized agent: _____

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

   | **G.R.O.W.S. North Landfill** | **Tullytown Resource Recovery Facility (T.R.R.F)** | **Mountain View Reclamation Landfill** | **Phoenix Resources Landfill** |
   |---|---|---|---|
   | 1000 New Ford Mill Rd. | 200 Bordentown Rd. | 9446 Letzburg Rd. | 782 Antrim Road |
   | Morrisville, PA 19067 | Tullyown, PA 19007 | Greencastle, PA 17225 | Wellsboro, PA 16901 |
   | PADEP Permit # 101680 | PADEP Permit # 101494 | PADEP Permit # 101100 | PADEP Permit # 101649 |
   | (215) 736-0195 | (215) 736-0195 | (717) 597-5535 | (570) 353-2405 |
   | **Alliance Sanitary Landfill** | **Grand Central Sanitary Landfill** | **Pine Grove Landfill** | |
   | 398 South Keyser Ave. | 910 W. Pennsylvania Ave. | 193 Schultz Rd. | |
   | Taylor, PA 18517 | Pen Argyl, PA 18072 | Pine Grove, PA 17963 | |
   | Permit # 100933 | Permit # 100265 | Permit # 101427 | |
   | (570) 562-1600 | (610) 863-2400 | (570) 345-2777 | |

   (G.R.O.W.S. North Landfill circled)

   Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on 10/12/11 (DISPOSAL DATE)

   Waste Discrepancies: _____

   Signature of authorized agent and title: _____

   LANDFILL (MAIL TO GENERATOR)



**WASTE MANAGEMENT**

GROWS NORTH  
1000 New Ford Mill Road  
Morrisville, PA, 19067      Ph:

Original  
Ticket# 604471

Customer: EnvWstMin476725PAE Environmental Wast   Carrier: NEMETH *  
14 Brick Kiln Ct                                          *  
Northampton, PA, 18067

```
Tkt Date   10/12/2011                 Vehicle#   270         Volume
Pay Type   Credit Account   Chk#      Trailer#
Billing #  0004179                    License#
Acct Tons  70.09                      Driver
Man Tk#                               Haul Tk#
PO                                    Dest       N2
```

Generator 132-FLINTKOTECO The Flintkote Company  Profile    476725PAE (Waste Oil Contaminated Wa  
EPA ID    *                                     Waste #  
Manifest  412301                                Origin #/County  NJ/NEW JERSEY (State ,NJ  
Trailer                                         Origin Name      NEW JERSEY

Operation Type-Inbound

```
Date/Time              Scale         Operator              Inbound   Gross      68180 lb
In  10/12/2011 12:51  NORTH LAB INB  MA Lic 067342                   Tare       24280 lb
Out 10/12/2011 13:21  NORTH 4 OUTBO  SK Lic 056734                   Net        43900 lb
                                                                     Tons        21.95
```

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons- | 100 | 21.95 | Tons | | | | NJ |
| 2  FUEL-Fuel Surcharg | 100 |  | % | | | | NJ |
| 3  EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax  
Total Ticket

Weighmaster: _____   Driver: _____

403WM

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412301 003

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company      Company Contact: Eric Bower

   Pick-up Address: 8 East Frederick Place _____ Cedar Knolls, NJ 07927
   (No.) (Street) (Print or Type)    (City) (State) (Zip) (Print or Type)

   Telephone Number: 845-735-1600      SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____   Cubic Yards: _____   Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/11/11      Signature: Marion Craig as agent for The Flintkote Company
                                   (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: Horwith / Nemeth

   ADDRESS: Nazareth PA

   Pick-up Date: 10-12-11   Truck No. 270   Vehicle Lic. No. AF78733 PA

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Rick Sanders

   Signature of authorized agent: Rick Sanders

3. Disposer of Waste (must be filled-in by disposer)      CIRCLE ONE:

| **G.R.O.W.S. North Landfill**<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>**PADEP Permit # 101680**<br>(215) 736-0195 | **Tullytown Resource Recovery Facility (T.R.R.F)**<br>200 Bordentown Rd.<br>Tullytown, PA 19007<br>**PADEP Permit # 101494**<br>(215) 736-0195 | **Mountain View Reclamation Landfill**<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>**PADEP Permit # 101100**<br>(717) 597-5535 | **Phoenix Resources Landfill**<br>782 Antrim Road<br>Wellsboro, PA 16901<br>**PADEP Permit # 101649**<br>(570) 353-2405 |
|---|---|---|---|
| **Alliance Sanitary Landfill**<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>**Permit # 100933**<br>(570) 562-1600 | **Grand Central Sanitary Landfill**<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>**Permit # 100265**<br>(610) 863-2400 | **Pine Grove Landfill**<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>**Permit # 101427**<br>(570) 345-2777 | |

(G.R.O.W.S. North Landfill circled)

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on 10/12/11 (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

**LANDFILL (MAIL TO GENERATOR)**