WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412318

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company   Company Contact: Eric Bower
   (Print or Type)                                          (Print or Type)
   Pick-up Address: 8 East Frederick Place    Cedar Knolls, NJ 07927
   (No.)        (Street)                       (City)    (State)  (Zip)

   Telephone Number: 845-735-1600    SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____    Cubic Yards: _____    Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11    Signature: Maria Craig as agent for The Flintkote Company
                                (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: TCB

   ADDRESS: LIVINGSTONE NJ

   Pick-up Date: 10-13-11    Truck No. 177    Vehicle Lic. No. AN260C-NJ

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: CHRIS GAMBINO

   Signature of authorized agent: _____

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| **G.R.O.W.S. North Landfill** (circled) | Tullytown Resource Recovery Facility (T.R.R.F) | Mountain View Reclamation Landfill | Phoenix Resources Landfill |
|---|---|---|---|
| 1000 New Ford Mill Rd. Morrisville, PA 19067 PADEP Permit # 101680 (215) 736-0195 | 200 Bordentown Rd. Tullytown, PA 19007 PADEP Permit # 101494 (215) 736-0195 | 9446 Letzburg Rd. Greencastle, PA 17225 PADEP Permit # 101100 (717) 597-5535 | 782 Antrim Road Wellsboro, PA 16901 PADEP Permit # 101649 (570) 353-2405 |
| Alliance Sanitary Landfill 398 South Keyser Ave. Taylor, PA 18517 Permit # 100933 (570) 562-1600 | Grand Central Sanitary Landfill 910 W. Pennsylvania Ave. Pen Argyl, PA 18072 Permit # 100265 (610) 863-2400 | Pine Grove Landfill 193 Schultz Rd. Pine Grove, PA 17963 Permit # 101427 (570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on 13 OCT 11 (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

**LANDFILL (MAIL TO GENERATOR)**



```
                GROWS NORTH                                    Original
                1000 New Ford Mill Road                        Ticket# 604793
                Morrisville, PA, 19067         Ph:

Customer: EnvWstMin476725PAE Environmental Wast  Carrier:  TCB T C B
14 Brick Kiln Ct                                           T C B
Northampton, PA, 18067
-----------------------------------------------------------------------------
Tkt Date   10/13/2011                 Vehicle#  177     Volume
Pay Type   Credit Account   Chk#      Trailer#
Billing #  0004179                    License#
Acct Tons  146.31                     Driver
Man Tk#                               Haul Tk#
PO                                    Dest     NE
-----------------------------------------------------------------------------
Generator 132-FLINTKOTECO The Flintkote Company  Profile   476725PAE (Waste Oil Contaminated Wa
EPA ID    *                                      Waste #
Manifest  412318                                 Origin #/County  NJ/NEW JERSEY (State ,NJ
Trailer                                          Origin Name      NEW JERSEY
-----------------------------------------------------------------------------
                                        Operation Type-Inbound
Date/Time            Scale     Operator     Inbound   Gross      63180 lb
In  10/13/2011 10:26 NORTH LAB INB AS LIC # 72200     Tare       25680 lb
Out 10/13/2011 11:26 NORTH 1 OUTBO MG Lic 069464      Net        37500 lb
                                                      Tons        18.75
-----------------------------------------------------------------------------
Comments


Product                LD%   Qty    UOM    Rate    Tax    Amount     Origin
-----------------------------------------------------------------------------
1  Special Misc-Tons- 100   18.75  Tons                              NJ
2  FUEL-Fuel Surcharg 100          %                                 NJ
3  EVF-L-Standard Env 100       1  Load                              NJ


                                                      Total Tax
                                                      Total Ticket

Weighmaster: _____     Driver: _____
403WM
```


**WASTE MANAGEMENT**

GROWS NORTH  
1000 New Ford Mill Road  
Morrisville, PA, 19067  
Ph:

Original  
Ticket# 604792

Customer: EnvWstMin476725PAE Environmental Wast  
14 Brick Kiln Ct  
Northampton, PA, 18067

Carrier: TCB T C B  
T C B

| | | | |
|---|---|---|---|
| Tkt Date 10/13/2011 | | Vehicle# 167 | Volume |
| Pay Type Credit Account Chk# | | Trailer# | |
| Billing # 0004179 | | License# | |
| Acct Tons 127.56 | | Driver | |
| Man Tk# | | Haul Tk# | |
| PO | | Dest N2 | |

Generator 132-FLINTKOTECO The Flintkote Company   Profile   476725PAE (Waste Oil Contaminated Wa  
EPA ID      *                                      Waste #  
Manifest  412319                                   Origin #/County  NJ/NEW JERSEY (State ,NJ  
Trailer                                            Origin Name      NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | | |
|---|---|---|---|---|---|
| In 10/13/2011 10:25 | NORTH LAB INB | AS LIC # 72200 | Gross | 67700 | lb |
| Out 10/13/2011 11:24 | NORTH 1 OUTBO | MG Lic 069464 | Tare | 25500 | lb |
| | | | Net | 42200 | lb |
| | | | Tons | 21.10 | |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1 Special Misc-Tons- | 100 | 21.10 | Tons | | | | NJ |
| 2 FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3 EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax  
Total Ticket

Weighmaster: _____    Driver: _____

403WM

041

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412319

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: _The Flintkote Company_  Company Contact: _Eric Bower_

   Pick-up Address: _8 East Frederick Place_ _____ _Cedar Knolls, NJ 07927_
   (No.)           (Street)                                  (City)    (State)   (Zip)

   Telephone Number: _845-735-1600_  SIC No. _____

   Waste Stream Identification: _This manifest represents a non-hazardous waste as per EPA and PADEP regulations._

   Tons: _____  Cubic Yards: _____  Other (Specify): _____

   Name of Waste _509 - Waste Oil Contaminated Waste_

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** _476725PAE_

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

Date: _10/12/11_   Signature: _Mario Craig as agent for The Flintkote Company_
                              (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: _TCB_

   ADDRESS: _Livingston N.J_

   Pick-up Date: _10-13-11_   Truck No. _#167_   Vehicle Lic. No. _AN279C_

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: _Anthony Gambino_
   Signature of authorized agent: _[signature]_

3. Disposer of Waste (must be filled-in by disposer)   CIRCLE ONE:

| **G.R.O.W.S. North Landfill** (circled) | **Tullytown Resource Recovery Facility (T.R.R.F)** | **Mountain View Reclamation Landfill** | **Phoenix Resources Landfill** |
|---|---|---|---|
| 1000 New Ford Mill Rd. Morrisville, PA 19067 **PADEP Permit # 101680** (215) 736-0195 | 200 Bordentown Rd. Tullytown, PA 19007 **PADEP Permit # 101494** (215) 736-0195 | 9446 Letzburg Rd. Greencastle, PA 17225 **PADEP Permit # 101100** (717) 597-5535 | 782 Antrim Road Wellsboro, PA 16901 **PADEP Permit # 101649** (570) 353-2405 |
| **Alliance Sanitary Landfill** 398 South Keyser Ave. Taylor, PA 18517 **Permit # 100933** (570) 562-1600 | **Grand Central Sanitary Landfill** 910 W. Pennsylvania Ave. Pen Argyl, PA 18072 **Permit # 100265** (610) 863-2400 | **Pine Grove Landfill** 193 Schultz Rd. Pine Grove, PA 17963 **Permit # 101427** (570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

_13  OCT  11_ (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____



**WASTE MANAGEMENT**

```
                GROWS NORTH                                   Original
                1000 New Ford Mill Road                       Ticket# 604797
                Morrisville, PA, 19067      Ph:
```

Customer: EnvWstMin476725PAE Environmental Wast Carrier: NEMETH *
14 Brick Kiln Ct                                              *
Northampton, PA, 18067

| | | | |
|---|---|---|---|
| Tkt Date  10/13/2011 | | Vehicle#  20 | Volume |
| Pay Type  Credit Account    Chk# | | Trailer# | |
| Billing # 0004179 | | License# | |
| Acct Tons 168.23 | | Driver | |
| Man Tk# | | Haul Tk# | |
| PO | | Dest      N2 | |

Generator 132-FLINTKOTECO The Flintkote Company   Profile   476725PAE (Waste Oil Contaminated Wa
EPA ID     *                                     Waste #
Manifest   412321                                Origin #/County  NJ/NEW JERSEY (State ,NJ
Trailer                                          Origin Name      NEW JERSEY

                                                  Operation Type-Inbound
Date/Time            Scale         Operator       Inbound    Gross      69980 lb
In  10/13/2011 10:29 NORTH LAB INB AS LIC # 72200            Tare       26140 lb
Out 10/13/2011 11:43 NORTH 1 OUTBO MG Lic 069464             Net        43840 lb
                                                             Tons         21.92

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons-  | 100 | 21.92 | Tons | | | | NJ |
| 2  FUEL-Fuel Surcharg  | 100 |       | %    | | | | NJ |
| 3  EVF-L-Standard Env  | 100 |     1 | Load | | | | NJ |

                                          Total Tax
                                          Total Ticket
                              Driver: William Wissey

Weighmaster: _____

403WM

043

WASTE MANAGEMENT EASTERN PA MARKET AREA  
444 Oxford Valley Road  
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412321

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower
   (Print or Type)                                         (Print or Type)
   Pick-up Address: 6 East Frederick Place    Cedar Knolls, NJ 07927
   (No.)        (Street)                        (City)        (State)    (Zip)

   Telephone Number: 845-735-1600    SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____    Cubic Yards: _____    Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11    Signature: Mario Craig as agent for The Flintkote Company
                                    (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: Horwith / Nemeth
   ADDRESS: Nazerath PA
   Pick-up Date: 10-13-11    Truck No. 20    Vehicle Lic. No. AF 62128

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: William Wisser
   Signature of authorized agent: William Wisser

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| **G.R.O.W.S. North Landfill**<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>**PADEP Permit # 101680**<br>(215) 736-0195 | Tullytown Resource Recovery Facility<br>(T.R.R.F)<br>200 Bordentown Rd.<br>Tullytown, PA 19007<br>**PADEP Permit # 101494**<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>**PADEP Permit # 101100**<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>**PADEP Permit # 101649**<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>**Permit # 100933**<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>**Permit # 100265**<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>**Permit # 101427**<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

13 October 2011 (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: Amanda Schwab



**GROWS NORTH**
1000 New Ford Mill Road
Morrisville, PA, 19067
Ph:

Original
Ticket# 604767

Customer: EnvWstMin476725PAE Environmental Wast
14 Brick Kiln Ct
Northampton, PA, 18067

Carrier: TCB T C B
T C B

| | | | |
|---|---|---|---|
| Tkt Date 10/13/2011 | | Vehicle# 137 | Volume |
| Pay Type Credit Account Chk# | | Trailer# | |
| Billing # 0004179 | | License# | |
| Acct Tons 45.20 | | Driver | |
| Man Tk# | | Haul Tk# | |
| PO | | Dest N2 | |

Generator 132-FLINTKOTECO The Flintkote Company  Profile 476725PAE (Waste Oil Contaminated Wa
EPA ID *                                          Waste #
Manifest 412315                                   Origin #/County NJ/NEW JERSEY (State ,NJ
Trailer                                           Origin Name     NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | Gross | 67520 lb |
|---|---|---|---|---|---|
| In 10/13/2011 09:42 NORTH LAB INB AK LIC#73712 | | | | Tare | 24420 lb |
| Out 10/13/2011 10:22 NORTH 3 OUTBO AJ Lic 015313 | | | | Net | 43100 lb |
| | | | | Tons | 21.55 |

Comments

| | Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|---|
| 1 | Special Misc-Tons- | 100 | 21.55 | Tons | | | | NJ |
| 2 | FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3 | EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax
Total Ticket

Weighmaster: _____  Driver: _____

403WM