037

Document Refer No. 11 412315

## NON-HAZARDOUS WASTE MANIFEST

1.  Generator of Waste (must be filled in by producer) EPA I.D. No. _____

    Company Name: The Flintkote Company          Company Contact: _____ Eric Bower
    _____(Print or Type)_____
    Pick-up Address _____ 6 East Frederick Place _____          Cedar Knolls, NJ 07927
    _____(No.)_____(Street)_____          (Print or Type)
                                                    (City)          (State)    (Zip)

    Telephone Number: ___ 845-735-1600 ___          SIC No. _____

    Waste Stream Identification: ___ This manifest represents a non-hazardous waste as per EPA and PADEP regulations. ___

    Tons: _____          Cubic Yards: _____          Other (Specify): _____

    Name of Waste ___ 509 - Waste Oil Contaminated Waste ___

    Special Handling Instructions, if any: _____

    | PROFILE/ WASTE STREAM I.D. NUMBER:  476725PAE |
    | --- |

    This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

    Date: 10/12/11          Signature: Mario Craig as agent for
    _____          The Flintkote Company
    _____ (Name and Title)

2.  Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

    COMPANY NAME: ___ TCB _____

    ADDRESS: ___ Livinston. NJ _____

    Pick-up Date: 10-13-11 ___   Truck No. ___ 137 ___   Vehicle Lic. No. ___ A108191+ ___

    The above described waste was picked up and hauled by me to the disposal facility named below and
    Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

    Print name & title of authorized agent: ___ Noveluis Gavcia _____

    Signature of authorized agent: _____

3.  Disposer of Waste (must be filled-in by disposer)          CIRCLE ONE:

| G.R.O.W.S. North Landfill | Tullytown Resource Recovery Facility | Mountain View Reclamation Landfill | Phoenix Resources Landfill |
| --- | --- | --- | --- |
| 1000 New Ford Mill Rd. | (T.R.R.F) | 9446 Letzburg Rd. | 782 Antrim Road |
| Morrisville, PA 19067 | 200 Bordentown Rd. | Greencastle, PA 17225 | Wellsboro, PA 16901 |
| PADEP Permit # 101680 | Tullytown, PA 19007 | PADEP Permit # 101100 | PADEP Permit # 101649 |
| (215) 736-0195 | PADEP Permit # 101494 | (717) 597-5535 | (570) 353-2405 |
| | (215) 736-0195 | | |
| Alliance Sanitary Landfill | Grand Central Sanitary Landfill | Pine Grove Landfill | |
| 398 South Keyser Ave. | 910 W. Pennsylvania Ave. | 193 Schultz Rd. | |
| Taylor, PA 18517 | Pen Argyl, PA 18072 | Pine Grove, PA 17963 | |
| Permit # 100933 | Permit # 100265 | Permit # 101427 | |
| (570) 562-1600 | (610) 863-2400 | (570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

___ 10/13/11 ___          (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)



**WASTE MANAGEMENT**

GROWS NORTH
1000 New Ford Mill Road
Morrisville, PA, 19067-     Ph:

Original
Ticket# 604776

Customer: EnvWstMin476725PAE Environmental Wast Carrier: TCB T C B
14 Brick Kiln Ct                                                    T C B
Northampton, PA, 18067

| | | | |
|---|---|---|---|
| Tkt Date 10/13/2011 | | Vehicle# 97 | Volume |
| Pay Type Credit Account Chk# | | Trailer# | |
| Billing # 0004179 | | License# | |
| Acct Tons 66.87 | | Driver | |
| Man Tk# | | Haul Tk# | |
| PO | | Dest N2 | |

Generator 132-FLINTKOTECO The Flintkote Company Profile 476725PAE (Waste Oil Contaminated Wa
EPA ID    *                                          Waste #
Manifest  412316                                     Origin #/County  NJ/NEW JERSEY (State ,NJ
Trailer                                              Origin Name     NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | Gross | 67680 lb |
|---|---|---|---|---|---|
| In  10/13/2011 09:56 NORTH LAB INB AS LIC # 72200 | | | | Tare | 24340 lb |
| Out 10/13/2011 10:25 NORTH 3 OUTBO AJ Lic 015313 | | | | Net | 43340 lb |
| | | | | Tons | 21.67 |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1 Special Misc-Tons- 100 | | 21.67 | Tons | | | | NJ |
| 2 FUEL-Fuel Surcharg 100 | | | % | | | | NJ |
| 3 EVF-L-Standard Env 100 | | 1 | Load | | | | NJ |

Total Tax
Total Ticket

Weighmaster:_____   Driver: Victor #97

403WM

038

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

Document Refer No. 11 412316

(800) 963-4776 – Technical Service Center

## NON-HAZARDOUS WASTE MANIFEST

1.  Generator of Waste (must be filled in by producer) EPA I.D. No. _____

    Company Name: The Flintkote Company        Company Contact: _____ Eric Bower _____
    (Print or Type)                                         (Print or Type)
    Pick-up Address _____ 8 East Frederick Place _____     Cedar Knolls, NJ 07927
    (No.)               (Street)                            (City)      (State)    (Zip)

    Telephone Number: 845-735-1800 _____        SIC No. _____

    Waste Stream Identification: _____ This manifest represents a non-hazardous waste as per EPA and PADEP regulations. _____

    Tons: _____     Cubic Yards: _____     Other (Specify): _____

    Name of Waste _____ 509 - Waste Oil Contaminated Waste _____

    Special Handling Instructions, if any: _____

| PROFILE/ WASTE STREAM I.D. NUMBER: 476725PAE |
|---|

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

Date: 10/12/11 _____        Signature: Maria Craig as agent for
                                      The Flintkote Company
                                      (Name and Title)

2.  Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

    COMPANY NAME: TCF _____

    ADDRESS: LIVINGSTON N.J. _____

    Pick-up Date: 10/13/11 _____     Truck No. 97J _____     Vehicle Lic. No. ALC615M

    The above described waste was picked up and hauled by me to the disposal facility named below and
    Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

    Print name & title of authorized agent: _____

    Signature of authorized agent: _____

3.  Disposer of Waste (must be filled-in by disposer)          CIRCLE ONE:

| G.R.O.W.S. North Landfill 1000 New Ford Mill Rd. Morrisville, PA 19067 PADEP Permit # 101680 (215) 736-0195 | Tullytown Resource Recovery Facility (T.R.R.F) 200 Bordentown Rd. Tullyown, PA 19007 PADEP Permit # 101494 (215) 736-0195 | Mountain View Reclamation Landfill 9446 Letzburg Rd. Greencastle, PA 17225 PADEP Permit # 101100 (717) 597-5535 | Phoenix Resources Landfill 782 Antrim Road Wellsboro, PA 16901 PADEP Permit # 101649 (570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill 398 South Keyser Ave. Taylor, PA 18517 Permit # 100933 (570) 562-1600 | Grand Central Sanitary Landfill 910 W. Pennsylvania Ave. Pen Argyl, PA 18072 Permit # 100265 (610) 863-2400 | Pine Grove Landfill 193 Schultz Rd. Pine Grove, PA 17963 Permit # 101427 (570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

13 OCTOBER 20 (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____


**WASTE MANAGEMENT**

GROWS NORTH
1000 New Ford Mill Road
Morrisville, PA, 19067          Ph:

Original
Ticket# 604777

Customer: EnvWstMin476725PAE Environmental Wast Carrier: TCB T C B
14 Brick Kiln Ct                                           T C B
Northampton, PA, 18067

| | | | |
|---|---|---|---|
| Tkt Date 10/13/2011 | | Vehicle# 107 | Volume |
| Pay Type Credit Account Chk# | | Trailer# | |
| Billing # 00004179 | | License# | |
| Acct Tons 87.52 | | Driver | |
| Man Tk# | | Haul Tk# | |
| PO | | Dest N2 | |

Generator 132-FLINTKOTECO The Flintkote Company   Profile   476725PAE (Waste Oil Contaminated Wa
EPA ID    *                                       Waste #
Manifest  412317                                  Origin #/County   NJ/NEW JERSEY (State ,NJ
Trailer                                           Origin Name      NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | Gross | 65600 lb |
|---|---|---|---|---|---|
| In  10/13/2011 09:58 NORTH LAB INB AS LIC # 72200 | | | | Tare | 24300 lb |
| Out 10/13/2011 10:35 NORTH 3 OUTBO AJ Lic 015313 | | | | Net | 41300 lb |
| | | | | Tons | 20.65 |

Comments

| Product | | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|---|
| 1 | Special Misc-Tons- | 100 | 20.65 | Tons | | | | NJ |
| 2 | FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3 | EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax
Total Ticket: _____

Weighmaster: _____          Driver: _[signature]_

403WM

039

## NON-HAZARDOUS WASTE MANIFEST

1.  Generator of Waste (must be filled in by producer) EPA I.D. No. _____

Company Name: The Flintkote Company          Company Contact: _____ Eric Bower _____
            (Print or Type)                                   (Print or Type)
Pick-up Address ___ 8 East Frederick Place ___          Cedar Knolls, NJ 07927
            (No.)              (Street)                   (City)      (State)   (Zip)

Telephone Number: ___ 845-735-1600 ___                SIC No. _____

Waste Stream Identification: ___ This manifest represents a non-hazardous waste as per EPA and PADEP regulations. ___

Tons: _____    Cubic Yards: _____    Other (Specify): _____

Name of Waste ___ 509 - Waste Oil Contaminated Waste ___

Special Handling Instructions, if any: _____

| PROFILE/ WASTE STREAM I.D. NUMBER:  478725PAE |
|---|

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

Date: 10/12/11                    Signature: _Mario Craig as agent for_
                                              _The Flintkote Company_
                                                    (Name and Title)

2.  Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

COMPANY NAME: T C B _____

ADDRESS: LIVINGSTON NJ _____

Pick-up Date: 10-13-11    Truck No. 107    Vehicle Lic. No. AL963V

The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

Print name & title of authorized agent: Daniel Sosa _____

Signature of authorized agent: Daniel Sosa _____

3.  Disposer of Waste (must be filled-in by disposer)          CIRCLE ONE:

| G.R.O.W.S. North Landfill 1000 New Ford Mill Rd Morrisville, PA 19067 PADEP Permit # 101680 (215) 736-0195 | Tullytown Resource Recovery Facility (T.R.R.F) 200 Bordentown Rd. Tullyown, PA 19007 PADEP Permit # 101494 (215) 736-0195 | Mountain View Reclamation Landfill 9446 Letzburg Rd. Greencastle, PA 17225 PADEP Permit # 101100 (717) 597-5535 | Phoenix Resources Landfill 782 Antrim Road Wellsboro, PA 16901 PADEP Permit # 101649 (570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill 398 South Keyser Ave. Taylor, PA 18517 Permit # 100933 (570) 562-1600 | Grand Central Sanitary Landfill 910 W. Pennsylvania Ave. Pen Argyl, PA 18072 Permit # 100265 (610) 863-2400 | Pine Grove Landfill 193 Schultz Rd. Pine Grove, PA 17963 Permit # 101427 (570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

13   OCT   11          (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)



TULLYTOWN LANDFILL                                          Original
GREEN, 1000 New Ford Mill Road                              Ticket# 1215077
Morrisville, PA, 19067              Ph:
THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast Carrier: NEMETH
14 Brick Kiln Ct
Northampton, PA, 18067

| | | |
|---|---|---|
| Tkt Date 10/13/2011 | Vehicle# 288 | Volume |
| Pay Type Credit Account     Chk# | Trailer# | |
| Billing# 0004177 | License# | |
| Acc Tons 89.96 | Driver | |
| Man Tk# | Haul Tk# | |
| PO# | Dest     T2 | |

Generator 132-FLINTKOTECO The Flintkote Company  Profile# 476725PAE (Waste Oil Contaminated Was
    EPA ID    *                                    Waste #
Manifest   412322                                  Origin #/County NJ/NEW JERSEY (State o, NJ
Trailer#                                           Origin Name    NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | Gross | 64040 lb |
|---|---|---|---|---|---|
| In  10/13/2011 11:57 TRRF LAB INBO AK  LIC# 738712 | | | Inbound | Tare | 24000 lb |
| Out 10/13/2011 12:20 TRRF 4 OUTBOU SK Lic 056734 | | | | Net | 40040 lb |
| | | | | Tons | 20.02 |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1   Special Misc-Tons- 100 | | 20.02 | Tons | | | | NJ |
| 2   FUEL-Fuel Surcharg 100 | | | % | | | | NJ |
| 3   EVF-L-Standard Env 100 | | 1 | Load | | | | NJ |

Total Tax
Total Ticket

Weighmaster: _____       Driver: _____

403WM

**WASTE MANAGEMENT EASTERN PA MARKET AREA**
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. **11** 412322



## NON-HAZARDOUS WASTE MANIFEST

1.  Generator of Waste (must be filled in by producer) EPA I.D. No. _____

    Company Name: The Flintkote Company   Company Contact: _____ Eric Bower _____
    (Print or Type)                                          (Print or Type)
    Pick-up Address ___ 8 East Frederick Place ___     Cedar Knolls, NJ 07927
    (No.)          (Street)                    (City)      (State)   (Zip)

    Telephone Number: 845-735-1600          SIC No. _____

    Waste Stream Identification: ___ This manifest represents a non-hazardous waste as per EPA and PADEP regulations. ___

    Tons: _____ Cubic Yards: _____ Other (Specify): _____

    Name of Waste ___ 509 - Waste Oil Contaminated Waste ___

    Special Handling Instructions, if any: _____

    | **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE |

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

Date: 10/12/11                Signature: Mario Craig as agent for
                                         The Flintkote Company
                                         (Name and Title)

2.  Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

    COMPANY NAME: Horwith / Nemeth _____
    ADDRESS: Nazareth PA _____

    Pick-up Date: 10/13/11     Truck No. 288          Vehicle Lic. No. AF 45400 PA

    The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

    Print name & title of authorized agent: ___ Glen T Wambold (Driver) ___

    Signature of authorized agent: _____

3.  Disposer of Waste (must be filled-in by disposer)          CIRCLE ONE:

| **G.R.O.W.S. North Landfill** | **Tullytown Resource Recovery Facility** | **Mountain View Reclamation Landfill** | **Phoenix Resources Landfill** |
|---|---|---|---|
| 1000 New Ford Mill Rd. | **(T.R.R.F)** | 9446 Letzburg Rd. | 782 Antrim Road |
| Morrisville, PA 19067 | 200 Bordentown Rd. | Greencastle, PA 17225 | Wellsboro, PA 16901 |
| **PADEP Permit # 101680** | Tullyown, PA 19007 | **PADEP Permit # 101100** | **PADEP Permit # 101649** |
| (215) 736-0195 | **PADEP Permit # 101494** | (717) 597-5535 | (570) 353-2405 |
|  | (215) 736-0195 |  |  |
| **Alliance Sanitary Landfill** | **Grand Central Sanitary Landfill** | **Pine Grove Landfill** |  |
| 398 South Keyser Ave. | 910 W. Pennsylvania Ave. | 193 Schultz Rd. |  |
| Taylor, PA 18517 | Pen Argyl, PA 18072 | Pine Grove, PA 17963 |  |
| **Permit # 100933** | **Permit # 100265** | **Permit # 101427** |  |
| (570) 562-1600 | (610) 863-2400 | (570) 345-2777 |  |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

___ 10/13/11 ___ (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: ___ Adam K H ___