

TULLYTOWN LANDFILL  
GREEN, 1000 New Ford Mill Road  
Morrisville, PA, 19067        Ph:  

Original  
Ticket# 1215104  

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast Carrier: NEMETH  
14 Brick Kiln Ct  
Northampton, PA, 18067  

Tkt Date 10/13/2011                    Vehicle# 270           Volume  
Pay Type Credit Account    Chk#       Trailer#  
Billing# 0004177                       License#  
Acc Tons 112.53                        Driver  
Man Tk#                                Haul Tk#  
PO#                                    Dest       T2  

Generator 132-FLINTKOTECO The Flintkote Company  Profile# 476725PAE (Waste Oil Contaminated Was  
 EPA ID    *                                     Waste #  
Manifest  412324                                 Origin #/County NJ/NEW JERSEY (State o,NJ  
Trailer#                                         Origin Name     NEW JERSEY  

                                                 Operation Type-Inbound  
Date/Time          Scale          Operator       Inbound    Gross        69140 lb  
In  10/13/2011 12:29 TRRF LAB INBO AK  LIC# 738712           Tare         24000 lb  
Out 10/13/2011 13:09 TRRF 4 OUTBOU SK Lic 056734             Net          45140 lb  
                                                             Tons           22.57  

Comments  

Product              LD%   Qty    UOM    Rate    Tax    Amount    Origin  
1   Special Misc-Tons- 100  22.57  Tons                            NJ  
2   FUEL-Fuel Surcharg 100         %                                NJ  
3   EVF-L-Standard Env 100     1   Load                             NJ  

                                                      Total Tax  
                                                      Total Ticket  
                                         Driver: [signature]  

Weighmaster:  

403WM

**WASTE MANAGEMENT EASTERN PA MARKET AREA**
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412324

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company   Company Contact: Eric Bower
   (Print or Type)                         (Print or Type)
   Pick-up Address: 8 East Frederick Place        Cedar Knolls, NJ 07927
   (No.)         (Street)                          (City)      (State)   (Zip)

   Telephone Number: 845-736-1600        SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____   Cubic Yards: _____   Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11   Signature: Mario Craig as agent for The Flintkote Company
                              (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____
   COMPANY NAME: Horwith Newlth
   ADDRESS: Nazareth PA
   Pick-up Date: 10-13-11   Truck No. 270   Vehicle Lic. No. AF78733PA

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Rick Souders
   Signature of authorized agent: Rick Sonder

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>PADEP Permit # 101680<br>(215) 736-0195 | **Tullytown Resource Recovery Facility<br>(T.R.R.F)<br>200 Bordentown Rd.<br>Tullyown, PA 19007<br>PADEP Permit # 101494<br>(215) 736-0195** | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>PADEP Permit # 101100<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>PADEP Permit # 101649<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>Permit # 100933<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>Permit # 100265<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>Permit # 101427<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

13 Oct 11   (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____


**WASTE MANAGEMENT**

GROWS NORTH  
1000 New Ford Mill Road  
Morrisville, PA, 19067   Ph:

Original  
Ticket# 604950

Customer: EnvWstMin476725PAE Environmental Wast   Carrier: DIRECT  
14 Brick Kiln Ct  
Northampton, PA, 18067

| | | | |
|---|---|---|---|
| Tkt Date 10/13/2011 | | Vehicle# 187 | Volume |
| Pay Type Credit Account Chk# | | Trailer# | |
| Billing # 0004179 | | License# | |
| Acct Tons 215.60 | | Driver | |
| Man Tk# | | Haul Tk# | |
| PO | | Dest N2 | |

Generator 132-FLINTKOTECO The Flintkote Company  Profile 476725PAE (Waste Oil Contaminated Wa  
EPA ID *                                         Waste #  
Manifest 412325                                  Origin #/County NJ/NEW JERSEY (State ,NJ  
Trailer                                          Origin Name     NEW JERSEY

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | | |
|---|---|---|---|---|---|
| In  10/13/2011 14:17 NORTH LAB INB MA Lic 067342 | | | Gross | 71380 | lb |
| Out 10/13/2011 14:46 NORTH 4 OUTBO SK Lic 056734 | | | Tare  | 25780 | lb |
| | | | Net   | 45600 | lb |
| | | | Tons  | 22.80 | |

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1 Special Misc-Tons- 100 | | 22.80 | Tons | | | | NJ |
| 2 FUEL-Fuel Surcharg 100 | | | % | | | | NJ |
| 3 EVF-L-Standard Env 100 | | 1 | Load | | | | NJ |

Total Tax  
Total Ticket

Weighmaster: _____   Driver: _____

403WM

047

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

Document Refer No. 11 412325

(800) 963-4776 – Technical Service Center

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company      Company Contact: Eric Bower
                  (Print or Type)                             (Print or Type)
   Pick-up Address  8 East Frederick Place                 Cedar Knolls, NJ 07927
                   (No.)        (Street)                   (City)        (State)   (Zip)

   Telephone Number: 945-735-1600            SIC No. _____

   Waste Stream Identification:  This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____    Cubic Yards: _____    Other (Specify): _____

   Name of Waste    509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11          Signature: Mario Craig as agent for
                                     The Flintkote Company
                                     (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. WH7223

   COMPANY NAME: TCB

   ADDRESS: 218 Edmontar Ct Livingston NJ

   Pick-up Date: 10/13/11    Truck No. 187    Vehicle Lic. No. AN277C

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Ken Moller
   Signature of authorized agent: Ken Moller

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| **G.R.O.W.S. North Landfill**<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>**PADEP Permit # 101680**<br>(215) 736-0195 | **Tullytown Resource Recovery Facility (T.R.R.F)**<br>200 Bordentown Rd.<br>Tullytown, PA 19007<br>**PADEP Permit # 101494**<br>(215) 736-0195 | **Mountain View Reclamation Landfill**<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>**PADEP Permit # 101100**<br>(717) 597-5535 | **Phoenix Resources Landfill**<br>782 Antrim Road<br>Wellsboro, PA 16901<br>**PADEP Permit # 101649**<br>(570) 353-2405 |
| --- | --- | --- | --- |
| **Alliance Sanitary Landfill**<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>**Permit # 100933**<br>(570) 562-1600 | **Grand Central Sanitary Landfill**<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>**Permit # 100265**<br>(610) 863-2400 | **Pine Grove Landfill**<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>**Permit # 101427**<br>(570) 345-2777 | |

(G.R.O.W.S. North Landfill is circled)

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

13 October 20  (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)



TULLYTOWN LANDFILL  
GREEN, 1000 New Ford Mill Road  
Morrisville, PA, 19067   Ph:  

Original  
Ticket# 1214859

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast Carrier: TCB  
14 Brick Kiln Ct  
Northampton, PA, 18067

```
Tkt Date 10/13/2011                      Vehicle# 127        Volume
Pay Type Credit Account    Chk#          Trailer#
Billing# 0004177                         License#
Acc Tons 21.41                           Driver
Man Tk#                                  Haul Tk#
PO#                                      Dest      T2
```

Generator 132-FLINTKOTECO The Flintkote Company   Profile# 476725PAE (Waste Oil Contaminated Was  
EPA ID    *                                       Waste #  
Manifest  412312                                  Origin #/County NJ/NEW JERSEY (State o,NJ  
Trailer#                                          Origin Name     NEW JERSEY

```
                                          Operation Type-Inbound
Date/Time         Scale      Operator        Inbound   Gross     66900 lb
In  10/13/2011 07:17 TRRF LAB INBO MA Lic. # 067342    Tare      24080 lb
Out 10/13/2011 07:35 TRRF 4 OUTBOU SK Lic 056734       Net       42820 lb
                                                       Tons         21.41
```

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1 Special Misc-Tons- | 100 | 21.41 | Tons | | | | NJ |
| 2 FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3 EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax  
Total Ticket

Weighmaster: _____   Driver: _____

403WM

034

WASTE MANAGEMENT EASTERN PA MARKET AREA  
444 Oxford Valley Road  
Langhorne, PA 19047  

(800) 963-4776 – Technical Service Center  

Document Refer No. 11 412312

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company     Company Contact: Eric Bower  
   (Print or Type)                          (Print or Type)  
   Pick-up Address: 8 East Frederick Place    Cedar Knolls, NJ 07927  
   (No.)         (Street)                    (City)     (State)   (Zip)  

   Telephone Number: 845-735-1600            SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____   Cubic Yards: _____   Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11    Signature: Mario Craig as agent for The Flintkote Company  
                    (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: TCB  
   ADDRESS: Livingston NJ  
   Pick-up Date: 10-12-11    Truck No. 127    Vehicle Lic. No. AK335G  

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Chris Zei Grosso  
   Signature of authorized agent: Chris Zei Grosso

3. Disposer of Waste (must be filled-in by disposer)      CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>PADEP Permit # 101680<br>(215) 736-0195 | **Tullytown Resource Recovery Facility (T.R.R.F)**<br>200 Bordentown Rd.<br>Tullyown, PA 19007<br>PADEP Permit # 101494<br>(215) 736-0195 | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>PADEP Permit # 101100<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>PADEP Permit # 101649<br>(570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>Permit # 100933<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>Permit # 100265<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>Permit # 101427<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on ___10/13/11___ (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____



TULLYTOWN LANDFILL  
GREEN, 1000 New Ford Mill Road  
Morrisville, PA, 19067     Ph:  

Original  
Ticket# 1214861  

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast  Carrier: NEMETH  
14 Brick Kiln Ct  
Northampton, PA, 18067

```
Tkt Date 10/13/2011                         Vehicle# 288           Volume
Pay Type Credit Account      Chk#           Trailer#
Billing# 0004177                            License#
Acc Tons 46.27                              Driver
Man Tk#                                     Haul Tk#
PO#                                         Dest
```

Generator 132-FLINTKOTECO The Flintkote Company   Profile# 476725PAE (Waste Oil Contaminated Was  
EPA ID   *                                        Waste #  
Manifest  412313                                  Origin #/County NJ/NEW JERSEY (State o, NJ  
Trailer#                                          Origin Name    NEW JERSEY  

Operation Type-Inbound

| Date/Time | Scale | Operator | Inbound | | |
|---|---|---|---|---|---|
| In  10/13/2011 07:20 | TRRF LAB INBO | MA Lic. # 067342 | Gross | 73940 | lb |
| Out 10/13/2011 07:58 | TRRF 4 OUTBOU | SK Lic 056734    | Tare  | 24220 | lb |
|   |   |   | Net   | 49720 | lb |
|   |   |   | Tons  | 24.86 |    |

Comments License: AF45400, PA, Owner: NEMETH, Address: 650 KATHLEEN AVE NAZARETH, PA, 18064.

| Product | | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|---|
| 1 | Special Misc-Tons- | 100 | 24.86 | Tons |  |  |  | NJ |
| 2 | FUEL-Fuel Surcharg | 100 |       | %    |  |  |  | NJ |
| 3 | EVF-L-Standard Env | 100 | 1     | Load |  |  |  | NJ |

Total Tax  
Total Ticket

Weighmaster: _____   Driver: _____

403WM