035

WASTE MANAGEMENT EASTERN PA MARKET AREA    Document Refer No. 11 412313
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: _The Flintkote Company_     Company Contact: _Eric Bower_
                        (Print or Type)                              (Print or Type)
   Pick-up Address _8 East Frederick Place_                _Cedar Knolls, NJ 07927_
                   (No.)        (Street)                   (City)      (State)   (Zip)

   Telephone Number: _845-735-1800_          SIC No. _____

   Waste Stream Identification: _This manifest represents a non-hazardous waste as per EPA and PADEP regulations._

   Tons: _____   Cubic Yards: _____   Other (Specify): _____

   Name of Waste _509 - Waste Oil Contaminated Waste_

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: _10/12/11_                    Signature: _Mario Craig as agent for_
                                                  (Name and Title)
                                                  _The Flintkote Company_

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: _Horwith/Nemeth_
   ADDRESS: _Nazareth PA_
   Pick-up Date: _10/12/11_   Truck No. _288_   Vehicle Lic. No. _AF 45400 PA_

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: _Clint Wambold (Driver)_
   Signature of authorized agent: _____

3. Disposer of Waste (must be filled-in by disposer)     CIRCLE ONE:

| G.R.O.W.S. North Landfill | Tullytown Resource Recovery Facility (T.R.R.F) | Mountain View Reclamation Landfill | Phoenix Resources Landfill |
|---|---|---|---|
| 1000 New Ford Mill Rd. | 200 Bordentown Rd. | 9446 Letzburg Rd. | 782 Antrim Road |
| Morrisville, PA 19067 | Tullyown, PA 19007 | Greencastle, PA 17225 | Wellsboro, PA 16901 |
| PADEP Permit # 101680 | PADEP Permit # 101494 | PADEP Permit # 101100 | PADEP Permit # 101649 |
| (215) 736-0195 | (215) 736-0195 | (717) 597-5535 | (570) 353-2405 |
| Alliance Sanitary Landfill | Grand Central Sanitary Landfill | Pine Grove Landfill | |
| 398 South Keyser Ave. | 910 W. Pennsylvania Ave. | 193 Schultz Rd. | |
| Taylor, PA 18517 | Pen Argyl, PA 18072 | Pine Grove, PA 17963 | |
| Permit # 100933 | Permit # 100265 | Permit # 101427 | |
| (570) 562-1600 | (610) 863-2400 | (570) 345-2777 | |

(Tullytown Resource Recovery Facility is circled)

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on
_10/13/11_ (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)



**WASTE MANAGEMENT**

GROWS NORTH  
1000 New Ford Mill Road  
Morrisville, PA, 19067    Ph:

Original  
Ticket# 604686

Customer: EnvWstMin476725PAE Environmental Wast    Carrier: NEMETH *  
14 Brick Kiln Ct                                            *  
Northampton, PA, 18067

```
Tkt Date   10/13/2011                    Vehicle#  270        Volume
Pay Type   Credit Account   Chk#         Trailer#
Billing #  0004179                       License#
Acct Tons  23.65                         Driver
Man Tk#                                  Haul Tk#
PO                                       Dest      N2
```

Generator  132-FLINTKOTECO The Flintkote Company    Profile     476725PAE (Waste Oil Contaminated Wa  
EPA ID     *                                        Waste #  
Manifest   412314                                   Origin #/County   NJ/NEW JERSEY (State ,NJ  
Trailer                                             Origin Name       NEW JERSEY

```
                                                    Operation Type-Inbound
Date/Time            Scale          Operator        Inbound    Gross      71500 lb
In  10/13/2011 07:27 NORTH LAB INB  MA Lic 067342              Tare       24200 lb
Out 10/13/2011 08:00 NORTH 4 OUTBO  SK Lic 056734              Net        47300 lb
                                                               Tons        23.65
```

Comments

| Product | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1  Special Misc-Tons- | 100 | 23.65 | Tons |  |  |  | NJ |
| 2  FUEL-Fuel Surcharg | 100 |  | % |  |  |  | NJ |
| 3  EVF-L-Standard Env | 100 | 1 | Load |  |  |  | NJ |

Total Tax  
Total Ticket

Weighmaster: _____    Driver: _____

403WM

036

WASTE MANAGEMENT EASTERN PA MARKET AREA  
444 Oxford Valley Road  
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412314



## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company  Company Contact: Eric Bower  
   (Print or Type)  (Print or Type)  
   Pick-up Address: 6 East Frederick Place    Cedar Knolls, NJ 07927  
   (No.)   (Street)   (City)   (State)   (Zip)

   Telephone Number: 845-735-1600    SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____  Cubic Yards: _____  Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 478725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11    Signature: Maria Craig as agent for The Flintkote Company  
   (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____  
   COMPANY NAME: Horwith / Wenleth  
   ADDRESS: Nazareth PA  
   Pick-up Date: 10-12-11   Truck No. 270   Vehicle Lic. No. HF78733 PA

   The above described waste was picked up and hauled by me to the disposal facility named below and was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Rick Sanders  
   Signature of authorized agent: _____

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| **G.R.O.W.S. North Landfill** (circled) | **Tullytown Resource Recovery Facility (T.R.R.F)** | **Mountain View Reclamation Landfill** | **Phoenix Resources Landfill** |
|---|---|---|---|
| 1000 New Ford Mill Rd. | 200 Bordentown Rd. | 9446 Letzburg Rd. | 782 Antrim Road |
| Morrisville, PA 19067 | Tullyown, PA 19007 | Greencastle, PA 17225 | Wellsboro, PA 16901 |
| PADEP Permit # 101680 | PADEP Permit # 101494 | PADEP Permit # 101100 | PADEP Permit # 101649 |
| (215) 736-0195 | (215) 736-0195 | (717) 597-5535 | (570) 353-2405 |
| **Alliance Sanitary Landfill** | **Grand Central Sanitary Landfill** | **Pine Grove Landfill** | |
| 398 South Keyser Ave. | 910 W. Pennsylvania Ave. | 193 Schultz Rd. | |
| Taylor, PA 18517 | Pen Argyl, PA 18072 | Pine Grove, PA 17963 | |
| Permit # 100933 | Permit # 100265 | Permit # 101427 | |
| (570) 562-1600 | (610) 863-2400 | (570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on 10/13/11 (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____



TULLYTOWN LANDFILL
GREEN, 1000 New Ford Mill Road
Morrisville, PA, 19067    Ph:

Original
Ticket# 1214864

THE PERSON MOST RESPONSIBLE FOR YOUR SAFETY IS YOU!

Customer: EnvWstMin476725PAE Environmental Wast Carrier: NEMETH
14 Brick Kiln Ct
Northampton, PA, 18067

```
Tkt Date  10/13/2011                        Vehicle# 269          Volume
Pay Type  Credit Account    Chk#            Trailer#
Billing#  0004177                           License#
Acc Tons  69.94                             Driver
Man Tk#                                     Haul Tk#
PO#                                         Dest      T2
```

Generator 132-FLINTKOTECO The Flintkote Company   Profile# 476725PAE (Waste Oil Contaminated Was
  EPA ID   *                                      Waste #
Manifest  412311                                  Origin #/County NJ/NEW JERSEY (State o, NJ
Trailer#                                          Origin Name     NEW JERSEY

```
                                             Operation Type-Inbound
Date/Time        Scale          Operator        Inbound    Gross     71180 lb
In  10/13/2011 07:22 TRRF LAB INBO MA Lic. # 067342         Tare      23840 lb
Out 10/13/2011 08:03 TRRF 4 OUTBOU SK Lic 056734            Net       47340 lb
                                                            Tons         23.67
```

Comments

| Product |  | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|---|
| 1 | Special Misc-Tons- | 100 | 23.67 | Tons |  |  |  | NJ |
| 2 | FUEL-Fuel Surcharg | 100 |  | % |  |  |  | NJ |
| 3 | EVF-L-Standard Env | 100 | 1 | Load |  |  |  | NJ |

Total Tax
Total Ticket

Weighmaster: _____    Driver: *Mike LeVnn* (signature)

403WM

033

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. 11 412311

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower
   Pick-up Address: 8 East Frederick Place    Cedar Knolls, NJ 07927
   (No.)    (Street)    (City)    (State)    (Zip)

   Telephone Number: 845-735-1800    SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____    Cubic Yards: _____    Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11    Signature: Mario Craig as agent for The Flintkote Company

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. _____

   COMPANY NAME: HORWITH / NEMETH
   ADDRESS: NAZARETH PA
   Pick-up Date: 10/12/11    Truck No. 269    Vehicle Lic. No. AF78732

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: MIKE LEDUC
   Signature of authorized agent: Mike LeDuc

3. Disposer of Waste (must be filled in by disposer)    CIRCLE ONE:

| G.R.O.W.S. North Landfill<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>PADEP Permit # 101680<br>(215) 736-0195 | **Tullytown Resource Recovery Facility**<br>**(T.R.R.F)**<br>**200 Bordentown Rd**<br>**Tullyown, PA 19007**<br>**PADEP Permit # 101494**<br>**(215) 736-0195** | Mountain View Reclamation Landfill<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>PADEP Permit # 101100<br>(717) 597-5535 | Phoenix Resources Landfill<br>782 Antrim Road<br>Wellsboro, PA 16901<br>PADEP Permit # 101649<br>(570) 353-2405 |
| --- | --- | --- | --- |
| Alliance Sanitary Landfill<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>Permit # 100933<br>(570) 562-1600 | Grand Central Sanitary Landfill<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>Permit # 100265<br>(610) 863-2400 | Pine Grove Landfill<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>Permit # 101427<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

10/13/11 (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____



**WASTE MANAGEMENT**

GROWS NORTH
1000 New Ford Mill Road
Morrisville, PA, 19067        Ph:

Original
Ticket# 605174

Customer: EnvWstMin476725PAE Environmental Wast   Carrier: TCB T C B
14 Brick Kiln Ct                                            T C B
Northampton, PA, 18067

```
Tkt Date   10/14/2011                    Vehicle#  47          Volume
Pay Type   Credit Account    Chk#        Trailer#
Billing #  0004179                       License#
Acct Tons  75.86                         Driver
Man Tk#                                  Haul Tk#
PO                                       Dest     N2
```

```
Generator  132-FLINTKOTECO The Flintkote Company  Profile  476725PAE (Waste Oil Contaminated Wa
EPA ID     *                                      Waste #
Manifest   412328                                 Origin #/County  NJ/NEW JERSEY (State ,NJ
Trailer                                           Origin Name      NEW JERSEY
```

```
                                              Operation Type-Inbound
Date/Time            Scale          Operator     Inbound    Gross      74660 lb
In  10/14/2011 09:40 NORTH LAB INB AK LIC#73712             Tare       28000 lb
Out 10/14/2011 10:26 NORTH 4 OUTBO SK Lic 056734            Net        46660 lb
                                                            Tons        23.33
```

Comments   License: AL746C, NJ, Owner: T Farese and Sons, Address: PO Box 23 Belleville, NJ,

| Product | | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|---|
| 1 | Special Misc-Tons- | 100 | 23.33 | Tons | | | | NJ |
| 2 | FUEL-Fuel Surcharg | 100 | | % | | | | NJ |
| 3 | EVF-L-Standard Env | 100 | 1 | Load | | | | NJ |

Total Tax
Total Ticket  _____

Weighmaster: _____   Driver: _[signature]_____

403WM

WASTE MANAGEMENT EASTERN PA MARKET AREA
444 Oxford Valley Road
Langhorne, PA 19047

Document Refer No. 11 412328    059

(800) 963-4776 – Technical Service Center

## NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company    Company Contact: Eric Bower
   (Print or Type)                         (Print or Type)
   Pick-up Address: 8 East Frederick Place    Cedar Knolls, NJ 07927
   (No.)    (Street)                          (City)    (State)    (Zip)

   Telephone Number: 845-735-1600    SIC No. _____

   Waste Stream Identification: This manifest represents a non-hazardous waste as per EPA and PADEP regulations.

   Tons: _____    Cubic Yards: _____    Other (Specify): _____

   Name of Waste: 509 - Waste Oil Contaminated Waste

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 478725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11    Signature: Mario Craig as agent for The Flintkote Company

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. w_7273

   COMPANY NAME: TCB LLC
   ADDRESS: Livingston, NJ
   Pick-up Date: 10/14/11    Truck No. 47    Vehicle Lic. No. AL746C

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: SIGNEY
   Signature of authorized agent: Sidney

3. Disposer of Waste (must be filled-in by disposer)    CIRCLE ONE:

| **G.R.O.W.S. North Landfill** (circled) 1000 New Ford Mill Rd. Morrisville, PA 19067 PADEP Permit # 101680 (215) 736-0195 | **Tullytown Resource Recovery Facility (T.R.R.F)** 200 Bordentown Rd. Tullyown, PA 19007 PADEP Permit # 101494 (215) 736-0195 | **Mountain View Reclamation Landfill** 9446 Letzburg Rd. Greencastle, PA 17225 PADEP Permit # 101100 (717) 597-5535 | **Phoenix Resources Landfill** 782 Antrim Road Wellsboro, PA 16901 PADEP Permit # 101649 (570) 353-2405 |
|---|---|---|---|
| **Alliance Sanitary Landfill** 398 South Keyser Ave. Taylor, PA 18517 Permit # 100933 (570) 562-1600 | **Grand Central Sanitary Landfill** 910 W. Pennsylvania Ave. Pen Argyl, PA 18072 Permit # 100265 (610) 863-2400 | **Pine Grove Landfill** 193 Schultz Rd. Pine Grove, PA 17963 Permit # 101427 (570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on 14 October 11 (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)