
**WASTE MANAGEMENT**

GROWS NORTH
1000 New Ford Mill Road
Morrisville, PA, 19067          Ph:

Original
Ticket# 605187

Customer: EnvWstMin476725PAE Environmental Wast  Carrier:  TCB T C B
14 Brick Kiln Ct                                           T C B
Northampton, PA, 18067

| Tkt Date 10/14/2011 | Vehicle# 107 | Volume |
| Pay Type Credit Account   Chk# | Trailer# | |
| Billing # 0004179 | License# | |
| Acct Tons 102.53 | Driver | |
| Man Tk# | Haul Tk# | |
| PO | Dest    N2 | |

Generator 132-FLINTKOTECO The Flintkote Company  Profile  476725PAE (Waste Oil Contaminated Wa
EPA ID    *                                      Waste #
Manifest  412329                                 Origin #/County  NJ/NEW JERSEY (State ,NJ
Trailer                                          Origin Name     NEW JERSEY

| Date/Time | Scale | Operator | | Operation Type-Inbound | |
| In 10/14/2011 09:58 NORTH LAB INB AK LIC#73712 | | | Inbound | Gross | 77740 lb |
| Out 10/14/2011 10:40 NORTH 4 OUTBO DW Lic 061464 | | | | Tare | 24400 lb |
| | | | | Net | 53340 lb |
| | | | | Tons | 26.67 |

Comments  License: AL963V, NJ, Owner: TCB LLC, Address: 218 Edmonton Court Livingston, NJ, 0

| Product | | LD% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|---|
| 1 | Special Misc-Tons- 100 | | 26.67 | Tons | | | | NJ |
| 2 | FUEL-Fuel Surcharg 100 | | | % | | | | NJ |
| 3 | EVF-L-Standard Env 100 | | 1 | Load | | | | NJ |

Total Tax
Total Ticket

Weighmaster:_____     Driver: _____

403WM

**WASTE MANAGEMENT EASTERN PA MARKET AREA**
444 Oxford Valley Road
Langhorne, PA 19047

(800) 963-4776 – Technical Service Center

Document Refer No. **11** 412329

051-

# NON-HAZARDOUS WASTE MANIFEST

1. Generator of Waste (must be filled in by producer) EPA I.D. No. _____

   Company Name: The Flintkote Company      Company Contact: _____ Eric Bower _____
                  (Print or Type)                                    (Print or Type)
   Pick-up Address ___ 8 East Frederick Place ___          Cedar Knolls, NJ 07927
                  (No.)        (Street)              (City)        (State)    (Zip)

   Telephone Number: __845-735-1600__        SIC No. _____

   Waste Stream Identification: ___ This manifest represents a non-hazardous waste as per EPA and PADEP regulations. ___

   Tons: _____      Cubic Yards: _____      Other (Specify): _____

   Name of Waste ___ 509 - Waste Oil Contaminated Waste ___

   Special Handling Instructions, if any: _____

   **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE

   This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law. The wastes were consigned to the transporter named. I certify that the foregoing is true and correct to the best of my knowledge.

   Date: 10/12/11      Signature: Maria Craig as agent for
                                  The Flintkote Company
                                           (Name and Title)

2. Hauler of Waste (must be filled in by hauler) EPA I.D. No. __4 7527__

   COMPANY NAME: T C B

   ADDRESS: LIVINGSTON NJ

   Pick-up Date: 10-14-11      Truck No. 107      Vehicle Lic. No. AL963V

   The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted. I certify under penalty of perjury that the foregoing is true and correct.

   Print name & title of authorized agent: Daniel Sosa

   Signature of authorized agent: Daniel Sosa

3. Disposer of Waste (must be filled-in by disposer)          CIRCLE ONE:

| G.R.O.W.S. North Landfill 1000 New Ford Mill Rd. Morrisville, PA 19067 PADEP Permit # 101680 (215) 736-0195 | Tullytown Resource Recovery Facility (T.R.R.F) 200 Bordentown Rd. Tullytown, PA 19007 PADEP Permit # 101494 (215) 736-0195 | Mountain View Reclamation Landfill 9446 Letzburg Rd. Greencastle, PA 17225 PADEP Permit # 101100 (717) 597-5535 | Phoenix Resources Landfill 782 Antrim Road Wellsboro, PA 16901 PADEP Permit # 101649 (570) 353-2405 |
|---|---|---|---|
| Alliance Sanitary Landfill 398 South Keyser Ave. Taylor, PA 18517 Permit # 100933 (570) 562-1600 | Grand Central Sanitary Landfill 910 W. Pennsylvania Ave. Pen Argyl, PA 18072 Permit # 100265 (610) 863-2400 | Pine Grove Landfill 193 Schultz Rd. Pine Grove, PA 17963 Permit # 101427 (570) 345-2777 | |

   Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on

   14 Oct 11 _____ (DISPOSAL DATE)

   Waste Discrepancies: _____

   Signature of authorized agent and title: _____

   LANDFILL (MAIL TO GENERATOR)



GROWS NORTH
1000 New Ford Mill Road
Morrisville, PA, 19067          Ph:

Original
Ticket# 605190

Customer: EnvWstMin476725PAE Environmental Wast Carrier:     TCB T C B
14 Brick Kiln Ct                                             T C B
Northampton, PA, 18067

| | |
|---|---|
| Tkt Date 10/14/2011 | Vehicle# 117          Volume |
| Pay Type Credit Account    Chk# | Trailer# |
| Billing # 0004179 | License# |
| Acct Tons 127.19 | Driver |
| Man Tk# | Haul Tk# |
| PO | Dest          N2 |

Generator 132-FLINTKOTECO The Flintkote Company Profile    476725PAE (Waste Oil Contaminated Wa
EPA ID      *                          Waste #
Manifest    412330                     Origin #/County   NJ/NEW JERSEY (State ,NJ
Trailer                                Origin Name       NEW JERSEY

| Date/Time | Scale | Operator | Operation Type-Inbound | |
|---|---|---|---|---|
| In 10/14/2011 10:01 NORTH LAB INB AK LIC#73712 | | | Inbound   Gross | 73880 lb |
| Out 10/14/2011 10:42 NORTH 3 OUTBO AJ Lic 015313 | | | Tare | 24560 lb |
| | | | Net | 49320 lb |
| | | | Tons | 24.66 |

Comments  License: AM163M, NJ, Owner: TCB LLC, Address: 218 Edmonton Court Livingston, NJ, 0

| Product | L.D% | Qty | UOM | Rate | Tax | Amount | Origin |
|---|---|---|---|---|---|---|---|
| 1 | Special Misc-Tons- 100 | 24.66 | Tons | | | | NJ |
| 2 | FUEL-Fuel Surcharg 100 | | % | | | | NJ |
| 3 | EVF-L-Standard Env 100 | 1 | Load | | | | NJ |

Total Tax
Total Ticket

Weighmaster:_____     Driver:_____

403WM

Document Refer No. **11** 412330

# NON-HAZARDOUS WASTE MANIFEST

1.   Generator of Waste (must be filled in by producer) EPA I.D. No. _____

Company Name: _The Flintkote Company_     Company Contact: _____Eric Bower_____
                    (Print or Type)                                                    (Print or Type)
Pick-up Address _____8 East Frederick Place_____     _Cedar Knolls, NJ 07927_
                    (No.)          (Street)                              (City)        (State)   (Zip)

Telephone Number: ___845-735-1600_____     SIC No. _____

Waste Stream Identification: _____This manifest represents a non-hazardous waste as per EPA and PADEP regulations.____

Tons: _____   Cubic Yards: _____   Other (Specify): _____

Name of Waste _____509 - Waste Oil Contaminated Waste_____

Special Handling Instructions, if any: _____

| **PROFILE/ WASTE STREAM I.D. NUMBER:** 476725PAE |
|---|

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to applicable state and federal law.  The wastes were consigned to the transporter named.  I certify that the foregoing is true and correct to the best of my knowledge.

Date: _10_/_12_/_11_                    Signature: _Maria Craig as agent for_
                                                              _The Flintkote Company_
                                                                              (Name and Title)

2.   Hauler of Waste (must be filled in by hauler) EPA I.D. No. ___7223___

COMPANY NAME: _TCB_

ADDRESS: _LIVINGSTON    NJ_

Pick-up Date: _10-14-11_   Truck No. _117_   Vehicle Lic. No. _Am 163m_

The above described waste was picked up and hauled by me to the disposal facility named below and Was accepted.  I certify under penalty of perjury that the foregoing is true and correct.

Print name & title of authorized agent: _____

Signature of authorized agent: _Joe A. Adams_

3.   Disposer of Waste (must be filled-in by disposer)          CIRCLE ONE:

| **G.R.O.W.S. North Landfill**<br>1000 New Ford Mill Rd.<br>Morrisville, PA 19067<br>PADEP Permit # 101680<br>(215) 736-0195 | **Tullytown Resource Recovery Facility<br>(T.R.R.F)**<br>200 Bordentown Rd.<br>Tullytown, PA 19007<br>**PADEP Permit # 101494**<br>(215) 736-0195 | **Mountain View Reclamation Landfill**<br>9446 Letzburg Rd.<br>Greencastle, PA 17225<br>**PADEP Permit # 101100**<br>(717) 597-5535 | **Phoenix Resources Landfill**<br>782 Antrim Road<br>Wellsboro, PA 16901<br>PADEP Permit # 101649<br>(570) 353-2405 |
|---|---|---|---|
| **Alliance Sanitary Landfill**<br>398 South Keyser Ave.<br>Taylor, PA 18517<br>**Permit # 100933**<br>(570) 562-1600 | **Grand Central Sanitary Landfill**<br>910 W. Pennsylvania Ave.<br>Pen Argyl, PA 18072<br>**Permit # 100265**<br>(610) 863-2400 | **Pine Grove Landfill**<br>193 Schultz Rd.<br>Pine Grove, PA 17963<br>**Permit # 101427**<br>(570) 345-2777 | |

Waste subject to this manifest was delivered by the above hauler to this disposal facility and accepted on
_14  OCt 11_ _____
                              (DISPOSAL DATE)

Waste Discrepancies: _____

Signature of authorized agent and title: _____

LANDFILL (MAIL TO GENERATOR)