# Appendix C

## **Typical Gradation DGABC (Granite)**

| Project |
| --- |
| Former Flintkote Site |
| 8 East Frederick Pl |
| Cedar Knolls, NJ |

| Contractor |
| --- |
| EWMI |

| Sp. Gr | 2.72 |
| --- | --- |
| Loose | 99 |
| Rodded | 111 |

| | Typical | Prod. Target | |
| --- | --- | --- | --- |
| 1 1/2" | 100 | 100 | 100 |
| 1" | 97.3 | 55 | 100 |
| 3/4 | 87.9 | 55 | 90 |
| 1/2 | 71.7 | 25 | 90 |
| 3/8 | 58 | 25 | 90 |
| #4 | 46.9 | 25 | 60 |
| #50 | 12.9 | 5 | 25 |
| #200 | 5 | 3 | 10 |



Tilcon-NJ confirms that the DGABC (Granite) available at Pompton Lakes Quarry conforms to the quality requirements of section 901 of *The New Jersey Department of* **Transportation** *Standard Specifications for Road and Bridge Construction.* It is defined as virgin Gneiss mined at Pompton Lakes Quarry, Broad Street, Blk 60-Lots 60.01-60.02 Borough of Pompton Lakes, Morris County. The material is identified on the job with Tilcon NJ delivery tickets.

The unit weights and voids are for process control and should be verified by the contractor before use.

## Typical Gradation, DGABC

| Project |
|---|
| Former Flintkote Site |
| 8 East Frederick Pl |
| Cedar Knolls, NJ |

| Contractor |
|---|
| EWMI |

| Sp. Gr | 2.66 |
|---|---|
| Loose | 98 |
| Rodded | 110 |

|  | Typical | Prod. Target | |
|---|---|---|---|
| 1 1/2" | 100 | 100 | 100 |
| 1" | 95 | 55 | 100 |
| 3/4 | 77.6 | 55 | 90 |
| 1/2 | 55.7 | 25 | 90 |
| 3/8 | 51 | 25 | 90 |
| #4 | 42 | 25 | 60 |
| #50 | 14.5 | 5 | 25 |
| #200 | 6.3 | 3 | 10 |



Tilcon Inc confirms that DGABC available at Mt. Hope Quarry conforms to section 901 of the ***New Jersey Department of Transportation StandardSpecifications for Road and Bridge Construction.*** The material is defined as virgin Gneiss mined at Mt. Hope Quarry, 625 Mount Hope Road, Block 20001-Lot 6.01 Wharton Borough, Morris County NJ. The material is identified on the job with Tilcon delivery tickets.

The unit weights and voids are for process control and should be verified by the contractor before use.

# Backfill Log
## Tilcon New York inc.

|  | |
|---|---|
| DGA Total | 1443.55 |
| Gabion Stone Total | 25.33 |

URS - Former Flintkote Site
8 East Frederick Place
Cedar Knolls, NJ

| Date | Material Species | Ticket # | Tons | Daily Total |
|---|---|---|---|---|
| 10/13/2011 | DGA | 41872394 | 25.59 | |
| 10/13/2011 | DGA | 41872423 | 25.59 | |
| 10/13/2011 | DGA | 41872424 | 25.91 | |
| 10/13/2011 | DGA | 41872500 | 25.18 | |
| 10/13/2011 | DGA | 41872503 | 25.18 | |
| 10/13/2011 | DGA | 41872516 | 26.47 | |
| 10/13/2011 | DGA | 41872521 | 23.94 | |
| 10/13/2011 | DGA | 41872546 | 25.62 | |
| 10/13/2011 | DGA | 41872552 | 25.56 | 434.69 |
| 10/13/2011 | DGA | 41872568 | 25.31 | |
| 10/13/2011 | DGA | 41872583 | 25.57 | |
| 10/13/2011 | DGA | 41872601 | 26.03 | |
| 10/13/2011 | DGA | 41872611 | 26.12 | |
| 10/13/2011 | DGA | 41872629 | 25.29 | |
| 10/13/2011 | DGA | 41872631 | 25.54 | |
| 10/13/2011 | DGA | 41872633 | 25.8 | |
| 10/13/2011 | DGA | 41872636 | 25.99 | |
| | | | | |
| 10/14/2011 | Gabion Stone | 41872946 | 25.33 | 25.33 |

# Backfill Log
## Tilcon New York inc.

| DGA Total | 1443.55 |
|---|---|
| Gabion Stone Total | 25.33 |

## URS - Former Flintkote Site
## 8 East Frederick Place
## Cedar Knolls, NJ

| Date | Material Species | Ticket # | Tons | Daily Total |
|---|---|---|---|---|
| 10/19/2011 | DGA | 41874570 | 25.82 | |
| 10/19/2011 | DGA | 41874571 | 23.54 | |
| 10/19/2011 | DGA | 41874573 | 24.29 | |
| 10/19/2011 | DGA | 41874576 | 25.95 | |
| 10/19/2011 | DGA | 41874577 | 23.87 | |
| 10/19/2011 | DGA | 41874580 | 26.12 | |
| 10/19/2011 | DGA | 41874582 | 25.77 | |
| 10/19/2011 | DGA | 41874584 | 24.3 | |
| 10/19/2011 | DGA | 41874588 | 23.81 | |
| 10/19/2011 | DGA | 41874593 | 24.54 | 499.69 |
| 10/19/2011 | DGA | 41874595 | 25.4 | |
| 10/19/2011 | DGA | 41874597 | 25.73 | |
| 10/19/2011 | DGA | 41874602 | 24.82 | |
| 10/19/2011 | DGA | 41874604 | 27.2 | |
| 10/19/2011 | DGA | 41874608 | 25.39 | |
| 10/19/2011 | DGA | 41874611 | 24.02 | |
| 10/19/2011 | DGA | 41874614 | 25.4 | |
| 10/19/2011 | DGA | 41874617 | 25.6 | |
| 10/19/2011 | DGA | 41874618 | 23.24 | |
| 10/19/2011 | DGA | 41874627 | 24.88 | |
| | | | | |
| 10/20/2011 | DGA | 41875058 | 25.46 | |
| 10/20/2011 | DGA | 41875065 | 26.2 | |
| 10/20/2011 | DGA | 41875071 | 25.03 | |
| 10/20/2011 | DGA | 41875082 | 25.17 | |
| 10/20/2011 | DGA | 41875084 | 24.98 | 253.53 |
| 10/20/2011 | DGA | 41875100 | 25.07 | |
| 10/20/2011 | DGA | 41875102 | 24.6 | |
| 10/20/2011 | DGA | 41875105 | 26 | |
| 10/20/2011 | DGA | 41875108 | 26.4 | |
| 10/20/2011 | DGA | 41875114 | 24.62 | |

# Backfill Log
## Tilcon New York inc.

| | |
|---|---|
| DGA Total | 1443.55 |
| Gabion Stone Total | 25.33 |

URS - Former Flintkote Site
8 East Frederick Place
Cedar Knolls, NJ

| Date | Material Species | Ticket # | Tons | Daily Total |
|------|------------------|----------|------|-------------|
| 10/21/2011 | DGA | 41875543 | 25.4 | |
| 10/21/2011 | DGA | 41875556 | 25.98 | |
| 10/21/2011 | DGA | 41875573 | 25.72 | 101.7 |
| 10/21/2011 | DGA | 41875575 | 24.6 | |
| 10/24/2011 | DGA | 41876204 | 25.31 | |
| 10/24/2011 | DGA | 41876206 | 26.03 | |
| 10/24/2011 | DGA | 41876211 | 25.36 | |
| 10/24/2011 | DGA | 41876213 | 26.54 | 153.94 |
| 10/24/2011 | DGA | 41876215 | 25.29 | |
| 10/24/2011 | DGA | 41876218 | 25.41 | |

**TICKET NO: 41872423**  **DATE: 10/13/11**  **TIME: 06:45**

SHIPPING PLANT: 418  MT HOPE QUARRY  SOURCE: 8 - 032R
SCALE NO: 4  WM: Chrisey Bishop

ORDER NO:  109
CUSTOMER CODE:  85669  ENVIRONMENTAL WASTE MINIM
PRINT/BT CODE:
PURCHASE ORDER: 03 – 105859 – 16
CONTRACT NO:

TRUCK: 4912  HAULER: 102410  J.G.S. TRUCKING, LLC
DELIVERY METHOD: 1  Delivery  ZONE CODE: 17012

ITEM CODE  1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
CEDAR KNOLLS 8 EAST FREDRICK PL OFF RIDGEDALE AVE

INSTRUCTIONS:
TEL 484 – 788 – 5733

| ON JOB TIME | | | |
|---|---|---|---|
| | GROSS | 78,940lb | 39.47UT |
| | TARE | 27,760lb | 13.88UT |
| OFF JOB TIME | NET | 51,180lb | 25.59UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 2 | 51.18 | 46.43 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41872423*

CON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION IN THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ABUSE OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER.

---

**TICKET NO: 41872424**  **DATE: 10/13/11**  **TIME: 06:46**

SHIPPING PLANT: 418  MT HOPE QUARRY  SOURCE: 8 - 032R
SCALE NO: 4  WM: Chrisey Bishop

ORDER NO:  109
CUSTOMER CODE:  85669  ENVIRONMENTAL WASTE MINIM
PRINT/BT CODE:
PURCHASE ORDER: 03 – 105859 – 15
CONTRACT NO:

TRUCK: 8042  HAULER: 102794  LEO'S TRUCKING, LLC
DELIVERY METHOD: 1  Delivery  ZONE CODE: 17012

ITEM CODE  1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
CEDAR KNOLLS 8 EAST FREDRICK PL OFF RIDGEDALE AVE

INSTRUCTIONS:
TEL 484 – 788 – 5733

| ON JOB TIME | | | |
|---|---|---|---|
| | GROSS | 79,320lb | 39.66UT |
| | TARE | 27,500lb | 13.75UT |
| OFF JOB TIME | NET | 51,820lb | 25.91UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 3 | 77.09 | 69.94 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41872424*

CON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION IN THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ABUSE OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER.

---

**TICKET NO: 41872500**  **DATE: 10/13/11**  **TIME: 09:41**

SHIPPING PLANT: 418  MT HOPE QUARRY  SOURCE: 8 - 032R
SCALE NO: 4  WM: Chrisey Bishop

ORDER NO:  109
CUSTOMER CODE:  85669  ENVIRONMENTAL WASTE MINIM
PRINT/BT CODE:
PURCHASE ORDER: 03 – 105859 – 15
CONTRACT NO:

TRUCK: 4916  HAULER: 100313  JUAN ARIAS TRUCKING
DELIVERY METHOD: 1  Delivery  ZONE CODE: 17012

ITEM CODE  1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
CEDAR KNOLLS 8 EAST FREDRICK PL OFF RIDGEDALE AVE

INSTRUCTIONS:
TEL 484 – 788 – 5733

| ON JOB TIME | | | |
|---|---|---|---|
| | GROSS | 77,980lb | 38.99UT |
| | TARE | 27,620lb | 13.81UT |
| OFF JOB TIME | NET | 50,360lb | 25.18UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 4 | 102.27 | 92.78 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41872500*

CON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION IN THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ABUSE OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER.

---

**TICKET NO: 41872503**  **DATE: 10/13/11**  **TIME: 09:45**

SHIPPING PLANT: 418  MT HOPE QUARRY  SOURCE: 8 - 032R
SCALE NO: 4  WM: Chrisey Bishop

ORDER NO:  109
CUSTOMER CODE:  85669  ENVIRONMENTAL WASTE MINIM
PRINT/BT CODE:
PURCHASE ORDER: 03 – 105859 – 15
CONTRACT NO:

TRUCK: 3294  HAULER: 105011  VEGA DEVELOPEMENT,
DELIVERY METHOD: 1  Delivery  ZONE CODE: 17012

ITEM CODE  1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
CEDAR KNOLLS 8 EAST FREDRICK PL OFF RIDGEDALE AVE

INSTRUCTIONS:
TEL 484 – 788 – 5733

| ON JOB TIME | | | |
|---|---|---|---|
| | GROSS | 78,660lb | 39.33UT |
| | TARE | 28,400lb | 14.20UT |
| OFF JOB TIME | NET | 50,260lb | 25.13UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 5 | 127.40 | 115.58 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41872503*

CON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION IN THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ABUSE OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER.



TICKET NO: 41872516    DATE: 10/13/11    TIME: 10:20

SHIPPING PLANT: 418   MT HOPE QUARRY         SOURCE: 8  032H
SCALE NO: 4    WM: Chrissy Bishop

ORDER NO:           109
CUSTOMER CODE:    85669        ENVIRONMENTAL WASTE MINIM
PRINCIPT CODE:
PURCHASE ORDER: 03-105850-15
CONTRACT NO:

TRUCK#: 1980    HAULER: 100719       BURGOS TRUCKING CORP
DELIVERY METHOD: 1   Delivery         ZONE CODE: 17012

ITEM CODE    1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
CEDAR KNOLLS 8 EAST FREDRICK PL OFF RIDGEDALE AVE

INSTRUCTIONS:
TEL 494-788-5733

| ON JOB TIME | | | |
|---|---|---|---|
| | GROSS | 79,380lb | 39.69UT |
| | TARE | 26,440lb | 13.22UT |
| OFF JOB TIME | NET | 52,940lb | 26.47UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 6 | 153.87 | 139.59 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE


*41872516*

CON NEW YORK, INC. ISSUED THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

---

TICKET NO: 41872521    DATE: 10/13/11    TIME: 10:20

SHIPPING PLANT: 418   MT HOPE QUARRY         SOURCE: 8  032H
SCALE NO: 4    WM: Chrissy Bishop

ORDER NO:           109
CUSTOMER CODE:    85669        ENVIRONMENTAL WASTE MINIM
PRINCIPT CODE:
PURCHASE ORDER: 03-105850-15
CONTRACT NO:

TRUCK#: 4914    HAULER: 102410       J.G.S. TRUCKING, LLC
DELIVERY METHOD: 1   Delivery         ZONE CODE: 17012

ITEM CODE    1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
CEDAR KNOLLS 8 EAST FREDRICK PL OFF RIDGEDALE AVE

INSTRUCTIONS:
TEL 494-788-5733

| ON JOB TIME | | | |
|---|---|---|---|
| | GROSS | 77,160lb | 38.58UT |
| | TARE | 29,280lb | 14.64UT |
| OFF JOB TIME | NET | 47,880lb | 23.94UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 7 | 177.81 | 161.31 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE


*41872521*

CON NEW YORK, INC. ISSUED THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

---

TICKET NO: 41872546    DATE: 10/13/11    TIME: 11:10

SHIPPING PLANT: 418   MT HOPE QUARRY         SOURCE: 8  032H
SCALE NO: 4    WM: Chrissy Bishop

ORDER NO:           109
CUSTOMER CODE:    85669        ENVIRONMENTAL WASTE MINIM
PRINCIPT CODE:
PURCHASE ORDER: 03-105850-15
CONTRACT NO:

TRUCK#: 4916    HAULER: 100313       JUAN ARIAS TRUCKING
DELIVERY METHOD: 1   Delivery         ZONE CODE: 17012

ITEM CODE    1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
CEDAR KNOLLS 8 EAST FREDRICK PL OFF RIDGEDALE AVE

INSTRUCTIONS:
TEL 494-788-5733

| ON JOB TIME | | | |
|---|---|---|---|
| | GROSS | 78,860lb | 39.43UT |
| | TARE | 27,620lb | 13.81UT |
| OFF JOB TIME | NET | 51,240lb | 25.62UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 8 | 203.43 | 184.55 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE


*41872546*

CON NEW YORK, INC. ISSUED THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

---

TICKET NO: 41872552    DATE: 10/13/11    TIME: 11:22

SHIPPING PLANT: 418   MT HOPE QUARRY         SOURCE: 8  032H
SCALE NO: 4    WM: Chrissy Bishop

ORDER NO:           109
CUSTOMER CODE:    85669        ENVIRONMENTAL WASTE MINIM
PRINCIPT CODE:
PURCHASE ORDER: 03-105850-15
CONTRACT NO:

TRUCK#: 3994    HAULER: 105011       VEGA DEVELOPLMENT, L
DELIVERY METHOD: 1   Delivery         ZONE CODE: 17012

ITEM CODE    1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
CEDAR KNOLLS 8 EAST FREDRICK PL OFF RIDGEDALE AVE

INSTRUCTIONS:
TEL 494-788-5733

| ON JOB TIME | | | |
|---|---|---|---|
| | GROSS | 79,520lb | 39.76UT |
| | TARE | 28,400lb | 14.20UT |
| OFF JOB TIME | NET | 51,120lb | 25.56UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 9 | 228.99 | 207.74 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE


*41872552*

CON NEW YORK, INC. ISSUED THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

## Ticket 1 (Top Left)

ICKET NO: 41872568     DATE: 10/13/11     TIME: 11:48

HIPPING PLANT: 418   MT HOPE QUARRY                SOURCE: 8  032R
CALE NO: 4     WM: Chrissy Bishop

ORDER NO:            109
CUSTOMER CODE:   85669         ENVIRONMENTAL WASTE MINIM
PROJECT CODE:
PURCHASE ORDER:  03-105859-15
CONTRACT NO:

RUCK: 2292          HAULER: 101845          GERMAN GARCIA
ELIVERY METHOD: 1   Delivery            ZONE CODE: 17012

ITEM CODE    1018001
DESCRIPTION  DGA

ELIVERY ADDRESS:
EDAR KNOLLS 8 EAST FREDRICK PL OFF RIDGEDALE AVE

ISTRUCTIONS:
HIL 484-788-5733

| | GROSS | 78,460lb | 39.23UT |
|---|---|---|---|
| ON JOB TIME | TARE | 27,840lb | 13.92UT |
| OFF JOB TIME | NET | 50,620lb | 25.31UT |

| # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
|---|---|---|
| 10 | 254.30 | 230.70 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41872568*

CON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR INJURY TO ITS OPERATOR. WE ARE NOT EMPRISES FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

---

## Ticket 2 (Top Right)

ICKET NO: 41872583     DATE: 10/13/11     TIME: 12:07

HIPPING PLANT: 418   MT HOPE QUARRY                SOURCE: 8  032R
CALE NO: 4     WM: Chrissy Bishop

ORDER NO:            109
CUSTOMER CODE:   85669         ENVIRONMENTAL WASTE MINIM
PROJECT CODE:
PURCHASE ORDER:  03-105859-15
CONTRACT NO:

RUCK: 4905          HAULER: 174776          RICHARD HENAO dba HI
ELIVERY METHOD: 1   Delivery            ZONE CODE: 17012

ITEM CODE    1018001
DESCRIPTION  DGA

ELIVERY ADDRESS:
EDAR KNOLLS 8 EAST FREDRICK PL OFF RIDGEDALE AVE

ISTRUCTIONS:
HIL 484-788-5733

| | GROSS | 78,560lb | 39.28UT |
|---|---|---|---|
| ON JOB TIME | TARE | 27,420lb | 13.71UT |
| OFF JOB TIME | NET | 51,140lb | 25.57UT |

| # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
|---|---|---|
| 11 | 279.87 | 253.90 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41872583*

CON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR INJURY TO ITS OPERATOR. WE ARE NOT EMPRISES FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

---

## Ticket 3 (Bottom Left)

ICKET NO: 41872601     DATE: 10/13/11     TIME: 12:25

HIPPING PLANT: 418   MT HOPE QUARRY                SOURCE: 8  032R
CALE NO: 4     WM: Chrissy Bishop

ORDER NO:            109
CUSTOMER CODE:   85669         ENVIRONMENTAL WASTE MINIM
PROJECT CODE:
PURCHASE ORDER:  03-105859-15
CONTRACT NO:

RUCK: 4915          HAULER: 100313          JUAN ARIAS TRUCKING
ELIVERY METHOD: 1   Delivery            ZONE CODE: 17012

ITEM CODE    1018001
DESCRIPTION  DGA

ELIVERY ADDRESS:
EDAR KNOLLS 8 EAST FREDRICK PL OFF RIDGEDALE AVE

ISTRUCTIONS:
HIL 484-788-5733

| | GROSS | 79,680lb | 39.84UT |
|---|---|---|---|
| ON JOB TIME | TARE | 27,620lb | 13.81UT |
| OFF JOB TIME | NET | 52,060lb | 26.03UT |

| # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
|---|---|---|
| 12 | 305.90 | 277.51 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41872601*

CON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR INJURY TO ITS OPERATOR. WE ARE NOT EMPRISES FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

---

## Ticket 4 (Bottom Right)

ICKET NO: 41872611     DATE: 10/13/11     TIME: 12:39

HIPPING PLANT: 418   MT HOPE QUARRY                SOURCE: 8  032R
CALE NO: 4     WM: Chrissy Bishop

ORDER NO:            109
CUSTOMER CODE:   85669         ENVIRONMENTAL WASTE MINIM
PROJECT CODE:
PURCHASE ORDER:  03-105859-15
CONTRACT NO:

RUCK: 4912          HAULER: 102410          J.G.S. TRUCKING, LLC
ELIVERY METHOD: 1   Delivery            ZONE CODE: 17012

ITEM CODE    1018001
DESCRIPTION  DGA

ELIVERY ADDRESS:
EDAR KNOLLS 8 EAST FREDRICK PL OFF RIDGEDALE AVE

ISTRUCTIONS:
HIL 484-788-5733

| | GROSS | 80,000lb | 40.00UT |
|---|---|---|---|
| ON JOB TIME | TARE | 27,760lb | 13.88UT |
| OFF JOB TIME | NET | 52,240lb | 26.12UT |

| # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
|---|---|---|
| 13 | 332.02 | 301.21 |



DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41872611*

CON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR INJURY TO ITS OPERATOR. WE ARE NOT EMPRISES FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER





TICKET NO: 41872629    DATE: 10/13/11    TIME: 13:26

SHIPPING PLANT: 418  MT HOPE QUARRY          SOURCE: 8 - 032R
SCALE NO: 4    WM: Chrisey Bishop

ORDER NO:          109
CUSTOMER CODE:    85669    ENVIRONMENTAL WASTE MINIM
PROJECT CODE:
PURCHASE ORDER: 03 - 105859 - 15
CONTRACT NO:

TRUCK: 6816    HAULER: 102343        J. GIRALDO'S TRUCKIN
DELIVERY METHOD: 1   Delivery         ZONE CODE: 17012

ITEM CODE    1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
CEDAR KNOLLS 8 EAST FREDRICK PL OFF RIDGEDALE AVE

INSTRUCTIONS:
TIL 484 - 788 - 5733

| ON JOB TIME | GROSS | 78,920lb | 39.46UT |
| | TARE | 28,340lb | 14.17UT |
| OFF JOB TIME | NET | 50,580lb | 25.29UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 14 | 357.31 | 324.15 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE



*41872629*

CON NEW YORK, INC. ISSUED THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OVER PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

---

TICKET NO: 41872631    DATE: 10/13/11    TIME: 13:32

SHIPPING PLANT: 418  MT HOPE QUARRY          SOURCE: 8 - 032R
SCALE NO: 4    WM: Chrisey Bishop

ORDER NO:          109
CUSTOMER CODE:    85669    ENVIRONMENTAL WASTE MINIM
PROJECT CODE:
PURCHASE ORDER: 03 - 105859 - 15
CONTRACT NO:

TRUCK: 8042    HAULER: 182794        LEO'S TRUCKING, LLC
DELIVERY METHOD: 1   Delivery         ZONE CODE: 17012

ITEM CODE    1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
CEDAR KNOLLS 8 EAST FREDRICK PL OFF RIDGEDALE AVE

INSTRUCTIONS:
TIL 484 - 788 - 5733

| ON JOB TIME | GROSS | 78,580lb | 39.29UT |
| | TARE | 27,500lb | 13.75UT |
| OFF JOB TIME | NET | 51,080lb | 25.54UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 15 | 382.85 | 347.32 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE



*41872631*

CON NEW YORK, INC. ISSUED THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OVER PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

---

TICKET NO: 41872633    DATE: 10/13/11    TIME: 13:35

SHIPPING PLANT: 418  MT HOPE QUARRY          SOURCE: 8 - 032R
SCALE NO: 4    WM: Chrisey Bishop

ORDER NO:          109
CUSTOMER CODE:    85669    ENVIRONMENTAL WASTE MINIM
PROJECT CODE:
PURCHASE ORDER: 03 - 105859 - 15
CONTRACT NO:

TRUCK: 8044    HAULER: 182794        LEO'S TRUCKING, LLC
DELIVERY METHOD: 1   Delivery         ZONE CODE: 17012

ITEM CODE    1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
CEDAR KNOLLS 8 EAST FREDRICK PL OFF RIDGEDALE AVE

INSTRUCTIONS:
TIL 484 - 788 - 5733

| ON JOB TIME | GROSS | 78,820lb | 39.41UT |
| | TARE | 27,220lb | 13.61UT |
| OFF JOB TIME | NET | 51,600lb | 25.80UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 16 | 408.65 | 370.73 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE



*41872633*

CON NEW YORK, INC. ISSUED THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OVER PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

---

TICKET NO: 41872636    DATE: 10/13/11    TIME: 13:39

SHIPPING PLANT: 418  MT HOPE QUARRY          SOURCE: 8 - 032R
SCALE NO: 4    WM: Chrisey Bishop

ORDER NO:          109
CUSTOMER CODE:    85669    ENVIRONMENTAL WASTE MINIM
PROJECT CODE:
PURCHASE ORDER: 03 - 105859 - 15
CONTRACT NO:

TRUCK: 8624    HAULER: 101908        GILBERTO ROSA, LLC
DELIVERY METHOD: 1   Delivery         ZONE CODE: 17012

ITEM CODE    1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
CEDAR KNOLLS 8 EAST FREDRICK PL OFF RIDGEDALE AVE

INSTRUCTIONS:
TIL 484 - 788 - 5733

| ON JOB TIME | GROSS | 79,860lb | 39.94UT |
| | TARE | 27,900lb | 13.95UT |
| OFF JOB TIME | NET | 51,960lb | 25.99UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 17 | 434.64 | 394.31 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE



*41872636*

CON NEW YORK, INC. ISSUED THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OVER PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

TICKET NO: 41874573   DATE: 10/19/11   TIME: 07:05

SHIPPING PLANT: 418   MT HOPE QUARRY        SOURCE: 8-032R
SCALE NO: 5    WM: Ellen Hays

ORDER NO:         98
CUSTOMER CODE:    85669        ENVIRONMENTAL WASTE MINIM
PROJECT CODE:     114099       CEDAR KNOLLS - FLINTKOTE
PURCHASE ORDER: 03-105859-15
CONTRACT NO:

TRUCK: 8042    HAULER: 182794        LEO'S TRUCKING, LLC
DELIVERY METHOD: 1  Delivery        ZONE CODE: 17012

ITEM CODE   1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
R/S-CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414-788-5733

| ON JOB TIME | | GROSS | 75,700lb | 37.85UT |
|---|---|---|---|---|
| | | TARE | 27,120lb | 13.56UT |
| OFF JOB TIME | | NET | 48,580lb | 24.29UT |

| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
|---|---|---|---|
| | 3 | 73.65 | 66.82 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE



*41874573*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER.

---

TICKET NO: 41874576   DATE: 10/19/11   TIME: 07:07

SHIPPING PLANT: 418   MT HOPE QUARRY        SOURCE: 8-032R
SCALE NO: 5    WM: Ellen Hays

ORDER NO:         98
CUSTOMER CODE:    85669        ENVIRONMENTAL WASTE MINIM
PROJECT CODE:     114099       CEDAR KNOLLS - FLINTKOTE
PURCHASE ORDER: 03-105859-15
CONTRACT NO:

TRUCK: 1810    HAULER: 181036        JHONGRI TRUCKING, LL
DELIVERY METHOD: 1  Delivery        ZONE CODE: 17012

ITEM CODE   1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
R/S-CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414-788-5733

| ON JOB TIME | | GROSS | 78,900lb | 39.45UT |
|---|---|---|---|---|
| | | TARE | 27,000lb | 13.50UT |
| OFF JOB TIME | | NET | 51,900lb | 25.95UT |

| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
|---|---|---|---|
| | 4 | 99.60 | 90.36 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE



*41874576*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER.

---

TICKET NO: 41874577   DATE: 10/19/11   TIME: 07:08

SHIPPING PLANT: 418   MT HOPE QUARRY        SOURCE: 8-032R
SCALE NO: 5    WM: Ellen Hays

ORDER NO:         98
CUSTOMER CODE:    85669        ENVIRONMENTAL WASTE MINIM
PROJECT CODE:     114099       CEDAR KNOLLS - FLINTKOTE
PURCHASE ORDER: 03-105859-15
CONTRACT NO:

TRUCK: 4964    HAULER: 179583        MANAOS TRUCKING, LLC
DELIVERY METHOD: 1  Delivery        ZONE CODE: 17012

ITEM CODE   1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
R/S-CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414-788-5733

| ON JOB TIME | | GROSS | 76,660lb | 38.43UT |
|---|---|---|---|---|
| | | TARE | 29,120lb | 14.56UT |
| OFF JOB TIME | | NET | 47,740lb | 23.87UT |

| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
|---|---|---|---|
| | 5 | 123.47 | 112.01 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE



*41874577*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER.

---

TICKET NO: 41874580   DATE: 10/19/11   TIME: 07:11

SHIPPING PLANT: 418   MT HOPE QUARRY        SOURCE: 8-032R
SCALE NO: 5    WM: Ellen Hays

ORDER NO:         98
CUSTOMER CODE:    85669        ENVIRONMENTAL WASTE MINIM
PROJECT CODE:     114099       CEDAR KNOLLS - FLINTKOTE
PURCHASE ORDER: 03-105859-15
CONTRACT NO:

TRUCK: 4915    HAULER: 100313        JUAN ARIAS TRUCKING
DELIVERY METHOD: 1  Delivery        ZONE CODE: 17012

ITEM CODE   1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
R/S-CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414-788-5733

| ON JOB TIME | | GROSS | 79,840lb | 39.92UT |
|---|---|---|---|---|
| | | TARE | 27,600lb | 13.80UT |
| OFF JOB TIME | | NET | 52,240lb | 26.12UT |

| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
|---|---|---|---|
| | 6 | 149.59 | 135.71 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE



*41874580*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER.

## Ticket 1 (Top Left)

TICKET NO: 41874582　　DATE: 10/19/11　　TIME: 07:14

SHIPPING PLANT: 418　MT HOPE QUARRY　　SOURCE: 8 – 032R
SCALE NO: 5　　WM: Ellen Hays

ORDER NO:　　　98
CUSTOMER CODE:　85669　　ENVIRONMENTAL WASTE MINIM
PROJECT CODE:　114099　　CEDAR KNOLLS – FLINTKOTE
PURCHASE ORDER: 03 – 105859 – 15
CONTRACT NO:

TRUCK: 6524　　HAULER: 101908　　GILBERTO ROSA, LLC
DELIVERY METHOD: 1　Delivery　　ZONE CODE: 17012

ITEM CODE　　1018001
DESCRIPTION DGA

DELIVERY ADDRESS:
R/S – CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414 – 788 – 5733

| ON JOB TIME | | GROSS | 79,400lb | 39.70UT |
| | | TARE | 27,860lb | 13.93UT |
| OFF JOB TIME | | NET | 51,540lb | 25.77UT |
| | | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | | 7 | 175.36 | 159.09 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE


*41874582*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CONTRACTOR

## Ticket 2 (Top Right)

TICKET NO: 41874588　　DATE: 10/19/11　　TIME: 07:24

SHIPPING PLANT: 418　MT HOPE QUARRY　　SOURCE: 8 – 032R
SCALE NO: 5　　WM: Ellen Hays

ORDER NO:　　　98
CUSTOMER CODE:　85669　　ENVIRONMENTAL WASTE MINIM
PROJECT CODE:　114099　　CEDAR KNOLLS – FLINTKOTE
PURCHASE ORDER: 03 – 105859 – 15
CONTRACT NO:

TRUCK: 4905　　HAULER: 100313　　JUAN ARIAS TRUCKING
DELIVERY METHOD: 1　Delivery　　ZONE CODE: 17012

ITEM CODE　　1018001
DESCRIPTION DGA

DELIVERY ADDRESS:
R/S – CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414 – 788 – 5733

| ON JOB TIME | | GROSS | 76,940lb | 38.47UT |
| | | TARE | 29,320lb | 14.66UT |
| OFF JOB TIME | | NET | 47,620lb | 23.81UT |
| | | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | | 9 | 223.47 | 202.73 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE


*41874588*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CONTRACTOR

## Ticket 3 (Bottom Left)

TICKET NO: 41874593　　DATE: 10/19/11　　TIME: 07:28

SHIPPING PLANT: 418　MT HOPE QUARRY　　SOURCE: 8 – 032R
SCALE NO: 5　　WM: Ellen Hays

ORDER NO:　　　98
CUSTOMER CODE:　85669　　ENVIRONMENTAL WASTE MINIM
PROJECT CODE:　114099　　CEDAR KNOLLS – FLINTKOTE
PURCHASE ORDER: 03 – 105859 – 15
CONTRACT NO:

TRUCK: 8065　　HAULER: 101938　　GOMEZ BROS. TRUCKING
DELIVERY METHOD: 1　Delivery　　ZONE CODE: 17012

ITEM CODE　　1018001
DESCRIPTION DGA

DELIVERY ADDRESS:
R/S – CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414 – 788 – 5733

| ON JOB TIME | | GROSS | 77,380lb | 38.69UT |
| | | TARE | 28,300lb | 14.15UT |
| OFF JOB TIME | | NET | 49,080lb | 24.54UT |
| | | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | | 10 | 248.01 | 224.99 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE


*41874593*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CONTRACTOR

## Ticket 4 (Bottom Right)

TICKET NO: 41874595　　DATE: 10/19/11　　TIME: 07:30

SHIPPING PLANT: 418　MT HOPE QUARRY　　SOURCE: 8 – 032R
SCALE NO: 5　　WM: Ellen Hays

ORDER NO:　　　98
CUSTOMER CODE:　85669　　ENVIRONMENTAL WASTE MINIM
PROJECT CODE:　114099　　CEDAR KNOLLS – FLINTKOTE
PURCHASE ORDER: 03 – 105859 – 15
CONTRACT NO:

TRUCK: 3369　　HAULER: 106289　　MAD HAULIN' CORP.
DELIVERY METHOD: 1　Delivery　　ZONE CODE: 17012

ITEM CODE　　1018001
DESCRIPTION DGA

DELIVERY ADDRESS:
R/S – CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414 – 788 – 5733

| ON JOB TIME | | GROSS | 79,160lb | 39.58UT |
| | | TARE | 28,360lb | 14.18UT |
| OFF JOB TIME | | NET | 50,800lb | 25.40UT |
| | | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | | 11 | 273.41 | 248.04 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE


*41874595*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CONTRACTOR

**TICKET NO: 41874597**  DATE: 10/19/11  TIME: 07:31

SHIPPING PLANT: 418  MT HOPE QUARRY  SOURCE: 8-032R
SCALE NO: 5  WM: Ellen Hays

ORDER NO:  98
CUSTOMER CODE:  85669  ENVIRONMENTAL WASTE MINIM
PROJECT CODE:  114099  CEDAR KNOLLS - FLINTKOTE
PURCHASE ORDER:  03-105850-15
CONTACT NO:
TRUCK#: 9069  HAULER: 101938  GOMEZ BROS. TRUCKING
DELIVERY METHOD: 1  Delivery  ZONE CODE: 17012
ITEM CODE  1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
R/S-CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414-788-5733

| ON JOB TIME | | | |
|---|---|---|---|
| | GROSS | 78,960lb | 39.48UT |
| | TARE | 27,500lb | 13.75UT |
| OFF JOB TIME | NET | 51,460lb | 25.73UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 12 | 299.14 | 271.38 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41874597*

---

**TICKET NO: 41874602**  DATE: 10/19/11  TIME: 07:49

SHIPPING PLANT: 418  MT HOPE QUARRY  SOURCE: 8-032R
SCALE NO: 5  WM: Ellen Hays

ORDER NO:  98
CUSTOMER CODE:  85669  ENVIRONMENTAL WASTE MINIM
PROJECT CODE:  114099  CEDAR KNOLLS - FLINTKOTE
PURCHASE ORDER:  03-105850-15
CONTACT NO:
TRUCK#: 8254  HAULER: 104446  SNIFFEN PAVING TRUCK
DELIVERY METHOD: 1  Delivery  ZONE CODE: 17012
ITEM CODE  1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
R/S-CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414-788-5733

| ON JOB TIME | | | |
|---|---|---|---|
| | GROSS | 78,140lb | 39.07UT |
| | TARE | 28,500lb | 14.25UT |
| OFF JOB TIME | NET | 49,640lb | 24.82UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 13 | 323.96 | 293.90 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41874602*

---

**TICKET NO: 41874604**  DATE: 10/19/11  TIME: 07:52

SHIPPING PLANT: 418  MT HOPE QUARRY  SOURCE: 8-032R
SCALE NO: 5  WM: Ellen Hays

ORDER NO:  98
CUSTOMER CODE:  85669  ENVIRONMENTAL WASTE MINIM
PROJECT CODE:  114099  CEDAR KNOLLS - FLINTKOTE
PURCHASE ORDER:  03-105850-15
CONTACT NO:
TRUCK#: 1789  HAULER: 178984  S&L TRUCKING, LLC
DELIVERY METHOD: 1  Delivery  ZONE CODE: 17012
ITEM CODE  1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
R/S-CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414-788-5733

| ON JOB TIME | | | |
|---|---|---|---|
| | GROSS | 79,740lb | 39.87UT |
| | TARE | 25,340lb | 12.67UT |
| OFF JOB TIME | NET | 54,400lb | 27.20UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 14 | 351.16 | 318.57 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41874604*

---

**TICKET NO: 41874608**  DATE: 10/19/11  TIME: 08:04

SHIPPING PLANT: 418  MT HOPE QUARRY  SOURCE: 8-032R
SCALE NO: 5  WM: Ellen Hays

ORDER NO:  98
CUSTOMER CODE:  85669  ENVIRONMENTAL WASTE MINIM
PROJECT CODE:  114099  CEDAR KNOLLS - FLINTKOTE
PURCHASE ORDER:  03-105850-15
CONTACT NO:
TRUCK#: 5994  HAULER: 179323  MARCIS TRUCKING CORP
DELIVERY METHOD: 1  Delivery  ZONE CODE: 17012
ITEM CODE  1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
R/S-CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414-788-5733

| ON JOB TIME | | | |
|---|---|---|---|
| | GROSS | 79,020lb | 39.51UT |
| | TARE | 28,240lb | 14.12UT |
| OFF JOB TIME | NET | 50,780lb | 25.39UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 15 | 376.55 | 341.61 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41874608*

TILCON NEW YORK, INC. ISSUED THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER



## Ticket 1 (top left)

TICKET NO: 41874611   DATE: 10/19/11   TIME: 08:07

SHIPPING PLANT: 418  MT HOPE QUARRY   SOURCE: 8-032R
SCALE NO: 5  WM: Ellen Hays

ORDER NO:    98
CUSTOMER CODE:  85669    ENVIRONMENTAL WASTE MINIM
PROJECT CODE:  114099   CEDAR KNOLLS - FLINTKOTE
PURCHASE ORDER: 03-105859-15
CONTACT NO:

TRUCK: 5887    HAULER: 179323    MARCIS TRUCKING CORP
DELIVERY METHOD: 1  Delivery    ZONE CODE: 17012

ITEM CODE   1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
R/S - CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414-788-5733

| | | |
|---|---|---|
| ON JOB TIME | GROSS | 77,560lb | 38.79LT |
| | TARE | 29,540lb | 14.77LT |
| OFF JOB TIME | NET | 48,040lb | 24.02LT |

| # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
|---|---|---|
| 16 | 400.57 | 363.40 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41874611*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

## Ticket 2 (top right)

TICKET NO: 41874614   DATE: 10/19/11   TIME: 08:20

SHIPPING PLANT: 418  MT HOPE QUARRY   SOURCE: 8-032R
SCALE NO: 5  WM: Ellen Hays

ORDER NO:    98
CUSTOMER CODE:  85669    ENVIRONMENTAL WASTE MINIM
PROJECT CODE:  114099   CEDAR KNOLLS - FLINTKOTE
PURCHASE ORDER: 03-105859-15
CONTACT NO:

TRUCK: 8042    HAULER: 192794    LEO'S TRUCKING, LLC
DELIVERY METHOD: 1  Delivery    ZONE CODE: 17012

ITEM CODE   1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
R/S - CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414-788-5733

| | | |
|---|---|---|
| ON JOB TIME | GROSS | 77,920lb | 38.96LT |
| | TARE | 27,120lb | 13.56LT |
| OFF JOB TIME | NET | 50,800lb | 25.40LT |

| # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
|---|---|---|
| 17 | 426.97 | 386.44 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE



*41874614*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

## Ticket 3 (bottom left)

TICKET NO: 41874617   DATE: 10/19/11   TIME: 08:32

SHIPPING PLANT: 418  MT HOPE QUARRY   SOURCE: 8-032R
SCALE NO: 5  WM: Ellen Hays

ORDER NO:    98
CUSTOMER CODE:  85669    ENVIRONMENTAL WASTE MINIM
PROJECT CODE:  114099   CEDAR KNOLLS - FLINTKOTE
PURCHASE ORDER: 03-105859-15
CONTACT NO:

TRUCK: 4915    HAULER: 190313    JUAN ARIAS TRUCKING
DELIVERY METHOD: 1  Delivery    ZONE CODE: 17012

ITEM CODE   1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
R/S - CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414-788-5733

| | | |
|---|---|---|
| ON JOB TIME | GROSS | 78,800lb | 39.40LT |
| | TARE | 27,600lb | 13.80LT |
| OFF JOB TIME | NET | 51,200lb | 25.60LT |

| # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
|---|---|---|
| 18 | 451.57 | 409.66 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE



*41874617*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

## Ticket 4 (bottom right)

TICKET NO: 41874627   DATE: 10/19/11   TIME: 08:53

SHIPPING PLANT: 418  MT HOPE QUARRY   SOURCE: 8-032R
SCALE NO: 5  WM: Ellen Hays

ORDER NO:    98
CUSTOMER CODE:  85669    ENVIRONMENTAL WASTE MINIM
PROJECT CODE:  114099   CEDAR KNOLLS - FLINTKOTE
PURCHASE ORDER: 03-105859-15
CONTACT NO:

TRUCK: 8524    HAULER: 191908    GILBERTO ROSA, LLC
DELIVERY METHOD: 1  Delivery    ZONE CODE: 17012

ITEM CODE   1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
R/S - CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414-788-5733

| | | |
|---|---|---|
| ON JOB TIME | GROSS | 77,620lb | 38.81LT |
| | TARE | 27,860lb | 13.93LT |
| OFF JOB TIME | NET | 49,760lb | 24.88LT |

| # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
|---|---|---|
| 20 | 499.69 | 453.32 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE



*41874627*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

**TICKET NO:** 41875058  **DATE:** 10/20/11  **TIME:** 08:22

SHIPPING PLANT: 418  MT HOPE QUARRY  SOURCE: 8−032R
SCALE NO: 5  WM: Ann Steyh

ORDER NO:  86
CUSTOMER CODE:  85669  ENVIRONMENTAL WASTE MINIM
PROJECT CODE:  114099  CEDAR KNOLLS − FLINTKOTE
PURCHASE ORDER: 03−105859−15
CONTACT NO:
TRUCK: 8042  HAULER: 182794  LEO'S TRUCKING, LLC
DELIVERY METHOD: 1  Delivery  ZONE CODE: 17012

ITEM CODE  1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
R/S−CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414−788−5733

| ON JOB TIME | GROSS | 78,040lb | 39.02UT |
| | TARE | 27,120lb | 13.56UT |
| OFF JOB TIME | NET | 50,920lb | 25.46UT |

| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 1 | 25.46 | 23.10 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41875058*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

---

**TICKET NO:** 41875071  **DATE:** 10/20/11  **TIME:** 08:58

SHIPPING PLANT: 418  MT HOPE QUARRY  SOURCE: 8−032R
SCALE NO: 5  WM: Ann Steyh

ORDER NO:  86
CUSTOMER CODE:  85669  ENVIRONMENTAL WASTE MINIM
PROJECT CODE:  114099  CEDAR KNOLLS − FLINTKOTE
PURCHASE ORDER: 03−105859−15
CONTACT NO:
TRUCK: 4965  HAULER: 174776  RICHARD HENAO dba RI
DELIVERY METHOD: 1  Delivery  ZONE CODE: 17012

ITEM CODE  1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
R/S−CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414−788−5733



| ON JOB TIME | GROSS | 77,580lb | 38.79UT |
| | TARE | 27,520lb | 13.76UT |
| OFF JOB TIME | NET | 50,060lb | 25.03UT |

| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 3 | 76.69 | 69.57 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41875071*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

---

**TICKET NO:** 41875082  **DATE:** 10/20/11  **TIME:** 09:34

SHIPPING PLANT: 418  MT HOPE QUARRY  SOURCE: 8−032R
SCALE NO: 5  WM: Ann Steyh

ORDER NO:  86
CUSTOMER CODE:  85669  ENVIRONMENTAL WASTE MINIM
PROJECT CODE:  114099  CEDAR KNOLLS − FLINTKOTE
PURCHASE ORDER: 03−105859−15
CONTACT NO:
TRUCK: 4964  HAULER: 179583  MANAOS TRUCKING, LLC
DELIVERY METHOD: 1  Delivery  ZONE CODE: 17012

ITEM CODE  1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
R/S−CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414−788−5733

| ON JOB TIME | GROSS | 79,460lb | 39.73UT |
| | TARE | 29,120lb | 14.56UT |
| OFF JOB TIME | NET | 50,340lb | 25.17UT |

| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 4 | 101.86 | 92.41 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41875082*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

---

**TICKET NO:** 41875084  **DATE:** 10/20/11  **TIME:** 09:45

SHIPPING PLANT: 418  MT HOPE QUARRY  SOURCE: 8−032R
SCALE NO: 5  WM: Ann Steyh

ORDER NO:  86
CUSTOMER CODE:  85669  ENVIRONMENTAL WASTE MINIM
PROJECT CODE:  114099  CEDAR KNOLLS − FLINTKOTE
PURCHASE ORDER: 03−105859−15
CONTACT NO:
TRUCK: 1575  HAULER: 173724  F. GARCIA TRUCKING L
DELIVERY METHOD: 1  Delivery  ZONE CODE: 17012

ITEM CODE  1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
R/S−CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414−788−5733

| ON JOB TIME | GROSS | 78,420lb | 39.21UT |
| | TARE | 28,460lb | 14.23UT |
| OFF JOB TIME | NET | 49,960lb | 24.98UT |

| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 5 | 126.84 | 115.07 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE



*41875084*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

TICKET NO: 41875102    DATE: 10/20/11    TIME: 10:42

SHIPPING PLANT: 418   MT HOPE QUARRY        SOURCE: 8-032R
SCALE NO: 5    WM: Ann Steyh

ORDER NO:        86
CUSTOMER CODE:   85669        ENVIRONMENTAL WASTE MINIM
PROJECT CODE:    114099       CEDAR KNOLLS - FLINTKOTE
PURCHASE ORDER:  03-105859-15
CONTACT NO:
TRUCK: 4965          HAULER: 174776      RICHARD HENAD dba RI
DELIVERY METHOD: 1  Delivery        ZONE CODE: 17012

ITEM CODE    1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
R/S - CEDAR KNOLLS (FLINTKOTE)  8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414-788-5733

| ON JOB TIME | | | |
| OFF JOB TIME | GROSS | 76,720lb | 38.36UT |
| | TARE | 27,520lb | 13.76UT |
| | NET | 49,200lb | 24.60UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 7 | 176.51 | 160.13 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41875102*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE
IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR.  WE ARE NOT
RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS.  ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER


TICKET NO: 41875105    DATE: 10/20/11    TIME: 10:48

SHIPPING PLANT: 418   MT HOPE QUARRY        SOURCE: 8-032R
SCALE NO: 5    WM: Ann Steyh

ORDER NO:        86
CUSTOMER CODE:   85669        ENVIRONMENTAL WASTE MINIM
PROJECT CODE:    114099       CEDAR KNOLLS - FLINTKOTE
PURCHASE ORDER:  03-105859-15
CONTACT NO:
TRUCK: 8042          HAULER: 192794      LED'S TRUCKING, LLC
DELIVERY METHOD: 1  Delivery        ZONE CODE: 17012

ITEM CODE    1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
R/S - CEDAR KNOLLS (FLINTKOTE)  8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414-788-5733

| ON JOB TIME | | | |
| OFF JOB TIME | GROSS | 79,120lb | 39.56UT |
| | TARE | 27,120lb | 13.56UT |
| | NET | 52,000lb | 26.00UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 8 | 202.51 | 183.72 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41875105*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE
IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR.  WE ARE NOT
RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS.  ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER


TICKET NO: 41875108    DATE: 10/20/11    TIME: 10:55

SHIPPING PLANT: 418   MT HOPE QUARRY        SOURCE: 8-032R
SCALE NO: 5    WM: Ann Steyh

ORDER NO:        86
CUSTOMER CODE:   85669        ENVIRONMENTAL WASTE MINIM
PROJECT CODE:    114099       CEDAR KNOLLS - FLINTKOTE
PURCHASE ORDER:  03-105859-15
CONTACT NO:
TRUCK: 2115          HAULER: 104137      CARL RONDA GENERAL C
DELIVERY METHOD: 1  Delivery        ZONE CODE: 17012

ITEM CODE    1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
R/S - CEDAR KNOLLS (FLINTKOTE)  8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414-788-5733

| ON JOB TIME | | | |
| OFF JOB TIME | GROSS | 78,760lb | 39.38UT |
| | TARE | 25,960lb | 12.98UT |
| | NET | 52,800lb | 26.40UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 9 | 228.91 | 207.67 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41875108*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE
IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR.  WE ARE NOT
RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS.  ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER


TICKET NO: 41875114    DATE: 10/20/11    TIME: 11:09

SHIPPING PLANT: 418   MT HOPE QUARRY        SOURCE: 8-032R
SCALE NO: 5    WM: Ann Steyh

ORDER NO:        86
CUSTOMER CODE:   85669        ENVIRONMENTAL WASTE MINIM
PROJECT CODE:    114099       CEDAR KNOLLS - FLINTKOTE
PURCHASE ORDER:  03-105859-15
CONTACT NO:
TRUCK: 1575          HAULER: 173724      F. GARCIA TRUCKING L
DELIVERY METHOD: 1  Delivery        ZONE CODE: 17012

ITEM CODE    1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
R/S - CEDAR KNOLLS (FLINTKOTE)  8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414-788-5733

| ON JOB TIME | | | |
| OFF JOB TIME | GROSS | 77,700lb | 38.85UT |
| | TARE | 28,460lb | 14.23UT |
| | NET | 49,240lb | 24.62UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 10 | 253.53 | 230.00 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41875114*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE
IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR.  WE ARE NOT
RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS.  ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

## Ticket 1

TICKET NO: 41875556    DATE: 10/21/11    TIME: 08:42

SHIPPING PLANT: 418   MT HOPE QUARRY    SOURCE: 8 – 032R
SCALE NO: 6   WM: Ann Steyh

ORDER NO:   138
CUSTOMER CODE:   85669    ENVIRONMENTAL WASTE MINIM
PROJECT CODE:   114099    CEDAR KNOLLS – FLINTKOTE
PURCHASE ORDER:   03 – 105859 – 15
CONTACT NO:
TRUCK: 6815    HAULER: 102343    J. GIRALDO'S TRUCKIN
DELIVERY METHOD: 1   Delivery    ZONE CODE: 17012

ITEM CODE   1018001
DESCRIPTION   DGA

DELIVERY ADDRESS:
R/S – CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414 – 788 – 5733

| | | |
|---|---|---|
| ON JOB TIME | GROSS | 79,320lb | 39.66UT |
| | TARE | 27,360lb | 13.68UT |
| OFF JOB TIME | NET | 51,960lb | 25.96UT |

| # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
|---|---|---|
| 2 | 51.38 | 46.61 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41875556*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER.

## Ticket 2

TICKET NO: 41875573    DATE: 10/21/11    TIME: 09:08

SHIPPING PLANT: 418   MT HOPE QUARRY    SOURCE: 8 – 032R
SCALE NO: 5   WM: Ann Steyh

ORDER NO:   138
CUSTOMER CODE:   85669    ENVIRONMENTAL WASTE MINIM
PROJECT CODE:   114099    CEDAR KNOLLS – FLINTKOTE
PURCHASE ORDER:   03 – 105859 – 15
CONTACT NO:
TRUCK: 8064    HAULER: 101938    GOMEZ BROS. TRUCKING
DELIVERY METHOD: 1   Delivery    ZONE CODE: 17012

ITEM CODE   1018001
DESCRIPTION   DGA

DELIVERY ADDRESS:
R/S – CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414 – 788 – 5733

| | | |
|---|---|---|
| ON JOB TIME | GROSS | 78,880lb | 39.44UT |
| | TARE | 27,440lb | 13.72UT |
| OFF JOB TIME | NET | 51,440lb | 25.72UT |

| # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
|---|---|---|
| 3 | 77.10 | 69.95 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41875573*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER.

## Ticket 3

TICKET NO: 41875575    DATE: 10/21/11    TIME: 09:10

SHIPPING PLANT: 418   MT HOPE QUARRY    SOURCE: 8 – 032R
SCALE NO: 6   WM: Ann Steyh

ORDER NO:   138
CUSTOMER CODE:   85669    ENVIRONMENTAL WASTE MINIM
PROJECT CODE:   114099    CEDAR KNOLLS – FLINTKOTE
PURCHASE ORDER:   03 – 105859 – 15
CONTACT NO:
TRUCK: 8254    HAULER: 134446    SNIFFEN PAVING TRUCK
DELIVERY METHOD: 1   Delivery    ZONE CODE: 17012

ITEM CODE   1018001
DESCRIPTION   DGA

DELIVERY ADDRESS:
R/S – CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414 – 788 – 5733

| | | |
|---|---|---|
| ON JOB TIME | GROSS | 77,700lb | 38.85UT |
| | TARE | 28,500lb | 14.25UT |
| OFF JOB TIME | NET | 49,200lb | 24.60UT |

| # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
|---|---|---|
| 4 | 101.70 | 92.26 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*41875575*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER.

## Ticket 4

TICKET NO: 41876204    DATE: 10/24/11    TIME: 07:12

SHIPPING PLANT: 418   MT HOPE QUARRY    SOURCE: 8 – 032R
SCALE NO: 4   WM: Chrisey Bishop

ORDER NO:   87
CUSTOMER CODE:   85669    ENVIRONMENTAL WASTE MINIM
PROJECT CODE:   114099    CEDAR KNOLLS – FLINTKOTE
PURCHASE ORDER:   03 – 105859 – 15
CONTRACT NO:
TRUCK: 4982    HAULER: 179683    MANAOS TRUCKING, LLC
DELIVERY METHOD: 1   Delivery    ZONE CODE: 17012

ITEM CODE   1018001
DESCRIPTION   DGA

DELIVERY ADDRESS:
R/S – CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414 – 788 – 5733

| | | |
|---|---|---|
| ON JOB TIME | GROSS | 79,640lb | 39.82UT |
| | TARE | 29,020lb | 14.51UT |
| OFF JOB TIME | NET | 50,620lb | 25.31UT |

| # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
|---|---|---|
| 1 | 25.31 | 22.96 |



DRIVER SIGNATURE



CUSTOMER SIGNATURE

*41876204*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER.

## Ticket 1

ICKET NO: 41876206    DATE: 10/24/11    TIME: 07:17

HIPPING PLANT: 418   MT HOPE QUARRY          SOURCE: 8 - 032R
CALE NO: 4      WM: Chrisey Bishop

ORDER NO:                87
CUSTOMER CODE:   85669        ENVIRONMENTAL WASTE MINIM
PROJECT CODE:    114099       CEDAR KNOLLS - FLINTKOTE
PURCHASE ORDER:  03 - 105859 - 15
CONTRACT NO:

RUCK: 4916       HAULER: 100313      JUAN ARIAS TRUCKING
ELIVERY METHOD: 1   Delivery          ZONE CODE: 17012

ITEM CODE    1018001
DESCRIPTION  DGA

ELIVERY ADDRESS:
R/S — CEDAR KNOLLS (FLINTKOTE)  8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
HIL 484 — 788 — 5733

| ON JOB TIME | | GROSS | 79,740lb | 39.87UT |
| | | TARE | 27,680lb | 13.84UT |
| OFF JOB TIME | | NET | 52,060lb | 26.03UT |

| # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| 2 | 51.34 | 46.58 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE


*41876206*

CON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

## Ticket 2

ICKET NO: 41876211    DATE: 10/24/11    TIME: 07:31

HIPPING PLANT: 418   MT HOPE QUARRY          SOURCE: 8 - 032R
CALE NO: 4      WM: Chrisey Bishop

ORDER NO:                87
CUSTOMER CODE:   85669        ENVIRONMENTAL WASTE MINIM
PROJECT CODE:    114099       CEDAR KNOLLS - FLINTKOTE
PURCHASE ORDER:  03 - 105859 - 15
CONTRACT NO:

RUCK: 8947       HAULER: 182794      LEO'S TRUCKING, LLC
ELIVERY METHOD: 1   Delivery          ZONE CODE: 17012

ITEM CODE    1018001
DESCRIPTION  DGA

ELIVERY ADDRESS:
R/S — CEDAR KNOLLS (FLINTKOTE)  8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
HIL 484 — 788 — 5733

| ON JOB TIME | | GROSS | 79,340lb | 39.67UT |
| | | TARE | 28,620lb | 14.31UT |
| OFF JOB TIME | | NET | 50,720lb | 25.36UT |

| # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| 3 | 76.70 | 69.58 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE


*41876211*

CON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

## Ticket 3

ICKET NO: 41876213    DATE: 10/24/11    TIME: 07:35

HIPPING PLANT: 418   MT HOPE QUARRY          SOURCE: 8 - 032R
CALE NO: 4      WM: Chrisey Bishop

ORDER NO:                87
CUSTOMER CODE:   85669        ENVIRONMENTAL WASTE MINIM
PROJECT CODE:    114099       CEDAR KNOLLS - FLINTKOTE
PURCHASE ORDER:  03 - 105859 - 15
CONTRACT NO:

RUCK: 4911       HAULER: 182965      J.E. LARA TRUCKING
ELIVERY METHOD: 1   Delivery          ZONE CODE: 17012

ITEM CODE    1018001
DESCRIPTION  DGA

ELIVERY ADDRESS:
R/S — CEDAR KNOLLS (FLINTKOTE)  8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
HIL 484 — 788 — 5733

| ON JOB TIME | | GROSS | 79,520lb | 39.76UT |
| | | TARE | 26,440lb | 13.22UT |
| OFF JOB TIME | | NET | 53,080lb | 26.54UT |

| # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| 4 | 103.24 | 93.66 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE


*41876213*

CON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

## Ticket 4

TICKET NO: 41876215    DATE: 10/24/11    TIME: 07:37

SHIPPING PLANT: 418   MT HOPE QUARRY          SOURCE: 8 - 032R
SCALE NO: 5      WM: Chrisey Bishop

ORDER NO:                87
CUSTOMER CODE:   85669        ENVIRONMENTAL WASTE MINIM
PROJECT CODE:    114099       CEDAR KNOLLS - FLINTKOTE
PURCHASE ORDER:  03 - 105859 - 15
CONTRACT NO:

TRUCK: 8943       HAULER: 182794      LEO'S TRUCKING, LLC
DELIVERY METHOD: 1   Delivery          ZONE CODE: 17012

ITEM CODE    1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
R/S — CEDAR KNOLLS (FLINTKOTE)  8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414 — 788 — 5733

| ON JOB TIME | | GROSS | 76,660lb | 38.33UT |
| | | TARE | 26,080lb | 13.04UT |
| OFF JOB TIME | | NET | 50,580lb | 25.29UT |

| # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| 5 | 128.53 | 116.60 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE


*41876215*

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE ARE NOT RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OFF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

TICKET NO: 41876218    DATE: 10/24/11    TIME: 07:45

SHIPPING PLANT: 418   MT HOPE QUARRY        SOURCE: 8-032R
SCALE NO: 5    WM: Chrissy Bishop

ORDER NO:            87
CUSTOMER CODE:   95669       ENVIRONMENTAL WASTE MINIM
PROJECT CODE:    114009      CEDAR KNOLLS - FLINTKOTE
PURCHASE ORDER:  03-105859-15
CONTRACT NO:

TRUCK: 4912        HAULER: 102410        J.G.S. TRUCKING, LLC
DELIVERY METHOD: 1   Delivery              ZONE CODE: 17012

ITEM CODE     1018001
DESCRIPTION  DGA

DELIVERY ADDRESS:
R/S-CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDAL

INSTRUCTIONS:
PHIL 414-788-5733



| ON JOB TIME | | | |
|---|---|---|---|
| | **GROSS** | 78,460lb | 39.23UT |
| | **TARE** | 27,640lb | 13.82UT |
| OFF JOB TIME | **NET** | 50,820lb | 25.41UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 6 | 153.94 | 139.65 |

DRIVER SIGNATURE

CUSTOMER SIGNATURE

*#41876218W

TILCON NEW YORK, INC. ISSUES THIS RECEIPT SOLELY FOR THE PURPOSE OF ESTABLISHING WEIGHT. OPERATION OF THIS VEHICLE IN EXCESS OF ALLOWABLE LEGAL PERMITS MAY RESULT IN DELAY OF THE VEHICLE AND/OR ARREST OF ITS OPERATOR. WE & I ARE RESPONSIBLE FOR DAMAGE WHEN DELIVERY IS ORDERED OF PUBLIC ROADS. ANY DAMAGE WILL BE CHARGED TO THE CUSTOMER

---

CUSTOMER COPY 2

## TILCON NEW YORK INC.
162 OLD MILL ROAD, WEST NYACK, NY 10994

TILCON
an Oldcastle company

NEW YORK ORDERS          800 TRAP ROC  872-7762
NEW JERSEY ORDERS        800 789 ROCK  789-7625

| SCALE NO. | TICKET NO. | DATE | TIME |
|---|---|---|---|
| 3 | 41872394 | 10/13/11 | 06:04 |

| WM | ORDER NO. |
|---|---|
| Chrissy Bishop | 109 |

| SHIPPING PLANT | SOURCE CODE | CONTRACT NUMBER | PURCHASE ORDER | TRUCK CODE |
|---|---|---|---|---|
| 418  MT HOPE QUARRY | 8-032R | | 03-105859-1 | 5198 |

| CUSTOMER CODE | CUSTOMER NAME | PROJECT CODE | HAULER |
|---|---|---|---|
| 85669 | ENVIRONMENTAL WASTE MINI | | 101904  WILLIAM GIL |

| DELIVERY METHOD | ZONE CODE |
|---|---|
| 1  Delivery | 17012 |

DRIVER PRINT NAME (NO INITIALS)          DRIVER SIGNATURE

DELIVERY ADDRESS
CEDAR KNOLLS 8 EAST FREDRICK PL OFF RIDGEDALE AVE

INSTRUCTIONS
PHIL 484-788-5733

| ITEM CODE | DESCRIPTION |
|---|---|
| 1018001 | DGA |

| | GROSS | 78000lb | 39.00UT |
|---|---|---|---|
| | TARE | 26820lb | 13.41UT |
| | NET | 51180lb | 25.59UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 1 | 25.59 | 23.22 |

CONTROL NO. C7482839

4 1872394

CUSTOMER SIGNATURE:

SEE THE TERMS AND CONDITIONS OF SALE ON BACK OF TICKET
OSHA M.S.D.S. AVAILABLE UPON REQUEST

| | | | |
|---|---|---|---|
| ON JOB | : | OFF JOB | : |
| | ☐ AM  ☐ PM | | ☐ AM  ☐ PM |

**CUSTOMER COPY 2**

| SCALE NO. | TICKET NO. | DATE | TIME |
|---|---|---|---|
| 3 | 41872946 | 10/14/11 | 06:25 |

**TILCON NEW YORK INC.**
162 OLD MILL ROAD, WEST NYACK, NY 10994

NEW YORK ORDERS     800 TRAP ROC   872-7762
NEW JERSEY ORDERS    800 789 ROCK   789-7625

an Oldcastle® company

WM   Chrissy Bishop    ORDER NO. 70

| SHIPPING PLANT | SOURCE CODE | CONTRACT NUMBER | PURCHASE ORDER | TRUCK CODE |
|---|---|---|---|---|
| 418 MT HOPE QUARRY | 8-032R | | 03-105859-1 | 1575 |

| CUSTOMER CODE | CUSTOMER NAME | PROJECT CODE | HAULER |
|---|---|---|---|
| 85669 | ENVIRONMENTAL WASTE MINI | | 173724 F. GARCIA TRUCKING LLC |

| DELIVERY METHOD | ZONE CODE |
|---|---|
| J Delivery | 17012 |

DRIVER PRINT NAME (NO INITIALS)      DRIVER SIGNATURE

DELIVERY ADDRESS
4-8" CEDAR KNOLLS 8 EAST FREDRICK PL OFF RIDGEDALE AVE

INSTRUCTIONS
PHIL 484-788-5733

| ITEM CODE | DESCRIPTION | | |
|---|---|---|---|
| 1036007 | GABION | | |
| | | GROSS | 79480 lb   39.74UT |
| | | TARE | 28820 lb   14.41UT |
| | | NET | 50660 lb   25.33UT |
| | | # OF LOADS | US TONS TODAY   METRIC TONS TODAY |
| | | 1 | 25.33    22.98 |

CONTROL NO. C7483163

41872946

ON JOB   :   ☐ AM ☐ PM    OFF JOB   :   ☐ AM ☐ PM

CUSTOMER SIGNATURE:

SEE THE TERMS AND CONDITIONS OF SALE ON BACK OF TICKET
OSHA M.S.D.S. AVAILABLE UPON REQUEST

---

**CUSTOMER COPY 2**

| SCALE NO. | TICKET NO. | DATE | TIME |
|---|---|---|---|
| 3 | 41874570 | 10/19/11 | 07:02 |

**TILCON NEW YORK INC.**
162 OLD MILL ROAD, WEST NYACK, NY 10994

NEW YORK ORDERS     800 TRAP ROC   872-7762
NEW JERSEY ORDERS    800 789 ROCK   789-7625

an Oldcastle® company

WM   Ellen Hays    ORDER NO. 98

| SHIPPING PLANT | SOURCE CODE | CONTRACT NUMBER | PURCHASE ORDER | TRUCK CODE |
|---|---|---|---|---|
| 418 MT HOPE QUARRY | 8-032R | | 03-105859-1 | 4911 |

| CUSTOMER CODE | CUSTOMER NAME | PROJECT CODE | HAULER |
|---|---|---|---|
| 85669 | ENVIRONMENTAL WASTE MINI | 114099 | 182965 J.E. LARA TRUCKING, LL |

| DELIVERY METHOD | ZONE CODE |
|---|---|
| 1 Delivery | 17012 |

DRIVER PRINT NAME (NO INITIALS)      DRIVER SIGNATURE

DELIVERY ADDRESS
R/S-CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDALE AVE

INSTRUCTIONS
PHIL 484-788-5733

| ITEM CODE | DESCRIPTION | | |
|---|---|---|---|
| 1018001 | DGA | | |
| | | GROSS | 78400 lb   39.20UT |
| | | TARE | 26760 lb   13.38UT |
| | | NET | 51640 lb   25.82UT |
| | | # OF LOADS | US TONS TODAY   METRIC TONS TODAY |
| | | 1 | 25.82    23.42 |

CONTROL NO. C7484201

41874570

ON JOB   :   ☐ AM ☐ PM    OFF JOB   :   ☐ AM ☐ PM

CUSTOMER SIGNATURE:

SEE THE TERMS AND CONDITIONS OF SALE ON BACK OF TICKET
OSHA M.S.D.S. AVAILABLE UPON REQUEST

**CUSTOMER COPY 2**

**TILCON NEW YORK INC.**
162 OLD MILL ROAD, WEST NYACK, NY 10994

TILCON
an Oldcastle® company

| SCALE NO. | TICKET NO. | DATE | TIME |
|---|---|---|---|
| 3 | 41874571 | 10/19/11 | 07:03 |

NEW YORK ORDERS     800 TRAP ROC   872-7762
NEW JERSEY ORDERS    800 789 ROCK   789-7625

| WM | ORDER NO. |
|---|---|
| Ellen Hays | 98 |

| SHIPPING PLANT | SOURCE CODE | CONTRACT NUMBER | PURCHASE ORDER | TRUCK CODE |
|---|---|---|---|---|
| 418 MT HOPE QUARRY | 8-032R | | 03-105859-1 | 4962 |

| CUSTOMER CODE | CUSTOMER NAME | PROJECT CODE | HAULER |
|---|---|---|---|
| 85669 | ENVIRONMENTAL WASTE MINI | 114099 | 179583 MANAOS TRUCKING, LLC |

| DELIVERY METHOD | ZONE CODE |
|---|---|
| 1 Delivery | 17012 |

DRIVER PRINT NAME (NO INITIALS)      DRIVER SIGNATURE

DELIVERY ADDRESS
R/S-CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDALE AVE

INSTRUCTIONS
PHIL 484-788-5733

| ITEM CODE | DESCRIPTION | | | |
|---|---|---|---|---|
| 1018001 | DGA | GROSS | 76480lb | 38.24UT |
| | | TARE | 29400lb | 14.70UT |
| | | NET | 47080lb | 23.54UT |

| # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
|---|---|---|
| 2 | 49.36 | 44.78 |

CONTROL NO. C7484202

‖‖‖‖‖‖‖ 41874571

CUSTOMER SIGNATURE:

| ON JOB | : | ☐ AM ☐ PM | OFF JOB | : | ☐ AM ☐ PM |
|---|---|---|---|---|---|

SEE THE TERMS AND CONDITIONS OF SALE ON BACK OF TICKET
OSHA M.S.D.S. AVAILABLE UPON REQUEST

---

**CUSTOMER COPY 2**

**TILCON NEW YORK INC.**
162 OLD MILL ROAD, WEST NYACK, NY 10994

TILCON
an Oldcastle® company

| SCALE NO. | TICKET NO. | DATE | TIME |
|---|---|---|---|
| 3 | 41874584 | 10/19/11 | 07:16 |

NEW YORK ORDERS     800 TRAP ROC   872-7762
NEW JERSEY ORDERS    800 789 ROCK   789-7625

| WM | ORDER NO. |
|---|---|
| Ellen Hays | 98 |

| SHIPPING PLANT | SOURCE CODE | CONTRACT NUMBER | PURCHASE ORDER | TRUCK CODE |
|---|---|---|---|---|
| 418 MT HOPE QUARRY | 8-032R | | 03-105859-1 | 5890 |

| CUSTOMER CODE | CUSTOMER NAME | PROJECT CODE | HAULER |
|---|---|---|---|
| 85669 | ENVIRONMENTAL WASTE MINI | 114099 | 179323 MARCIS TRUCKING CORP. |

| DELIVERY METHOD | ZONE CODE |
|---|---|
| 1 Delivery | 17012 |

DRIVER PRINT NAME (NO INITIALS)      DRIVER SIGNATURE

DELIVERY ADDRESS
R/S-CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDALE AVE

INSTRUCTIONS
PHIL 484-788-5733

| ITEM CODE | DESCRIPTION | | | |
|---|---|---|---|---|
| 1018001 | DGA | GROSS | 75780lb | 37.89UT |
| | | TARE | 27180lb | 13.59UT |
| | | NET | 48600lb | 24.30UT |

| # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
|---|---|---|
| 8 | 199.66 | 181.13 |

CONTROL NO. C7484209

‖‖‖‖‖‖‖ 41874584

CUSTOMER SIGNATURE:

| ON JOB | : | ☐ AM ☐ PM | OFF JOB | : | ☐ AM ☐ PM |
|---|---|---|---|---|---|

SEE THE TERMS AND CONDITIONS OF SALE ON BACK OF TICKET
OSHA M.S.D.S. AVAILABLE UPON REQUEST

CUSTOMER COPY 2

# TILCON NEW YORK INC.
162 OLD MILL ROAD, WEST NYACK, NY 10994

TILCON
an Oldcastle® company

NEW YORK ORDERS    800 TRAP ROC   872-7762
NEW JERSEY ORDERS   800 789 ROCK   789-7625

| SCALE NO. | TICKET NO. | DATE | TIME |
|---|---|---|---|
| 3 | 41874618 | 10/19/11 | 08:34 |

WM
1 Ellen Hays

ORDER NO.
98

| SHIPPING PLANT | SOURCE CODE | CONTRACT NUMBER | PURCHASE ORDER | TRUCK CODE |
|---|---|---|---|---|
| 418 MT HOPE QUARRY | 8-032R | | 03-105859-1 | 5190 |

| CUSTOMER CODE | CUSTOMER NAME | PROJECT CODE | HAULER |
|---|---|---|---|
| 85669 | ENVIRONMENTAL WASTE MINI | 114099 | 101904 WILLIAM GIL |

| DELIVERY METHOD | ZONE CODE |
|---|---|
| 1 Delivery | 17012 |

DRIVER PRINT NAME (NO INITIALS)     DRIVER SIGNATURE

DELIVERY ADDRESS
R/S-CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDALE AVE

INSTRUCTIONS
PHIL 484-788-5733

| ITEM CODE | DESCRIPTION | | |
|---|---|---|---|
| 1018001 | DGA | | |
| | GROSS | 73300lb | 36.65UT |
| | TARE | 26820lb | 13.41UT |
| | NET | 46480lb | 23.24UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 19 | 474.81 | 430.75 |

CONTROL NO. C7484230

CUSTOMER SIGNATURE:

SEE THE TERMS AND CONDITIONS OF SALE ON BACK OF TICKET
OSHA M.S.D.S. AVAILABLE UPON REQUEST

| | ON JOB | : | ☐ AM ☐ PM | OFF JOB | : | ☐ AM ☐ PM |
|---|---|---|---|---|---|---|

41874618

---

CUSTOMER COPY 2

# TILCON NEW YORK INC.
162 OLD MILL ROAD, WEST NYACK, NY 10994

TILCON
an Oldcastle® company

NEW YORK ORDERS    800 TRAP ROC   872-7762
NEW JERSEY ORDERS   800 789 ROCK   789-7625

| SCALE NO. | TICKET NO. | DATE | TIME |
|---|---|---|---|
| 3 | 41875543 | 10/21/11 | 08:21 |

WM
Ellen Hays

ORDER NO.
138

| SHIPPING PLANT | SOURCE CODE | CONTRACT NUMBER | PURCHASE ORDER | TRUCK CODE |
|---|---|---|---|---|
| 418 MT HOPE QUARRY | 8-032R | | 03-105859-1 | 8047 |

| CUSTOMER CODE | CUSTOMER NAME | PROJECT CODE | HAULER |
|---|---|---|---|
| 85669 | ENVIRONMENTAL WASTE MINI | 114099 | 182794 LEO'S TRUCKING, LLC |

| DELIVERY METHOD | ZONE CODE |
|---|---|
| 1 Delivery | 17012 |

DRIVER PRINT NAME (NO INITIALS)     DRIVER SIGNATURE

DELIVERY ADDRESS
R/S-CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDALE AVE

INSTRUCTIONS
PHIL 484-788-5733

| ITEM CODE | DESCRIPTION | | |
|---|---|---|---|
| 1018001 | DGA | | |
| | GROSS | 78840lb | 39.42UT |
| | TARE | 28040lb | 14.02UT |
| | NET | 50800lb | 25.40UT |
| | # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
| | 1 | 25.4 | 23.04 |

CONTROL NO. C7484761

CUSTOMER SIGNATURE:

SEE THE TERMS AND CONDITIONS OF SALE ON BACK OF TICKET
OSHA M.S.D.S. AVAILABLE UPON REQUEST

| | ON JOB | : | ☐ AM ☐ PM | OFF JOB | : | ☐ AM ☐ PM |
|---|---|---|---|---|---|---|

41875543

# TILCON NEW YORK INC.
162 OLD MILL ROAD, WEST NYACK, NY 10994

**TILCON** an Oldcastle® company

NEW YORK ORDERS    800 TRAP ROC 872-7762
NEW JERSEY ORDERS    800 789 ROCK 789-7625

| SCALE NO. | TICKET NO. | DATE | TIME |
|---|---|---|---|
| 3 | 41875065 | 10/20/11 | 08:49 |

| WM | | ORDER NO. |
|---|---|---|
| Ellen Hays | | 86 |

| SHIPPING PLANT | SOURCE CODE | CONTRACT NUMBER | PURCHASE ORDER | TRUCK CODE |
|---|---|---|---|---|
| 418 MT HOPE QUARRY | 8-032R | | 03-105859-1 | 8045 |

| CUSTOMER CODE | CUSTOMER NAME | PROJECT CODE | HAULER |
|---|---|---|---|
| 85669 | ENVIRONMENTAL WASTE MINI | 114099 | 182794 LEO'S TRUCKING, LLC |

| DELIVERY METHOD | ZONE CODE |
|---|---|
| 1 Delivery | 17012 |

DRIVER PRINT NAME (NO INITIALS)     DRIVER SIGNATURE

DELIVERY ADDRESS
R/S-CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDALE AVE

INSTRUCTIONS
PHIL 484-788-5733

| ITEM CODE | DESCRIPTION | | |
|---|---|---|---|
| 1018001 | DGA | | |

| | | |
|---|---|---|
| GROSS | 79820lb | 39.91UT |
| TARE | 27420lb | 13.71UT |
| NET | 52400lb | 26.20UT |

| # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
|---|---|---|
| 2 | 51.56 | 46.87 |

CONTROL NO. C7484470

41875065

CUSTOMER SIGNATURE:

SEE THE TERMS AND CONDITIONS OF SALE ON BACK OF TICKET
OSHA M.S.D.S. AVAILABLE UPON REQUEST

| | ON JOB | | □ AM □ PM | OFF JOB | | □ AM □ PM |
|---|---|---|---|---|---|---|

---

CUSTOMER COPY 2

# TILCON NEW YORK INC.
162 OLD MILL ROAD, WEST NYACK, NY 10994

**TILCON** an Oldcastle® company

NEW YORK ORDERS    800 TRAP ROC 872-7762
NEW JERSEY ORDERS    800 789 ROCK 789-7625

| SCALE NO. | TICKET NO. | DATE | TIME |
|---|---|---|---|
| 3 | 41875100 | 10/20/11 | 10:40 |

| WM | | ORDER NO. |
|---|---|---|
| Ellen Hays | | 86 |

| SHIPPING PLANT | SOURCE CODE | CONTRACT NUMBER | PURCHASE ORDER | TRUCK CODE |
|---|---|---|---|---|
| 418 MT HOPE QUARRY | 8-032R | | 03-105859-1 | 8045 |

| CUSTOMER CODE | CUSTOMER NAME | PROJECT CODE | HAULER |
|---|---|---|---|
| 85669 | ENVIRONMENTAL WASTE MINI | 114099 | 182794 LEO'S TRUCKING, LLC |

| DELIVERY METHOD | ZONE CODE |
|---|---|
| 1 Delivery | 17012 |

DRIVER PRINT NAME (NO INITIALS)     DRIVER SIGNATURE

DELIVERY ADDRESS
R/S-CEDAR KNOLLS (FLINTKOTE) 8 EAST FREDRICK PL OFF RIDGEDALE AVE

INSTRUCTIONS
PHIL 484-788-5733

| ITEM CODE | DESCRIPTION | | |
|---|---|---|---|
| 1018001 | DGA | | |

| | | |
|---|---|---|
| GROSS | 77560lb | 38.78UT |
| TARE | 27420lb | 13.71UT |
| NET | 50140lb | 25.07UT |

| # OF LOADS | US TONS TODAY | METRIC TONS TODAY |
|---|---|---|
| 6 | 151.91 | 137.81 |

CONTROL NO. C7484489

41875100

CUSTOMER SIGNATURE:

SEE THE TERMS AND CONDITIONS OF SALE ON BACK OF TICKET
OSHA M.S.D.S. AVAILABLE UPON REQUEST

| | ON JOB | | □ AM □ PM | OFF JOB | | □ AM □ PM |
|---|---|---|---|---|---|---|