# Appendix D

New Jersey Department of Environmental Protection
Division of Water Supply - Bureau of Water Systems and Well Permitting

# WELL DECOMMISSIONING REPORT


FILE COPY

MAIL TO: Bureau of Water Systems and Well Permitting
PO Box 426
Trenton, NJ 08625-0426

WELL PERMIT # __2500070361__ of well decommissioned

DATE DECOMMISSIONED __08/24/11__

PROPERTY OWNER: 8 East Fredrick Place, LLC
Company/Organization: 8 East Fredrick Place, LLC
Mailing Address: 8 East Fredrick Place, LLC, Cedar Knolls, NJ 07927
FACILITY/LOCATION NAME: Flintkote/Rossi
Location Description: 8 East Fredrick Place, LLC
Well Address: 8 East Fredrick Place, LLC
County: Morris   Municipality: Cedar Knolls   Lot: 7   Block: 2104

Easting (X): 505936   Northing (Y): 720140
(NAD 83 Horizontal Datum) NJ State Plane in US Survey Feet
Method: ☐ Survey   ☒ Digital Image   ☐ GPS

Was a New Well Drilled? ☐ Yes  ☒ No
Permit # of New Well: _____

WELL USE: **MONITORING**   Reason for Decommissioning: **WELL NO LONGER IN USE**

## WELL DECOMMISSIONING INFORMATION

Well Depth (ft): 13   Local ID: MW-4

|  | Depth to Top (ft.) | Depth to Bottom (ft.) | Diameter (inches) | Left in Place? | Material | Wgt./Rating or Screen Slot # (lbs/sch no.) |
|---|---|---|---|---|---|---|
| Borehole(s) | 0 | 13 | 6 |  |  |  |
| Single/Inner Casing | 0 | 3 | 2 | ☒ Y ☐ N | PVC | SH40 |
| Middle Casing/Tail Piece |  |  |  | ☐ Y ☐ N |  |  |
| Outer Casing |  |  |  | ☒ Y ☐ N |  |  |
| Screen(s) | 3 | 13 | 2 | ☒ Y ☐ N | PVC | 0.010" |

## MATERIALS USED TO DECOMMISSION WELL

|  | Depth to Top (ft.) | Depth to Bottom (ft.) | Outer Diameter (in) | Inner Diameter (in) | Bentonite (lbs.) | Neat Cement (lbs.) | Water (gal) |
|---|---|---|---|---|---|---|---|
| Grout | 0 | 13 |  | 2 | 0.00 | 20 | 1.0 |
| Gravel Pack |  |  |  |  |  |  |  |

Formation Type: ☐ Consolidated   ☒ Unconsolidated

## ADDITIONAL INFORMATION

Obstructions: ☐ Yes ☒ No   Authorization Official: _____
Obstruction Type: _____   Authorization Number: _____
Alt. Decomm. Method/Approval granted by BWSWP? ☐ Yes ☐ No   Authorization Date: _____
Method Used: **PRESSURE TREMIE GROUT**
Drilling Company Name & Address: **B&B DRILLING, INC., POX 8, NETCONG, NJ 07857**

I certify that this well was decommissioned in accordance with N.J.A.C. 7:9D-3 et seq.

H. Robert Seybold
Name Of Licensed Well Driller Performing Work (Print or Type)

Signature of NJ Licensed Well Driller Performing Work

JD1611
Registration #

*Original - BWSWP*   *Copies - Health Department, Property Owner, Driller*