IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE FLINTKOTE COMPANY and | ) | Case No. 04-11300 (JKF) |
| FLINTKOTE MINES LIMITED, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**CERTIFICATION OF COUNSEL WITH RESPECT TO PROPOSED MODIFIED ORDER REGARDING BRIEFING SCHEDULE RELATING TO CONFIRMATION OF THE AMENDED JOINT PLAN OF REORGANIZATION IN RESPECT OF THE FLINTKOTE COMPANY AND FLINTKOTE MINES LIMITED**

The Court has concluded the hearing on confirmation of the Amended Joint Plan of Reorganization in Respect of The Flintkote Company and Flintkote Mines Limited (as Modified August 30, 2010) (as may be further modified or amended, the "Plan") which was held on October 25-26, 2010, September 12-13, 2011 and September 19, 2011.

The Plan Proponents ("Plan Proponents") and Imperial Tobacco Canada Limited ("ITCAN") had previously met, conferred and agreed on a schedule for the submission of post-confirmation hearing briefs and proposed findings of fact and conclusions of law, which schedule was approved by the Court (the "Proposed Briefing Scheduling Order").

Attached hereto as Exhibit A is a modified Proposed Briefing Scheduling Order (the "Modified Order") for the Court's consideration. Paragraphs 5 and 6 of the Modified Order – which are blank – concern the scheduling of final arguments in relation to the Post-Confirmation Briefs and confirmation of the Plan and related deadlines.

The Debtors intend to discuss the scheduling and finalization of the Modified Order with the Court during the omnibus hearing (the "Hearing") scheduled for November 28, 2011 at 9:00 a.m. prevailing Eastern Time.

Counsel for the Debtors is available upon request, should the Court have any questions or concerns with respect to the foregoing prior to the Hearing.

Dated: November 23, 2011

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Curtis A. Hehn*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Curtis A. Hehn (Bar No. 4264)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

—and—

SIDLEY AUSTIN LLP
Kevin T. Lantry
Jeffrey E. Bjork
Christina M. Craige
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Co-Counsel for Debtors and Debtors in Possession

DOCS_DE:175390.1 28451-001