# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| THE FLINTKOTE COMPANY and | ) | Case No. 04-11300 (JKF) |
| FLINTKOTE MINES LIMITED, | ) | (Jointly Administered) |
|  | ) | **Related to Docket Nos. 6203, 6122, 6205** |
| Debtors. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

## MODIFIED ORDER REGARDING BRIEFING SCHEDULE RELATING TO CONFIRMATION OF THE AMENDED JOINT PLAN OF REORGANIZATION IN RESPECT OF THE FLINTKOTE COMPANY AND FLINTKOTE MINES LIMITED

WHEREAS, the Court has concluded the hearing on confirmation of the Amended Joint Plan of Reorganization in Respect of The Flintkote Company and Flintkote Mines Limited (as Modified August 30, 2011) (as may be further modified or amended,[1] the "Plan"), which was held on October 25-26, 2010, September 12-13, 2011, and September 19, 2011;

WHEREAS, The Flintkote Company, Flintkote Mines Limited, the Official Committee of Asbestos Personal Injury Claimants and the Future Claimants Representative (collectively, the "Plan Proponents") and Imperial Tobacco Canada Limited ("ITCAN") have met and conferred and agreed on a schedule for the submission of post-confirmation hearing briefs and proposed findings of fact and conclusions of law; and good and sufficient cause appearing therefore:

IT IS HEREBY ORDERED THAT

    1.    All post-confirmation opening briefs ("Opening Briefs") shall be filed and served on or before December 16, 2011. No Opening Brief shall exceed 60 pages, exclusive of tables and exhibits.

---

[1] The Plan Proponents filed an amended version of the Plan on November 16, 2011. See [Docket No. 6336].

2.      Briefs in response to Opening Briefs ("Response Briefs" and, together with the Opening Briefs, the "Post-Confirmation Briefs") shall be filed and served on or before January 20, 2011.  No Response Brief shall exceed 35 pages, exclusive of tables and exhibits.

3.      The Plan Proponents shall jointly file a single Opening Brief and a single Response Brief.

4.      The Plan Proponents and all objectors shall file and serve Proposed Findings of Fact and Conclusions of Law on or before February 10, 2012.  Any other party in interest may do so by the same deadline.  Each Proposed Finding shall include a citation to the record.  Proposed Findings of Fact shall be filed as a separate docket entry from the briefs.  Proposed Conclusions of Law shall be filed as a separate docket entry from the briefs and the Proposed Findings of Fact.  Proposed Findings and Conclusions shall not count against the aggregate 95 page limit applicable to the post-confirmation briefs.

5.      Final arguments in relation to the Post-Confirmation Briefs and confirmation of the Plan shall take place on March_____, 2012 at _____ prevailing Eastern Time, at

_____.

6.      The agenda shall be filed and submitted to _____ no later than _____ on _____, 2012.  The binder(s) shall be submitted to _____ no later than _____ on _____, 2012.

7.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.


Wilmington, Delaware                        _____

                                            The Honorable Judith K. Fitzgerald
Dated: _____, 2011                   UNITED STATES BANKRUPTCY JUDGE