FORM VIII
GC/MS SEMI VOA INTERNAL STANDARD AREA AND RETENTION TIME SUMMARY

Lab Name: TestAmerica Edison                  Job No.: 460-32382-1
SDG No.:
Sample No.: CCVIS 460-89759/2                 Date Analyzed: 10/17/2011  02:51
Instrument ID: BNAMS5                         GC Column: Rtx-5MS      ID: 0.25(mm)
Lab File ID (Standard): x18686.d              Heated Purge: (Y/N)  N
Calibration ID: 12685

|  |  | DCB | | NPT | | ANT | |
|---|---|---|---|---|---|---|---|
|  |  | AREA # | RT # | AREA # | RT # | AREA # | RT # |
| 12/24 HOUR STD | | 593289 | 3.57 | 1931167 | 4.87 | 847888 | 6.61 |
| UPPER LIMIT | | 1186578 | 4.07 | 3862334 | 5.37 | 1695776 | 7.11 |
| LOWER LIMIT | | 296645 | 3.07 | 965584 | 4.37 | 423944 | 6.11 |
| LAB SAMPLE ID | CLIENT SAMPLE ID | | | | | | |
| LCSD 460-89633/3-A | | 496066 | 3.57 | 1611553 | 4.86 | 706301 | 6.61 |

DCB = 1,4-Dichlorobenzene-d4
NPT = Naphthalene-d8
ANT = Acenaphthene-d10

Area Limit = 50%-200% of internal standard area
RT Limit = ± 0.5 minutes of internal standard RT

# Column used to flag values outside QC limits

FORM VIII 8270C

FORM VIII
GC/MS SEMI VOA INTERNAL STANDARD AREA AND RETENTION TIME SUMMARY

Lab Name: TestAmerica Edison          Job No.: 460-32382-1
SDG No.:
Sample No.: CCVIS 460-89759/2         Date Analyzed: 10/17/2011  02:51
Instrument ID: BNAMS5                 GC Column: Rtx-5MS    ID: 0.25(mm)
Lab File ID (Standard): x18686.d      Heated Purge: (Y/N)  N
Calibration ID: 12685

|  | PHN | | CRY | | PRY | |
|---|---|---|---|---|---|---|
|  | AREA # | RT # | AREA # | RT # | AREA # | RT # |
| 12/24 HOUR STD | 1026557 | 8.05 | 654255 | 10.65 | 515761 | 12.34 |
| UPPER LIMIT | 2053114 | 8.55 | 1308510 | 11.15 | 1031522 | 12.84 |
| LOWER LIMIT | 513279 | 7.55 | 327128 | 10.15 | 257881 | 11.84 |
| LAB SAMPLE ID / CLIENT SAMPLE ID | | | | | | |
| LCSD 460-89633/3-A | 861853 | 8.05 | 499140 | 10.65 | 436288 | 12.34 |

PHN = Phenanthrene-d10
CRY = Chrysene-d12
PRY = Perylene-d12

Area Limit = 50%-200% of internal standard area
RT Limit = ± 0.5 minutes of internal standard RT

# Column used to flag values outside QC limits

FORM VIII 8270C

FORM I
GC/MS SEMI VOA ORGANICS ANALYSIS DATA SHEET

Lab Name: TestAmerica Edison                     Job No.: 460-32382-1
SDG No.:
Client Sample ID: FL-1 DL                         Lab Sample ID: 460-32382-1 DL
Matrix: Solid                                      Lab File ID: u70726.d
Analysis Method: 8270C                             Date Collected: 10/13/2011 12:35
Extract. Method: 3541                              Date Extracted: 10/14/2011 05:56
Sample wt/vol: 15.03(g)                            Date Analyzed: 10/15/2011 06:43
Con. Extract Vol.: 1(mL)                           Dilution Factor: 10
Injection Volume: 1(uL)                            Level: (low/med) Low
% Moisture: 16.4                                   GPC Cleanup:(Y/N) N
Analysis Batch No.: 89685                          Units: ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---|---|---|---|---|---|
| 91-20-3 | Naphthalene | 4400 | D | 3900 | 580 |
| 208-96-8 | Acenaphthylene | 3900 | U | 3900 | 560 |
| 83-32-9 | Acenaphthene | 19000 | D | 3900 | 560 |
| 86-73-7 | Fluorene | 16000 | D | 3900 | 670 |
| 85-01-8 | Phenanthrene | 64000 | D | 3900 | 690 |
| 120-12-7 | Anthracene | 17000 | D | 3900 | 700 |
| 206-44-0 | Fluoranthene | 60000 | D | 3900 | 660 |
| 129-00-0 | Pyrene | 48000 | D | 3900 | 680 |
| 56-55-3 | Benzo[a]anthracene | 31000 | D | 390 | 73 |
| 218-01-9 | Chrysene | 27000 | D | 3900 | 570 |
| 205-99-2 | Benzo[b]fluoranthene | 26000 | D | 390 | 59 |
| 207-08-9 | Benzo[k]fluoranthene | 13000 | D | 390 | 55 |
| 50-32-8 | Benzo[a]pyrene | 23000 | D | 390 | 49 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 8700 | D | 390 | 63 |
| 53-70-3 | Dibenz(a,h)anthracene | 2400 | D | 390 | 48 |
| 191-24-2 | Benzo[g,h,i]perylene | 7100 | D | 3900 | 420 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---|---|---|---|---|
| 4165-60-0 | Nitrobenzene-d5 | 0 | D | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 0 | D | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 0 | D | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70726.d
Report Date: 16-Oct-2011 18:32




                                  TestAmerica

                    SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70726.d
Lab Smp Id: 460-32382-A-1-C              Client Smp ID: FL-1
Inj Date  : 15-OCT-2011 06:43
Operator  : BNAMS 4                      Inst ID: BNAMS4.i
Smp Info  : 460-32382-A-1-C
Misc Info : 460-32382-A-1-C
Comment   :
Method    : /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/8270C_08SP.m
Meth Date : 15-Oct-2011 01:21 asfawa     Quant Type: ISTD
Cal Date  : 12-OCT-2011 13:35            Cal File: u70614.d
Als bottle: 18
Dil Factor: 10.00000
Integrator: HP RTE
                                         Compound Sublist: all.sub
Target Version:  3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable

      Name           Value             Description
  --------------   --------------   ------------------------
       DF           10.00000         Dilution Factor
       Uf            1.00000         ng unit correction factor
       Vt            1.00000         Volume of final extract (ml)
       Ws           15.03000         Weight of sample extracted (g)
       M            16.38095         % Moisture

Cpnd Variable                      Local Compound Variable




                                                           CONCENTRATIONS
                      QUANT SIG                           ON-COLUMN    FINAL
Compounds              MASS      RT    EXP RT  REL RT   RESPONSE   (ug/ml)   (ug/Kg)
=========================  ====   ==   ====== ======   ========   =======   =======
*  79 1,4-Dichlorobenzene-d4    152    4.430   4.440 (1.000)   504926   40.0000
*  80 Naphthalene-d8            136    5.708   5.714 (1.000)  1884454   40.0000
   31 Naphthalene               128    5.731   5.737 (1.004)   239870    5.56330     4400
   34 2-Methylnaphthalene       142    6.430   6.433 (1.126)   711387   21.7915     17000
  120 1-Methylnaphthalene       142    6.527   6.534 (1.143)   355490   10.9292      8700
  102 Diphenyl                  154    6.888   6.897 (0.922)   144226    5.13399     4100
  125 1,3-Dimethylnaphthalene   156    7.126   7.134 (0.954)   124557    6.74542     5400
*  82 Acenaphthene-d10          164    7.467   7.470 (1.000)   758199   40.0000
   42 Acenaphthene              154    7.497   7.499 (1.004)   485566   24.4874     19000
   43 Dibenzofuran              168    7.667   7.670 (1.027)   542217   18.7673     15000
   47 Fluorene                  166    8.000   8.006 (1.071)   470614   20.1481     16000
*  83 Phenanthrene-d10          188    8.924   8.925 (1.000)   874251   40.0000
   52 Phenanthrene              178    8.953   8.955 (1.003)  1742689   80.0800     64000(A)
```

```
Data File: /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70726.d
Report Date: 16-Oct-2011 18:32
```

|   | Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|---|
|   | 53 Anthracene | 178 | 8.998 | 9.000 | (1.008) | 488741 | 21.0958 | 17000 |
|   | 54 Carbazole | 167 | 9.146 | 9.156 | (1.025) | 145034 | 6.76931 | 5400 |
|   | 56 Fluoranthene | 202 | 10.120 | 10.115 | (1.134) | 2298698 | 75.1207 | 60000 |
|   | 57 Pyrene | 202 | 10.350 | 10.343 | (0.885) | 1569910 | 60.8102 | 48000 |
|   | 61 Benzo(a)anthracene | 228 | 11.683 | 11.675 | (0.999) | 907342 | 39.2215 | 31000 |
| * | 81 Chrysene-d12 | 240 | 11.697 | 11.689 | (1.000) | 875531 | 40.0000 |  |
|   | 62 Chrysene | 228 | 11.725 | 11.724 | (1.002) | 756410 | 34.1623 | 27000 |
|   | 65 Benzo(b)fluoranthene | 252 | 13.087 | 13.084 | (0.961) | 694452 | 32.2708 | 26000 |
|   | 66 Benzo(k)fluoranthene | 252 | 13.122 | 13.121 | (0.964) | 360785 | 16.6966 | 13000 |
|   | 67 Benzo(a)pyrene | 252 | 13.531 | 13.527 | (0.994) | 494896 | 28.8701 | 23000 |
| * | 84 Perylene-d12 | 264 | 13.616 | 13.602 | (1.000) | 643376 | 40.0000 |  |
|   | 68 Indeno(1,2,3-cd)pyrene | 276 | 15.118 | 15.122 | (1.110) | 138848 | 10.9878 | 8700 |
|   | 69 Dibenz(a,h)anthracene | 278 | 15.147 | 15.159 | (1.112) | 38064 | 3.03593 | 2400 |
|   | 70 Benzo(g,h,i)perylene | 276 | 15.546 | 15.554 | (1.142) | 110323 | 8.94754 | 7100 |

QC Flag Legend

A - Target compound detected but, quantitated amount
    exceeded maximum amount.





Data File: u70726.d
Date: 15-OCT-2011 06:43
Client ID: FL-1
Sample Info: 460-32382-A-1-C
31 Naphthalene

Instrument: BNAMS4.i
Operator: BNAMS 4

Page 88 of 390          10/20/2011

Data File: u70726.d

Date: 15-OCT-2011 06:43

Client ID: FL-1  Instrument: BNAMS4.i

Sample Info: 460-32382-A-1-C  Operator: BNAMS 4

42 Acenaphthene





Data File: u70726.d

Date: 15-OCT-2011 06:43

Client ID: FL-1   Instrument: BNAMS4.i

Sample Info: 460-32382-A-1-C   Operator: BNAMS 4

52 Phenanthrene





Data File: u70726.d
Date: 15-OCT-2011 06:43
Client ID: FL-1
Sample Info: 460-32382-A-1-C
53 Anthracene

Instrument: BNAMS4.i
Operator: BNAMS 4

Page 92 of 390          10/20/2011



Data File: u70726.d　　Instrument: BNAMS4.i
Date: 15-OCT-2011 06:43
Client ID: FL-1　　Operator: BNAMS 4
Sample Info: 460-32382-A-1-C
56 Fluoranthene

Page 93 of 390　　10/20/2011





Data File: u70726.d
Date: 15-OCT-2011 06:43
Client ID: FL-1
Sample Info: 460-32382-A-1-C
61 Benzo(a)anthracene
Instrument: BNAMS4.i
Operator: BNAMS 4
Page 95 of 390
10/20/2011



Data File: u70726.d
Date: 15-OCT-2011 06:43
Client ID: FL-1
Sample Info: 460-32382-A-1-C
62 Chrysene

Instrument: BNAMS4.i
Operator: BNAMS 4

Data File: u70726.d

Date: 15-OCT-2011 06:43

Client ID: FL-1

Sample Info: 460-32382-A-1-C

65 Benzo(b)fluoranthene



Instrument: BNAMS4.i

Operator: BNAMS 4





Data File: u70726.d
Date: 15-OCT-2011 06:43
Client ID: FL-1
Sample Info: 460-32382-A-1-C
67 Benzo(a)pyrene

Instrument: BNAMS4.i
Operator: BNAMS 4

Page 99 of 390          10/20/2011

Data File: u70726.d
Date: 15-OCT-2011 06:43
Client ID: FL-1
Sample Info: 460-32382-A-1-C
68 Indeno(1,2,3-cd)pyrene





Data File: u70726.d
Date: 15-OCT-2011 06:43
Client ID: FL-1
Sample Info: 460-32382-A-1-C
69 Dibenz(a,h)anthracene

Instrument: BNAMS4.i
Operator: BNAMS 4

Page 101 of 390
10/20/2011