

Data File: u70726.d
Date: 15-OCT-2011 06:43
Client ID: FL-1
Sample Info: 460-32382-A-1-C
70 Benzo(g,h,i)perylene
Instrument: BNAMS4.i
Operator: BNAMS 4
Page 102 of 390
10/20/2011

FORM I
GC/MS SEMI VOA ORGANICS ANALYSIS DATA SHEET

Lab Name: TestAmerica Edison    Job No.: 460-32382-1
SDG No.:
Client Sample ID: FL-2    Lab Sample ID: 460-32382-2
Matrix: Solid    Lab File ID: u70718.d
Analysis Method: 8270C    Date Collected: 10/13/2011 12:38
Extract. Method: 3541    Date Extracted: 10/14/2011 05:56
Sample wt/vol: 15.04(g)    Date Analyzed: 10/15/2011 04:01
Con. Extract Vol.: 1(mL)    Dilution Factor: 1
Injection Volume: 1(uL)    Level: (low/med) Low
% Moisture: 15.9    GPC Cleanup:(Y/N) N
Analysis Batch No.: 89685    Units: ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---|---|---|---|---|---|
| 91-20-3 | Naphthalene | 320 | J | 390 | 57 |
| 208-96-8 | Acenaphthylene | 390 | U | 390 | 56 |
| 83-32-9 | Acenaphthene | 810 | | 390 | 56 |
| 86-73-7 | Fluorene | 860 | | 390 | 66 |
| 85-01-8 | Phenanthrene | 3600 | | 390 | 68 |
| 120-12-7 | Anthracene | 1100 | | 390 | 69 |
| 206-44-0 | Fluoranthene | 2000 | | 390 | 65 |
| 129-00-0 | Pyrene | 2900 | | 390 | 68 |
| 56-55-3 | Benzo[a]anthracene | 1300 | | 39 | 7.3 |
| 218-01-9 | Chrysene | 1200 | | 390 | 57 |
| 205-99-2 | Benzo[b]fluoranthene | 1000 | | 39 | 5.8 |
| 207-08-9 | Benzo[k]fluoranthene | 410 | | 39 | 5.5 |
| 50-32-8 | Benzo[a]pyrene | 880 | | 39 | 4.8 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 570 | | 39 | 6.3 |
| 53-70-3 | Dibenz(a,h)anthracene | 150 | | 39 | 4.7 |
| 191-24-2 | Benzo[g,h,i]perylene | 460 | | 390 | 41 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---|---|---|---|---|
| 4165-60-0 | Nitrobenzene-d5 | 31 | X | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 51 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 41 | | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70718.d
Report Date: 15-Oct-2011 05:56



                                      TestAmerica

                      SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70718.d
Lab Smp Id: 460-32382-A-2-A                Client Smp ID: FL-2
Inj Date  : 15-OCT-2011 04:01
Operator  : BNAMS 4                        Inst ID: BNAMS4.i
Smp Info  : 460-32382-A-2-A
Misc Info : 460-32382-A-2-A
Comment   :
Method    : /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/8270C_08SP.m
Meth Date : 15-Oct-2011 01:21 asfawa       Quant Type: ISTD
Cal Date  : 12-OCT-2011 13:35              Cal File: u70614.d
Als bottle: 10
Dil Factor: 1.00000
Integrator: HP RTE
                                           Compound Sublist: all.sub
Target Version:  3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable

       Name          Value           Description
    --------------  --------------  -----------------------
        DF          1.00000          Dilution Factor
        Uf          1.00000          ng unit correction factor
        Vt          1.00000          Volume of final extract (ml)
        Ws         15.04000          Weight of sample extracted (g)
         M         15.88235          % Moisture

Cpnd Variable                    Local Compound Variable




                                                            CONCENTRATIONS
                      QUANT SIG                             ON-COLUMN  FINAL
Compounds              MASS     RT    EXP RT REL RT RESPONSE  (ug/ml)  (ug/Kg)
=========================  ====    ==    ====== ====== ========  =======  =======

$  16 2-Fluorophenol (SUR)    112    3.179  3.163 (0.717)  626629   25.7537   2000(R)
$  17 Phenol-d5 (SUR)          99    4.064  4.084 (0.917) 1021174   32.0717   2500(R)
*  79 1,4-Dichlorobenzene-d4  152    4.431  4.440 (1.000)  624254   40.0000
$  76 Nitrobenzene-d5 (SUR)    82    4.976  4.997 (0.872)  682164   15.5067   1200(R)
*  80 Naphthalene-d8          136    5.708  5.714 (1.000) 2529310   40.0000
   31 Naphthalene             128    5.729  5.737 (1.004)  231012    3.99185   320(a)
   34 2-Methylnaphthalene     142    6.421  6.433 (1.125)  312196    7.12511   560
  120 1-Methylnaphthalene     142    6.523  6.534 (1.143)  157462    3.60678   280(a)
$  77 2-Fluorobiphenyl (SUR)  172    6.789  6.800 (0.909)  706081   20.6628   1600
  102 Diphenyl                154    6.885  6.897 (0.922)   82088    2.15498   170(aH)
  125 1,3-Dimethylnaphthalene 156    7.121  7.134 (0.954)   80559    3.21742   250(a)
*  82 Acenaphthene-d10        164    7.465  7.470 (1.000) 1028088   40.0000
   42 Acenaphthene            154    7.495  7.499 (1.004)  275446   10.2443    810
```

```
Data File: /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70718.d
Report Date: 15-Oct-2011 05:56


                                                                        CONCENTRATIONS
                            QUANT SIG                                  ON-COLUMN   FINAL
    Compounds                MASS      RT    EXP RT  REL RT   RESPONSE  (ug/ml)   (ug/Kg)
    ========================  ====    ==     ======  ======   ========  =======   =======
        43 Dibenzofuran        168    7.664   7.670  (1.027)   391898   10.0035      790
        47 Fluorene            166    7.996   8.006  (1.071)   343304   10.8393      860
 $      18 2,4,6-Tribromophenol (SUR) 330  8.239  8.244 (1.104) 190219  20.4830     1600
 *      83 Phenanthrene-d10   188    8.924   8.925  (1.000)  1180442   40.0000
        52 Phenanthrene        178    8.953   8.955  (1.003)  1341558   45.6568     3600
        53 Anthracene          178    8.997   9.000  (1.008)   434316   13.8840     1100
        54 Carbazole           167    9.146   9.156  (1.025)   118983    4.11293     320(a)
        56 Fluoranthene        202   10.121  10.115  (1.134)  1053894   25.5074     2000
        57 Pyrene              202   10.350  10.343  (0.885)   789227   36.0755     2800
 $      78 Terphenyl-d14       244   10.490  10.491  (0.897)   458511   25.2688     2000
        61 Benzo(a)anthracene  228   11.671  11.675  (0.998)   321275   16.3885     1300
 *      81 Chrysene-d12        240   11.692  11.689  (1.000)   741931   40.0000
        62 Chrysene            228   11.719  11.724  (1.002)   274676   14.6392     1200
        65 Benzo(b)fluoranthene 252  13.081  13.084  (0.961)   282982   12.6463     1000
        66 Benzo(k)fluoranthene 252  13.109  13.121  (0.963)   117235    5.21764     410
        67 Benzo(a)pyrene      252   13.520  13.527  (0.993)   198750   11.1501      880
 *      84 Perylene-d12        264   13.610  13.602  (1.000)   669001   40.0000
        68 Indeno(1,2,3-cd)pyrene 276 15.115 15.122  (1.111)    94934    7.22489     570
        69 Dibenz(a,h)anthracene 278 15.142  15.159  (1.113)    24822    1.90393     150
        70 Benzo(g,h,i)perylene 276  15.533  15.554  (1.141)    75368    5.87845     460


QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
R - Spike/Surrogate failed recovery limits.
H - Operator selected an alternate compound hit.
```





Data File: u70718.d
Date: 15-OCT-2011 04:01
Client ID: FL-2
Sample Info: 460-32382-A-2-A
31 Naphthalene

Instrument: BNAMS4.i
Operator: BNAMS 4









Data File: u70718.d

Date: 15-OCT-2011 04:01

Client ID: FL-2

Sample Info: 460-32382-A-2-A

56 Fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4











Data File: u70718.d
Date: 15-OCT-2011 04:01
Client ID: FL-2
Sample Info: 460-32382-A-2-A
65 Benzo(b)fluoranthene

Instrument: BNAMS4.i
Operator: BNAMS 4







Data File: u70718.d
Date: 15-OCT-2011 04:01
Client ID: FL-2
Sample Info: 460-32382-A-2-A
69 Dibenz(a,h)anthracene

Instrument: BNAMS4.i
Operator: BNAMS 4





Data File: u70718.d
Date: 15-OCT-2011 04:01
Client ID: FL-2
Sample Info: 460-32382-A-2-A
70 Benzo(g,h,i)perylene

Instrument: BNAMS4.i
Operator: BNAMS 4

Page 121 of 390    10/20/2011