Lab Name:  TestAmerica Edison                    Job No.:  460-32382-1

SDG No.:

Client Sample ID:  FL-3                           Lab Sample ID:  460-32382-3

Matrix:  Solid                                    Lab File ID:  u70712.d

Analysis Method:  8270C                           Date Collected:  10/13/2011  12:40

Extract. Method:  3541                            Date Extracted:  10/14/2011  05:56

Sample wt/vol:  15.02(g)                          Date Analyzed:  10/15/2011  02:00

Con. Extract Vol.:  1(mL)                         Dilution Factor:  1

Injection Volume:  1(uL)                          Level: (low/med)  Low

% Moisture:  16.1                                 GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89685                        Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|--------------|--------|---|-----|-----|
| 91-20-3 | Naphthalene | 390 | U | 390 | 58 |
| 208-96-8 | Acenaphthylene | 390 | U | 390 | 56 |
| 83-32-9 | Acenaphthene | 390 | U | 390 | 56 |
| 86-73-7 | Fluorene | 390 | U | 390 | 67 |
| 85-01-8 | Phenanthrene | 110 | J | 390 | 69 |
| 120-12-7 | Anthracene | 390 | U | 390 | 69 |
| 206-44-0 | Fluoranthene | 320 | J | 390 | 65 |
| 129-00-0 | Pyrene | 540 | | 390 | 68 |
| 56-55-3 | Benzo[a]anthracene | 250 | | 39 | 7.3 |
| 218-01-9 | Chrysene | 230 | J | 390 | 57 |
| 205-99-2 | Benzo[b]fluoranthene | 220 | | 39 | 5.9 |
| 207-08-9 | Benzo[k]fluoranthene | 110 | | 39 | 5.5 |
| 50-32-8 | Benzo[a]pyrene | 170 | | 39 | 4.8 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 110 | | 39 | 6.3 |
| 53-70-3 | Dibenz(a,h)anthracene | 39 | U | 39 | 4.7 |
| 191-24-2 | Benzo[g,h,i]perylene | 110 | J | 390 | 42 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 58 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 95 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 68 | | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70712.d
Report Date: 16-Oct-2011 22:35


                               TestAmerica

                    SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70712.d
Lab Smp Id: 460-32382-A-3-A              Client Smp ID: FL-3
Inj Date  : 15-OCT-2011 02:00
Operator  : BNAMS 4                      Inst ID: BNAMS4.i
Smp Info  : 460-32382-A-3-A
Misc Info : 460-32382-A-3-A
Comment   :
Method    : /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/8270C_08SP.m
Meth Date : 15-Oct-2011 01:21 asfawa     Quant Type: ISTD
Cal Date  : 12-OCT-2011 13:35            Cal File: u70614.d
Als bottle: 4
Dil Factor: 1.00000
Integrator: HP RTE                       Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable


       Name          Value            Description
   -------------- --------------- -------------------------
       DF          1.00000         Dilution Factor
       Uf          1.00000         ng unit correction factor
       Vt          1.00000         Volume of final extract (ml)
       Ws          15.02000        Weight of sample extracted (g)
       M           16.05585        % Moisture

Cpnd Variable                      Local Compound Variable



                                                      CONCENTRATIONS
                           QUANT SIG                  ON-COLUMN  FINAL
Compounds                  MASS     RT    EXP RT REL RT  RESPONSE  (ug/ml)   (ug/Kg)
========================== ====     ==    ====== ======  ========  =======   =======
$  16 2-Fluorophenol (SUR)  112    3.183  3.163 (0.718)  1410723   48.8690   3900
$  17 Phenol-d5 (SUR)        99    4.072  4.084 (0.919)  2225474   58.9125   4700
*  79 1,4-Dichlorobenzene-d4 152   4.434  4.440 (1.000)   740627   40.0000
$  76 Nitrobenzene-d5 (SUR)  82    4.983  4.997 (0.873)  1403903   28.8506   2300
   15 Benzoic Acid          122    5.425  5.542 (0.950)    10560    0.87703     70(aH)
*  80 Naphthalene-d8        136    5.709  5.714 (1.000)  2936843   40.0000
$  77 2-Fluorobiphenyl (SUR) 172   6.791  6.800 (0.910)  1656400   33.8363   2700
   39 Acenaphthylene        152    7.315  7.328 (0.980)     8924    0.13249     10(a)
*  82 Acenaphthene-d10      164    7.461  7.470 (1.000)  1472810   40.0000
$  18 2,4,6-Tribromophenol (SUR) 330 8.240 8.244 (1.105) 618970  46.5257   3700
  115 n-Octadecane           57    8.817  8.821 (0.988)    99268    3.85263    300(a)
*  83 Phenanthrene-d10      188    8.927  8.925 (1.000)  1835731   40.0000
   52 Phenanthrene          178    8.942  8.955 (1.002)    63768    1.39551    110(a)
```

```
Data File: /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70712.d
Report Date: 16-Oct-2011 22:35
```

| Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|-----------|------|------|--------|--------|----------|---------|---------|
| 53 Anthracene | 178 | 8.987 | 9.000 | (1.007) | 11847 | 0.24353 | 19 (a) |
| 56 Fluoranthene | 202 | 10.110 | 10.115 | (1.133) | 256800 | 3.99668 | 320 (a) |
| 57 Pyrene | 202 | 10.332 | 10.343 | (0.884) | 238227 | 6.79486 | 540 |
| $ 78 Terphenyl-d14 | 244 | 10.492 | 10.491 | (0.898) | 1376365 | 47.3313 | 3800 |
| 61 Benzo(a)anthracene | 228 | 11.675 | 11.675 | (0.999) | 98113 | 3.12297 | 250 |
| * 81 Chrysene-d12 | 240 | 11.689 | 11.689 | (1.000) | 1189006 | 40.0000 | |
| 62 Chrysene | 228 | 11.717 | 11.724 | (1.002) | 86407 | 2.87360 | 230 (a) |
| 65 Benzo(b)fluoranthene | 252 | 13.072 | 13.084 | (0.961) | 77469 | 2.73205 | 220 |
| 66 Benzo(k)fluoranthene | 252 | 13.100 | 13.121 | (0.961) | 39389 | 1.38342 | 110 (MH) |
| 67 Benzo(a)pyrene | 252 | 13.515 | 13.527 | (0.994) | 48500 | 2.14718 | 170 |
| * 84 Perylene-d12 | 264 | 13.602 | 13.602 | (1.000) | 847758 | 40.0000 | |
| 68 Indeno(1,2,3-cd)pyrene | 276 | 15.098 | 15.122 | (1.110) | 22705 | 1.36360 | 110 |
| 70 Benzo(g,h,i)perylene | 276 | 15.520 | 15.554 | (1.141) | 23043 | 1.41830 | 110 (a) |

QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
M - Compound response manually integrated.
H - Operator selected an alternate compound hit.

Data File: u70712.d

Date: 15-OCT-2011 02:00

Client ID: FL-3

Sample Info: 460-3382-A-3-A

Instrument: BNAMS4.i

Operator: BNAMS 4



MS HP ChemStation

Data File: u70712.d

Date: 15-OCT-2011 02:00

Client ID: FL-3

Sample Info: 460-32382-A-3-A

52 Phenanthrene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/20/2011

Data File: u70712.d

Date: 15-OCT-2011 02:00

Client ID: FL-3

Instrument: BNAMS4.i

Operator: BNAMS 4

Sample Info: 460-32382-A-3-A

56 Fluoranthene



10/20/2011

Data File: u70712.d

Date: 15-OCT-2011 02:00

Client ID: FL-3

Sample Info: 460-32382-A-3-A

57 Pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70712.d

Date: 15-OCT-2011 02:00

Client ID: FL-3

Sample Info: 460-32382-A-3-A

61 Benzo(a)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70712.d

Date: 15-OCT-2011 02:00

Client ID: FL-3

Sample Info: 460-32382-A-3-A

62 Chrysene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/20/2011

Data File: u70712.d

Date: 15-OCT-2011 02:00

Client ID: FL-3

Sample Info: 460-32382-A-3-A

65 Benzo(b)fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70712.d

Date: 15-OCT-2011 02:00

Client ID: FL-3

Sample Info: 460-32382-A-3-A

66 Benzo(k)fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/20/2011

Data File: u70712.d

Date: 15-OCT-2011 02:00

Client ID: FL-3

Sample Info: 460-32382-A-3-A

67 Benzo(a)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70712.d

Date: 15-OCT-2011 02:00                    Instrument: BNAMS4.i

Client ID: FL-3                            Operator: BNAMS 4

Sample Info: 460-32382-A-3-A

68 Indeno(1,2,3-cd)pyrene



10/20/2011

Data File: u70712.d

Date: 15-OCT-2011 02:00

Client ID: FL-3

Sample Info: 460-32382-A-3-A

70 Benzo(g,h,i)perylene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/20/2011

Manual Integration Report

Data File: u70712.d
Inj. Date and Time: 15-OCT-2011 02:00
Instrument ID: BNAMS4.i
Client ID: FL-3
Compound:  66 Benzo(k)fluoranthene
CAS #: 207-08-9
Report Date: 10/16/2011

Processing Integration Results

RT:        13.07

Response: 77469

Amount:    3

Conc:      216



Manual Integration Results

RT:        13.10

Response: 39389

Amount:    1

Conc:      110



Manually Integrated By: wahied
Manual Integration Reason:

Lab Name: TestAmerica Edison                    Job No.: 460-32382-1

SDG No.:

Client Sample ID: SW-1                          Lab Sample ID: 460-32382-4

Matrix: Solid                                   Lab File ID: u70713.d

Analysis Method: 8270C                          Date Collected: 10/13/2011 12:42

Extract. Method: 3541                           Date Extracted: 10/14/2011 05:56

Sample wt/vol: 15.01(g)                         Date Analyzed: 10/15/2011 02:20

Con. Extract Vol.: 1(mL)                        Dilution Factor: 1

Injection Volume: 1(uL)                         Level: (low/med) Low

% Moisture: 18.3                                GPC Cleanup:(Y/N) N

Analysis Batch No.: 89685                       Units: ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|-----|-----|
| 91-20-3 | Naphthalene | 400 | U | 400 | 59 |
| 208-96-8 | Acenaphthylene | 400 | U | 400 | 58 |
| 83-32-9 | Acenaphthene | 240 | J | 400 | 58 |
| 86-73-7 | Fluorene | 210 | J | 400 | 68 |
| 85-01-8 | Phenanthrene | 470 | | 400 | 71 |
| 120-12-7 | Anthracene | 120 | J | 400 | 71 |
| 206-44-0 | Fluoranthene | 1100 | | 400 | 67 |
| 129-00-0 | Pyrene | 1600 | | 400 | 70 |
| 56-55-3 | Benzo[a]anthracene | 750 | | 40 | 7.5 |
| 218-01-9 | Chrysene | 720 | | 400 | 59 |
| 205-99-2 | Benzo[b]fluoranthene | 580 | | 40 | 6.0 |
| 207-08-9 | Benzo[k]fluoranthene | 300 | | 40 | 5.7 |
| 50-32-8 | Benzo[a]pyrene | 470 | | 40 | 5.0 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 310 | | 40 | 6.5 |
| 53-70-3 | Dibenz(a,h)anthracene | 84 | | 40 | 4.9 |
| 191-24-2 | Benzo[g,h,i]perylene | 330 | J | 400 | 43 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 54 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 84 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 62 | | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70713.d
Report Date: 16-Oct-2011 22:37


                                TestAmerica

                    SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70713.d
Lab Smp Id: 460-32382-A-4-A                Client Smp ID: SW-1
Inj Date  : 15-OCT-2011 02:20
Operator  : BNAMS 4                         Inst ID: BNAMS4.i
Smp Info  : 460-32382-A-4-A
Misc Info : 460-32382-A-4-A
Comment   :
Method    : /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/8270C_08SP.m
Meth Date : 15-Oct-2011 01:21 asfawa       Quant Type: ISTD
Cal Date  : 12-OCT-2011 13:35              Cal File: u70614.d
Als bottle: 5
Dil Factor: 1.00000
Integrator: HP RTE                         Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable


        Name          Value              Description
    --------------  --------------  ------------------------
         DF          1.00000          Dilution Factor
         Uf          1.00000          ng unit correction factor
         Vt          1.00000          Volume of final extract (ml)
         Ws          15.01000         Weight of sample extracted (g)
         M           18.27309         % Moisture

Cpnd Variable                       Local Compound Variable
```

| Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|
| $ 16 2-Fluorophenol (SUR) | 112 | 3.181 | 3.163 | (0.717) | 1205908 | 42.5948 | 3500 |
| $ 17 Phenol-d5 (SUR) | 99 | 4.075 | 4.084 | (0.919) | 1958448 | 52.8625 | 4300 |
| * 79 1,4-Dichlorobenzene-d4 | 152 | 4.434 | 4.440 | (1.000) | 726354 | 40.0000 | |
| $ 76 Nitrobenzene-d5 (SUR) | 82 | 4.984 | 4.997 | (0.872) | 1289486 | 27.1541 | 2200 |
| * 80 Naphthalene-d8 | 136 | 5.713 | 5.714 | (1.000) | 2849418 | 40.0000 | |
| 31 Naphthalene | 128 | 5.728 | 5.737 | (1.003) | 24141 | 0.37029 | 30(a) |
| 34 2-Methylnaphthalene | 142 | 6.421 | 6.433 | (1.124) | 101046 | 2.04705 | 170(a) |
| 120 1-Methylnaphthalene | 142 | 6.517 | 6.534 | (1.141) | 59376 | 1.20726 | 98(a) |
| $ 77 2-Fluorobiphenyl (SUR) | 172 | 6.796 | 6.800 | (0.911) | 1476175 | 31.1464 | 2500 |
| 125 1,3-Dimethylnaphthalene | 156 | 7.123 | 7.134 | (0.954) | 27001 | 0.77752 | 63(a) |
| * 82 Acenaphthene-d10 | 164 | 7.463 | 7.470 | (1.000) | 1425916 | 40.0000 | |
| 42 Acenaphthene | 154 | 7.493 | 7.499 | (1.004) | 109089 | 2.92526 | 240(a) |
| 43 Dibenzofuran | 168 | 7.657 | 7.670 | (1.026) | 155757 | 2.86659 | 230(a) |

```
Data File: /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70713.d
Report Date: 16-Oct-2011 22:37
```

|   | Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|---|
|   |   | ==== | == | ====== | ====== | ======== | ======= | ======= |
|   | 47 Fluorene | 166 | 7.998 | 8.006 | (1.072) | 111669 | 2.54209 | 210 (a) |
| $ | 18 2,4,6-Tribromophenol (SUR) | 330 | 8.242 | 8.244 | (1.104) | 603758 | 46.8748 | 3800 |
|   | 115 n-Octadecane | 57 | 8.811 | 8.821 | (0.987) | 32408 | 1.30653 | 110 (a) |
| * | 83 Phenanthrene-d10 | 188 | 8.928 | 8.925 | (1.000) | 1767216 | 40.0000 |   |
|   | 52 Phenanthrene | 178 | 8.942 | 8.955 | (1.002) | 252380 | 5.73727 | 470 |
|   | 53 Anthracene | 178 | 8.993 | 9.000 | (1.007) | 68208 | 1.45646 | 120 (a) |
|   | 54 Carbazole | 167 | 9.148 | 9.156 | (1.025) | 20187 | 0.46611 | 38 (a) |
|   | 56 Fluoranthene | 202 | 10.110 | 10.115 | (1.132) | 864456 | 13.9755 | 1100 |
|   | 57 Pyrene | 202 | 10.335 | 10.343 | (0.884) | 714524 | 19.7548 | 1600 |
| $ | 78 Terphenyl-d14 | 244 | 10.491 | 10.491 | (0.898) | 1263310 | 42.1107 | 3400 |
|   | 61 Benzo(a)anthracene | 228 | 11.668 | 11.675 | (0.998) | 300069 | 9.25826 | 750 |
| * | 81 Chrysene-d12 | 240 | 11.689 | 11.689 | (1.000) | 1226639 | 40.0000 |   |
|   | 62 Chrysene | 228 | 11.717 | 11.724 | (1.002) | 273978 | 8.83202 | 720 |
|   | 65 Benzo(b)fluoranthene | 252 | 13.068 | 13.084 | (0.960) | 210635 | 7.16066 | 580 |
|   | 66 Benzo(k)fluoranthene | 252 | 13.104 | 13.121 | (0.963) | 107625 | 3.64374 | 300 (H) |
|   | 67 Benzo(a)pyrene | 252 | 13.510 | 13.527 | (0.993) | 134953 | 5.75933 | 470 |
| * | 84 Perylene-d12 | 264 | 13.606 | 13.602 | (1.000) | 879448 | 40.0000 |   |
|   | 68 Indeno(1,2,3-cd)pyrene | 276 | 15.092 | 15.122 | (1.109) | 66566 | 3.85371 | 310 |
|   | 69 Dibenz(a,h)anthracene | 278 | 15.130 | 15.159 | (1.112) | 17620 | 1.02811 | 84 |
|   | 70 Benzo(g,h,i)perylene | 276 | 15.518 | 15.554 | (1.140) | 67689 | 4.01615 | 330 (aH) |

QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
H - Operator selected an alternate compound hit.

Data File: u70713.d

Date: 15-OCT-2011 02:20

Client ID: SW-1

Sample Info: 460-3382-A-4-A

Instrument: BNAMS4.i

Operator: BNAMS 4



MS HP ChemStation

Data File: u70713.d

Date: 15-OCT-2011 02:20

Client ID: SW-1

Sample Info: 460-32382-A-4-A

42 Acenaphthene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70713.d

Date: 15-OCT-2011 02:20

Client ID: SW-1

Sample Info: 460-32382-A-4-A

47 Fluorene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70713.d

Date: 15-OCT-2011 02:20

Client ID: SW-1

Sample Info: 460-32382-A-4-A

52 Phenanthrene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/20/2011

Data File: u70713.d

Date: 15-OCT-2011 02:20

Client ID: SW-1

Sample Info: 460-32382-A-4-A

53 Anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70713.d

Date: 15-OCT-2011 02:20

Client ID: SW-1

Sample Info: 460-32382-A-4-A

56 Fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70713.d

Date: 15-OCT-2011 02:20

Client ID: SW-1

Sample Info: 460-32382-A-4-A

57 Pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4

