Data File: u70713.d

Date: 15-OCT-2011 02:20

Client ID: SW-1

Sample Info: 460-32382-A-4-A

61 Benzo(a)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70713.d

Date: 15-OCT-2011 02:20

Client ID: SW-1

Sample Info: 460-32382-A-4-A

62 Chrysene

Instrument: BNAMS4.i

Operator: BNAMS 4



HP ChemStation MS u70713.d: Scan 1361: 11.717 min.

HP ChemStation MS u70713.d: Scan 1361: 11.717 min. (SUB)

Chrysene (Reference Spectrum)

u70713.d: Scan 1361: 11.717 min. (% Difference)

Data File: u70713.d

Date: 15-OCT-2011 02:20

Client ID: SW-1

Sample Info: 460-32382-A-4-A

65 Benzo(b)fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



HP ChemStation MS u70713.d, Scan 1543: 13.068 min.

HP ChemStation MS u70713.d, Scan 1543: 13.068 min. (SUB)

Benzo(b)fluoranthene (Reference Spectrum)

u70713.d, Scan 1543: 13.068 min. (% Difference)

Data File: u70713.d

Date: 15-OCT-2011 02:20

Client ID: SW-1

Instrument: BNAMS4.i

Operator: BNAMS 4

Sample Info: 460-32382-A-4-A

66 Benzo(k)fluoranthene



10/20/2011

Data File: u70713.d

Date: 15-OCT-2011 02:20

Client ID: SW-1

Sample Info: 460-32382-A-4-A

67 Benzo(a)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70713.d

Date: 15-OCT-2011 02:20

Client ID: SW-1

Sample Info: 460-32382-A-4-A

68 Indeno(1,2,3-cd)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70713.d

Date: 15-OCT-2011 02:20

Client ID: SW-1

Sample Info: 460-32382-A-4-A

69 Dibenz(a,h)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70713.d

Date: 15-OCT-2011 02:20

Client ID: SW-1

Sample Info: 460-32382-A-4-A

70 Benzo(g,h,i)perylene

Instrument: BNAMS4.i

Operator: BNAMS 4



```
                                    FORM I
                    GC/MS SEMI VOA ORGANICS ANALYSIS DATA SHEET
```

Lab Name:  TestAmerica Edison              Job No.:  460-32382-1

SDG No.:

Client Sample ID:  SW-2                     Lab Sample ID:  460-32382-5

Matrix:  Solid                              Lab File ID:  u70725.d

Analysis Method:  8270C                     Date Collected:  10/13/2011  12:45

Extract. Method:  3541                      Date Extracted:  10/14/2011  05:56

Sample wt/vol:  15.02(g)                    Date Analyzed:  10/15/2011  06:23

Con. Extract Vol.:  1(mL)                   Dilution Factor:  2

Injection Volume:  1(uL)                    Level: (low/med)  Low

% Moisture:  14.2                           GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89685                  Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|----|----|
| 91-20-3 | Naphthalene | 770 | U | 770 | 110 |
| 208-96-8 | Acenaphthylene | 130 | J | 770 | 110 |
| 83-32-9 | Acenaphthene | 1400 | | 770 | 110 |
| 86-73-7 | Fluorene | 1700 | | 770 | 130 |
| 85-01-8 | Phenanthrene | 8500 | | 770 | 130 |
| 120-12-7 | Anthracene | 2700 | | 770 | 140 |
| 206-44-0 | Fluoranthene | 9300 | | 770 | 130 |
| 129-00-0 | Pyrene | 9700 | | 770 | 130 |
| 56-55-3 | Benzo[a]anthracene | 6300 | | 77 | 14 |
| 218-01-9 | Chrysene | 5400 | | 770 | 110 |
| 205-99-2 | Benzo[b]fluoranthene | 5200 | | 77 | 11 |
| 207-08-9 | Benzo[k]fluoranthene | 2300 | | 77 | 11 |
| 50-32-8 | Benzo[a]pyrene | 4400 | | 77 | 9.5 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 1900 | | 77 | 12 |
| 53-70-3 | Dibenz(a,h)anthracene | 440 | | 77 | 9.3 |
| 191-24-2 | Benzo[g,h,i]perylene | 1500 | | 770 | 81 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 64 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 75 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 79 | | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70725.d
Report Date: 15-Oct-2011 07:37


                              TestAmerica

                  SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70725.d
Lab Smp Id: 460-32382-A-5-A              Client Smp ID: SW-2
Inj Date  : 15-OCT-2011 06:23
Operator  : BNAMS 4                      Inst ID: BNAMS4.i
Smp Info  : 460-32382-A-5-A
Misc Info : 460-32382-A-5-A
Comment   :
Method    : /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/8270C_08SP.m
Meth Date : 15-OCT-2011 01:21 asfawa     Quant Type: ISTD
Cal Date  : 12-OCT-2011 13:35            Cal File: u70614.d
Als bottle: 17
Dil Factor: 2.00000
Integrator: HP RTE                       Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable


         Name          Value              Description
     -------------- --------------- ------------------------
         DF          2.00000          Dilution Factor
         Uf          1.00000          ng unit correction factor
         Vt          1.00000          Volume of final extract (ml)
         Ws          15.02000         Weight of sample extracted (g)
         M           14.18685         % Moisture

Cpnd Variable                    Local Compound Variable
```

|  | | | | | | | CONCENTRATIONS | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | | QUANT SIG | | | | | ON-COLUMN | FINAL |
| Compounds | | MASS | RT | EXP RT | REL RT | RESPONSE | (ug/ml) | (ug/Kg) |
| ========================= | | ==== | == | ====== | ====== | ======== | ======= | ======= |
| $ | 16 2-Fluorophenol (SUR) | 112 | 3.175 | 3.163 | (0.716) | 595428 | 26.5879 | 4100 |
| $ | 17 Phenol-d5 (SUR) | 99 | 4.064 | 4.084 | (0.917) | 886060 | 30.2350 | 4700 |
| * | 79 1,4-Dichlorobenzene-d4 | 152 | 4.432 | 4.440 | (1.000) | 574562 | 40.0000 | |
| $ | 76 Nitrobenzene-d5 (SUR) | 82 | 4.983 | 4.997 | (0.872) | 606149 | 15.9916 | 2500 |
| * | 80 Naphthalene-d8 | 136 | 5.714 | 5.714 | (1.000) | 2183427 | 40.0000 | |
| | 31 Naphthalene | 128 | 5.729 | 5.737 | (1.003) | 31687 | 0.63428 | 98(a) |
| | 34 2-Methylnaphthalene | 142 | 6.424 | 6.433 | (1.124) | 62961 | 1.66456 | 260(a) |
| | 120 1-Methylnaphthalene | 142 | 6.521 | 6.534 | (1.141) | 52719 | 1.39886 | 220(a) |
| $ | 77 2-Fluorobiphenyl (SUR) | 172 | 6.795 | 6.800 | (0.910) | 590850 | 19.8019 | 3100 |
| | 125 1,3-Dimethylnaphthalene | 156 | 7.126 | 7.134 | (0.955) | 51830 | 2.37066 | 370(a) |
| | 39 Acenaphthylene | 152 | 7.311 | 7.328 | (0.980) | 34337 | 0.83637 | 130(a) |
| * | 82 Acenaphthene-d10 | 164 | 7.464 | 7.470 | (1.000) | 897709 | 40.0000 | |
| | 42 Acenaphthene | 154 | 7.492 | 7.499 | (1.004) | 215819 | 9.19245 | 1400 |

|   | Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|-----------|------|--------|--------|--------|----------|----------|--------|
|   | 43 Dibenzofuran | 168 | 7.663 | 7.670 | (1.027) | 224284 | 6.55653 | 1000 |
|   | 47 Fluorene | 166 | 8.004 | 8.006 | (1.072) | 294600 | 10.6524 | 1600 |
| $ | 18 2,4,6-Tribromophenol (SUR) | 330 | 8.242 | 8.244 | (1.104) | 156042 | 19.2431 | 3000 |
| * | 83 Phenanthrene-d10 | 188 | 8.927 | 8.925 | (1.000) | 1047711 | 40.0000 | |
|   | 52 Phenanthrene | 178 | 8.950 | 8.955 | (1.003) | 1423392 | 54.5787 | 8500 |
|   | 53 Anthracene | 178 | 8.995 | 9.000 | (1.008) | 488942 | 17.6104 | 2700 |
|   | 54 Carbazole | 167 | 9.151 | 9.156 | (1.025) | 80856 | 3.14906 | 490(a) |
|   | 56 Fluoranthene | 202 | 10.124 | 10.115 | (1.134) | 2189181 | 59.6972 | 9300 |
|   | 57 Pyrene | 202 | 10.347 | 10.343 | (0.884) | 1609653 | 62.5907 | 9700 |
| $ | 78 Terphenyl-d14 | 244 | 10.492 | 10.491 | (0.897) | 400319 | 18.7676 | 2900 |
|   | 61 Benzo(a)anthracene | 228 | 11.684 | 11.675 | (0.999) | 939151 | 40.7535 | 6300 |
| * | 81 Chrysene-d12 | 240 | 11.698 | 11.689 | (1.000) | 872159 | 40.0000 | |
|   | 62 Chrysene | 228 | 11.726 | 11.724 | (1.002) | 767521 | 34.7981 | 5400 |
|   | 65 Benzo(b)fluoranthene | 252 | 13.091 | 13.084 | (0.961) | 738751 | 33.4724 | 5200 |
|   | 66 Benzo(k)fluoranthene | 252 | 13.126 | 13.121 | (0.964) | 328507 | 14.8233 | 2300 |
|   | 67 Benzo(a)pyrene | 252 | 13.531 | 13.527 | (0.993) | 496548 | 28.2434 | 4400 |
| * | 84 Perylene-d12 | 264 | 13.621 | 13.602 | (1.000) | 659848 | 40.0000 | |
|   | 68 Indeno(1,2,3-cd)pyrene | 276 | 15.126 | 15.122 | (1.111) | 160689 | 12.3988 | 1900 |
|   | 69 Dibenz(a,h)anthracene | 278 | 15.147 | 15.159 | (1.112) | 36580 | 2.84473 | 440 |
|   | 70 Benzo(g,h,i)perylene | 276 | 15.546 | 15.554 | (1.141) | 121538 | 9.61104 | 1500 |

QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).

Data File: u70725.d

Date: 15-OCT-2011 06:23

Client ID: SW-2

Sample Info: 460-3382-A-5-A

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70725.d

Date: 15-OCT-2011 06:23

Client ID: SW-2

Sample Info: 460-32382-A-5-A

39 Acenaphthylene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/20/2011

Data File: u70725.d

Date: 15-OCT-2011 06:23

Client ID: SW-2

Sample Info: 460-32382-A-5-A

42 Acenaphthene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70725.d

Date: 15-OCT-2011 06:23

Client ID: SW-2

Sample Info: 460-32382-A-5-A

47 Fluorene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70725.d

Date: 15-OCT-2011 06:23

Client ID: SW-2

Sample Info: 460-32382-A-5-A

52 Phenanthrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70725.d

Date: 15-OCT-2011 06:23

Client ID: SW-2

Sample Info: 460-32382-A-5-A

53 Anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/20/2011

Data File: u70725.d

Date: 15-OCT-2011 06:23

Client ID: SW-2

Sample Info: 460-32382-A-5-A

56 Fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/20/2011

Data File: u70725.d

Date: 15-OCT-2011 06:23

Client ID: SW-2

Sample Info: 460-32382-A-5-A

57 Pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/20/2011

Data File: u70725.d

Date: 15-OCT-2011 06:23

Client ID: SW-2

Sample Info: 460-32382-A-5-A

61 Benzo(a)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70725.d

Date: 15-OCT-2011 06:23

Client ID: SW-2

Sample Info: 460-32382-A-5-A

62 Chrysene

Instrument: BNAMS4.i

Operator: BNAMS 4



Instrument: BNAMS4.i

Operator: BNAMS 4



HP ChemStation MS u70725.d, Scan 1552: 13.091 min.

HP ChemStation MS u70725.d, Scan 1552: 13.091 min. (SUB)

Benzo(b)fluoranthene (Reference Spectrum)

u70725.d, Scan 1552: 13.091 min. (% Difference)

Data File: u70725.d

Date: 15-OCT-2011 06:23

Client ID: SW-2

Sample Info: 460-32382-A-5-A

66 Benzo(k)fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70725.d

Date: 15-OCT-2011 06:23

Client ID: SW-2

Sample Info: 460-32382-A-5-A

67 Benzo(a)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70725.d

Date: 15-OCT-2011 06:23

Client ID: SW-2

Sample Info: 460-32382-A-5-A

68 Indeno(1,2,3-cd)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70725.d

Date: 15-OCT-2011 06:23

Client ID: SW-2

Sample Info: 460-32382-A-5-A

69 Dibenz(a,h)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70725.d

Date: 15-OCT-2011 06:23

Client ID: SW-2

Sample Info: 460-32382-A-5-A

70 Benzo(g,h,i)perylene



```
                              FORM I
                GC/MS SEMI VOA ORGANICS ANALYSIS DATA SHEET
```

Lab Name:  TestAmerica Edison            Job No.:  460-32382-1

SDG No.:

Client Sample ID:  FL-4                  Lab Sample ID:  460-32382-6

Matrix:  Solid                           Lab File ID:  u70714.d

Analysis Method:  8270C                  Date Collected:  10/13/2011  12:59

Extract. Method:  3541                   Date Extracted:  10/14/2011  05:56

Sample wt/vol:  15.04(g)                 Date Analyzed:  10/15/2011  02:41

Con. Extract Vol.:  1(mL)                Dilution Factor:  1

Injection Volume:  1(uL)                 Level: (low/med)  Low

% Moisture:  34.2                        GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89685               Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|-----|-----|
| 91-20-3 | Naphthalene | 500 | U | 500 | 73 |
| 208-96-8 | Acenaphthylene | 500 | U | 500 | 72 |
| 83-32-9 | Acenaphthene | 500 | U | 500 | 71 |
| 86-73-7 | Fluorene | 500 | U | 500 | 85 |
| 85-01-8 | Phenanthrene | 500 | U | 500 | 87 |
| 120-12-7 | Anthracene | 500 | U | 500 | 88 |
| 206-44-0 | Fluoranthene | 500 | U | 500 | 83 |
| 129-00-0 | Pyrene | 500 | U | 500 | 87 |
| 56-55-3 | Benzo[a]anthracene | 500 | U | 50 | 9.3 |
| 218-01-9 | Chrysene | 500 | U | 500 | 73 |
| 205-99-2 | Benzo[b]fluoranthene | 47 | J | 50 | 7.5 |
| 207-08-9 | Benzo[k]fluoranthene | 50 | U | 50 | 7.0 |
| 50-32-8 | Benzo[a]pyrene | 30 | J | 50 | 6.2 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 29 | J | 50 | 8.0 |
| 53-70-3 | Dibenz(a,h)anthracene | 50 | U | 50 | 6.0 |
| 191-24-2 | Benzo[g,h,i]perylene | 500 | U | 500 | 53 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 32 | X | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 61 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 40 | | 40-109 |

FORM I 8270C

TestAmerica

SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS

Data file : /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70714.d
Lab Smp Id: 460-32382-A-6-A             Client Smp ID: FL-4
Inj Date : 15-OCT-2011 02:41
Operator : BNAMS 4                       Inst ID: BNAMS4.i
Smp Info : 460-32382-A-6-A
Misc Info : 460-32382-A-6-A
Comment  :
Method   : /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/8270C_08SP.m
Meth Date : 15-Oct-2011 01:21 asfawa    Quant Type: ISTD
Cal Date : 12-OCT-2011 13:35            Cal File: u70614.d
Als bottle: 6
Dil Factor: 1.00000
Integrator: HP RTE                       Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable

| Name | Value | Description |
|------|-------|-------------|
| DF | 1.00000 | Dilution Factor |
| Uf | 1.00000 | ng unit correction factor |
| Vt | 1.00000 | Volume of final extract (ml) |
| Ws | 15.04000 | Weight of sample extracted (g) |
| M | 34.15061 | % Moisture |

Cpnd Variable                    Local Compound Variable


|  |  |  |  |  |  | CONCENTRATIONS | |
|---|---|---|---|---|---|---|---|
| | QUANT SIG | | | | | ON-COLUMN | FINAL |
| Compounds | MASS | RT | EXP RT | REL RT | RESPONSE | (ug/ml) | (ug/Kg) |
| ============================ | ==== | == | ===== | ===== | ======== | ====== | ======= |
| $  16 2-Fluorophenol (SUR) | 112 | 3.179 | 3.163 | (0.718) | 764856 | 28.1877 | 2800(R) |
| $  17 Phenol-d5 (SUR) | 99 | 4.067 | 4.084 | (0.918) | 1207636 | 34.0103 | 3400(R) |
| *  79 1,4-Dichlorobenzene-d4 | 152 | 4.430 | 4.440 | (1.000) | 696162 | 40.0000 | |
| $  76 Nitrobenzene-d5 (SUR) | 82 | 4.981 | 4.997 | (0.873) | 774701 | 15.8700 | 1600(R) |
|    15 Benzoic Acid | 122 | 5.423 | 5.542 | (0.950) | 2990 | 0.25948 | 26(a) |
| *  80 Naphthalene-d8 | 136 | 5.708 | 5.714 | (1.000) | 2810626 | 40.0000 | |
|    34 2-Methylnaphthalene | 142 | 6.419 | 6.433 | (1.124) | 13528 | 0.27784 | 28(a) |
|   120 1-Methylnaphthalene | 142 | 6.521 | 6.534 | (1.142) | 8626 | 0.17781 | 18(a) |
| $  77 2-Fluorobiphenyl (SUR) | 172 | 6.788 | 6.800 | (0.910) | 918375 | 20.1515 | 2000 |
| *  82 Acenaphthene-d10 | 164 | 7.460 | 7.470 | (1.000) | 1371125 | 40.0000 | |
|    42 Acenaphthene | 154 | 7.490 | 7.499 | (1.004) | 5115 | 0.14264 | 14(aH) |
| $  18 2,4,6-Tribromophenol (SUR) | 330 | 8.236 | 8.244 | (1.104) | 372600 | 30.0840 | 3000 |
| *  83 Phenanthrene-d10 | 188 | 8.922 | 8.925 | (1.000) | 1747126 | 40.0000 | |

```
Data File: /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70714.d
Report Date: 15-Oct-2011 05:46


                                                          CONCENTRATIONS
                        QUANT SIG                         ON-COLUMN   FINAL
Compounds               MASS      RT     EXP RT REL RT   RESPONSE  (ug/ml)   (ug/Kg)
=========================  ====    ==    ===== ======   ========   =======   =======
     52 Phenanthrene       178    8.945  8.955 (1.003)    13013    0.29922    30(a)
     56 Fluoranthene       202   10.104 10.115 (1.132)    27714    0.45320    46(a)
     57 Pyrene             202   10.328 10.343 (0.884)    22690    0.66381    67(a)
$    78 Terphenyl-d14      244   10.491 10.491 (0.898)   867343   30.5931   3100
*    81 Chrysene-d12       240   11.682 11.689 (1.000)  1159220   40.0000
     62 Chrysene           228   11.711 11.724 (1.002)    12873    0.43911    44(a)
     65 Benzo(b)fluoranthene 252 13.063 13.084 (0.960)    11005    0.46608    47(a)
     67 Benzo(a)pyrene     252   13.507 13.527 (0.993)     5527    0.29385    30(a)
*    84 Perylene-d12       264   13.603 13.602 (1.000)   705937   40.0000
     68 Indeno(1,2,3-cd)pyrene 276 15.104 15.122 (1.110)   4018    0.28979    29(a)
     70 Benzo(g,h,i)perylene 276 15.511 15.554 (1.140)    2739    0.20245    20(a)


QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
R - Spike/Surrogate failed recovery limits.
H - Operator selected an alternate compound hit.
```