Data File: u70714.d

Date: 15-OCT-2011 02:41

Client ID: FL-4

Sample Info: 460-3382-A-6-A

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70714.d

Date: 15-OCT-2011 02:41

Client ID: FL-4                    Instrument: BNAMS4.i

Sample Info: 460-32382-A-6-A       Operator: BNAMS 4

65 Benzo(b)fluoranthene



10/20/2011

Data File: u70714.d

Date: 15-OCT-2011 02:41

Client ID: FL-4

Sample Info: 460-32382-A-6-A

67 Benzo(a)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70714.d

Date: 15-OCT-2011 02:41

Client ID: FL-4

Sample Info: 460-32382-A-6-A

68 Indeno(1,2,3-cd)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Lab Name:  TestAmerica Edison                    Job No.:  460-32382-1

SDG No.:

Client Sample ID:  FL-5                          Lab Sample ID:  460-32382-7

Matrix:  Solid                                   Lab File ID:  p20325.d

Analysis Method:  8270C                          Date Collected:  10/13/2011  14:55

Extract. Method:  3541                           Date Extracted:  10/16/2011  12:00

Sample wt/vol:  15.01(g)                         Date Analyzed:  10/17/2011  01:04

Con. Extract Vol.:  1(mL)                        Dilution Factor:  1

Injection Volume:  1(uL)                         Level: (low/med)  Low

% Moisture:  45.0                                GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89740                       Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|----|----|
| 91-20-3 | Naphthalene | 340 | J | 600 | 88 |
| 208-96-8 | Acenaphthylene | 600 | U | 600 | 86 |
| 83-32-9 | Acenaphthene | 760 | | 600 | 86 |
| 86-73-7 | Fluorene | 180 | J | 600 | 100 |
| 85-01-8 | Phenanthrene | 450 | J | 600 | 100 |
| 120-12-7 | Anthracene | 600 | U | 600 | 110 |
| 206-44-0 | Fluoranthene | 780 | | 600 | 100 |
| 129-00-0 | Pyrene | 890 | | 600 | 100 |
| 56-55-3 | Benzo[a]anthracene | 440 | | 60 | 11 |
| 218-01-9 | Chrysene | 560 | J | 600 | 87 |
| 205-99-2 | Benzo[b]fluoranthene | 740 | | 60 | 8.9 |
| 207-08-9 | Benzo[k]fluoranthene | 250 | | 60 | 8.4 |
| 50-32-8 | Benzo[a]pyrene | 520 | | 60 | 7.4 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 410 | | 60 | 9.6 |
| 53-70-3 | Dibenz(a,h)anthracene | 81 | | 60 | 7.2 |
| 191-24-2 | Benzo[g,h,i]perylene | 410 | J | 600 | 63 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 88 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 103 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 92 | | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS10.i/8270/10-10-11/16oct11.b/p20325.d
Report Date: 17-Oct-2011 10:35


                              TestAmerica

                  SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS10.i/8270/10-10-11/16oct11.b/p20325.d
Lab Smp Id: 460-32382-A-7-B
Inj Date  : 17-OCT-2011 01:04
Operator  : BNAMS 4                        Inst ID: BNAMS10.i
Smp Info  : 460-32382-A-7-B
Misc Info : 460-32382-A-7-B
Comment   :
Method    : /chem/BNAMS10.i/8270/10-10-11/16oct11.b/8270C_08SP.m
Meth Date : 16-Oct-2011 14:31 czhao       Quant Type: ISTD
Cal Date  : 10-OCT-2011 15:04              Cal File: p20115.d
Als bottle: 22
Dil Factor: 1.00000
Integrator: HP RTE                         Compound Sublist: all.sub
Target Version:  3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable


        Name          Value            Description
     -------------- --------------- -----------------------
        DF         1.00000       Dilution Factor
        Uf         1.00000       ng unit correction factor
        Vt         1.00000       Volume of final extract (ml)
        Ws        15.00000       Weight of sample extracted (g)
        M          0.00000       % Moisture

Cpnd Variable                     Local Compound Variable
```

|  |  | | | | | CONCENTRATIONS | | |
|---|---|---|---|---|---|---|---|---|
| Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | ON-COLUMN (ug/ml) | FINAL (ug/Kg) | |
| ========================== | ==== | == | ====== | ====== | ======== | ======= | ======= | |
| $ 16 2-Fluorophenol (SUR) | 112 | 2.289 | 2.266 | (0.636) | 1190065 | 85.8183 | 5700 | |
| $ 17 Phenol-d5 (SUR) | 99 | 3.265 | 3.271 | (0.907) | 1399262 | 85.6635 | 5700 | |
| * 79 1,4-Dichlorobenzene-d4 | 152 | 3.600 | 3.606 | (1.000) | 453574 | 40.0000 | | |
| $ 76 Nitrobenzene-d5 (SUR) | 82 | 4.240 | 4.252 | (0.844) | 718841 | 44.0841 | 2900 | |
| 15 Benzoic Acid | 122 | 4.845 | 4.933 | (0.965) | 17396 | 3.20247 | 210(aH) | |
| * 80 Naphthalene-d8 | 136 | 5.022 | 5.027 | (1.000) | 1423432 | 40.0000 | | |
| 31 Naphthalene | 128 | 5.039 | 5.051 | (1.004) | 101431 | 2.78199 | 180(a) | |
| 34 2-Methylnaphthalene | 142 | 5.785 | 5.785 | (1.152) | 1549319 | 67.2990 | 4500 | |
| 120 1-Methylnaphthalene | 142 | 5.879 | 5.885 | (1.171) | 618131 | 26.4838 | 1800 | |
| $ 77 2-Fluorobiphenyl (SUR) | 172 | 6.179 | 6.185 | (0.905) | 1127770 | 45.7924 | 3000 | |
| 102 Diphenyl | 154 | 6.267 | 6.273 | (0.918) | 53327 | 1.94980 | 130(a) | |
| 125 1,3-Dimethylnaphthalene | 156 | 6.496 | 6.508 | (0.952) | 16970 | 0.98957 | 66(a) | |
| 39 Acenaphthylene | 152 | 6.678 | 6.684 | (0.978) | 17928 | 0.61605 | 41(a) | |

|   | Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|---|
| * | 82 Acenaphthene-d10 | 164 | 6.825 | 6.831 | (1.000) | 701005 | 40.0000 | |
|   | 42 Acenaphthene | 154 | 6.855 | 6.866 | (1.004) | 111635 | 6.23956 | 420 |
|   | 43 Dibenzofuran | 168 | 7.031 | 7.037 | (1.030) | 48720 | 1.87008 | 120(a) |
|   | 47 Fluorene | 166 | 7.366 | 7.372 | (1.079) | 30473 | 1.49681 | 100(a) |
| $ | 18 2,4,6-Tribromophenol (SUR) | 330 | 7.607 | 7.613 | (1.114) | 209323 | 72.7359 | 4800 |
| * | 83 Phenanthrene-d10 | 188 | 8.277 | 8.283 | (1.000) | 899197 | 40.0000 | |
|   | 52 Phenanthrene | 178 | 8.300 | 8.306 | (1.003) | 89709 | 3.69131 | 250(a) |
|   | 53 Anthracene | 178 | 8.347 | 8.353 | (1.009) | 17904 | 0.71882 | 48(a) |
|   | 54 Carbazole | 167 | 8.523 | 8.529 | (1.030) | 18169 | 0.89430 | 60(a) |
|   | 56 Fluoranthene | 202 | 9.458 | 9.458 | (1.143) | 151252 | 6.47508 | 430 |
|   | 57 Pyrene | 202 | 9.669 | 9.675 | (0.891) | 134745 | 7.34302 | 490 |
| $ | 78 Terphenyl-d14 | 244 | 9.863 | 9.863 | (0.909) | 648018 | 51.5019 | 3400 |
|   | 61 Benzo(a)anthracene | 228 | 10.844 | 10.850 | (0.999) | 55813 | 3.61124 | 240 |
| * | 81 Chrysene-d12 | 240 | 10.856 | 10.862 | (1.000) | 513710 | 40.0000 | |
|   | 62 Chrysene | 228 | 10.879 | 10.885 | (1.002) | 63610 | 4.60088 | 310(a) |
|   | 65 Benzo(b)fluoranthene | 252 | 12.019 | 12.025 | (0.964) | 87489 | 6.12526 | 410(M) |
|   | 66 Benzo(k)fluoranthene | 252 | 12.049 | 12.060 | (0.966) | 31039 | 2.05971 | 140(M) |
|   | 67 Benzo(a)pyrene | 252 | 12.395 | 12.401 | (0.994) | 52929 | 4.31465 | 290 |
| * | 84 Perylene-d12 | 264 | 12.472 | 12.472 | (1.000) | 478460 | 40.0000 | |
|   | 68 Indeno(1,2,3-cd)pyrene | 276 | 13.759 | 13.770 | (1.103) | 39169 | 3.40339 | 230 |
|   | 69 Dibenz(a,h)anthracene | 278 | 13.794 | 13.800 | (1.106) | 7668 | 0.66894 | 44 |
|   | 70 Benzo(g,h,i)perylene | 276 | 14.070 | 14.082 | (1.128) | 41962 | 3.36350 | 220(a) |

QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
M - Compound response manually integrated.
H - Operator selected an alternate compound hit.

Data File: p20325.d

Date: 17-OCT-2011 01:04

Client ID: FL-5

Sample Info: 460-3382-A-7-B

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20325.d

Date: 17-OCT-2011 01:04

Client ID: FL-5

Sample Info: 460-32382-A-7-B

31 Naphthalene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20325.d

Date: 17-OCT-2011 01:04

Client ID: FL-5

Sample Info: 460-32382-A-7-B

42 Acenaphthene

Instrument: BNAMS10.i

Operator: BNAMS 4



10/20/2011

Data File: p20325.d

Date: 17-OCT-2011 01:04

Client ID: FL-5

Instrument: BNAMS10.i

Operator: BNAMS 4

Sample Info: 460-32382-A-7-B

47 Fluorene



10/20/2011

Data File: p20325.d

Date: 17-OCT-2011 01:04

Client ID: FL-5

Sample Info: 460-32382-A-7-B

52 Phenanthrene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20325.d

Date: 17-OCT-2011 01:04

Client ID: FL-5

Sample Info: 460-32382-A-7-B

56 Fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20325.d

Date: 17-OCT-2011 01:04

Client ID: FL-5

Sample Info: 460-32382-A-7-B

57 Pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



10/20/2011

Data File: p20325.d

Date: 17-OCT-2011 01:04

Client ID: FL-5

Sample Info: 460-32382-A-7-B

Instrument: BNAMS10.i

Operator: BNAMS 4

61 Benzo(a)anthracene



Data File: p20325.d

Date: 17-OCT-2011 01:04

Client ID: FL-5

Sample Info: 460-32382-A-7-B

62 Chrysene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20325.d

Date: 17-OCT-2011 01:04

Client ID: FL-5

Sample Info: 460-32382-A-7-B

65 Benzo(b)fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



10/20/2011

Data File: p20325.d

Date: 17-OCT-2011 01:04

Client ID: FL-5

Sample Info: 460-32382-A-7-B

66 Benzo(k)fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



10/20/2011

Data File: p20325.d

Date: 17-OCT-2011 01:04

Client ID: FL-5

Sample Info: 460-32382-A-7-B

67 Benzo(a)pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



10/20/2011

Data File: p20325.d

Date: 17-OCT-2011 01:04

Client ID: FL-5

Sample Info: 460-32382-A-7-B

68 Indeno(1,2,3-cd)pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20325.d

Date: 17-OCT-2011 01:04

Client ID: FL-5

Sample Info: 460-32382-A-7-B

69 Dibenz(a,h)anthracene

Instrument: BNAMS10.i

Operator: BNAMS 4

Data File: p20325.d

Date: 17-OCT-2011 01:04

Client ID: FL-5

Sample Info: 460-32382-A-7-B

70 Benzo(g,h,i)perylene

Instrument: BNAMS10.i

Operator: BNAMS 4



Manual Integration Report

Data File: p20325.d
Inj. Date and Time: 17-OCT-2011 01:04
Instrument ID: BNAMS10.i
Client ID: FL-5
Compound:  65 Benzo(b)fluoranthene
CAS #: 205-99-2
Report Date: 10/17/2011

## Processing Integration Results

RT:        12.02

Response: 111203

Amount:     8

Conc:      519



## Manual Integration Results

RT:        12.02

Response: 87489

Amount:     6

Conc:      408



Manually Integrated By: wahied
Manual Integration Reason:

Data File: p20325.d
Inj. Date and Time: 17-OCT-2011 01:04
Instrument ID: BNAMS10.i
Client ID: FL-5
Compound:  66 Benzo(k)fluoranthene
CAS #: 207-08-9
Report Date: 10/17/2011

## Processing Integration Results

RT:        12.02

Response: 87737

Amount:    6

Conc:      388



## Manual Integration Results

RT:        12.05

Response: 31039

Amount:    2

Conc:      137



Manually Integrated By: wahied
Manual Integration Reason:

```
                                   FORM I
                    GC/MS SEMI VOA ORGANICS ANALYSIS DATA SHEET
```

Lab Name:  TestAmerica Edison                    Job No.:  460-32382-1

SDG No.:

Client Sample ID:  SW-3 DL                        Lab Sample ID:  460-32382-8 DL

Matrix:  Solid                                    Lab File ID:  u70729.d

Analysis Method:  8270C                           Date Collected:  10/13/2011  15:10

Extract. Method:  3541                            Date Extracted:  10/14/2011  05:56

Sample wt/vol:  15.04(g)                          Date Analyzed:  10/15/2011  07:44

Con. Extract Vol.:  1(mL)                         Dilution Factor:  10

Injection Volume:  1(uL)                          Level: (low/med)  Low

% Moisture:  18.8                                 GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89685                        Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|-----|-----|
| 91-20-3 | Naphthalene | 2200 | J D | 4100 | 590 |
| 208-96-8 | Acenaphthylene | 700 | J D | 4100 | 580 |
| 83-32-9 | Acenaphthene | 18000 | D | 4100 | 580 |
| 86-73-7 | Fluorene | 18000 | D | 4100 | 690 |
| 85-01-8 | Phenanthrene | 87000 | E D | 4100 | 710 |
| 120-12-7 | Anthracene | 26000 | D | 4100 | 720 |
| 206-44-0 | Fluoranthene | 87000 | D | 4100 | 680 |
| 129-00-0 | Pyrene | 77000 | D | 4100 | 700 |
| 56-55-3 | Benzo[a]anthracene | 59000 | D | 410 | 75 |
| 218-01-9 | Chrysene | 49000 | D | 4100 | 590 |
| 205-99-2 | Benzo[b]fluoranthene | 56000 | D | 410 | 60 |
| 207-08-9 | Benzo[k]fluoranthene | 23000 | D | 410 | 57 |
| 50-32-8 | Benzo[a]pyrene | 45000 | D | 410 | 50 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 20000 | D | 410 | 65 |
| 53-70-3 | Dibenz(a,h)anthracene | 5500 | D | 410 | 49 |
| 191-24-2 | Benzo[g,h,i]perylene | 16000 | D | 4100 | 430 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 0 | D | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 0 | D | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 0 | D | 40-109 |

FORM I 8270C

Data File: /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70729.d
Report Date: 16-Oct-2011 18:35


                              TestAmerica

                  SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70729.d
Lab Smp Id: 460-32382-A-8-A              Client Smp ID: SW-3
Inj Date  : 15-OCT-2011 07:44
Operator  : BNAMS 4                      Inst ID: BNAMS4.i
Smp Info  : 460-32382-A-8-A
Misc Info : 460-32382-A-8-A
Comment   :
Method    : /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/8270C_08SP.m
Meth Date : 15-OCT-2011 01:21 asfawa     Quant Type: ISTD
Cal Date  : 12-OCT-2011 13:35            Cal File: u70614.d
Als bottle: 21
Dil Factor: 10.00000
Integrator: HP RTE                       Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable


         Name          Value              Description
    --------------  --------------  ------------------------
         DF          10.00000        Dilution Factor
         Uf           1.00000        ng unit correction factor
         Vt           1.00000        Volume of final extract (ml)
         Ws          15.04000        Weight of sample extracted (g)
         M           18.76138        % Moisture

Cpnd Variable                        Local Compound Variable




                                                           CONCENTRATIONS
                         QUANT SIG                        ON-COLUMN   FINAL
Compounds                  MASS     RT   EXP RT REL RT  RESPONSE  (ug/ml)   (ug/Kg)
=========================  ====     ==   ====== ======  ========  =======   =======
* 79 1,4-Dichlorobenzene-d4  152   4.433  4.440 (1.000)  482104   40.0000
* 80 Naphthalene-d8          136   5.711  5.714 (1.000) 1788942   40.0000
   31 Naphthalene            128   5.726  5.737 (1.003)  110559    2.70109    2200(a)
   34 2-Methylnaphthalene    142   6.421  6.433 (1.124)  159004    5.13072    4200(H)
  120 1-Methylnaphthalene    142   6.523  6.534 (1.142)  101848    3.29839    2700(a)
  102 Diphenyl               154   6.891  6.897 (0.924)   51306    1.93314    1600(a)
  125 1,3-Dimethylnaphthalene 156  7.121  7.134 (0.954)   68713    3.93879    3200(a)
   39 Acenaphthylene         152   7.320  7.328 (0.981)   27991    0.85445     700(a)
* 82 Acenaphthene-d10        164   7.460  7.470 (1.000)  716308   40.0000
   42 Acenaphthene           154   7.498  7.499 (1.005)  419095   22.3712   18000
   43 Dibenzofuran           168   7.662  7.670 (1.027)  367621   13.4683   11000
   47 Fluorene               166   8.005  8.006 (1.073)  479945   21.7492   18000
* 83 Phenanthrene-d10        188   8.927  8.925 (1.000)  809312   40.0000

Data File: /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70729.d
Report Date: 16-Oct-2011 18:35

|  | | QUANT SIG | | | | | CONCENTRATIONS ON-COLUMN | FINAL |
|---|---|---|---|---|---|---|---|---|
| Compounds | | MASS | RT | EXP RT | REL RT | RESPONSE | (ug/ml) | (ug/Kg) |
| ========================= | | ==== | == | ====== | ====== | ======== | ======= | ======= |
| 52 | Phenanthrene | 178 | 8.957 | 8.955 | (1.003) | 2146728 | 106.562 | 87000(A) |
| 53 | Anthracene | 178 | 9.002 | 9.000 | (1.008) | 668832 | 31.1856 | 26000 |
| 54 | Carbazole | 167 | 9.150 | 9.156 | (1.025) | 173094 | 8.72724 | 7100 |
| 56 | Fluoranthene | 202 | 10.124 | 10.115 | (1.134) | 3001636 | 105.963 | 87000 |
| 57 | Pyrene | 202 | 10.354 | 10.343 | (0.885) | 2250229 | 93.8949 | 77000 |
| 61 | Benzo(a)anthracene | 228 | 11.687 | 11.675 | (0.999) | 1556495 | 72.4794 | 59000 |
| * 81 | Chrysene-d12 | 240 | 11.701 | 11.689 | (1.000) | 812752 | 40.0000 | |
| 62 | Chrysene | 228 | 11.736 | 11.724 | (1.003) | 1240089 | 60.3332 | 49000 |
| 65 | Benzo(b)fluoranthene | 252 | 13.102 | 13.084 | (0.962) | 1510529 | 68.4248 | 56000 |
| 66 | Benzo(k)fluoranthene | 252 | 13.137 | 13.121 | (0.964) | 622042 | 28.0618 | 23000 |
| 67 | Benzo(a)pyrene | 252 | 13.546 | 13.527 | (0.994) | 968068 | 55.0500 | 45000 |
| * 84 | Perylene-d12 | 264 | 13.623 | 13.602 | (1.000) | 660006 | 40.0000 | |
| 68 | Indeno(1,2,3-cd)pyrene | 276 | 15.131 | 15.122 | (1.111) | 315816 | 24.3625 | 20000 |
| 69 | Dibenz(a,h)anthracene | 278 | 15.152 | 15.159 | (1.112) | 85927 | 6.68073 | 5500 |
| 70 | Benzo(g,h,i)perylene | 276 | 15.553 | 15.554 | (1.142) | 240898 | 19.0453 | 16000 |

QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
A - Target compound detected but, quantitated amount
    exceeded maximum amount.
H - Operator selected an alternate compound hit.

Data File: u70729.d

Date: 15-OCT-2011 07:44

Client ID: SW-3

Sample Info: 460-3382-A-8-A

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70729.d

Date: 15-OCT-2011 07:44

Client ID: SW-3

Sample Info: 460-32382-A-8-A

31 Naphthalene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/20/2011

39 Acenaphthylene

