Data File: u70729.d

Date: 15-OCT-2011 07:44

Client ID: SW-3

Sample Info: 460-32382-A-8-A

42 Acenaphthene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70729.d

Date: 15-OCT-2011 07:44

Client ID: SW-3

Sample Info: 460-32382-A-8-A

47 Fluorene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70729.d

Date: 15-OCT-2011 07:44

Instrument: BNAMS4.i

Client ID: SW-3

Operator: BNAMS 4

Sample Info: 460-32382-A-8-A

52 Phenanthrene



Data File: u70729.d

Date: 15-OCT-2011 07:44

Client ID: SW-3

Sample Info: 460-32382-A-8-A

53 Anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70729.d

Date: 15-OCT-2011 07:44

Client ID: SW-3

Sample Info: 460-32382-A-8-A

56 Fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70729.d

Date: 15-OCT-2011 07:44

Client ID: SW-3

Sample Info: 460-32382-A-8-A

57 Pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



HP ChemStation MS u70729.d: Scan 1177: 10.354 min.

HP ChemStation MS u70729.d: Scan 1177: 10.354 min. (SUB)

Pyrene (Reference Spectrum)

u70729.d: Scan 1177: 10.354 min. (% Difference)

Data File: u70729.d

Date: 15-OCT-2011 07:44

Client ID: SW-3

Sample Info: 460-32382-A-8-A

61 Benzo(a)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/20/2011

Data File: u70729.d

Date: 15-OCT-2011 07:44

Client ID: SW-3

Sample Info: 460-32382-A-8-A

62 Chrysene

Instrument: BNAMS4.i

Operator: BNAMS 4







Data File: u70729.d

Date: 15-OCT-2011 07:44

Client ID: SW-3

Sample Info: 460-32382-A-8-A

67 Benzo(a)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4





Data File: u70729.d

Date: 15-OCT-2011 07:44

Client ID: SW-3

Sample Info: 460-32382-A-8-A

69 Dibenz(a,h)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70729.d

Date: 15-OCT-2011 07:44

Client ID: SW-3

Sample Info: 460-32382-A-8-A

70 Benzo(g,h,i)perylene

Instrument: BNAMS4.i

Operator: BNAMS 4



Lab Name:  TestAmerica Edison                    Job No.:  460-32382-1

SDG No.:

Client Sample ID:  SW-4 DL                        Lab Sample ID:  460-32382-9 DL

Matrix:  Solid                                    Lab File ID:  u70730.d

Analysis Method:  8270C                           Date Collected:  10/13/2011  15:20

Extract. Method:  3541                            Date Extracted:  10/14/2011  05:56

Sample wt/vol:  15.02(g)                          Date Analyzed:  10/15/2011  08:04

Con. Extract Vol.:  1(mL)                         Dilution Factor:  20

Injection Volume:  1(uL)                          Level: (low/med)  Low

% Moisture:  15.1                                 GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89685                        Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|-----|-----|
| 91-20-3 | Naphthalene | 7800 | U | 7800 | 1100 |
| 208-96-8 | Acenaphthylene | 7800 | U | 7800 | 1100 |
| 83-32-9 | Acenaphthene | 2900 | J D | 7800 | 1100 |
| 86-73-7 | Fluorene | 2300 | J D | 7800 | 1300 |
| 85-01-8 | Phenanthrene | 6800 | J D | 7800 | 1400 |
| 120-12-7 | Anthracene | 4400 | J D | 7800 | 1400 |
| 206-44-0 | Fluoranthene | 68000 | D | 7800 | 1300 |
| 129-00-0 | Pyrene | 81000 | D | 7800 | 1300 |
| 56-55-3 | Benzo[a]anthracene | 57000 | D | 780 | 140 |
| 218-01-9 | Chrysene | 49000 | D | 7800 | 1100 |
| 205-99-2 | Benzo[b]fluoranthene | 57000 | D | 780 | 120 |
| 207-08-9 | Benzo[k]fluoranthene | 23000 | D | 780 | 110 |
| 50-32-8 | Benzo[a]pyrene | 48000 | D | 780 | 96 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 25000 | D | 780 | 120 |
| 53-70-3 | Dibenz(a,h)anthracene | 4800 | D | 780 | 94 |
| 191-24-2 | Benzo[g,h,i]perylene | 21000 | D | 7800 | 820 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 0 | D | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 0 | D | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 0 | D | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70730.d
Report Date: 16-Oct-2011 19:58


                              TestAmerica

                    SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70730.d
Lab Smp Id: 460-32382-A-9-A               Client Smp ID: SW-4
Inj Date  : 15-OCT-2011 08:04
Operator  : BNAMS 4                       Inst ID: BNAMS4.i
Smp Info  : 460-32382-A-9-A
Misc Info : 460-32382-A-9-A
Comment   :
Method    : /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/8270C_08SP.m
Meth Date : 15-Oct-2011 01:21 asfawa      Quant Type: ISTD
Cal Date  : 12-OCT-2011 13:35             Cal File: u70614.d
Als bottle: 22
Dil Factor: 20.00000
Integrator: HP RTE                        Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable


         Name           Value          Description
    --------------  --------------  ------------------------
         DF          20.00000        Dilution Factor
         Uf           1.00000        ng unit correction factor
         Vt           1.00000        Volume of final extract (ml)
         Ws          15.02000        Weight of sample extracted (g)
         M           15.13043        % Moisture

Cpnd Variable                   Local Compound Variable
```

| Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|-----------|------|------|------|------|------|------|------|
| * 79 1,4-Dichlorobenzene-d4 | 152 | 4.433 | 4.440 | (1.000) | 593362 | 40.0000 | |
| * 80 Naphthalene-d8 | 136 | 5.707 | 5.714 | (1.000) | 2025631 | 40.0000 | |
| 34 2-Methylnaphthalene | 142 | 6.424 | 6.433 | (1.126) | 11399 | 0.32484 | 510(a) |
| 120 1-Methylnaphthalene | 142 | 6.519 | 6.534 | (1.142) | 10815 | 0.30932 | 480(a) |
| 125 1,3-Dimethylnaphthalene | 156 | 7.122 | 7.134 | (0.954) | 7052 | 0.31612 | 500(a) |
| 39 Acenaphthylene | 152 | 7.315 | 7.328 | (0.980) | 19063 | 0.45506 | 710(a) |
| * 82 Acenaphthene-d10 | 164 | 7.462 | 7.470 | (1.000) | 915988 | 40.0000 | |
| 42 Acenaphthene | 154 | 7.492 | 7.499 | (1.004) | 44999 | 1.87841 | 2900(a) |
| 43 Dibenzofuran | 168 | 7.662 | 7.670 | (1.027) | 42491 | 1.21736 | 1900(a) |
| 47 Fluorene | 166 | 8.000 | 8.006 | (1.072) | 42008 | 1.48866 | 2300(a) |
| 115 n-Octadecane | 57 | 8.816 | 8.821 | (0.988) | 8226 | 0.55730 | 870(a) |
| * 83 Phenanthrene-d10 | 188 | 8.927 | 8.925 | (1.000) | 1051619 | 40.0000 | |
| 52 Phenanthrene | 178 | 8.947 | 8.955 | (1.002) | 113578 | 4.33886 | 6800(a) |

```
Data File: /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70730.d
Report Date: 16-Oct-2011 19:58
```

|   | Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|---|
|   | 53 Anthracene | 178 | 8.991 | 9.000 | (1.007) | 77979 | 2.79816 | 4400 (a) |
|   | 54 Carbazole | 167 | 9.147 | 9.156 | (1.025) | 14855 | 0.57640 | 900 (a) |
|   | 56 Fluoranthene | 202 | 10.115 | 10.115 | (1.133) | 1596574 | 43.3755 | 68000 |
|   | 57 Pyrene | 202 | 10.343 | 10.343 | (0.885) | 1392494 | 51.5072 | 81000 |
|   | 61 Benzo(a)anthracene | 228 | 11.677 | 11.675 | (0.999) | 886738 | 36.6034 | 57000 |
| * | 81 Chrysene-d12 | 240 | 11.691 | 11.689 | (1.000) | 916851 | 40.0000 | |
|   | 62 Chrysene | 228 | 11.726 | 11.724 | (1.003) | 721845 | 31.1320 | 49000 |
|   | 65 Benzo(b)fluoranthene | 252 | 13.089 | 13.084 | (0.962) | 897516 | 36.4742 | 57000 |
|   | 66 Benzo(k)fluoranthene | 252 | 13.118 | 13.121 | (0.964) | 355285 | 14.3791 | 22000 |
|   | 67 Benzo(a)pyrene | 252 | 13.535 | 13.527 | (0.994) | 595179 | 30.3639 | 48000 |
| * | 84 Perylene-d12 | 264 | 13.613 | 13.602 | (1.000) | 735681 | 40.0000 | |
|   | 68 Indeno(1,2,3-cd)pyrene | 276 | 15.122 | 15.122 | (1.111) | 229393 | 15.8755 | 25000 |
|   | 69 Dibenz(a,h)anthracene | 278 | 15.145 | 15.159 | (1.113) | 44166 | 3.08064 | 4800 |
|   | 70 Benzo(g,h,i)perylene | 276 | 15.546 | 15.554 | (1.142) | 185688 | 13.1703 | 21000 |

QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).

Data File: u70730.d

Date: 15-OCT-2011 08:04

Client ID: SW-4

Sample Info: 460-3382-A-9-A

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70730.d

Date: 15-OCT-2011 08:04

Client ID: SW-4

Sample Info: 460-32382-A-9-A

42 Acenaphthene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70730.d

Date: 15-OCT-2011 08:04

Client ID: SW-4

Sample Info: 460-32382-A-9-A

47 Fluorene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70730.d

Date: 15-OCT-2011 08:04

Client ID: SW-4

Sample Info: 460-32382-A-9-A

52 Phenanthrene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/20/2011

Data File: u70730.d

Date: 15-OCT-2011 08:04

Client ID: SW-4

Sample Info: 460-32382-A-9-A

53 Anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/20/2011

Data File: u70730.d

Date: 15-OCT-2011 08:04

Client ID: SW-4

Sample Info: 460-32382-A-9-A

56 Fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70730.d

Date: 15-OCT-2011 08:04

Client ID: SW-4

Sample Info: 460-32382-A-9-A

57 Pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/20/2011

Data File: u70730.d

Date: 15-OCT-2011 08:04

Client ID: SW-4

Sample Info: 460-32382-A-9-A

61 Benzo(a)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4





Data File: u70730.d

Date: 15-OCT-2011 08:04

Client ID: SW-4

Sample Info: 460-32382-A-9-A

65 Benzo(b)fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



 66 Benzo(k)fluoranthene





Data File: u70730.d

Date: 15-OCT-2011 08:04

Client ID: SW-4

Sample Info: 460-32382-A-9-A

68 Indeno(1,2,3-cd)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70730.d

Date: 15-OCT-2011 08:04

Client ID: SW-4

Sample Info: 460-32382-A-9-A

69 Dibenz(a,h)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70730.d

Date: 15-OCT-2011 08:04

Client ID: SW-4

Sample Info: 460-32382-A-9-A

70 Benzo(g,h,i)perylene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/20/2011

```
                              FORM I
                 GC/MS SEMI VOA ORGANICS ANALYSIS DATA SHEET


Lab Name:  TestAmerica Edison          Job No.:  460-32382-1

SDG No.:

Client Sample ID:  FB101311            Lab Sample ID:  460-32382-10

Matrix: Water                          Lab File ID:  x18678.d

Analysis Method:  8270C                Date Collected:  10/13/2011  15:15

Extract. Method:  3510C                Date Extracted:  10/15/2011  07:29

Sample wt/vol:  940(mL)                Date Analyzed:  10/16/2011  23:53

Con. Extract Vol.:  2(mL)              Dilution Factor:  1

Injection Volume:  1(uL)               Level: (low/med)  Low

% Moisture:                            GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89748             Units:  ug/L
```

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|-----|-----|
| 91-20-3 | Naphthalene | 11 | U | 11 | 2.9 |
| 208-96-8 | Acenaphthylene | 11 | U | 11 | 2.9 |
| 83-32-9 | Acenaphthene | 11 | U | 11 | 2.9 |
| 86-73-7 | Fluorene | 11 | U | 11 | 3.0 |
| 85-01-8 | Phenanthrene | 11 | U | 11 | 3.3 |
| 120-12-7 | Anthracene | 11 | U | 11 | 3.0 |
| 206-44-0 | Fluoranthene | 11 | U | 11 | 3.4 |
| 129-00-0 | Pyrene | 11 | U | 11 | 3.1 |
| 56-55-3 | Benzo[a]anthracene | 1.1 | U | 1.1 | 0.29 |
| 218-01-9 | Chrysene | 11 | U | 11 | 3.3 |
| 205-99-2 | Benzo[b]fluoranthene | 1.1 | U | 1.1 | 0.28 |
| 207-08-9 | Benzo[k]fluoranthene | 1.1 | U | 1.1 | 0.28 |
| 50-32-8 | Benzo[a]pyrene | 1.1 | U | 1.1 | 0.15 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 1.1 | U | 1.1 | 0.16 |
| 53-70-3 | Dibenz(a,h)anthracene | 1.1 | U | 1.1 | 0.096 |
| 191-24-2 | Benzo[g,h,i]perylene | 11 | U | 11 | 2.1 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 89 | | 56-112 |
| 1718-51-0 | Terphenyl-d14 | 92 | | 50-122 |
| 321-60-8 | 2-Fluorobiphenyl | 82 | | 53-108 |

FORM I 8270C

```
Data File: /chem/BNAMS5.i/8270/10-16-11/16oct11.b/x18678.d
Report Date: 17-Oct-2011 11:30


                                TestAmerica

                    SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS5.i/8270/10-16-11/16oct11.b/x18678.d
Lab Smp Id: 460-32382-A-10-A            Client Smp ID: FB101311
Inj Date : 16-OCT-2011 23:53
Operator : BNAMS 4                      Inst ID: BNAMS5.i
Smp Info : 460-32382-A-10-A
Misc Info : 460-32382-A-10-A
Comment  :
Method   : /chem/BNAMS5.i/8270/10-16-11/16oct11.b/8270C_08SP.m
Meth Date : 17-Oct-2011 11:10 monica   Quant Type: ISTD
Cal Date : 16-OCT-2011 17:47            Cal File: x18663.d
Als bottle: 22
Dil Factor: 1.00000
Integrator: HP RTE                      Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * 1000*Vt/Vo * CpndVariable

        Name        Value           Description
  -------------- -------------- ------------------------
        DF        1.00000        Dilution Factor
        Vt        2.00000        Volume of final extract (mL)
        Vo        940.00000      Volume of sample extracted (mL)

Cpnd Variable                   Local Compound Variable
```

|  |  |  |  |  |  |  | CONCENTRATIONS | |
|---|---|---|---|---|---|---|---|---|
|  |  | QUANT SIG |  |  |  |  | ON-COLUMN | FINAL |
| Compounds |  | MASS | RT | EXP RT | REL RT | RESPONSE | (ug/ml) | ( ug/L) |
| ========================= |  | ==== | == | ====== | ====== | ======== | ======= | ======= |
| $ 16 2-Fluorophenol (SUR) |  | 112 | 2.337 | 2.337 | (0.655) | 327702 | 19.0719 | 40 |
| $ 17 Phenol-d5 (SUR) |  | 99 | 3.231 | 3.231 | (0.906) | 236875 | 12.2310 | 26 |
| * 79 1,4-Dichlorobenzene-d4 |  | 152 | 3.566 | 3.566 | (1.000) | 601418 | 40.0000 |  |
| $ 76 Nitrobenzene-d5 (SUR) |  | 82 | 4.137 | 4.137 | (0.851) | 885245 | 44.6770 | 95 |
| * 80 Naphthalene-d8 |  | 136 | 4.860 | 4.860 | (1.000) | 2080401 | 40.0000 |  |
| $ 77 2-Fluorobiphenyl (SUR) |  | 172 | 5.960 | 5.960 | (0.902) | 1493357 | 41.1564 | 88 |
| * 82 Acenaphthene-d10 |  | 164 | 6.607 | 6.607 | (1.000) | 976862 | 40.0000 |  |
| $ 18 2,4,6-Tribromophenol (SUR) |  | 330 | 7.378 | 7.378 | (1.117) | 189962 | 42.7116 | 91 |
| * 83 Phenanthrene-d10 |  | 188 | 8.048 | 8.048 | (1.000) | 1203877 | 40.0000 |  |
| $ 78 Terphenyl-d14 |  | 244 | 9.619 | 9.619 | (0.904) | 996436 | 46.2288 | 98 |
| * 81 Chrysene-d12 |  | 240 | 10.642 | 10.648 | (1.000) | 766289 | 40.0000 |  |
| * 84 Perylene-d12 |  | 264 | 12.336 | 12.336 | (1.000) | 589945 | 40.0000 |  |

Data File: x18678.d

Date: 16-OCT-2011 23:53

Client ID: FB101311

Sample Info: 460-3282-A-10-A



Lab Name:  TestAmerica Edison                          Job No.:  460-32382-1

SDG No.:

Client Sample ID:  FL-6                                Lab Sample ID:  460-32382-11

Matrix:  Solid                                         Lab File ID:  u70716.d

Analysis Method:  8270C                                Date Collected:  10/13/2011  15:25

Extract. Method:  3541                                 Date Extracted:  10/14/2011  05:56

Sample wt/vol:  15.05(g)                               Date Analyzed:  10/15/2011  03:21

Con. Extract Vol.:  1(mL)                              Dilution Factor:  1

Injection Volume:  1(uL)                               Level: (low/med)  Low

% Moisture:  16.3                                      GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89685                             Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|----|----|
| 91-20-3 | Naphthalene | 390 | U | 390 | 58 |
| 208-96-8 | Acenaphthylene | 390 | U | 390 | 56 |
| 83-32-9 | Acenaphthene | 86 | J | 390 | 56 |
| 86-73-7 | Fluorene | 390 | U | 390 | 67 |
| 85-01-8 | Phenanthrene | 71 | J | 390 | 69 |
| 120-12-7 | Anthracene | 390 | U | 390 | 70 |
| 206-44-0 | Fluoranthene | 930 | | 390 | 65 |
| 129-00-0 | Pyrene | 1400 | | 390 | 68 |
| 56-55-3 | Benzo[a]anthracene | 760 | | 39 | 7.3 |
| 218-01-9 | Chrysene | 680 | | 390 | 57 |
| 205-99-2 | Benzo[b]fluoranthene | 740 | | 39 | 5.9 |
| 207-08-9 | Benzo[k]fluoranthene | 360 | | 39 | 5.5 |
| 50-32-8 | Benzo[a]pyrene | 670 | | 39 | 4.8 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 510 | | 39 | 6.3 |
| 53-70-3 | Dibenz(a,h)anthracene | 100 | | 39 | 4.7 |
| 191-24-2 | Benzo[g,h,i]perylene | 480 | | 390 | 42 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 50 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 89 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 55 | | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70716.d
Report Date: 16-Oct-2011 22:39


                              TestAmerica

                  SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/u70716.d
Lab Smp Id: 460-32382-A-11-A            Client Smp ID: FL-6
Inj Date : 15-OCT-2011 03:21
Operator : BNAMS 4                      Inst ID: BNAMS4.i
Smp Info : 460-32382-A-11-A
Misc Info : 460-32382-A-11-A
Comment  :
Method   : /chem/BNAMS4.i/8270T/10-12-11/15oct11.b/8270C_08SP.m
Meth Date : 15-Oct-2011 01:21 asfawa     Quant Type: ISTD
Cal Date : 12-OCT-2011 13:35            Cal File: u70614.d
Als bottle: 8
Dil Factor: 1.00000
Integrator: HP RTE                      Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable


        Name          Value            Description
  --------------  --------------  ------------------------
        DF          1.00000         Dilution Factor
        Uf          1.00000         ng unit correction factor
        Vt          1.00000         Volume of final extract (ml)
        Ws         15.05000         Weight of sample extracted (g)
        M          16.30037         % Moisture

Cpnd Variable                   Local Compound Variable
```

|  |  | QUANT SIG | | | | | CONCENTRATIONS ON-COLUMN | FINAL |
|  |  | MASS | RT | EXP RT | REL RT | RESPONSE | (ug/ml) | (ug/Kg) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $ | 16 2-Fluorophenol (SUR) | 112 | 3.181 | 3.163 | (0.717) | 1021284 | 38.4019 | 3000 |
| $ | 17 Phenol-d5 (SUR) | 99 | 4.074 | 4.084 | (0.919) | 1618862 | 46.5168 | 3700 |
| * | 79 1,4-Dichlorobenzene-d4 | 152 | 4.434 | 4.440 | (1.000) | 682314 | 40.0000 | |
| | 4 4-Methylphenol | 108 | 4.833 | 4.855 | (1.090) | 8541 | 0.34124 | 27(a) |
| | 123 3 & 4 Methylphenol | 108 | 4.833 | 4.855 | (1.090) | 8541 | 0.33956 | 27(a) |
| $ | 76 Nitrobenzene-d5 (SUR) | 82 | 4.980 | 4.997 | (0.872) | 1118296 | 24.7519 | 2000 |
| | 6 2,4-Dimethylphenol | 122 | 5.370 | 5.386 | (0.940) | 6397 | 0.28867 | 23(a) |
| * | 80 Naphthalene-d8 | 136 | 5.710 | 5.714 | (1.000) | 2688305 | 40.0000 | |
| | 34 2-Methylnaphthalene | 142 | 6.424 | 6.433 | (1.125) | 41416 | 0.88932 | 70(a) |
| | 120 1-Methylnaphthalene | 142 | 6.519 | 6.534 | (1.142) | 18438 | 0.39736 | 32(a) |
| $ | 77 2-Fluorobiphenyl (SUR) | 172 | 6.791 | 6.800 | (0.910) | 1219922 | 27.3251 | 2200 |
| | 125 1,3-Dimethylnaphthalene | 156 | 7.123 | 7.134 | (0.955) | 4463 | 0.13643 | 11(a) |
| * | 82 Acenaphthene-d10 | 164 | 7.461 | 7.470 | (1.000) | 1343181 | 40.0000 | |

| Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|
| 42 Acenaphthene | 154 | 7.491 | 7.499 | (1.004) | 37998 | 1.08169 | 86 (a) |
| 43 Dibenzofuran | 168 | 7.661 | 7.670 | (1.027) | 17638 | 0.34461 | 27 (a) |
| 47 Fluorene | 166 | 7.998 | 8.006 | (1.072) | 30804 | 0.74443 | 59 (a) |
| $ 18 2,4,6-Tribromophenol (SUR) | 330 | 8.242 | 8.244 | (1.105) | 496299 | 40.9052 | 3200 |
| 115 n-Octadecane | 57 | 8.811 | 8.821 | (0.987) | 7347 | 0.30579 | 24 (a) |
| * 83 Phenanthrene-d10 | 188 | 8.923 | 8.925 | (1.000) | 1711742 | 40.0000 | |
| 52 Phenanthrene | 178 | 8.944 | 8.955 | (1.002) | 38140 | 0.89512 | 71 (a) |
| 53 Anthracene | 178 | 8.989 | 9.000 | (1.007) | 25688 | 0.56630 | 45 (a) |
| 56 Fluoranthene | 202 | 10.111 | 10.115 | (1.133) | 704119 | 11.7523 | 930 |
| 57 Pyrene | 202 | 10.333 | 10.343 | (0.884) | 532265 | 17.9272 | 1400 |
| $ 78 Terphenyl-d14 | 244 | 10.492 | 10.491 | (0.898) | 1090439 | 44.2804 | 3500 |
| 61 Benzo(a)anthracene | 228 | 11.668 | 11.675 | (0.998) | 256186 | 9.62923 | 760 |
| * 81 Chrysene-d12 | 240 | 11.689 | 11.689 | (1.000) | 1006906 | 40.0000 | |
| 62 Chrysene | 228 | 11.717 | 11.724 | (1.002) | 217788 | 8.55276 | 680 |
| 65 Benzo(b)fluoranthene | 252 | 13.071 | 13.084 | (0.961) | 198134 | 9.28704 | 740 |
| 66 Benzo(k)fluoranthene | 252 | 13.106 | 13.121 | (0.964) | 96197 | 4.49046 | 360 (H) |
| 67 Benzo(a)pyrene | 252 | 13.514 | 13.527 | (0.994) | 142531 | 8.38676 | 660 |
| * 84 Perylene-d12 | 264 | 13.600 | 13.602 | (1.000) | 637844 | 40.0000 | |
| 68 Indeno(1,2,3-cd)pyrene | 276 | 15.108 | 15.122 | (1.111) | 79978 | 6.38399 | 510 |
| 69 Dibenz(a,h)anthracene | 278 | 15.130 | 15.159 | (1.112) | 15789 | 1.27023 | 100 |
| 70 Benzo(g,h,i)perylene | 276 | 15.520 | 15.554 | (1.141) | 73323 | 5.99830 | 480 |

QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
H - Operator selected an alternate compound hit.

Data File: u70716.d

Date: 15-OCT-2011 03:21

Client ID: FL-6

Sample Info: 460-3382-A-11-A

Instrument: BNAMS4.i

Operator: BNAMS 4

10/20/2011

Page 245 of 390



