Client: URS Corporation

Job Number: 460-32436-1

## Laboratory Chronicle

**Lab ID:**   **MB**                **Client ID:**   **N/A**

Sample Date/Time:   N/A         Received Date/Time:   N/A

| Method | Bottle ID | Run | Analysis Batch | Prep Batch | Date Prepared / Analyzed | Dil | Lab | Analyst |
|--------|-----------|-----|----------------|------------|--------------------------|-----|-----|---------|
| P:3510C | MB 460-89633/1-A | | 460-89748 | 460-89633 | 10/15/2011 07:29 | 1 | TAL EDI | MC |
| A:8270C | MB 460-89633/1-A | | 460-89748 | 460-89633 | 10/16/2011 21:32 | 1 | TAL EDI | CZ |
| P:3541 | MB 460-89678/1-A | | 460-89774 | 460-89678 | 10/16/2011 12:00 | 1 | TAL EDI | cm |
| A:8270C | MB 460-89678/1-A | | 460-89774 | 460-89678 | 10/17/2011 10:54 | 1 | TAL EDI | MS |

**Lab ID:**   **LCS**              **Client ID:**   **N/A**

Sample Date/Time:   N/A         Received Date/Time:   N/A

| Method | Bottle ID | Run | Analysis Batch | Prep Batch | Date Prepared / Analyzed | Dil | Lab | Analyst |
|--------|-----------|-----|----------------|------------|--------------------------|-----|-----|---------|
| P:3510C | LCS 460-89633/2-A | | 460-89748 | 460-89633 | 10/15/2011 07:29 | 1 | TAL EDI | MC |
| A:8270C | LCS 460-89633/2-A | | 460-89748 | 460-89633 | 10/16/2011 21:55 | 1 | TAL EDI | CZ |
| P:3541 | LCS 460-89678/2-A | | 460-89774 | 460-89678 | 10/16/2011 12:00 | 1 | TAL EDI | cm |
| A:8270C | LCS 460-89678/2-A | | 460-89774 | 460-89678 | 10/17/2011 10:29 | 1 | TAL EDI | MS |

**Lab ID:**   **LCSD**            **Client ID:**   **N/A**

Sample Date/Time:   N/A         Received Date/Time:   N/A

| Method | Bottle ID | Run | Analysis Batch | Prep Batch | Date Prepared / Analyzed | Dil | Lab | Analyst |
|--------|-----------|-----|----------------|------------|--------------------------|-----|-----|---------|
| P:3510C | LCSD 460-89633/3-A | | 460-89759 | 460-89633 | 10/15/2011 07:29 | 1 | TAL EDI | MC |
| A:8270C | LCSD 460-89633/3-A | | 460-89759 | 460-89633 | 10/17/2011 12:14 | 1 | TAL EDI | MS |
| A:Moisture | 460-32409-A-22 LCSD | | 460-89516 | | 10/14/2011 15:45 | 1 | TAL EDI | CHA |

**Lab References:**

TAL EDI = TestAmerica Edison

# Method 8270C

Semivolatile Organic Compounds
(GC/MS) by Method 8270C

Lab Name: <u>TestAmerica Edison</u>                     Job No.: <u>460-32436-1</u>

SDG No.: _____

Matrix: <u>Solid</u>                                     Level: <u>Low</u>

GC Column (1): <u>Rtx-5MS</u>     ID: <u>0.25</u>(mm)

| Client Sample ID | Lab Sample ID | NBZ | # | FBP | # | TPH | # |
|---|---|---|---|---|---|---|---|
| SW-5 | 460-32436-1 | 81 | | 84 | | 79 | |
| SW-6 | 460-32436-2 | 74 | | 75 | | 91 | |
| FL-7 | 460-32436-3 | 72 | | 79 | | 84 | |
| FL-8 | 460-32436-4 | 79 | | 82 | | 88 | |
| SW-7 | 460-32436-5 | 69 | | 73 | | 82 | |
| SW-8 | 460-32436-6 | 74 | | 79 | | 77 | |
| FL-9 | 460-32436-7 | 70 | | 73 | | 89 | |
| SW-9 | 460-32436-8 | 57 | | 60 | | 90 | |
| SW-10 | 460-32436-9 | 65 | | 71 | | 85 | |
| SW-11 | 460-32436-10 | 72 | | 73 | | 84 | |
| DUP-1 | 460-32436-11 | 69 | | 71 | | 85 | |
| | MB 460-89678/1-A | 80 | | 77 | | 94 | |
| | LCS 460-89678/2-A | 73 | | 72 | | 77 | |
| SW-5 MS | 460-32436-1 MS | 81 | | 81 | | 83 | |
| SW-5 MSD | 460-32436-1 MSD | 83 | | 86 | | 82 | |

                                                  QC LIMITS
NBZ = Nitrobenzene-d5                             38-105
FBP = 2-Fluorobiphenyl                            40-109
TPH = Terphenyl-d14                               16-151

# Column to be used to flag recovery values

FORM II 8270C

```
                                    FORM II
                       GC/MS SEMI VOA SURROGATE RECOVERY


Lab Name:  TestAmerica Edison              Job No.:  460-32436-1

SDG No.:

Matrix: Water                              Level:  Low

GC Column (1):  Rtx-5MS      ID:  0.25 (mm)
```

| Client Sample ID | Lab Sample ID | NBZ # | FBP # | TPH # |
|------------------|---------------|-------|-------|-------|
| FB101411 | 460-32436-12 | 82 | 76 | 92 |
| | MB 460-89633/1-A | 89 | 84 | 95 |
| | LCS 460-89633/2-A | 86 | 84 | 98 |
| | LCSD 460-89633/3-A | 89 | 91 | 103 |

```
                                          QC LIMITS
NBZ = Nitrobenzene-d5                       56-112
FBP = 2-Fluorobiphenyl                      53-108
TPH = Terphenyl-d14                         50-122




# Column to be used to flag recovery values

FORM II 8270C
```

```
                                   FORM III
                    GC/MS SEMI VOA LAB CONTROL SAMPLE RECOVERY


Lab Name:  TestAmerica Edison              Job No.:  460-32436-1

SDG No.:

Matrix:  Water              Level:  Low         Lab File ID:  x18673.d

Lab ID:  LCS 460-89633/2-A                 Client ID:
```

| COMPOUND | SPIKE ADDED (ug/L) | LCS CONCENTRATION (ug/L) | LCS % REC | QC LIMITS REC | # |
|---|---|---|---|---|---|
| Naphthalene | 100 | 87.4 | 87 | 63-101 | |
| Acenaphthylene | 100 | 88.1 | 88 | 67-107 | |
| Acenaphthene | 100 | 89.3 | 89 | 66-108 | |
| Fluorene | 100 | 94.6 | 95 | 68-105 | |
| Phenanthrene | 100 | 98.4 | 98 | 68-110 | |
| Anthracene | 100 | 96.8 | 97 | 68-108 | |
| Fluoranthene | 100 | 106 | 106 | 68-108 | |
| Pyrene | 100 | 101 | 101 | 61-110 | |
| Benzo[a]anthracene | 100 | 94.9 | 95 | 65-106 | |
| Chrysene | 100 | 107 | 107 | 68-112 | |
| Benzo[b]fluoranthene | 100 | 99.6 | 100 | 65-111 | |
| Benzo[k]fluoranthene | 100 | 104 | 104 | 66-114 | |
| Benzo[a]pyrene | 100 | 97.4 | 97 | 58-101 | |
| Indeno[1,2,3-cd]pyrene | 100 | 83.5 | 83 | 68-121 | |
| Dibenz(a,h)anthracene | 100 | 103 | 103 | 67-124 | |
| Benzo[g,h,i]perylene | 100 | 105 | 105 | 65-134 | |

# Column to be used to flag recovery and RPD values

FORM III 8270C

```
                              FORM III
              GC/MS SEMI VOA LAB CONTROL SAMPLE RECOVERY


Lab Name:  TestAmerica Edison            Job No.:  460-32436-1

SDG No.:

Matrix:  Solid          Level:  Low          Lab File ID:  p20329.d

Lab ID:  LCS 460-89678/2-A                Client ID:
```

| COMPOUND | SPIKE ADDED (ug/Kg) | LCS CONCENTRATION (ug/Kg) | LCS % REC | QC LIMITS REC | # |
|---|---|---|---|---|---|
| Naphthalene | 3330 | 2430 | 73 | 53-94 | |
| Acenaphthylene | 3330 | 2480 | 74 | 51-103 | |
| Acenaphthene | 3330 | 2540 | 76 | 46-100 | |
| Fluorene | 3330 | 2670 | 80 | 51-108 | |
| Phenanthrene | 3330 | 2540 | 76 | 48-108 | |
| Anthracene | 3330 | 2540 | 76 | 50-107 | |
| Fluoranthene | 3330 | 2550 | 76 | 49-108 | |
| Pyrene | 3330 | 2600 | 78 | 49-116 | |
| Benzo[a]anthracene | 3330 | 2480 | 74 | 46-112 | |
| Chrysene | 3330 | 2560 | 77 | 45-114 | |
| Benzo[b]fluoranthene | 3330 | 2750 | 83 | 33-96 | |
| Benzo[k]fluoranthene | 3330 | 2550 | 76 | 35-115 | |
| Benzo[a]pyrene | 3330 | 2580 | 77 | 36-89 | |
| Indeno[1,2,3-cd]pyrene | 3330 | 2740 | 82 | 43-109 | |
| Dibenz(a,h)anthracene | 3330 | 2740 | 82 | 43-107 | |
| Benzo[g,h,i]perylene | 3330 | 2530 | 76 | 43-106 | |

# Column to be used to flag recovery and RPD values

FORM III 8270C

Lab Name: TestAmerica Edison                    Job No.: 460-32436-1

SDG No.:

Matrix: Water            Level: Low            Lab File ID: x18706.d

Lab ID: LCSD 460-89633/3-A                      Client ID:

| COMPOUND | SPIKE ADDED (ug/L) | LCSD CONCENTRATION (ug/L) | LCSD % REC | % RPD | QC LIMITS RPD | QC LIMITS REC | # |
|---|---|---|---|---|---|---|---|
| Naphthalene | 100 | 89.4 | 89 | 2 | 30 | 63-101 | |
| Acenaphthylene | 100 | 94.8 | 95 | 7 | 30 | 67-107 | |
| Acenaphthene | 100 | 96.6 | 97 | 8 | 30 | 66-108 | |
| Fluorene | 100 | 101 | 101 | 6 | 30 | 68-105 | |
| Phenanthrene | 100 | 103 | 103 | 5 | 30 | 68-110 | |
| Anthracene | 100 | 102 | 102 | 5 | 30 | 68-108 | |
| Fluoranthene | 100 | 103 | 103 | 2 | 30 | 68-108 | |
| Pyrene | 100 | 108 | 108 | 7 | 30 | 61-110 | |
| Benzo[a]anthracene | 100 | 99.3 | 99 | 5 | 30 | 65-106 | |
| Chrysene | 100 | 111 | 111 | 4 | 30 | 68-112 | |
| Benzo[b]fluoranthene | 100 | 104 | 104 | 4 | 30 | 65-111 | |
| Benzo[k]fluoranthene | 100 | 109 | 109 | 5 | 30 | 66-114 | |
| Benzo[a]pyrene | 100 | 101 | 101 | 3 | 30 | 58-101 | |
| Indeno[1,2,3-cd]pyrene | 100 | 94.7 | 95 | 13 | 30 | 68-121 | |
| Dibenz(a,h)anthracene | 100 | 114 | 114 | 10 | 30 | 67-124 | |
| Benzo[g,h,i]perylene | 100 | 119 | 119 | 13 | 30 | 65-134 | |

# Column to be used to flag recovery and RPD values

FORM III 8270C

FORM III
GC/MS SEMI VOA MATRIX SPIKE RECOVERY

Lab Name: TestAmerica Edison                    Job No.: 460-32436-1

SDG No.:

Matrix: Solid            Level: Low            Lab File ID: p20346.d

Lab ID: 460-32436-1 MS                         Client ID: SW-5 MS

| COMPOUND | SPIKE ADDED (ug/Kg) | SAMPLE CONCENTRATION (ug/Kg) | MS CONCENTRATION (ug/Kg) | MS % REC | QC LIMITS REC | # |
|---|---|---|---|---|---|---|
| Naphthalene | 3940 | 390 U | 3100 | 79 | 53-94 | |
| Acenaphthylene | 3940 | 110 J | 3390 | 83 | 51-103 | |
| Acenaphthene | 3940 | 210 J | 3520 | 84 | 46-100 | |
| Fluorene | 3940 | 190 J | 3680 | 89 | 51-108 | |
| Phenanthrene | 3940 | 890 | 4180 | 83 | 48-108 | |
| Anthracene | 3940 | 240 J | 3590 | 85 | 50-107 | |
| Fluoranthene | 3940 | 2200 | 5240 | 77 | 49-108 | |
| Pyrene | 3940 | 1900 | 5090 | 80 | 49-116 | |
| Benzo[a]anthracene | 3940 | 1200 | 4410 | 80 | 46-112 | |
| Chrysene | 3940 | 1300 | 4220 | 75 | 45-114 | |
| Benzo[b]fluoranthene | 3940 | 1600 | 4710 | 80 | 33-96 | |
| Benzo[k]fluoranthene | 3940 | 680 | 3670 | 76 | 35-115 | |
| Benzo[a]pyrene | 3940 | 1500 | 4570 | 77 | 36-89 | |
| Indeno[1,2,3-cd]pyrene | 3940 | 1500 | 5750 | 109 | 43-109 | |
| Dibenz(a,h)anthracene | 3940 | 290 | 5010 | 120 | 43-107 | F |
| Benzo[g,h,i]perylene | 3940 | 1300 | 5610 | 110 | 43-106 | F |

# Column to be used to flag recovery and RPD values

FORM III 8270C

Lab Name:  TestAmerica Edison                    Job No.:  460-32436-1

SDG No.:

Matrix: Solid            Level:  Low            Lab File ID:  p20347.d

Lab ID:  460-32436-1 MSD                        Client ID:  SW-5 MSD

| COMPOUND | SPIKE ADDED (ug/Kg) | MSD CONCENTRATION (ug/Kg) | MSD % REC | % RPD | QC LIMITS | | # |
|---|---|---|---|---|---|---|---|
| | | | | | RPD | REC | |
| Naphthalene | 3950 | 3190 | 81 | 3 | 30 | 53-94 | |
| Acenaphthylene | 3950 | 3420 | 84 | 1 | 30 | 51-103 | |
| Acenaphthene | 3950 | 3570 | 85 | 1 | 30 | 46-100 | |
| Fluorene | 3950 | 3610 | 87 | 2 | 30 | 51-108 | |
| Phenanthrene | 3950 | 4220 | 84 | 1 | 30 | 48-108 | |
| Anthracene | 3950 | 3680 | 87 | 2 | 30 | 50-107 | |
| Fluoranthene | 3950 | 5480 | 83 | 4 | 30 | 49-108 | |
| Pyrene | 3950 | 5060 | 79 | 1 | 30 | 49-116 | |
| Benzo[a]anthracene | 3950 | 4530 | 83 | 3 | 30 | 46-112 | |
| Chrysene | 3950 | 4460 | 80 | 5 | 30 | 45-114 | |
| Benzo[b]fluoranthene | 3950 | 4630 | 77 | 2 | 30 | 33-96 | |
| Benzo[k]fluoranthene | 3950 | 3590 | 74 | 2 | 30 | 35-115 | |
| Benzo[a]pyrene | 3950 | 4580 | 77 | 0 | 30 | 36-89 | |
| Indeno[1,2,3-cd]pyrene | 3950 | 6150 | 119 | 7 | 30 | 43-109 | F |
| Dibenz(a,h)anthracene | 3950 | 5140 | 123 | 3 | 30 | 43-107 | F |
| Benzo[g,h,i]perylene | 3950 | 5720 | 112 | 2 | 30 | 43-106 | F |

# Column to be used to flag recovery and RPD values

FORM III 8270C

```
                              FORM IV
                 GC/MS SEMI VOA METHOD BLANK SUMMARY
```

Lab Name:  TestAmerica Edison              Job No.:  460-32436-1

SDG No.:

Lab File ID:  x18672.d                     Lab Sample ID:  MB 460-89633/1-A

Matrix: Water                              Date Extracted:  10/15/2011  07:29

Instrument ID:  BNAMS5                     Date Analyzed:  10/16/2011  21:32

Level:(Low/Med)  Low

THIS METHOD BLANK APPLIES TO THE FOLLOWING SAMPLES:

| CLIENT SAMPLE ID | LAB SAMPLE ID | LAB FILE ID | DATE ANALYZED |
|---|---|---|---|
|  | LCS 460-89633/2-A | x18673.d | 10/16/2011  21:55 |
| FB101411 | 460-32436-12 | x18699.d | 10/17/2011  07:55 |
|  | LCSD 460-89633/3-A | x18706.d | 10/17/2011  12:14 |

FORM IV 8270C

FORM IV
GC/MS SEMI VOA METHOD BLANK SUMMARY

Lab Name:  TestAmerica Edison                    Job No.:  460-32436-1

SDG No.:

Lab File ID:  p20330.d                           Lab Sample ID:  MB 460-89678/1-A

Matrix:  Solid                                   Date Extracted:  10/16/2011  12:00

Instrument ID:  BNAMS10                          Date Analyzed:  10/17/2011  10:54

Level:(Low/Med)  Low

THIS METHOD BLANK APPLIES TO THE FOLLOWING SAMPLES:

| CLIENT SAMPLE ID | LAB SAMPLE ID | LAB FILE ID | DATE ANALYZED |
|---|---|---|---|
|  | LCS 460-89678/2-A | p20329.d | 10/17/2011  10:29 |
| SW-9 | 460-32436-8 | p20331.d | 10/17/2011  11:33 |
| DUP-1 | 460-32436-11 | p20332.d | 10/17/2011  11:58 |
| SW-6 | 460-32436-2 | p20335.d | 10/17/2011  13:33 |
| SW-10 | 460-32436-9 | p20339.d | 10/17/2011  15:18 |
| FL-8 | 460-32436-4 | p20340.d | 10/17/2011  15:44 |
| FL-9 | 460-32436-7 | p20341.d | 10/17/2011  16:10 |
| SW-7 | 460-32436-5 | p20342.d | 10/17/2011  16:36 |
| SW-5 | 460-32436-1 | p20345.d | 10/17/2011  17:53 |
| SW-5 MS | 460-32436-1 MS | p20346.d | 10/17/2011  18:19 |
| SW-5 MSD | 460-32436-1 MSD | p20347.d | 10/17/2011  18:45 |
| SW-8 | 460-32436-6 | p20348.d | 10/17/2011  19:11 |
| SW-11 | 460-32436-10 | p20349.d | 10/17/2011  19:37 |
| FL-7 | 460-32436-3 | p20379.d | 10/18/2011  11:00 |

FORM IV 8270C

Lab Name: TestAmerica Edison          Job No.: 460-32436-1

SDG No.:

Lab File ID: p20108.d                 DFTPP Injection Date: 10/10/2011

Instrument ID: BNAMS10                DFTPP Injection Time: 11:52

Analysis Batch No.: 89094

| M/E | ION ABUNDANCE CRITERIA | % RELATIVE ABUNDANCE | |
|---|---|---|---|
| 51 | 30.0 - 60.0 % of mass 198 | 35.7 | |
| 68 | Less than 2.0 % of mass 69 | 0.0 | (0.0)1 |
| 69 | Mass 69 relative abundance | 46.5 | |
| 70 | Less than 2.0 % of mass 69 | 0.0 | (0.0)1 |
| 127 | 40.0 - 60.0 % of mass 198 | 44.6 | |
| 197 | Less than 1.0 % of mass 198 | 0.0 | |
| 198 | Base Peak, 100 % relative abundance | 100.0 | |
| 199 | 5.0- 9.0 % of mass 198 | 6.0 | |
| 275 | 10.0 - 30.0 % of mass 198 | 26.5 | |
| 365 | Greater than 1.0 % of mass 198 | 4.0 | |
| 441 | Present but less than mass 443 | 8.8 | |
| 442 | Greater than 40.0 % of mass 198 | 61.3 | |
| 443 | 17.0 - 23.0 % of mass 442 | 11.3 | (18.5)2 |

1-Value is % mass 69                  2-Value is % mass 442

THIS CHECK APPLIES TO THE FOLLOWING SAMPLES, MS, MSD, BLANKS AND STANDARDS:

| CLIENT SAMPLE ID | LAB SAMPLE ID | LAB FILE ID | DATE ANALYZED | TIME ANALYZED |
|---|---|---|---|---|
| | ICIS 460-89094/2 | p20110.d | 10/10/2011 | 12:55 |
| | IC 460-89094/3 | p20111.d | 10/10/2011 | 13:21 |
| | IC 460-89094/4 | p20112.d | 10/10/2011 | 13:46 |
| | IC 460-89094/5 | p20113.d | 10/10/2011 | 14:12 |
| | IC 460-89094/6 | p20114.d | 10/10/2011 | 14:38 |
| | IC 460-89094/7 | p20115.d | 10/10/2011 | 15:04 |

GC/MS SEMI VOA INSTRUMENT PERFORMANCE CHECK
DECAFLUOROTRIPHENYLPHOSPHINE (DFTPP)

Lab Name: TestAmerica Edison                    Job No.: 460-32436-1

SDG No.:

Lab File ID: p20327.d                           DFTPP Injection Date: 10/17/2011

Instrument ID: BNAMS10                          DFTPP Injection Time: 09:35

Analysis Batch No.: 89774

| M/E | ION ABUNDANCE CRITERIA | % RELATIVE ABUNDANCE | |
|-----|------------------------|----------------------|--|
| 51  | 30.0 - 60.0 % of mass 198 | 38.6 | |
| 68  | Less than 2.0 % of mass 69 | 0.7 | (1.5)1 |
| 69  | Mass 69 relative abundance | 44.7 | |
| 70  | Less than 2.0 % of mass 69 | 0.0 | (0.0)1 |
| 127 | 40.0 - 60.0 % of mass 198 | 46.2 | |
| 197 | Less than 1.0 % of mass 198 | 0.3 | |
| 198 | Base Peak, 100 % relative abundance | 100.0 | |
| 199 | 5.0- 9.0 % of mass 198 | 6.7 | |
| 275 | 10.0 - 30.0 % of mass 198 | 26.0 | |
| 365 | Greater than 1.0 % of mass 198 | 4.6 | |
| 441 | Present but less than mass 443 | 8.9 | |
| 442 | Greater than 40.0 % of mass 198 | 60.7 | |
| 443 | 17.0 - 23.0 % of mass 442 | 12.0 | (19.9)2 |

1-Value is % mass 69                            2-Value is % mass 442

THIS CHECK APPLIES TO THE FOLLOWING SAMPLES, MS, MSD, BLANKS AND STANDARDS:

| CLIENT SAMPLE ID | LAB SAMPLE ID | LAB FILE ID | DATE ANALYZED | TIME ANALYZED |
|------------------|---------------|-------------|---------------|---------------|
|          | CCVIS 460-89774/2 | p20328.d | 10/17/2011 | 09:53 |
|          | LCS 460-89678/2-A | p20329.d | 10/17/2011 | 10:29 |
|          | MB 460-89678/1-A | p20330.d | 10/17/2011 | 10:54 |
| SW-9     | 460-32436-8 | p20331.d | 10/17/2011 | 11:33 |
| DUP-1    | 460-32436-11 | p20332.d | 10/17/2011 | 11:58 |
| SW-6     | 460-32436-2 | p20335.d | 10/17/2011 | 13:33 |
| SW-10    | 460-32436-9 | p20339.d | 10/17/2011 | 15:18 |
| FL-8     | 460-32436-4 | p20340.d | 10/17/2011 | 15:44 |
| FL-9     | 460-32436-7 | p20341.d | 10/17/2011 | 16:10 |
| SW-7     | 460-32436-5 | p20342.d | 10/17/2011 | 16:36 |
| SW-5     | 460-32436-1 | p20345.d | 10/17/2011 | 17:53 |
| SW-5 MS  | 460-32436-1 MS | p20346.d | 10/17/2011 | 18:19 |
| SW-5 MSD | 460-32436-1 MSD | p20347.d | 10/17/2011 | 18:45 |
| SW-8     | 460-32436-6 | p20348.d | 10/17/2011 | 19:11 |
| SW-11    | 460-32436-10 | p20349.d | 10/17/2011 | 19:37 |

GC/MS SEMI VOA INSTRUMENT PERFORMANCE CHECK
DECAFLUOROTRIPHENYLPHOSPHINE (DFTPP)

Lab Name: TestAmerica Edison                    Job No.: 460-32436-1

SDG No.:

Lab File ID: p20356.d                           DFTPP Injection Date: 10/18/2011

Instrument ID: BNAMS10                          DFTPP Injection Time: 00:52

Analysis Batch No.: 89910

| M/E | ION ABUNDANCE CRITERIA | % RELATIVE ABUNDANCE | |
|-----|------------------------|----------------------|---|
| 51  | 30.0 - 60.0 % of mass 198 | 41.9 | |
| 68  | Less than 2.0 % of mass 69 | 0.0 | (0.0)1 |
| 69  | Mass 69 relative abundance | 50.8 | |
| 70  | Less than 2.0 % of mass 69 | 0.0 | (0.0)1 |
| 127 | 40.0 - 60.0 % of mass 198 | 50.7 | |
| 197 | Less than 1.0 % of mass 198 | 0.0 | |
| 198 | Base Peak, 100 % relative abundance | 100.0 | |
| 199 | 5.0- 9.0 % of mass 198 | 6.0 | |
| 275 | 10.0 - 30.0 % of mass 198 | 23.6 | |
| 365 | Greater than 1.0 % of mass 198 | 4.4 | |
| 441 | Present but less than mass 443 | 7.5 | |
| 442 | Greater than 40.0 % of mass 198 | 52.6 | |
| 443 | 17.0 - 23.0 % of mass 442 | 9.8 | (18.5)2 |

1-Value is % mass 69                            2-Value is % mass 442

THIS CHECK APPLIES TO THE FOLLOWING SAMPLES, MS, MSD, BLANKS AND STANDARDS:

| CLIENT SAMPLE ID | LAB SAMPLE ID | LAB FILE ID | DATE ANALYZED | TIME ANALYZED |
|------------------|---------------|-------------|---------------|---------------|
|                  | CCVIS 460-89910/2 | p20357.d | 10/18/2011 | 01:12 |
| FL-7             | 460-32436-3   | p20379.d | 10/18/2011 | 11:00 |

GC/MS SEMI VOA INSTRUMENT PERFORMANCE CHECK
DECAFLUOROTRIPHENYLPHOSPHINE (DFTPP)

Lab Name: TestAmerica Edison                    Job No.: 460-32436-1

SDG No.:

Lab File ID: x18657.d                           DFTPP Injection Date: 10/16/2011

Instrument ID: BNAMS5                           DFTPP Injection Time: 15:15

Analysis Batch No.: 89748

| M/E | ION ABUNDANCE CRITERIA | % RELATIVE ABUNDANCE | |
|-----|------------------------|----------------------|---|
| 51 | 30.0 - 60.0 % of mass 198 | 48.8 | |
| 68 | Less than 2.0 % of mass 69 | 0.5 | (1.3)1 |
| 69 | Mass 69 relative abundance | 40.5 | |
| 70 | Less than 2.0 % of mass 69 | 0.3 | (0.7)1 |
| 127 | 40.0 - 60.0 % of mass 198 | 51.2 | |
| 197 | Less than 1.0 % of mass 198 | 0.6 | |
| 198 | Base Peak, 100 % relative abundance | 100.0 | |
| 199 | 5.0- 9.0 % of mass 198 | 6.7 | |
| 275 | 10.0 - 30.0 % of mass 198 | 26.6 | |
| 365 | Greater than 1.0 % of mass 198 | 3.6 | |
| 441 | Present but less than mass 443 | 13.8 | |
| 442 | Greater than 40.0 % of mass 198 | 95.1 | |
| 443 | 17.0 - 23.0 % of mass 442 | 17.3 | (18.2)2 |

1-Value is % mass 69                            2-Value is % mass 442

THIS CHECK APPLIES TO THE FOLLOWING SAMPLES, MS, MSD, BLANKS AND STANDARDS:

| CLIENT SAMPLE ID | LAB SAMPLE ID | LAB FILE ID | DATE ANALYZED | TIME ANALYZED |
|------------------|---------------|-------------|---------------|---------------|
| | ICIS 460-89748/2 | x18658.d | 10/16/2011 | 15:33 |
| | IC 460-89748/3 | x18659.d | 10/16/2011 | 16:14 |
| | IC 460-89748/4 | x18660.d | 10/16/2011 | 16:37 |
| | IC 460-89748/5 | x18661.d | 10/16/2011 | 17:00 |
| | IC 460-89748/6 | x18662.d | 10/16/2011 | 17:24 |
| | IC 460-89748/7 | x18663.d | 10/16/2011 | 17:47 |
| | MB 460-89633/1-A | x18672.d | 10/16/2011 | 21:32 |
| | LCS 460-89633/2-A | x18673.d | 10/16/2011 | 21:55 |

GC/MS SEMI VOA INSTRUMENT PERFORMANCE CHECK
DECAFLUOROTRIPHENYLPHOSPHINE (DFTPP)

Lab Name: TestAmerica Edison                    Job No.: 460-32436-1

SDG No.:

Lab File ID: x18685.d                           DFTPP Injection Date: 10/17/2011

Instrument ID: BNAMS5                           DFTPP Injection Time: 02:36

Analysis Batch No.: 89759

| M/E | ION ABUNDANCE CRITERIA | % RELATIVE ABUNDANCE | |
|-----|------------------------|------|------|
| 51 | 30.0 - 60.0 % of mass 198 | 46.0 | |
| 68 | Less than 2.0 % of mass 69 | 0.6 | (1.5)1 |
| 69 | Mass 69 relative abundance | 37.9 | |
| 70 | Less than 2.0 % of mass 69 | 0.1 | (0.4)1 |
| 127 | 40.0 - 60.0 % of mass 198 | 50.1 | |
| 197 | Less than 1.0 % of mass 198 | 0.7 | |
| 198 | Base Peak, 100 % relative abundance | 100.0 | |
| 199 | 5.0- 9.0 % of mass 198 | 6.5 | |
| 275 | 10.0 - 30.0 % of mass 198 | 25.9 | |
| 365 | Greater than 1.0 % of mass 198 | 3.6 | |
| 441 | Present but less than mass 443 | 14.3 | |
| 442 | Greater than 40.0 % of mass 198 | 98.9 | |
| 443 | 17.0 - 23.0 % of mass 442 | 17.7 | (17.9)2 |

1-Value is % mass 69                            2-Value is % mass 442

THIS CHECK APPLIES TO THE FOLLOWING SAMPLES, MS, MSD, BLANKS AND STANDARDS:

| CLIENT SAMPLE ID | LAB SAMPLE ID | LAB FILE ID | DATE ANALYZED | TIME ANALYZED |
|------------------|---------------|-------------|---------------|---------------|
| | CCVIS 460-89759/2 | x18686.d | 10/17/2011 | 02:51 |
| FB101411 | 460-32436-12 | x18699.d | 10/17/2011 | 07:55 |
| | LCSD 460-89633/3-A | x18706.d | 10/17/2011 | 12:14 |

Lab Name:  TestAmerica Edison                    Job No.:  460-32436-1

SDG No.:

Sample No.:  CCVIS 460-89774/2                    Date Analyzed:  10/17/2011  09:53

Instrument ID:  BNAMS10                           GC Column:  Rtx-5MS           ID: 0.25(mm)

Lab File ID (Standard):  p20328.d                 Heated Purge: (Y/N)   N

Calibration ID:  12645

| | | DCB | | NPT | | ANT | |
|---|---|---|---|---|---|---|---|
| | | AREA # | RT # | AREA # | RT # | AREA # | RT # |
| 12/24 HOUR STD | | 469056 | 3.59 | 1447425 | 5.02 | 726669 | 6.82 |
| UPPER LIMIT | | 938112 | 4.09 | 2894850 | 5.52 | 1453338 | 7.32 |
| LOWER LIMIT | | 234528 | 3.09 | 723713 | 4.52 | 363335 | 6.32 |
| LAB SAMPLE ID | CLIENT SAMPLE ID | | | | | | |
| LCS 460-89678/2-A | | 479647 | 3.59 | 1484438 | 5.02 | 800799 | 6.82 |
| MB 460-89678/1-A | | 534671 | 3.59 | 1775575 | 5.01 | 973863 | 6.81 |
| 460-32436-8 | SW-9 | 537658 | 3.59 | 1743451 | 5.01 | 963677 | 6.82 |
| 460-32436-11 | DUP-1 | 502106 | 3.59 | 1619733 | 5.01 | 888866 | 6.82 |
| 460-32436-2 | SW-6 | 518307 | 3.59 | 1643452 | 5.02 | 822036 | 6.82 |
| 460-32436-9 | SW-10 | 561730 | 3.59 | 1695228 | 5.01 | 830148 | 6.82 |
| 460-32436-4 | FL-8 | 490091 | 3.59 | 1459561 | 5.01 | 705996 | 6.82 |
| 460-32436-7 | FL-9 | 551813 | 3.59 | 1754809 | 5.01 | 874117 | 6.82 |
| 460-32436-5 | SW-7 | 370155 | 3.59 | 1232535 | 5.02 | 641053 | 6.82 |
| 460-32436-1 | SW-5 | 436259 | 3.59 | 1312301 | 5.02 | 604443 | 6.82 |
| 460-32436-1 MS | SW-5 MS | 433915 | 3.59 | 1333263 | 5.02 | 669541 | 6.82 |
| 460-32436-1 MSD | SW-5 MSD | 380207 | 3.59 | 1136154 | 5.02 | 553489 | 6.82 |
| 460-32436-6 | SW-8 | 544546 | 3.59 | 1598716 | 5.01 | 745255 | 6.82 |
| 460-32436-10 | SW-11 | 492890 | 3.59 | 1413249 | 5.01 | 694070 | 6.82 |

DCB = 1,4-Dichlorobenzene-d4
NPT = Naphthalene-d8
ANT = Acenaphthene-d10

Area Limit = 50%-200% of internal standard area
RT Limit = ± 0.5 minutes of internal standard RT

# Column used to flag values outside QC limits

FORM VIII 8270C

Lab Name:  TestAmerica Edison                Job No.:  460-32436-1

SDG No.:

Sample No.:  CCVIS 460-89774/2              Date Analyzed:  10/17/2011  09:53

Instrument ID:  BNAMS10                     GC Column:  Rtx-5MS          ID:  0.25(mm)

Lab File ID (Standard):  p20328.d           Heated Purge: (Y/N)  N

Calibration ID:  12645

|  |  | PHN | | CRY | | PRY | |
|---|---|---|---|---|---|---|---|
|  |  | AREA # | RT # | AREA # | RT # | AREA # | RT # |
| 12/24 HOUR STD | | 883380 | 8.27 | 575151 | 10.84 | 474488 | 12.45 |
| UPPER LIMIT | | 1766760 | 8.77 | 1150302 | 11.34 | 948976 | 12.95 |
| LOWER LIMIT | | 441690 | 7.77 | 287576 | 10.34 | 237244 | 11.95 |
| LAB SAMPLE ID | CLIENT SAMPLE ID | | | | | | |
| LCS 460-89678/2-A | | 1080706 | 8.27 | 770549 | 10.85 | 646917 | 12.46 |
| MB 460-89678/1-A | | 1244396 | 8.27 | 782987 | 10.84 | 709030 | 12.45 |
| 460-32436-8 | SW-9 | 1264907 | 8.27 | 846134 | 10.85 | 740731 | 12.46 |
| 460-32436-11 | DUP-1 | 1171212 | 8.27 | 797768 | 10.84 | 697033 | 12.45 |
| 460-32436-2 | SW-6 | 1073293 | 8.27 | 709584 | 10.85 | 611438 | 12.46 |
| 460-32436-9 | SW-10 | 985701 | 8.27 | 618040 | 10.85 | 578426 | 12.45 |
| 460-32436-4 | FL-8 | 861480 | 8.27 | 539942 | 10.85 | 519704 | 12.46 |
| 460-32436-7 | FL-9 | 1006642 | 8.27 | 550759 | 10.84 | 550713 | 12.45 |
| 460-32436-5 | SW-7 | 788042 | 8.27 | 463060 | 10.85 | 530912 | 12.46 |
| 460-32436-1 | SW-5 | 658048 | 8.27 | 483511 | 10.85 | 598129 | 12.46 |
| 460-32436-1 MS | SW-5 MS | 852885 | 8.27 | 603607 | 10.85 | 633346 | 12.47 |
| 460-32436-1 MSD | SW-5 MSD | 694577 | 8.27 | 515329 | 10.85 | 623497 | 12.47 |
| 460-32436-6 | SW-8 | 888713 | 8.27 | 651614 | 10.85 | 779468 | 12.47 |
| 460-32436-10 | SW-11 | 877399 | 8.27 | 625949 | 10.85 | 742431 | 12.46 |

PHN = Phenanthrene-d10
CRY = Chrysene-d12
PRY = Perylene-d12

Area Limit = 50%-200% of internal standard area
RT Limit = ± 0.5 minutes of internal standard RT


# Column used to flag values outside QC limits

FORM VIII 8270C

Lab Name:  TestAmerica Edison                    Job No.:  460-32436-1

SDG No.:

Sample No.:  CCVIS 460-89910/2                   Date Analyzed:  10/18/2011  01:12

Instrument ID:  BNAMS10                          GC Column:  Rtx-5MS            ID: 0.25(mm)

Lab File ID (Standard):  p20357.d                Heated Purge: (Y/N)    N

Calibration ID:  12645

| | | DCB | | NPT | | ANT | |
|---|---|---|---|---|---|---|---|
| | | AREA # | RT # | AREA # | RT # | AREA # | RT # |
| 12/24 HOUR STD | | 471745 | 3.56 | 1320416 | 4.99 | 643725 | 6.79 |
| UPPER LIMIT | | 943490 | 4.06 | 2640832 | 5.49 | 1287450 | 7.29 |
| LOWER LIMIT | | 235873 | 3.06 | 660208 | 4.49 | 321863 | 6.29 |
| LAB SAMPLE ID | CLIENT SAMPLE ID | | | | | | |
| 460-32436-3 | FL-7 | 462521 | 3.56 | 1456074 | 4.99 | 739832 | 6.79 |

DCB = 1,4-Dichlorobenzene-d4
NPT = Naphthalene-d8
ANT = Acenaphthene-d10

Area Limit = 50%-200% of internal standard area
RT Limit = ± 0.5 minutes of internal standard RT

# Column used to flag values outside QC limits

FORM VIII 8270C

Lab Name: TestAmerica Edison   Job No.: 460-32436-1

SDG No.:

Sample No.: CCVIS 460-89910/2  Date Analyzed: 10/18/2011 01:12

Instrument ID: BNAMS10    GC Column: Rtx-5MS  ID: 0.25(mm)

Lab File ID (Standard): p20357.d  Heated Purge: (Y/N) N

Calibration ID: 12645

| | | PHN | | CRY | | PRY | |
|---|---|---|---|---|---|---|---|
| | | AREA # | RT # | AREA # | RT # | AREA # | RT # |
| 12/24 HOUR STD | | 863001 | 8.24 | 586741 | 10.81 | 480013 | 12.41 |
| UPPER LIMIT | | 1726002 | 8.74 | 1173482 | 11.31 | 960026 | 12.91 |
| LOWER LIMIT | | 431501 | 7.74 | 293371 | 10.31 | 240007 | 11.91 |
| LAB SAMPLE ID | CLIENT SAMPLE ID | | | | | | |
| 460-32436-3 | FL-7 | 886407 | 8.24 | 565009 | 10.81 | 654399 | 12.43 |

PHN = Phenanthrene-d10
CRY = Chrysene-d12
PRY = Perylene-d12

Area Limit = 50%-200% of internal standard area
RT Limit = ± 0.5 minutes of internal standard RT


# Column used to flag values outside QC limits

FORM VIII 8270C

Lab Name: TestAmerica Edison     Job No.: 460-32436-1

SDG No.:

Sample No.: ICIS 460-89748/2     Date Analyzed: 10/16/2011 15:33

Instrument ID: BNAMS5     GC Column: Rtx-5MS     ID: 0.25(mm)

Lab File ID (Standard): x18658.d     Heated Purge: (Y/N)   N

Calibration ID: 12685

| | | DCB | | NPT | | ANT | |
|---|---|---|---|---|---|---|---|
| | | AREA # | RT # | AREA # | RT # | AREA # | RT # |
| INITIAL CALIBRATION MID-POINT | | 469473 | 3.57 | 1463849 | 4.87 | 638354 | 6.61 |
| UPPER LIMIT | | 938946 | 4.07 | 2927698 | 5.37 | 1276708 | 7.11 |
| LOWER LIMIT | | 234737 | 3.07 | 731925 | 4.37 | 319177 | 6.11 |
| LAB SAMPLE ID | CLIENT SAMPLE ID | | | | | | |
| MB 460-89633/1-A | | 582857 | 3.57 | 2012114 | 4.86 | 950597 | 6.61 |
| LCS 460-89633/2-A | | 518623 | 3.57 | 1698881 | 4.87 | 756187 | 6.61 |

DCB = 1,4-Dichlorobenzene-d4
NPT = Naphthalene-d8
ANT = Acenaphthene-d10

Area Limit = 50%-200% of internal standard area
RT Limit = ± 0.5 minutes of internal standard RT

# Column used to flag values outside QC limits

FORM VIII 8270C

```
                                  FORM VIII
                GC/MS SEMI VOA INTERNAL STANDARD AREA AND RETENTION TIME SUMMARY
```

Lab Name:  TestAmerica Edison                    Job No.:  460-32436-1

SDG No.:

Sample No.:  ICIS 460-89748/2                    Date Analyzed:  10/16/2011  15:33

Instrument ID:  BNAMS5                           GC Column:  Rtx-5MS        ID:  0.25(mm)

Lab File ID (Standard):  x18658.d                Heated Purge: (Y/N)   N

Calibration ID:  12685

| | | PHN | | CRY | | PRY | |
|---|---|---|---|---|---|---|---|
| | | AREA # | RT # | AREA # | RT # | AREA # | RT # |
| INITIAL CALIBRATION MID-POINT | | 784029 | 8.05 | 557227 | 10.65 | 478169 | 12.34 |
| UPPER LIMIT | | 1568058 | 8.55 | 1114454 | 11.15 | 956338 | 12.84 |
| LOWER LIMIT | | 392015 | 7.55 | 278614 | 10.15 | 239085 | 11.84 |
| LAB SAMPLE ID | CLIENT SAMPLE ID | | | | | | |
| MB 460-89633/1-A | | 1239114 | 8.05 | 752098 | 10.64 | 586819 | 12.33 |
| LCS 460-89633/2-A | | 955663 | 8.05 | 608904 | 10.65 | 500289 | 12.33 |

PHN = Phenanthrene-d10
CRY = Chrysene-d12
PRY = Perylene-d12

Area Limit = 50%-200% of internal standard area
RT Limit = ± 0.5 minutes of internal standard RT


# Column used to flag values outside QC limits

FORM VIII 8270C

Lab Name:  TestAmerica Edison                     Job No.:  460-32436-1

SDG No.:

Sample No.:  CCVIS 460-89759/2                     Date Analyzed:  10/17/2011  02:51

Instrument ID:  BNAMS5                             GC Column:  Rtx-5MS        ID:  0.25(mm)

Lab File ID (Standard):  x18686.d                  Heated Purge: (Y/N)   N

Calibration ID:  12685

| | | DCB | | NPT | | ANT | |
|---|---|---|---|---|---|---|---|
| | | AREA # | RT # | AREA # | RT # | AREA # | RT # |
| 12/24 HOUR STD | | 593289 | 3.57 | 1931167 | 4.87 | 847888 | 6.61 |
| UPPER LIMIT | | 1186578 | 4.07 | 3862334 | 5.37 | 1695776 | 7.11 |
| LOWER LIMIT | | 296645 | 3.07 | 965584 | 4.37 | 423944 | 6.11 |
| LAB SAMPLE ID | CLIENT SAMPLE ID | | | | | | |
| 460-32436-12 | FB101411 | 549169 | 3.57 | 1880810 | 4.86 | 873319 | 6.61 |
| LCSD 460-89633/3-A | | 496066 | 3.57 | 1611553 | 4.86 | 706301 | 6.61 |

DCB = 1,4-Dichlorobenzene-d4
NPT = Naphthalene-d8
ANT = Acenaphthene-d10

Area Limit = 50%-200% of internal standard area
RT Limit = ± 0.5 minutes of internal standard RT


# Column used to flag values outside QC limits

FORM VIII 8270C

Lab Name:  TestAmerica Edison                    Job No.:  460-32436-1

SDG No.:

Sample No.:  CCVIS 460-89759/2                   Date Analyzed:  10/17/2011  02:51

Instrument ID:  BNAMS5                           GC Column:  Rtx-5MS          ID: 0.25(mm)

Lab File ID (Standard):  x18686.d                Heated Purge: (Y/N)   N

Calibration ID:  12685

| | | PHN | | CRY | | PRY | |
|---|---|---|---|---|---|---|---|
| | | AREA # | RT # | AREA # | RT # | AREA # | RT # |
| 12/24 HOUR STD | | 1026557 | 8.05 | 654255 | 10.65 | 515761 | 12.34 |
| UPPER LIMIT | | 2053114 | 8.55 | 1308510 | 11.15 | 1031522 | 12.84 |
| LOWER LIMIT | | 513279 | 7.55 | 327128 | 10.15 | 257881 | 11.84 |
| LAB SAMPLE ID | CLIENT SAMPLE ID | | | | | | |
| 460-32436-12 | FB101411 | 1084517 | 8.05 | 633114 | 10.64 | 487866 | 12.33 |
| LCSD 460-89633/3-A | | 861853 | 8.05 | 499140 | 10.65 | 436288 | 12.34 |

PHN = Phenanthrene-d10
CRY = Chrysene-d12
PRY = Perylene-d12

Area Limit = 50%-200% of internal standard area
RT Limit = ± 0.5 minutes of internal standard RT


# Column used to flag values outside QC limits

FORM VIII 8270C

Lab Name:  TestAmerica Edison                    Job No.:  460-32436-1

SDG No.:

Client Sample ID:  SW-5                           Lab Sample ID:  460-32436-1

Matrix:  Solid                                    Lab File ID:  p20345.d

Analysis Method:  8270C                           Date Collected:  10/14/2011  09:45

Extract. Method:  3541                            Date Extracted:  10/16/2011  12:00

Sample wt/vol:  15.02(g)                          Date Analyzed:  10/17/2011  17:53

Con. Extract Vol.:  1(mL)                         Dilution Factor:  1

Injection Volume:  1(uL)                          Level: (low/med)  Low

% Moisture:  15.6                                 GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89774                        Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|----|----|
| 91-20-3 | Naphthalene | 390 | U | 390 | 57 |
| 208-96-8 | Acenaphthylene | 110 | J | 390 | 56 |
| 83-32-9 | Acenaphthene | 210 | J | 390 | 56 |
| 86-73-7 | Fluorene | 190 | J | 390 | 66 |
| 85-01-8 | Phenanthrene | 890 | | 390 | 68 |
| 120-12-7 | Anthracene | 240 | J | 390 | 69 |
| 206-44-0 | Fluoranthene | 2200 | | 390 | 65 |
| 129-00-0 | Pyrene | 1900 | | 390 | 68 |
| 56-55-3 | Benzo[a]anthracene | 1200 | | 39 | 7.2 |
| 218-01-9 | Chrysene | 1300 | | 390 | 57 |
| 205-99-2 | Benzo[b]fluoranthene | 1600 | | 39 | 5.8 |
| 207-08-9 | Benzo[k]fluoranthene | 680 | | 39 | 5.5 |
| 50-32-8 | Benzo[a]pyrene | 1500 | | 39 | 4.8 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 1500 | | 39 | 6.3 |
| 53-70-3 | Dibenz(a,h)anthracene | 290 | | 39 | 4.7 |
| 191-24-2 | Benzo[g,h,i]perylene | 1300 | | 390 | 41 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 81 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 79 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 84 | | 40-109 |

FORM I 8270C

TestAmerica

SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
```
Data file : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20345.d
Lab Smp Id: 460-32436-A-1-C              Client Smp ID: SW-5
Inj Date  : 17-OCT-2011 17:53
Operator  : BNAMS 4                      Inst ID: BNAMS10.i
Smp Info  : 460-32436-A-1-C
Misc Info : 460-32436-A-1-C
Comment   :
Method    : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/8270C_08SP.m
Meth Date : 17-Oct-2011 10:14 monica    Quant Type: ISTD
Cal Date  : 10-OCT-2011 15:04            Cal File: p20115.d
Als bottle: 19
Dil Factor: 1.00000
Integrator: HP RTE                       Compound Sublist: all.sub
Target Version:  3.50
Processing Host: hpd1
```

Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable

| Name | Value | Description |
|------|-------|-------------|
| DF | 1.00000 | Dilution Factor |
| Uf | 1.00000 | ng unit correction factor |
| Vt | 1.00000 | Volume of final extract (ml) |
| Ws | 15.02000 | Weight of sample extracted (g) |
| M | 15.60000 | % Moisture |

Cpnd Variable                          Local Compound Variable

|  |  | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|---|
| $ | 16 2-Fluorophenol (SUR) | 112 | 2.272 | 2.254 | (0.632) | 964813 | 72.3363 | 5700 |
| $ | 17 Phenol-d5 (SUR) | 99 | 3.253 | 3.265 | (0.905) | 1175962 | 74.8503 | 5900 |
| * | 79 1,4-Dichlorobenzene-d4 | 152 | 3.594 | 3.594 | (1.000) | 436259 | 40.0000 |  |
| $ | 76 Nitrobenzene-d5 (SUR) | 82 | 4.234 | 4.246 | (0.845) | 611176 | 40.6555 | 3200 |
| * | 80 Naphthalene-d8 | 136 | 5.010 | 5.021 | (1.000) | 1312301 | 40.0000 |  |
|  | 31 Naphthalene | 128 | 5.033 | 5.039 | (1.005) | 8468 | 0.25192 | 20(a) |
|  | 34 2-Methylnaphthalene | 142 | 5.774 | 5.773 | (1.152) | 17370 | 0.81841 | 64(a) |
|  | 120 1-Methylnaphthalene | 142 | 5.868 | 5.873 | (1.171) | 16223 | 0.75394 | 59(a) |
| $ | 77 2-Fluorobiphenyl (SUR) | 172 | 6.167 | 6.173 | (0.904) | 894545 | 42.1251 | 3300 |
|  | 125 1,3-Dimethylnaphthalene | 156 | 6.490 | 6.496 | (0.952) | 11643 | 0.78740 | 62(a) |
|  | 39 Acenaphthylene | 152 | 6.672 | 6.678 | (0.978) | 35245 | 1.40458 | 110(a) |
| * | 82 Acenaphthene-d10 | 164 | 6.819 | 6.819 | (1.000) | 604443 | 40.0000 |  |
|  | 42 Acenaphthene | 154 | 6.849 | 6.855 | (1.004) | 40167 | 2.60369 | 200(a) |

```
Data File: /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20345.d
Report Date: 18-Oct-2011 09:29
```

```
    43 Dibenzofuran          168    7.019  7.025 (1.029)    33678    1.49922    120(a)
    47 Fluorene              166    7.360  7.366 (1.079)    42632    2.42858    190(a)
$   18 2,4,6-Tribromophenol (SUR)  330  7.601  7.607 (1.115)  142420  57.3943   4500
*   83 Phenanthrene-d10      188    8.271  8.271 (1.000)   658048   40.0000
    52 Phenanthrene          178    8.288  8.294 (1.002)   201743   11.3433     890
    53 Anthracene            178    8.341  8.341 (1.009)    55312    3.03448    240(a)
    54 Carbazole             167    8.517  8.517 (1.030)    16817    1.13110     89(a)
    56 Fluoranthene          202    9.446  9.446 (1.142)   480323   28.0979    2200
    57 Pyrene                202    9.663  9.657 (0.891)   426502   24.6942    1900
$   78 Terphenyl-d14         244    9.851  9.851 (0.908)   469023   39.6042    3100
    61 Benzo(a)anthracene    228   10.838 10.838 (0.999)   230244   15.8278    1200
*   81 Chrysene-d12          240   10.850 10.844 (1.000)   483511   40.0000
    62 Chrysene              228   10.874 10.873 (1.002)   210965   16.2120    1300
    65 Benzo(b)fluoranthene  252   12.013 12.013 (0.964)   357562   20.0249    1600
    66 Benzo(k)fluoranthene  252   12.043 12.043 (0.967)   161929    8.59537    680
    67 Benzo(a)pyrene        252   12.389 12.383 (0.994)   298549   19.4678    1500
*   84 Perylene-d12          264   12.460 12.454 (1.000)   598129   40.0000
    68 Indeno(1,2,3-cd)pyrene 276  13.753 13.747 (1.104)   264488   18.3834    1400
    69 Dibenz(a,h)anthracene 278   13.782 13.782 (1.106)    52901    3.69164     290
    70 Benzo(g,h,i)perylene  276   14.064 14.064 (1.129)   255544   16.3852    1300
```

QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).

Data File: p20345.d

Date: 17-OCT-2011 17:53

Client ID: SW-5

Sample Info: 460-3436-A-1-C

Instrument: BNAMS10.i

Operator: BNAMS 4

11/02/2011

Page 79 of 354



Data File: p20345.d

Date: 17-OCT-2011 17:53

Client ID: SW-5

Sample Info: 460-32436-A-1-C

39 Acenaphthylene

Instrument: BNAMS10.i

Operator: BNAMS 4





Data File: p20345.d

Date: 17-OCT-2011 17:53

Client ID: SW-5

Sample Info: 460-32436-A-1-C

47 Fluorene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20345.d

Date: 17-OCT-2011 17:53

Client ID: SW-5

Instrument: BNAMS10.i

Operator: BNAMS 4

Sample Info: 460-32436-A-1-C

52 Phenanthrene



Data File: p20345.d

Date: 17-OCT-2011 17:53

Client ID: SW-5

Sample Info: 460-32436-A-1-C

53 Anthracene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20345.d

Date: 17-OCT-2011 17:53

Client ID: SW-5

Sample Info: 460-32436-A-1-C

56 Fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4





Data File: p20345.d

Date: 17-OCT-2011 17:53

Client ID: SW-5

Sample Info: 460-32436-A-1-C

61 Benzo(a)anthracene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20345.d

Date: 17-OCT-2011 17:53

Client ID: SW-5

Sample Info: 460-32436-A-1-C

62 Chrysene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20345.d

Date: 17-OCT-2011 17:53

Client ID: SW-5

Sample Info: 460-32436-A-1-C

65 Benzo(b)fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20345.d

Date: 17-OCT-2011 17:53

Client ID: SW-5

Sample Info: 460-32436-A-1-C

66 Benzo(k)fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20345.d

Date: 17-OCT-2011 17:53

Client ID: SW-5

Sample Info: 460-32436-A-1-C

67 Benzo(a)pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4





Data File: p20345.d

Date: 17-OCT-2011 17:53

Client ID: SW-5

Sample Info: 460-32436-A-1-C

69 Dibenz(a,h)anthracene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20345.d

Date: 17-OCT-2011 17:53

Client ID: SW-5

Sample Info: 460-32436-A-1-C

70 Benzo(g,h,i)perylene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Lab Name:  TestAmerica Edison               Job No.:  460-32436-1

SDG No.:

Client Sample ID:  SW-6                      Lab Sample ID:  460-32436-2

Matrix:  Solid                               Lab File ID:  p20335.d

Analysis Method:  8270C                      Date Collected:  10/14/2011  09:52

Extract. Method:  3541                       Date Extracted:  10/16/2011  12:00

Sample wt/vol:  15.01(g)                     Date Analyzed:  10/17/2011  13:33

Con. Extract Vol.:  1(mL)                    Dilution Factor:  1

Injection Volume:  1(uL)                     Level: (low/med)  Low

% Moisture:  13.6                            GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89774                   Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|----|----|
| 91-20-3 | Naphthalene | 380 | U | 380 | 56 |
| 208-96-8 | Acenaphthylene | 380 | U | 380 | 55 |
| 83-32-9 | Acenaphthene | 380 | U | 380 | 54 |
| 86-73-7 | Fluorene | 380 | U | 380 | 65 |
| 85-01-8 | Phenanthrene | 380 | U | 380 | 67 |
| 120-12-7 | Anthracene | 380 | U | 380 | 68 |
| 206-44-0 | Fluoranthene | 75 | J | 380 | 64 |
| 129-00-0 | Pyrene | 380 | U | 380 | 66 |
| 56-55-3 | Benzo[a]anthracene | 45 | | 38 | 7.1 |
| 218-01-9 | Chrysene | 380 | U | 380 | 56 |
| 205-99-2 | Benzo[b]fluoranthene | 54 | | 38 | 5.7 |
| 207-08-9 | Benzo[k]fluoranthene | 21 | J | 38 | 5.4 |
| 50-32-8 | Benzo[a]pyrene | 41 | | 38 | 4.7 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 31 | J | 38 | 6.1 |
| 53-70-3 | Dibenz(a,h)anthracene | 38 | U | 38 | 4.6 |
| 191-24-2 | Benzo[g,h,i]perylene | 380 | U | 380 | 40 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 74 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 91 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 75 | | 40-109 |

FORM I 8270C

TestAmerica

SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS

```
Data file : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20335.d
Lab Smp Id: 460-32436-A-2-A              Client Smp ID: SW-6
Inj Date  : 17-OCT-2011 13:33
Operator  : BNAMS 4                      Inst ID: BNAMS10.i
Smp Info  : 460-32436-A-2-A
Misc Info : 460-32436-A-2-A
Comment   :
Method    : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/8270C_08SP.m
Meth Date : 17-Oct-2011 10:14 monica    Quant Type: ISTD
Cal Date  : 10-OCT-2011 15:04           Cal File: p20115.d
Als bottle: 9
Dil Factor: 1.00000
Integrator: HP RTE                       Compound Sublist: all.sub
Target Version:  3.50
Processing Host: hpd1
```

Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable

| Name | Value | Description |
|------|-------|-------------|
| DF | 1.00000 | Dilution Factor |
| Uf | 1.00000 | ng unit correction factor |
| Vt | 1.00000 | Volume of final extract (ml) |
| Ws | 15.01000 | Weight of sample extracted (g) |
| M | 13.57798 | % Moisture |

Cpnd Variable                          Local Compound Variable

|  | | Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|-----------|------|----|--------|--------|----------|---------|--------|
| $ | 16 | 2-Fluorophenol (SUR) | 112 | 2.272 | 2.254 | (0.633) | 1133648 | 71.5400 | 5500 |
| $ | 17 | Phenol-d5 (SUR) | 99 | 3.253 | 3.265 | (0.907) | 1369853 | 73.3891 | 5600 |
| * | 79 | 1,4-Dichlorobenzene-d4 | 152 | 3.588 | 3.594 | (1.000) | 518307 | 40.0000 | |
| $ | 76 | Nitrobenzene-d5 (SUR) | 82 | 4.234 | 4.246 | (0.844) | 695100 | 36.9213 | 2800 |
| * | 80 | Naphthalene-d8 | 136 | 5.016 | 5.021 | (1.000) | 1643452 | 40.0000 | |
| $ | 77 | 2-Fluorobiphenyl (SUR) | 172 | 6.167 | 6.173 | (0.904) | 1087654 | 37.6612 | 2900 |
| * | 82 | Acenaphthene-d10 | 164 | 6.819 | 6.819 | (1.000) | 822036 | 40.0000 | |
| $ | 18 | 2,4,6-Tribromophenol (SUR) | 330 | 7.601 | 7.607 | (1.115) | 211715 | 62.7356 | 4800 |
| * | 83 | Phenanthrene-d10 | 188 | 8.271 | 8.271 | (1.000) | 1073293 | 40.0000 | |
|  | 52 | Phenanthrene | 178 | 8.288 | 8.294 | (1.002) | 13189 | 0.45467 | 35(a) |
|  | 56 | Fluoranthene | 202 | 9.446 | 9.446 | (1.142) | 27153 | 0.97386 | 75(a) |
|  | 57 | Pyrene | 202 | 9.657 | 9.657 | (0.890) | 21359 | 0.84267 | 65(a) |
| $ | 78 | Terphenyl-d14 | 244 | 9.851 | 9.851 | (0.908) | 793304 | 45.6446 | 3500 |

```
Data File: /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20335.d
Report Date: 18-Oct-2011 09:04


                                                        CONCENTRATIONS
                         QUANT SIG                     ON-COLUMN    FINAL
Compounds                MASS     RT    EXP RT REL RT  RESPONSE  (ug/ml)  (ug/Kg)
========================= ====    ==    ====== ======  ========  =======  ======
     61 Benzo(a)anthracene    228  10.838 10.838 (0.999)   12544   0.58759    45
  *  81 Chrysene-d12          240  10.850 10.844 (1.000)  709584  40.0000
     62 Chrysene              228  10.874 10.873 (1.002)   10497   0.54966   42(a)
     65 Benzo(b)fluoranthene  252  12.013 12.013 (0.964)   12681   0.69477   54(M)
     66 Benzo(k)fluoranthene  252  12.037 12.043 (0.966)    5201   0.27008   21(aM)
     67 Benzo(a)pyrene        252  12.384 12.383 (0.994)    8267   0.52734    41
  *  84 Perylene-d12          264  12.460 12.454 (1.000)  611438  40.0000
     68 Indeno(1,2,3-cd)pyrene 276 13.758 13.747 (1.104)    5928   0.40306   31(a)
     70 Benzo(g,h,i)perylene  276  14.058 14.064 (1.128)    4605   0.28884   22(a)


QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
M - Compound response manually integrated.
```

Data File: p20035.d

Date: 17-OCT-2011 13:33

Client ID: SW-6

Sample Info: 460-3436-A-2-A

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20335.d

Date: 17-OCT-2011 13:33

Client ID: SW-6

Sample Info: 460-32436-A-2-A

56 Fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20335.d

Date: 17-OCT-2011 13:33

Client ID: SW-6

Sample Info: 460-32436-A-2-A

61 Benzo(a)anthracene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20335.d

Date: 17-OCT-2011 13:33

Client ID: SW-6

Sample Info: 460-32436-A-2-A

65 Benzo(b)fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20335.d

Date: 17-OCT-2011 13:33

Client ID: SW-6

Sample Info: 460-32436-A-2-A

66 Benzo(k)fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4

