Data File: p20335.d

Date: 17-OCT-2011 13:33

Client ID: SW-6

Sample Info: 460-32436-A-2-A

67 Benzo(a)pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20335.d

Date: 17-OCT-2011 13:33

Client ID: SW-6

Sample Info: 460-32436-A-2-A

68 Indeno(1,2,3-cd)pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



Manual Integration Report

Data File: p20335.d
Inj. Date and Time: 17-OCT-2011 13:33
Instrument ID: BNAMS10.i
Client ID: SW-6
Compound:  65 Benzo(b)fluoranthene
CAS #: 205-99-2
Report Date: 10/18/2011

Processing Integration Results

RT:        12.01

Response: 16582

Amount:    1

Conc:      70



Manual Integration Results

RT:        12.01

Response: 12681

Amount:    1

Conc:      54



Manually Integrated By: wahied
Manual Integration Reason: Target Peak Misintegrated (extraneous area removed)

Manual Integration Report

Data File: p20335.d
Inj. Date and Time: 17-OCT-2011 13:33
Instrument ID: BNAMS10.i
Client ID: SW-6
Compound: 66 Benzo(k)fluoranthene
CAS #: 207-08-9
Report Date: 10/18/2011

Processing Integration Results

RT: 12.01

Response: 16582

Amount: 1

Conc: 66



Manual Integration Results

RT: 12.04

Response: 5201

Amount: 0

Conc: 21



Manually Integrated By: wahied
Manual Integration Reason: Analyte Misidentified by the Data System

Lab Name:  TestAmerica Edison                    Job No.:  460-32436-1

SDG No.:

Client Sample ID:  FL-7                           Lab Sample ID:  460-32436-3

Matrix:  Solid                                    Lab File ID:  p20379.d

Analysis Method:  8270C                           Date Collected:  10/14/2011  10:05

Extract. Method:  3541                            Date Extracted:  10/16/2011  12:00

Sample wt/vol:  15.01(g)                          Date Analyzed:  10/18/2011  11:00

Con. Extract Vol.:  1(mL)                         Dilution Factor:  2

Injection Volume:  1(uL)                          Level: (low/med)  Low

% Moisture:  17.0                                 GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89910                        Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|----|----|
| 91-20-3 | Naphthalene | 800 | U | 800 | 120 |
| 208-96-8 | Acenaphthylene | 800 | U | 800 | 110 |
| 83-32-9 | Acenaphthene | 1600 | | 800 | 110 |
| 86-73-7 | Fluorene | 1600 | | 800 | 130 |
| 85-01-8 | Phenanthrene | 7500 | | 800 | 140 |
| 120-12-7 | Anthracene | 1900 | | 800 | 140 |
| 206-44-0 | Fluoranthene | 3900 | | 800 | 130 |
| 129-00-0 | Pyrene | 3200 | | 800 | 140 |
| 56-55-3 | Benzo[a]anthracene | 1100 | | 80 | 15 |
| 218-01-9 | Chrysene | 940 | | 800 | 120 |
| 205-99-2 | Benzo[b]fluoranthene | 860 | | 80 | 12 |
| 207-08-9 | Benzo[k]fluoranthene | 330 | | 80 | 11 |
| 50-32-8 | Benzo[a]pyrene | 760 | | 80 | 9.8 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 600 | | 80 | 13 |
| 53-70-3 | Dibenz(a,h)anthracene | 140 | | 80 | 9.6 |
| 191-24-2 | Benzo[g,h,i]perylene | 630 | J | 800 | 84 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 72 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 84 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 79 | | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS10.i/8270/10-10-11/18oct11.b/p20379.d
Report Date: 18-Oct-2011 11:32


                              TestAmerica

                  SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS10.i/8270/10-10-11/18oct11.b/p20379.d
Lab Smp Id: 460-32436-A-3-A              Client Smp ID: FL-7
Inj Date  : 18-OCT-2011 11:00
Operator  : BNAMS 4                      Inst ID: BNAMS10.i
Smp Info  : 460-32436-A-3-A
Misc Info : 460-32436-A-3-A
Comment   :
Method    : /chem/BNAMS10.i/8270/10-10-11/18oct11.b/8270C_08SP.m
Meth Date : 18-Oct-2011 01:40 asfawa     Quant Type: ISTD
Cal Date  : 10-OCT-2011 15:04            Cal File: p20115.d
Als bottle: 24
Dil Factor: 2.00000
Integrator: HP RTE                       Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable


       Name           Value            Description
   --------------  --------------  ------------------------
        DF          2.00000         Dilution Factor
        Uf          1.00000         ng unit correction factor
        Vt          1.00000         Volume of final extract (ml)
        Ws          15.01000        Weight of sample extracted (g)
        M           17.04981        % Moisture

Cpnd Variable                   Local Compound Variable
```

|  | | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|---|
| Compounds | | | | | | | CONCENTRATIONS | |
| ========================= | | ==== | == | ====== | ====== | ======== | ======= | ======= |
| $ | 16 2-Fluorophenol (SUR) | 112 | 2.230 | 2.230 | (0.627) | 490342 | 34.6757 | 5600 |
| $ | 17 Phenol-d5 (SUR) | 99 | 3.212 | 3.229 | (0.903) | 615674 | 36.9627 | 5900 |
| * | 79 1,4-Dichlorobenzene-d4 | 152 | 3.558 | 3.564 | (1.000) | 462521 | 40.0000 | |
| $ | 76 Nitrobenzene-d5 (SUR) | 82 | 4.199 | 4.210 | (0.842) | 299598 | 17.9615 | 2900 |
| * | 80 Naphthalene-d8 | 136 | 4.986 | 4.992 | (1.000) | 1456074 | 40.0000 | |
| | 34 2-Methylnaphthalene | 142 | 5.744 | 5.750 | (1.152) | 448703 | 19.0537 | 3100 |
| | 120 1-Methylnaphthalene | 142 | 5.838 | 5.844 | (1.171) | 196329 | 8.22315 | 1300(a) |
| $ | 77 2-Fluorobiphenyl (SUR) | 172 | 6.138 | 6.144 | (0.904) | 514741 | 19.8038 | 3200 |
| | 125 1,3-Dimethylnaphthalene | 156 | 6.461 | 6.467 | (0.952) | 28820 | 1.59238 | 260(a) |
| | 39 Acenaphthylene | 152 | 6.643 | 6.649 | (0.978) | 4452 | 0.14495 | 23(a) |
| * | 82 Acenaphthene-d10 | 164 | 6.790 | 6.790 | (1.000) | 739832 | 40.0000 | |
| | 42 Acenaphthene | 154 | 6.819 | 6.825 | (1.004) | 188075 | 9.96031 | 1600 |
| | 43 Dibenzofuran | 168 | 6.996 | 6.996 | (1.030) | 195231 | 7.10051 | 1100 |

```
Data File: /chem/BNAMS10.i/8270/10-10-11/18oct11.b/p20379.d
Report Date: 18-Oct-2011 11:32


                                                          CONCENTRATIONS
                       QUANT SIG                          ON-COLUMN    FINAL
Compounds              MASS      RT     EXP RT REL RT  RESPONSE  (ug/ml)   (ug/Kg)
======================= ====    ==    ===== ======   ========  =======  ======
   47 Fluorene          166    7.330  7.336 (1.080)   218269   10.1585    1600
$  18 2,4,6-Tribromophenol (SUR)  330  7.571  7.577 (1.115)   98656   32.4821    5200
*  83 Phenanthrene-d10  188    8.241  8.241 (1.000)   886407   40.0000
   52 Phenanthrene      178    8.265  8.265 (1.003)  1120756   46.7818    7500
   53 Anthracene        178    8.312  8.312 (1.009)   288700   11.7581    1900
   54 Carbazole         167    8.488  8.488 (1.030)    20004    0.99883    160 (a)
   56 Fluoranthene      202    9.416  9.416 (1.143)   555695   24.1325    3900
   57 Pyrene            202    9.628  9.628 (0.890)   399123   19.7757    3200
$  78 Terphenyl-d14     244    9.822  9.822 (0.908)   291124   21.0366    3400
   61 Benzo(a)anthracene 228  10.809 10.803 (0.999)   113799    6.69455   1100
*  81 Chrysene-d12      240   10.815 10.815 (1.000)   565009   40.0000
   62 Chrysene          228   10.838 10.838 (1.002)    88711    5.83385    940
   65 Benzo(b)fluoranthene 252 11.978 11.966 (0.964)  104944    5.37192    860
   66 Benzo(k)fluoranthene 252 12.007 12.002 (0.966)   42436    2.05888    330 (M)
   67 Benzo(a)pyrene    252   12.354 12.342 (0.994)    79753    4.75340    760 (M)
*  84 Perylene-d12      264   12.430 12.407 (1.000)   654399   40.0000
   68 Indeno(1,2,3-cd)pyrene 276 13.735 13.700 (1.105)  58421   3.71143    600
   69 Dibenz(a,h)anthracene 278 13.770 13.735 (1.108)  13545   0.86398    140 (M)
   70 Benzo(g,h,i)perylene 276 14.052 14.011 (1.130)   66650   3.90606    630 (a)


QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
M - Compound response manually integrated.
```

Data File: p20379.d

Date: 18-OCT-2011 11:00

Client ID: FL-7

Sample Info: 460-3436-A-3-A

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20379.d

Date: 18-OCT-2011 11:00

Client ID: FL-7

Sample Info: 460-32436-A-3-A

42 Acenaphthene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20379.d

Date: 18-OCT-2011 11:00

Client ID: FL-7

Sample Info: 460-32436-A-3-A

47 Fluorene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20379.d

Date: 18-OCT-2011 11:00

Client ID: FL-7

Sample Info: 460-32436-A-3-A

52 Phenanthrene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20379.d

Date: 18-OCT-2011 11:00

Client ID: FL-7

Sample Info: 460-32436-A-3-A

53 Anthracene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20379.d

Date: 18-OCT-2011 11:00

Client ID: FL-7

Sample Info: 460-32436-A-3-A

56 Fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20379.d

Date: 18-OCT-2011 11:00

Client ID: FL-7

Sample Info: 460-32436-A-3-A

57 Pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20379.d

Date: 18-OCT-2011 11:00

Client ID: FL-7

Sample Info: 460-32436-A-3-A

61 Benzo(a)anthracene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20379.d

Date: 18-OCT-2011 11:00

Client ID: FL-7

Sample Info: 460-32436-A-3-A

62 Chrysene

Instrument: BNAMS10.i

Operator: BNAMS 4





Data File: p20379.d

Date: 18-OCT-2011 11:00

Client ID: FL-7

Sample Info: 460-32436-A-3-A

66 Benzo(k)fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20379.d

Date: 18-OCT-2011 11:00

Client ID: FL-7

Sample Info: 460-32436-A-3-A

67 Benzo(a)pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20379.d

Date: 18-OCT-2011 11:00

Client ID: FL-7

Sample Info: 460-32436-A-3-A

68 Indeno(1,2,3-cd)pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20379.d

Date: 18-OCT-2011 11:00

Client ID: FL-7

Sample Info: 460-32436-A-3-A

69 Dibenz(a,h)anthracene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20379.d

Date: 18-OCT-2011 11:00

Client ID: FL-7

Sample Info: 460-32436-A-3-A

70 Benzo(g,h,i)perylene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20379.d
Inj. Date and Time: 18-OCT-2011 11:00
Instrument ID: BNAMS10.i
Client ID: FL-7
Compound:  66 Benzo(k)fluoranthene
CAS #: 207-08-9
Report Date: 10/18/2011

## Processing Integration Results

RT:        11.98

Response: 104944

Amount:    5

Conc:      818



## Manual Integration Results

RT:        12.01

Response: 42436

Amount:    2

Conc:      331



Manually Integrated By: wahied
Manual Integration Reason: Analyte Misidentified by the Data System

Manual Integration Report

Data File: p20379.d
Inj. Date and Time: 18-OCT-2011 11:00
Instrument ID: BNAMS10.i
Client ID: FL-7
Compound: 67 Benzo(a)pyrene
CAS #: 50-32-8
Report Date: 10/18/2011

Processing Integration Results

RT:        12.29

Response: 46131

Amount:    3

Conc:      442



Manual Integration Results

RT:        12.35

Response: 79753

Amount:    5

Conc:      764



Manually Integrated By: wahied
Manual Integration Reason: Analyte Misidentified by the Data System

Manual Integration Report

Data File: p20379.d
Inj. Date and Time: 18-OCT-2011 11:00
Instrument ID: BNAMS10.i
Client ID: FL-7
Compound:  69 Dibenz(a,h)anthracene
CAS #: 53-70-3
Report Date: 10/18/2011

## Processing Integration Results

RT:        13.41

Response: 2186

Amount:    0

Conc:      22



## Manual Integration Results

RT:        13.77

Response: 13545

Amount:    1

Conc:      139



Manually Integrated By: wahied
Manual Integration Reason: Analyte Misidentified by the Data System