```
                                FORM I
                GC/MS SEMI VOA ORGANICS ANALYSIS DATA SHEET
```

Lab Name:  TestAmerica Edison                 Job No.:  460-32436-1

SDG No.:

Client Sample ID:  FL-8                        Lab Sample ID:  460-32436-4

Matrix:  Solid                                 Lab File ID:  p20340.d

Analysis Method:  8270C                        Date Collected:  10/14/2011  10:15

Extract. Method:  3541                         Date Extracted:  10/16/2011  12:00

Sample wt/vol:  15.04(g)                       Date Analyzed:  10/17/2011  15:44

Con. Extract Vol.:  1(mL)                      Dilution Factor:  2

Injection Volume:  1(uL)                       Level: (low/med)  Low

% Moisture:  16.1                              GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89774                     Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|-----|-----|
| 91-20-3 | Naphthalene | 300 | J | 780 | 120 |
| 208-96-8 | Acenaphthylene | 780 | U | 780 | 110 |
| 83-32-9 | Acenaphthene | 2100 | | 780 | 110 |
| 86-73-7 | Fluorene | 1500 | | 780 | 130 |
| 85-01-8 | Phenanthrene | 5700 | | 780 | 140 |
| 120-12-7 | Anthracene | 1500 | | 780 | 140 |
| 206-44-0 | Fluoranthene | 10000 | | 780 | 130 |
| 129-00-0 | Pyrene | 9500 | | 780 | 140 |
| 56-55-3 | Benzo[a]anthracene | 4500 | | 78 | 15 |
| 218-01-9 | Chrysene | 4100 | | 780 | 110 |
| 205-99-2 | Benzo[b]fluoranthene | 4700 | | 78 | 12 |
| 207-08-9 | Benzo[k]fluoranthene | 1900 | | 78 | 11 |
| 50-32-8 | Benzo[a]pyrene | 4300 | | 78 | 9.7 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 3100 | | 78 | 13 |
| 53-70-3 | Dibenz(a,h)anthracene | 530 | | 78 | 9.5 |
| 191-24-2 | Benzo[g,h,i]perylene | 2800 | | 780 | 83 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 79 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 88 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 82 | | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20340.d
Report Date: 18-Oct-2011 09:12


                              TestAmerica

                 SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20340.d
Lab Smp Id: 460-32436-A-4-A              Client Smp ID: FL-8
Inj Date  : 17-OCT-2011 15:44
Operator  : BNAMS 4                      Inst ID: BNAMS10.i
Smp Info  : 460-32436-A-4-A
Misc Info : 460-32436-A-4-A
Comment   :
Method    : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/8270C_08SP.m
Meth Date : 17-Oct-2011 10:14 monica    Quant Type: ISTD
Cal Date  : 10-OCT-2011 15:04            Cal File: p20115.d
Als bottle: 14
Dil Factor: 2.00000
Integrator: HP RTE                       Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable

        Name           Value            Description
   --------------  --------------  ------------------------
        DF          2.00000          Dilution Factor
        Uf          1.00000          ng unit correction factor
        Vt          1.00000          Volume of final extract (ml)
        Ws          15.04000         Weight of sample extracted (g)
        M           16.09589         % Moisture

Cpnd Variable                    Local Compound Variable
```

|  | | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|---|
| $ | 16 2-Fluorophenol (SUR) | 112 | 2.266 | 2.254 | (0.632) | 537471 | 35.8704 | 5700 |
| $ | 17 Phenol-d5 (SUR) | 99 | 3.247 | 3.265 | (0.905) | 651948 | 36.9387 | 5800 |
| * | 79 1,4-Dichlorobenzene-d4 | 152 | 3.588 | 3.594 | (1.000) | 490091 | 40.0000 | |
| $ | 76 Nitrobenzene-d5 (SUR) | 82 | 4.228 | 4.246 | (0.844) | 329269 | 19.6931 | 3100 |
| * | 80 Naphthalene-d8 | 136 | 5.010 | 5.021 | (1.000) | 1459561 | 40.0000 | |
|  | 31 Naphthalene | 128 | 5.033 | 5.039 | (1.005) | 70764 | 1.89283 | 300(a) |
|  | 34 2-Methylnaphthalene | 142 | 5.774 | 5.773 | (1.152) | 310145 | 13.1385 | 2100 |
|  | 120 1-Methylnaphthalene | 142 | 5.868 | 5.873 | (1.171) | 157177 | 6.56756 | 1000(a) |
| $ | 77 2-Fluorobiphenyl (SUR) | 172 | 6.167 | 6.173 | (0.904) | 506033 | 20.4019 | 3200 |
|  | 102 Diphenyl | 154 | 6.261 | 6.267 | (0.918) | 76041 | 2.76064 | 440(a) |
|  | 125 1,3-Dimethylnaphthalene | 156 | 6.490 | 6.496 | (0.952) | 66805 | 3.86805 | 610(a) |
|  | 39 Acenaphthylene | 152 | 6.673 | 6.678 | (0.978) | 11492 | 0.39210 | 62(a) |
| * | 82 Acenaphthene-d10 | 164 | 6.819 | 6.819 | (1.000) | 705996 | 40.0000 | |

```
Data File: /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20340.d
Report Date: 18-Oct-2011 09:12


                                                         CONCENTRATIONS
                          QUANT SIG                      ON-COLUMN  FINAL
  Compounds               MASS      RT    EXP RT REL RT   RESPONSE  (ug/ml)  (ug/Kg)
  ======================= ====      ==    ====== ======   ======== =======  =======
      42 Acenaphthene      154     6.849   6.855 (1.004)    237588  13.1855    2100
      43 Dibenzofuran      168     7.019   7.025 (1.029)    254111   9.68489   1500
      47 Fluorene          166     7.360   7.366 (1.079)    195016   9.51129   1500
  $  18 2,4,6-Tribromophenol (SUR)  330  7.601  7.607 (1.115)  85787  29.5987  4700
  *  83 Phenanthrene-d10   188     8.271   8.271 (1.000)    861480  40.0000
      52 Phenanthrene      178     8.294   8.294 (1.003)    839871  36.0717    5700
      53 Anthracene        178     8.341   8.341 (1.009)    232271   9.73356   1500
      54 Carbazole         167     8.512   8.517 (1.029)     67812   3.48393    550 (a)
      56 Fluoranthene      202     9.452   9.446 (1.143)   1433198  64.0412   10000
      57 Pyrene            202     9.663   9.657 (0.891)   1155787  59.9254    9500
  $  78 Terphenyl-d14      244     9.851   9.851 (0.908)    290403  21.9588    3500
      61 Benzo(a)anthracene 228   10.838  10.838 (0.999)    465950  28.6834    4500
  *  81 Chrysene-d12       240    10.850  10.844 (1.000)    539942  40.0000
      62 Chrysene          228    10.874  10.873 (1.002)    378228  26.0280    4100
      65 Benzo(b)fluoranthene 252 12.013  12.013 (0.964)    463776  29.8928    4700
      66 Benzo(k)fluoranthene 252 12.043  12.043 (0.967)    194921  11.9080    1900
      67 Benzo(a)pyrene    252    12.389  12.383 (0.994)    361175  27.1056    4300
  *  84 Perylene-d12       264    12.460  12.454 (1.000)    519704  40.0000
      68 Indeno(1,2,3-cd)pyrene 276 13.747 13.747 (1.103)   244337  19.5456    3100
      69 Dibenz(a,h)anthracene 278 13.776 13.782 (1.106)     41381   3.32349    530
      70 Benzo(g,h,i)perylene 276 14.058  14.064 (1.128)    237269  17.5092    2800


QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
```

Data File: p20340.d

Date: 17-OCT-2011 15:44

Client ID: FL-8

Sample Info: 460-3436-A-4-A

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20340.d

Date: 17-OCT-2011 15:44

Client ID: FL-8

Sample Info: 460-32436-A-4-A

31 Naphthalene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20340.d

Date: 17-OCT-2011 15:44

Client ID: FL-8

Sample Info: 460-32436-A-4-A

42 Acenaphthene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20340.d

Date: 17-OCT-2011 15:44

Client ID: FL-8

Sample Info: 460-32436-A-4-A

47 Fluorene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20340.d

Date: 17-OCT-2011 15:44

Client ID: FL-8

Sample Info: 460-32436-A-4-A

52 Phenanthrene

Instrument: BNAMS10.i

Operator: BNAMS 4



53 Anthracene



Data File: p20340.d

Date: 17-OCT-2011 15:44

Client ID: FL-8

Sample Info: 460-32436-A-4-A

56 Fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20340.d

Date: 17-OCT-2011 15:44

Client ID: FL-8

Sample Info: 460-32436-A-4-A

57 Pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20340.d

Date: 17-OCT-2011 15:44

Client ID: FL-8

Sample Info: 460-32436-A-4-A

61 Benzo(a)anthracene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20340.d

Date: 17-OCT-2011 15:44

Client ID: FL-8

Sample Info: 460-32436-A-4-A

62 Chrysene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20340.d

Date: 17-OCT-2011 15:44

Client ID: FL-8

Sample Info: 460-32436-A-4-A

65 Benzo(b)fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20340.d

Date: 17-OCT-2011 15:44                     Instrument: BNAMS10.i

Client ID: FL-8                             Operator: BNAMS 4

Sample Info: 460-32436-A-4-A

66 Benzo(k)fluoranthene



Data File: p20340.d

Date: 17-OCT-2011 15:44

Client ID: FL-8

Sample Info: 460-32436-A-4-A

67 Benzo(a)pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20340.d

Date: 17-OCT-2011 15:44

Client ID: FL-8

Sample Info: 460-32436-A-4-A

68 Indeno(1,2,3-cd)pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20340.d

Date: 17-OCT-2011 15:44

Client ID: FL-8

Sample Info: 460-32436-A-4-A

69 Dibenz(a,h)anthracene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20340.d

Date: 17-OCT-2011 15:44

Client ID: FL-8

Sample Info: 460-32436-A-4-A

70 Benzo(g,h,i)perylene

Instrument: BNAMS10.i

Operator: BNAMS 4



```
                                   FORM I
                    GC/MS SEMI VOA ORGANICS ANALYSIS DATA SHEET
```

Lab Name:  TestAmerica Edison              Job No.:  460-32436-1

SDG No.:

Client Sample ID:  SW-7                     Lab Sample ID:  460-32436-5

Matrix:  Solid                              Lab File ID:  p20342.d

Analysis Method:  8270C                     Date Collected:  10/14/2011  10:23

Extract. Method:  3541                      Date Extracted:  10/16/2011  12:00

Sample wt/vol:  15.00(g)                    Date Analyzed:  10/17/2011  16:36

Con. Extract Vol.:  1(mL)                   Dilution Factor:  1

Injection Volume:  1(uL)                    Level: (low/med)  Low

% Moisture:  20.3                           GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89774                  Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|----|----|
| 91-20-3 | Naphthalene | 410 | U | 410 | 61 |
| 208-96-8 | Acenaphthylene | 120 | J | 410 | 59 |
| 83-32-9 | Acenaphthene | 160 | J | 410 | 59 |
| 86-73-7 | Fluorene | 160 | J | 410 | 70 |
| 85-01-8 | Phenanthrene | 590 | | 410 | 72 |
| 120-12-7 | Anthracene | 240 | J | 410 | 73 |
| 206-44-0 | Fluoranthene | 5700 | | 410 | 69 |
| 129-00-0 | Pyrene | 6300 | | 410 | 72 |
| 56-55-3 | Benzo[a]anthracene | 4300 | | 41 | 7.7 |
| 218-01-9 | Chrysene | 4100 | | 410 | 60 |
| 205-99-2 | Benzo[b]fluoranthene | 4800 | | 41 | 6.2 |
| 207-08-9 | Benzo[k]fluoranthene | 1700 | | 41 | 5.8 |
| 50-32-8 | Benzo[a]pyrene | 4300 | | 41 | 5.1 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 3400 | | 41 | 6.6 |
| 53-70-3 | Dibenz(a,h)anthracene | 620 | | 41 | 5.0 |
| 191-24-2 | Benzo[g,h,i]perylene | 3000 | | 410 | 44 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 69 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 82 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 73 | | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20342.d
Report Date: 18-Oct-2011 09:14


                              TestAmerica

                  SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20342.d
Lab Smp Id: 460-32436-A-5-A              Client Smp ID: SW-7
Inj Date : 17-OCT-2011 16:36
Operator : BNAMS 4                       Inst ID: BNAMS10.i
Smp Info : 460-32436-A-5-A
Misc Info : 460-32436-A-5-A
Comment  :
Method   : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/8270C_08SP.m
Meth Date: 17-Oct-2011 10:14 monica      Quant Type: ISTD
Cal Date : 10-OCT-2011 15:04             Cal File: p20115.d
Als bottle: 16
Dil Factor: 1.00000
Integrator: HP RTE                       Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable
```

| Name | Value | Description |
|------|-------|-------------|
| DF | 1.00000 | Dilution Factor |
| Uf | 1.00000 | ng unit correction factor |
| Vt | 1.00000 | Volume of final extract (ml) |
| Ws | 15.00000 | Weight of sample extracted (g) |
| M | 20.30361 | % Moisture |

```
Cpnd Variable                   Local Compound Variable
```

| | | | | | | CONCENTRATIONS | |
|---|---|---|---|---|---|---|---|
| | QUANT SIG | | | | | ON-COLUMN | FINAL |
| Compounds | MASS | RT | EXP RT | REL RT | RESPONSE | (ug/ml) | (ug/Kg) |
| $ 16 2-Fluorophenol (SUR) | 112 | 2.248 | 2.254 | (0.627) | 802078 | 70.8746 | 5900 |
| $ 17 Phenol-d5 (SUR) | 99 | 3.247 | 3.265 | (0.905) | 1012100 | 75.9250 | 6400 |
| * 79 1,4-Dichlorobenzene-d4 | 152 | 3.588 | 3.594 | (1.000) | 370155 | 40.0000 | |
| $ 76 Nitrobenzene-d5 (SUR) | 82 | 4.234 | 4.246 | (0.844) | 484547 | 34.3181 | 2900 |
| * 80 Naphthalene-d8 | 136 | 5.016 | 5.021 | (1.000) | 1232535 | 40.0000 | |
| 31 Naphthalene | 128 | 5.033 | 5.039 | (1.004) | 5529 | 0.17513 | 15(a) |
| 34 2-Methylnaphthalene | 142 | 5.774 | 5.773 | (1.151) | 44437 | 2.22920 | 190(a) |
| 120 1-Methylnaphthalene | 142 | 5.868 | 5.873 | (1.170) | 37240 | 1.84267 | 150(a) |
| $ 77 2-Fluorobiphenyl (SUR) | 172 | 6.167 | 6.173 | (0.904) | 823610 | 36.5697 | 3000 |
| 125 1,3-Dimethylnaphthalene | 156 | 6.490 | 6.496 | (0.952) | 16291 | 1.03882 | 87(a) |
| 39 Acenaphthylene | 152 | 6.672 | 6.678 | (0.978) | 36778 | 1.38197 | 120(a) |
| * 82 Acenaphthene-d10 | 164 | 6.819 | 6.819 | (1.000) | 641053 | 40.0000 | |
| 42 Acenaphthene | 154 | 6.849 | 6.855 | (1.004) | 30572 | 1.86855 | 160(a) |

|  |  | Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|---|---|
|  | 43 | Dibenzofuran | 168 | 7.019 | 7.025 | (1.029) | 28916 | 1.21372 | 100 (a) |
|  | 47 | Fluorene | 166 | 7.360 | 7.366 | (1.079) | 36223 | 1.94564 | 160 (a) |
| $ | 18 | 2,4,6-Tribromophenol (SUR) | 330 | 7.601 | 7.607 | (1.115) | 136692 | 51.9400 | 4300 |
|  | 115 | n-Octadecane | 57 | 8.253 | 8.259 | (0.998) | 5795 | 0.68605 | 57 (a) |
| * | 83 | Phenanthrene-d10 | 188 | 8.271 | 8.271 | (1.000) | 788042 | 40.0000 |  |
|  | 52 | Phenanthrene | 178 | 8.288 | 8.294 | (1.002) | 151491 | 7.11273 | 590 |
|  | 53 | Anthracene | 178 | 8.335 | 8.341 | (1.008) | 63607 | 2.91392 | 240 (a) |
|  | 54 | Carbazole | 167 | 8.517 | 8.517 | (1.030) | 9216 | 0.51761 | 43 (a) |
|  | 56 | Fluoranthene | 202 | 9.452 | 9.446 | (1.143) | 1398096 | 68.2946 | 5700 |
|  | 57 | Pyrene | 202 | 9.663 | 9.657 | (0.891) | 1253490 | 75.7816 | 6300 |
| $ | 78 | Terphenyl-d14 | 244 | 9.851 | 9.851 | (0.908) | 464136 | 40.9225 | 3400 |
|  | 61 | Benzo(a)anthracene | 228 | 10.838 | 10.838 | (0.999) | 722977 | 51.8950 | 4300 |
| * | 81 | Chrysene-d12 | 240 | 10.850 | 10.844 | (1.000) | 463060 | 40.0000 |  |
|  | 62 | Chrysene | 228 | 10.874 | 10.873 | (1.002) | 604954 | 48.5421 | 4100 |
|  | 65 | Benzo(b)fluoranthene | 252 | 12.019 | 12.013 | (0.965) | 909886 | 57.4089 | 4800 |
|  | 66 | Benzo(k)fluoranthene | 252 | 12.043 | 12.043 | (0.967) | 349299 | 20.8886 | 1700 |
|  | 67 | Benzo(a)pyrene | 252 | 12.395 | 12.383 | (0.995) | 703965 | 51.7161 | 4300 |
| * | 84 | Perylene-d12 | 264 | 12.460 | 12.454 | (1.000) | 530912 | 40.0000 |  |
|  | 68 | Indeno(1,2,3-cd)pyrene | 276 | 13.758 | 13.747 | (1.104) | 526479 | 41.2263 | 3400 |
|  | 69 | Dibenz(a,h)anthracene | 278 | 13.782 | 13.782 | (1.106) | 93789 | 7.37361 | 620 (M) |
|  | 70 | Benzo(g,h,i)perylene | 276 | 14.070 | 14.064 | (1.129) | 493029 | 35.6148 | 3000 |

QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
M - Compound response manually integrated.

Data File: p20342.d

Date: 17-OCT-2011 16:36

Client ID: SW-7

Sample Info: 460-32436-A-5-A

Instrument: BNAMS10.i

Operator: BNAMS 4

MS HP ChemStation



39 Acenaphthylene



