Data File: p20342.d

Date: 17-OCT-2011 16:36

Client ID: SW-7

Sample Info: 460-32436-A-5-A

47 Fluorene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20342.d

Date: 17-OCT-2011 16:36

Client ID: SW-7

Sample Info: 460-32436-A-5-A

52 Phenanthrene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20342.d

Date: 17-OCT-2011 16:36

Client ID: SW-7

Instrument: BNAMS10.i

Operator: BNAMS 4

Sample Info: 460-32436-A-5-A

53 Anthracene



Data File: p20342.d

Date: 17-OCT-2011 16:36

Client ID: SW-7

Sample Info: 460-32436-A-5-A

56 Fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20342.d

Date: 17-OCT-2011 16:36

Client ID: SW-7

Sample Info: 460-32436-A-5-A

57 Pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20342.d

Date: 17-OCT-2011 16:36

Client ID: SW-7

Sample Info: 460-32436-A-5-A

61 Benzo(a)anthracene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20342.d

Date: 17-OCT-2011 16:36

Client ID: SW-7

Sample Info: 460-32436-A-5-A

62 Chrysene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20342.d

Date: 17-OCT-2011 16:36

Client ID: SW-7

Sample Info: 460-32436-A-5-A

65 Benzo(b)fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20342.d

Date: 17-OCT-2011 16:36

Client ID: SW-7

Sample Info: 460-32436-A-5-A

66 Benzo(k)fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20342.d

Date: 17-OCT-2011 16:36

Client ID: SW-7

Sample Info: 460-32436-A-5-A

67 Benzo(a)pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20342.d

Date: 17-OCT-2011 16:36

Client ID: SW-7

Sample Info: 460-32436-A-5-A

68 Indeno(1,2,3-cd)pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20342.d

Date: 17-OCT-2011 16:36

Client ID: SW-7

Sample Info: 460-32436-A-5-A

69 Dibenz(a,h)anthracene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20342.d

Date: 17-OCT-2011 16:36

Client ID: SW-7

Sample Info: 460-32436-A-5-A

70 Benzo(g,h,i)perylene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Manual Integration Report

Data File: p20342.d
Inj. Date and Time: 17-OCT-2011 16:36
Instrument ID: BNAMS10.i
Client ID: SW-7
Compound:  69 Dibenz(a,h)anthracene
CAS #: 53-70-3
Report Date: 10/18/2011

Processing Integration Results

RT:        13.78

Response: 103139

Amount:     8

Conc:      678



Manual Integration Results

RT:        13.78

Response: 93789

Amount:     7

Conc:      617



Manually Integrated By: wahied
Manual Integration Reason:

```
                              FORM I
              GC/MS SEMI VOA ORGANICS ANALYSIS DATA SHEET
```

Lab Name:  TestAmerica Edison            Job No.:  460-32436-1

SDG No.:

Client Sample ID:  SW-8                   Lab Sample ID:  460-32436-6

Matrix:  Solid                            Lab File ID:  p20348.d

Analysis Method:  8270C                   Date Collected:  10/14/2011  14:05

Extract. Method:  3541                    Date Extracted:  10/16/2011  12:00

Sample wt/vol:  15.00(g)                  Date Analyzed:  10/17/2011  19:11

Con. Extract Vol.:  1(mL)                 Dilution Factor:  1

Injection Volume:  1(uL)                  Level: (low/med)  Low

% Moisture:  17.7                         GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89774                Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|-----|------|
| 91-20-3 | Naphthalene | 400 | U | 400 | 59 |
| 208-96-8 | Acenaphthylene | 82 | J | 400 | 57 |
| 83-32-9 | Acenaphthene | 230 | J | 400 | 57 |
| 86-73-7 | Fluorene | 220 | J | 400 | 68 |
| 85-01-8 | Phenanthrene | 2100 | | 400 | 70 |
| 120-12-7 | Anthracene | 680 | | 400 | 71 |
| 206-44-0 | Fluoranthene | 4500 | | 400 | 67 |
| 129-00-0 | Pyrene | 3800 | | 400 | 70 |
| 56-55-3 | Benzo[a]anthracene | 2600 | | 40 | 7.4 |
| 218-01-9 | Chrysene | 2700 | | 400 | 58 |
| 205-99-2 | Benzo[b]fluoranthene | 3400 | | 40 | 6.0 |
| 207-08-9 | Benzo[k]fluoranthene | 1500 | | 40 | 5.6 |
| 50-32-8 | Benzo[a]pyrene | 3300 | | 40 | 4.9 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 2800 | | 40 | 6.4 |
| 53-70-3 | Dibenz(a,h)anthracene | 560 | | 40 | 4.8 |
| 191-24-2 | Benzo[g,h,i]perylene | 2400 | | 400 | 42 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 74 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 77 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 79 | | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20348.d
Report Date: 18-Oct-2011 09:33


                              TestAmerica

                 SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20348.d
Lab Smp Id: 460-32436-A-6-A            Client Smp ID: SW-8
Inj Date : 17-OCT-2011 19:11
Operator : BNAMS 4                     Inst ID: BNAMS10.i
Smp Info : 460-32436-A-6-A
Misc Info : 460-32436-A-6-A
Comment :
Method   : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/8270C_08SP.m
Meth Date : 17-Oct-2011 10:14 monica    Quant Type: ISTD
Cal Date : 10-OCT-2011 15:04            Cal File: p20115.d
Als bottle: 22
Dil Factor: 1.00000
Integrator: HP RTE                      Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable
```

|    Name    |     Value    |          Description            |
| ---------- | ------------ | ------------------------------- |
|    DF      |   1.00000    |   Dilution Factor               |
|    Uf      |   1.00000    |   ng unit correction factor     |
|    Vt      |   1.00000    |   Volume of final extract (ml)   |
|    Ws      |  15.00000    |   Weight of sample extracted (g) |
|    M       |  17.69912    |   % Moisture                    |

```
Cpnd Variable                    Local Compound Variable
```

|                            | QUANT SIG | | | | | CONCENTRATIONS | |
| Compounds | MASS | RT | EXP RT | REL RT | RESPONSE | ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
| -------------------------- | ---- | ----- | ------ | ------ | -------- | ------ | ------- |
| $ 16 2-Fluorophenol (SUR)  | 112  | 2.278 | 2.254  | (0.635) | 1111765 | 66.7784 | 5400 |
| $ 17 Phenol-d5 (SUR)       | 99   | 3.253 | 3.265  | (0.907) | 1355227 | 69.1070 | 5600 |
| * 79 1,4-Dichlorobenzene-d4 | 152 | 3.588 | 3.594  | (1.000) | 544546  | 40.0000 |      |
| $ 76 Nitrobenzene-d5 (SUR) | 82   | 4.228 | 4.246  | (0.844) | 678330  | 37.0387 | 3000 |
| * 80 Naphthalene-d8        | 136  | 5.010 | 5.021  | (1.000) | 1598716 | 40.0000 |      |
|   31 Naphthalene           | 128  | 5.033 | 5.039  | (1.005) | 22604   | 0.55199 | 45(a) |
|   34 2-Methylnaphthalene   | 142  | 5.768 | 5.773  | (1.151) | 24293   | 0.93954 | 76(a) |
|  120 1-Methylnaphthalene   | 142  | 5.868 | 5.873  | (1.171) | 18022   | 0.68749 | 56(a) |
| $ 77 2-Fluorobiphenyl (SUR) | 172 | 6.167 | 6.173  | (0.904) | 1032838 | 39.4477 | 3200 |
|  125 1,3-Dimethylnaphthalene | 156 | 6.490 | 6.496 | (0.952) | 13586   | 0.74520 | 60(a) |
|   39 Acenaphthylene        | 152  | 6.673 | 6.678  | (0.978) | 31294   | 1.01149 | 82(a) |
| * 82 Acenaphthene-d10      | 164  | 6.819 | 6.819  | (1.000) | 745255  | 40.0000 |      |
|   42 Acenaphthene          | 154  | 6.849 | 6.855  | (1.004) | 54260   | 2.85266 | 230(a) |

|  | | | | | | CONCENTRATIONS | |
| | | QUANT SIG | | | | ON-COLUMN | FINAL |
| Compounds | | MASS | RT | EXP RT REL RT | RESPONSE | (ug/ml) | (ug/Kg) |
| === | ============================ | ==== | == | ====== ====== | ======== | ======= | ====== |
| | 43 Dibenzofuran | 168 | 7.019 | 7.025 (1.029) | 40740 | 1.47092 | 120 (a) |
| | 47 Fluorene | 166 | 7.360 | 7.366 (1.079) | 57683 | 2.66510 | 220 (a) |
| $ | 18 2,4,6-Tribromophenol (SUR) | 330 | 7.601 | 7.607 (1.115) | 150771 | 49.2795 | 4000 |
| * | 83 Phenanthrene-d10 | 188 | 8.271 | 8.271 (1.000) | 888713 | 40.0000 | |
| | 52 Phenanthrene | 178 | 8.294 | 8.294 (1.003) | 626946 | 26.1016 | 2100 |
| | 53 Anthracene | 178 | 8.341 | 8.341 (1.009) | 205627 | 8.35296 | 680 |
| | 54 Carbazole | 167 | 8.518 | 8.517 (1.030) | 54818 | 2.73005 | 220 (a) |
| | 56 Fluoranthene | 202 | 9.452 | 9.446 (1.143) | 1275810 | 55.2616 | 4500 |
| | 57 Pyrene | 202 | 9.663 | 9.657 (0.891) | 1105673 | 47.5025 | 3800 |
| $ | 78 Terphenyl-d14 | 244 | 9.851 | 9.851 (0.908) | 614417 | 38.4970 | 3100 |
| | 61 Benzo(a)anthracene | 228 | 10.844 | 10.838 (0.999) | 621926 | 31.7239 | 2600 |
| * | 81 Chrysene-d12 | 240 | 10.850 | 10.844 (1.000) | 651614 | 40.0000 | |
| | 62 Chrysene | 228 | 10.879 | 10.873 (1.003) | 588413 | 33.5525 | 2700 |
| | 65 Benzo(b)fluoranthene | 252 | 12.025 | 12.013 (0.965) | 968099 | 41.6041 | 3400 |
| | 66 Benzo(k)fluoranthene | 252 | 12.049 | 12.043 (0.967) | 468350 | 19.0769 | 1500 |
| | 67 Benzo(a)pyrene | 252 | 12.401 | 12.383 (0.995) | 817057 | 40.8838 | 3300 |
| * | 84 Perylene-d12 | 264 | 12.466 | 12.454 (1.000) | 779468 | 40.0000 | |
| | 68 Indeno(1,2,3-cd)pyrene | 276 | 13.764 | 13.747 (1.104) | 638537 | 34.0567 | 2800 |
| | 69 Dibenz(a,h)anthracene | 278 | 13.788 | 13.782 (1.106) | 129060 | 6.91104 | 560 |
| | 70 Benzo(g,h,i)perylene | 276 | 14.076 | 14.064 (1.129) | 597893 | 29.4175 | 2400 |

QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).

Data File: p20348.d

Date: 17-OCT-2011 19:11

Client ID: SW-8

Sample Info: 460-3436-A-6-A

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20348.d

Date: 17-OCT-2011 19:11

Client ID: SW-8

Sample Info: 460-32436-A-6-A

39 Acenaphthylene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20348.d

Date: 17-OCT-2011 19:11

Client ID: SW-8

Sample Info: 460-32436-A-6-A

42 Acenaphthene

Instrument: BNAMS10.i

Operator: BNAMS 4





52 Phenanthrene



Data File: p20348.d

Date: 17-OCT-2011 19:11

Client ID: SW-8                    Instrument: BNAMS10.i

Sample Info: 460-32436-A-6-A       Operator: BNAMS 4

 53 Anthracene



Data File: p20348.d

Date: 17-OCT-2011 19:11

Client ID: SW-8

Sample Info: 460-32436-A-6-A

56 Fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20348.d

Date: 17-OCT-2011 19:11

Client ID: SW-8

Sample Info: 460-32436-A-6-A

57 Pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4

