Data File: p20348.d

Date: 17-OCT-2011 19:11

Client ID: SW-8

Sample Info: 460-32436-A-6-A

61 Benzo(a)anthracene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20348.d

Date: 17-OCT-2011 19:11

Client ID: SW-8

Sample Info: 460-32436-A-6-A

62 Chrysene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20348.d

Date: 17-OCT-2011 19:11

Client ID: SW-8

Sample Info: 460-32436-A-6-A

65 Benzo(b)fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4

Data File: p20348.d

Date: 17-OCT-2011 19:11

Client ID: SW-8

Sample Info: 460-32436-A-6-A

66 Benzo(k)fluoranthene



Data File: p20348.d

Date: 17-OCT-2011 19:11

Client ID: SW-8

Sample Info: 460-32436-A-6-A

67 Benzo(a)pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20348.d

Date: 17-OCT-2011 19:11

Client ID: SW-8

Sample Info: 460-32436-A-6-A

69 Dibenz(a,h)anthracene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20348.d

Date: 17-OCT-2011 19:11

Client ID: SW-8

Sample Info: 460-32436-A-6-A

70 Benzo(g,h,i)perylene

Instrument: BNAMS10.i

Operator: BNAMS 4



```
                                    FORM I
                    GC/MS SEMI VOA ORGANICS ANALYSIS DATA SHEET
```

Lab Name:  TestAmerica Edison                Job No.:  460-32436-1

SDG No.:

Client Sample ID:  FL-9                      Lab Sample ID:  460-32436-7

Matrix:  Solid                               Lab File ID:  p20341.d

Analysis Method:  8270C                      Date Collected:  10/14/2011  14:15

Extract. Method:  3541                       Date Extracted:  10/16/2011  12:00

Sample wt/vol:  15.02(g)                     Date Analyzed:  10/17/2011  16:10

Con. Extract Vol.:  1(mL)                    Dilution Factor:  1

Injection Volume:  1(uL)                     Level: (low/med)  Low

% Moisture:  16.1                            GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89774                   Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|-----|-----|
| 91-20-3 | Naphthalene | 390 | U | 390 | 58 |
| 208-96-8 | Acenaphthylene | 390 | U | 390 | 56 |
| 83-32-9 | Acenaphthene | 390 | U | 390 | 56 |
| 86-73-7 | Fluorene | 390 | U | 390 | 67 |
| 85-01-8 | Phenanthrene | 210 | J | 390 | 69 |
| 120-12-7 | Anthracene | 390 | U | 390 | 70 |
| 206-44-0 | Fluoranthene | 400 |   | 390 | 65 |
| 129-00-0 | Pyrene | 460 |   | 390 | 68 |
| 56-55-3 | Benzo[a]anthracene | 270 |   | 39 | 7.3 |
| 218-01-9 | Chrysene | 300 | J | 390 | 57 |
| 205-99-2 | Benzo[b]fluoranthene | 350 |   | 39 | 5.9 |
| 207-08-9 | Benzo[k]fluoranthene | 150 |   | 39 | 5.5 |
| 50-32-8 | Benzo[a]pyrene | 310 |   | 39 | 4.8 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 240 |   | 39 | 6.3 |
| 53-70-3 | Dibenz(a,h)anthracene | 48 |   | 39 | 4.7 |
| 191-24-2 | Benzo[g,h,i]perylene | 240 | J | 390 | 42 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 70 |   | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 89 |   | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 73 |   | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20341.d
Report Date: 18-Oct-2011 09:13


                              TestAmerica

                  SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20341.d
Lab Smp Id: 460-32436-A-7-A              Client Smp ID: FL-9
Inj Date : 17-OCT-2011 16:10
Operator : BNAMS 4                       Inst ID: BNAMS10.i
Smp Info : 460-32436-A-7-A
Misc Info : 460-32436-A-7-A
Comment  :
Method   : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/8270C_08SP.m
Meth Date : 17-Oct-2011 10:14 monica    Quant Type: ISTD
Cal Date  : 10-OCT-2011 15:04           Cal File: p20115.d
Als bottle: 15
Dil Factor: 1.00000
Integrator: HP RTE                       Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable

        Name           Value            Description
     -------------- ---------------  ------------------------
         DF          1.00000          Dilution Factor
         Uf          1.00000          ng unit correction factor
         Vt          1.00000          Volume of final extract (ml)
         Ws          15.02000         Weight of sample extracted (g)
         M           16.11208         % Moisture

Cpnd Variable                    Local Compound Variable
```

| Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|
| $ 16 2-Fluorophenol (SUR) | 112 | 2.277 | 2.254 | (0.634) | 1136357 | 67.3566 | 5300 |
| $ 17 Phenol-d5 (SUR) | 99 | 3.253 | 3.265 | (0.905) | 1459539 | 73.4461 | 5800 |
| * 79 1,4-Dichlorobenzene-d4 | 152 | 3.594 | 3.594 | (1.000) | 551813 | 40.0000 | |
| $ 76 Nitrobenzene-d5 (SUR) | 82 | 4.234 | 4.246 | (0.845) | 702057 | 34.9244 | 2800 |
| * 80 Naphtalene-d8 | 136 | 5.010 | 5.021 | (1.000) | 1754809 | 40.0000 | |
| 34 2-Methylnaphthalene | 142 | 5.773 | 5.773 | (1.152) | 3972 | 0.13995 | 11(a) |
| $ 77 2-Fluorobiphenyl (SUR) | 172 | 6.167 | 6.173 | (0.904) | 1114683 | 36.2974 | 2900 |
| 39 Acenaphthylene | 152 | 6.672 | 6.678 | (0.978) | 8372 | 0.23071 | 18(a) |
| * 82 Acenaphthene-d10 | 164 | 6.819 | 6.819 | (1.000) | 874117 | 40.0000 | |
| 42 Acenaphthene | 154 | 6.849 | 6.855 | (1.004) | 5706 | 0.25576 | 20(a) |
| 43 Dibenzofuran | 168 | 7.019 | 7.025 | (1.029) | 4450 | 0.13698 | 11(a) |
| 47 Fluorene | 166 | 7.360 | 7.366 | (1.079) | 6602 | 0.26006 | 21(a) |
| $ 18 2,4,6-Tribromophenol (SUR) | 330 | 7.601 | 7.607 | (1.115) | 158439 | 44.1515 | 3500 |

| | | | | | | | CONCENTRATIONS | |
|---|---|---|---|---|---|---|---|---|
| | | QUANT SIG | | | | | ON-COLUMN | FINAL |
| Compounds | | MASS | RT | EXP RT | REL RT | RESPONSE | (ug/ml) | (ug/Kg) |
| | | ==== | == | ====== | ====== | ======== | ======= | ====== |
| * | 83 Phenanthrene-d10 | 188 | 8.271 | 8.271 | (1.000) | 1006642 | 40.0000 | |
| | 52 Phenanthrene | 178 | 8.288 | 8.294 | (1.002) | 71692 | 2.63509 | 210 (a) |
| | 53 Anthracene | 178 | 8.341 | 8.341 | (1.009) | 17657 | 0.63323 | 50 (a) |
| | 54 Carbazole | 167 | 8.517 | 8.517 | (1.030) | 4287 | 0.18849 | 15 (a) |
| | 56 Fluoranthene | 202 | 9.446 | 9.446 | (1.142) | 130758 | 5.00025 | 400 |
| | 57 Pyrene | 202 | 9.657 | 9.657 | (0.891) | 113674 | 5.77803 | 460 |
| $ | 78 Terphenyl-d14 | 244 | 9.851 | 9.851 | (0.908) | 603484 | 44.7361 | 3600 |
| | 61 Benzo(a)anthracene | 228 | 10.832 | 10.838 | (0.999) | 55963 | 3.37736 | 270 |
| * | 81 Chrysene-d12 | 240 | 10.844 | 10.844 | (1.000) | 550759 | 40.0000 | |
| | 62 Chrysene | 228 | 10.867 | 10.873 | (1.002) | 55389 | 3.73676 | 300 (a) |
| | 65 Benzo(b)fluoranthene | 252 | 12.007 | 12.013 | (0.964) | 71837 | 4.36956 | 350 |
| | 66 Benzo(k)fluoranthene | 252 | 12.037 | 12.043 | (0.966) | 33308 | 1.92025 | 150 |
| | 67 Benzo(a)pyrene | 252 | 12.378 | 12.383 | (0.994) | 55821 | 3.95339 | 310 |
| * | 84 Perylene-d12 | 264 | 12.454 | 12.454 | (1.000) | 550713 | 40.0000 | |
| | 68 Indeno(1,2,3-cd)pyrene | 276 | 13.741 | 13.747 | (1.103) | 40653 | 3.06890 | 240 |
| | 69 Dibenz(a,h)anthracene | 278 | 13.776 | 13.782 | (1.106) | 8032 | 0.60877 | 48 (M) |
| | 70 Benzo(g,h,i)perylene | 276 | 14.052 | 14.064 | (1.128) | 44088 | 3.07027 | 240 (a) |

QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
M - Compound response manually integrated.

Data File: p20341.d

Date: 17-OCT-2011 16:10

Client ID: FL-9

Sample Info: 460-3436-A-7-A

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20341.d

Date: 17-OCT-2011 16:10

Client ID: FL-9

Sample Info: 460-32436-A-7-A

52 Phenanthrene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20341.d

Date: 17-OCT-2011 16:10

Client ID: FL-9                                    Instrument: BNAMS10.i

Sample Info: 460-32436-A-7-A                        Operator: BNAMS 4

56 Fluoranthene



Data File: p20341.d

Date: 17-OCT-2011 16:10

Client ID: FL-9

Sample Info: 460-32436-A-7-A

57 Pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20341.d

Date: 17-OCT-2011 16:10

Client ID: FL-9

Sample Info: 460-32436-A-7-A

61 Benzo(a)anthracene

Instrument: BNAMS10.i

Operator: BNAMS 4

11/02/2011



Data File: p20341.d

Date: 17-OCT-2011 16:10

Client ID: FL-9

Sample Info: 460-32436-A-7-A

62 Chrysene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20341.d

Date: 17-OCT-2011 16:10

Client ID: FL-9

Sample Info: 460-32436-A-7-A

65 Benzo(b)fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20341.d

Date: 17-OCT-2011 16:10

Client ID: FL-9

Sample Info: 460-32436-A-7-A

66 Benzo(k)fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20341.d

Date: 17-OCT-2011 16:10                    Instrument: BNAMS10.i

Client ID: FL-9

Sample Info: 460-32436-A-7-A            Operator: BNAMS 4

67 Benzo(a)pyrene



Data File: p20341.d

Date: 17-OCT-2011 16:10

Client ID: FL-9

Sample Info: 460-32436-A-7-A

68 Indeno(1,2,3-cd)pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20341.d

Date: 17-OCT-2011 16:10

Client ID: FL-9

Sample Info: 460-32436-A-7-A

69 Dibenz(a,h)anthracene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20341.d

Date: 17-OCT-2011 16:10

Client ID: FL-9

Sample Info: 460-32436-A-7-A

70 Benzo(g,h,i)perylene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Manual Integration Report

Data File: p20341.d
Inj. Date and Time: 17-OCT-2011 16:10
Instrument ID: BNAMS10.i
Client ID: FL-9
Compound: 69 Dibenz(a,h)anthracene
CAS #: 53-70-3
Report Date: 10/18/2011

## Processing Integration Results

RT:        13.78

Response: 11334

Amount:    1

Conc:      68



## Manual Integration Results

RT:        13.78

Response: 8032

Amount:    1

Conc:      48



Manually Integrated By: wahied
Manual Integration Reason: Baseline Event

Lab Name:  TestAmerica Edison                    Job No.:  460-32436-1

SDG No.:

Client Sample ID:  SW-9                           Lab Sample ID:  460-32436-8

Matrix:  Solid                                    Lab File ID:  p20331.d

Analysis Method:  8270C                           Date Collected:  10/14/2011  14:38

Extract. Method:  3541                            Date Extracted:  10/16/2011  12:00

Sample wt/vol:  15.00(g)                          Date Analyzed:  10/17/2011  11:33

Con. Extract Vol.:  1(mL)                         Dilution Factor:  1

Injection Volume:  1(uL)                          Level: (low/med)  Low

% Moisture:  14.9                                 GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89774                        Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|----|----|
| 91-20-3 | Naphthalene | 390 | U | 390 | 57 |
| 208-96-8 | Acenaphthylene | 390 | U | 390 | 56 |
| 83-32-9 | Acenaphthene | 390 | U | 390 | 55 |
| 86-73-7 | Fluorene | 390 | U | 390 | 66 |
| 85-01-8 | Phenanthrene | 390 | U | 390 | 68 |
| 120-12-7 | Anthracene | 390 | U | 390 | 69 |
| 206-44-0 | Fluoranthene | 390 | U | 390 | 65 |
| 129-00-0 | Pyrene | 390 | U | 390 | 67 |
| 56-55-3 | Benzo[a]anthracene | 39 | U | 39 | 7.2 |
| 218-01-9 | Chrysene | 390 | U | 390 | 57 |
| 205-99-2 | Benzo[b]fluoranthene | 39 | U | 39 | 5.8 |
| 207-08-9 | Benzo[k]fluoranthene | 39 | U | 39 | 5.4 |
| 50-32-8 | Benzo[a]pyrene | 39 | U | 39 | 4.8 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 39 | U | 39 | 6.2 |
| 53-70-3 | Dibenz(a,h)anthracene | 39 | U | 39 | 4.7 |
| 191-24-2 | Benzo[g,h,i]perylene | 390 | U | 390 | 41 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 57 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 90 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 60 | | 40-109 |

FORM I 8270C