```
Data File: /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20331.d
Report Date: 17-Oct-2011 12:53


                              TestAmerica

                 SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20331.d
Lab Smp Id: 460-32436-A-8-A            Client Smp ID: SW-9
Inj Date : 17-OCT-2011 11:33
Operator : BNAMS 4                     Inst ID: BNAMS10.i
Smp Info : 460-32436-A-8-A
Misc Info : 460-32436-A-8-A
Comment  :
Method   : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/8270C_08SP.m
Meth Date : 17-Oct-2011 10:14 monica   Quant Type: ISTD
Cal Date : 10-OCT-2011 15:04           Cal File: p20115.d
Als bottle: 5
Dil Factor: 1.00000
Integrator: HP RTE                     Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable


        Name          Value           Description
    -------------- --------------- ------------------------
        DF         1.00000          Dilution Factor
        Uf         1.00000          ng unit correction factor
        Vt         1.00000          Volume of final extract (ml)
        Ws         15.00000         Weight of sample extracted (g)
        M          14.90468         % Moisture

Cpnd Variable                       Local Compound Variable
```

| Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|
| $ 16 2-Fluorophenol (SUR) | 112 | 2.272 | 2.254 | (0.633) | 993677 | 60.4500 | 4700 |
| $ 17 Phenol-d5 (SUR) | 99 | 3.253 | 3.265 | (0.907) | 1279902 | 66.1021 | 5200 |
| * 79 1,4-Dichlorobenzene-d4 | 152 | 3.588 | 3.594 | (1.000) | 537658 | 40.0000 | |
| $ 76 Nitrobenzene-d5 (SUR) | 82 | 4.228 | 4.246 | (0.844) | 573040 | 28.6920 | 2200 |
| * 80 Naphthalene-d8 | 136 | 5.010 | 5.021 | (1.000) | 1743451 | 40.0000 | |
| $ 77 2-Fluorobiphenyl (SUR) | 172 | 6.167 | 6.173 | (0.904) | 1020329 | 30.1372 | 2400 |
| * 82 Acenaphthene-d10 | 164 | 6.819 | 6.819 | (1.000) | 963677 | 40.0000 | |
| $ 18 2,4,6-Tribromophenol (SUR) | 330 | 7.601 | 7.607 | (1.115) | 246832 | 62.3912 | 4900 |
| * 83 Phenanthrene-d10 | 188 | 8.271 | 8.271 | (1.000) | 1264907 | 40.0000 | |
| $ 78 Terphenyl-d14 | 244 | 9.851 | 9.851 | (0.908) | 928606 | 44.8070 | 3500 |
| * 81 Chrysene-d12 | 240 | 10.850 | 10.844 | (1.000) | 846134 | 40.0000 | |
| * 84 Perylene-d12 | 264 | 12.460 | 12.454 | (1.000) | 740731 | 40.0000 | |

Data File: p20031.d

Date: 17-OCT-2011 11:33

Client ID: SW-9

Sample Info: 460-3436-A-8-A

Instrument: BNAMS10.i

Operator: BNAMS 4



Lab Name:  TestAmerica Edison                    Job No.:  460-32436-1

SDG No.:

Client Sample ID:  SW-10                          Lab Sample ID:  460-32436-9

Matrix:  Solid                                    Lab File ID:  p20339.d

Analysis Method:  8270C                           Date Collected:  10/14/2011  14:46

Extract. Method:  3541                            Date Extracted:  10/16/2011  12:00

Sample wt/vol:  15.03(g)                          Date Analyzed:  10/17/2011  15:18

Con. Extract Vol.:  1(mL)                         Dilution Factor:  1

Injection Volume:  1(uL)                          Level: (low/med)  Low

% Moisture:  16.6                                 GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89774                        Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|----|----|
| 91-20-3 | Naphthalene | 390 | U | 390 | 58 |
| 208-96-8 | Acenaphthylene | 390 | U | 390 | 57 |
| 83-32-9 | Acenaphthene | 170 | J | 390 | 56 |
| 86-73-7 | Fluorene | 130 | J | 390 | 67 |
| 85-01-8 | Phenanthrene | 2300 | | 390 | 69 |
| 120-12-7 | Anthracene | 770 | | 390 | 70 |
| 206-44-0 | Fluoranthene | 3100 | | 390 | 66 |
| 129-00-0 | Pyrene | 2800 | | 390 | 68 |
| 56-55-3 | Benzo[a]anthracene | 1700 | | 39 | 7.3 |
| 218-01-9 | Chrysene | 1500 | | 390 | 58 |
| 205-99-2 | Benzo[b]fluoranthene | 1700 | | 39 | 5.9 |
| 207-08-9 | Benzo[k]fluoranthene | 660 | | 39 | 5.5 |
| 50-32-8 | Benzo[a]pyrene | 1400 | | 39 | 4.9 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 890 | | 39 | 6.3 |
| 53-70-3 | Dibenz(a,h)anthracene | 150 | | 39 | 4.8 |
| 191-24-2 | Benzo[g,h,i]perylene | 690 | | 390 | 42 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 65 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 85 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 71 | | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20339.d
Report Date: 18-Oct-2011 09:10


                              TestAmerica

                 SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20339.d
Lab Smp Id: 460-32436-A-9-A              Client Smp ID: SW-10
Inj Date  : 17-OCT-2011 15:18
Operator  : BNAMS 4                      Inst ID: BNAMS10.i
Smp Info  : 460-32436-A-9-A
Misc Info : 460-32436-A-9-A
Comment   :
Method    : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/8270C_08SP.m
Meth Date : 17-Oct-2011 10:14 monica    Quant Type: ISTD
Cal Date  : 10-OCT-2011 15:04           Cal File: p20115.d
Als bottle: 13
Dil Factor: 1.00000
Integrator: HP RTE                       Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable


       Name          Value            Description
    -------------  -------------  -----------------------
        DF          1.00000        Dilution Factor
        Uf          1.00000        ng unit correction factor
        Vt          1.00000        Volume of final extract (ml)
        Ws         15.03000        Weight of sample extracted (g)
        M          16.55172        % Moisture

Cpnd Variable                  Local Compound Variable
```

|  |  | QUANT SIG | | | | CONCENTRATIONS | |
|  |  |  |  |  |  | ON-COLUMN | FINAL |
| Compounds | | MASS | RT | EXP RT | REL RT | RESPONSE | (ug/ml) | (ug/Kg) |
|---|---|---|---|---|---|---|---|
| $ 16 2-Fluorophenol (SUR) | 112 | 2.278 | 2.254 (0.635) | 1080634 | 62.9229 | 5000 |
| $ 17 Phenol-d5 (SUR) | 99 | 3.253 | 3.265 (0.907) | 1352151 | 66.8409 | 5300 |
| * 79 1,4-Dichlorobenzene-d4 | 152 | 3.588 | 3.594 (1.000) | 561730 | 40.0000 | |
| $ 76 Nitrobenzene-d5 (SUR) | 82 | 4.228 | 4.246 (0.844) | 633093 | 32.6006 | 2600 |
| * 80 Naphthalene-d8 | 136 | 5.010 | 5.021 (1.000) | 1695228 | 40.0000 | |
|   34 2-Methylnaphthalene | 142 | 5.774 | 5.773 (1.152) | 16416 | 0.59875 | 48(a) |
|  120 1-Methylnaphthalene | 142 | 5.868 | 5.873 (1.171) | 11425 | 0.41102 | 33(a) |
| $ 77 2-Fluorobiphenyl (SUR) | 172 | 6.167 | 6.173 (0.904) | 1033878 | 35.4493 | 2800 |
|  125 1,3-Dimethylnaphthalene | 156 | 6.490 | 6.496 (0.952) | 43872 | 2.16031 | 170(a) |
|   39 Acenaphthylene | 152 | 6.673 | 6.678 (0.978) | 5969 | 0.17320 | 14(a) |
| * 82 Acenaphthene-d10 | 164 | 6.819 | 6.819 (1.000) | 830148 | 40.0000 | |
|   42 Acenaphthene | 154 | 6.843 | 6.855 (1.003) | 45922 | 2.16741 | 170(a) |
|   43 Dibenzofuran | 168 | 7.019 | 7.025 (1.029) | 43224 | 1.40102 | 110(a) |

| | Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|---|
| | 47 Fluorene | 166 | 7.360 | 7.366 | (1.079) | 37868 | 1.57068 | 120 (a) |
| $ | 18 2,4,6-Tribromophenol (SUR) | 330 | 7.601 | 7.607 | (1.115) | 183362 | 53.8031 | 4300 |
| * | 83 Phenanthrene-d10 | 188 | 8.271 | 8.271 | (1.000) | 985701 | 40.0000 | |
| | 52 Phenanthrene | 178 | 8.288 | 8.294 | (1.002) | 761850 | 28.5972 | 2300 |
| | 53 Anthracene | 178 | 8.341 | 8.341 | (1.009) | 264251 | 9.67817 | 770 |
| | 54 Carbazole | 167 | 8.518 | 8.517 | (1.030) | 7306 | 0.32805 | 26 (a) |
| | 56 Fluoranthene | 202 | 9.446 | 9.446 | (1.142) | 995064 | 38.8602 | 3100 |
| | 57 Pyrene | 202 | 9.657 | 9.657 | (0.890) | 764870 | 34.6458 | 2800 |
| $ | 78 Terphenyl-d14 | 244 | 9.851 | 9.851 | (0.908) | 640345 | 42.3011 | 3400 |
| | 61 Benzo(a)anthracene | 228 | 10.838 | 10.838 | (0.999) | 387395 | 20.8342 | 1700 |
| * | 81 Chrysene-d12 | 240 | 10.850 | 10.844 | (1.000) | 618040 | 40.0000 | |
| | 62 Chrysene | 228 | 10.874 | 10.873 | (1.002) | 304979 | 18.3352 | 1500 |
| | 65 Benzo(b)fluoranthene | 252 | 12.013 | 12.013 | (0.965) | 370944 | 21.4820 | 1700 |
| | 66 Benzo(k)fluoranthene | 252 | 12.037 | 12.043 | (0.966) | 150124 | 8.24022 | 660 (M) |
| | 67 Benzo(a)pyrene | 252 | 12.384 | 12.383 | (0.994) | 254435 | 17.1564 | 1400 |
| * | 84 Perylene-d12 | 264 | 12.454 | 12.454 | (1.000) | 578426 | 40.0000 | |
| | 68 Indeno(1,2,3-cd)pyrene | 276 | 13.747 | 13.747 | (1.104) | 156079 | 11.2179 | 890 |
| | 69 Dibenz(a,h)anthracene | 278 | 13.776 | 13.782 | (1.106) | 25947 | 1.87242 | 150 (M) |
| | 70 Benzo(g,h,i)perylene | 276 | 14.058 | 14.064 | (1.129) | 129851 | 8.60951 | 690 |

QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
M - Compound response manually integrated.

Data File: p20039.d

Date: 17-OCT-2011 15:18

Client ID: SW-10

Sample Info: 460-3436-A-9-A

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20339.d

Date: 17-OCT-2011 15:18

Client ID: SW-10

Sample Info: 460-32436-A-9-A

42 Acenaphthene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20339.d

Date: 17-OCT-2011 15:18

Client ID: SW-10

Sample Info: 460-32436-A-9-A

47 Fluorene

Instrument: BNAMS10.i

Operator: BNAMS 4



Instrument: BNAMS10.i

Operator: BNAMS 4





Data File: p20339.d

Date: 17-OCT-2011 15:18

Client ID: SW-10

Sample Info: 460-32436-A-9-A

56 Fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20339.d

Date: 17-OCT-2011 15:18

Client ID: SW-10

Sample Info: 460-32436-A-9-A

57 Pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20339.d

Date: 17-OCT-2011 15:18

Client ID: SW-10

Sample Info: 460-32436-A-9-A

61 Benzo(a)anthracene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20339.d

Date: 17-OCT-2011 15:18

Client ID: SW-10

Sample Info: 460-32436-A-9-A

62 Chrysene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20339.d

Date: 17-OCT-2011 15:18

Client ID: SW-10

Sample Info: 460-32436-A-9-A

65 Benzo(b)fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20339.d

Date: 17-OCT-2011 15:18

Client ID: SW-10

Sample Info: 460-32436-A-9-A

66 Benzo(k)fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20339.d

Date: 17-OCT-2011 15:18

Client ID: SW-10

Sample Info: 460-32436-A-9-A

67 Benzo(a)pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20339.d

Date: 17-OCT-2011 15:18

Client ID: SW-10

Sample Info: 460-32436-A-9-A

68 Indeno(1,2,3-cd)pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20339.d

Date: 17-OCT-2011 15:18

Client ID: SW-10

Sample Info: 460-32436-A-9-A

69 Dibenz(a,h)anthracene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20339.d

Date: 17-OCT-2011 15:18

Client ID: SW-10

Sample Info: 460-32436-A-9-A

70 Benzo(g,h,i)perylene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Manual Integration Report

Data File: p20339.d
Inj. Date and Time: 17-OCT-2011 15:18
Instrument ID: BNAMS10.i
Client ID: SW-10
Compound:  66 Benzo(k)fluoranthene
CAS #: 207-08-9
Report Date: 10/18/2011

Processing Integration Results

RT:        12.01

Response: 370944

Amount:    20

Conc:      1623



Manual Integration Results

RT:        12.04

Response: 150124

Amount:    8

Conc:      657



Manually Integrated By: wahied
Manual Integration Reason: Analyte Misidentified by the Data System

Data File: p20339.d
Inj. Date and Time: 17-OCT-2011 15:18
Instrument ID: BNAMS10.i
Client ID: SW-10
Compound:  69 Dibenz(a,h)anthracene
CAS #: 53-70-3
Report Date: 10/18/2011

## Processing Integration Results

RT:        13.78

Response: 34741

Amount:    3

Conc:      200



## Manual Integration Results

RT:        13.78

Response: 25947

Amount:    2

Conc:      149



Manually Integrated By: wahied
Manual Integration Reason: Baseline Event

```
                              FORM I
                GC/MS SEMI VOA ORGANICS ANALYSIS DATA SHEET
```

Lab Name:  TestAmerica Edison            Job No.:  460-32436-1

SDG No.:

Client Sample ID:  SW-11                 Lab Sample ID:  460-32436-10

Matrix:  Solid                           Lab File ID:  p20349.d

Analysis Method:  8270C                  Date Collected:  10/14/2011  14:55

Extract. Method:  3541                   Date Extracted:  10/16/2011  12:00

Sample wt/vol:  15.03(g)                 Date Analyzed:  10/17/2011  19:37

Con. Extract Vol.:  1(mL)                Dilution Factor:  1

Injection Volume:  1(uL)                 Level: (low/med)  Low

% Moisture:  22.7                        GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89774               Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|----|----|
| 91-20-3 | Naphthalene | 430 | U | 430 | 63 |
| 208-96-8 | Acenaphthylene | 430 | U | 430 | 61 |
| 83-32-9 | Acenaphthene | 66 | J | 430 | 61 |
| 86-73-7 | Fluorene | 430 | U | 430 | 72 |
| 85-01-8 | Phenanthrene | 200 | J | 430 | 75 |
| 120-12-7 | Anthracene | 430 | U | 430 | 75 |
| 206-44-0 | Fluoranthene | 1000 |  | 430 | 71 |
| 129-00-0 | Pyrene | 930 |  | 430 | 74 |
| 56-55-3 | Benzo[a]anthracene | 600 |  | 43 | 7.9 |
| 218-01-9 | Chrysene | 530 |  | 430 | 62 |
| 205-99-2 | Benzo[b]fluoranthene | 690 |  | 43 | 6.4 |
| 207-08-9 | Benzo[k]fluoranthene | 240 |  | 43 | 6.0 |
| 50-32-8 | Benzo[a]pyrene | 590 |  | 43 | 5.3 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 520 |  | 43 | 6.8 |
| 53-70-3 | Dibenz(a,h)anthracene | 93 |  | 43 | 5.1 |
| 191-24-2 | Benzo[g,h,i]perylene | 430 |  | 430 | 45 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 72 |  | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 84 |  | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 73 |  | 40-109 |

FORM I 8270C

TestAmerica

SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS

```
Data file : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20349.d
Lab Smp Id: 460-32436-A-10-A              Client Smp ID: SW-11
Inj Date  : 17-OCT-2011 19:37
Operator  : BNAMS 4                       Inst ID: BNAMS10.i
Smp Info  : 460-32436-A-10-A
Misc Info : 460-32436-A-10-A
Comment   :
Method    : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/8270C_08SP.m
Meth Date : 17-Oct-2011 10:14 monica     Quant Type: ISTD
Cal Date  : 10-OCT-2011 15:04             Cal File: p20115.d
Als bottle: 23
Dil Factor: 1.00000
Integrator: HP RTE                        Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1
```

Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable

| Name | Value | Description |
|------|-------|-------------|
| DF | 1.00000 | Dilution Factor |
| Uf | 1.00000 | ng unit correction factor |
| Vt | 1.00000 | Volume of final extract (ml) |
| Ws | 15.03000 | Weight of sample extracted (g) |
| M | 22.74510 | % Moisture |

Cpnd Variable                    Local Compound Variable

| | | | | | | CONCENTRATIONS | |
|---|---|---|---|---|---|---|---|
| | QUANT SIG | | | | | ON-COLUMN | FINAL |
| Compounds | MASS | RT | EXP RT | REL RT | RESPONSE | (ug/ml) | (ug/Kg) |
| ========================== | ==== | == | ====== | ====== | ======== | ======= | ======= |
| $ 16 2-Fluorophenol (SUR) | 112 | 2.277 | 2.254 | (0.635) | 965296 | 64.0572 | 5500 |
| $ 17 Phenol-d5 (SUR) | 99 | 3.253 | 3.265 | (0.907) | 1215527 | 68.4793 | 5900 |
| * 79 1,4-Dichlorobenzene-d4 | 152 | 3.588 | 3.594 | (1.000) | 492890 | 40.0000 | |
| $ 76 Nitrobenzene-d5 (SUR) | 82 | 4.228 | 4.246 | (0.844) | 584168 | 36.0832 | 3100 |
| * 80 Naphthalene-d8 | 136 | 5.010 | 5.021 | (1.000) | 1413249 | 40.0000 | |
| 34 2-Methylnaphthalene | 142 | 5.773 | 5.773 | (1.152) | 5664 | 0.24780 | 21(a) |
| 120 1-Methylnaphthalene | 142 | 5.867 | 5.873 | (1.171) | 3061 | 0.13209 | 11(a) |
| $ 77 2-Fluorobiphenyl (SUR) | 172 | 6.167 | 6.173 | (0.904) | 895493 | 36.7242 | 3200 |
| 125 1,3-Dimethylnaphthalene | 156 | 6.490 | 6.496 | (0.952) | 3245 | 0.19112 | 16(a) |
| * 82 Acenaphthene-d10 | 164 | 6.819 | 6.819 | (1.000) | 694070 | 40.0000 | |
| 42 Acenaphthene | 154 | 6.849 | 6.855 | (1.004) | 13628 | 0.76931 | 66(a) |
| 43 Dibenzofuran | 168 | 7.019 | 7.025 | (1.029) | 8573 | 0.33236 | 29(a) |
| 47 Fluorene | 166 | 7.360 | 7.366 | (1.079) | 10526 | 0.52219 | 45(a) |

```
Data File: /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20349.d
Report Date: 18-Oct-2011 09:34


                                                                CONCENTRATIONS
                          QUANT SIG                           ON-COLUMN    FINAL
Compounds                 MASS      RT     EXP RT REL RT   RESPONSE   (ug/ml)   (ug/Kg)
========================  ====     ==     ===== ======   ========   =======   =======
$  18 2,4,6-Tribromophenol (SUR)  330    7.601  7.607 (1.115)   173102    60.7508    5200
*  83 Phenanthrene-d10     188     8.270  8.271 (1.000)   877399    40.0000
   52 Phenanthrene         178     8.288  8.294 (1.002)    56082     2.36497    200(a)
   53 Anthracene           178     8.341  8.341 (1.009)    19179     0.78913     68(a)
   54 Carbazole            167     8.517  8.517 (1.030)     3734     0.18836     16(a)
   56 Fluoranthene         202     9.446  9.446 (1.142)   270133    11.8517    1000
   57 Pyrene               202     9.657  9.657 (0.890)   241602    10.8054     930
$  78 Terphenyl-d14        244     9.851  9.851 (0.908)   647035    42.2029    3600
   61 Benzo(a)anthracene   228    10.838 10.838 (0.999)   130637     6.93691    600
*  81 Chrysene-d12         240    10.850 10.844 (1.000)   625949    40.0000
   62 Chrysene             228    10.873 10.873 (1.002)   104390     6.19660     530
   65 Benzo(b)fluoranthene 252    12.013 12.013 (0.964)   178718     8.06356     690
   66 Benzo(k)fluoranthene 252    12.037 12.043 (0.966)    65536     2.80258     240
   67 Benzo(a)pyrene       252    12.383 12.383 (0.994)   131462     6.90623     590
*  84 Perylene-d12         264    12.460 12.454 (1.000)   742431    40.0000
   68 Indeno(1,2,3-cd)pyrene 276   13.746 13.747 (1.103)   108831     6.09413     520
   69 Dibenz(a,h)anthracene 278   13.776 13.782 (1.106)    19162     1.07730      93
   70 Benzo(g,h,i)perylene  276   14.058 14.064 (1.128)    96873     5.00412     430(a)


QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
```