Data File: p20349.d

Date: 17-OCT-2011 19:37

Client ID: SW-11

Sample Info: 460-3436-A-10-A

Instrument: BNAMS10.i

Operator: BNAMS 4



42 Acenaphthene



Data File: p20349.d

Date: 17-OCT-2011 19:37

Client ID: SW-11

Sample Info: 460-32436-A-10-A

52 Phenanthrene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20349.d

Date: 17-OCT-2011 19:37

Client ID: SW-11

Sample Info: 460-32436-A-10-A

56 Fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20349.d

Date: 17-OCT-2011 19:37

Client ID: SW-11

Sample Info: 460-32436-A-10-A

57 Pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20349.d

Date: 17-OCT-2011 19:37

Client ID: SW-11

Sample Info: 460-32436-A-10-A

61 Benzo(a)anthracene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20349.d

Date: 17-OCT-2011 19:37

Client ID: SW-11

Sample Info: 460-32436-A-10-A

62 Chrysene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20349.d

Date: 17-OCT-2011 19:37

Client ID: SW-11

Sample Info: 460-32436-A-10-A

65 Benzo(b)fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



11/02/2011

Data File: p20349.d

Date: 17-OCT-2011 19:37

Client ID: SW-11

Sample Info: 460-32436-A-10-A

66 Benzo(k)fluoranthene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20349.d

Date: 17-OCT-2011 19:37

Client ID: SW-11

Sample Info: 460-32436-A-10-A

67 Benzo(a)pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20349.d

Date: 17-OCT-2011 19:37

Client ID: SW-11

Sample Info: 460-32436-A-10-A

68 Indeno(1,2,3-cd)pyrene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20349.d

Date: 17-OCT-2011 19:37

Client ID: SW-11

Sample Info: 460-32436-A-10-A

69 Dibenz(a,h)anthracene

Instrument: BNAMS10.i

Operator: BNAMS 4



Data File: p20349.d

Date: 17-OCT-2011 19:37

Client ID: SW-11

Sample Info: 460-32436-A-10-A

70 Benzo(g,h,i)perylene

Instrument: BNAMS10.i

Operator: BNAMS 4

HP ChemStation MS p20349.d  Scan 2243: 14.058 min.

HP ChemStation MS p20349.d  Scan 2243: 14.058 min. (SUB)

Benzo(g,h,i)perylene (Reference Spectrum)

p20349.d  Scan 2243: 14.058 min. (% Difference)

```
                                    FORM I
                 GC/MS SEMI VOA ORGANICS ANALYSIS DATA SHEET


Lab Name:  TestAmerica Edison          Job No.:  460-32436-1

SDG No.:

Client Sample ID:  DUP-1               Lab Sample ID:  460-32436-11

Matrix:  Solid                         Lab File ID:  p20332.d

Analysis Method:  8270C                Date Collected:  10/14/2011  14:46

Extract. Method:  3541                 Date Extracted:  10/16/2011  12:00

Sample wt/vol:  15.00(g)               Date Analyzed:  10/17/2011  11:58

Con. Extract Vol.:  1(mL)              Dilution Factor:  1

Injection Volume:  1(uL)               Level: (low/med)  Low

% Moisture:  18.0                      GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89774             Units:  ug/Kg
```

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|-----|-----|
| 91-20-3 | Naphthalene | 400 | U | 400 | 59 |
| 208-96-8 | Acenaphthylene | 400 | U | 400 | 58 |
| 83-32-9 | Acenaphthene | 400 | U | 400 | 57 |
| 86-73-7 | Fluorene | 400 | U | 400 | 68 |
| 85-01-8 | Phenanthrene | 400 | U | 400 | 70 |
| 120-12-7 | Anthracene | 400 | U | 400 | 71 |
| 206-44-0 | Fluoranthene | 400 | U | 400 | 67 |
| 129-00-0 | Pyrene | 400 | U | 400 | 70 |
| 56-55-3 | Benzo[a]anthracene | 40 | U | 40 | 7.5 |
| 218-01-9 | Chrysene | 400 | U | 400 | 59 |
| 205-99-2 | Benzo[b]fluoranthene | 40 | U | 40 | 6.0 |
| 207-08-9 | Benzo[k]fluoranthene | 40 | U | 40 | 5.6 |
| 50-32-8 | Benzo[a]pyrene | 40 | U | 40 | 5.0 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 40 | U | 40 | 6.5 |
| 53-70-3 | Dibenz(a,h)anthracene | 40 | U | 40 | 4.9 |
| 191-24-2 | Benzo[g,h,i]perylene | 400 | U | 400 | 43 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 69 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 85 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 71 | | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20332.d
Report Date: 17-Oct-2011 12:55


                              TestAmerica

                SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20332.d
Lab Smp Id: 460-32436-A-11-A           Client Smp ID: DUP-1
Inj Date  : 17-OCT-2011 11:58
Operator  : BNAMS 4                     Inst ID: BNAMS10.i
Smp Info  : 460-32436-A-11-A
Misc Info : 460-32436-A-11-A
Comment   :
Method    : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/8270C_08SP.m
Meth Date : 17-Oct-2011 10:14 monica    Quant Type: ISTD
Cal Date  : 10-OCT-2011 15:04           Cal File: p20115.d
Als bottle: 6
Dil Factor: 1.00000
Integrator: HP RTE                      Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable


         Name           Value          Description
    --------------  --------------  ----------------------
         DF           1.00000         Dilution Factor
         Uf           1.00000         ng unit correction factor
         Vt           1.00000         Volume of final extract (ml)
         Ws          15.00000         Weight of sample extracted (g)
         M           18.00000         % Moisture

Cpnd Variable                       Local Compound Variable
```

|  |  | | | | | CONCENTRATIONS | |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  | QUANT SIG | | | | | ON-COLUMN | FINAL |
| Compounds | MASS | RT | EXP RT | REL RT | RESPONSE | (ug/ml) | (ug/Kg) |
| ========================= | ==== | == | ====== | ====== | ======== | ======= | ======= |
| $ 16 2-Fluorophenol (SUR) | 112 | 2.272 | 2.254 | (0.633) | 1104109 | 71.9240 | 5800 |
| $ 17 Phenol-d5 (SUR) | 99 | 3.253 | 3.265 | (0.907) | 1341359 | 74.1813 | 6000 |
| * 79 1,4-Dichlorobenzene-d4 | 152 | 3.588 | 3.594 | (1.000) | 502106 | 40.0000 | |
| $ 76 Nitrobenzene-d5 (SUR) | 82 | 4.234 | 4.246 | (0.845) | 637027 | 34.3321 | 2800 |
| * 80 Naphthalene-d8 | 136 | 5.010 | 5.021 | (1.000) | 1619733 | 40.0000 | |
| $ 77 2-Fluorobiphenyl (SUR) | 172 | 6.167 | 6.173 | (0.904) | 1104849 | 35.3802 | 2900 |
| * 82 Acenaphthene-d10 | 164 | 6.819 | 6.819 | (1.000) | 888866 | 40.0000 | |
| $ 18 2,4,6-Tribromophenol (SUR) | 330 | 7.601 | 7.607 | (1.115) | 249684 | 68.4239 | 5600 |
| * 83 Phenanthrene-d10 | 188 | 8.271 | 8.271 | (1.000) | 1171212 | 40.0000 | |
| 56 Fluoranthene | 202 | 9.446 | 9.446 | (1.142) | 5820 | 0.19131 | 16(aM) |
| 57 Pyrene | 202 | 9.657 | 9.657 | (0.891) | 6220 | 0.21830 | 18(aM) |
| $ 78 Terphenyl-d14 (SUR) | 244 | 9.851 | 9.851 | (0.908) | 827801 | 42.3646 | 3400 |
| * 81 Chrysene-d12 | 240 | 10.844 | 10.844 | (1.000) | 797768 | 40.0000 | |

```
Data File: /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20332.d
Report Date: 17-Oct-2011 12:55


                                                      CONCENTRATIONS
                          QUANT SIG                   ON-COLUMN   FINAL
Compounds                 MASS     RT   EXP RT REL RT  RESPONSE  (ug/ml)  (ug/Kg)
========================  ====     ==   ====== ======  ========  ======   =======

*  84 Perylene-d12         264   12.454 12.454 (1.000)  697033   40.0000
```

QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
M - Compound response manually integrated.

Data File: p2032.d

Date: 17-OCT-2011 11:58

Instrument: BNAMS10.i

Client ID: DUP-1

Operator: BNAMS 4

Sample Info: 460-3436-A-11-A



Manual Integration Report

Data File: p20332.d
Inj. Date and Time: 17-OCT-2011 11:58
Instrument ID: BNAMS10.i
Client ID: DUP-1
Compound:  56 Fluoranthene
CAS #: 206-44-0
Report Date: 10/18/2011

### Processing Integration Results

RT:        9.85

Response: 3291

Amount:    0

Conc:      9



### Manual Integration Results

RT:        9.45

Response: 5820

Amount:    0

Conc:      16



Manually Integrated By: wahied
Manual Integration Reason:

Manual Integration Report

Data File: p20332.d
Inj. Date and Time: 17-OCT-2011 11:58
Instrument ID: BNAMS10.i
Client ID: DUP-1
Compound: 57 Pyrene
CAS #: 129-00-0
Report Date: 10/18/2011

Processing Integration Results

RT:        9.85

Response: 3291

Amount:    0

Conc:      9



Manual Integration Results

RT:        9.66

Response: 6220

Amount:    0

Conc:      18



Manually Integrated By: wahied
Manual Integration Reason:

```
                                   FORM I
                    GC/MS SEMI VOA ORGANICS ANALYSIS DATA SHEET
```

Lab Name:  TestAmerica Edison             Job No.:  460-32436-1

SDG No.:

Client Sample ID:  FB101411               Lab Sample ID:  460-32436-12

Matrix:  Water                            Lab File ID:  x18699.d

Analysis Method:  8270C                   Date Collected:  10/14/2011  14:55

Extract. Method:  3510C                   Date Extracted:  10/15/2011  07:29

Sample wt/vol:  1000(mL)                  Date Analyzed:  10/17/2011  07:55

Con. Extract Vol.:  2(mL)                 Dilution Factor:  1

Injection Volume:  1(uL)                  Level: (low/med)  Low

% Moisture:                               GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89759                Units:  ug/L

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|-----|-----|
| 91-20-3 | Naphthalene | 10 | U | 10 | 2.7 |
| 208-96-8 | Acenaphthylene | 10 | U | 10 | 2.7 |
| 83-32-9 | Acenaphthene | 10 | U | 10 | 2.7 |
| 86-73-7 | Fluorene | 10 | U | 10 | 2.8 |
| 85-01-8 | Phenanthrene | 10 | U | 10 | 3.1 |
| 120-12-7 | Anthracene | 10 | U | 10 | 2.8 |
| 206-44-0 | Fluoranthene | 10 | U | 10 | 3.2 |
| 129-00-0 | Pyrene | 10 | U | 10 | 2.9 |
| 56-55-3 | Benzo[a]anthracene | 1.0 | U | 1.0 | 0.27 |
| 218-01-9 | Chrysene | 10 | U | 10 | 3.1 |
| 205-99-2 | Benzo[b]fluoranthene | 1.0 | U | 1.0 | 0.26 |
| 207-08-9 | Benzo[k]fluoranthene | 1.0 | U | 1.0 | 0.26 |
| 50-32-8 | Benzo[a]pyrene | 1.0 | U | 1.0 | 0.14 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 1.0 | U | 1.0 | 0.15 |
| 53-70-3 | Dibenz(a,h)anthracene | 1.0 | U | 1.0 | 0.090 |
| 191-24-2 | Benzo[g,h,i]perylene | 10 | U | 10 | 2.0 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 82 | | 56-112 |
| 1718-51-0 | Terphenyl-d14 | 92 | | 50-122 |
| 321-60-8 | 2-Fluorobiphenyl | 76 | | 53-108 |

FORM I 8270C

```
Data File: /chem/BNAMS5.i/8270/10-16-11/16oct11a.b/x18699.d
Report Date: 18-Oct-2011 13:45


                              TestAmerica

                   SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS5.i/8270/10-16-11/16oct11a.b/x18699.d
Lab Smp Id: 460-32436-A-12-A            Client Smp ID: FB101411
Inj Date : 17-OCT-2011 07:55
Operator : BNAMS 4                      Inst ID: BNAMS5.i
Smp Info : 460-32436-A-12-A
Misc Info : 460-32436-A-12-A
Comment  :
Method   : /chem/BNAMS5.i/8270/10-16-11/16oct11a.b/8270C_08SP.m
Meth Date : 17-Oct-2011 11:12 monica    Quant Type: ISTD
Cal Date : 16-OCT-2011 17:47            Cal File: x18663.d
Als bottle: 43
Dil Factor: 1.00000
Integrator: HP RTE                      Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * 1000*Vt/Vo * CpndVariable

        Name          Value           Description
   --------------  --------------  ------------------------
        DF          1.00000         Dilution Factor
        Vt          2.00000         Volume of final extract (mL)
        Vo          1000.00000      Volume of sample extracted (mL)

Cpnd Variable                      Local Compound Variable
```

Data File: x18699.d

Date: 17-OCT-2011 07:55

Client ID: FB101411

Sample Info: 460-3236-A-12-A

Instrument: BNAMS5.i

Operator: BNAMS 4

11/02/2011



Lab Name: TestAmerica Edison    Job No.: 460-32436-1    Analy Batch No.: 89094

SDG No.:

Instrument ID: BNAMS10    GC Column: Rtx-5MS    ID: 0.25 (mm)    Heated Purge: (Y/N) N

Calibration Start Date: 10/10/2011 12:55    Calibration End Date: 10/10/2011 15:04    Calibration ID: 12645

Calibration Files:

| LEVEL: | LAB SAMPLE ID: | LAB FILE ID: |
|---|---|---|
| Level 1 | IC 460-89094/4 | p20112.d |
| Level 2 | IC 460-89094/7 | p20115.d |
| Level 3 | IC 460-89094/6 | p20114.d |
| Level 4 | ICIS 460-89094/2 | p20110.d |
| Level 5 | IC 460-89094/5 | p20113.d |
| Level 6 | IC 460-89094/3 | p20111.d |

| ANALYTE | RRF LVL 1 / LVL 6 | RRF LVL 2 | RRF LVL 3 | RRF LVL 4 | RRF LVL 5 | CURVE TYPE | COEFFICIENT B | COEFFICIENT M1 | COEFFICIENT M2 | # | MIN RRF | # | %RSD | MAX %RSD | $R^2$ OR COD | # | MIN $R^2$ OR COD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,4-Dioxane | 0.8335 / 0.6642 | 0.9034 | 0.8843 | 0.6691 | 0.8418 | Ave | | 0.7994 | | | | | 13.3 | 15.0 | N | | |
| N-Nitrosodimethylamine | 0.9724 / 0.8447 | 0.9736 | 0.9955 | 0.9001 | 0.9172 | Ave | | 0.9339 | | | | | 6.1 | 15.0 | | | |
| Pyridine | 1.7597 / 1.4322 | 1.8234 | 1.7753 | 1.5547 | 1.5646 | Ave | | 1.6517 | | | | | 9.4 | 15.0 | | | |
| 2,3,7,8-TCDD (Screen) | +++++ / +++++ | +++++ | +++++ | 0.1501 | +++++ | Ave | | 0.1501 | | | | | | 15.0 | | | |
| Benzaldehyde | 0.9784 / +++++ | 0.6627 | 0.5184 | 0.4402 | 0.2441 | Ave | | 0.5688 | | | | | 48.2 * | 15.0 | | | |
| Aniline | 1.8392 / 1.4949 | 1.8207 | 1.7499 | 1.6840 | 1.5020 | Ave | | 1.6818 | | | | | 9.1 | 15.0 | | | |
| Phenol | 1.6983 / 1.3479 | 1.5832 | 1.4931 | 1.4448 | 1.2069 | Ave | | 1.4623 | | | | | 11.8 | 30.0 | | | |
| Bis(2-chloroethyl)ether | 1.4419 / 1.2544 | 1.1844 | 1.1617 | 1.1866 | 1.1550 | Ave | | 1.2307 | | | | | 8.9 | 15.0 | | | |
| 2-Chlorophenol | 1.2858 / 1.0420 | 1.3109 | 1.2130 | 1.1872 | 1.0721 | Ave | | 1.1851 | | | | | 9.2 | 15.0 | | | |
| Decane | 0.9884 / 1.1637 | 1.0148 | 1.0291 | 1.0592 | 1.1056 | Ave | | 1.0601 | | | | | 6.1 | 15.0 | | | |
| 1,3-Dichlorobenzene | 1.5663 / 1.5938 | 1.5884 | 1.5237 | 1.5532 | 1.5762 | Ave | | 1.5669 | | | | | 1.6 | 15.0 | | | |
| 1,4-Dichlorobenzene | 1.5831 / 1.5954 | 1.5795 | 1.5465 | 1.5785 | 1.5856 | Ave | | 1.5781 | | | | | 1.1 | 30.0 | | | |
| Benzyl alcohol | 0.6557 / 0.6430 | 0.6704 | 0.6584 | 0.7132 | 0.6368 | Ave | | 0.6629 | | | | | 4.1 | 15.0 | | | |
| 1,2-Dichlorobenzene | 1.5084 / 1.4920 | 1.4551 | 1.4201 | 1.4924 | 1.4924 | Ave | | 1.4767 | | | | | 2.2 | 15.0 | | | |
| 2,2'-oxybis[1-chloropropane] | 0.9418 / 0.9432 | 0.9410 | 0.9407 | 0.9378 | 0.9312 | Ave | | 0.9393 | | | | | 0.5 | 15.0 | | | |

Note: The ml coefficient is the same as the Ave RRF for an Ave curve type.

FORM VI 8270C     **Page 250 of 354**     11/02/2011

Lab Name: TestAmerica Edison    Job No.: 460-32436-1    Analy Batch No.: 89094

SDG No.:

Instrument ID: BNAMS10    GC Column: Rtx-5MS    ID: 0.25 (mm)    Heated Purge: (Y/N) N

Calibration Start Date: 10/10/2011 12:55    Calibration End Date: 10/10/2011 15:04    Calibration ID: 12645

| ANALYTE | RRF LVL 1 / LVL 6 | RRF LVL 2 | RRF LVL 3 | RRF LVL 4 | RRF LVL 5 | CURVE TYPE | COEFFICIENT B | COEFFICIENT M1 | COEFFICIENT M2 | MIN RRF | %RSD | MAX %RSD | R^2 OR COD | # | MIN R^2 OR COD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-Methylphenol | 1.1537 / 0.8951 | 1.0710 | 1.0129 | 1.0304 | 0.9052 | Ave | | 1.0114 | | | 9.8 | 15.0 | | | |
| o-Toluidine | 1.4292 / 1.3178 | 1.4121 | 1.4067 | 1.4085 | 1.3039 | Ave | | 1.3797 | | | 3.9 | 15.0 | | | |
| Acetophenone | 1.8041 / 1.5185 | 1.5711 | 1.6256 | 1.5833 | 1.4735 | Ave | | 1.5960 | | | 7.2 | 15.0 | | | |
| N-Nitrosodi-n-propylamine | 0.9030 / 0.8289 | 0.8727 | 0.8628 | 0.8270 | 0.7781 | Ave | | 0.8454 | | 0.0500 | 5.2 | 15.0 | | | |
| 3 & 4 Methylphenol | 1.2224 / 1.0287 | 1.2293 | 1.1185 | 1.1372 | 0.9793 | Ave | | 1.1193 | | | 9.0 | 15.0 | | | |
| 4-Methylphenol | 1.2263 / 1.0132 | 1.2137 | 1.1025 | 1.1303 | 0.9793 | Ave | | 1.1109 | | | 9.1 | 15.0 | | | |
| Hexachloroethane | 0.6095 / 0.6211 | 0.6175 | 0.5990 | 0.5984 | 0.6024 | Ave | | 0.6080 | | | 1.6 | 15.0 | | | |
| Nitrobenzene | 0.6667 / 0.6223 | 0.6506 | 0.6265 | 0.6387 | 0.6354 | Ave | | 0.6400 | | | 2.6 | 15.0 | | | |
| n,n'-Dimethylaniline | 1.6367 / 1.6683 | 1.7234 | 1.7005 | 1.7038 | 1.6170 | Ave | | 1.6749 | | | 2.5 | 15.0 | | | |
| Isophorone | 0.6949 / 0.6204 | 0.6889 | 0.6592 | 0.6562 | 0.6202 | Ave | | 0.6566 | | | 4.9 | 15.0 | | | |
| 2-Nitrophenol | 0.2139 / 0.2023 | 0.2046 | 0.1996 | 0.2086 | 0.2010 | Ave | | 0.2050 | | | 2.6 | 30.0 | | | |
| 2,4-Dimethylphenol | 0.3365 / 0.2986 | 0.3340 | 0.3196 | 0.3179 | 0.2933 | Ave | | 0.3167 | | | 5.6 | 15.0 | | | |
| Bis(2-chloroethoxy)methane | 0.3837 / 0.3855 | 0.3879 | 0.3710 | 0.3861 | 0.3885 | Ave | | 0.3838 | | | 1.7 | 15.0 | | | |
| Benzoic acid | 0.1396 / 0.1673 | 0.1517 | 0.1355 | 0.1760 | 0.1457 | Ave | | 0.1526 | | | 10.4 | 15.0 | | | |
| 2,4-Dichlorophenol | 0.3078 / 0.2914 | 0.3204 | 0.3079 | 0.3086 | 0.2896 | Ave | | 0.3043 | | | 3.8 | 30.0 | | | |
| 1,2,4-Trichlorobenzene | 0.3428 / 0.3814 | 0.3982 | 0.3715 | 0.3723 | 0.3909 | Ave | | 0.3762 | | | 5.2 | 15.0 | | | |
| Naphthalene | 1.0285 / 0.9747 | 1.0779 | 1.0188 | 1.0231 | 1.0245 | Ave | | 1.0246 | | | 3.2 | 15.0 | | | |
| 4-Chloroaniline | 0.3481 / 0.3417 | 0.3660 | 0.3445 | 0.3503 | 0.3365 | Ave | | 0.3479 | | | 2.9 | 15.0 | | | |
| Hexachlorobutadiene | 0.2423 / 0.2566 | 0.2498 | 0.2360 | 0.2437 | 0.2596 | Ave | | 0.2480 | | | 3.6 | 30.0 | | | |
| Caprolactam | 0.0648 / 0.0647 | 0.0631 | 0.0688 | 0.0726 | 0.0734 | Ave | | 0.0679 | | | 6.4 | 15.0 | | | |

Note: The ml coefficient is the same as Ave RRF for an Ave curve type.

FORM VI 8270C

11/02/2011

FORM VI
GC/MS SEMI VOA INITIAL CALIBRATION DATA
INTERNAL STANDARD CURVE EVALUTION

Lab Name: TestAmerica Edison          Job No.: 460-32436-1          Analy Batch No.: 89094

SDG No.:

Instrument ID: BNAMS10          GC Column: Rtx-5MS          ID: 0.25 (mm)          Heated Purge: (Y/N)  N

Calibration Start Date: 10/10/2011  12:55          Calibration End Date: 10/10/2011  15:04          Calibration ID: 12645

| ANALYTE | RRF | | | | | | CURVE TYPE | COEFFICIENT | | | # | MIN RRF | %RSD | # | MAX %RSD | # | R^2 OR COD | # | MIN R^2 OR COD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LVL 1 LVL 6 | LVL 2 | LVL 3 | LVL 4 | LVL 5 | | | B | M1 | M2 | | | | | | | | | |
| 4-Chloro-3-methylphenol | 0.2988 0.2491 | 0.2904 | 0.2669 | 0.2711 | 0.2535 | Ave | | 0.2716 | | | | | 7.3 | | 30.0 | | | | |
| 2-Methylnaphthalene | 0.6490 0.6453 | 0.6707 | 0.6294 | 0.6418 | 0.6454 | Ave | | 0.6469 | | | | | 2.1 | | 15.0 | | | | |
| 1-Methylnaphthalene | 0.6590 0.6487 | 0.6442 | 0.6652 | 0.6644 | 0.6538 | Ave | | 0.6559 | | | | | 1.3 | | 15.0 | | | | |
| Hexachlorocyclopentadiene | 0.3698 0.4764 | 0.3535 | 0.3948 | 0.4821 | 0.4453 | Ave | | 0.4203 | | | | 0.0500 | 13.1 | | 15.0 | | | | |
| 1,2,4,5-Tetrachlorobenzene | 0.6689 0.7531 | 0.6806 | 0.7309 | 0.7471 | 0.7251 | Ave | | 0.7176 | | | | | 4.9 | | 30.0 | | | | |
| 2-tertbutyl-4-methylphenol | 0.4749 0.4362 | 0.4628 | 0.4610 | 0.4499 | 0.4392 | Ave | | 0.4540 | | | | | 3.3 | | 15.0 | | | | |
| 2,4,6-Trichlorophenol | 0.4061 0.3964 | 0.4019 | 0.3842 | 0.4094 | 0.3787 | Ave | | 0.3961 | | | | | 3.1 | | 30.0 | | | | |
| 2,4,5-Trichlorophenol | 0.3926 0.3883 | 0.4276 | 0.3855 | 0.4133 | 0.3840 | Ave | | 0.3985 | | | | | 4.5 | | 15.0 | | | | |
| Diphenyl | 1.5891 1.5617 | 1.5267 | 1.5399 | 1.6057 | 1.5406 | Ave | | 1.5606 | | | | | 2.0 | | 15.0 | | | | |
| 2-Chloronaphthalene | 1.1402 1.2515 | 1.2361 | 1.1695 | 1.2632 | 1.2284 | Ave | | 1.2148 | | | | | 4.0 | | 15.0 | | | | |
| Diphenyl ether | 0.8535 0.8779 | 0.8512 | 0.8334 | 0.8811 | 0.8629 | Ave | | 0.8600 | | | | | 2.1 | | 15.0 | | | | |
| 2-Nitroaniline | 0.3971 0.4215 | 0.4411 | 0.4427 | 0.4443 | 0.4223 | Ave | | 0.4282 | | | | | 4.3 | | 15.0 | | | | |
| Dimethylnaphthalene, total | 0.9389 1.0001 | 0.9557 | 0.9832 | 1.0126 | 0.9807 | Ave | | 0.9785 | | | | | 2.8 | | 15.0 | | | | |
| Coumarin | 0.1829 0.1608 | 0.1613 | 0.1756 | 0.1716 | 0.1716 | Ave | | 0.1706 | | | | | 5.0 | | 15.0 | | | | |
| Dimethyl phthalate | 1.1418 1.0646 | 1.0976 | 1.0959 | 1.1144 | 1.0880 | Ave | | 1.1004 | | | | | 2.4 | | 15.0 | | | | |
| 2,6-Dinitrotoluene | 0.2510 0.2438 | 0.2543 | 0.2546 | 0.2578 | 0.2497 | Ave | | 0.2519 | | | | | 1.9 | | 15.0 | | | | |
| Acenaphthylene | 1.7231 1.5468 | 1.7510 | 1.6784 | 1.6932 | 1.5710 | Ave | | 1.6606 | | | | | 5.0 | | 15.0 | | | | |
| 3-Nitroaniline | 0.2562 0.2356 | 0.2419 | 0.2589 | 0.2631 | 0.2597 | Ave | | 0.2526 | | | | | 4.4 | | 15.0 | | | | |
| Acenaphthene | 0.9841 1.0408 | 1.0279 | 1.0127 | 1.0454 | 1.0145 | Ave | | 1.0209 | | | | | 2.2 | | 30.0 | | | | |
| 3,5-di-tert-butyl-4-hydroxytol | 1.1068 1.1790 | 1.1221 | 1.1786 | 1.1902 | 1.1752 | Ave | | 1.1587 | | | | | 3.0 | | 15.0 | | | | |

Note: The ml coefficient is the same as Ave RRF for an Ave curve type.

FORM VI 8270C