```
Data File: /chem/BNAMS10.i/8270/10-10-11/10oct11.b/p20108.d
Report Date: 10-Oct-2011 15:24


                              TestAmerica


Data file : /chem/BNAMS10.i/8270/10-10-11/10oct11.b/p20108.d
Lab Smp Id: DFTPP-1175410
Inj Date  : 10-OCT-2011 11:52
Operator  : BNA2                           Inst ID: BNAMS10.i
Smp Info  : DFTPP-1175410
Misc Info : 25 ppm BNA4589
Comment   :
Method    : /chem/BNAMS10.i/8270/10-10-11/10oct11.b/BNADFTPP.m
Meth Date : 07-Oct-2011 05:37 asfawa       Quant Type: ESTD
Cal Date  :                                Cal File:
Als bottle: 1                              QC Sample: DFTPP
Dil Factor: 1.00000
Integrator: HP RTE                         Compound Sublist: all.sub
Target Version:  3.50                      Sample Matrix: None



                        CONCENTRATIONS
                         ON-COL   FINAL
   RT   EXP RT  DLT RT  MASS  RESPONSE ( ug/L) ( ug/L)  TARGET RANGE    RATIO
   ==   ====== ======= ====  ======== ======= =======  ============    =====


   1 dftpp                                CAS #:
  4.241  4.324  -0.083  198   55157                     0.00- 100.00   100.00
  4.241  4.324  -0.083   51   19702                    30.00-  60.00    35.72
  4.241  4.324  -0.083   68      0                      0.00-   2.00     0.00
  4.241  4.324  -0.083   69   25633                     0.00-   0.00    46.47
  4.241  4.324  -0.083   70      0                      0.00-   2.00     0.00
  4.241  4.324  -0.083  127   24589                    40.00-  60.00    44.58
  4.241  4.324  -0.083  197      0                      0.00-   1.00     0.00
  4.241  4.324  -0.083  199    3304                     5.00-   9.00     5.99
  4.241  4.324  -0.083  275   14633                    10.00-  30.00    26.53
  4.241  4.324  -0.083  365    2192                     1.00-   0.00     3.97
  4.241  4.324  -0.083  441    4854                     0.01- 100.00    77.63
  4.241  4.324  -0.083  442   33792                    40.00- 110.00    61.27
  4.241  4.324  -0.083  443    6253                    17.00-  23.00    18.50
----------------------------------------------------------------------------
```

Data File: p20108.d

Date: 10-OCT-2011 11:52

Client ID:                                          Instrument: BNAMS10.i

Sample Info: DFTPP-1175410                           Operator: BNA2





| m/e | ION ABUNDANCE CRITERIA | % RELATIVE ABUNDANCE |
|-----|------------------------|----------------------|
| 198 | Base Peak, 100% relative abundance | 100.00 |
| 51 | 30.00 - 60.00% of mass 198 | 35.72 |
| 68 | Less than  2.00% of mass 69 | 0.00 ( 0.00) |
| 69 | Mass 69 relative abundance | 46.47 |
| 70 | Less than  2.00% of mass 69 | 0.00 ( 0.00) |
| 127 | 40.00 - 60.00% of mass 198 | 44.58 |
| 197 | Less than  1.00% of mass 198 | 0.00 |
| 199 | 5.00 -  9.00% of mass 198 | 5.99 |
| 275 | 10.00 - 30.00% of mass 198 | 26.53 |
| 365 | Greater than  1.00% of mass 198 | 3.97 |
| 441 | 0.01 - 100.00% of mass 443 | 8.80 ( 77.63) |
| 442 | 40.00 - 110.00% of mass 198 | 61.27 |
| 443 | 17.00 - 23.00% of mass 442 | 11.34 ( 18.50) |

Data File: p20108.d

Date: 10-OCT-2011 11:52

Client ID:                                Instrument: BNAMS10.i

Sample Info: DFTPP-1175410                 Operator: BNA2


          Data File: /chem/BNAMS10.i/8270/10-10-11/10oct11.b/p20108.d
            Spectrum: Average Spectrum: 4.235 to 4.247 min.
     Location of Maximum: 198.00
       Number of points: 157

| m/z | Y | m/z | Y | m/z | Y | m/z | Y |
|---|---|---|---|---|---|---|---|
| 38.00 | 210 | 116.00 | 504 | 180.00 | 1819 | 255.00 | 33664 |
| 39.00 | 1353 | 117.00 | 8168 | 181.00 | 959 | 256.00 | 5161 |
| 43.00 | 192 | 118.00 | 515 | 185.00 | 924 | 257.00 | 192 |
| 50.00 | 6229 | 122.00 | 823 | 186.00 | 8313 | 258.00 | 2708 |
| 51.00 | 19696 | 123.00 | 994 | 187.00 | 2745 | 259.00 | 345 |
| 52.00 | 1352 | 124.00 | 365 | 188.00 | 171 | 265.00 | 718 |
| 55.00 | 485 | 125.00 | 222 | 189.00 | 446 | 273.00 | 1011 |
| 56.00 | 727 | 127.00 | 24584 | 191.00 | 172 | 274.00 | 2686 |
| 57.00 | 1340 | 128.00 | 1920 | 192.00 | 975 | 275.00 | 14633 |
| 63.00 | 753 | 129.00 | 11599 | 193.00 | 1113 | 276.00 | 1783 |
| 65.00 | 451 | 130.00 | 1240 | 196.00 | 1326 | 277.00 | 1556 |
| 69.00 | 25632 | 134.00 | 239 | 198.00 | 55152 | 296.00 | 5163 |
| 73.00 | 437 | 135.00 | 755 | 199.00 | 3304 | 297.00 | 772 |
| 74.00 | 2799 | 136.00 | 227 | 203.00 | 540 | 303.00 | 704 |
| 75.00 | 4631 | 137.00 | 543 | 204.00 | 2202 | 304.00 | 170 |
| 76.00 | 1356 | 141.00 | 1775 | 205.00 | 4121 | 314.00 | 186 |
| 77.00 | 28032 | 142.00 | 687 | 206.00 | 15608 | 315.00 | 322 |
| 78.00 | 2149 | 143.00 | 219 | 207.00 | 2036 | 316.00 | 211 |
| 79.00 | 2348 | 146.00 | 171 | 208.00 | 632 | 323.00 | 1125 |
| 80.00 | 1456 | 147.00 | 834 | 209.00 | 191 | 324.00 | 185 |
| 81.00 | 2364 | 148.00 | 2063 | 211.00 | 502 | 327.00 | 170 |
| 82.00 | 540 | 149.00 | 418 | 215.00 | 231 | 334.00 | 1129 |
| 83.00 | 595 | 153.00 | 487 | 216.00 | 191 | 335.00 | 210 |
| 85.00 | 396 | 154.00 | 173 | 217.00 | 4490 | 346.00 | 225 |
| 86.00 | 529 | 155.00 | 867 | 218.00 | 423 | 352.00 | 274 |
| 87.00 | 409 | 156.00 | 1073 | 221.00 | 2391 | 354.00 | 223 |
| 91.00 | 398 | 158.00 | 340 | 222.00 | 821 | 365.00 | 2192 |
| 92.00 | 419 | 160.00 | 404 | 223.00 | 985 | 366.00 | 255 |
| 93.00 | 3912 | 161.00 | 593 | 224.00 | 8542 | 372.00 | 676 |
| 95.00 | 168 | 165.00 | 564 | 225.00 | 2140 | 383.00 | 230 |
| 98.00 | 3040 | 166.00 | 606 | 227.00 | 4361 | 403.00 | 433 |
| 99.00 | 2219 | 167.00 | 3281 | 228.00 | 663 | 421.00 | 207 |
| 101.00 | 1326 | 168.00 | 1714 | 229.00 | 976 | 423.00 | 2254 |
| 103.00 | 195 | 172.00 | 203 | 231.00 | 182 | 441.00 | 4854 |
| 104.00 | 1072 | 173.00 | 211 | 242.00 | 184 | 442.00 | 33792 |
| 105.00 | 664 | 174.00 | 549 | 243.00 | 377 | 443.00 | 6253 |
| 107.00 | 8164 | 175.00 | 1225 | 244.00 | 5843 | 444.00 | 719 |
| 108.00 | 1460 | 176.00 | 240 | 245.00 | 793 | | |
| 110.00 | 13161 | 177.00 | 460 | 246.00 | 1453 | | |
| 111.00 | 2353 | 179.00 | 2531 | 254.00 | 176 | | |

TestAmerica

```
Data file : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20327.d
Lab Smp Id: DFTPP-1175410
Inj Date  : 17-OCT-2011 09:35
Operator  : BNAMS3                              Inst ID: BNAMS10.i
Smp Info  : DFTPP-1175410
Misc Info : 25 ppm BNA4589
Comment   :
Method    : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/BNADFTPP.m
Meth Date : 17-Oct-2011 09:25 monica           Quant Type: ESTD
Cal Date  :                                     Cal File:
Als bottle: 1                                   QC Sample: DFTPP
Dil Factor: 1.00000
Integrator: HP RTE                              Compound Sublist: all.sub
Target Version: 3.50                            Sample Matrix: None
```

| | | | | | CONCENTRATIONS | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | ON-COL | FINAL | | |
| RT | EXP RT | DLT RT | MASS | RESPONSE | ( ug/L) | ( ug/L) | TARGET RANGE | RATIO |
| == | ====== | ======= | ==== | ======== | ======= | ======= | ============ | ===== |

1 dftpp                                        CAS #:

| RT | EXP RT | DLT RT | MASS | RESPONSE | TARGET RANGE | RATIO |
|---|---|---|---|---|---|---|
| 4.141 | 4.100 | 0.041 | 198 | 50477 | 0.00- 100.00 | 100.00 |
| 4.141 | 4.100 | 0.041 | 51 | 19473 | 30.00- 60.00 | 38.58 |
| 4.141 | 4.100 | 0.041 | 68 | 330 | 0.00- 2.00 | 1.46 |
| 4.141 | 4.100 | 0.041 | 69 | 22540 | 0.00- 0.00 | 44.65 |
| 4.141 | 4.100 | 0.041 | 70 | 0 | 0.00- 2.00 | 0.00 |
| 4.141 | 4.100 | 0.041 | 127 | 23298 | 40.00- 60.00 | 46.16 |
| 4.141 | 4.100 | 0.041 | 197 | 175 | 0.00- 1.00 | 0.35 |
| 4.141 | 4.100 | 0.041 | 199 | 3380 | 5.00- 9.00 | 6.70 |
| 4.141 | 4.100 | 0.041 | 275 | 13114 | 10.00- 30.00 | 25.98 |
| 4.141 | 4.100 | 0.041 | 365 | 2326 | 1.00- 0.00 | 4.61 |
| 4.141 | 4.100 | 0.041 | 441 | 4484 | 0.01- 100.00 | 73.76 |
| 4.141 | 4.100 | 0.041 | 442 | 30624 | 40.00- 110.00 | 60.67 |
| 4.141 | 4.100 | 0.041 | 443 | 6079 | 17.00- 23.00 | 19.85 |

-----------------------------------------------------------------------

Data File: p20327.d

Date: 17-OCT-2011 09:35

Client ID:                                    Instrument: BNAMS10.i

Sample Info: DFTPP-1175410                    Operator: BNAMS3



1 dftpp



| m/e | ION ABUNDANCE CRITERIA | % RELATIVE ABUNDANCE |
|-----|------------------------|----------------------|
| 198 | Base Peak, 100% relative abundance | 100.00 |
| 51 | 30.00 - 60.00% of mass 198 | 38.58 |
| 68 | Less than 2.00% of mass 69 | 0.65 ( 1.46) |
| 69 | Mass 69 relative abundance | 44.65 |
| 70 | Less than 2.00% of mass 69 | 0.00 ( 0.00) |
| 127 | 40.00 - 60.00% of mass 198 | 46.16 |
| 197 | Less than 1.00% of mass 198 | 0.35 |
| 199 | 5.00 - 9.00% of mass 198 | 6.70 |
| 275 | 10.00 - 30.00% of mass 198 | 25.98 |
| 365 | Greater than 1.00% of mass 198 | 4.61 |
| 441 | 0.01 - 100.00% of mass 443 | 8.88 ( 73.76) |
| 442 | 40.00 - 110.00% of mass 198 | 60.67 |
| 443 | 17.00 - 23.00% of mass 442 | 12.04 ( 19.85) |

Data File: p20327.d

Date: 17-OCT-2011 09:35

Client ID:                                    Instrument: BNAMS10.i

Sample Info: DFTPP-1175410                     Operator: BNAMS3


                    Data File: /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20327.d
                         Spectrum: Average Spectrum: 4.136 to 4.147 min.
              Location of Maximum: 198.00
                 Number of points: 150

| m/z | Y | m/z | Y | m/z | Y | m/z | Y |
|---|---|---|---|---|---|---|---|
| 38.00 | 179 | 117.00 | 8308 | 179.00 | 2793 | 245.00 | 781 |
| 39.00 | 1404 | 118.00 | 446 | 180.00 | 1439 | 246.00 | 1309 |
| 50.00 | 4932 | 122.00 | 499 | 181.00 | 488 | 247.00 | 249 |
| 51.00 | 19472 | 123.00 | 957 | 185.00 | 912 | 255.00 | 32432 |
| 52.00 | 994 | 124.00 | 356 | 186.00 | 8321 | 256.00 | 4714 |
| 56.00 | 669 | 125.00 | 396 | 187.00 | 2617 | 257.00 | 236 |
| 57.00 | 1213 | 127.00 | 23296 | 189.00 | 586 | 258.00 | 2107 |
| 63.00 | 888 | 128.00 | 1947 | 192.00 | 633 | 259.00 | 171 |
| 65.00 | 379 | 129.00 | 11499 | 193.00 | 957 | 265.00 | 1118 |
| 68.00 | 330 | 130.00 | 900 | 196.00 | 1218 | 273.00 | 821 |
| 69.00 | 22536 | 134.00 | 192 | 197.00 | 175 | 274.00 | 2381 |
| 73.00 | 183 | 135.00 | 1111 | 198.00 | 50472 | 275.00 | 13114 |
| 74.00 | 2699 | 136.00 | 196 | 199.00 | 3380 | 276.00 | 1603 |
| 75.00 | 4148 | 137.00 | 547 | 201.00 | 181 | 277.00 | 1281 |
| 76.00 | 1259 | 141.00 | 1348 | 203.00 | 384 | 285.00 | 181 |
| 77.00 | 26160 | 142.00 | 237 | 204.00 | 1893 | 293.00 | 194 |
| 78.00 | 1747 | 143.00 | 218 | 205.00 | 3960 | 296.00 | 4851 |
| 79.00 | 2154 | 146.00 | 354 | 206.00 | 14218 | 297.00 | 946 |
| 80.00 | 1311 | 147.00 | 756 | 207.00 | 1634 | 303.00 | 496 |
| 81.00 | 1773 | 148.00 | 1994 | 208.00 | 353 | 315.00 | 540 |
| 82.00 | 451 | 149.00 | 378 | 210.00 | 182 | 323.00 | 1656 |
| 83.00 | 383 | 152.00 | 179 | 211.00 | 315 | 334.00 | 1068 |
| 86.00 | 484 | 153.00 | 437 | 216.00 | 223 | 352.00 | 426 |
| 87.00 | 167 | 154.00 | 481 | 217.00 | 4454 | 354.00 | 234 |
| 91.00 | 338 | 155.00 | 592 | 218.00 | 697 | 365.00 | 2326 |
| 92.00 | 594 | 156.00 | 1148 | 221.00 | 2262 | 366.00 | 224 |
| 93.00 | 3312 | 157.00 | 174 | 222.00 | 530 | 372.00 | 744 |
| 98.00 | 2484 | 160.00 | 203 | 223.00 | 795 | 373.00 | 224 |
| 99.00 | 2195 | 161.00 | 970 | 224.00 | 7916 | 403.00 | 284 |
| 101.00 | 851 | 165.00 | 867 | 225.00 | 1812 | 421.00 | 234 |
| 103.00 | 434 | 166.00 | 182 | 227.00 | 3832 | 422.00 | 219 |
| 104.00 | 589 | 167.00 | 3108 | 228.00 | 491 | 423.00 | 1990 |
| 105.00 | 1022 | 168.00 | 1561 | 229.00 | 660 | 441.00 | 4484 |
| 107.00 | 7988 | 169.00 | 188 | 234.00 | 171 | 442.00 | 30624 |
| 108.00 | 984 | 173.00 | 175 | 241.00 | 167 | 443.00 | 6079 |
| 110.00 | 12615 | 174.00 | 550 | 242.00 | 371 | 444.00 | 639 |
| 111.00 | 2061 | 175.00 | 1272 | 243.00 | 448 | | |
| 116.00 | 235 | 177.00 | 459 | 244.00 | 6147 | | |

```
Data File: /chem/BNAMS10.i/8270/10-10-11/18oct11.b/p20356.d
Report Date: 18-Oct-2011 01:05


                              TestAmerica


Data file : /chem/BNAMS10.i/8270/10-10-11/18oct11.b/p20356.d
Lab Smp Id: DFTPP-1175410
Inj Date  : 18-OCT-2011 00:52
Operator  : BNAMS3                        Inst ID: BNAMS10.i
Smp Info  : DFTPP-1175410
Misc Info : 25 ppm BNA4589
Comment   :
Method    : /chem/BNAMS10.i/8270/10-10-11/18oct11.b/BNADFTPP.m
Meth Date : 17-OCT-2011 09:25 monica      Quant Type: ESTD
Cal Date  :                                Cal File:
Als bottle: 1                              QC Sample: DFTPP
Dil Factor: 1.00000
Integrator: HP RTE                         Compound Sublist: all.sub
Target Version:  3.50                      Sample Matrix: None



                         CONCENTRATIONS
                        ON-COL   FINAL
   RT   EXP RT  DLT RT  MASS  RESPONSE ( ug/L)  ( ug/L)  TARGET RANGE    RATIO
   ==   ====== =======  ====  ======== =======  =======  ============    =====


   1 dftpp                                     CAS #:
  4.100  4.100  0.000   198   42444                       0.00- 100.00  100.00
  4.100  4.100  0.000    51   17805                      30.00-  60.00   41.95
  4.100  4.100  0.000    68       0                       0.00-   2.00    0.00
  4.100  4.100  0.000    69   21550                       0.00-   0.00   50.77
  4.100  4.100  0.000    70       0                       0.00-   2.00    0.00
  4.100  4.100  0.000   127   21530                      40.00-  60.00   50.73
  4.100  4.100  0.000   197       0                       0.00-   1.00    0.00
  4.100  4.100  0.000   199    2543                       5.00-   9.00    5.99
  4.100  4.100  0.000   275   10028                      10.00-  30.00   23.63
  4.100  4.100  0.000   365    1862                       1.00-   0.00    4.39
  4.100  4.100  0.000   441    3199                       0.01- 100.00   77.20
  4.100  4.100  0.000   442   22341                      40.00- 110.00   52.64
  4.100  4.100  0.000   443    4144                      17.00-  23.00   18.55
---------------------------------------------------------------------------
```

Data File: p20356.d

Date: 18-OCT-2011 00:52

Client ID:                                    Instrument: BNAMS10.i

Sample Info: DFTPP-1175410                     Operator: BNAMS3



Data File: p20356.d

Date: 18-OCT-2011 00:52

Client ID:                                    Instrument: BNAMS10.i

Sample Info: DFTPP-1175410                     Operator: BNAMS3

1 dftpp



| m/e | ION ABUNDANCE CRITERIA | % RELATIVE ABUNDANCE |
|-----|------------------------|----------------------|
| 198 | Base Peak, 100% relative abundance | 100.00 |
| 51  | 30.00 - 60.00% of mass 198 | 41.95 |
| 68  | Less than  2.00% of mass 69 | 0.00 (  0.00) |
| 69  | Mass 69 relative abundance | 50.77 |
| 70  | Less than  2.00% of mass 69 | 0.00 (  0.00) |
| 127 | 40.00 - 60.00% of mass 198 | 50.73 |
| 197 | Less than  1.00% of mass 198 | 0.00 |
| 199 | 5.00 -  9.00% of mass 198 | 5.99 |
| 275 | 10.00 - 30.00% of mass 198 | 23.63 |
| 365 | Greater than  1.00% of mass 198 | 4.39 |
| 441 | 0.01 - 100.00% of mass 443 | 7.54 ( 77.20) |
| 442 | 40.00 - 110.00% of mass 198 | 52.64 |
| 443 | 17.00 - 23.00% of mass 442 | 9.76 ( 18.55) |

Data File: p20356.d

Date: 18-OCT-2011 00:52

Client ID:                                  Instrument: BNAMS10.i

Sample Info: DFTPP-1175410               Operator: BNAMS3


               Data File: /chem/BNAMS10.i/8270/10-10-11/18oct11.b/p20356.d
                    Spectrum: Average Spectrum: 4.089 to 4.106 min.
          Location of Maximum: 198.00
          Number of points: 154

| m/z | Y | m/z | Y | m/z | Y | m/z | Y |
|------|------|------|------|------|------|------|------|
| 38.00 | 193 | 116.00 | 270 | 180.00 | 1245 | 247.00 | 141 |
| 39.00 | 1402 | 117.00 | 8023 | 181.00 | 466 | 253.00 | 170 |
| 49.00 | 149 | 118.00 | 465 | 185.00 | 1052 | 255.00 | 27104 |
| 50.00 | 4952 | 122.00 | 292 | 186.00 | 7314 | 256.00 | 4037 |
| 51.00 | 17800 | 123.00 | 849 | 187.00 | 2058 | 257.00 | 264 |
| 52.00 | 786 | 124.00 | 152 | 188.00 | 145 | 258.00 | 2013 |
| 55.00 | 165 | 127.00 | 21528 | 189.00 | 240 | 259.00 | 303 |
| 56.00 | 663 | 128.00 | 1704 | 192.00 | 431 | 265.00 | 714 |
| 57.00 | 1106 | 129.00 | 9814 | 193.00 | 636 | 266.00 | 144 |
| 62.00 | 161 | 130.00 | 1008 | 196.00 | 1590 | 273.00 | 652 |
| 63.00 | 763 | 131.00 | 140 | 198.00 | 42440 | 274.00 | 2040 |
| 65.00 | 200 | 134.00 | 137 | 199.00 | 2543 | 275.00 | 10028 |
| 69.00 | 21544 | 135.00 | 727 | 202.00 | 130 | 276.00 | 1438 |
| 73.00 | 201 | 136.00 | 167 | 203.00 | 478 | 277.00 | 1437 |
| 74.00 | 2736 | 137.00 | 200 | 204.00 | 1928 | 296.00 | 3956 |
| 75.00 | 4007 | 141.00 | 1394 | 205.00 | 3163 | 297.00 | 573 |
| 76.00 | 897 | 142.00 | 275 | 206.00 | 11548 | 303.00 | 377 |
| 77.00 | 24304 | 147.00 | 771 | 207.00 | 1615 | 315.00 | 512 |
| 78.00 | 1703 | 148.00 | 1666 | 208.00 | 342 | 316.00 | 137 |
| 79.00 | 1966 | 149.00 | 130 | 210.00 | 158 | 323.00 | 1094 |
| 80.00 | 1212 | 153.00 | 520 | 211.00 | 462 | 324.00 | 148 |
| 81.00 | 2031 | 154.00 | 201 | 215.00 | 125 | 334.00 | 844 |
| 82.00 | 699 | 155.00 | 823 | 216.00 | 160 | 346.00 | 164 |
| 83.00 | 456 | 156.00 | 1020 | 217.00 | 3419 | 352.00 | 134 |
| 85.00 | 130 | 158.00 | 185 | 218.00 | 474 | 354.00 | 133 |
| 86.00 | 753 | 160.00 | 365 | 221.00 | 1434 | 365.00 | 1862 |
| 87.00 | 143 | 161.00 | 572 | 222.00 | 416 | 366.00 | 164 |
| 91.00 | 443 | 162.00 | 146 | 223.00 | 570 | 372.00 | 666 |
| 92.00 | 416 | 165.00 | 388 | 224.00 | 7014 | 403.00 | 318 |
| 93.00 | 3969 | 166.00 | 548 | 225.00 | 1410 | 421.00 | 243 |
| 98.00 | 2602 | 167.00 | 2577 | 227.00 | 3263 | 422.00 | 145 |
| 99.00 | 1794 | 168.00 | 1469 | 228.00 | 599 | 423.00 | 1473 |
| 101.00 | 550 | 172.00 | 150 | 229.00 | 572 | 424.00 | 232 |
| 104.00 | 623 | 173.00 | 126 | 230.00 | 149 | 441.00 | 3199 |
| 105.00 | 787 | 174.00 | 613 | 242.00 | 213 | 442.00 | 22336 |
| 107.00 | 8293 | 175.00 | 1172 | 243.00 | 182 | 443.00 | 4144 |
| 108.00 | 1281 | 176.00 | 169 | 244.00 | 4796 | 444.00 | 353 |
| 110.00 | 10784 | 177.00 | 307 | 245.00 | 617 |  |  |
| 111.00 | 2083 | 179.00 | 1731 | 246.00 | 1201 |  |  |

```
Data File: /chem/BNAMS5.i/8270/10-11-11/16oct11.b/x18657.d
Report Date: 16-Oct-2011 15:23


                              TestAmerica


Data file : /chem/BNAMS5.i/8270/10-11-11/16oct11.b/x18657.d
Lab Smp Id: DFTPP-1175410
Inj Date  : 16-OCT-2011 15:15
Operator  : BNA2                              Inst ID: BNAMS5.i
Smp Info  : DFTPP-1175410
Misc Info : 25 ppm bna 4589
Comment   :
Method    : /chem/BNAMS5.i/8270/10-11-11/16oct11.b/BNADFTPP.m
Meth Date : 11-Oct-2011 11:54 monica        Quant Type: ESTD
Cal Date  :                                  Cal File:
Als bottle: 1                                QC Sample: DFTPP
Dil Factor: 1.00000
Integrator: HP RTE                           Compound Sublist: all.sub
Target Version: 3.50                         Sample Matrix: None
Processing Host: hpd1



                          CONCENTRATIONS
                         ON-COL    FINAL
   RT    EXP RT  DLT RT   MASS  RESPONSE ( ug/L)  ( ug/L)  TARGET RANGE   RATIO

   ==    ====== =======   ====  ======== =======  =======  ============   =====


  1 dftpp                                         CAS #:
  4.397  4.800  -0.403   198   334208                       0.00- 100.00  100.00
  4.397  4.800  -0.403    51   162994                      30.00-  60.00   48.77
  4.397  4.800  -0.403    68     1796                       0.00-   2.00    1.33
  4.397  4.800  -0.403    69   135416                       0.00-   0.00   40.52
  4.397  4.800  -0.403    70      927                       0.00-   2.00    0.68
  4.397  4.800  -0.403   127   171064                      40.00-  60.00   51.18
  4.397  4.800  -0.403   197     2168                       0.00-   1.00    0.65
  4.397  4.800  -0.403   199    22385                       5.00-   9.00    6.70
  4.397  4.800  -0.403   275    88837                      10.00-  30.00   26.58
  4.397  4.800  -0.403   365    12166                       1.00-   0.00    3.64
  4.397  4.800  -0.403   441    46233                       0.01- 100.00   79.82
  4.397  4.800  -0.403   442   317693                      40.00- 110.00   95.06
  4.397  4.800  -0.403   443    57922                      17.00-  23.00   18.23
---------------------------------------------------------------------------
```

Data File: x18657.d

Date: 16-OCT-2011 15:15

Client ID:

Sample Info: DFTPP-1175410

Instrument: BNAMS5.i

Operator: BNA2



Data File: x18657.d

Date: 16-OCT-2011 15:15

Client ID:                              Instrument: BNAMS5.i

Sample Info: DFTPP-1175410             Operator: BNA2

  1 dftpp



| m/e | ION ABUNDANCE CRITERIA | % RELATIVE ABUNDANCE |
|-----|------------------------|----------------------|
| 198 | Base Peak, 100% relative abundance | 100.00 |
| 51 | 30.00 - 60.00% of mass 198 | 48.77 |
| 68 | Less than 2.00% of mass 69 | 0.54 ( 1.33) |
| 69 | Mass 69 relative abundance | 40.52 |
| 70 | Less than 2.00% of mass 69 | 0.28 ( 0.68) |
| 127 | 40.00 - 60.00% of mass 198 | 51.18 |
| 197 | Less than 1.00% of mass 198 | 0.65 |
| 199 | 5.00 - 9.00% of mass 198 | 6.70 |
| 275 | 10.00 - 30.00% of mass 198 | 26.58 |
| 365 | Greater than 1.00% of mass 198 | 3.64 |
| 441 | 0.01 - 100.00% of mass 443 | 13.83 ( 79.82) |
| 442 | 40.00 - 110.00% of mass 198 | 95.06 |
| 443 | 17.00 - 23.00% of mass 442 | 17.33 ( 18.23) |

Data File: x18657.d

Date: 16-OCT-2011 15:15

Client ID:                                   Instrument: BNAMS5.i

Sample Info: DFTPP-1175410                    Operator: BNA2


                Data File: /chem/BNAMS5.i/8270/10-16-11/16oct11.b/x18657.d
                   Spectrum: Average Spectrum: 4.392 to 4.403 min.
           Location of Maximum: 198.00
              Number of points: 286

| m/z | Y | m/z | Y | m/z | Y | m/z | Y |
|---|---|---|---|---|---|---|---|
| 36.00 | 1278 | 115.00 | 199 | 188.00 | 1491 | 274.00 | 15040 |
| 37.00 | 1010 | 116.00 | 2265 | 189.00 | 2919 | 275.00 | 88832 |
| 38.00 | 2365 | 117.00 | 33208 | 190.00 | 177 | 276.00 | 11438 |
| 39.00 | 13480 | 118.00 | 2871 | 191.00 | 1566 | 277.00 | 6815 |
| 40.00 | 5244 | 119.00 | 415 | 192.00 | 3819 | 278.00 | 1111 |
| 41.00 | 2086 | 120.00 | 591 | 193.00 | 4389 | 281.00 | 642 |
| 42.00 | 647 | 122.00 | 3006 | 194.00 | 1191 | 282.00 | 173 |
| 43.00 | 1585 | 123.00 | 4130 | 195.00 | 228 | 283.00 | 1098 |
| 44.00 | 4940 | 124.00 | 1965 | 196.00 | 9350 | 284.00 | 806 |
| 45.00 | 744 | 125.00 | 2032 | 197.00 | 2168 | 285.00 | 1318 |
| 47.00 | 1489 | 126.00 | 744 | 198.00 | 334208 | 286.00 | 354 |
| 48.00 | 668 | 127.00 | 171008 | 199.00 | 22384 | 289.00 | 243 |
| 49.00 | 7143 | 128.00 | 12501 | 200.00 | 1887 | 290.00 | 169 |
| 50.00 | 37952 | 129.00 | 62232 | 201.00 | 1877 | 292.00 | 346 |
| 51.00 | 162944 | 130.00 | 5170 | 202.00 | 579 | 293.00 | 1969 |
| 52.00 | 7987 | 131.00 | 1323 | 203.00 | 2491 | 294.00 | 208 |
| 53.00 | 424 | 132.00 | 168 | 204.00 | 10806 | 295.00 | 472 |
| 55.00 | 1699 | 133.00 | 734 | 205.00 | 18768 | 296.00 | 23792 |
| 56.00 | 4915 | 134.00 | 1997 | 206.00 | 81060 | 297.00 | 3390 |
| 57.00 | 10706 | 135.00 | 5849 | 207.00 | 11816 | 298.00 | 187 |
| 58.00 | 456 | 136.00 | 2051 | 208.00 | 3030 | 303.00 | 2642 |
| 60.00 | 266 | 137.00 | 2608 | 209.00 | 1365 | 304.00 | 430 |
| 61.00 | 1528 | 138.00 | 914 | 210.00 | 1483 | 309.00 | 205 |
| 62.00 | 1818 | 139.00 | 221 | 211.00 | 3894 | 314.00 | 928 |
| 63.00 | 6102 | 140.00 | 661 | 215.00 | 1013 | 315.00 | 2674 |
| 64.00 | 936 | 141.00 | 7411 | 216.00 | 1800 | 316.00 | 1118 |
| 65.00 | 3121 | 142.00 | 2974 | 217.00 | 20216 | 317.00 | 177 |
| 67.00 | 789 | 143.00 | 1658 | 218.00 | 2435 | 321.00 | 750 |
| 68.00 | 1796 | 144.00 | 422 | 219.00 | 174 | 322.00 | 200 |
| 69.00 | 135360 | 145.00 | 548 | 220.00 | 257 | 323.00 | 8272 |
| 70.00 | 927 | 146.00 | 1459 | 221.00 | 18112 | 324.00 | 1789 |
| 71.00 | 178 | 147.00 | 4130 | 222.00 | 3053 | 327.00 | 1074 |
| 73.00 | 2190 | 148.00 | 9818 | 223.00 | 5222 | 328.00 | 759 |
| 74.00 | 13077 | 149.00 | 1875 | 224.00 | 44904 | 332.00 | 175 |
| 75.00 | 20952 | 150.00 | 800 | 225.00 | 11003 | 333.00 | 480 |
| 76.00 | 7667 | 151.00 | 1217 | 226.00 | 1165 | 334.00 | 5405 |
| 77.00 | 162816 | 152.00 | 1091 | 227.00 | 18168 | 335.00 | 1298 |
| 78.00 | 12100 | 153.00 | 2353 | 228.00 | 2559 | 341.00 | 956 |
| 79.00 | 9033 | 154.00 | 1751 | 229.00 | 3510 | 342.00 | 175 |
| 80.00 | 6960 | 155.00 | 4421 | 230.00 | 513 | 346.00 | 1818 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 81.00 | 11106 | 156.00 | 6248 | 231.00 | 1450 | 347.00 | 375 |
| 82.00 | 3083 | 157.00 | 1646 | 234.00 | 1503 | 352.00 | 3020 |
| 83.00 | 2929 | 158.00 | 1067 | 235.00 | 1212 | 353.00 | 1523 |
| 84.00 | 4095 | 159.00 | 1009 | 236.00 | 869 | 354.00 | 2627 |
| 85.00 | 1925 | 160.00 | 2592 | 237.00 | 1472 | 355.00 | 635 |
| 86.00 | 4750 | 161.00 | 3750 | 239.00 | 857 | 365.00 | 12166 |
| 87.00 | 1660 | 162.00 | 1138 | 240.00 | 572 | 366.00 | 1941 |
| 88.00 | 1011 | 163.00 | 661 | 241.00 | 983 | 370.00 | 205 |
| 89.00 | 276 | 164.00 | 609 | 242.00 | 2689 | 371.00 | 846 |
| 91.00 | 2818 | 165.00 | 2562 | 243.00 | 2734 | 372.00 | 4246 |
| 92.00 | 2389 | 166.00 | 2513 | 244.00 | 36848 | 373.00 | 1043 |
| 93.00 | 14933 | 167.00 | 15118 | 245.00 | 4410 | 383.00 | 1110 |
| 94.00 | 1216 | 168.00 | 8262 | 246.00 | 6164 | 384.00 | 198 |
| 95.00 | 947 | 169.00 | 1499 | 247.00 | 1478 | 390.00 | 773 |
| 96.00 | 841 | 170.00 | 441 | 249.00 | 1095 | 391.00 | 371 |
| 97.00 | 552 | 171.00 | 694 | 252.00 | 261 | 392.00 | 195 |
| 98.00 | 10195 | 172.00 | 1624 | 253.00 | 923 | 402.00 | 2481 |
| 99.00 | 10013 | 173.00 | 1519 | 254.00 | 1254 | 403.00 | 2961 |
| 100.00 | 762 | 174.00 | 3343 | 255.00 | 181504 | 404.00 | 827 |
| 101.00 | 6218 | 175.00 | 6845 | 256.00 | 26888 | 415.00 | 206 |
| 102.00 | 183 | 176.00 | 2268 | 257.00 | 2673 | 421.00 | 2101 |
| 103.00 | 1965 | 177.00 | 2645 | 258.00 | 10613 | 422.00 | 2126 |
| 104.00 | 4029 | 178.00 | 1032 | 259.00 | 1632 | 423.00 | 16688 |
| 105.00 | 4145 | 179.00 | 11319 | 260.00 | 166 | 424.00 | 4456 |
| 106.00 | 1069 | 180.00 | 9067 | 261.00 | 190 | 425.00 | 483 |
| 107.00 | 47104 | 181.00 | 3882 | 264.00 | 224 | 441.00 | 46232 |
| 108.00 | 7306 | 182.00 | 608 | 265.00 | 3622 | 442.00 | 317632 |
| 109.00 | 1259 | 183.00 | 173 | 266.00 | 1073 | 443.00 | 57920 |
| 110.00 | 86104 | 184.00 | 971 | 268.00 | 391 | 444.00 | 5542 |
| 111.00 | 13250 | 185.00 | 6135 | 271.00 | 459 | 445.00 | 168 |
| 112.00 | 1606 | 186.00 | 43568 | 272.00 | 524 | | |
| 113.00 | 351 | 187.00 | 12766 | 273.00 | 5660 | | |

```
Data File: /chem/BNAMS5.i/8270/10-16-11/16oct11a.b/x18685.d
Report Date: 17-Oct-2011 09:55


                              TestAmerica


Data file : /chem/BNAMS5.i/8270/10-16-11/16oct11a.b/x18685.d
Lab Smp Id: DFTPP-1175413
Inj Date  : 17-OCT-2011 02:36
Operator  : BNA2                          Inst ID: BNAMS5.i
Smp Info  : DFTPP-1175413
Misc Info : dftpp
Comment   :
Method    : /chem/BNAMS5.i/8270/10-16-11/16oct11a.b/BNADFTPP.m
Meth Date : 11-Oct-2011 11:54 monica     Quant Type: ESTD
Cal Date  :                               Cal File:
Als bottle: 29                            QC Sample: DFTPP
Dil Factor: 1.00000
Integrator: HP RTE                        Compound Sublist: all.sub
Target Version: 3.50                      Sample Matrix: None



                         CONCENTRATIONS
                        ON-COL   FINAL
  RT    EXP RT  DLT RT   MASS   RESPONSE ( ug/L)  ( ug/L)   TARGET RANGE    RATIO
  ==    ======  =======  ====   ======== =======  =======   ============    =====


   1 dftpp                                 CAS #:
 4.397   4.800  -0.403   198    322517               0.00- 100.00   100.00
 4.397   4.800  -0.403    51    148445              30.00-  60.00    46.03
 4.397   4.800  -0.403    68      1786               0.00-   2.00     1.46
 4.397   4.800  -0.403    69    122248               0.00-   0.00    37.90
 4.397   4.800  -0.403    70       435               0.00-   2.00     0.36
 4.397   4.800  -0.403   127    161597              40.00-  60.00    50.10
 4.397   4.800  -0.403   197      2243               0.00-   1.00     0.70
 4.397   4.800  -0.403   199     21010               5.00-   9.00     6.51
 4.397   4.800  -0.403   275     83549              10.00-  30.00    25.91
 4.397   4.800  -0.403   365     11713               1.00-   0.00     3.63
 4.397   4.800  -0.403   441     46254               0.01- 100.00    80.85
 4.397   4.800  -0.403   442    318890              40.00- 110.00    98.88
 4.397   4.800  -0.403   443     57208              17.00-  23.00    17.94
---------------------------------------------------------------------------
```

Data File: x18685.d

Date: 17-OCT-2011 02:36

Client ID:                          Instrument: BNAMS5.i

Sample Info: DFTPP-1175413          Operator: BNA2



Data File: x18685.d

Date: 17-OCT-2011 02:36

Client ID:                                    Instrument: BNAMS5.i

Sample Info: DFTPP-1175413                     Operator: BNA2

1 dftpp



| m/e | ION ABUNDANCE CRITERIA | % RELATIVE ABUNDANCE |
|-----|------------------------|----------------------|
| 198 | Base Peak, 100% relative abundance | 100.00 |
| 51 | 30.00 - 60.00% of mass 198 | 46.03 |
| 68 | Less than 2.00% of mass 69 | 0.55 ( 1.46) |
| 69 | Mass 69 relative abundance | 37.90 |
| 70 | Less than 2.00% of mass 69 | 0.13 ( 0.36) |
| 127 | 40.00 - 60.00% of mass 198 | 50.10 |
| 197 | Less than 1.00% of mass 198 | 0.70 |
| 199 | 5.00 - 9.00% of mass 198 | 6.51 |
| 275 | 10.00 - 30.00% of mass 198 | 25.91 |
| 365 | Greater than 1.00% of mass 198 | 3.63 |
| 441 | 0.01 - 100.00% of mass 443 | 14.34 ( 80.85) |
| 442 | 40.00 - 110.00% of mass 198 | 98.88 |
| 443 | 17.00 - 23.00% of mass 442 | 17.74 ( 17.94) |

Data File: x18685.d

Date: 17-OCT-2011 02:36

Client ID:                                    Instrument: BNAMS5.i

Sample Info: DFTPP-1175413                     Operator: BNA2


             Data File: /chem/BNAMS5.i/8270/10-16-11/16oct11a.b/x18685.d
                Spectrum: Average Spectrum: 4.392 to 4.403 min.
       Location of Maximum: 198.00
          Number of points: 263

| m/z | Y | m/z | Y | m/z | Y | m/z | Y |
|-----|-----|-----|-----|-----|-----|-----|-----|
| 35.00 | 445 | 115.00 | 172 | 188.00 | 1636 | 271.00 | 188 |
| 36.00 | 1064 | 116.00 | 2294 | 189.00 | 2465 | 272.00 | 528 |
| 37.00 | 829 | 117.00 | 31720 | 190.00 | 464 | 273.00 | 5336 |
| 38.00 | 2351 | 118.00 | 2476 | 191.00 | 1440 | 274.00 | 14733 |
| 39.00 | 12083 | 120.00 | 533 | 192.00 | 3535 | 275.00 | 83544 |
| 40.00 | 4885 | 122.00 | 2479 | 193.00 | 3739 | 276.00 | 10432 |
| 41.00 | 753 | 123.00 | 4254 | 194.00 | 1052 | 277.00 | 6542 |
| 43.00 | 198 | 124.00 | 2199 | 195.00 | 442 | 278.00 | 841 |
| 44.00 | 2370 | 125.00 | 1694 | 196.00 | 10628 | 279.00 | 171 |
| 45.00 | 248 | 126.00 | 791 | 197.00 | 2243 | 283.00 | 506 |
| 47.00 | 1187 | 127.00 | 161536 | 198.00 | 322496 | 284.00 | 378 |
| 48.00 | 444 | 128.00 | 11919 | 199.00 | 21008 | 285.00 | 1261 |
| 49.00 | 6864 | 129.00 | 58736 | 200.00 | 1645 | 286.00 | 250 |
| 50.00 | 35456 | 130.00 | 4933 | 201.00 | 1562 | 292.00 | 212 |
| 51.00 | 148416 | 131.00 | 921 | 203.00 | 1934 | 293.00 | 1549 |
| 52.00 | 6712 | 132.00 | 290 | 204.00 | 10601 | 294.00 | 269 |
| 53.00 | 257 | 134.00 | 1595 | 205.00 | 18176 | 295.00 | 446 |
| 55.00 | 752 | 135.00 | 4566 | 206.00 | 77976 | 296.00 | 23024 |
| 56.00 | 4139 | 136.00 | 1717 | 207.00 | 10255 | 297.00 | 3400 |
| 57.00 | 9282 | 137.00 | 2815 | 208.00 | 2500 | 301.00 | 462 |
| 58.00 | 292 | 140.00 | 761 | 209.00 | 535 | 302.00 | 488 |
| 61.00 | 1856 | 141.00 | 6885 | 210.00 | 1600 | 303.00 | 2707 |
| 62.00 | 2020 | 142.00 | 2177 | 211.00 | 2934 | 304.00 | 728 |
| 63.00 | 5043 | 143.00 | 1566 | 212.00 | 669 | 314.00 | 1369 |
| 64.00 | 903 | 144.00 | 187 | 215.00 | 842 | 315.00 | 2859 |
| 65.00 | 2572 | 145.00 | 386 | 216.00 | 1414 | 316.00 | 1540 |
| 68.00 | 1786 | 146.00 | 1266 | 217.00 | 21312 | 321.00 | 772 |
| 69.00 | 122248 | 147.00 | 3679 | 218.00 | 2199 | 322.00 | 348 |
| 70.00 | 435 | 148.00 | 8010 | 220.00 | 325 | 323.00 | 8667 |
| 73.00 | 888 | 149.00 | 2122 | 221.00 | 17728 | 324.00 | 1321 |
| 74.00 | 11511 | 150.00 | 467 | 222.00 | 527 | 327.00 | 1596 |
| 75.00 | 19464 | 151.00 | 1433 | 223.00 | 4951 | 328.00 | 717 |
| 76.00 | 6831 | 152.00 | 904 | 224.00 | 42232 | 332.00 | 472 |
| 77.00 | 152896 | 153.00 | 2613 | 225.00 | 10744 | 333.00 | 721 |
| 78.00 | 10138 | 154.00 | 1663 | 226.00 | 1293 | 334.00 | 5846 |
| 79.00 | 7456 | 155.00 | 4205 | 227.00 | 16672 | 335.00 | 1404 |
| 80.00 | 6780 | 156.00 | 7131 | 228.00 | 2929 | 341.00 | 890 |
| 81.00 | 9580 | 157.00 | 1260 | 229.00 | 3738 | 342.00 | 237 |
| 82.00 | 2374 | 158.00 | 1460 | 230.00 | 639 | 346.00 | 1713 |
| 83.00 | 2682 | 159.00 | 970 | 231.00 | 1550 | 347.00 | 237 |

```
| 84.00    4013 | 160.00    2144 | 233.00     236 | 352.00    2776 |
| 85.00    2054 | 161.00    3128 | 234.00    1179 | 353.00    1942 |
| 86.00    5080 | 162.00    1273 | 235.00    1640 | 354.00    2403 |
| 87.00    1409 | 164.00     456 | 236.00    1074 | 355.00     528 |
| 88.00     802 | 165.00    3080 | 237.00    1654 | 365.00   11713 |
+---------------+----------------+----------------+----------------+
| 91.00    1955 | 166.00    2122 | 239.00     804 | 366.00    1816 |
| 92.00    2207 | 167.00   15537 | 241.00     884 | 370.00     168 |
| 93.00   13883 | 168.00    9540 | 242.00    2469 | 371.00     630 |
| 94.00    1048 | 169.00    1486 | 243.00    2351 | 372.00    4057 |
| 95.00     435 | 170.00     225 | 244.00   35392 | 373.00     982 |
+---------------+----------------+----------------+----------------+
| 96.00     592 | 171.00     632 | 245.00    5313 | 383.00     852 |
| 98.00   11113 | 172.00    1293 | 246.00    6367 | 390.00     508 |
| 99.00    9429 | 173.00    1592 | 247.00    1045 | 391.00     299 |
| 100.00    742 | 174.00    2967 | 249.00    1172 | 392.00     187 |
| 101.00   5773 | 175.00    6082 | 250.00     207 | 402.00    2069 |
+---------------+----------------+----------------+----------------+
| 103.00   1949 | 176.00    1705 | 252.00     172 | 403.00    2381 |
| 104.00   3385 | 177.00    2252 | 253.00     807 | 404.00     832 |
| 105.00   2761 | 178.00     814 | 254.00    1263 | 421.00    2471 |
| 106.00   1092 | 179.00   11034 | 255.00  172288 | 422.00    2255 |
| 107.00  43200 | 180.00    7432 | 256.00   24600 | 423.00   17944 |
+---------------+----------------+----------------+----------------+
| 108.00   7514 | 181.00    4099 | 257.00    1959 | 424.00    3788 |
| 109.00   1062 | 182.00     577 | 258.00    9773 | 441.00   46248 |
| 110.00  81176 | 184.00     740 | 259.00    1600 | 442.00  318848 |
| 111.00  11823 | 185.00    5232 | 264.00     316 | 443.00   57208 |
| 112.00   1589 | 186.00   40864 | 265.00    3594 | 444.00    5938 |
+---------------+----------------+----------------+----------------+
| 113.00    341 | 187.00   11023 | 266.00     933 |                |
+---------------+----------------+----------------+----------------+
```

```
                                  FORM I
                   GC/MS SEMI VOA ORGANICS ANALYSIS DATA SHEET


Lab Name:  TestAmerica Edison          Job No.:  460-32436-1

SDG No.:

Client Sample ID:                      Lab Sample ID:  MB 460-89633/1-A

Matrix:  Water                         Lab File ID:  x18672.d

Analysis Method:  8270C                Date Collected:

Extract. Method:  3510C                Date Extracted:  10/15/2011  07:29

Sample wt/vol:  1000(mL)               Date Analyzed:  10/16/2011  21:32

Con. Extract Vol.:  2(mL)              Dilution Factor:  1

Injection Volume:  1(uL)               Level: (low/med)  Low

% Moisture:                            GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89748             Units:  ug/L
```

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|-------:|---|---:|----:|
| 91-20-3 | Naphthalene | 10 | U | 10 | 2.7 |
| 208-96-8 | Acenaphthylene | 10 | U | 10 | 2.7 |
| 83-32-9 | Acenaphthene | 10 | U | 10 | 2.7 |
| 86-73-7 | Fluorene | 10 | U | 10 | 2.8 |
| 85-01-8 | Phenanthrene | 10 | U | 10 | 3.1 |
| 120-12-7 | Anthracene | 10 | U | 10 | 2.8 |
| 206-44-0 | Fluoranthene | 10 | U | 10 | 3.2 |
| 129-00-0 | Pyrene | 10 | U | 10 | 2.9 |
| 56-55-3 | Benzo[a]anthracene | 1.0 | U | 1.0 | 0.27 |
| 218-01-9 | Chrysene | 10 | U | 10 | 3.1 |
| 205-99-2 | Benzo[b]fluoranthene | 1.0 | U | 1.0 | 0.26 |
| 207-08-9 | Benzo[k]fluoranthene | 1.0 | U | 1.0 | 0.26 |
| 50-32-8 | Benzo[a]pyrene | 1.0 | U | 1.0 | 0.14 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 1.0 | U | 1.0 | 0.15 |
| 53-70-3 | Dibenz(a,h)anthracene | 1.0 | U | 1.0 | 0.090 |
| 191-24-2 | Benzo[g,h,i]perylene | 10 | U | 10 | 2.0 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|-----:|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 89 | | 56-112 |
| 1718-51-0 | Terphenyl-d14 | 95 | | 50-122 |
| 321-60-8 | 2-Fluorobiphenyl | 84 | | 53-108 |

FORM I 8270C

```
Data File: /chem/BNAMS5.i/8270/10-16-11/16oct11.b/x18672.d
Report Date: 17-Oct-2011 11:27


                              TestAmerica

                    SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS5.i/8270/10-16-11/16oct11.b/x18672.d
Lab Smp Id: MB 460-89633/1-A
Inj Date  : 16-OCT-2011 21:32
Operator  : BNAMS 4                         Inst ID: BNAMS5.i
Smp Info  : MB 460-89633/1-A
Misc Info :
Comment   :
Method    : /chem/BNAMS5.i/8270/10-16-11/16oct11.b/8270C_08SP.m
Meth Date : 17-Oct-2011 11:10 monica       Quant Type: ISTD
Cal Date  : 16-OCT-2011 17:47              Cal File: x18663.d
Als bottle: 16                             QC Sample: BLANK
Dil Factor: 1.00000
Integrator: HP RTE                         Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * 1000*Vt/Vo * CpndVariable

        Name          Value          Description
   -------------- --------------- ------------------------
         DF        1.00000         Dilution Factor
         Vt        2.00000         Volume of final extract (mL)
         Vo     1000.00000         Volume of sample extracted (mL)

Cpnd Variable                    Local Compound Variable
```

|  | | QUANT SIG | | | | | CONCENTRATIONS ON-COLUMN | FINAL |
| Compounds | | MASS | RT | EXP RT | REL RT | RESPONSE | (ug/ml) | ( ug/L) |
| ========================== | | ==== | == | ====== | ====== | ======== | ======= | ======= |
| $ | 16 2-Fluorophenol (SUR) | 112 | 2.337 | 2.337 | (0.655) | 346399 | 20.8020 | 42 |
| $ | 17 Phenol-d5 (SUR) | 99 | 3.231 | 3.231 | (0.906) | 255229 | 13.5984 | 27 |
| * | 79 1,4-Dichlorobenzene-d4 | 152 | 3.566 | 3.566 | (1.000) | 582857 | 40.0000 | |
| $ | 76 Nitrobenzene-d5 (SUR) | 82 | 4.137 | 4.137 | (0.851) | 851659 | 44.4407 | 89 |
| * | 80 Naphthalene-d8 | 136 | 4.860 | 4.860 | (1.000) | 2012114 | 40.0000 | |
| $ | 77 2-Fluorobiphenyl (SUR) | 172 | 5.960 | 5.960 | (0.902) | 1480460 | 41.9283 | 84 |
| * | 82 Acenaphthene-d10 | 164 | 6.607 | 6.607 | (1.000) | 950597 | 40.0000 | |
| $ | 18 2,4,6-Tribromophenol (SUR) | 330 | 7.378 | 7.378 | (1.117) | 188213 | 43.4876 | 87 |
| * | 83 Phenanthrene-d10 | 188 | 8.048 | 8.048 | (1.000) | 1239114 | 40.0000 | |
| $ | 78 Terphenyl-d14 | 244 | 9.619 | 9.619 | (0.904) | 1005049 | 47.5082 | 95 |
| * | 81 Chrysene-d12 | 240 | 10.642 | 10.648 | (1.000) | 752098 | 40.0000 | |
| * | 84 Perylene-d12 | 264 | 12.330 | 12.336 | (1.000) | 586819 | 40.0000 | |

Data File: x18672.d

Date: 16-OCT-2011 21:32

Client ID:

Sample Info: MB 460-89633/1-A

Instrument: BNAMS5.i

Operator: BNAMS 4



Lab Name:  TestAmerica Edison              Job No.:  460-32436-1

SDG No.:

Client Sample ID:                          Lab Sample ID:  MB 460-89678/1-A

Matrix:  Solid                             Lab File ID:  p20330.d

Analysis Method:  8270C                    Date Collected:

Extract. Method:  3541                     Date Extracted:  10/16/2011  12:00

Sample wt/vol:  15.00(g)                   Date Analyzed:  10/17/2011  10:54

Con. Extract Vol.:  1(mL)                  Dilution Factor:  1

Injection Volume:  1(uL)                   Level: (low/med)  Low

% Moisture:                                GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89774                 Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|----|----|
| 91-20-3 | Naphthalene | 330 | U | 330 | 48 |
| 208-96-8 | Acenaphthylene | 330 | U | 330 | 47 |
| 83-32-9 | Acenaphthene | 330 | U | 330 | 47 |
| 86-73-7 | Fluorene | 330 | U | 330 | 56 |
| 85-01-8 | Phenanthrene | 330 | U | 330 | 58 |
| 120-12-7 | Anthracene | 330 | U | 330 | 58 |
| 206-44-0 | Fluoranthene | 330 | U | 330 | 55 |
| 129-00-0 | Pyrene | 330 | U | 330 | 57 |
| 56-55-3 | Benzo[a]anthracene | 33 | U | 33 | 6.1 |
| 218-01-9 | Chrysene | 330 | U | 330 | 48 |
| 205-99-2 | Benzo[b]fluoranthene | 33 | U | 33 | 4.9 |
| 207-08-9 | Benzo[k]fluoranthene | 33 | U | 33 | 4.6 |
| 50-32-8 | Benzo[a]pyrene | 33 | U | 33 | 4.1 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 33 | U | 33 | 5.3 |
| 53-70-3 | Dibenz(a,h)anthracene | 33 | U | 33 | 4.0 |
| 191-24-2 | Benzo[g,h,i]perylene | 330 | U | 330 | 35 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 80 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 94 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 77 | | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20330.d
Report Date: 17-Oct-2011 11:25


                              TestAmerica

                   SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/p20330.d
Lab Smp Id: MB 460-89678/1-A
Inj Date  : 17-OCT-2011 10:54
Operator  : BNAMS 4                           Inst ID: BNAMS10.i
Smp Info  : MB 460-89678/1-A
Misc Info :
Comment   :
Method    : /chem/BNAMS10.i/8270/10-10-11/17oct11.b/8270C_08SP.m
Meth Date : 17-OCT-2011 10:14 monica         Quant Type: ISTD
Cal Date  : 10-OCT-2011 15:04                Cal File: p20115.d
Als bottle: 4                                QC Sample: BLANK
Dil Factor: 1.00000
Integrator: HP RTE                           Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable


         Name          Value          Description
    --------------  --------------  ---------------------------
         DF          1.00000          Dilution Factor
         Uf          1.00000          ng unit correction factor
         Vt          1.00000          Volume of final extract (ml)
         Ws         15.00000          Weight of sample extracted (g)
         M           0.00000          % Moisture

Cpnd Variable                     Local Compound Variable
```

|  | | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|---|
| | Compounds | | | | | | CONCENTRATIONS | |
| $ | 16 2-Fluorophenol (SUR) | 112 | 2.266 | 2.254 | (0.632) | 1327402 | 81.2032 | 5400 |
| $ | 17 Phenol-d5 (SUR) | 99 | 3.247 | 3.265 | (0.905) | 1551281 | 80.5654 | 5400 |
| * | 79 1,4-Dichlorobenzene-d4 | 152 | 3.588 | 3.594 | (1.000) | 534671 | 40.0000 | |
| $ | 76 Nitrobenzene-d5 (SUR) | 82 | 4.228 | 4.246 | (0.844) | 814517 | 40.0449 | 2700 |
| * | 80 Naphthalene-d8 | 136 | 5.010 | 5.021 | (1.000) | 1775575 | 40.0000 | |
| $ | 77 2-Fluorobiphenyl (SUR) | 172 | 6.167 | 6.173 | (0.905) | 1308694 | 38.2502 | 2600 |
| * | 82 Acenaphthene-d10 | 164 | 6.814 | 6.819 | (1.000) | 973863 | 40.0000 | |
| $ | 18 2,4,6-Tribromophenol (SUR) | 330 | 7.601 | 7.607 | (1.116) | 272260 | 68.0988 | 4500 |
| * | 83 Phenanthrene-d10 | 188 | 8.271 | 8.271 | (1.000) | 1244396 | 40.0000 | |
| $ | 78 Terphenyl-d14 (SUR) | 244 | 9.851 | 9.851 | (0.908) | 903007 | 47.0859 | 3100 |
| * | 81 Chrysene-d12 | 240 | 10.844 | 10.844 | (1.000) | 782987 | 40.0000 | |
| * | 84 Perylene-d12 | 264 | 12.454 | 12.454 | (1.000) | 709030 | 40.0000 | |

Data File: p20030.d

Date: 17-OCT-2011 10:54

Client ID:

Sample Info: MB 460-89678/1-A

Instrument: BNAMS10.i

Operator: BNAMS 4



Lab Name:  TestAmerica Edison                         Job No.:  460-32436-1

SDG No.:

Client Sample ID:                                     Lab Sample ID:  LCS 460-89633/2-A

Matrix:  Water                                        Lab File ID:  x18673.d

Analysis Method:  8270C                               Date Collected:

Extract. Method:  3510C                               Date Extracted:  10/15/2011  07:29

Sample wt/vol:  1000(mL)                              Date Analyzed:  10/16/2011  21:55

Con. Extract Vol.:  2(mL)                             Dilution Factor:  1

Injection Volume:  1(uL)                              Level: (low/med)  Low

% Moisture:                                           GPC Cleanup:(Y/N)  N

Analysis Batch No.:  89748                            Units:  ug/L

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---|---|---|---|---|---|
| 91-20-3 | Naphthalene | 87.4 | | 10 | 2.7 |
| 208-96-8 | Acenaphthylene | 88.1 | | 10 | 2.7 |
| 83-32-9 | Acenaphthene | 89.3 | | 10 | 2.7 |
| 86-73-7 | Fluorene | 94.6 | | 10 | 2.8 |
| 85-01-8 | Phenanthrene | 98.4 | | 10 | 3.1 |
| 120-12-7 | Anthracene | 96.8 | | 10 | 2.8 |
| 206-44-0 | Fluoranthene | 106 | | 10 | 3.2 |
| 129-00-0 | Pyrene | 101 | | 10 | 2.9 |
| 56-55-3 | Benzo[a]anthracene | 94.9 | | 1.0 | 0.27 |
| 218-01-9 | Chrysene | 107 | | 10 | 3.1 |
| 205-99-2 | Benzo[b]fluoranthene | 99.6 | | 1.0 | 0.26 |
| 207-08-9 | Benzo[k]fluoranthene | 104 | | 1.0 | 0.26 |
| 50-32-8 | Benzo[a]pyrene | 97.4 | | 1.0 | 0.14 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 83.5 | | 1.0 | 0.15 |
| 53-70-3 | Dibenz(a,h)anthracene | 103 | | 1.0 | 0.090 |
| 191-24-2 | Benzo[g,h,i]perylene | 105 | | 10 | 2.0 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---|---|---|---|---|
| 4165-60-0 | Nitrobenzene-d5 | 86 | | 56-112 |
| 1718-51-0 | Terphenyl-d14 | 98 | | 50-122 |
| 321-60-8 | 2-Fluorobiphenyl | 84 | | 53-108 |

FORM I 8270C

TestAmerica

SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS

```
Data file : /chem/BNAMS5.i/8270/10-16-11/16oct11.b/x18673.d
Lab Smp Id: LCS 460-89633/2-A
Inj Date  : 16-OCT-2011 21:55
Operator  : BNAMS 4                          Inst ID: BNAMS5.i
Smp Info  : LCS 460-89633/2-A
Misc Info :
Comment   :
Method    : /chem/BNAMS5.i/8270/10-16-11/16oct11.b/8270C_08SP.m
Meth Date : 17-OCT-2011 11:10 monica        Quant Type: ISTD
Cal Date  : 16-OCT-2011 17:47               Cal File: x18663.d
Als bottle: 17                              QC Sample: LCS
Dil Factor: 1.00000
Integrator: HP RTE                          Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1
```

Concentration Formula: Amt * DF * 1000*Vt/Vo * CpndVariable

| Name | Value | Description |
|------|-------|-------------|
| DF | 1.00000 | Dilution Factor |
| Vt | 2.00000 | Volume of final extract (mL) |
| Vo | 1000.00000 | Volume of sample extracted (mL) |

Cpnd Variable                    Local Compound Variable

| | Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL ( ug/L) |
|---|---|---|---|---|---|---|---|---|
| | 106 1,4-Dioxane | 88 | 1.113 | 1.096 | (0.312) | 129184 | 18.1082 | 36(H) |
| | 19 N-Nitrosodimethylamine | 74 | 1.302 | 1.290 | (0.365) | 191085 | 21.1079 | 42 |
| | 71 Pyridine | 79 | 1.325 | 1.313 | (0.372) | 362353 | 22.5279 | 45 |
| $ | 16 2-Fluorophenol (SUR) | 112 | 2.337 | 2.337 | (0.655) | 262508 | 17.7167 | 35 |
| | 110 Benzaldehyde | 77 | 3.119 | 3.119 | (0.875) | 467292 | 102.430 | 200(R) |
| | 73 Aniline | 93 | 3.237 | 3.231 | (0.908) | 687831 | 32.4368 | 65(H) |
| $ | 17 Phenol-d5 (SUR) | 99 | 3.237 | 3.231 | (0.908) | 179641 | 10.7566 | 22 |
| | 1 Phenol | 94 | 3.248 | 3.248 | (0.911) | 256723 | 13.4468 | 27(H) |
| | 20 bis(2-Chloroethyl)ether | 93 | 3.307 | 3.307 | (0.927) | 709520 | 43.2873 | 86(H) |
| | 2 2-Chlorophenol | 128 | 3.360 | 3.354 | (0.942) | 642599 | 38.5094 | 77 |
| | 113 n-decane | 43 | 3.431 | 3.431 | (0.962) | 904040 | 39.8832 | 80 |
| | 21 1,3-Dichlorobenzene | 146 | 3.507 | 3.507 | (0.984) | 921480 | 42.0021 | 84 |
| * | 79 1,4-Dichlorobenzene-d4 | 152 | 3.566 | 3.566 | (1.000) | 518623 | 40.0000 | |
| | 22 1,4-Dichlorobenzene | 146 | 3.584 | 3.584 | (1.005) | 908496 | 41.8856 | 84 |
| | 74 Benzyl Alcohol | 108 | 3.731 | 3.725 | (1.046) | 322939 | 36.3686 | 73 |