Data File: u70902.d

Date: 21-OCT-2011 06:49

Client ID: FL-1R

Sample Info: 460-32553-A-1-A

61 Benzo(a)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/25/2011

Data File: u70902.d

Date: 21-OCT-2011 06:49

Client ID: FL-1R

Sample Info: 460-32553-A-1-A

62 Chrysene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70902.d

Date: 21-OCT-2011 06:49

Client ID: FL-1R

Sample Info: 460-32553-A-1-A

65 Benzo(b)fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



Lab Name:  TestAmerica Edison                    Job No.:  460-32553-1

SDG No.:

Client Sample ID:  SW-12 DL                       Lab Sample ID:  460-32553-2 DL

Matrix:  Solid                                    Lab File ID:  u70913.d

Analysis Method:  8270C                           Date Collected:  10/18/2011  16:38

Extract. Method:  3541                            Date Extracted:  10/20/2011  11:00

Sample wt/vol:  15.00(g)                          Date Analyzed:  10/21/2011  10:31

Con. Extract Vol.:  1(mL)                         Dilution Factor:  25

Injection Volume:  1(uL)                          Level: (low/med)  Low

% Moisture:  33.9                                 GPC Cleanup:(Y/N)  N

Analysis Batch No.:  90356                        Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---|---|---|---|---|---|
| 91-20-3 | Naphthalene | 12000 | U | 12000 | 1800 |
| 208-96-8 | Acenaphthylene | 12000 | U | 12000 | 1800 |
| 83-32-9 | Acenaphthene | 82000 | D | 12000 | 1800 |
| 86-73-7 | Fluorene | 54000 | D | 12000 | 2100 |
| 85-01-8 | Phenanthrene | 110000 | D | 12000 | 2200 |
| 120-12-7 | Anthracene | 37000 | D | 12000 | 2200 |
| 206-44-0 | Fluoranthene | 210000 | D | 12000 | 2100 |
| 129-00-0 | Pyrene | 290000 | D | 12000 | 2200 |
| 56-55-3 | Benzo[a]anthracene | 110000 | D | 1200 | 230 |
| 218-01-9 | Chrysene | 100000 | D | 12000 | 1800 |
| 205-99-2 | Benzo[b]fluoranthene | 83000 | D | 1200 | 190 |
| 207-08-9 | Benzo[k]fluoranthene | 50000 | D | 1200 | 180 |
| 50-32-8 | Benzo[a]pyrene | 82000 | D | 1200 | 150 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 65000 | D | 1200 | 200 |
| 53-70-3 | Dibenz(a,h)anthracene | 6100 | D | 1200 | 150 |
| 191-24-2 | Benzo[g,h,i]perylene | 61000 | D | 12000 | 1300 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---|---|---|---|---|
| 4165-60-0 | Nitrobenzene-d5 | 0 | D | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 0 | D | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 0 | D | 40-109 |

FORM I 8270C

Data File: /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/u70913.d
Report Date: 21-Oct-2011 12:27


                              TestAmerica

                  SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/u70913.d
Lab Smp Id: 460-32553-A-2-A              Client Smp ID: SW-12
Inj Date  : 21-OCT-2011 10:31
Operator  : BNAMS 4                      Inst ID: BNAMS4.i
Smp Info  : 460-32553-A-2-A
Misc Info : 460-32553-A-2-A
Comment   :
Method    : /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/8270C_08SP.m
Meth Date : 21-Oct-2011 03:33 asfawa    Quant Type: ISTD
Cal Date  : 18-OCT-2011 02:46            Cal File: u70773.d
Als bottle: 23
Dil Factor: 25.00000
Integrator: HP RTE                       Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable

        Name          Value            Description
     -------------- -------------- ------------------------
        DF           25.00000       Dilution Factor
        Uf           1.00000        ng unit correction factor
        Vt           1.00000        Volume of final extract (ml)
        Ws           15.00000       Weight of sample extracted (g)
        M            33.87978       % Moisture

Cpnd Variable                      Local Compound Variable


|  |  | QUANT SIG |  |  |  | CONCENTRATIONS ON-COLUMN | FINAL |
| Compounds |  | MASS | RT | EXP RT | REL RT | RESPONSE | (ug/ml) | (ug/Kg) |
| ========================== |  | ==== | == | ====== | ====== | ======== | ======= | ======= |
| * 79 1,4-Dichlorobenzene-d4 |  | 152 | 4.367 | 4.378 | (1.000) | 379183 | 40.0000 |  |
| * 80 Naphthalene-d8 |  | 136 | 5.641 | 5.653 | (1.000) | 1338389 | 40.0000 |  |
| 34 2-Methylnaphthalene |  | 142 | 6.357 | 6.370 | (1.127) | 53382 | 2.34481 | 5900(a) |
| 120 1-Methylnaphthalene |  | 142 | 6.452 | 6.467 | (1.144) | 46205 | 2.02643 | 5100(a) |
| 102 Diphenyl |  | 154 | 6.822 | 6.833 | (0.922) | 12866 | 0.61385 | 1500(a) |
| 125 1,3-Dimethylnaphthalene |  | 156 | 7.053 | 7.070 | (0.954) | 53763 | 4.02160 | 10000(a) |
| * 82 Acenaphthene-d10 |  | 164 | 7.395 | 7.403 | (1.000) | 556862 | 40.0000 |  |
| 42 Acenaphthene |  | 154 | 7.425 | 7.441 | (1.004) | 459860 | 32.4565 | 82000 |
| 43 Dibenzofuran |  | 168 | 7.595 | 7.610 | (1.027) | 390572 | 18.3297 | 46000 |
| 47 Fluorene |  | 166 | 7.935 | 7.944 | (1.073) | 387549 | 21.2868 | 54000 |
| * 83 Phenanthrene-d10 |  | 188 | 8.855 | 8.863 | (1.000) | 695953 | 40.0000 |  |
| 52 Phenanthrene |  | 178 | 8.883 | 8.893 | (1.003) | 778738 | 44.5245 | 110000 |
| 53 Anthracene |  | 178 | 8.932 | 8.944 | (1.009) | 264905 | 14.5457 | 37000 |

|  | Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|---|
|  | 54 Carbazole | 167 | 9.085 | 9.100 | (1.026) | 23388 | 1.36432 | 3400 (a) |
|  | 56 Fluoranthene | 202 | 10.060 | 10.055 | (1.136) | 2334592 | 85.2879 | 210000 |
|  | 57 Pyrene | 202 | 10.283 | 10.284 | (0.885) | 1777646 | 116.782 | 290000 |
|  | 61 Benzo(a)anthracene | 228 | 11.606 | 11.610 | (0.999) | 663664 | 44.7284 | 110000 |
| * | 81 Chrysene-d12 | 240 | 11.620 | 11.624 | (1.000) | 499014 | 40.0000 |  |
|  | 62 Chrysene | 228 | 11.649 | 11.659 | (1.002) | 495345 | 41.0585 | 100000 |
|  | 65 Benzo(b)fluoranthene | 252 | 13.013 | 13.015 | (0.962) | 449628 | 33.0966 | 83000 |
|  | 66 Benzo(k)fluoranthene | 252 | 13.040 | 13.060 | (0.964) | 231166 | 19.6842 | 50000 (H) |
|  | 67 Benzo(a)pyrene | 252 | 13.451 | 13.463 | (0.994) | 349963 | 32.5935 | 82000 |
| * | 84 Perylene-d12 | 264 | 13.528 | 13.538 | (1.000) | 380821 | 40.0000 |  |
|  | 68 Indeno(1,2,3-cd)pyrene | 276 | 15.032 | 15.053 | (1.111) | 243041 | 25.9499 | 65000 |
|  | 69 Dibenz(a,h)anthracene | 278 | 15.112 | 15.082 | (1.117) | 19875 | 2.40458 | 6100 |
|  | 70 Benzo(g,h,i)perylene | 276 | 15.445 | 15.473 | (1.142) | 215585 | 24.3327 | 61000 |

QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
H - Operator selected an alternate compound hit.

Data File: u70913.d

Date: 21-OCT-2011 10:31

Client ID: SW-12

Sample Info: 460-3253-A-2-A

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70913.d

Date: 21-OCT-2011 10:31

Client ID: SW-12

Sample Info: 460-32553-A-2-A

42 Acenaphthene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/25/2011

Data File: u70913.d

Date: 21-OCT-2011 10:31

Client ID: SW-12                                  Instrument: BNAMS4.i

Sample Info: 460-32553-A-2-A                       Operator: BNAMS 4

47 Fluorene



Data File: u70913.d

Date: 21-OCT-2011 10:31                Instrument: BNAMS4.i

Client ID: SW-12

Sample Info: 460-32553-A-2-A          Operator: BNAMS 4

52 Phenanthrene



Data File: u70913.d

Date: 21-OCT-2011 10:31

Client ID: SW-12

Sample Info: 460-32553-A-2-A

53 Anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/25/2011

Data File: u70913.d

Date: 21-OCT-2011 10:31

Client ID: SW-12

Sample Info: 460-32553-A-2-A

56 Fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70913.d

Date: 21-OCT-2011 10:31

Client ID: SW-12

Sample Info: 460-32553-A-2-A

57 Pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70913.d

Date: 21-OCT-2011 10:31

Client ID: SW-12

Sample Info: 460-32553-A-2-A

61 Benzo(a)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70913.d

Date: 21-OCT-2011 10:31

Client ID: SW-12

Sample Info: 460-32553-A-2-A

62 Chrysene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70913.d

Date: 21-OCT-2011 10:31

Client ID: SW-12

Sample Info: 460-32553-A-2-A

65 Benzo(b)fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70913.d

Date: 21-OCT-2011 10:31

Client ID: SW-12

Sample Info: 460-32553-A-2-A

66 Benzo(k)fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/25/2011

Data File: u70913.d

Date: 21-OCT-2011 10:31

Client ID: SW-12

Sample Info: 460-32553-A-2-A

67 Benzo(a)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70913.d

Date: 21-OCT-2011 10:31

Client ID: SW-12

Sample Info: 460-32553-A-2-A

68 Indeno(1,2,3-cd)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70913.d

Date: 21-OCT-2011 10:31

Client ID: SW-12

Sample Info: 460-32553-A-2-A

69 Dibenz(a,h)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4

Data File: u70913.d

Date: 21-OCT-2011 10:31

Client ID: SW-12

Sample Info: 460-32553-A-2-A

70 Benzo(g,h,i)perylene

Instrument: BNAMS4.i

Operator: BNAMS 4



Lab Name:  TestAmerica Edison                    Job No.:  460-32553-1

SDG No.:

Client Sample ID:  SW-13                          Lab Sample ID:  460-32553-3

Matrix:  Solid                                    Lab File ID:  u70910.d

Analysis Method:  8270C                           Date Collected:  10/18/2011  16:47

Extract. Method:  3541                            Date Extracted:  10/20/2011  11:00

Sample wt/vol:  15.02(g)                          Date Analyzed:  10/21/2011  09:30

Con. Extract Vol.:  1(mL)                         Dilution Factor:  1

Injection Volume:  1(uL)                          Level: (low/med)  Low

% Moisture:  22.8                                 GPC Cleanup:(Y/N)  N

Analysis Batch No.:  90356                        Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|-----|-----|
| 91-20-3 | Naphthalene | 88 | J | 430 | 63 |
| 208-96-8 | Acenaphthylene | 430 | U | 430 | 61 |
| 83-32-9 | Acenaphthene | 440 | | 430 | 61 |
| 86-73-7 | Fluorene | 410 | J | 430 | 72 |
| 85-01-8 | Phenanthrene | 1600 | | 430 | 75 |
| 120-12-7 | Anthracene | 410 | J | 430 | 76 |
| 206-44-0 | Fluoranthene | 2400 | | 430 | 71 |
| 129-00-0 | Pyrene | 4000 | | 430 | 74 |
| 56-55-3 | Benzo[a]anthracene | 2100 | | 43 | 7.9 |
| 218-01-9 | Chrysene | 2200 | | 430 | 62 |
| 205-99-2 | Benzo[b]fluoranthene | 2300 | | 43 | 6.4 |
| 207-08-9 | Benzo[k]fluoranthene | 1300 | | 43 | 6.0 |
| 50-32-8 | Benzo[a]pyrene | 2000 | | 43 | 5.3 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 1200 | | 43 | 6.8 |
| 53-70-3 | Dibenz(a,h)anthracene | 310 | | 43 | 5.2 |
| 191-24-2 | Benzo[g,h,i]perylene | 1300 | | 430 | 45 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 77 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 121 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 86 | | 40-109 |

FORM I 8270C

TestAmerica

SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS

```
Data file : /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/u70910.d
Lab Smp Id: 460-32553-A-3-A              Client Smp ID: SW-13
Inj Date : 21-OCT-2011 09:30
Operator : BNAMS 4                       Inst ID: BNAMS4.i
Smp Info : 460-32553-A-3-A
Misc Info : 460-32553-A-3-A
Comment  :
Method   : /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/8270C_08SP.m
Meth Date : 21-Oct-2011 03:33 asfawa     Quant Type: ISTD
Cal Date : 18-OCT-2011 02:46             Cal File: u70773.d
Als bottle: 20
Dil Factor: 1.00000
Integrator: HP RTE                       Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1
```

Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable

| Name | Value | Description |
|------|-------|-------------|
| DF | 1.00000 | Dilution Factor |
| Uf | 1.00000 | ng unit correction factor |
| Vt | 1.00000 | Volume of final extract (ml) |
| Ws | 15.02000 | Weight of sample extracted (g) |
| M | 22.84264 | % Moisture |

Cpnd Variable                    Local Compound Variable

| Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|-----------|------|------|------|------|------|------|------|
| $ 16 2-Fluorophenol (SUR) | 112 | 3.137 | 3.115 | (0.718) | 1016650 | 61.9198 | 5300 |
| $ 17 Phenol-d5 (SUR) | 99 | 4.014 | 4.029 | (0.919) | 1536216 | 70.5531 | 6100 |
| * 79 1,4-Dichlorobenzene-d4 | 152 | 4.369 | 4.378 | (1.000) | 417675 | 40.0000 | |
| $ 76 Nitrobenzene-d5 (SUR) | 82 | 4.917 | 4.933 | (0.872) | 1068217 | 38.5635 | 3300 |
| * 80 Naphthalene-d8 | 136 | 5.639 | 5.653 | (1.000) | 1560096 | 40.0000 | |
| 31 Naphthalene | 128 | 5.661 | 5.676 | (1.004) | 37271 | 1.02481 | 88(a) |
| 34 2-Methylnaphthalene | 142 | 6.353 | 6.370 | (1.127) | 93269 | 3.51464 | 300(a) |
| 120 1-Methylnaphthalene | 142 | 6.454 | 6.467 | (1.145) | 58742 | 2.21015 | 190(a) |
| $ 77 2-Fluorobiphenyl (SUR) | 172 | 6.728 | 6.736 | (0.910) | 1217825 | 42.8466 | 3700 |
| 125 1,3-Dimethylnaphthalene | 156 | 7.052 | 7.070 | (0.953) | 26782 | 1.35825 | 120(a) |
| * 82 Acenaphthene-d10 | 164 | 7.397 | 7.403 | (1.000) | 821347 | 40.0000 | |
| 42 Acenaphthene | 154 | 7.426 | 7.441 | (1.004) | 106897 | 5.11519 | 440 |
| 43 Dibenzofuran | 168 | 7.596 | 7.610 | (1.027) | 96095 | 3.05757 | 260(a) |

```
Data File: /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/u70910.d
Report Date: 21-Oct-2011 12:17


                                                          CONCENTRATIONS
                       QUANT SIG                      ON-COLUMN   FINAL
Compounds              MASS      RT    EXP RT REL RT   RESPONSE   (ug/ml)   (ug/Kg)
====================== ====      ==    ====== ======  ========   =======   =======
    47 Fluorene         166     7.929  7.944 (1.072)   127279    4.73983    410(a)
$   18 2,4,6-Tribromophenol (SUR) 330 8.179 8.185 (1.106) 533529 72.5688   6300
*   83 Phenanthrene-d10  188    8.857  8.863 (1.000)  1065180   40.0000
    52 Phenanthrene     178     8.879  8.893 (1.002)   503545   18.8106    1600
    53 Anthracene       178     8.924  8.944 (1.008)   131464    4.71637    410(aH)
    54 Carbazole        167     9.079  9.100 (1.025)    32700    1.24632    110(a)
    56 Fluoranthene     202    10.049 10.055 (1.135)  1167738   27.8727    2400
    57 Pyrene           202    10.274 10.284 (0.884)   945391   46.4592    4000
$   78 Terphenyl-d14    244    10.427 10.432 (0.897)  1010025   60.5711    5200
    61 Benzo(a)anthracene 228  11.597 11.610 (0.998)   497764   24.3747    2100
*   81 Chrysene-d12     240    11.618 11.624 (1.000)   667086   40.0000
    62 Chrysene         228    11.646 11.659 (1.002)   407066   25.2401    2200
    65 Benzo(b)fluoranthene 252 13.004 13.015 (0.961)  431762   26.3166    2300
    66 Benzo(k)fluoranthene 252 13.034 13.060 (0.964)  216251   15.2478    1300(H)
    67 Benzo(a)pyrene   252    13.443 13.463 (0.994)   297265   22.9249    2000
*   84 Perylene-d12     264    13.524 13.538 (1.000)   459903   40.0000
    68 Indeno(1,2,3-cd)pyrene 276 15.020 15.053 (1.111) 155437  13.7425    1200
    69 Dibenz(a,h)anthracene 278 15.035 15.082 (1.112)  36013    3.60783     310
    70 Benzo(g,h,i)perylene 276 15.439 15.473 (1.142)  156909   14.6647    1300


QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
H - Operator selected an alternate compound hit.
```

Data File: u70910.d

Date: 21-OCT-2011 09:30

Client ID: SW-13

Sample Info: 460-32553-A-3-A

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70910.d

Date: 21-OCT-2011 09:30

Client ID: SW-13

Sample Info: 460-32553-A-3-A

31 Naphthalene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70910.d

Date: 21-OCT-2011 09:30

Client ID: SW-13

Sample Info: 460-32553-A-3-A

42 Acenaphthene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70910.d

Date: 21-OCT-2011 09:30

Client ID: SW-13

Sample Info: 460-32553-A-3-A

47 Fluorene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/25/2011

Data File: u70910.d

Date: 21-OCT-2011 09:30

Client ID: SW-13

Sample Info: 460-32553-A-3-A

52 Phenanthrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70910.d

Date: 21-OCT-2011 09:30

Client ID: SW-13

Sample Info: 460-32553-A-3-A

53 Anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/25/2011

Data File: u70910.d

Date: 21-OCT-2011 09:30

Client ID: SW-13

Sample Info: 460-32553-A-3-A

56 Fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4





Data File: u70910.d

Date: 21-OCT-2011 09:30

Client ID: SW-13

Sample Info: 460-32553-A-3-A

61 Benzo(a)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70910.d

Date: 21-OCT-2011 09:30

Client ID: SW-13

Sample Info: 460-32553-A-3-A

62 Chrysene



Data File: u70910.d

Date: 21-OCT-2011 09:30

Client ID: SW-13

Sample Info: 460-32553-A-3-A

65 Benzo(b)fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4

