Data File: u70910.d

Date: 21-OCT-2011 09:30

Client ID: SW-13

Sample Info: 460-32553-A-3-A

66 Benzo(k)fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70910.d

Date: 21-OCT-2011 09:30

Client ID: SW-13

Sample Info: 460-32553-A-3-A

67 Benzo(a)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/25/2011

Data File: u70910.d

Date: 21-OCT-2011 09:30

Client ID: SW-13

Sample Info: 460-32553-A-3-A

68 Indeno(1,2,3-cd)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70910.d

Date: 21-OCT-2011 09:30

Client ID: SW-13

Sample Info: 460-32553-A-3-A

69 Dibenz(a,h)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70910.d

Date: 21-OCT-2011 09:30

Client ID: SW-13

Sample Info: 460-32553-A-3-A

70 Benzo(g,h,i)perylene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/25/2011

Lab Name: TestAmerica Edison          Job No.: 460-32553-1

SDG No.:

Client Sample ID: SW-3R DL            Lab Sample ID: 460-32553-4 DL

Matrix: Solid                         Lab File ID: u70917.d

Analysis Method: 8270C                Date Collected: 10/19/2011  11:00

Extract. Method: 3541                 Date Extracted: 10/20/2011  11:00

Sample wt/vol: 14.99(g)               Date Analyzed: 10/21/2011  11:52

Con. Extract Vol.: 1(mL)              Dilution Factor: 50

Injection Volume: 1(uL)               Level: (low/med) Low

% Moisture: 36.0                      GPC Cleanup:(Y/N) N

Analysis Batch No.: 90356             Units: ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|----|----|
| 91-20-3 | Naphthalene | 26000 | U | 26000 | 3800 |
| 208-96-8 | Acenaphthylene | 26000 | U | 26000 | 3700 |
| 83-32-9 | Acenaphthene | 14000 | J D | 26000 | 3700 |
| 86-73-7 | Fluorene | 11000 | J D | 26000 | 4400 |
| 85-01-8 | Phenanthrene | 25000 | J D | 26000 | 4500 |
| 120-12-7 | Anthracene | 16000 | J D | 26000 | 4600 |
| 206-44-0 | Fluoranthene | 310000 | D | 26000 | 4300 |
| 129-00-0 | Pyrene | 400000 | D | 26000 | 4500 |
| 56-55-3 | Benzo[a]anthracene | 230000 | D | 2600 | 480 |
| 218-01-9 | Chrysene | 220000 | D | 26000 | 3800 |
| 205-99-2 | Benzo[b]fluoranthene | 210000 | D | 2600 | 380 |
| 207-08-9 | Benzo[k]fluoranthene | 110000 | D | 2600 | 360 |
| 50-32-8 | Benzo[a]pyrene | 200000 | D | 2600 | 320 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 140000 | D | 2600 | 410 |
| 53-70-3 | Dibenz(a,h)anthracene | 32000 | D | 2600 | 310 |
| 191-24-2 | Benzo[g,h,i]perylene | 140000 | D | 26000 | 2700 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 0 | D | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 0 | D | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 0 | D | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/u70917.d
Report Date: 21-Oct-2011 12:29


                              TestAmerica

                   SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/u70917.d
Lab Smp Id: 460-32553-A-4-A              Client Smp ID: SW-3R
Inj Date : 21-OCT-2011 11:52
Operator : BNAMS 4                       Inst ID: BNAMS4.i
Smp Info : 460-32553-A-4-A
Misc Info : 460-32553-A-4-A
Comment  :
Method   : /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/8270C_08SP.m
Meth Date : 21-Oct-2011 03:33 asfawa     Quant Type: ISTD
Cal Date : 18-OCT-2011 02:46             Cal File: u70773.d
Als bottle: 27
Dil Factor: 50.00000
Integrator: HP RTE                       Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable


        Name         Value              Description
    -------------- --------------- ----------------------
        DF         50.00000         Dilution Factor
        Uf          1.00000         ng unit correction factor
        Vt          1.00000         Volume of final extract (ml)
        Ws         14.99000         Weight of sample extracted (g)
        M          35.99291         % Moisture

Cpnd Variable                    Local Compound Variable
```

| Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|
| * 79 1,4-Dichlorobenzene-d4 | 152 | 4.358 | 4.378 | (1.000) | 389009 | 40.0000 | |
| * 80 Naphthalene-d8 | 136 | 5.641 | 5.653 | (1.000) | 1374723 | 40.0000 | |
| * 82 Acenaphthene-d10 | 164 | 7.392 | 7.403 | (1.000) | 727679 | 40.0000 | |
| 42 Acenaphthene | 154 | 7.421 | 7.441 | (1.004) | 49462 | 2.67150 | 14000(a) |
| 43 Dibenzofuran | 168 | 7.590 | 7.610 | (1.027) | 41646 | 1.49567 | 7800(a) |
| 47 Fluorene | 166 | 7.931 | 7.944 | (1.073) | 50883 | 2.13878 | 11000(a) |
| * 83 Phenanthrene-d10 | 188 | 8.853 | 8.863 | (1.000) | 969068 | 40.0000 | |
| 52 Phenanthrene | 178 | 8.875 | 8.893 | (1.003) | 116560 | 4.78611 | 25000(a) |
| 53 Anthracene | 178 | 8.927 | 8.944 | (1.008) | 79534 | 3.13634 | 16000(a) |
| 56 Fluoranthene | 202 | 10.056 | 10.055 | (1.136) | 2302554 | 60.4104 | 310000 |
| 57 Pyrene | 202 | 10.281 | 10.284 | (0.885) | 1520741 | 76.9717 | 400000 |
| 61 Benzo(a)anthracene | 228 | 11.600 | 11.610 | (0.999) | 855540 | 44.4047 | 230000 |
| * 81 Chrysene-d12 | 240 | 11.614 | 11.624 | (1.000) | 647688 | 40.0000 | |

```
Data File: /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/u70917.d
Report Date: 21-Oct-2011 12:29


                                                           CONCENTRATIONS
                      QUANT SIG                        ON-COLUMN    FINAL
Compounds             MASS      RT    EXP RT REL RT  RESPONSE  (ug/ml)   (ug/Kg)
========================= ====    ==   ===== ======  ========  =======  =======
    62 Chrysene            228   11.649 11.659 (1.003)  646346  41.2769   220000
    65 Benzo(b)fluoranthene 252  13.005 13.015 (0.962)  654847  41.1577   210000
    66 Benzo(k)fluoranthene 252  13.033 13.060 (0.964)  289371  21.0392   110000(H)
    67 Benzo(a)pyrene       252  13.451 13.463 (0.995)  489665  38.9394   200000
*   84 Perylene-d12         264  13.523 13.538 (1.000)  446005  40.0000
    68 Indeno(1,2,3-cd)pyrene 276 15.037 15.053 (1.112) 295401 26.9308   140000
    69 Dibenz(a,h)anthracene 278 15.044 15.082 (1.112)  59278   6.12360   32000(H)
    70 Benzo(g,h,i)perylene 276  15.455 15.473 (1.143)  272439  26.2556   140000


QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
H - Operator selected an alternate compound hit.
```

Data File: u70917.d

Date: 21-OCT-2011 11:52

Client ID: SW-3R

Sample Info: 460-3253-A-4-A

Instrument: BNAMS4.i

Operator: BNAMS 4





Data File: u70917.d

Date: 21-OCT-2011 11:52

Client ID: SW-3R

Sample Info: 460-32553-A-4-A

47 Fluorene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70917.d

Date: 21-OCT-2011 11:52

Client ID: SW-3R                    Instrument: BNAMS4.i

Sample Info: 460-32553-A-4-A        Operator: BNAMS 4

 52 Phenanthrene



Data File: u70917.d

Date: 21-OCT-2011 11:52          Instrument: BNAMS4.i

Client ID: SW-3R

Sample Info: 460-32553-A-4-A          Operator: BNAMS 4

53 Anthracene



Data File: u70917.d

Date: 21-OCT-2011 11:52

Client ID: SW-3R

Sample Info: 460-32553-A-4-A

56 Fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/25/2011

Data File: u70917.d

Date: 21-OCT-2011 11:52

Client ID: SW-3R

Sample Info: 460-32553-A-4-A

57 Pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/25/2011

Data File: u70917.d

Date: 21-OCT-2011 11:52

Client ID: SW-3R

Sample Info: 460-32553-A-4-A

61 Benzo(a)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4





Data File: u70917.d

Date: 21-OCT-2011 11:52

Client ID: SW-3R

Sample Info: 460-32553-A-4-A

65 Benzo(b)fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/25/2011

Data File: u70917.d

Date: 21-OCT-2011 11:52

Client ID: SW-3R

Sample Info: 460-32553-A-4-A

66 Benzo(k)fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/25/2011

Data File: u70917.d

Date: 21-OCT-2011 11:52

Client ID: SW-3R

Sample Info: 460-32553-A-4-A

67 Benzo(a)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70917.d

Date: 21-OCT-2011 11:52

Client ID: SW-3R

Sample Info: 460-32553-A-4-A

68 Indeno(1,2,3-cd)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/25/2011

Data File: u70917.d

Date: 21-OCT-2011 11:52

Client ID: SW-3R

Sample Info: 460-32553-A-4-A

69 Dibenz(a,h)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70917.d

Date: 21-OCT-2011 11:52

Client ID: SW-3R

Sample Info: 460-32553-A-4-A

70 Benzo(g,h,i)perylene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/25/2011

```
                                    FORM I
                   GC/MS SEMI VOA ORGANICS ANALYSIS DATA SHEET


Lab Name:  TestAmerica Edison              Job No.:  460-32553-1

SDG No.:

Client Sample ID:  SW-4R                   Lab Sample ID:  460-32553-5

Matrix:  Solid                             Lab File ID:  u70903.d

Analysis Method:  8270C                    Date Collected:  10/19/2011  11:10

Extract. Method:  3541                     Date Extracted:  10/20/2011  11:00

Sample wt/vol:  15.00(g)                   Date Analyzed:  10/21/2011  07:09

Con. Extract Vol.:  1(mL)                  Dilution Factor:  1

Injection Volume:  1(uL)                   Level: (low/med)  Low

% Moisture:  23.5                          GPC Cleanup:(Y/N)  N

Analysis Batch No.:  90356                 Units:  ug/Kg
```

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|-----|-----|
| 91-20-3 | Naphthalene | 430 | U | 430 | 63 |
| 208-96-8 | Acenaphthylene | 430 | U | 430 | 62 |
| 83-32-9 | Acenaphthene | 430 | U | 430 | 62 |
| 86-73-7 | Fluorene | 430 | U | 430 | 73 |
| 85-01-8 | Phenanthrene | 86 | J | 430 | 75 |
| 120-12-7 | Anthracene | 430 | U | 430 | 76 |
| 206-44-0 | Fluoranthene | 230 | J | 430 | 72 |
| 129-00-0 | Pyrene | 390 | J | 430 | 75 |
| 56-55-3 | Benzo[a]anthracene | 160 | | 43 | 8.0 |
| 218-01-9 | Chrysene | 180 | J | 430 | 63 |
| 205-99-2 | Benzo[b]fluoranthene | 180 | | 43 | 6.4 |
| 207-08-9 | Benzo[k]fluoranthene | 88 | | 43 | 6.1 |
| 50-32-8 | Benzo[a]pyrene | 160 | | 43 | 5.3 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 100 | | 43 | 6.9 |
| 53-70-3 | Dibenz(a,h)anthracene | 43 | U | 43 | 5.2 |
| 191-24-2 | Benzo[g,h,i]perylene | 93 | J | 430 | 46 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 83 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 125 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 88 | | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/u70903.d
Report Date: 21-Oct-2011 12:16


                              TestAmerica

                    SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/u70903.d
Lab Smp Id: 460-32553-A-5-A              Client Smp ID: SW-4R
Inj Date  : 21-OCT-2011 07:09
Operator  : BNAMS 4                      Inst ID: BNAMS4.i
Smp Info  : 460-32553-A-5-A
Misc Info : 460-32553-A-5-A
Comment   :
Method    : /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/8270C_08SP.m
Meth Date : 21-Oct-2011 03:33 asfawa    Quant Type: ISTD
Cal Date  : 18-OCT-2011 02:46            Cal File: u70773.d
Als bottle: 13
Dil Factor: 1.00000
Integrator: HP RTE                       Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable


        Name          Value            Description
   --------------  --------------  ------------------------
        DF          1.00000          Dilution Factor
        Uf          1.00000          ng unit correction factor
        Vt          1.00000          Volume of final extract (ml)
        Ws          15.00000         Weight of sample extracted (g)
        M           23.54086         % Moisture

Cpnd Variable                     Local Compound Variable
```

|  |  | QUANT SIG | | | | CONCENTRATIONS ON-COLUMN | FINAL |
|---|---|---|---|---|---|---|---|
| Compounds | | MASS | RT | EXP RT | REL RT | RESPONSE | (ug/ml) | (ug/Kg) |
| $ 16 2-Fluorophenol (SUR) | 112 | 3.131 | 3.115 (0.717) | 1155516 | 69.2217 | 6000 |
| $ 17 Phenol-d5 (SUR) | 99 | 4.018 | 4.029 (0.921) | 1567119 | 70.7903 | 6200 |
| * 79 1,4-Dichlorobenzene-d4 | 152 | 4.364 | 4.378 (1.000) | 424649 | 40.0000 | |
| $ 76 Nitrobenzene-d5 (SUR) | 82 | 4.919 | 4.933 (0.871) | 1194319 | 41.3969 | 3600 |
| * 80 Naphthalene-d8 | 136 | 5.645 | 5.653 (1.000) | 1624881 | 40.0000 | |
| $ 77 2-Fluorobiphenyl (SUR) | 172 | 6.727 | 6.736 (0.910) | 1295442 | 44.1433 | 3800 |
| * 82 Acenaphthene-d10 | 164 | 7.394 | 7.403 (1.000) | 848031 | 40.0000 | |
| $ 18 2,4,6-Tribromophenol (SUR) | 330 | 8.179 | 8.185 (1.106) | 532471 | 70.1460 | 6100 |
| * 83 Phenanthrene-d10 | 188 | 8.856 | 8.863 (1.000) | 1323969 | 40.0000 | |
| 52 Phenanthrene | 178 | 8.878 | 8.893 (1.002) | 32639 | 0.98095 | 86 (aH) |
| 56 Fluoranthene | 202 | 10.044 | 10.055 (1.134) | 140117 | 2.69072 | 230 (a) |
| 57 Pyrene | 202 | 10.263 | 10.284 (0.884) | 111104 | 4.44504 | 390 (a) |
| $ 78 Terphenyl-d14 | 244 | 10.427 | 10.432 (0.898) | 1280061 | 62.4957 | 5400 |