|   | Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|---|
|   | 61 Benzo(a)anthracene | 228 | 11.598 | 11.610 | (0.999) | 49039 | 1.88706 | 160 (H) |
| * | 81 Chrysene-d12 | 240 | 11.612 | 11.624 | (1.000) | 819399 | 40.0000 | |
|   | 62 Chrysene | 228 | 11.641 | 11.659 | (1.002) | 41626 | 2.10125 | 180 (a) |
|   | 65 Benzo(b)fluoranthene | 252 | 12.993 | 13.015 | (0.961) | 48285 | 2.08587 | 180 |
|   | 66 Benzo(k)fluoranthene | 252 | 13.023 | 13.060 | (0.961) | 20169 | 1.00791 | 88 (MH) |
|   | 67 Benzo(a)pyrene | 252 | 13.432 | 13.463 | (0.993) | 33518 | 1.83203 | 160 |
| * | 84 Perylene-d12 | 264 | 13.520 | 13.538 | (1.000) | 648898 | 40.0000 | |
|   | 68 Indeno(1,2,3-cd)pyrene | 276 | 15.008 | 15.053 | (1.110) | 18622 | 1.16688 | 100 |
|   | 70 Benzo(g,h,i)perylene | 276 | 15.423 | 15.473 | (1.141) | 16186 | 1.07215 | 93 (a) |

QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
M - Compound response manually integrated.
H - Operator selected an alternate compound hit.

Data File: u70903.d

Date: 21-OCT-2011 07:09

Client ID: SW-4R

Sample Info: 460-32553-A-5-A

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70903.d

Date: 21-OCT-2011 07:09                    Instrument: BNAMS4.i

Client ID: SW-4R

Sample Info: 460-32553-A-5-A             Operator: BNAMS 4

52 Phenanthrene



Data File: u70903.d

Date: 21-OCT-2011 07:09

Client ID: SW-4R

Sample Info: 460-32553-A-5-A

56 Fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70903.d

Date: 21-OCT-2011 07:09

Client ID: SW-4R

Sample Info: 460-32553-A-5-A

57 Pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/25/2011

Data File: u70903.d

Date: 21-OCT-2011 07:09

Client ID: SW-4R

Sample Info: 460-32553-A-5-A

61 Benzo(a)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70903.d

Date: 21-OCT-2011 07:09

Client ID: SW-4R

Sample Info: 460-32553-A-5-A

62 Chrysene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/25/2011

Data File: u70903.d

Date: 21-OCT-2011 07:09

Client ID: SW-4R

Sample Info: 460-32553-A-5-A

65 Benzo(b)fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/25/2011

Data File: u70903.d

Date: 21-OCT-2011 07:09

Client ID: SW-4R

Sample Info: 460-32553-A-5-A

66 Benzo(k)fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70903.d

Date: 21-OCT-2011 07:09

Client ID: SW-4R

Sample Info: 460-32553-A-5-A

67 Benzo(a)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70903.d

Date: 21-OCT-2011 07:09

Client ID: SW-4R

Sample Info: 460-32553-A-5-A

68 Indeno(1,2,3-cd)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70903.d

Date: 21-OCT-2011 07:09

Client ID: SW-4R

Sample Info: 460-32553-A-5-A

70 Benzo(g,h,i)perylene

Instrument: BNAMS4.i

Operator: BNAMS 4



Manual Integration Report

Data File: u70903.d
Inj. Date and Time: 21-OCT-2011 07:09
Instrument ID: BNAMS4.i
Client ID: SW-4R
Compound: 66 Benzo(k)fluoranthene
CAS #: 207-08-9
Report Date: 10/21/2011

Processing Integration Results

RT:        12.99

Response: 48285

Amount:    2

Conc:      210



Manual Integration Results

RT:        13.02

Response: 20169

Amount:    1

Conc:      88



Manually Integrated By: wahied
Manual Integration Reason:

```
                              FORM I
                GC/MS SEMI VOA ORGANICS ANALYSIS DATA SHEET


Lab Name:  TestAmerica Edison          Job No.:  460-32553-1

SDG No.:

Client Sample ID:  FL-10 DL            Lab Sample ID:  460-32553-6 DL

Matrix:  Solid                         Lab File ID:  u70916.d

Analysis Method:  8270C                Date Collected:  10/18/2011  16:53

Extract. Method:  3541                 Date Extracted:  10/20/2011  11:00

Sample wt/vol:  15.02(g)               Date Analyzed:  10/21/2011  11:31

Con. Extract Vol.:  1(mL)              Dilution Factor:  20

Injection Volume:  1(uL)               Level: (low/med)  Low

% Moisture:  19.3                      GPC Cleanup:(Y/N)  N

Analysis Batch No.:  90356             Units:  ug/Kg
```

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---|---|---|---|---|---|
| 91-20-3 | Naphthalene | 8200 | U | 8200 | 1200 |
| 208-96-8 | Acenaphthylene | 8200 | U | 8200 | 1200 |
| 83-32-9 | Acenaphthene | 27000 | D | 8200 | 1200 |
| 86-73-7 | Fluorene | 21000 | D | 8200 | 1400 |
| 85-01-8 | Phenanthrene | 38000 | D | 8200 | 1400 |
| 120-12-7 | Anthracene | 16000 | D | 8200 | 1400 |
| 206-44-0 | Fluoranthene | 110000 | D | 8200 | 1400 |
| 129-00-0 | Pyrene | 150000 | D | 8200 | 1400 |
| 56-55-3 | Benzo[a]anthracene | 74000 | D | 820 | 150 |
| 218-01-9 | Chrysene | 69000 | D | 8200 | 1200 |
| 205-99-2 | Benzo[b]fluoranthene | 67000 | D | 820 | 120 |
| 207-08-9 | Benzo[k]fluoranthene | 28000 | D | 820 | 110 |
| 50-32-8 | Benzo[a]pyrene | 55000 | D | 820 | 100 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 42000 | D | 820 | 130 |
| 53-70-3 | Dibenz(a,h)anthracene | 9700 | D | 820 | 99 |
| 191-24-2 | Benzo[g,h,i]perylene | 39000 | D | 8200 | 860 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---|---|---|---|---|
| 4165-60-0 | Nitrobenzene-d5 | 0 | D | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 0 | D | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 0 | D | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/u70916.d
Report Date: 21-Oct-2011 12:14


                              TestAmerica

                    SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/u70916.d
Lab Smp Id: 460-32553-A-6-A              Client Smp ID: FL-10
Inj Date  : 21-OCT-2011 11:31
Operator  : BNAMS 4                      Inst ID: BNAMS4.i
Smp Info  : 460-32553-A-6-A
Misc Info : 460-32553-A-6-A
Comment   :
Method    : /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/8270C_08SP.m
Meth Date : 21-Oct-2011 03:33 asfawa    Quant Type: ISTD
Cal Date  : 18-OCT-2011 02:46           Cal File: u70773.d
Als bottle: 26
Dil Factor: 20.00000
Integrator: HP RTE                       Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable

         Name          Value            Description
     --------------  --------------  ------------------------
         DF          20.00000         Dilution Factor
         Uf           1.00000         ng unit correction factor
         Vt           1.00000         Volume of final extract (ml)
         Ws          15.02000         Weight of sample extracted (g)
         M           19.31166         % Moisture

Cpnd Variable                    Local Compound Variable
```

|  | | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|---|
| Compounds | | | | | | | | |
| * | 79 1,4-Dichlorobenzene-d4 | 152 | 4.365 | 4.378 | (1.000) | 350196 | 40.0000 | |
| * | 80 Naphthalene-d8 | 136 | 5.638 | 5.653 | (1.000) | 1250648 | 40.0000 | |
| | 34 2-Methylnaphtalene | 142 | 6.354 | 6.370 | (1.127) | 29925 | 1.40668 | 2300(a) |
| | 120 1-Methylnaphthalene | 142 | 6.451 | 6.467 | (1.144) | 21467 | 1.00754 | 1700(a) |
| | 125 1,3-Dimethylnaphthalene | 156 | 7.053 | 7.070 | (0.954) | 32692 | 2.26841 | 3700(a) |
| * | 82 Acenaphthene-d10 | 164 | 7.391 | 7.403 | (1.000) | 600319 | 40.0000 | |
| | 42 Acenaphthene | 154 | 7.421 | 7.441 | (1.004) | 247477 | 16.2023 | 27000 |
| | 43 Dibenzofuran | 168 | 7.591 | 7.610 | (1.027) | 258876 | 11.2697 | 18000 |
| | 47 Fluorene | 166 | 7.928 | 7.944 | (1.073) | 254463 | 12.9651 | 21000 |
| * | 83 Phenanthrene-d10 | 188 | 8.854 | 8.863 | (1.000) | 1009217 | 40.0000 | |
| | 52 Phenanthrene | 178 | 8.876 | 8.893 | (1.002) | 588217 | 23.1921 | 38000 |
| | 53 Anthracene | 178 | 8.928 | 8.944 | (1.008) | 257901 | 9.76546 | 16000 |
| | 54 Carbazole | 167 | 9.083 | 9.100 | (1.026) | 26720 | 1.07487 | 1800(a) |

```
Data File: /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/u70916.d
Report Date: 21-Oct-2011 12:14
```

|   |    | Compounds | QUANT SIG MASS | RT | EXP RT REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|----|-----------|------|--------|---------------|----------|---------|---------|
|   | 56 | Fluoranthene | 202 | 10.056 | 10.055 (1.136) | 2686688 | 67.6845 | 110000 |
|   | 57 | Pyrene | 202 | 10.278 | 10.284 (0.885) | 1989302 | 93.6175 | 150000 |
|   | 61 | Benzo(a)anthracene | 228 | 11.604 | 11.610 (0.999) | 927706 | 44.7931 | 74000 |
| * | 81 | Chrysene-d12 | 240 | 11.618 | 11.624 (1.000) | 696603 | 40.0000 | |
|   | 62 | Chrysene | 228 | 11.647 | 11.659 (1.002) | 707383 | 42.0027 | 69000 |
|   | 65 | Benzo(b)fluoranthene | 252 | 13.004 | 13.015 (0.962) | 713406 | 40.6424 | 67000 |
|   | 66 | Benzo(k)fluoranthene | 252 | 13.034 | 13.060 (0.964) | 256311 | 16.8917 | 28000 |
|   | 67 | Benzo(a)pyrene | 252 | 13.443 | 13.463 (0.994) | 460926 | 33.2241 | 55000 |
| * | 84 | Perylene-d12 | 264 | 13.523 | 13.538 (1.000) | 492049 | 40.0000 | |
|   | 68 | Indeno(1,2,3-cd)pyrene | 276 | 15.023 | 15.053 (1.111) | 306219 | 25.3047 | 42000 |
|   | 69 | Dibenz(a,h)anthracene | 278 | 15.037 | 15.082 (1.112) | 62868 | 5.88673 | 9700(H) |
|   | 70 | Benzo(g,h,i)perylene | 276 | 15.442 | 15.473 (1.142) | 267678 | 23.3828 | 38000 |

```
QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
H - Operator selected an alternate compound hit.
```

Data File: u70916.d

Date: 21-OCT-2011 11:31

Client ID: FL-10

Sample Info: 460-3253-A-6-A

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70916.d

Date: 21-OCT-2011 11:31

Client ID: FL-10

Sample Info: 460-32553-A-6-A

42 Acenaphthene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70916.d

Date: 21-OCT-2011 11:31

Client ID: FL-10

Sample Info: 460-32553-A-6-A

47 Fluorene

Instrument: BNAMS4.i

Operator: BNAMS 4





Data File: u70916.d

Date: 21-OCT-2011 11:31

Client ID: FL-10

Sample Info: 460-32553-A-6-A

53 Anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/25/2011

Data File: u70916.d

Date: 21-OCT-2011 11:31          Instrument: BNAMS4.i

Client ID: FL-10                 Operator: BNAMS 4

Sample Info: 460-32553-A-6-A

56 Fluoranthene



Data File: u70916.d

Date: 21-OCT-2011 11:31

Client ID: FL-10

Sample Info: 460-32553-A-6-A

57 Pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/25/2011

Data File: u70916.d

Date: 21-OCT-2011 11:31

Client ID: FL-10

Sample Info: 460-32553-A-6-A

61 Benzo(a)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70916.d

Date: 21-OCT-2011 11:31

Client ID: FL-10

Sample Info: 460-32553-A-6-A

62 Chrysene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70916.d

Date: 21-OCT-2011 11:31

Client ID: FL-10

Sample Info: 460-32553-A-6-A

65 Benzo(b)fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70916.d

Date: 21-OCT-2011 11:31

Client ID: FL-10

Sample Info: 460-32553-A-6-A

66 Benzo(k)fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70916.d

Date: 21-OCT-2011 11:31

Instrument: BNAMS4.i

Client ID: FL-10

Operator: BNAMS 4

Sample Info: 460-32553-A-6-A

67 Benzo(a)pyrene



Data File: u70916.d

Date: 21-OCT-2011 11:31

Client ID: FL-10

Sample Info: 460-32553-A-6-A

68 Indeno(1,2,3-cd)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u70916.d

Date: 21-OCT-2011 11:31

Client ID: FL-10

Sample Info: 460-32553-A-6-A

69 Dibenz(a,h)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4

