```
+------------------+------------------+------------------+------------------+
|  96.00      138 | 166.00      631 | 231.00      502 | 383.00      287 |
|  98.00     4979 | 167.00     3980 | 233.00      101 | 402.00      430 |
|  99.00     3314 | 168.00     1694 | 234.00      297 | 403.00      727 |
| 100.00      104 | 169.00      192 | 235.00      323 | 404.00      105 |
| 101.00     1754 | 170.00      136 | 236.00      210 | 421.00      597 |
+------------------+------------------+------------------+------------------+
| 103.00      675 | 171.00      100 | 237.00      198 | 422.00      303 |
| 104.00     1302 | 172.00      440 | 239.00      160 | 423.00     3951 |
| 105.00     1040 | 173.00      559 | 240.00      125 | 424.00      721 |
| 107.00    14056 | 174.00      905 | 241.00      292 | 441.00    13101 |
| 108.00     1732 | 175.00     1533 | 242.00      644 | 442.00    86464 |
+------------------+------------------+------------------+------------------+
| 110.00    24736 | 176.00      363 | 244.00     8887 | 443.00    16456 |
| 111.00     3738 | 177.00      625 | 245.00     1153 | 444.00     1374 |
| 112.00      426 | 179.00     3318 | 246.00     2006 |                 |
| 113.00      107 | 180.00     2308 | 247.00      156 |                 |
+------------------+------------------+------------------+------------------+
```

```
                                FORM I
                GC/MS SEMI VOA ORGANICS ANALYSIS DATA SHEET
```

Lab Name:  TestAmerica Edison          Job No.:  460-32553-1

SDG No.:

Client Sample ID:                      Lab Sample ID:  MB 460-90207/1-A

Matrix:  Solid                         Lab File ID:  u70914.d

Analysis Method:  8270C                Date Collected:

Extract. Method:  3541                 Date Extracted:  10/20/2011  11:00

Sample wt/vol:  15.01(g)               Date Analyzed:  10/21/2011  10:51

Con. Extract Vol.:  1(mL)              Dilution Factor:  1

Injection Volume:  1(uL)               Level: (low/med)  Low

% Moisture:                            GPC Cleanup:(Y/N)  N

Analysis Batch No.:  90356             Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|-----|-----|
| 91-20-3 | Naphthalene | 330 | U | 330 | 48 |
| 208-96-8 | Acenaphthylene | 330 | U | 330 | 47 |
| 83-32-9 | Acenaphthene | 330 | U | 330 | 47 |
| 86-73-7 | Fluorene | 330 | U | 330 | 56 |
| 85-01-8 | Phenanthrene | 330 | U | 330 | 58 |
| 120-12-7 | Anthracene | 330 | U | 330 | 58 |
| 206-44-0 | Fluoranthene | 330 | U | 330 | 55 |
| 129-00-0 | Pyrene | 330 | U | 330 | 57 |
| 56-55-3 | Benzo[a]anthracene | 33 | U | 33 | 6.1 |
| 218-01-9 | Chrysene | 330 | U | 330 | 48 |
| 205-99-2 | Benzo[b]fluoranthene | 33 | U | 33 | 4.9 |
| 207-08-9 | Benzo[k]fluoranthene | 33 | U | 33 | 4.6 |
| 50-32-8 | Benzo[a]pyrene | 33 | U | 33 | 4.1 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 33 | U | 33 | 5.3 |
| 53-70-3 | Dibenz(a,h)anthracene | 33 | U | 33 | 4.0 |
| 191-24-2 | Benzo[g,h,i]perylene | 330 | U | 330 | 35 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 82 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 113 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 88 | | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/u70914.d
Report Date: 21-Oct-2011 12:19


                              TestAmerica

                  SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/u70914.d
Lab Smp Id: MB 460-90207/1-A
Inj Date  : 21-OCT-2011 10:51
Operator  : BNAMS 4                           Inst ID: BNAMS4.i
Smp Info  : MB 460-90207/1-A
Misc Info : 120 ppm bna 4587
Comment   :
Method    : /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/8270C_08SP.m
Meth Date : 21-Oct-2011 03:33 asfawa     Quant Type: ISTD
Cal Date  : 18-OCT-2011 02:46             Cal File: u70773.d
Als bottle: 24                            QC Sample: BLANK
Dil Factor: 1.00000
Integrator: HP RTE                        Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable


        Name          Value              Description
   --------------  --------------  ------------------------
        DF          1.00000         Dilution Factor
        Uf          1.00000         ng unit correction factor
        Vt          1.00000         Volume of final extract (ml)
        Ws          15.00000        Weight of sample extracted (g)
        M           0.00000         % Moisture

Cpnd Variable                     Local Compound Variable
```

|  |  |  |  |  |  | CONCENTRATIONS | |
|---|---|---|---|---|---|---|---|
|  | QUANT SIG |  |  |  |  | ON-COLUMN | FINAL |
| Compounds | MASS | RT | EXP RT | REL RT | RESPONSE | (ug/ml) | (ug/Kg) |
| ========================= | ==== | == | ====== | ====== | ======== | ======= | ======= |
| $ 16 2-Fluorophenol (SUR) | 112 | 3.121 | 3.115 | (0.715) | 966383 | 64.9959 | 4300 |
| $ 17 Phenol-d5 (SUR) | 99 | 4.014 | 4.029 | (0.919) | 1353513 | 68.6444 | 4600 |
| * 79 1,4-Dichlorobenzene-d4 | 152 | 4.367 | 4.378 | (1.000) | 378233 | 40.0000 | |
| $ 76 Nitrobenzene-d5 (SUR) | 82 | 4.914 | 4.933 | (0.871) | 1026474 | 41.2159 | 2700 |
| * 80 Naphthalene-d8 | 136 | 5.641 | 5.653 | (1.000) | 1402657 | 40.0000 | |
| $ 77 2-Fluorobiphenyl (SUR) | 172 | 6.728 | 6.736 | (0.910) | 1160382 | 44.1028 | 2900 |
| * 82 Acenaphthene-d10 | 164 | 7.396 | 7.403 | (1.000) | 760314 | 40.0000 | |
| $ 18 2,4,6-Tribromophenol (SUR) | 330 | 8.171 | 8.185 | (1.105) | 420342 | 61.7630 | 4100 |
| * 83 Phenanthrene-d10 | 188 | 8.853 | 8.863 | (1.000) | 1130659 | 40.0000 | |
| $ 78 Terphenyl-d14 | 244 | 10.428 | 10.432 | (0.898) | 1107841 | 56.4922 | 3800 |
| * 81 Chrysene-d12 | 240 | 11.606 | 11.624 | (1.000) | 784520 | 40.0000 | |
| * 84 Perylene-d12 | 264 | 13.519 | 13.538 | (1.000) | 462631 | 40.0000 | |

Data File: u70914.d

Date: 21-OCT-2011 10:51

Client ID:

Sample Info: MB 460-90207/1-A

Instrument: BNAMS4.i

Operator: BNAMS 4



MS HP ChemStation

```
                              FORM I
               GC/MS SEMI VOA ORGANICS ANALYSIS DATA SHEET
```

Lab Name:  TestAmerica Edison          Job No.:  460-32553-1

SDG No.:

Client Sample ID:                      Lab Sample ID:  LCS 460-90207/2-A

Matrix:  Solid                         Lab File ID:  u70893.d

Analysis Method:  8270C                Date Collected:

Extract. Method:  3541                 Date Extracted:  10/20/2011  11:00

Sample wt/vol:  15.03(g)               Date Analyzed:  10/21/2011  03:47

Con. Extract Vol.:  1(mL)              Dilution Factor:  1

Injection Volume:  1(uL)               Level: (low/med)  Low

% Moisture:                            GPC Cleanup:(Y/N)  N

Analysis Batch No.:  90356             Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|-----|-----|
| 91-20-3 | Naphthalene | 2610 | | 330 | 48 |
| 208-96-8 | Acenaphthylene | 2390 | | 330 | 47 |
| 83-32-9 | Acenaphthene | 2610 | | 330 | 47 |
| 86-73-7 | Fluorene | 2640 | | 330 | 56 |
| 85-01-8 | Phenanthrene | 2790 | | 330 | 58 |
| 120-12-7 | Anthracene | 2820 | | 330 | 58 |
| 206-44-0 | Fluoranthene | 2580 | | 330 | 55 |
| 129-00-0 | Pyrene | 3460 | | 330 | 57 |
| 56-55-3 | Benzo[a]anthracene | 3030 | | 33 | 6.1 |
| 218-01-9 | Chrysene | 2600 | | 330 | 48 |
| 205-99-2 | Benzo[b]fluoranthene | 2760 | | 33 | 4.9 |
| 207-08-9 | Benzo[k]fluoranthene | 2940 | | 33 | 4.6 |
| 50-32-8 | Benzo[a]pyrene | 2740 | | 33 | 4.1 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 2640 | | 33 | 5.3 |
| 53-70-3 | Dibenz(a,h)anthracene | 2710 | | 33 | 4.0 |
| 191-24-2 | Benzo[g,h,i]perylene | 2580 | | 330 | 35 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 83 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 99 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 75 | | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/u70893.d
Report Date: 21-Oct-2011 10:56


                              TestAmerica

                  SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/u70893.d
Lab Smp Id: LCS 460-90207/2-A
Inj Date  : 21-OCT-2011 03:47
Operator  : BNAMS 4                        Inst ID: BNAMS4.i
Smp Info  : LCS 460-90207/2-A
Misc Info : LCS 460-90207/2-A
Comment   :
Method    : /chem/BNAMS4.i/8270T/10-18-11/21oct11.b/8270C_08SP.m
Meth Date : 21-Oct-2011 03:33 asfawa      Quant Type: ISTD
Cal Date  : 18-OCT-2011 02:46              Cal File: u70773.d
Als bottle: 3                              QC Sample: BS
Dil Factor: 1.00000
Integrator: HP RTE                         Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable


         Name          Value              Description
     --------------  --------------  -----------------------
         DF          1.00000          Dilution Factor
         Uf          1.00000          ng unit correction factor
         Vt          1.00000          Volume of final extract (ml)
         Ws          15.03000         Weight of sample extracted (g)
         M           0.00000          % Moisture

Cpnd Variable                      Local Compound Variable
```

| Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|
| 106 1,4-Dioxane | 88 | 1.798 | 1.738 | (0.411) | 145453 | 18.6751 | 1200 |
| 19 N-Nitrosodimethylamine | 74 | 2.008 | 1.980 | (0.459) | 482131 | 38.3242 | 2500 |
| 71 Pyridine | 79 | 2.038 | 2.009 | (0.466) | 539876 | 26.7853 | 1800 |
| $ 16 2-Fluorophenol (SUR) | 112 | 3.137 | 3.115 | (0.717) | 1058715 | 70.9500 | 4700 |
| 110 Benzaldehyde | 77 | 3.943 | 3.942 | (0.901) | 393068 | 40.3915 | 2700 |
| $ 17 Phenol-d5 (SUR) | 99 | 4.032 | 4.029 | (0.922) | 1454884 | 73.5204 | 4900 |
| 1 Phenol | 94 | 4.047 | 4.044 | (0.925) | 1691740 | 73.8960 | 4900 |
| 73 Aniline | 93 | 4.055 | 4.051 | (0.927) | 850137 | 33.2547 | 2200 |
| 20 bis(2-Chloroethyl)ether | 93 | 4.113 | 4.111 | (0.940) | 732355 | 41.3100 | 2700 |
| 2 2-Chlorophenol | 128 | 4.180 | 4.177 | (0.956) | 1133489 | 82.7426 | 5500 |
| 113 n-decane | 43 | 4.218 | 4.214 | (0.964) | 749299 | 33.3938 | 2200 |
| 21 1,3-Dichlorobenzene | 146 | 4.322 | 4.319 | (0.988) | 562453 | 38.3136 | 2500 |
| * 79 1,4-Dichlorobenzene-d4 | 152 | 4.374 | 4.378 | (1.000) | 379597 | 40.0000 | |

|  | | | | | | CONCENTRATIONS | |
|---|---|---|---|---|---|---|---|
|  | | QUANT SIG | | | | ON-COLUMN | FINAL |
| Compounds | | MASS | RT | EXP RT REL RT | RESPONSE | (ug/ml) | (ug/Kg) |
| =========================== | | ==== | == | ====== ====== | ======== | ======= | ====== |
| 22 1,4-Dichlorobenzene | | 146 | 4.389 | 4.393 (1.003) | 524547 | 38.3031 | 2500 |
| 74 Benzyl Alcohol | | 108 | 4.521 | 4.518 (1.034) | 408245 | 45.7811 | 3000 |
| 23 1,2-Dichlorobenzene | | 146 | 4.543 | 4.548 (1.039) | 519805 | 38.0574 | 2500 |
| 3 2-Methylphenol | | 108 | 4.638 | 4.638 (1.060) | 1074240 | 92.1749 | 6100 |
| 24 bis (2-chloroisopropyl) ether | | 45 | 4.645 | 4.645 (1.062) | 1147095 | 36.0309 | 2400 |
| 104 Acetophenone | | 105 | 4.784 | 4.786 (1.094) | 907470 | 47.8150 | 3200 (R) |
| 4 4-Methylphenol | | 108 | 4.798 | 4.793 (1.097) | 978448 | 83.3670 | 5500 |
| 123 3 & 4 Methylphenol | | 108 | 4.798 | 4.793 (1.097) | 987845 | 84.1676 | 5600 |
| 25 N-Nitroso-di-n-propylamine | | 70 | 4.821 | 4.786 (1.102) | 644780 | 44.8835 | 3000 (MH) |
| 26 Hexachloroethane | | 117 | 4.880 | 4.881 (1.116) | 304727 | 41.6195 | 2800 |
| $  76 Nitrobenzene-d5 (SUR) | | 82 | 4.931 | 4.933 (0.872) | 1016134 | 41.5708 | 2800 |
| 27 Nitrobenzene | | 77 | 4.954 | 4.955 (0.876) | 1125636 | 41.0710 | 2700 |
| 107 N,N-Dimethylaniline | | 120 | 4.954 | 4.955 (1.133) | 653323 | 36.9855 | 2500 |
| 28 Isophorone | | 82 | 5.218 | 5.195 (0.923) | 1820997 | 42.2387 | 2800 (MH) |
| 5 2-Nitrophenol | | 139 | 5.276 | 5.268 (0.933) | 629050 | 78.3750 | 5200 |
| 6 2,4-Dimethylphenol | | 122 | 5.329 | 5.326 (0.943) | 907045 | 81.6354 | 5400 |
| 29 bis(2-Chloroethoxy)methane | | 93 | 5.409 | 5.408 (0.957) | 833886 | 41.4708 | 2800 |
| 15 Benzoic Acid | | 122 | 5.506 | 5.474 (0.974) | 247509 | 59.9579 | 4000 |
| 7 2,4-Dichlorophenol | | 162 | 5.521 | 5.519 (0.976) | 858232 | 89.3317 | 5900 |
| 30 1,2,4-Trichlorobenzene | | 180 | 5.595 | 5.601 (0.990) | 550390 | 48.5445 | 3200 (R) |
| *  80 Naphthalene-d8 | | 136 | 5.653 | 5.653 (1.000) | 1376675 | 40.0000 | |
| 31 Naphthalene | | 128 | 5.676 | 5.676 (1.004) | 1258911 | 39.2271 | 2600 |
| 32 4-Chloroaniline | | 127 | 5.727 | 5.728 (1.013) | 443189 | 31.1099 | 2100 |
| 33 Hexachlorobutadiene | | 225 | 5.801 | 5.802 (1.026) | 472107 | 44.7369 | 3000 |
| 111 Caprolactam | | 113 | 6.145 | 6.118 (1.087) | 90650 | 20.8194 | 1400 |
| 8 4-Chloro-3-methylphenol | | 107 | 6.242 | 6.237 (1.104) | 1211744 | 93.7591 | 6200 |
| 34 2-Methylnaphthalene | | 142 | 6.369 | 6.370 (1.127) | 927166 | 39.5932 | 2600 |
| 120 1-Methylnaphthalene | | 142 | 6.457 | 6.467 (1.142) | 15762 | 0.67206 | 45 (a) |
| 35 Hexachlorocyclopentadiene | | 237 | 6.532 | 6.535 (0.882) | 329268 | 37.7532 | 2500 |
| 129 1,2,4,5-Tetrachlorobenzene | | 216 | 6.539 | 6.542 (0.883) | 695396 | 44.9101 | 3000 |
| 9 2,4,6-Trichlorophenol | | 196 | 6.658 | 6.654 (0.899) | 742412 | 86.0925 | 5700 |
| 10 2,4,5-Trichlorophenol | | 196 | 6.708 | 6.699 (0.906) | 757802 | 82.1678 | 5500 |
| $  77 2-Fluorobiphenyl (SUR) | | 172 | 6.737 | 6.736 (0.910) | 986729 | 37.6000 | 2500 |
| 102 Diphenyl | | 154 | 6.833 | 6.833 (0.922) | 1080167 | 37.8433 | 2500 |
| 36 2-Chloronaphthalene | | 162 | 6.854 | 6.855 (0.925) | 867792 | 38.7590 | 2600 |
| 103 Diphenyl Ether | | 170 | 6.936 | 6.937 (0.936) | 667630 | 41.5426 | 2800 |
| 37 2-Nitroaniline | | 65 | 6.957 | 6.959 (0.939) | 483873 | 35.2176 | 2300 |
| 38 Dimethylphthalate | | 163 | 7.144 | 7.143 (0.965) | 1186120 | 41.2717 | 2700 |
| 40 2,6-Dinitrotoluene | | 165 | 7.201 | 7.202 (0.972) | 283764 | 46.9163 | 3100 |
| 39 Acenaphthylene | | 152 | 7.260 | 7.261 (0.980) | 1262445 | 35.9202 | 2400 |
| 41 3-Nitroaniline | | 138 | 7.369 | 7.366 (0.995) | 219464 | 28.0146 | 1900 |
| *  82 Acenaphthene-d10 | | 164 | 7.407 | 7.403 (1.000) | 758348 | 40.0000 | |
| 42 Acenaphthene | | 154 | 7.437 | 7.441 (1.004) | 757754 | 39.2720 | 2600 |
| 11 2,4-Dinitrophenol | | 184 | 7.467 | 7.471 (1.008) | 97409 | 34.3459 | 2300 |
| 12 4-Nitrophenol | | 65 | 7.563 | 7.552 (1.021) | 695263 | 77.5178 | 5200 |
| 44 2,4-Dinitrotoluene | | 165 | 7.600 | 7.603 (1.026) | 346898 | 35.8831 | 2400 |
| 43 Dibenzofuran | | 168 | 7.608 | 7.610 (1.027) | 1187649 | 40.9282 | 2700 |

|   | Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|-----------|------|------|--------|--------|----------|---------|--------|
|   | 130 2,3,4,6-Tetrachlorophenol | 232 | 7.733 | 7.737 | (1.044) | 357556 | 40.0160 | 2700 |
|   | 45 Diethylphthalate | 149 | 7.838 | 7.832 | (1.058) | 1277274 | 36.6043 | 2400 |
|   | 46 4-Chlorophenyl-phenylether | 204 | 7.940 | 7.944 | (1.072) | 691102 | 42.7112 | 2800 |
|   | 47 Fluorene | 166 | 7.947 | 7.944 | (1.073) | 984626 | 39.7132 | 2600 |
|   | 48 4-Nitroaniline | 138 | 7.984 | 7.979 | (1.078) | 212936 | 28.6814 | 1900 |
|   | 13 4,6-Dinitro-2-methylphenol | 198 | 8.014 | 8.008 | (0.904) | 252130 | 52.7738 | 3500 |
|   | 49 N-Nitrosodiphenylamine | 169 | 8.066 | 8.059 | (0.910) | 662503 | 42.4568 | 2800 |
|   | 75 1,2-Diphenylhydrazine | 77 | 8.102 | 8.097 | (0.914) | 1748051 | 40.0306 | 2700 |
| $ | 18 2,4,6-Tribromophenol (SUR) | 330 | 8.190 | 8.185 | (1.106) | 532742 | 78.4815 | 5200 |
|   | 50 4-Bromophenyl-phenylether | 248 | 8.418 | 8.422 | (0.949) | 417772 | 45.0263 | 3000 |
|   | 51 Hexachlorobenzene | 284 | 8.499 | 8.497 | (0.958) | 467050 | 49.2649 | 3300 |
|   | 112 Atrazine | 200 | 8.596 | 8.591 | (0.969) | 290874 | 36.2477 | 2400 |
|   | 14 Pentachlorophenol | 266 | 8.692 | 8.687 | (0.980) | 457597 | 80.5308 | 5400 |
|   | 115 n-Octadecane | 57 | 8.757 | 8.760 | (0.988) | 916216 | 42.8262 | 2800 |
| * | 83 Phenanthrene-d10 | 188 | 8.868 | 8.863 | (1.000) | 1061017 | 40.0000 | |
|   | 52 Phenanthrene | 178 | 8.890 | 8.893 | (1.003) | 1119704 | 41.9921 | 2800 |
|   | 53 Anthracene | 178 | 8.942 | 8.944 | (1.008) | 1177872 | 44.2229 | 2800 |
|   | 54 Carbazole | 167 | 9.098 | 9.100 | (1.026) | 990500 | 37.8998 | 2500 |
|   | 55 Di-n-butylphthalate | 149 | 9.430 | 9.433 | (1.063) | 1831089 | 36.7120 | 2400 |
|   | 56 Fluoranthene | 202 | 10.053 | 10.055 | (1.134) | 1617999 | 38.7715 | 2600 |
|   | 58 Benzidine | 184 | 10.180 | 10.187 | (1.148) | 86542 | 7.48427 | 500 |
|   | 57 Pyrene | 202 | 10.276 | 10.284 | (0.884) | 1501339 | 52.0193 | 3500 |
| $ | 78 Terphenyl-d14 | 244 | 10.432 | 10.432 | (0.897) | 1167168 | 49.3506 | 3300 |
|   | 59 Butylbenzylphthalate | 149 | 10.947 | 10.947 | (0.942) | 718559 | 42.2148 | 2800 |
|   | 60 3,3'-Dichlorobenzidine | 252 | 11.574 | 11.582 | (0.996) | 382674 | 37.3468 | 2500 |
|   | 61 Benzo(a)anthracene | 228 | 11.610 | 11.610 | (0.999) | 1280047 | 45.5520 | 3000 |
| * | 81 Chrysene-d12 | 240 | 11.623 | 11.624 | (1.000) | 946141 | 40.0000 | |
|   | 63 bis(2-Ethylhexyl)phthalate | 149 | 11.630 | 11.631 | (1.001) | 842076 | 45.1705 | 3000 |
|   | 62 Chrysene | 228 | 11.659 | 11.659 | (1.003) | 893061 | 39.0421 | 2600 |
|   | 64 Di-n-octylphthalate | 149 | 12.481 | 12.483 | (0.922) | 1336083 | 39.7302 | 2600 |
|   | 65 Benzo(b)fluoranthene | 252 | 13.012 | 13.015 | (0.961) | 1103967 | 41.5449 | 2800 |
|   | 66 Benzo(k)fluoranthene | 252 | 13.049 | 13.060 | (0.964) | 1013311 | 44.1131 | 2900 |
|   | 67 Benzo(a)pyrene | 252 | 13.453 | 13.463 | (0.994) | 865508 | 41.2108 | 2700 |
| * | 84 Perylene-d12 | 264 | 13.534 | 13.538 | (1.000) | 744886 | 40.0000 | |
|   | 68 Indeno(1,2,3-cd)pyrene | 276 | 15.039 | 15.053 | (1.111) | 725575 | 39.6069 | 2600(M) |
|   | 69 Dibenz(a,h)anthracene | 278 | 15.069 | 15.082 | (1.113) | 657654 | 40.6781 | 2700 |
|   | 70 Benzo(g,h,i)perylene | 276 | 15.465 | 15.473 | (1.143) | 672189 | 38.7877 | 2600 |

QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
R - Spike/Surrogate failed recovery limits.
M - Compound response manually integrated.
H - Operator selected an alternate compound hit.

Data File: u70893.d

Date: 21-OCT-2011 03:47

Instrument: BNAMS4.i

Client ID:

Operator: BNAMS 4

Sample Info: LCS 460-90207/2-A



Manual Integration Report

Data File: u70893.d
Inj. Date and Time: 21-OCT-2011 03:47
Instrument ID: BNAMS4.i
Client ID:
Compound:  68 Indeno(1,2,3-cd)pyrene
CAS #: 193-39-5
Report Date: 10/21/2011

Processing Integration Results

RT:        15.04

Response: 856405

Amount:    47

Conc:      3110



Manual Integration Results

RT:        15.04

Response: 725575

Amount:    40

Conc:      2635



Manually Integrated By: wahied
Manual Integration Reason: Target Peak Misintegrated (extraneous area removed)

```
                              FORM I
              GC/MS SEMI VOA ORGANICS ANALYSIS DATA SHEET
```

Lab Name:  TestAmerica Edison          Job No.:  460-32553-1

SDG No.:

Client Sample ID:                      Lab Sample ID:  460-32588-F-6-A MS

Matrix:  Solid                         Lab File ID:  u70895.d

Analysis Method:  8270C                Date Collected:  10/18/2011  09:15

Extract. Method:  3541                 Date Extracted:  10/20/2011  11:00

Sample wt/vol:  15.00(g)               Date Analyzed:  10/21/2011  04:27

Con. Extract Vol.:  1(mL)              Dilution Factor:  1

Injection Volume:  1(uL)               Level: (low/med)  Low

% Moisture:  19.5                      GPC Cleanup:(Y/N)  N

Analysis Batch No.:  90356             Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|-----|-----|
| 91-20-3 | Naphthalene | 3750 | | 410 | 60 |
| 208-96-8 | Acenaphthylene | 3620 | | 410 | 59 |
| 83-32-9 | Acenaphthene | 3970 | | 410 | 58 |
| 86-73-7 | Fluorene | 4130 | | 410 | 70 |
| 85-01-8 | Phenanthrene | 4360 | | 410 | 72 |
| 120-12-7 | Anthracene | 4080 | | 410 | 73 |
| 206-44-0 | Fluoranthene | 3580 | | 410 | 68 |
| 129-00-0 | Pyrene | 5010 | | 410 | 71 |
| 56-55-3 | Benzo[a]anthracene | 4420 | | 41 | 7.6 |
| 218-01-9 | Chrysene | 3690 | | 410 | 60 |
| 205-99-2 | Benzo[b]fluoranthene | 4070 | | 41 | 6.1 |
| 207-08-9 | Benzo[k]fluoranthene | 3920 | | 41 | 5.7 |
| 50-32-8 | Benzo[a]pyrene | 3920 | | 41 | 5.1 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 4430 | | 41 | 6.6 |
| 53-70-3 | Dibenz(a,h)anthracene | 3950 | | 41 | 4.9 |
| 191-24-2 | Benzo[g,h,i]perylene | 3880 | | 410 | 43 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 90 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 120 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 94 | | 40-109 |

FORM I 8270C

```
                                    FORM I
                   GC/MS SEMI VOA ORGANICS ANALYSIS DATA SHEET


Lab Name:  TestAmerica Edison          Job No.:  460-32553-1

SDG No.:

Client Sample ID:                      Lab Sample ID:  460-32588-F-6-B MSD

Matrix:  Solid                         Lab File ID:  u70896.d

Analysis Method:  8270C                Date Collected:  10/18/2011  09:15

Extract. Method:  3541                 Date Extracted:  10/20/2011  11:00

Sample wt/vol:  15.00(g)               Date Analyzed:  10/21/2011  04:48

Con. Extract Vol.:  1(mL)              Dilution Factor:  1

Injection Volume:  1(uL)               Level: (low/med)  Low

% Moisture:  19.5                      GPC Cleanup:(Y/N)  N

Analysis Batch No.:  90356             Units:  ug/Kg
```

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|----|----|
| 91-20-3 | Naphthalene | 3550 | | 410 | 60 |
| 208-96-8 | Acenaphthylene | 3480 | | 410 | 59 |
| 83-32-9 | Acenaphthene | 3720 | | 410 | 58 |
| 86-73-7 | Fluorene | 3670 | | 410 | 70 |
| 85-01-8 | Phenanthrene | 3830 | | 410 | 72 |
| 120-12-7 | Anthracene | 3730 | | 410 | 73 |
| 206-44-0 | Fluoranthene | 3470 | | 410 | 68 |
| 129-00-0 | Pyrene | 5170 | | 410 | 71 |
| 56-55-3 | Benzo[a]anthracene | 4260 | | 41 | 7.6 |
| 218-01-9 | Chrysene | 3640 | | 410 | 60 |
| 205-99-2 | Benzo[b]fluoranthene | 3740 | | 41 | 6.1 |
| 207-08-9 | Benzo[k]fluoranthene | 4070 | | 41 | 5.7 |
| 50-32-8 | Benzo[a]pyrene | 3710 | | 41 | 5.1 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 4490 | | 41 | 6.6 |
| 53-70-3 | Dibenz(a,h)anthracene | 4200 | | 41 | 4.9 |
| 191-24-2 | Benzo[g,h,i]perylene | 3780 | | 410 | 43 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 90 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 113 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 89 | | 40-109 |

FORM I 8270C

Lab Name: TestAmerica Edison                    Job No.: 460-32553-1

SDG No.:

Instrument ID: BNAMS4                            Start Date: 10/18/2011  00:24

Analysis Batch Number:  89979                    End Date: 10/18/2011  06:10

| LAB SAMPLE ID | CLIENT SAMPLE ID | DATE ANALYZED | DILUTION FACTOR | LAB FILE ID | COLUMN ID |
|---|---|---|---|---|---|
| DFTPP 460-89979/1 | | 10/18/2011  00:24 | 1 | u70767.d | Rtx-5MS 0.25(mm) |
| ICIS 460-89979/2 | | 10/18/2011  00:54 | 1 | u70768.d | Rtx-5MS 0.25(mm) |
| IC 460-89979/3 | | 10/18/2011  01:25 | 1 | u70769.d | Rtx-5MS 0.25(mm) |
| IC 460-89979/4 | | 10/18/2011  01:45 | 1 | u70770.d | Rtx-5MS 0.25(mm) |
| IC 460-89979/5 | | 10/18/2011  02:05 | 1 | u70771.d | Rtx-5MS 0.25(mm) |
| IC 460-89979/6 | | 10/18/2011  02:25 | 1 | u70772.d | Rtx-5MS 0.25(mm) |
| IC 460-89979/7 | | 10/18/2011  02:46 | 1 | u70773.d | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/18/2011  04:29 | 1 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/18/2011  04:49 | 1 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/18/2011  05:30 | 1 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/18/2011  05:50 | 1 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/18/2011  06:10 | 1 | | Rtx-5MS 0.25(mm) |

8270C

Lab Name: TestAmerica Edison          Job No.: 460-32553-1

SDG No.:

Instrument ID: BNAMS4                 Start Date: 10/21/2011  02:07

Analysis Batch Number:  90356         End Date: 10/21/2011  13:37

| LAB SAMPLE ID | CLIENT SAMPLE ID | DATE ANALYZED | DILUTION FACTOR | LAB FILE ID | COLUMN ID |
|---|---|---|---|---|---|
| DFTPP 460-90356/1 | | 10/21/2011  02:07 | 1 | u70889.d | Rtx-5MS 0.25(mm) |
| CCVIS 460-90356/2 | | 10/21/2011  02:56 | 1 | u70891.d | Rtx-5MS 0.25(mm) |
| LCS 460-90207/2-A | | 10/21/2011  03:47 | 1 | u70893.d | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/21/2011  04:07 | 1 | | Rtx-5MS 0.25(mm) |
| 460-32588-F-6-A MS | | 10/21/2011  04:27 | 1 | u70895.d | Rtx-5MS 0.25(mm) |
| 460-32588-F-6-B MSD | | 10/21/2011  04:48 | 1 | u70896.d | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/21/2011  05:08 | 1 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/21/2011  06:09 | 1 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/21/2011  06:29 | 1 | | Rtx-5MS 0.25(mm) |
| 460-32553-1 | FL-1R | 10/21/2011  06:49 | 1 | u70902.d | Rtx-5MS 0.25(mm) |
| 460-32553-5 | SW-4R | 10/21/2011  07:09 | 1 | u70903.d | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/21/2011  07:30 | 1 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/21/2011  07:50 | 1 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/21/2011  08:10 | 1 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/21/2011  08:50 | 1 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/21/2011  09:10 | 1 | | Rtx-5MS 0.25(mm) |
| 460-32553-3 | SW-13 | 10/21/2011  09:30 | 1 | u70910.d | Rtx-5MS 0.25(mm) |
| 460-32553-2 DL | SW-12 DL | 10/21/2011  10:31 | 25 | u70913.d | Rtx-5MS 0.25(mm) |
| MB 460-90207/1-A | | 10/21/2011  10:51 | 1 | u70914.d | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/21/2011  11:11 | 1 | | Rtx-5MS 0.25(mm) |
| 460-32553-6 DL | FL-10 DL | 10/21/2011  11:31 | 20 | u70916.d | Rtx-5MS 0.25(mm) |
| 460-32553-4 DL | SW-3R DL | 10/21/2011  11:52 | 50 | u70917.d | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/21/2011  12:16 | 1 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/21/2011  12:36 | 1 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/21/2011  12:56 | 1 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/21/2011  13:16 | 1 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/21/2011  13:37 | 1 | | Rtx-5MS 0.25(mm) |

8270C

GC/MS SEMI VOA BATCH WORKSHEET

Lab Name: TestAmerica Edison

SDG No.:

Job No.: 460-32553-1

Batch Number: 90207          Batch Start Date: 10/20/11 11:00          Batch Analyst: Masongo, Charles

Batch Method: 3541          Batch End Date:

| Lab Sample ID | Client Sample ID | Method Chain | Basis | InitialAmount | FinalAmount | SoxThermPosition | OP8270SoilSUR 00002 | op8270sp 00022 |
|---|---|---|---|---|---|---|---|---|
| MB 460-90207/1 | | 3541, 8270C | | 15.01 g | 1 mL | 115 | 500 uL | |
| LCS 460-90207/2 | | 3541, 8270C | | 15.03 g | 1 mL | 116 | 500 uL | 0.5 mL |
| 460-32588-F-6 MS | | 3541, 8270C | T | 15.00 g | 1 mL | 117 | 500 uL | 0.5 mL |
| 460-32588-F-6 MSD | | 3541, 8270C | T | 15.00 g | 1 mL | 118 | 500 uL | 0.5 mL |
| 460-32553-A-1 | FL-1R | 3541, 8270C | T | 15.03 g | 1 mL | 6 | 500 uL | |
| 460-32553-A-2 | SW-12 | 3541, 8270C | T | 15.00 g | 1 mL | 73 | 500 uL | |
| 460-32553-A-3 | SW-13 | 3541, 8270C | T | 15.02 g | 1 mL | 74 | 500 uL | |
| 460-32553-A-4 | SW-3R | 3541, 8270C | T | 14.99 g | 1 mL | 75 | 500 uL | |
| 460-32553-A-5 | SW-4R | 3541, 8270C | T | 15.00 g | 1 mL | 76 | 500 uL | |
| 460-32553-A-6 | FL-10 | 3541, 8270C | T | 15.02 g | 1 mL | 77 | 500 uL | |

| Batch Notes | |
|---|---|
| Balance ID | 28 |
| Batch Comment | BNA 8270C SOIL |
| Blank Soil Lot Number | K12590 |
| Person's name who did the concentration | CM |
| Vendor lot number | K02E21 |
| Na2SO4 Lot Number | K12590 |
| Person's name who did the prep | CM |
| Solvent | MeCl2/Acetone mixture |
| SOP Number | 3541 |
| First Start time | 11am |

| Basis | Basis Description |
|---|---|
| T | Total/NA |

8270C

# GENERAL CHEMISTRY

Lab Name: TestAmerica Edison          Job Number: 460-32553-1

SDG No.:

Project: Flintkote Rossi

| Client Sample ID | Lab Sample ID |
|---|---|
| FL-1R | 460-32553-1 |
| SW-12 | 460-32553-2 |
| SW-13 | 460-32553-3 |
| SW-3R | 460-32553-4 |
| SW-4R | 460-32553-5 |
| FL-10 | 460-32553-6 |

Comments:

Lab Name: TestAmerica Edison          Job Number: 460-32553-1

SDG Number:

Matrix: Solid                         Instrument ID: NOEQUIP

Method: Moisture                      RL Date: 02/15/2007 17:07

| Analyte | Wavelength/ Mass | RL (%) | |
|---|---|---|---|
| Percent Moisture | | 1 | |
| Percent Solids | | 1 | |

FORM IX - IN

Lab Name: TestAmerica Edison          Job Number: 460-32553-1

SDG Number:

Matrix: Solid                         Instrument ID: NOEQUIP

Method: Moisture                      XRL Date: 01/01/2007 16:49

| Analyte | Wavelength/ Mass | XRL (%) | |
|---------|------------------|---------|---|
| Percent Moisture | | 1 | |
| Percent Solids | | 1 | |

FORM IX - IN

Lab Name:  TestAmerica Edison               Job No.:  460-32553-1

SDG No.:

Instrument ID:  NOEQUIP               Method:  Moisture

Start Date:  10/19/2011 13:35               End Date:  10/20/2011 04:06

| Lab Sample ID | D / F | Type | Time | % Sol | Moist | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZZZZZZ | | | 13:35 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:35 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:35 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:35 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:35 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:35 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:35 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:35 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:35 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:35 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:35 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:35 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:35 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:35 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:35 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:35 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:35 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:35 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:35 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:35 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:35 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:09 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:09 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:09 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:09 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:09 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:09 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:09 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:09 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:09 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:09 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:09 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:09 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:09 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:09 | | | | | | | | | | | | | | | | | |
| 460-32553-1 | 1 | T | 15:00 | X | X | | | | | | | | | | | | | | | |
| 460-32553-2 | 1 | T | 15:00 | X | X | | | | | | | | | | | | | | | |
| 460-32553-3 | 1 | T | 15:00 | X | X | | | | | | | | | | | | | | | |
| 460-32553-4 | 1 | T | 15:00 | X | X | | | | | | | | | | | | | | | |
| 460-32553-4 DU | 1 | T | 15:00 | X | X | | | | | | | | | | | | | | | |
| 460-32553-5 | 1 | T | 15:00 | X | X | | | | | | | | | | | | | | | |

Lab Name:  TestAmerica Edison                    Job No.:  460-32553-1

SDG No.:

Instrument ID:  NOEQUIP                           Method:  Moisture

Start Date:  10/19/2011 13:35                     End Date:  10/20/2011 04:06

| Lab Sample ID | D/F | Type | Time | % Sol | Moist | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | Analytes | | |
| 460-32553-6 | 1 | T | 15:00 | X | X | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:36 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:36 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 16:32 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 16:32 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 16:32 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 16:32 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 16:32 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 16:32 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 16:32 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 16:32 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 16:32 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 16:32 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 16:32 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 16:32 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 16:32 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 16:32 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 16:32 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 16:32 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 16:32 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 16:32 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 16:32 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 16:32 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 16:32 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | |

Lab Name: __TestAmerica Edison__     Job No.: __460-32553-1__

SDG No.: _____

Instrument ID: __NOEQUIP__     Method: __Moisture__

Start Date: __10/19/2011 13:35__     End Date: __10/20/2011 04:06__

| Lab Sample ID | D/F | Type | Time | %Sol | Moist | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:41 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:41 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:41 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:41 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:41 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:41 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:41 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:41 | | | | | | | | | | | | | | | | | | | | |

Lab Name:  TestAmerica Edison                    Job No.:  460-32553-1

SDG No.:

Instrument ID:  NOEQUIP                           Method:  Moisture

Start Date:  10/19/2011 13:35                     End Date:  10/20/2011 04:06

| Lab Sample ID | D/F | Type | Time | %Sol | Moist | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZZZZZZ | | | 02:41 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:41 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:41 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:41 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:41 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:41 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:41 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:41 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:41 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:41 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:41 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:58 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:58 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:58 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:58 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:58 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:58 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:58 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:58 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:58 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:58 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:58 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:58 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:58 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:58 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:58 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:58 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:58 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:58 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:58 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:58 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | |

Lab Name:  **TestAmerica Edison**                Job No.:  **460-32553-1**

SDG No.:  _____

Instrument ID:  **NOEQUIP**                Method:  **Moisture**

Start Date:  **10/19/2011 13:35**                End Date:  **10/20/2011 04:06**

| Lab Sample ID | D / F | T y p e | Time | %Sol | Moist | Analytes | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 03:21 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 04:06 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 04:06 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 04:06 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 04:06 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 04:06 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 04:06 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 04:06 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 04:06 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 04:06 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 04:06 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 04:06 | | | | | | | | | | | | | | | | | | | | |

Prep Types
T = Total/NA

GENERAL CHEMISTRY BATCH WORKSHEET

Lab Name: TestAmerica Edison

SDG No.:

Job No.: 460-32553-1

Batch Number: 90068

Batch Method: Moisture

Batch Start Date: 10/19/11  13:35

Batch End Date: 10/20/11  15:40

Batch Analyst: Armbruster, Chris

| Lab Sample ID | Client Sample ID | Method Chain | Basis | DISH# | DishWeight | SampleMassWet | SampleMassDry |
|---|---|---|---|---|---|---|---|
| 460-32553-A-1 | FL-1R | Moisture | T | 265 | 1.00 g | 6.62 g | 5.84 g |
| 460-32553-A-2 | SW-12 | Moisture | T | 266 | 1.00 g | 6.49 g | 4.63 g |
| 460-32553-A-3 | SW-13 | Moisture | T | 267 | 1.00 g | 6.91 g | 5.56 g |
| 460-32553-A-4 | SW-3R | Moisture | T | 268 | 1.05 g | 6.69 g | 4.66 g |
| 460-32553-A-4 DU | SW-3R | Moisture | T | 269 | 1.01 g | 6.23 g | 4.19 g |
| 460-32553-A-5 | SW-4R | Moisture | T | 270 | 1.02 g | 6.16 g | 4.95 g |
| 460-32553-A-6 | FL-10 | Moisture | T | 271 | 1.00 g | 6.23 g | 5.22 g |

| Batch Notes | |
|---|---|
| Balance ID | 104 No Unit |
| Date samples were placed in the oven | 10/19/11 |
| Oven Temp when samples are put in oven | Oven-1 104, Degrees C |
| Date samples were removed from oven | 10/20/11 |
| Oven Temp when samples removed from oven | Oven-1 101, Oven-2 98 Degrees C |
| Time Samples were removed from oven | 09:55, 14:41 |
| Oven ID | 1, 2 |
| ID number of the thermometer | 1895, 1840 |
| Uncorrected In Temperature | None Celsius |
| Uncorrected Out Temperature | None Celsius |

| Basis | Basis Description |
|---|---|
| T | Total/NA |

Moisture

10/25/2011

# Shipping and Receiving Documents

# TestAmerica
THE LEADER IN ENVIRONMENTAL TESTING

**CHAIN OF CUSTODY / ANALYSIS REQUEST**

777 New Durham Road
Edison, New Jersey 08817
Phone: (732) 549-3900 Fax: (732) 549-3679

10/25/2011

| Name ( for report and invoice ) | Samplers Name ( Printed ) | Site/Project Identification |
|---|---|---|
| Marion Craig | Craig | Flintkote Rossi |

**Company** URS | **P.O. #** 19683858 | State (Location of site): NJ: ☑ NY: ☐ Other: |
| | | Regulatory Program: SRP |

**Address** 201 Willowbrook Blvd.
**City** Wayne **State** NJ
**Phone** 973-699-0879 **Fax**

**Analysis Turnaround Time**
Standard ☐
Rush Charges Authorized For:
2 Week ☐
1 Week ☐
Other ☒ 48 hr

**ANALYSIS REQUESTED** (ENTER 'X' BELOW TO INDICATE REQUEST)
PAHs

**LAB USE ONLY**
Project No:
**Job No:** 460-32553

| Sample Identification | Date | Time | Matrix | No. of Cont. | PAHs | | | | | | | | Sample Numbers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FL-1R | 10/18/11 | 17:25 | Soil | 1 | ✓ | | | | | | | | 1 |
| SW-12 | 10/18/11 | 16:38 | Soil | 1 | ✓ | | | | | | | | 2 |
| SW-13 | 10/18/11 | 16:47 | Soil | 1 | ✓ | | | | | | | | 3 |
| SW-3R | 10/19/11 | 11:00 | Soil | 1 | ✓ | | | | | | | | 4 |
| SW-4R | 10/19/11 | 11:10 | Soil | 1 | ✓ | | | | | | | | 5 |
| FL-10 | 10/18/11 | 16:53 | Soil | 1 | ✱ | | | | | | | | 6 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**Preservation Used:** 1 = ICE, 2 = HCl, 3 = H₂SO₄, 4 = HNO₃, 5 = NaOH
6 = Other _____ , 7 = Other _____

Soil: 1
Water:

**48 hr RUSH**

**Special Instructions** ✱ Hold

Water Metals Filtered (Yes/No)? _____

| Relinquished by | Company | Date / Time | Received by | Company |
|---|---|---|---|---|
| Marion Craig | URS | 10/19/11 1:49 | 1) | Test m 7 |
| 2) | Company | Date / Time | 2) | Company |
| 3) | Company | Date / Time | 3) | Company |
| 4) | Company | Date / Time | 4) | Company |

2.32
TR#50

**Laboratory Certifications:** New Jersey (12028), New York (11452), Pennsylvania (68-522), Connecticut (PH-0200), Rhode Island (132).

Massachusetts (M-NJ312), North Carolina (No. 578)

TAL - 0016 (0408)

# Login Sample Receipt Checklist

Client: URS Corporation

**Login Number: 32553**

**List Source: TestAmerica Edison**

**List Number: 1**

**Creator: Villadarez, Gerson Timothy S**

| Question | Answer | Comment |
|---|---|---|
| Radioactivity either was not measured or, if measured, is at or below background | N/A | |
| The cooler's custody seal, if present, is intact. | N/A | Not present. |
| The cooler or samples do not appear to have been compromised or tampered with. | True | |
| Samples were received on ice. | True | |
| Cooler Temperature is acceptable. | True | |
| Cooler Temperature is recorded. | True | 2.3°C IR#50 |
| COC is present. | True | |
| COC is filled out in ink and legible. | True | |
| COC is filled out with all pertinent information. | True | |
| Is the Field Sampler's name present on COC? | True | |
| There are no discrepancies between the sample IDs on the containers and the COC. | True | |
| Samples are received within Holding Time. | True | |
| Sample containers have legible labels. | True | |
| Containers are not broken or leaking. | True | |
| Sample collection date/times are provided. | True | |
| Appropriate sample containers are used. | True | |
| Sample bottles are completely filled. | True | |
| Sample Preservation Verified. | True | |
| There is sufficient vol. for all requested analyses, incl. any requested MS/MSDs | True | |
| VOA sample vials do not have headspace or bubble is <6mm (1/4") in diameter. | N/A | |
| Multiphasic samples are not present. | True | |
| Samples do not require splitting or compositing. | True | |
| Residual Chlorine Checked. | N/A | |



# ANALYTICAL REPORT

Job Number: 460-32787-1

Job Description: Flintkote Rossi

For:
URS Corporation
201 Willowbrook Blvd.
Wayne, NJ  07470

Attention: Ms. Marion Craig

*Franklin*

Approved for release.
Jannel O Franklin
Project Manager I
10/28/2011 12:57 PM

---

Designee for
Patricia Grieco
Project Manager II
patricia.grieco@testamericainc.com
10/28/2011

The test results in this report meet all NELAP requirements unless specified within the case narrative. Pursuant to NELAP, this report may not be reproduced, except in full, without the written approval of the laboratory. All questions regarding this report should be directed to the TestAmerica Edison Project Manager.

TestAmerica Edison Certifications and Approvals:  Connecticut: CTDOH #PH-0200, New Jersey: NJDEP (NELAP) #12028, New York: NYDOH (NELAP) #11452, NYDOH (ELAP) #11452, Pennsylvania: PADEP (NELAP) 68-00522 and Rhode Island: RIDOH LAO00132

**TestAmerica Laboratories, Inc.**
TestAmerica Edison   777 New Durham Road, Edison, NJ  08817
Tel (732) 549-3900  Fax (732) 549-3679  www.testamericainc.com



# Table of Contents

Cover Title Page . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Data Summaries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

   Report Narrative . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

   Sample Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

   Executive Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

   Method Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

   Method / Analyst Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

   Sample Datasheets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

   Surrogate Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

   QC Data Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

   Data Qualifiers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

   QC Association Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

   Lab Chronicle . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Organic Sample Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

   GC/MS Semi VOA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

     Method 8270C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

      Method 8270C QC Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

      Method 8270C Sample Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

      Standards Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 88

       Method 8270C ICAL Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 88

       Method 8270C CCAL Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100

      Raw QC Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103

       Method 8270C Tune Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103

       Method 8270C Blank Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 113

       Method 8270C LCS/LCSD Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . 117

       Method 8270C MS/MSD Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 123