# Table of Contents

Method 8270C Run Logs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 125

Method 8270C Prep Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 127

Inorganic Sample Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128

General Chemistry Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128

Gen Chem Cover Page . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129

Gen Chem MDL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130

Gen Chem Analysis Run Log . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132

Gen Chem Prep Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 137

Shipping and Receiving Documents . . . . . . . . . . . . . . . . . . . . . . . . . . 138

Client Chain of Custody . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 139

Sample Receipt Checklist . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 140

# CASE NARRATIVE

## Client: URS Corporation

## Project: Flintkote Rossi

## Report Number: 460-32787-1

This case narrative is in the form of an exception report, where only the anomalies related to this report, method specific performance and/or QA/QC issues are discussed. If there are no issues to report, this narrative will include a statement that documents that there are no relevant data issues.

It should be noted that samples with elevated Reporting Limits (RLs) as a result of a dilution may not be able to satisfy customer reporting limits in some cases. Such increases in the RLs are unavoidable but acceptable consequence of sample dilution that enables quantification of target analytes or interferences which exceed the calibration range of the instrument.

Calculations are performed before rounding to avoid round-off errors in calculated results.

All holding times were met and proper preservation noted for the methods performed on these samples, unless otherwise detailed in the individual sections below.

### RECEIPT
The samples were received on 10/25/2011; the samples arrived in good condition, properly preserved and on ice. The temperature of the coolers at receipt was 2.8 C.

Note: All samples which require thermal preservation are considered acceptable if the arrival temperature is within 2C of the required temperature or method specified range. For samples with a specified temperature of 4C, samples with a temperature ranging from just above freezing temperature of water to 6C shall be acceptable. Samples that are hand delivered immediately following collection may not meet these criteria, however they will be deemed acceptable according to NELAC standards, if there is evidence that the chilling process has begun, such as arrival on ice, etc.

### SEMIVOLATILE ORGANIC COMPOUNDS (GC-MS)
Samples 460-32787-1 through 460-32787-4 were analyzed for semivolatile organic compounds (GC-MS) in accordance with EPA SW-846 Method 8270C. The samples were prepared on 10/26/2011 and analyzed on 10/27/2011.

Samples 460-32787-1(5X) and 460-32787-2(2X) required dilution prior to analysis. The reporting limits have been adjusted accordingly.

The matrix spike / matrix spike duplicate (MS/MSD) recoveries for batch 90862 were outside control limits for Pyrene. The associated laboratory control sample (LCS) recovery met acceptance criteria.

Refer to the QC report for details.

No other difficulties were encountered during the semivolatiles analyses.

All other quality control parameters were within the acceptance limits.

### PERCENT SOLIDS
Samples 460-32787-1 through 460-32787-4 were analyzed for percent solids in accordance with ASTM D2974-87 Modified. The samples were analyzed on 10/25/2011.

No difficulties were encountered during the % solids analyses.

All quality control parameters were within the acceptance limits.

# SAMPLE SUMMARY

Client:  URS Corporation

| Lab Sample ID | Client Sample ID | Client Matrix | Date/Time Sampled | Date/Time Received |
|---|---|---|---|---|
| 460-32787-1 | TP-2 | Solid | 10/24/2011  1504 | 10/25/2011  1200 |
| 460-32787-2 | TP-3 | Solid | 10/24/2011  1525 | 10/25/2011  1200 |
| 460-32787-3 | TP-4 | Solid | 10/24/2011  1545 | 10/25/2011  1200 |
| 460-32787-4 | TP-5 | Solid | 10/24/2011  1608 | 10/25/2011  1200 |

Client:  URS Corporation                                                    Job Number:  460-32787-1

| Lab Sample ID | Client Sample ID | | | Reporting | | |
| --- | --- | --- | --- | --- | --- | --- |
| Analyte | | Result | Qualifier | Limit | Units | Method |

**460-32787-1**      **TP-2**

| Analyte | Result | Qualifier | Limit | Units | Method |
| --- | --- | --- | --- | --- | --- |
| Acenaphthene | 590 | J | 2300 | ug/Kg | 8270C |
| Phenanthrene | 1100 | J | 2300 | ug/Kg | 8270C |
| Anthracene | 460 | J | 2300 | ug/Kg | 8270C |
| Fluoranthene | 18000 | | 2300 | ug/Kg | 8270C |
| Pyrene | 35000 | | 2300 | ug/Kg | 8270C |
| Benzo[a]anthracene | 19000 | | 230 | ug/Kg | 8270C |
| Chrysene | 18000 | | 2300 | ug/Kg | 8270C |
| Benzo[b]fluoranthene | 21000 | | 230 | ug/Kg | 8270C |
| Benzo[k]fluoranthene | 9500 | | 230 | ug/Kg | 8270C |
| Benzo[a]pyrene | 20000 | | 230 | ug/Kg | 8270C |
| Indeno[1,2,3-cd]pyrene | 13000 | | 230 | ug/Kg | 8270C |
| Dibenz(a,h)anthracene | 2800 | | 230 | ug/Kg | 8270C |
| Benzo[g,h,i]perylene | 11000 | | 2300 | ug/Kg | 8270C |
| Percent Moisture | 29.0 | | 1.0 | % | Moisture |
| Percent Solids | 71.0 | | 1.0 | % | Moisture |

**460-32787-2**      **TP-3**

| Analyte | Result | Qualifier | Limit | Units | Method |
| --- | --- | --- | --- | --- | --- |
| Acenaphthene | 490 | J | 960 | ug/Kg | 8270C |
| Fluorene | 260 | J | 960 | ug/Kg | 8270C |
| Phenanthrene | 910 | J | 960 | ug/Kg | 8270C |
| Anthracene | 450 | J | 960 | ug/Kg | 8270C |
| Fluoranthene | 11000 | | 960 | ug/Kg | 8270C |
| Pyrene | 20000 | | 960 | ug/Kg | 8270C |
| Benzo[a]anthracene | 11000 | | 96 | ug/Kg | 8270C |
| Chrysene | 9200 | | 960 | ug/Kg | 8270C |
| Benzo[b]fluoranthene | 12000 | | 96 | ug/Kg | 8270C |
| Benzo[k]fluoranthene | 4600 | | 96 | ug/Kg | 8270C |
| Benzo[a]pyrene | 11000 | | 96 | ug/Kg | 8270C |
| Indeno[1,2,3-cd]pyrene | 6600 | | 96 | ug/Kg | 8270C |
| Dibenz(a,h)anthracene | 1500 | | 96 | ug/Kg | 8270C |
| Benzo[g,h,i]perylene | 5700 | | 960 | ug/Kg | 8270C |
| Percent Moisture | 31.4 | | 1.0 | % | Moisture |
| Percent Solids | 68.6 | | 1.0 | % | Moisture |

**460-32787-3**      **TP-4**

| Analyte | Result | Qualifier | Limit | Units | Method |
| --- | --- | --- | --- | --- | --- |
| Benzo[a]anthracene | 19 | J | 43 | ug/Kg | 8270C |
| Percent Moisture | 22.5 | | 1.0 | % | Moisture |
| Percent Solids | 77.5 | | 1.0 | % | Moisture |

Client: URS Corporation

Job Number: 460-32787-1

| **Lab Sample ID** | **Client Sample ID** | | | **Reporting** | | |
|---|---|---|---|---|---|---|
| **Analyte** | | **Result** | **Qualifier** | **Limit** | **Units** | **Method** |
| **460-32787-4** | **TP-5** | | | | | |
| Pyrene | | 90 | J | 420 | ug/Kg | 8270C |
| Benzo[a]anthracene | | 31 | J | 42 | ug/Kg | 8270C |
| Benzo[b]fluoranthene | | 19 | J | 42 | ug/Kg | 8270C |
| Benzo[a]pyrene | | 16 | J | 42 | ug/Kg | 8270C |
| Percent Moisture | | 21.7 | | 1.0 | % | Moisture |
| Percent Solids | | 78.3 | | 1.0 | % | Moisture |

# METHOD SUMMARY

Client: URS Corporation

| Description | Lab Location | Method | Preparation Method |
|---|---|---|---|
| **Matrix:    Solid** | | | |
| Semivolatile Organic Compounds (GC/MS) | TAL EDI | SW846 8270C | |
|     Automated Soxhlet Extraction | TAL EDI | | SW846 3541 |
| Percent Moisture | TAL EDI | EPA Moisture | |

**Lab References:**

TAL EDI = TestAmerica Edison

**Method References:**

EPA = US Environmental Protection Agency

SW846 = "Test Methods For Evaluating Solid Waste, Physical/Chemical Methods", Third Edition, November 1986 And Its Updates.

# METHOD / ANALYST SUMMARY

Client: URS Corporation

| Method | Analyst | Analyst ID |
|---|---|---|
| SW846  8270C | Crocco, Michael | MC |
| EPA  Moisture | Armbruster, Chris | CHA |

**Client Sample ID:** **TP-2**

| | | | | |
|---|---|---|---|---|
| Lab Sample ID: | 460-32787-1 | | | Date Sampled: 10/24/2011 1504 |
| Client Matrix: | Solid | % Moisture: | 29.0 | Date Received: 10/25/2011 1200 |

### 8270C Semivolatile Organic Compounds (GC/MS)

| | | | | | | |
|---|---|---|---|---|---|---|
| Analysis Method: | 8270C | Analysis Batch: | 460-90958 | Instrument ID: | BNAMS4 | |
| Prep Method: | 3541 | Prep Batch: | 460-90862 | Lab File ID: | u71075.d | |
| Dilution: | 5.0 | | | Initial Weight/Volume: | 15.00 | g |
| Analysis Date: | 10/27/2011 1049 | | | Final Weight/Volume: | 1 | mL |
| Prep Date: | 10/26/2011 1300 | | | Injection Volume: | 1 | uL |

| Analyte | DryWt Corrected: Y | Result (ug/Kg) | Qualifier | MDL | RL |
|---|---|---|---|---|---|
| Naphthalene | | 2300 | U | 340 | 2300 |
| Acenaphthylene | | 2300 | U | 330 | 2300 |
| Acenaphthene | | 590 | J | 330 | 2300 |
| Fluorene | | 2300 | U | 390 | 2300 |
| Phenanthrene | | 1100 | J | 410 | 2300 |
| Anthracene | | 460 | J | 410 | 2300 |
| Fluoranthene | | 18000 | | 390 | 2300 |
| Pyrene | | 35000 | | 400 | 2300 |
| Benzo[a]anthracene | | 19000 | | 43 | 230 |
| Chrysene | | 18000 | | 340 | 2300 |
| Benzo[b]fluoranthene | | 21000 | | 35 | 230 |
| Benzo[k]fluoranthene | | 9500 | | 33 | 230 |
| Benzo[a]pyrene | | 20000 | | 29 | 230 |
| Indeno[1,2,3-cd]pyrene | | 13000 | | 37 | 230 |
| Dibenz(a,h)anthracene | | 2800 | | 28 | 230 |
| Benzo[g,h,i]perylene | | 11000 | | 250 | 2300 |

| Surrogate | %Rec | Qualifier | Acceptance Limits |
|---|---|---|---|
| Nitrobenzene-d5 | 72 | | 38 - 105 |
| Terphenyl-d14 | 97 | | 16 - 151 |
| 2-Fluorobiphenyl | 75 | | 40 - 109 |

Client: URS Corporation

**Client Sample ID:** **TP-3**

| | | | | | |
|---|---|---|---|---|---|
| Lab Sample ID: | 460-32787-2 | | | Date Sampled: 10/24/2011 1525 | |
| Client Matrix: | Solid | % Moisture: | 31.4 | Date Received: 10/25/2011 1200 | |

### 8270C Semivolatile Organic Compounds (GC/MS)

| | | | | | |
|---|---|---|---|---|---|
| Analysis Method: | 8270C | Analysis Batch: | 460-90958 | Instrument ID: | BNAMS4 |
| Prep Method: | 3541 | Prep Batch: | 460-90862 | Lab File ID: | u71074.d |
| Dilution: | 2.0 | | | Initial Weight/Volume: | 15.02 g |
| Analysis Date: | 10/27/2011 1029 | | | Final Weight/Volume: | 1 mL |
| Prep Date: | 10/26/2011 1300 | | | Injection Volume: | 1 uL |

| Analyte | DryWt Corrected: Y | Result (ug/Kg) | Qualifier | MDL | RL |
|---|---|---|---|---|---|
| Naphthalene | | 960 | U | 140 | 960 |
| Acenaphthylene | | 960 | U | 140 | 960 |
| Acenaphthene | | 490 | J | 140 | 960 |
| Fluorene | | 260 | J | 160 | 960 |
| Phenanthrene | | 910 | J | 170 | 960 |
| Anthracene | | 450 | J | 170 | 960 |
| Fluoranthene | | 11000 | | 160 | 960 |
| Pyrene | | 20000 | | 170 | 960 |
| Benzo[a]anthracene | | 11000 | | 18 | 96 |
| Chrysene | | 9200 | | 140 | 960 |
| Benzo[b]fluoranthene | | 12000 | | 14 | 96 |
| Benzo[k]fluoranthene | | 4600 | | 13 | 96 |
| Benzo[a]pyrene | | 11000 | | 12 | 96 |
| Indeno[1,2,3-cd]pyrene | | 6600 | | 15 | 96 |
| Dibenz(a,h)anthracene | | 1500 | | 12 | 96 |
| Benzo[g,h,i]perylene | | 5700 | | 100 | 960 |

| Surrogate | %Rec | Qualifier | Acceptance Limits |
|---|---|---|---|
| Nitrobenzene-d5 | 80 | | 38 - 105 |
| Terphenyl-d14 | 115 | | 16 - 151 |
| 2-Fluorobiphenyl | 84 | | 40 - 109 |

Client:   URS Corporation

Job Number:   460-32787-1

**Client Sample ID:**   **TP-4**

| | | | |
|---|---|---|---|
| Lab Sample ID: | 460-32787-3 | | Date Sampled: 10/24/2011 1545 |
| Client Matrix: | Solid | % Moisture:   22.5 | Date Received: 10/25/2011 1200 |

### 8270C Semivolatile Organic Compounds (GC/MS)

| | | | | | | |
|---|---|---|---|---|---|---|
| Analysis Method: | 8270C | Analysis Batch: | 460-90958 | Instrument ID: | BNAMS4 | |
| Prep Method: | 3541 | Prep Batch: | 460-90862 | Lab File ID: | u71055.d | |
| Dilution: | 1.0 | | | Initial Weight/Volume: | 15.03 g | |
| Analysis Date: | 10/27/2011  0358 | | | Final Weight/Volume: | 1 mL | |
| Prep Date: | 10/26/2011  1300 | | | Injection Volume: | 1 uL | |

| Analyte | DryWt Corrected: Y | Result (ug/Kg) | Qualifier | MDL | RL |
|---|---|---|---|---|---|
| Naphthalene | | 430 | U | 62 | 430 |
| Acenaphthylene | | 430 | U | 61 | 430 |
| Acenaphthene | | 430 | U | 61 | 430 |
| Fluorene | | 430 | U | 72 | 430 |
| Phenanthrene | | 430 | U | 74 | 430 |
| Anthracene | | 430 | U | 75 | 430 |
| Fluoranthene | | 430 | U | 71 | 430 |
| Pyrene | | 430 | U | 74 | 430 |
| Benzo[a]anthracene | | 19 | J | 7.9 | 43 |
| Chrysene | | 430 | U | 62 | 430 |
| Benzo[b]fluoranthene | | 43 | U | 6.3 | 43 |
| Benzo[k]fluoranthene | | 43 | U | 6.0 | 43 |
| Benzo[a]pyrene | | 43 | U | 5.2 | 43 |
| Indeno[1,2,3-cd]pyrene | | 43 | U | 6.8 | 43 |
| Dibenz(a,h)anthracene | | 43 | U | 5.1 | 43 |
| Benzo[g,h,i]perylene | | 430 | U | 45 | 430 |

| Surrogate | %Rec | Qualifier | Acceptance Limits |
|---|---|---|---|
| Nitrobenzene-d5 | 71 | | 38 - 105 |
| Terphenyl-d14 | 88 | | 16 - 151 |
| 2-Fluorobiphenyl | 67 | | 40 - 109 |

Client: URS Corporation

Job Number: 460-32787-1

**Client Sample ID:** **TP-5**

| | | | | | |
|---|---|---|---|---|---|
| Lab Sample ID: | 460-32787-4 | | | Date Sampled: | 10/24/2011 1608 |
| Client Matrix: | Solid | % Moisture: | 21.7 | Date Received: | 10/25/2011 1200 |

### 8270C Semivolatile Organic Compounds (GC/MS)

| | | | | | |
|---|---|---|---|---|---|
| Analysis Method: | 8270C | Analysis Batch: | 460-90958 | Instrument ID: | BNAMS4 |
| Prep Method: | 3541 | Prep Batch: | 460-90862 | Lab File ID: | u71056.d |
| Dilution: | 1.0 | | | Initial Weight/Volume: | 15.01  g |
| Analysis Date: | 10/27/2011  0418 | | | Final Weight/Volume: | 1  mL |
| Prep Date: | 10/26/2011  1300 | | | Injection Volume: | 1  uL |

| Analyte | DryWt Corrected: Y | Result (ug/Kg) | Qualifier | MDL | RL |
|---|---|---|---|---|---|
| Naphthalene | | 420 | U | 62 | 420 |
| Acenaphthylene | | 420 | U | 60 | 420 |
| Acenaphthene | | 420 | U | 60 | 420 |
| Fluorene | | 420 | U | 71 | 420 |
| Phenanthrene | | 420 | U | 74 | 420 |
| Anthracene | | 420 | U | 75 | 420 |
| Fluoranthene | | 420 | U | 70 | 420 |
| Pyrene | | 90 | J | 73 | 420 |
| Benzo[a]anthracene | | 31 | J | 7.8 | 42 |
| Chrysene | | 420 | U | 61 | 420 |
| Benzo[b]fluoranthene | | 19 | J | 6.3 | 42 |
| Benzo[k]fluoranthene | | 42 | U | 5.9 | 42 |
| Benzo[a]pyrene | | 16 | J | 5.2 | 42 |
| Indeno[1,2,3-cd]pyrene | | 42 | U | 6.8 | 42 |
| Dibenz(a,h)anthracene | | 42 | U | 5.1 | 42 |
| Benzo[g,h,i]perylene | | 420 | U | 45 | 420 |

| Surrogate | %Rec | Qualifier | Acceptance Limits |
|---|---|---|---|
| Nitrobenzene-d5 | 66 | | 38 - 105 |
| Terphenyl-d14 | 90 | | 16 - 151 |
| 2-Fluorobiphenyl | 64 | | 40 - 109 |

**General Chemistry**

**Client Sample ID:** **TP-2**

| | |
|---|---|
| Lab Sample ID: | 460-32787-1 |
| Client Matrix: | Solid |

Date Sampled: 10/24/2011 1504
Date Received: 10/25/2011 1200

| Analyte | Result | Qual | Units | RL | RL | Dil | Method |
|---------|--------|------|-------|-----|-----|-----|--------|
| Percent Moisture | 29.0 | | % | 1.0 | 1.0 | 1.0 | Moisture |
| Analysis Batch: 460-90671 | | Analysis Date: 10/25/2011 1630 | | | | | DryWt Corrected: N |
| Percent Solids | 71.0 | | % | 1.0 | 1.0 | 1.0 | Moisture |
| Analysis Batch: 460-90671 | | Analysis Date: 10/25/2011 1630 | | | | | DryWt Corrected: N |

**General Chemistry**

**Client Sample ID:**   **TP-3**

Lab Sample ID:     460-32787-2                                    Date Sampled: 10/24/2011 1525
Client Matrix:     Solid                                         Date Received: 10/25/2011 1200

| Analyte | Result | Qual | Units | RL | RL | Dil | Method |
|---|---|---|---|---|---|---|---|
| Percent Moisture | 31.4 | | % | 1.0 | 1.0 | 1.0 | Moisture |
| Analysis Batch: 460-90671 | | Analysis Date: 10/25/2011 1637 | | | | | DryWt Corrected: N |
| Percent Solids | 68.6 | | % | 1.0 | 1.0 | 1.0 | Moisture |
| Analysis Batch: 460-90671 | | Analysis Date: 10/25/2011 1637 | | | | | DryWt Corrected: N |

---

## General Chemistry

**Client Sample ID:**    **TP-4**

| | |
|---|---|
| Lab Sample ID: | 460-32787-3 |
| Client Matrix: | Solid |

Date Sampled: 10/24/2011 1545

Date Received: 10/25/2011 1200

| Analyte | Result | Qual | Units | RL | RL | Dil | Method |
|---|---|---|---|---|---|---|---|
| Percent Moisture | 22.5 | | % | 1.0 | 1.0 | 1.0 | Moisture |
| Analysis Batch: 460-90671 | | Analysis Date: 10/25/2011 1637 | | | | | DryWt Corrected: N |
| Percent Solids | 77.5 | | % | 1.0 | 1.0 | 1.0 | Moisture |
| Analysis Batch: 460-90671 | | Analysis Date: 10/25/2011 1637 | | | | | DryWt Corrected: N |

---

**General Chemistry**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Client Sample ID:** | **TP-5** | | | | | | |

| Lab Sample ID: | 460-32787-4 | | | Date Sampled: 10/24/2011 1608 |
|---|---|---|---|---|
| Client Matrix: | Solid | | | Date Received: 10/25/2011 1200 |

| Analyte | Result | Qual | Units | RL | RL | Dil | Method |
|---|---|---|---|---|---|---|---|
| Percent Moisture | 21.7 | | % | 1.0 | 1.0 | 1.0 | Moisture |
| Analysis Batch: 460-90671 | | Analysis Date: 10/25/2011 1637 | | | | | DryWt Corrected: N |
| Percent Solids | 78.3 | | % | 1.0 | 1.0 | 1.0 | Moisture |
| Analysis Batch: 460-90671 | | Analysis Date: 10/25/2011 1637 | | | | | DryWt Corrected: N |

## Surrogate Recovery Report

### 8270C  Semivolatile Organic Compounds (GC/MS)

#### Client Matrix: Solid

| Lab Sample ID | Client Sample ID | NBZ %Rec | FBP %Rec | TPH %Rec |
|---|---|---|---|---|
| 460-32787-1 | TP-2 | 72 | 75 | 97 |
| 460-32787-2 | TP-3 | 80 | 84 | 115 |
| 460-32787-3 | TP-4 | 71 | 67 | 88 |
| 460-32787-4 | TP-5 | 66 | 64 | 90 |
| MB 460-90862/1-A | | 83 | 85 | 101 |
| LCS 460-90862/2-A | | 88 | 85 | 111 |
| 220-16751-C-29-A MS | | 88 | 86 | 119 |
| 220-16751-C-29-B MSD | | 83 | 77 | 120 |

| Surrogate | Acceptance Limits |
|---|---|
| NBZ = Nitrobenzene-d5 | 38-105 |
| FBP = 2-Fluorobiphenyl | 40-109 |
| TPH = Terphenyl-d14 | 16-151 |

Client:   URS Corporation

Job Number:   460-32787-1

**Method Blank - Batch:  460-90862**

**Method: 8270C**
**Preparation: 3541**

| Lab Sample ID: | MB 460-90862/1-A | Analysis Batch: | 460-90958 | Instrument ID: | BNAMS4 |
| Client Matrix: | Solid | Prep Batch: | 460-90862 | Lab File ID: | u71048.d |
| Dilution: | 1.0 | Leach Batch: | N/A | Initial Weight/Volume: | 15.04  g |
| Analysis Date: | 10/27/2011  0128 | Units: | ug/Kg | Final Weight/Volume: | 1   mL |
| Prep Date: | 10/26/2011  1300 | | | Injection Volume: | 1   uL |
| Leach Date: | N/A | | | | |

| Analyte | Result | Qual | MDL | RL |
|---|---|---|---|---|
| Naphthalene | 330 | U | 48 | 330 |
| Acenaphthylene | 330 | U | 47 | 330 |
| Acenaphthene | 330 | U | 47 | 330 |
| Fluorene | 330 | U | 56 | 330 |
| Phenanthrene | 330 | U | 58 | 330 |
| Anthracene | 330 | U | 58 | 330 |
| Fluoranthene | 330 | U | 55 | 330 |
| Pyrene | 330 | U | 57 | 330 |
| Benzo[a]anthracene | 33 | U | 6.1 | 33 |
| Chrysene | 330 | U | 48 | 330 |
| Benzo[b]fluoranthene | 33 | U | 4.9 | 33 |
| Benzo[k]fluoranthene | 33 | U | 4.6 | 33 |
| Benzo[a]pyrene | 33 | U | 4.1 | 33 |
| Indeno[1,2,3-cd]pyrene | 33 | U | 5.3 | 33 |
| Dibenz(a,h)anthracene | 33 | U | 4.0 | 33 |
| Benzo[g,h,i]perylene | 330 | U | 35 | 330 |

| Surrogate | % Rec | Acceptance Limits |
|---|---|---|
| Nitrobenzene-d5 | 83 | 38 - 105 |
| Terphenyl-d14 | 101 | 16 - 151 |
| 2-Fluorobiphenyl | 85 | 40 - 109 |

Client: URS Corporation                                                                    Job Number: 460-32787-1

**Lab Control Sample - Batch: 460-90862**                              **Method: 8270C**
                                                                        **Preparation: 3541**

| | | | |
|---|---|---|---|
| Lab Sample ID: | LCS 460-90862/2-A | Analysis Batch: | 460-90958 | Instrument ID: | BNAMS4 |
| Client Matrix: | Solid | Prep Batch: | 460-90862 | Lab File ID: | u71047.d |
| Dilution: | 1.0 | Leach Batch: | N/A | Initial Weight/Volume: | 15.01  g |
| Analysis Date: | 10/27/2011  0107 | Units: | ug/Kg | Final Weight/Volume: | 1  mL |
| Prep Date: | 10/26/2011  1300 | | | Injection Volume: | 1  uL |
| Leach Date: | N/A | | | | |

| Analyte | Spike Amount | Result | % Rec. | Limit | Qual |
|---|---|---|---|---|---|
| Naphthalene | 3330 | 2590 | 78 | 53 - 94 | |
| Acenaphthylene | 3330 | 2570 | 77 | 51 - 103 | |
| Acenaphthene | 3330 | 2800 | 84 | 46 - 100 | |
| Fluorene | 3330 | 2850 | 86 | 51 - 108 | |
| Phenanthrene | 3330 | 2830 | 85 | 48 - 108 | |
| Anthracene | 3330 | 2700 | 81 | 50 - 107 | |
| Fluoranthene | 3330 | 2500 | 75 | 49 - 108 | |
| Pyrene | 3330 | 3880 | 116 | 49 - 116 | |
| Benzo[a]anthracene | 3330 | 3000 | 90 | 46 - 112 | |
| Chrysene | 3330 | 2750 | 83 | 45 - 114 | |
| Benzo[b]fluoranthene | 3330 | 2600 | 78 | 33 - 96 | |
| Benzo[k]fluoranthene | 3330 | 2850 | 85 | 35 - 115 | |
| Benzo[a]pyrene | 3330 | 2620 | 79 | 36 - 89 | |
| Indeno[1,2,3-cd]pyrene | 3330 | 2930 | 88 | 43 - 109 | |
| Dibenz(a,h)anthracene | 3330 | 2590 | 78 | 43 - 107 | |
| Benzo[g,h,i]perylene | 3330 | 2420 | 73 | 43 - 106 | |

| Surrogate | % Rec | Acceptance Limits |
|---|---|---|
| Nitrobenzene-d5 | 88 | 38 - 105 |
| Terphenyl-d14 | 111 | 16 - 151 |
| 2-Fluorobiphenyl | 85 | 40 - 109 |

Client:   URS Corporation

Job Number:   460-32787-1

**Matrix Spike/**
**Matrix Spike Duplicate Recovery Report - Batch:  460-90862**

**Method: 8270C**
**Preparation: 3541**

| | | | | | | |
|---|---|---|---|---|---|---|
| MS Lab Sample ID: | 220-16751-C-29-A MS | Analysis Batch: | 460-90958 | Instrument ID: | BNAMS4 | |
| Client Matrix: | Solid | Prep Batch: | 460-90862 | Lab File ID: | u71050.d | |
| Dilution: | 1.0 | Leach Batch: | N/A | Initial Weight/Volume: | 15.00 g | |
| Analysis Date: | 10/27/2011 0208 | | | Final Weight/Volume: | 1 mL | |
| Prep Date: | 10/26/2011 1300 | | | Injection Volume: | 1 uL | |
| Leach Date: | N/A | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MSD Lab Sample ID: | 220-16751-C-29-B MSD | Analysis Batch: | 460-90958 | Instrument ID: | BNAMS4 | |
| Client Matrix: | Solid | Prep Batch: | 460-90862 | Lab File ID: | u71051.d | |
| Dilution: | 1.0 | Leach Batch: | N/A | Initial Weight/Volume: | 15.00 g | |
| Analysis Date: | 10/27/2011 0228 | | | Final Weight/Volume: | 1 mL | |
| Prep Date: | 10/26/2011 1300 | | | Injection Volume: | 1 uL | |
| Leach Date: | N/A | | | | | |

| | | % Rec. | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Analyte | MS | MSD | Limit | RPD | RPD Limit | MS Qual | MSD Qual |
| Naphthalene | 74 | 70 | 53 - 94 | 6 | 30 | | |
| Acenaphthylene | 79 | 77 | 51 - 103 | 3 | 30 | | |
| Acenaphthene | 81 | 88 | 46 - 100 | 8 | 30 | | |
| Fluorene | 87 | 90 | 51 - 108 | 3 | 30 | | |
| Phenanthrene | 88 | 89 | 48 - 108 | 1 | 30 | | |
| Anthracene | 86 | 85 | 50 - 107 | 2 | 30 | | |
| Fluoranthene | 80 | 76 | 49 - 108 | 4 | 30 | | |
| Pyrene | 125 | 123 | 49 - 116 | 2 | 30 | F | F |
| Benzo[a]anthracene | 96 | 93 | 46 - 112 | 4 | 30 | | |
| Chrysene | 88 | 82 | 45 - 114 | 6 | 30 | | |
| Benzo[b]fluoranthene | 95 | 82 | 33 - 96 | 14 | 30 | | |
| Benzo[k]fluoranthene | 95 | 98 | 35 - 115 | 3 | 30 | | |
| Benzo[a]pyrene | 83 | 79 | 36 - 89 | 5 | 30 | | |
| Indeno[1,2,3-cd]pyrene | 97 | 96 | 43 - 109 | 1 | 30 | | |
| Dibenz(a,h)anthracene | 86 | 88 | 43 - 107 | 2 | 30 | | |
| Benzo[g,h,i]perylene | 80 | 75 | 43 - 106 | 7 | 30 | | |

| Surrogate | MS % Rec | MSD % Rec | Acceptance Limits |
|---|---|---|---|
| Nitrobenzene-d5 | 88 | 83 | 38 - 105 |
| Terphenyl-d14 | 119 | 120 | 16 - 151 |
| 2-Fluorobiphenyl | 86 | 77 | 40 - 109 |

Client:  URS Corporation

Job Number:  460-32787-1

**Matrix Spike/**
**Matrix Spike Duplicate Recovery Report - Batch:  460-90862**

**Method: 8270C**
**Preparation: 3541**

| MS Lab Sample ID: | 220-16751-C-29-A MS | Units: | ug/Kg | MSD Lab Sample ID: | 220-16751-C-29-B MSD |
|---|---|---|---|---|---|
| Client Matrix: | Solid | | | Client Matrix: | Solid |
| Dilution: | 1.0 | | | Dilution: | 1.0 |
| Analysis Date: | 10/27/2011  0208 | | | Analysis Date: | 10/27/2011  0228 |
| Prep Date: | 10/26/2011  1300 | | | Prep Date: | 10/26/2011  1300 |
| Leach Date: | N/A | | | Leach Date: | N/A |

| Analyte | Sample Result/Qual | | MS Spike Amount | MSD Spike Amount | MS Result/Qual | | MSD Result/Qual | |
|---|---|---|---|---|---|---|---|---|
| Naphthalene | 68 | J | 4370 | 4370 | 3290 | | 3110 | |
| Acenaphthylene | 430 | U | 4370 | 4370 | 3470 | | 3360 | |
| Acenaphthene | 430 | U | 4370 | 4370 | 3560 | | 3850 | |
| Fluorene | 430 | U | 4370 | 4370 | 3820 | | 3950 | |
| Phenanthrene | 430 | U | 4370 | 4370 | 3850 | | 3910 | |
| Anthracene | 430 | U | 4370 | 4370 | 3770 | | 3710 | |
| Fluoranthene | 430 | U | 4370 | 4370 | 3490 | | 3340 | |
| Pyrene | 430 | U | 4370 | 4370 | 5480 | F | 5370 | F |
| Benzo[a]anthracene | 11 | J | 4370 | 4370 | 4210 | | 4060 | |
| Chrysene | 430 | U | 4370 | 4370 | 3840 | | 3600 | |
| Benzo[b]fluoranthene | 43 | U | 4370 | 4370 | 4140 | | 3600 | |
| Benzo[k]fluoranthene | 43 | U | 4370 | 4370 | 4140 | | 4270 | |
| Benzo[a]pyrene | 43 | U | 4370 | 4370 | 3630 | | 3450 | |
| Indeno[1,2,3-cd]pyrene | 43 | U | 4370 | 4370 | 4250 | | 4200 | |
| Dibenz(a,h)anthracene | 43 | U | 4370 | 4370 | 3750 | | 3830 | |
| Benzo[g,h,i]perylene | 430 | U | 4370 | 4370 | 3490 | | 3270 | |

Client:   URS Corporation

Job Number:   460-32787-1

**Duplicate - Batch:  460-90671**

**Method: Moisture**
**Preparation: N/A**

| | | | | | |
|---|---|---|---|---|---|
| Lab Sample ID: | 460-32787-1 | Analysis Batch: | 460-90671 | Instrument ID: | No Equipment |
| Client Matrix: | Solid | Prep Batch: | N/A | Lab File ID: | N/A |
| Dilution: | 1.0 | Leach Batch: | N/A | Initial Weight/Volume: | |
| Analysis Date: | 10/25/2011  1630 | Units: | % | Final Weight/Volume: | |
| Prep Date: | N/A | | | | |
| Leach Date: | N/A | | | | |

| Analyte | Sample Result/Qual | Result | RPD | Limit | Qual |
|---|---|---|---|---|---|
| Percent Moisture | 29.0 | 30.9 | 6 | 20 | |
| Percent Solids | 71.0 | 69.1 | 3 | 20 | |

# DATA REPORTING QUALIFIERS

Client:  URS Corporation

Job Number:  460-32787-1

| Lab Section | Qualifier | Description |
|---|---|---|
| GC/MS Semi VOA | | |
| | U | Indicates the analyte was analyzed for but not detected. |
| | F | MS/MSD Recovery or RPD exceeds the control limits |
| | J | Result is less than the RL but greater than or equal to the MDL and the concentration is an approximate value. |

Client:   URS Corporation

Job Number:   460-32787-1

## QC Association Summary

| Lab Sample ID | Client Sample ID | Report Basis | Client Matrix | Method | Prep Batch |
|---|---|---|---|---|---|
| **GC/MS Semi VOA** | | | | | |
| **Prep Batch: 460-90862** | | | | | |
| LCS 460-90862/2-A | Lab Control Sample | T | Solid | 3541 | |
| MB 460-90862/1-A | Method Blank | T | Solid | 3541 | |
| 220-16751-C-29-A MS | Matrix Spike | T | Solid | 3541 | |
| 220-16751-C-29-B MSD | Matrix Spike Duplicate | T | Solid | 3541 | |
| 460-32787-1 | TP-2 | T | Solid | 3541 | |
| 460-32787-2 | TP-3 | T | Solid | 3541 | |
| 460-32787-3 | TP-4 | T | Solid | 3541 | |
| 460-32787-4 | TP-5 | T | Solid | 3541 | |
| **Analysis Batch:460-90958** | | | | | |
| LCS 460-90862/2-A | Lab Control Sample | T | Solid | 8270C | 460-90862 |
| MB 460-90862/1-A | Method Blank | T | Solid | 8270C | 460-90862 |
| 220-16751-C-29-A MS | Matrix Spike | T | Solid | 8270C | 460-90862 |
| 220-16751-C-29-B MSD | Matrix Spike Duplicate | T | Solid | 8270C | 460-90862 |
| 460-32787-1 | TP-2 | T | Solid | 8270C | 460-90862 |
| 460-32787-2 | TP-3 | T | Solid | 8270C | 460-90862 |
| 460-32787-3 | TP-4 | T | Solid | 8270C | 460-90862 |
| 460-32787-4 | TP-5 | T | Solid | 8270C | 460-90862 |

**Report Basis**
T = Total

| | | | | | |
|---|---|---|---|---|---|
| **General Chemistry** | | | | | |
| **Analysis Batch:460-90671** | | | | | |
| 460-32787-1 | TP-2 | T | Solid | Moisture | |
| 460-32787-1DU | Duplicate | T | Solid | Moisture | |
| 460-32787-2 | TP-3 | T | Solid | Moisture | |
| 460-32787-3 | TP-4 | T | Solid | Moisture | |
| 460-32787-4 | TP-5 | T | Solid | Moisture | |

**Report Basis**
T = Total

**TestAmerica Edison**

Client: URS Corporation

Job Number: 460-32787-1

## Laboratory Chronicle

| Lab ID: | **460-32787-1** | | Client ID: | **TP-2** | | | | |
|---------|------------------|-----|------------|----------|-----|-----|-----|-----|
| | | | Sample Date/Time: | 10/24/2011  15:04 | Received Date/Time: | | 10/25/2011  12:00 | |

| Method | Bottle ID | Run | Analysis Batch | Prep Batch | Date Prepared / Analyzed | Dil | Lab | Analyst |
|--------|-----------|-----|----------------|------------|--------------------------|-----|-----|---------|
| P:3541 | 460-32787-A-1-A | | 460-90958 | 460-90862 | 10/26/2011  13:00 | 5 | TAL EDI | cm |
| A:8270C | 460-32787-A-1-A | | 460-90958 | 460-90862 | 10/27/2011  10:49 | 5 | TAL EDI | MC |
| A:Moisture | 460-32787-A-1 | | 460-90671 | | 10/25/2011  16:30 | 1 | TAL EDI | CHA |

| Lab ID: | **460-32787-1 DU** | | Client ID: | **TP-2** | | | | |
|---------|---------------------|-----|------------|----------|-----|-----|-----|-----|
| | | | Sample Date/Time: | 10/24/2011  15:04 | Received Date/Time: | | 10/25/2011  12:00 | |

| Method | Bottle ID | Run | Analysis Batch | Prep Batch | Date Prepared / Analyzed | Dil | Lab | Analyst |
|--------|-----------|-----|----------------|------------|--------------------------|-----|-----|---------|
| A:Moisture | 460-32787-A-1 DU | | 460-90671 | | 10/25/2011  16:30 | 1 | TAL EDI | CHA |

| Lab ID: | **460-32787-2** | | Client ID: | **TP-3** | | | | |
|---------|------------------|-----|------------|----------|-----|-----|-----|-----|
| | | | Sample Date/Time: | 10/24/2011  15:25 | Received Date/Time: | | 10/25/2011  12:00 | |

| Method | Bottle ID | Run | Analysis Batch | Prep Batch | Date Prepared / Analyzed | Dil | Lab | Analyst |
|--------|-----------|-----|----------------|------------|--------------------------|-----|-----|---------|
| P:3541 | 460-32787-A-2-A | | 460-90958 | 460-90862 | 10/26/2011  13:00 | 2 | TAL EDI | cm |
| A:8270C | 460-32787-A-2-A | | 460-90958 | 460-90862 | 10/27/2011  10:29 | 2 | TAL EDI | MC |
| A:Moisture | 460-32787-A-2 | | 460-90671 | | 10/25/2011  16:37 | 1 | TAL EDI | CHA |

| Lab ID: | **460-32787-3** | | Client ID: | **TP-4** | | | | |
|---------|------------------|-----|------------|----------|-----|-----|-----|-----|
| | | | Sample Date/Time: | 10/24/2011  15:45 | Received Date/Time: | | 10/25/2011  12:00 | |

| Method | Bottle ID | Run | Analysis Batch | Prep Batch | Date Prepared / Analyzed | Dil | Lab | Analyst |
|--------|-----------|-----|----------------|------------|--------------------------|-----|-----|---------|
| P:3541 | 460-32787-A-3-A | | 460-90958 | 460-90862 | 10/26/2011  13:00 | 1 | TAL EDI | cm |
| A:8270C | 460-32787-A-3-A | | 460-90958 | 460-90862 | 10/27/2011  03:58 | 1 | TAL EDI | MC |
| A:Moisture | 460-32787-A-3 | | 460-90671 | | 10/25/2011  16:37 | 1 | TAL EDI | CHA |

| Lab ID: | **460-32787-4** | | Client ID: | **TP-5** | | | | |
|---------|------------------|-----|------------|----------|-----|-----|-----|-----|
| | | | Sample Date/Time: | 10/24/2011  16:08 | Received Date/Time: | | 10/25/2011  12:00 | |

| Method | Bottle ID | Run | Analysis Batch | Prep Batch | Date Prepared / Analyzed | Dil | Lab | Analyst |
|--------|-----------|-----|----------------|------------|--------------------------|-----|-----|---------|
| P:3541 | 460-32787-A-4-A | | 460-90958 | 460-90862 | 10/26/2011  13:00 | 1 | TAL EDI | cm |
| A:8270C | 460-32787-A-4-A | | 460-90958 | 460-90862 | 10/27/2011  04:18 | 1 | TAL EDI | MC |
| A:Moisture | 460-32787-A-4 | | 460-90671 | | 10/25/2011  16:37 | 1 | TAL EDI | CHA |

Client: URS Corporation

Job Number: 460-32787-1

## Laboratory Chronicle

**Lab ID:** **MB**                    **Client ID:** **N/A**

Sample Date/Time:    N/A          Received Date/Time:    N/A

| Method | Bottle ID | Run | Analysis Batch | Prep Batch | Date Prepared / Analyzed | Dil | Lab | Analyst |
|---|---|---|---|---|---|---|---|---|
| P:3541 | MB 460-90862/1-A | | 460-90958 | 460-90862 | 10/26/2011 13:00 | 1 | TAL EDI | cm |
| A:8270C | MB 460-90862/1-A | | 460-90958 | 460-90862 | 10/27/2011 01:28 | 1 | TAL EDI | MC |

**Lab ID:** **LCS**                    **Client ID:** **N/A**

Sample Date/Time:    N/A          Received Date/Time:    N/A

| Method | Bottle ID | Run | Analysis Batch | Prep Batch | Date Prepared / Analyzed | Dil | Lab | Analyst |
|---|---|---|---|---|---|---|---|---|
| P:3541 | LCS 460-90862/2-A | | 460-90958 | 460-90862 | 10/26/2011 13:00 | 1 | TAL EDI | cm |
| A:8270C | LCS 460-90862/2-A | | 460-90958 | 460-90862 | 10/27/2011 01:07 | 1 | TAL EDI | MC |

**Lab ID:** **MS**                    **Client ID:** **N/A**

Sample Date/Time:    10/19/2011 15:25          Received Date/Time:    10/20/2011 10:00

| Method | Bottle ID | Run | Analysis Batch | Prep Batch | Date Prepared / Analyzed | Dil | Lab | Analyst |
|---|---|---|---|---|---|---|---|---|
| P:3541 | 220-16751-C-29-A MS | | 460-90958 | 460-90862 | 10/26/2011 13:00 | 1 | TAL EDI | cm |
| A:8270C | 220-16751-C-29-A MS | | 460-90958 | 460-90862 | 10/27/2011 02:08 | 1 | TAL EDI | MC |

**Lab ID:** **MSD**                    **Client ID:** **N/A**

Sample Date/Time:    10/19/2011 15:25          Received Date/Time:    10/20/2011 10:00

| Method | Bottle ID | Run | Analysis Batch | Prep Batch | Date Prepared / Analyzed | Dil | Lab | Analyst |
|---|---|---|---|---|---|---|---|---|
| P:3541 | 220-16751-C-29-B MSD | | 460-90958 | 460-90862 | 10/26/2011 13:00 | 1 | TAL EDI | cm |
| A:8270C | 220-16751-C-29-B MSD | | 460-90958 | 460-90862 | 10/27/2011 02:28 | 1 | TAL EDI | MC |

**Lab References:**

TAL EDI = TestAmerica Edison

# Method 8270C

Semivolatile Organic Compounds
(GC/MS) by Method 8270C

Lab Name: TestAmerica Edison                    Job No.: 460-32787-1

SDG No.:

Matrix: Solid                                   Level: Low

GC Column (1): Rtx-5MS     ID: 0.25 (mm)

| Client Sample ID | Lab Sample ID | NBZ | # | FBP | # | TPH | # |
|---|---|---|---|---|---|---|---|
| TP-2 | 460-32787-1 | 72 | | 75 | | 97 | |
| TP-3 | 460-32787-2 | 80 | | 84 | | 115 | |
| TP-4 | 460-32787-3 | 71 | | 67 | | 88 | |
| TP-5 | 460-32787-4 | 66 | | 64 | | 90 | |
| | MB 460-90862/1-A | 83 | | 85 | | 101 | |
| | LCS 460-90862/2-A | 88 | | 85 | | 111 | |
| | 220-16751-C-29-A MS | 88 | | 86 | | 119 | |
| | 220-16751-C-29-B MSD | 83 | | 77 | | 120 | |

|  | QC LIMITS |
|---|---|
| NBZ = Nitrobenzene-d5 | 38-105 |
| FBP = 2-Fluorobiphenyl | 40-109 |
| TPH = Terphenyl-d14 | 16-151 |

# Column to be used to flag recovery values

FORM II 8270C

Lab Name: TestAmerica Edison                    Job No.: 460-32787-1

SDG No.:

Matrix: Solid            Level: Low            Lab File ID: u71047.d

Lab ID: LCS 460-90862/2-A                    Client ID:

| COMPOUND | SPIKE ADDED (ug/Kg) | LCS CONCENTRATION (ug/Kg) | LCS % REC | QC LIMITS REC | # |
|---|---|---|---|---|---|
| Naphthalene | 3330 | 2590 | 78 | 53-94 | |
| Acenaphthylene | 3330 | 2570 | 77 | 51-103 | |
| Acenaphthene | 3330 | 2800 | 84 | 46-100 | |
| Fluorene | 3330 | 2850 | 86 | 51-108 | |
| Phenanthrene | 3330 | 2830 | 85 | 48-108 | |
| Anthracene | 3330 | 2700 | 81 | 50-107 | |
| Fluoranthene | 3330 | 2500 | 75 | 49-108 | |
| Pyrene | 3330 | 3880 | 116 | 49-116 | |
| Benzo[a]anthracene | 3330 | 3000 | 90 | 46-112 | |
| Chrysene | 3330 | 2750 | 83 | 45-114 | |
| Benzo[b]fluoranthene | 3330 | 2600 | 78 | 33-96 | |
| Benzo[k]fluoranthene | 3330 | 2850 | 85 | 35-115 | |
| Benzo[a]pyrene | 3330 | 2620 | 79 | 36-89 | |
| Indeno[1,2,3-cd]pyrene | 3330 | 2930 | 88 | 43-109 | |
| Dibenz(a,h)anthracene | 3330 | 2590 | 78 | 43-107 | |
| Benzo[g,h,i]perylene | 3330 | 2420 | 73 | 43-106 | |

# Column to be used to flag recovery and RPD values

FORM III 8270C

Lab Name:  TestAmerica Edison      Job No.:  460-32787-1

SDG No.:

Matrix: Solid     Level: Low     Lab File ID: u71050.d

Lab ID: 220-16751-C-29-A MS     Client ID:

| COMPOUND | SPIKE ADDED (ug/Kg) | SAMPLE CONCENTRATION (ug/Kg) | MS CONCENTRATION (ug/Kg) | MS % REC | QC LIMITS REC | # |
|---|---|---|---|---|---|---|
| Naphthalene | 4370 | 68 J | 3290 | 74 | 53-94 | |
| Acenaphthylene | 4370 | 430 U | 3470 | 79 | 51-103 | |
| Acenaphthene | 4370 | 430 U | 3560 | 81 | 46-100 | |
| Fluorene | 4370 | 430 U | 3820 | 87 | 51-108 | |
| Phenanthrene | 4370 | 430 U | 3850 | 88 | 48-108 | |
| Anthracene | 4370 | 430 U | 3770 | 86 | 50-107 | |
| Fluoranthene | 4370 | 430 U | 3490 | 80 | 49-108 | |
| Pyrene | 4370 | 430 U | 5480 | 125 | 49-116 | F |
| Benzo[a]anthracene | 4370 | 11 J | 4210 | 96 | 46-112 | |
| Chrysene | 4370 | 430 U | 3840 | 88 | 45-114 | |
| Benzo[b]fluoranthene | 4370 | 43 U | 4140 | 95 | 33-96 | |
| Benzo[k]fluoranthene | 4370 | 43 U | 4140 | 95 | 35-115 | |
| Benzo[a]pyrene | 4370 | 43 U | 3630 | 83 | 36-89 | |
| Indeno[1,2,3-cd]pyrene | 4370 | 43 U | 4250 | 97 | 43-109 | |
| Dibenz(a,h)anthracene | 4370 | 43 U | 3750 | 86 | 43-107 | |
| Benzo[g,h,i]perylene | 4370 | 430 U | 3490 | 80 | 43-106 | |

# Column to be used to flag recovery and RPD values

FORM III 8270C

Lab Name:  TestAmerica Edison                          Job No.:  460-32787-1

SDG No.:

Matrix:  Solid              Level:  Low              Lab File ID:  u71051.d

Lab ID:  220-16751-C-29-B MSD                        Client ID:

| COMPOUND | SPIKE ADDED (ug/Kg) | MSD CONCENTRATION (ug/Kg) | MSD % REC | % RPD | QC LIMITS RPD | QC LIMITS REC | # |
|---|---|---|---|---|---|---|---|
| Naphthalene | 4370 | 3110 | 70 | 6 | 30 | 53-94 | |
| Acenaphthylene | 4370 | 3360 | 77 | 3 | 30 | 51-103 | |
| Acenaphthene | 4370 | 3850 | 88 | 8 | 30 | 46-100 | |
| Fluorene | 4370 | 3950 | 90 | 3 | 30 | 51-108 | |
| Phenanthrene | 4370 | 3910 | 89 | 1 | 30 | 48-108 | |
| Anthracene | 4370 | 3710 | 85 | 2 | 30 | 50-107 | |
| Fluoranthene | 4370 | 3340 | 76 | 4 | 30 | 49-108 | |
| Pyrene | 4370 | 5370 | 123 | 2 | 30 | 49-116 | F |
| Benzo[a]anthracene | 4370 | 4060 | 93 | 4 | 30 | 46-112 | |
| Chrysene | 4370 | 3600 | 82 | 6 | 30 | 45-114 | |
| Benzo[b]fluoranthene | 4370 | 3600 | 82 | 14 | 30 | 33-96 | |
| Benzo[k]fluoranthene | 4370 | 4270 | 98 | 3 | 30 | 35-115 | |
| Benzo[a]pyrene | 4370 | 3450 | 79 | 5 | 30 | 36-89 | |
| Indeno[1,2,3-cd]pyrene | 4370 | 4200 | 96 | 1 | 30 | 43-109 | |
| Dibenz(a,h)anthracene | 4370 | 3830 | 88 | 2 | 30 | 43-107 | |
| Benzo[g,h,i]perylene | 4370 | 3270 | 75 | 7 | 30 | 43-106 | |

# Column to be used to flag recovery and RPD values

FORM III 8270C

Lab Name:  TestAmerica Edison                    Job No.:  460-32787-1

SDG No.:

Lab File ID:  u71048.d                           Lab Sample ID:  MB 460-90862/1-A

Matrix:  Solid                                   Date Extracted:  10/26/2011  13:00

Instrument ID:  BNAMS4                           Date Analyzed:  10/27/2011  01:28

Level:(Low/Med)  Low

THIS METHOD BLANK APPLIES TO THE FOLLOWING SAMPLES:

| CLIENT SAMPLE ID | LAB SAMPLE ID | LAB FILE ID | DATE ANALYZED |
|---|---|---|---|
| | LCS 460-90862/2-A | u71047.d | 10/27/2011  01:07 |
| | 220-16751-C-29-A MS | u71050.d | 10/27/2011  02:08 |
| | 220-16751-C-29-B MSD | u71051.d | 10/27/2011  02:28 |
| TP-4 | 460-32787-3 | u71055.d | 10/27/2011  03:58 |
| TP-5 | 460-32787-4 | u71056.d | 10/27/2011  04:18 |
| TP-3 | 460-32787-2 | u71074.d | 10/27/2011  10:29 |
| TP-2 | 460-32787-1 | u71075.d | 10/27/2011  10:49 |

FORM IV 8270C

Lab Name: TestAmerica Edison          Job No.: 460-32787-1

SDG No.:

Lab File ID: u70767.d                 DFTPP Injection Date: 10/18/2011

Instrument ID: BNAMS4                 DFTPP Injection Time: 00:24

Analysis Batch No.: 89979

| M/E | ION ABUNDANCE CRITERIA | % RELATIVE ABUNDANCE | |
|-----|------------------------|---------------------|---|
| 51 | 30.0 - 60.0 % of mass 198 | 58.5 | |
| 68 | Less than 2.0 % of mass 69 | 0.0 | (0.0)1 |
| 69 | Mass 69 relative abundance | 75.8 | |
| 70 | Less than 2.0 % of mass 69 | 0.4 | (0.5)1 |
| 127 | 40.0 - 60.0 % of mass 198 | 47.8 | |
| 197 | Less than 1.0 % of mass 198 | 0.0 | |
| 198 | Base Peak, 100 % relative abundance | 100.0 | |
| 199 | 5.0- 9.0 % of mass 198 | 7.0 | |
| 275 | 10.0 - 30.0 % of mass 198 | 22.6 | |
| 365 | Greater than 1.0 % of mass 198 | 3.6 | |
| 441 | Present but less than mass 443 | 14.6 | |
| 442 | Greater than 40.0 % of mass 198 | 93.5 | |
| 443 | 17.0 - 23.0 % of mass 442 | 18.3 | (19.6)2 |

1-Value is % mass 69                  2-Value is % mass 442

THIS CHECK APPLIES TO THE FOLLOWING SAMPLES, MS, MSD, BLANKS AND STANDARDS:

| CLIENT SAMPLE ID | LAB SAMPLE ID | LAB FILE ID | DATE ANALYZED | TIME ANALYZED |
|------------------|---------------|-------------|---------------|---------------|
| | ICIS 460-89979/2 | u70768.d | 10/18/2011 | 00:54 |
| | IC 460-89979/3 | u70769.d | 10/18/2011 | 01:25 |
| | IC 460-89979/4 | u70770.d | 10/18/2011 | 01:45 |
| | IC 460-89979/5 | u70771.d | 10/18/2011 | 02:05 |
| | IC 460-89979/6 | u70772.d | 10/18/2011 | 02:25 |
| | IC 460-89979/7 | u70773.d | 10/18/2011 | 02:46 |

GC/MS SEMI VOA INSTRUMENT PERFORMANCE CHECK
DECAFLUOROTRIPHENYLPHOSPHINE (DFTPP)

Lab Name: TestAmerica Edison     Job No.: 460-32787-1

SDG No.:

Lab File ID: u71044.d     DFTPP Injection Date: 10/26/2011

Instrument ID: BNAMS4     DFTPP Injection Time: 23:38

Analysis Batch No.: 90958

| M/E | ION ABUNDANCE CRITERIA | % RELATIVE ABUNDANCE | |
|---|---|---|---|
| 51 | 30.0 - 60.0 % of mass 198 | 54.9 | |
| 68 | Less than 2.0 % of mass 69 | 0.0 | (0.0)1 |
| 69 | Mass 69 relative abundance | 72.0 | |
| 70 | Less than 2.0 % of mass 69 | 0.0 | (0.0)1 |
| 127 | 40.0 - 60.0 % of mass 198 | 45.3 | |
| 197 | Less than 1.0 % of mass 198 | 0.0 | |
| 198 | Base Peak, 100 % relative abundance | 100.0 | |
| 199 | 5.0- 9.0 % of mass 198 | 6.7 | |
| 275 | 10.0 - 30.0 % of mass 198 | 22.5 | |
| 365 | Greater than 1.0 % of mass 198 | 4.1 | |
| 441 | Present but less than mass 443 | 14.3 | |
| 442 | Greater than 40.0 % of mass 198 | 97.1 | |
| 443 | 17.0 - 23.0 % of mass 442 | 18.8 | (19.4)2 |

1-Value is % mass 69          2-Value is % mass 442

THIS CHECK APPLIES TO THE FOLLOWING SAMPLES, MS, MSD, BLANKS AND STANDARDS:

| CLIENT SAMPLE ID | LAB SAMPLE ID | LAB FILE ID | DATE ANALYZED | TIME ANALYZED |
|---|---|---|---|---|
| | CCVIS 460-90958/2 | u71046.d | 10/27/2011 | 00:34 |
| | LCS 460-90862/2-A | u71047.d | 10/27/2011 | 01:07 |
| | MB 460-90862/1-A | u71048.d | 10/27/2011 | 01:28 |
| | 220-16751-C-29-A MS | u71050.d | 10/27/2011 | 02:08 |
| | 220-16751-C-29-B MSD | u71051.d | 10/27/2011 | 02:28 |
| TP-4 | 460-32787-3 | u71055.d | 10/27/2011 | 03:58 |
| TP-5 | 460-32787-4 | u71056.d | 10/27/2011 | 04:18 |
| TP-3 | 460-32787-2 | u71074.d | 10/27/2011 | 10:29 |
| TP-2 | 460-32787-1 | u71075.d | 10/27/2011 | 10:49 |

Lab Name: **TestAmerica Edison**                Job No.: 460-32787-1

SDG No.:

Sample No.: CCVIS 460-90958/2                Date Analyzed: 10/27/2011 00:34

Instrument ID: BNAMS4                GC Column: Rtx-5MS          ID: 0.25 (mm)

Lab File ID (Standard): u71046.d                Heated Purge: (Y/N)   N

Calibration ID: 12694

| | | DCB | | NPT | | ANT | |
|---|---|---|---|---|---|---|---|
| | | AREA # | RT # | AREA # | RT # | AREA # | RT # |
| 12/24 HOUR STD | | 422134 | 4.33 | 1456459 | 5.61 | 690510 | 7.36 |
| UPPER LIMIT | | 844268 | 4.83 | 2912918 | 6.11 | 1381020 | 7.86 |
| LOWER LIMIT | | 211067 | 3.83 | 728230 | 5.11 | 345255 | 6.86 |
| LAB SAMPLE ID | CLIENT SAMPLE ID | | | | | | |
| LCS 460-90862/2-A | | 439368 | 4.33 | 1626280 | 5.61 | 909501 | 7.36 |
| MB 460-90862/1-A | | 517073 | 4.32 | 2095818 | 5.60 | 1204798 | 7.36 |
| 220-16751-C-29-A MS | | 461926 | 4.33 | 1645950 | 5.61 | 940375 | 7.36 |
| 220-16751-C-29-B MSD | | 455652 | 4.33 | 1654405 | 5.61 | 921259 | 7.36 |
| 460-32787-3 | TP-4 | 525244 | 4.32 | 2067949 | 5.60 | 1250422 | 7.36 |
| 460-32787-4 | TP-5 | 553782 | 4.33 | 2074418 | 5.60 | 1236059 | 7.36 |
| 460-32787-2 | TP-3 | 466571 | 4.33 | 1729957 | 5.60 | 856831 | 7.35 |
| 460-32787-1 | TP-2 | 416640 | 4.32 | 1534934 | 5.60 | 774886 | 7.36 |

DCB = 1,4-Dichlorobenzene-d4
NPT = Naphthalene-d8
ANT = Acenaphthene-d10

Area Limit = 50%-200% of internal standard area
RT Limit = ± 0.5 minutes of internal standard RT

# Column used to flag values outside QC limits

FORM VIII 8270C

Lab Name: TestAmerica Edison                    Job No.: 460-32787-1

SDG No.:

Sample No.: CCVIS 460-90958/2                    Date Analyzed: 10/27/2011  00:34

Instrument ID: BNAMS4                            GC Column: Rtx-5MS          ID: 0.25(mm)

Lab File ID (Standard): u71046.d                 Heated Purge: (Y/N)  N

Calibration ID: 12694

| | | PHN | | CRY | | PRY | |
|---|---|---|---|---|---|---|---|
| | | AREA # | RT # | AREA # | RT # | AREA # | RT # |
| 12/24 HOUR STD | | 1042268 | 8.82 | 972390 | 11.57 | 760060 | 13.47 |
| UPPER LIMIT | | 2084536 | 9.32 | 1944780 | 12.07 | 1520120 | 13.97 |
| LOWER LIMIT | | 521134 | 8.32 | 486195 | 11.07 | 380030 | 12.97 |
| LAB SAMPLE ID | CLIENT SAMPLE ID | | | | | | |
| LCS 460-90862/2-A | | 1414580 | 8.82 | 1121162 | 11.57 | 787639 | 13.47 |
| MB 460-90862/1-A | | 2045899 | 8.82 | 1930081 | 11.56 | 1410740 | 13.47 |
| 220-16751-C-29-A MS | | 1503869 | 8.82 | 1168266 | 11.57 | 788782 | 13.47 |
| 220-16751-C-29-B MSD | | 1480802 | 8.82 | 1153512 | 11.57 | 811237 | 13.47 |
| 460-32787-3 | TP-4 | 2035336 | 8.82 | 1818960 | 11.56 | 1185560 | 13.47 |
| 460-32787-4 | TP-5 | 2031544 | 8.82 | 1648091 | 11.56 | 1179649 | 13.47 |
| 460-32787-2 | TP-3 | 1014765 | 8.82 | 523255 | 11.58 | 522891 | 13.49 |
| 460-32787-1 | TP-2 | 987178 | 8.82 | 566784 | 11.57 | 554379 | 13.48 |

PHN = Phenanthrene-d10
CRY = Chrysene-d12
PRY = Perylene-d12

Area Limit = 50%-200% of internal standard area
RT Limit = ± 0.5 minutes of internal standard RT


# Column used to flag values outside QC limits

FORM VIII 8270C

Lab Name:  TestAmerica Edison                    Job No.:  460-32787-1

SDG No.:

Client Sample ID:  TP-2                           Lab Sample ID:  460-32787-1

Matrix:  Solid                                    Lab File ID:  u71075.d

Analysis Method:  8270C                           Date Collected:  10/24/2011  15:04

Extract. Method:  3541                            Date Extracted:  10/26/2011  13:00

Sample wt/vol:  15.00(g)                          Date Analyzed:  10/27/2011  10:49

Con. Extract Vol.:  1(mL)                         Dilution Factor:  5

Injection Volume:  1(uL)                          Level: (low/med)  Low

% Moisture:  29.0                                 GPC Cleanup:(Y/N)  N

Analysis Batch No.:  90958                        Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|-----|-----|
| 91-20-3 | Naphthalene | 2300 | U | 2300 | 340 |
| 208-96-8 | Acenaphthylene | 2300 | U | 2300 | 330 |
| 83-32-9 | Acenaphthene | 590 | J | 2300 | 330 |
| 86-73-7 | Fluorene | 2300 | U | 2300 | 390 |
| 85-01-8 | Phenanthrene | 1100 | J | 2300 | 410 |
| 120-12-7 | Anthracene | 460 | J | 2300 | 410 |
| 206-44-0 | Fluoranthene | 18000 | | 2300 | 390 |
| 129-00-0 | Pyrene | 35000 | | 2300 | 400 |
| 56-55-3 | Benzo[a]anthracene | 19000 | | 230 | 43 |
| 218-01-9 | Chrysene | 18000 | | 2300 | 340 |
| 205-99-2 | Benzo[b]fluoranthene | 21000 | | 230 | 35 |
| 207-08-9 | Benzo[k]fluoranthene | 9500 | | 230 | 33 |
| 50-32-8 | Benzo[a]pyrene | 20000 | | 230 | 29 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 13000 | | 230 | 37 |
| 53-70-3 | Dibenz(a,h)anthracene | 2800 | | 230 | 28 |
| 191-24-2 | Benzo[g,h,i]perylene | 11000 | | 2300 | 250 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 72 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 97 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 75 | | 40-109 |

FORM I 8270C

TestAmerica

SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS

Data file : /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/u71075.d
Lab Smp Id: 460-32787-A-1-A          Client Smp ID: TP-2
Inj Date : 27-OCT-2011 10:49
Operator : BNAMS 4                    Inst ID: BNAMS4.i
Smp Info : 460-32787-A-1-A
Misc Info : 460-32787-A-1-A
Comment  :
Method   : /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/8270C_08SP.m
Meth Date : 27-OCT-2011 01:10 asfawa     Quant Type: ISTD
Cal Date : 18-OCT-2011 02:46           Cal File: u70773.d
Als bottle: 30
Dil Factor: 5.00000
Integrator: HP RTE                     Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable

| Name | Value | Description |
|------|-------|-------------|
| DF | 5.00000 | Dilution Factor |
| Uf | 1.00000 | ng unit correction factor |
| Vt | 1.00000 | Volume of final extract (ml) |
| Ws | 15.00000 | Weight of sample extracted (g) |
| M | 29.04483 | % Moisture |

Cpnd Variable                    Local Compound Variable


| Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|-----------|------|------|------|------|------|------|------|
| $ 16 2-Fluorophenol (SUR) | 112 | 3.071 | 3.081 | (0.710) | 179316 | 10.9485 | 5100 |
| $ 17 Phenol-d5 (SUR) | 99 | 3.971 | 3.995 | (0.918) | 274963 | 12.6595 | 5900 |
| * 79 1,4-Dichlorobenzene-d4 | 152 | 4.325 | 4.333 | (1.000) | 416640 | 40.0000 | |
| $ 76 Nitrobenzene-d5 (SUR) | 82 | 4.878 | 4.889 | (0.870) | 196103 | 7.19554 | 3400 |
| * 80 Naphthalene-d8 | 136 | 5.604 | 5.608 | (1.000) | 1534934 | 40.0000 | |
| $ 77 2-Fluorobiphenyl (SUR) | 172 | 6.685 | 6.691 | (0.909) | 201847 | 7.52736 | 3500 |
| 125 1,3-Dimethylnaphthalene | 156 | 7.017 | 7.025 | (0.954) | 2179 | 0.11713 | 55 (aH) |
| 39 Acenaphthylene | 152 | 7.208 | 7.219 | (0.980) | 15500 | 0.43161 | 200 (a) |
| * 82 Acenaphthene-d10 | 164 | 7.356 | 7.361 | (1.000) | 774886 | 40.0000 | |
| 42 Acenaphthene | 154 | 7.386 | 7.398 | (1.004) | 24606 | 1.24803 | 590 (a) |
| 43 Dibenzofuran | 168 | 7.556 | 7.562 | (1.027) | 9324 | 0.31446 | 150 (a) |
| 47 Fluorene | 166 | 7.889 | 7.903 | (1.072) | 15894 | 0.62738 | 290 (a) |
| $ 18 2,4,6-Tribromophenol (SUR) | 330 | 8.132 | 8.140 | (1.105) | 71355 | 10.2874 | 4800 |

```
Data File: /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/u71075.d
Report Date: 27-Oct-2011 11:58


                                                          CONCENTRATIONS
                        QUANT SIG                      ON-COLUMN    FINAL
   Compounds             MASS    RT     EXP RT REL RT   RESPONSE    (ug/ml)   (ug/Kg)
   ===================== ====    ==     ===== ======    ========    =======   =======
     115 n-Octadecane      57  8.708  8.710 (0.987)       9382     0.47134    220(a)
   *  83 Phenanthrene-d10  188  8.820  8.820 (1.000)     987178    40.0000
      52 Phenanthrene      178  8.835  8.849 (1.002)      57857     2.33210   1100(a)
      53 Anthracene        178  8.885  8.901 (1.007)      25151     0.97361    460(a)
      54 Carbazole         167  9.047  9.055 (1.026)       2680     0.11022     52(a)
      56 Fluoranthene      202 10.009 10.011 (1.135)    1501169    38.6625    18000
      57 Pyrene            202 10.237 10.233 (0.885)    1270377    73.4779    34000
   $  78 Terphenyl-d14     244 10.378 10.382 (0.897)     138117     9.74865    4600
      61 Benzo(a)anthracene 228 11.553 11.556 (0.999)    698866    41.2714    19000
   *  81 Chrysene-d12      240 11.567 11.570 (1.000)     566784    40.0000
      62 Chrysene          228 11.601 11.605 (1.003)     523267    38.1868    18000
      65 Benzo(b)fluoranthene 252 12.963 12.954 (0.961)  897964    45.4050    21000
      66 Benzo(k)fluoranthene 252 12.990 12.998 (0.963)  347189    20.3083     9500
      67 Benzo(a)pyrene    252 13.404 13.395 (0.994)     670972    42.9267    20000
   *  84 Perylene-d12      264 13.482 13.474 (1.000)     554379    40.0000
      68 Indeno(1,2,3-cd)pyrene 276 14.984 14.979 (1.111) 363033   26.6267    12000
      69 Dibenz(a,h)anthracene 278 14.991 15.001 (1.112)  71603     5.95083    2800
      70 Benzo(g,h,i)perylene 276 15.396 15.392 (1.142)  293425    22.7501    11000


QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
H - Operator selected an alternate compound hit.
```

Data File: u71075.d

Date: 27-OCT-2011 10:49

Client ID: TP-2

Sample Info: 460-32787-A-1-A

Instrument: BNAMS4.i

Operator: BNAMS 4



