Data File: u71075.d

Date: 27-OCT-2011 10:49

Client ID: TP-2

Sample Info: 460-32787-A-1-A

52 Phenanthrene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/28/2011

Data File: u71075.d

Date: 27-OCT-2011 10:49

Client ID: TP-2

Sample Info: 460-32787-A-1-A

53 Anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/28/2011

Data File: u71075.d

Date: 27-OCT-2011 10:49

Client ID: TP-2

Sample Info: 460-32787-A-1-A

56 Fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/28/2011

Data File: u71075.d

Date: 27-OCT-2011 10:49

Client ID: TP-2

Sample Info: 460-32787-A-1-A

57 Pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/28/2011

Data File: u71075.d

Date: 27-OCT-2011 10:49

Client ID: TP-2

Sample Info: 460-32787-A-1-A

61 Benzo(a)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/28/2011

Data File: u71075.d

Date: 27-OCT-2011 10:49

Client ID: TP-2

Sample Info: 460-32787-A-1-A

62 Chrysene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u71075.d

Date: 27-OCT-2011 10:49

Client ID: TP-2

Sample Info: 460-32787-A-1-A

65 Benzo(b)fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u71075.d

Date: 27-OCT-2011 10:49

Client ID: TP-2

Sample Info: 460-32787-A-1-A

66 Benzo(k)fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/28/2011

Data File: u71075.d

Date: 27-OCT-2011 10:49

Client ID: TP-2

Sample Info: 460-32787-A-1-A

67 Benzo(a)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u71075.d

Date: 27-OCT-2011 10:49

Client ID: TP-2

Sample Info: 460-32787-A-1-A

68 Indeno(1,2,3-cd)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u71075.d

Date: 27-OCT-2011 10:49

Client ID: TP-2

Sample Info: 460-32787-A-1-A

69 Dibenz(a,h)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/28/2011

Data File: u71075.d

Date: 27-OCT-2011 10:49

Client ID: TP-2

Sample Info: 460-32787-A-1-A

70 Benzo(g,h,i)perylene

Instrument: BNAMS4.i

Operator: BNAMS 4



Lab Name:  TestAmerica Edison                Job No.:  460-32787-1

SDG No.:

Client Sample ID:  TP-3                       Lab Sample ID:  460-32787-2

Matrix:  Solid                                Lab File ID:  u71074.d

Analysis Method:  8270C                       Date Collected:  10/24/2011  15:25

Extract. Method:  3541                        Date Extracted:  10/26/2011  13:00

Sample wt/vol:  15.02(g)                      Date Analyzed:  10/27/2011  10:29

Con. Extract Vol.:  1(mL)                     Dilution Factor:  2

Injection Volume:  1(uL)                      Level: (low/med)  Low

% Moisture:  31.4                             GPC Cleanup:(Y/N)  N

Analysis Batch No.:  90958                    Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|----|----|
| 91-20-3 | Naphthalene | 960 | U | 960 | 140 |
| 208-96-8 | Acenaphthylene | 960 | U | 960 | 140 |
| 83-32-9 | Acenaphthene | 490 | J | 960 | 140 |
| 86-73-7 | Fluorene | 260 | J | 960 | 160 |
| 85-01-8 | Phenanthrene | 910 | J | 960 | 170 |
| 120-12-7 | Anthracene | 450 | J | 960 | 170 |
| 206-44-0 | Fluoranthene | 11000 | | 960 | 160 |
| 129-00-0 | Pyrene | 20000 | | 960 | 170 |
| 56-55-3 | Benzo[a]anthracene | 11000 | | 96 | 18 |
| 218-01-9 | Chrysene | 9200 | | 960 | 140 |
| 205-99-2 | Benzo[b]fluoranthene | 12000 | | 96 | 14 |
| 207-08-9 | Benzo[k]fluoranthene | 4600 | | 96 | 13 |
| 50-32-8 | Benzo[a]pyrene | 11000 | | 96 | 12 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 6600 | | 96 | 15 |
| 53-70-3 | Dibenz(a,h)anthracene | 1500 | | 96 | 12 |
| 191-24-2 | Benzo[g,h,i]perylene | 5700 | | 960 | 100 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 80 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 115 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 84 | | 40-109 |

FORM I 8270C

Data File: /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/u71074.d
Report Date: 27-Oct-2011 11:57


                                    TestAmerica

                        SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/u71074.d
Lab Smp Id: 460-32787-A-2-A                  Client Smp ID: TP-3
Inj Date  : 27-OCT-2011 10:29
Operator  : BNAMS 4                          Inst ID: BNAMS4.i
Smp Info  : 460-32787-A-2-A
Misc Info : 460-32787-A-2-A
Comment   :
Method    : /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/8270C_08SP.m
Meth Date : 27-Oct-2011 01:10 asfawa        Quant Type: ISTD
Cal Date  : 18-OCT-2011 02:46                Cal File: u70773.d
Als bottle: 29
Dil Factor: 2.00000
Integrator: HP RTE                           Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable

           Name          Value            Description
    --------------  --------------  ------------------------
           DF        2.00000           Dilution Factor
           Uf        1.00000           ng unit correction factor
           Vt        1.00000           Volume of final extract (ml)
           Ws       15.02000           Weight of sample extracted (g)
           M        31.36882           % Moisture

Cpnd Variable                    Local Compound Variable


|                              |            |      |        |         |          | CONCENTRATIONS | |
| Compounds                    | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|==============================|============|======|========|========|==========|=========|=========|
| $ 16 2-Fluorophenol (SUR)    | 112        | 3.084 | 3.081 | (0.713) | 546277  | 29.7846 | 5800 |
| $ 17 Phenol-d5 (SUR)         | 99         | 3.974 | 3.995 | (0.918) | 806197  | 33.1456 | 6400 |
| * 79 1,4-Dichlorobenzene-d4  | 152        | 4.328 | 4.333 | (1.000) | 466571  | 40.0000 |      |
| $ 76 Nitrobenzene-d5 (SUR)   | 82         | 4.875 | 4.889 | (0.870) | 614167  | 19.9949 | 3900 |
| * 80 Naphthalene-d8          | 136        | 5.603 | 5.608 | (1.000) | 1729957 | 40.0000 |      |
|   31 Naphthalene             | 128        | 5.625 | 5.629 | (1.004) | 8317    | 0.20623 | 40(a) |
|   34 2-Methylnaphthalene     | 142        | 6.316 | 6.321 | (1.127) | 4276    | 0.14531 | 28(a) |
|  120 1-Methylnaphthalene     | 142        | 6.418 | 6.426 | (1.145) | 4341    | 0.14729 | 28(a) |
| $ 77 2-Fluorobiphenyl (SUR)  | 172        | 6.683 | 6.691 | (0.909) | 619480  | 20.8925 | 4000 |
|  125 1,3-Dimethylnaphthalene | 156        | 7.015 | 7.025 | (0.954) | 5353    | 0.26023 | 50(a) |
|   39 Acenaphthylene          | 152        | 7.213 | 7.219 | (0.981) | 20645   | 0.51989 | 100(a) |
| * 82 Acenaphthene-d10        | 164        | 7.353 | 7.361 | (1.000) | 856831  | 40.0000 |      |
|   42 Acenaphthene            | 154        | 7.389 | 7.398 | (1.005) | 55202   | 2.53211 | 490(a) |

| | Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|---|
| | 43 Dibenzofuran | 168 | 7.553 | 7.562 | (1.027) | 21454 | 0.65436 | 130 (a) |
| | 130 2,3,4,6-Tetrachlorophenol | 232 | 7.686 | 7.695 | (1.045) | 2202 | 0.21811 | 42 (a) |
| | 47 Fluorene | 166 | 7.891 | 7.903 | (1.073) | 37926 | 1.35386 | 260 (a) |
| $ | 18 2,4,6-Tribromophenol (SUR) | 330 | 8.136 | 8.140 | (1.106) | 236388 | 30.8212 | 6000 |
| | 115 n-Octadecane | 57 | 8.706 | 8.710 | (0.987) | 16713 | 0.81681 | 160 (a) |
| * | 83 Phenanthrene-d10 | 188 | 8.816 | 8.820 | (1.000) | 1014765 | 40.0000 | |
| | 52 Phenanthrene | 178 | 8.839 | 8.849 | (1.003) | 119298 | 4.67794 | 910 (a) |
| | 53 Anthracene | 178 | 8.890 | 8.901 | (1.008) | 61060 | 2.29941 | 450 (a) |
| | 54 Carbazole | 167 | 9.044 | 9.055 | (1.026) | 5368 | 0.21476 | 42 (a) |
| | 56 Fluoranthene | 202 | 10.017 | 10.011 | (1.136) | 2218649 | 55.5878 | 11000 |
| | 57 Pyrene | 202 | 10.237 | 10.233 | (0.884) | 1633723 | 102.354 | 20000 |
| $ | 78 Terphenyl-d14 | 244 | 10.386 | 10.382 | (0.897) | 375394 | 28.7005 | 5600 |
| | 61 Benzo(a)anthracene | 228 | 11.563 | 11.556 | (0.999) | 832449 | 54.1913 | 10000 |
| * | 81 Chrysene-d12 | 240 | 11.577 | 11.570 | (1.000) | 523255 | 40.0000 | |
| | 62 Chrysene | 228 | 11.605 | 11.605 | (1.002) | 598609 | 47.3192 | 9200 |
| | 65 Benzo(b)fluoranthene | 252 | 12.973 | 12.954 | (0.962) | 1144742 | 61.3688 | 12000 |
| | 66 Benzo(k)fluoranthene | 252 | 13.001 | 12.998 | (0.964) | 385020 | 23.8774 | 4600 |
| | 67 Benzo(a)pyrene | 252 | 13.418 | 13.395 | (0.995) | 814997 | 55.2809 | 11000 |
| * | 84 Perylene-d12 | 264 | 13.490 | 13.474 | (1.000) | 522891 | 40.0000 | |
| | 68 Indeno(1,2,3-cd)pyrene | 276 | 14.996 | 14.979 | (1.112) | 434600 | 33.7953 | 6600 |
| | 69 Dibenz(a,h)anthracene | 278 | 15.003 | 15.001 | (1.112) | 86438 | 7.61635 | 1500 |
| | 70 Benzo(g,h,i)perylene | 276 | 15.412 | 15.392 | (1.142) | 355098 | 29.1897 | 5700 |

QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).

Data File: u71074.d

Date: 27-OCT-2011 10:29

Client ID: TP-3

Sample Info: 460-32787-A-2-A

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u71074.d

Date: 27-OCT-2011 10:29

Client ID: TP-3

Sample Info: 460-32787-A-2-A

42 Acenaphthene

Instrument: BNAMS4.i

Operator: BNAMS 4





Data File: u71074.d

Date: 27-OCT-2011 10:29

Client ID: TP-3

Sample Info: 460-32787-A-2-A

52 Phenanthrene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/28/2011

Data File: u71074.d

Date: 27-OCT-2011 10:29

Client ID: TP-3

Sample Info: 460-32787-A-2-A

53 Anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u71074.d

Date: 27-OCT-2011 10:29

Client ID: TP-3

Sample Info: 460-32787-A-2-A

56 Fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u71074.d

Date: 27-OCT-2011 10:29

Client ID: TP-3

Sample Info: 460-32787-A-2-A

57 Pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/28/2011

Data File: u71074.d

Date: 27-OCT-2011 10:29

Client ID: TP-3

Sample Info: 460-32787-A-2-A

61 Benzo(a)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u71074.d

Date: 27-OCT-2011 10:29

Client ID: TP-3

Sample Info: 460-32787-A-2-A

62 Chrysene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u71074.d

Date: 27-OCT-2011 10:29

Client ID: TP-3

Instrument: BNAMS4.i

Operator: BNAMS 4

Sample Info: 460-32787-A-2-A

65 Benzo(b)fluoranthene

