Data File: u71074.d

Date: 27-OCT-2011 10:29

Instrument: BNAMS4.i

Client ID: TP-3

Operator: BNAMS 4

Sample Info: 460-32787-A-2-A

66 Benzo(k)fluoranthene



Data File: u71074.d

Date: 27-OCT-2011 10:29

Client ID: TP-3

Sample Info: 460-32787-A-2-A

67 Benzo(a)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u71074.d

Date: 27-OCT-2011 10:29

Client ID: TP-3

Sample Info: 460-32787-A-2-A

68 Indeno(1,2,3-cd)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u71074.d

Date: 27-OCT-2011 10:29

Client ID: TP-3

Sample Info: 460-32787-A-2-A

69 Dibenz(a,h)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u71074.d

Date: 27-OCT-2011 10:29

Client ID: TP-3

Sample Info: 460-32787-A-2-A

70 Benzo(g,h,i)perylene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/28/2011

Lab Name:  TestAmerica Edison                     Job No.:  460-32787-1

SDG No.:

Client Sample ID:  TP-4                            Lab Sample ID:  460-32787-3

Matrix:  Solid                                     Lab File ID:  u71055.d

Analysis Method:  8270C                            Date Collected:  10/24/2011  15:45

Extract. Method:  3541                             Date Extracted:  10/26/2011  13:00

Sample wt/vol:  15.03(g)                           Date Analyzed:  10/27/2011  03:58

Con. Extract Vol.:  1(mL)                          Dilution Factor:  1

Injection Volume:  1(uL)                           Level: (low/med)  Low

% Moisture:  22.5                                  GPC Cleanup:(Y/N)  N

Analysis Batch No.:  90958                         Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|-----|-----|
| 91-20-3 | Naphthalene | 430 | U | 430 | 62 |
| 208-96-8 | Acenaphthylene | 430 | U | 430 | 61 |
| 83-32-9 | Acenaphthene | 430 | U | 430 | 61 |
| 86-73-7 | Fluorene | 430 | U | 430 | 72 |
| 85-01-8 | Phenanthrene | 430 | U | 430 | 74 |
| 120-12-7 | Anthracene | 430 | U | 430 | 75 |
| 206-44-0 | Fluoranthene | 430 | U | 430 | 71 |
| 129-00-0 | Pyrene | 430 | U | 430 | 74 |
| 56-55-3 | Benzo[a]anthracene | 19 | J | 43 | 7.9 |
| 218-01-9 | Chrysene | 430 | U | 430 | 62 |
| 205-99-2 | Benzo[b]fluoranthene | 43 | U | 43 | 6.3 |
| 207-08-9 | Benzo[k]fluoranthene | 43 | U | 43 | 6.0 |
| 50-32-8 | Benzo[a]pyrene | 43 | U | 43 | 5.2 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 43 | U | 43 | 6.8 |
| 53-70-3 | Dibenz(a,h)anthracene | 43 | U | 43 | 5.1 |
| 191-24-2 | Benzo[g,h,i]perylene | 430 | U | 430 | 45 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 71 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 88 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 67 | | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/u71055.d
Report Date: 27-Oct-2011 09:18


                              TestAmerica

                    SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/u71055.d
Lab Smp Id: 460-32787-A-3-A                Client Smp ID: TP-4
Inj Date  : 27-OCT-2011 03:58
Operator  : BNAMS 4                        Inst ID: BNAMS4.i
Smp Info  : 460-32787-A-3-A
Misc Info : 460-32787-A-3-A
Comment   :
Method    : /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/8270C_08SP.m
Meth Date : 27-Oct-2011 01:10 asfawa      Quant Type: ISTD
Cal Date  : 18-OCT-2011 02:46             Cal File: u70773.d
Als bottle: 10
Dil Factor: 1.00000
Integrator: HP RTE                         Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable


        Name          Value              Description
    -------------- --------------- ------------------------
        DF          1.00000          Dilution Factor
        Uf          1.00000          ng unit correction factor
        Vt          1.00000          Volume of final extract (ml)
        Ws          15.03000         Weight of sample extracted (g)
        M           22.50923         % Moisture

Cpnd Variable                    Local Compound Variable
```

|  |  | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|---|
| $ | 16 2-Fluorophenol (SUR) | 112 | 3.098 | 3.081 | (0.716) | 1236269 | 59.8754 | 5100 |
| $ | 17 Phenol-d5 (SUR) | 99 | 3.979 | 3.995 | (0.920) | 1700741 | 62.1125 | 5300 |
| * | 79 1,4-Dichlorobenzene-d4 | 152 | 4.324 | 4.333 | (1.000) | 525244 | 40.0000 | |
| $ | 76 Nitrobenzene-d5 (SUR) | 82 | 4.877 | 4.889 | (0.871) | 1302334 | 35.4692 | 3000 |
| * | 80 Naphthalene-d8 | 136 | 5.599 | 5.608 | (1.000) | 2067949 | 40.0000 | |
| $ | 77 2-Fluorobiphenyl (SUR) | 172 | 6.683 | 6.691 | (0.908) | 1454346 | 33.6101 | 2900 |
| * | 82 Acenaphthene-d10 | 164 | 7.358 | 7.361 | (1.000) | 1250422 | 40.0000 | |
| $ | 18 2,4,6-Tribromophenol (SUR) | 330 | 8.138 | 8.140 | (1.106) | 701642 | 62.6870 | 5400 |
| * | 83 Phenanthrene-d10 | 188 | 8.817 | 8.820 | (1.000) | 2035336 | 40.0000 | |
|  | 56 Fluoranthene | 202 | 10.002 | 10.011 | (1.134) | 18828 | 0.23519 | 20 (a) |
|  | 57 Pyrene | 202 | 10.221 | 10.233 | (0.884) | 15250 | 0.27485 | 24 (a) |
| $ | 78 Terphenyl-d14 (SUR) | 244 | 10.383 | 10.382 | (0.898) | 2006139 | 44.1218 | 3800 |
|  | 61 Benzo(a)anthracene | 228 | 11.557 | 11.556 | (0.999) | 12563 | 0.21717 | 19 (a) |

|   |   | QUANT SIG | | | | | CONCENTRATIONS | |
|   | Compounds | MASS | RT | EXP RT | REL RT | RESPONSE | ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|   | =========================== | ==== | == | ===== | ===== | ======== | ======= | ====== |
| * | 81 Chrysene-d12 | 240 | 11.564 | 11.570 | (1.000) | 1818960 | 40.0000 | |
|   | 63 bis(2-Ethylhexyl)phthalate | 149 | 11.571 | 11.577 | (1.001) | 69179 | 1.93024 | 160(a) |
|   | 62 Chrysene | 228 | 11.592 | 11.605 | (1.002) | 5601 | 0.12737 | 11(a) |
| * | 84 Perylene-d12 | 264 | 13.472 | 13.474 | (1.000) | 1185560 | 40.0000 | |

QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).

Data File: u71055.d

Date: 27-OCT-2011 03:58

Client ID: TP-4

Sample Info: 460-32787-A-3-A

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u71055.d

Date: 27-OCT-2011 03:58

Client ID: TP-4

Sample Info: 460-32787-A-3-A

61 Benzo(a)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4

10/28/2011

Lab Name: TestAmerica Edison                    Job No.: 460-32787-1

SDG No.:

Client Sample ID: TP-5                          Lab Sample ID: 460-32787-4

Matrix: Solid                                   Lab File ID: u71056.d

Analysis Method: 8270C                          Date Collected: 10/24/2011  16:08

Extract. Method: 3541                           Date Extracted: 10/26/2011  13:00

Sample wt/vol: 15.01(g)                         Date Analyzed: 10/27/2011  04:18

Con. Extract Vol.: 1(mL)                        Dilution Factor: 1

Injection Volume: 1(uL)                         Level: (low/med)  Low

% Moisture: 21.7                                GPC Cleanup:(Y/N)  N

Analysis Batch No.: 90958                        Units: ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|-----|------|
| 91-20-3 | Naphthalene | 420 | U | 420 | 62 |
| 208-96-8 | Acenaphthylene | 420 | U | 420 | 60 |
| 83-32-9 | Acenaphthene | 420 | U | 420 | 60 |
| 86-73-7 | Fluorene | 420 | U | 420 | 71 |
| 85-01-8 | Phenanthrene | 420 | U | 420 | 74 |
| 120-12-7 | Anthracene | 420 | U | 420 | 75 |
| 206-44-0 | Fluoranthene | 420 | U | 420 | 70 |
| 129-00-0 | Pyrene | 90 | J | 420 | 73 |
| 56-55-3 | Benzo[a]anthracene | 31 | J | 42 | 7.8 |
| 218-01-9 | Chrysene | 420 | U | 420 | 61 |
| 205-99-2 | Benzo[b]fluoranthene | 19 | J | 42 | 6.3 |
| 207-08-9 | Benzo[k]fluoranthene | 42 | U | 42 | 5.9 |
| 50-32-8 | Benzo[a]pyrene | 16 | J | 42 | 5.2 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 42 | U | 42 | 6.8 |
| 53-70-3 | Dibenz(a,h)anthracene | 42 | U | 42 | 5.1 |
| 191-24-2 | Benzo[g,h,i]perylene | 420 | U | 420 | 45 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 66 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 90 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 64 | | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/u71056.d
Report Date: 27-Oct-2011 09:21


                              TestAmerica

                  SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/u71056.d
Lab Smp Id: 460-32787-A-4-A              Client Smp ID: TP-5
Inj Date  : 27-OCT-2011 04:18
Operator  : BNAMS 4                      Inst ID: BNAMS4.i
Smp Info  : 460-32787-A-4-A
Misc Info : 460-32787-A-4-A
Comment   :
Method    : /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/8270C_08SP.m
Meth Date : 27-Oct-2011 01:10 asfawa     Quant Type: ISTD
Cal Date  : 18-OCT-2011 02:46            Cal File: u70773.d
Als bottle: 11
Dil Factor: 1.00000
Integrator: HP RTE                       Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable


        Name          Value              Description
   --------------  --------------  ------------------------
        DF          1.00000         Dilution Factor
        Uf          1.00000         ng unit correction factor
        Vt          1.00000         Volume of final extract (ml)
        Ws         15.01000         Weight of sample extracted (g)
        M          21.70819         % Moisture

Cpnd Variable                   Local Compound Variable
```

|  | Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|---|
| $ | 16 2-Fluorophenol (SUR) | 112 | 3.093 | 3.081 | (0.715) | 1171774 | 53.8272 | 4600 |
| $ | 17 Phenol-d5 (SUR) | 99 | 3.980 | 3.995 | (0.920) | 1581069 | 54.7664 | 4700 |
| * | 79 1,4-Dichlorobenzene-d4 | 152 | 4.326 | 4.333 | (1.000) | 553782 | 40.0000 | |
| $ | 76 Nitrobenzene-d5 (SUR) | 82 | 4.878 | 4.889 | (0.871) | 1208749 | 32.8177 | 2800 |
| * | 80 Naphthalene-d8 | 136 | 5.598 | 5.608 | (1.000) | 2074418 | 40.0000 | |
| $ | 77 2-Fluorobiphenyl (SUR) | 172 | 6.687 | 6.691 | (0.909) | 1367182 | 31.9628 | 2700 |
| * | 82 Acenaphthene-d10 | 164 | 7.356 | 7.361 | (1.000) | 1236059 | 40.0000 | |
| | 42 Acenaphthene | 154 | 7.378 | 7.398 | (1.003) | 3808 | 0.12108 | 10(a) |
| $ | 18 2,4,6-Tribromophenol (SUR) | 330 | 8.137 | 8.140 | (1.106) | 717935 | 64.8880 | 5500 |
| | 115 n-Octadecane | 57 | 8.705 | 8.710 | (0.987) | 4610 | 0.11254 | 9.6(a) |
| * | 83 Phenanthrene-d10 | 188 | 8.820 | 8.820 | (1.000) | 2031544 | 40.0000 | |
| | 56 Fluoranthene | 202 | 10.003 | 10.011 | (1.134) | 57854 | 0.72404 | 62(a) |
| | 57 Pyrene | 202 | 10.222 | 10.233 | (0.884) | 52956 | 1.05336 | 90(a) |

|   | Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|---|
|   |  | ==== | == | ===== | ===== | ======== | ======= | ====== |
| $ | 78 Terphenyl-d14 | 244 | 10.382 | 10.382 | (0.898) | 1847193 | 44.8380 | 3800 |
|   | 61 Benzo(a)anthracene | 228 | 11.537 | 11.556 | (0.998) | 19165 | 0.36574 | 31 (a) |
| * | 81 Chrysene-d12 | 240 | 11.559 | 11.570 | (1.000) | 1648091 | 40.0000 |  |
|   | 63 bis(2-Ethylhexyl)phthalate | 149 | 11.566 | 11.577 | (1.001) | 507021 | 15.6136 | 1300 |
|   | 62 Chrysene | 228 | 11.588 | 11.605 | (1.002) | 9495 | 0.23830 | 20 (a) |
|   | 65 Benzo(b)fluoranthene | 252 | 12.934 | 12.954 | (0.960) | 9270 | 0.22029 | 19 (aM) |
|   | 67 Benzo(a)pyrene | 252 | 13.379 | 13.395 | (0.993) | 6205 | 0.18658 | 16 (aM) |
| * | 84 Perylene-d12 | 264 | 13.466 | 13.474 | (1.000) | 1179649 | 40.0000 |  |

QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
M - Compound response manually integrated.

Data File: u71056.d

Date: 27-OCT-2011 04:18

Client ID: TP-5

Sample Info: 460-32787-A-4-A

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u71056.d

Date: 27-OCT-2011 04:18

Client ID: TP-5

Sample Info: 460-32787-A-4-A

57 Pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/28/2011

Data File: u71056.d

Date: 27-OCT-2011 04:18

Client ID: TP-5

Sample Info: 460-32787-A-4-A

61 Benzo(a)anthracene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u71056.d

Date: 27-OCT-2011 04:18

Client ID: TP-5

Sample Info: 460-32787-A-4-A

65 Benzo(b)fluoranthene

Instrument: BNAMS4.i

Operator: BNAMS 4



Data File: u71056.d

Date: 27-OCT-2011 04:18

Client ID: TP-5

Sample Info: 460-32787-A-4-A

67 Benzo(a)pyrene

Instrument: BNAMS4.i

Operator: BNAMS 4



10/28/2011

Data File: u71056.d
Inj. Date and Time: 27-OCT-2011 04:18
Instrument ID: BNAMS4.i
Client ID: TP-5
Compound:  65 Benzo(b)fluoranthene
CAS #: 205-99-2
Report Date: 10/27/2011

### Processing Integration Results

Not Detected

Expected RT: 12.95



### Manual Integration Results

RT:        12.93

Response: 9270

Amount:    0

Conc:      19



Manually Integrated By: wahied
Manual Integration Reason:

Manual Integration Report

Data File: u71056.d
Inj. Date and Time: 27-OCT-2011 04:18
Instrument ID: BNAMS4.i
Client ID: TP-5
Compound:  67 Benzo(a)pyrene
CAS #: 50-32-8
Report Date: 10/27/2011

Processing Integration Results

RT:          13.47

Response: 4328

Amount:    0

Conc:        11



Manual Integration Results

RT:          13.38

Response: 6205

Amount:    0

Conc:        16



Manually Integrated By: wahied
Manual Integration Reason: Target Peak Misintegrated (extraneous area removed)

FORM VI
GC/MS SEMI VOA INITIAL CALIBRATION DATA
INTERNAL STANDARD CURVE EVALUTION

Lab Name: TestAmerica Edison     Job No.: 460-32787-1     Analy Batch No.: 89979

SDG No.:

Instrument ID: BNAMS4     GC Column: Rtx-5MS    ID: 0.25 (mm)    Heated Purge: (Y/N) N

Calibration Start Date: 10/18/2011 00:54    Calibration End Date: 10/18/2011 02:46    Calibration ID: 12694

Calibration Files:

| LEVEL: | LAB SAMPLE ID: | LAB FILE ID: |
|---|---|---|
| Level 1 | IC 460-89979/4 | u70770.d |
| Level 2 | IC 460-89979/7 | u70773.d |
| Level 3 | IC 460-89979/6 | u70772.d |
| Level 4 | IC 460-89979/2 | u70768.d |
| Level 5 | ICIS 460-89979/2 | u70771.d |
| Level 6 | IC 460-89979/5 | u70769.d |
| | IC 460-89979/3 | |

| ANALYTE | RRF LVL 1 / LVL 6 | RRF LVL 2 | RRF LVL 3 | RRF LVL 4 | RRF LVL 5 | CURVE TYPE | COEFF B | COEFF M1 | COEFF M2 | MIN RRF # | %RSD | MAX %RSD | R^2 OR COD | # | MIN R^2 OR COD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-Naphthylamine | 0 / 0 | 0 | 0 | 0 | 0 | Ave | | | | | | 30.0 | | | |
| 2-Naphthylamine | 0 / 0 | 0 | 0 | 0.0008 | 0 | Ave | | 0.0008 | | | | 15.0 | | | |
| 1,4-Dioxane | 0.8386 / 0.7694 | 0.8462 | 0.7964 | 0.8201 | 0.8536 | Ave | | 0.8207 | | | 4.0 | 15.0 | | | |
| N-Nitrosodimethylamine | 1.3404 / 1.3075 | 1.2557 | 1.2847 | 1.3137 | 1.4518 | Ave | | 1.3257 | | | 5.1 | 15.0 | | | |
| Pyridine | 2.3054 / 2.0423 | 2.0899 | 2.0871 | 2.0407 | 2.1780 | Ave | | 2.1239 | | | 4.8 | 15.0 | | | |
| Benzaldehyde | 2.0667 / +++++ | 1.2703 | 0.8473 | 0.5823 | 0.3606 | Ave | | 1.0255 | | | 65.7 * | 15.0 | | | |
| Phenol | 2.6018 / 2.3546 | 2.5127 | 2.2727 | 2.3930 | 2.3396 | Ave | | 2.4124 | | | 5.1 | 30.0 | | | |
| Aniline | 2.9206 / 2.3637 | 2.8665 | 2.7956 | 2.5586 | 2.6580 | Ave | | 2.6939 | | | 7.8 | 15.0 | | | |
| Bis(2-chloroethyl)ether | 2.8825 / 1.9349 | 2.0453 | 2.0672 | 1.9138 | 1.8228 | QuaF | | 0.5426 | -0.004 | | | | 0.9987 | | 0.9900 |
| 2-Chlorophenol | 1.5088 / 1.3647 | 1.5161 | 1.5195 | 1.3566 | 1.3954 | Ave | | 1.4435 | | | 5.5 | 15.0 | | | |
| Decane | 2.9472 / 1.9184 | 2.7370 | 2.5942 | 2.2111 | 2.0761 | QuaF | | 0.3710 | 0.0263 | | | | 0.9998 | | 0.9900 |
| 1,3-Dichlorobenzene | 1.6792 / 1.3701 | 1.6888 | 1.6284 | 1.4433 | 1.4719 | Ave | | 1.5469 | | | 8.8 | 15.0 | | | |
| 1,4-Dichlorobenzene | 1.5181 / 1.3336 | 1.4914 | 1.5419 | 1.3684 | 1.4050 | Ave | | 1.4431 | | | 5.9 | 30.0 | | | |
| Benzyl alcohol | 0.9793 / 0.8809 | 0.9625 | 0.9678 | 0.9011 | 0.9463 | Ave | | 0.9397 | | | 4.2 | 15.0 | | | |
| 1,2-Dichlorobenzene | 1.6531 / 1.2540 | 1.5743 | 1.4787 | 1.3522 | 1.3233 | Ave | | 1.4393 | | | 10.8 | 15.0 | | | |

Note: The m1 coefficient is the same as the Ave RRF for an Ave curve type.

FORM VI 8270C     **Page 88 of 140**

Lab Name: TestAmerica Edison     Job No.: 460-32787-1     Analy Batch No.: 89979

SDG No.:

Instrument ID: BNAMS4     GC Column: Rtx-5MS     ID: 0.25 (mm)     Heated Purge: (Y/N) N

Calibration Start Date: 10/18/2011 00:54     Calibration End Date: 10/18/2011 02:46     Calibration ID: 12694

| ANALYTE | RRF LVL 1 / LVL 6 | LVL 2 | LVL 3 | LVL 4 | LVL 5 | CURVE TYPE | B | M1 | M2 | MIN RRF | %RSD | MAX %RSD | R^2 OR COD | MIN R^2 OR COD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-Methylphenol | 1.3423 / 1.1628 | 1.3079 | 1.2350 | 1.1633 | 1.1572 | Ave | | 1.2281 | | | 6.6 | 15.0 | | |
| 2,2'-oxybis[1-chloropropane] | 4.0149 / 2.7430 | 3.7650 | 3.5445 | 3.1605 | 2.9006 | Ave | | 3.3548 | | | 15.0 | 15.0 | | |
| o-Toluidine | 3.3550 / 2.8515 | 3.0307 | 3.0094 | 2.7642 | 2.9855 | Ave | | 2.9994 | | | 6.7 | 15.0 | | |
| Acetophenone | 2.2795 / 1.9569 | 2.0374 | 1.9170 | 1.8888 | 1.9196 | Ave | | 1.9999 | | | 7.3 | 15.0 | | |
| 3 & 4 Methylphenol | 1.4460 / 1.1368 | 1.3706 | 1.2386 | 1.1547 | 1.0737 | Ave | | 1.2367 | | | 11.7 | 15.0 | | |
| 4-Methylphenol | 1.4460 / 1.1368 | 1.3706 | 1.2386 | 1.1547 | 1.0737 | Ave | | 1.2367 | | | 11.7 | 15.0 | | |
| N-Nitrosodi-n-propylamine | 1.8220 / 1.2945 | 1.6659 | 1.4736 | 1.3896 | 1.4370 | Ave | | 1.5138 | | 0.0500 | 12.8 | 15.0 | | |
| Hexachloroethane | 0.8156 / 0.6892 | 0.8257 | 0.8346 | 0.7429 | 0.7212 | Ave | | 0.7715 | | | 8.0 | 15.0 | | |
| Nitrobenzene | 1.0823 / 0.6834 | 0.9466 | 0.8562 | 0.8143 | 0.7014 | QuaF | | 1.1097 | 0.1787 | | | | 0.9980 | 0.9900 |
| n,n'-Dimethylaniline | 1.7013 / 1.7884 | 2.1049 | 1.9965 | 1.7905 | 1.7866 | Ave | | 1.8614 | | | 8.3 | 15.0 | | |
| Isophorone | 1.3869 / 1.0969 | 1.3506 | 1.2434 | 1.2772 | 1.1609 | Ave | | 1.2526 | | | 8.8 | 15.0 | | |
| 2-Nitrophenol | 0.2526 / 0.2042 | 0.2498 | 0.2390 | 0.2285 | 0.2251 | Ave | | 0.2332 | | | 7.7 | 30.0 | | |
| 2,4-Dimethylphenol | 0.3695 / 0.2929 | 0.3542 | 0.3106 | 0.3176 | 0.2921 | Ave | | 0.3228 | | | 10.0 | 15.0 | | |
| Bis(2-chloroethoxy)methane | 0.6342 / 0.4846 | 0.6877 | 0.5817 | 0.5944 | 0.5228 | Ave | | 0.5842 | | | 12.6 | 15.0 | | |
| Benzoic acid | 0.0596 / 0.1217 | 0.1021 | 0.0882 | 0.1181 | 0.1185 | LinF | | 0.1199 | | | | | 0.9960 | 0.9900 |
| 2,3,7,8-TCDD (Screen) | +++++ / +++++ | +++++ | +++++ | 0.2203 | +++++ | Ave | | 0.2203 | | | | 15.0 | | |
| 2,4-Dichlorophenol | 0.2764 / 0.2590 | 0.2986 | 0.2902 | 0.2871 | 0.2636 | Ave | | 0.2791 | | | 5.6 | 30.0 | | |
| 1,2,4-Trichlorobenzene | 0.3563 / 0.2952 | 0.3608 | 0.3331 | 0.3235 | 0.3076 | Ave | | 0.3294 | | | 7.9 | 15.0 | | |
| Naphthalene | 1.0414 / 0.8414 | 1.0202 | 0.8856 | 0.9250 | 0.8812 | Ave | | 0.9325 | | | 8.7 | 15.0 | | |
| 4-Chloroaniline | 0.4503 / 0.3579 | 0.4355 | 0.4388 | 0.4187 | 0.3823 | Ave | | 0.4139 | | | 8.8 | 15.0 | | |

Note: The m1 coefficient is the same as Ave RRF for an Ave curve type.

FORM VI 8270C         10/28/2011

FORM VI
GC/MS SEMI VOA INITIAL CALIBRATION DATA
INTERNAL STANDARD CURVE EVALUTION

Lab Name: TestAmerica Edison    Job No.: 460-32787-1    Analy Batch No.: 89979

SDG No.:

Instrument ID: BNAMS4    GC Column: Rtx-5MS    ID: 0.25 (mm)    Heated Purge: (Y/N) N

Calibration Start Date: 10/18/2011 00:54    Calibration End Date: 10/18/2011 02:46    Calibration ID: 12694

| ANALYTE | RRF LVL 1 / LVL 6 | RRF LVL 2 | RRF LVL 3 | RRF LVL 4 | RRF LVL 5 | CURVE TYPE | COEFF B | COEFF M1 | COEFF M2 | # | MIN RRF | %RSD | # | MAX %RSD | # | R^2 OR COD | # | MIN R^2 OR COD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hexachlorobutadiene | 0.3590 / 0.2662 | 0.3311 | 0.3019 | 0.3064 | 0.2752 | Ave | | 0.3066 | | | | 11.3 | | 30.0 | | | | |
| Caprolactam | 0.1246 / 0.1129 | 0.1288 | 0.1348 | 0.1388 | 0.1191 | Ave | | 0.1265 | | | | 7.6 | | 15.0 | | | | |
| 4-Chloro-3-methylphenol | 0.3331 / 0.3338 | 0.3789 | 0.3807 | 0.4147 | 0.3519 | Ave | | 0.3755 | | | | 7.7 | | 30.0 | | | | |
| 2-Methylnaphthalene | 0.7456 / 0.6023 | 0.7118 | 0.6999 | 0.6719 | 0.6509 | Ave | | 0.6804 | | | | 7.4 | | 15.0 | | | | |
| 1-Methylnaphthalene | 0.7255 / 0.6216 | 0.7287 | 0.6810 | 0.6622 | 0.6697 | Ave | | 0.6815 | | | | 6.0 | | 15.0 | | | | |
| Hexachlorocyclopentadiene | 0.4410 / 0.6416 | 0.4077 | 0.4572 | 0.5224 | 0.4849 | QuaF | 2.3509 | 0.8167 | -0.408 | | 0.0500 | | | | | 0.9963 | | 0.9900 |
| 1,2,4,5-Tetrachlorobenzene | 0.8880 / 0.8765 | 0.8257 | 0.8161 | 0.7579 | 0.7362 | Ave | | 0.8167 | | | | 7.5 | | 30.0 | | | | |
| 2-tertbutyl-4-methylphenol | 0.5623 / 0.4610 | 0.5458 | 0.5294 | 0.4915 | 0.4687 | Ave | | 0.5098 | | | | 8.3 | | 15.0 | | | | |
| 2,4,6-Trichlorophenol | 0.4299 / 0.4935 | 0.4712 | 0.4312 | 0.4649 | 0.4385 | Ave | | 0.4549 | | | | 5.7 | | 30.0 | | | | |
| 2,4,5-Trichlorophenol | 0.4865 / 0.5381 | 0.5261 | 0.4508 | 0.4634 | 0.4539 | Ave | | 0.4865 | | | | 7.7 | | 15.0 | | | | |
| Diphenyl | 1.5299 / 1.6279 | 1.6138 | 1.4605 | 1.3599 | 1.4412 | Ave | | 1.5055 | | | | 6.9 | | 15.0 | | | | |
| 2-Chloronaphthalene | 1.3481 / 1.1414 | 1.2487 | 1.1255 | 1.1237 | 1.0983 | Ave | | 1.1810 | | | | 8.2 | | 15.0 | | | | |
| Diphenyl ether | 0.9364 / 0.8269 | 0.9223 | 0.8572 | 0.7857 | 0.7577 | Ave | | 0.8477 | | | | 8.5 | | 15.0 | | | | |
| 2-Nitroaniline | 0.7494 / 0.6179 | 0.8347 | 0.8210 | 0.6783 | 0.6470 | Ave | | 0.7247 | | | | 12.6 | | 15.0 | | | | |
| Dimethylnaphthalene, total | 1.0158 / 1.0092 | 0.9719 | 0.9360 | 0.9252 | 0.9036 | Ave | | 0.9603 | | | | 4.8 | | 15.0 | | | | |
| Dimethyl phthalate | 1.6626 / 1.3821 | 1.6033 | 1.5856 | 1.4693 | 1.3925 | Ave | | 1.5159 | | | | 7.8 | | 15.0 | | | | |
| Coumarin | 0.2435 / 0.1913 | 0.2421 | 0.2336 | 0.2210 | 0.2014 | Ave | | 0.2221 | | | | 9.8 | | 15.0 | | | | |
| 2,6-Dinitrotoluene | 0.2471 / 0.3296 | 0.3319 | 0.3277 | 0.3419 | 0.3360 | Ave | | 0.3190 | | | | 11.2 | | 15.0 | | | | |
| Acenaphthylene | 2.1001 / 1.7758 | 2.0596 | 1.8568 | 1.6951 | 1.6355 | Ave | | 1.8538 | | | | 10.3 | | 15.0 | | | | |
| 3-Nitroaniline | 0.4534 / 0.3471 | 0.4748 | 0.4238 | 0.4045 | 0.3756 | Ave | | 0.4132 | | | | 11.5 | | 15.0 | | | | |

Note: The m1 coefficient is the same as Ave RRF for an Ave curve type.

FORM VI 8270C

FORM VI
GC/MS SEMI VOA INITIAL CALIBRATION DATA
INTERNAL STANDARD CURVE EVALUTION

Lab Name: TestAmerica Edison                Job No.: 460-32787-1                    Analy Batch No.: 89979

SDG No.:

Instrument ID: BNAMS4                GC Column: Rtx-5MS    ID: 0.25 (mm)           Heated Purge: (Y/N) N

Calibration Start Date: 10/18/2011 00:54     Calibration End Date: 10/18/2011 02:46    Calibration ID: 12694

| ANALYTE | RRF | | | | | CURVE TYPE | COEFFICIENT | | | MIN RRF | %RSD | MAX %RSD | R^2 OR COD | MIN R^2 OR COD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LVL 1 / LVL 6 | LVL 2 | LVL 3 | LVL 4 | LVL 5 | | B | M1 | M2 | | | | | |
| 3,5-di-tert-butyl-4-hydroxytol | 1.2647 / 1.2843 | 1.2513 | 1.2138 | 1.1284 | 1.0975 | Ave | | 1.2067 | | | 6.4 | 15.0 | | |
| Acenaphthene | 1.0388 / 1.0880 | 1.0346 | 0.9715 | 0.9763 | 0.9972 | Ave | | 1.0177 | | | 4.4 | 30.0 | | |
| 2,4-Dinitrophenol | 0.0984 / 0.1900 | 0.1237 | 0.1487 | 0.1535 | 0.1731 | QuaF | | 7.1092 | -3.305 | 0.0500 | | | 0.9975 | 0.9900 |
| 4-Nitrophenol | 0.4815 / 0.5060 | 0.4241 | 0.4610 | 0.4803 | 0.4856 | Ave | | 0.4731 | | 0.0500 | 5.9 | 15.0 | | |
| 2,4-Dinitrotoluene | 0.5149 / 0.5425 | 0.4920 | 0.5041 | 0.5257 | 0.4803 | Ave | | 0.5099 | | | 4.4 | 15.0 | | |
| Dibenzofuran | 1.6229 / 1.6573 | 1.5861 | 1.4889 | 1.3939 | 1.4343 | Ave | | 1.5306 | | | 7.0 | 15.0 | | |
| 2,3,4,6-Tetrachlorophenol | 0.4546 / 0.5085 | 0.4651 | 0.4577 | 0.4713 | 0.4708 | Ave | | 0.4713 | | | 4.1 | 30.0 | | |
| Diethyl phthalate | 2.1174 / 1.6922 | 1.8632 | 1.8917 | 1.7998 | 1.6789 | Ave | | 1.8405 | | | 8.7 | 15.0 | | |
| 4-Chlorophenyl phenyl ether | 0.9172 / 0.8758 | 0.8547 | 0.8447 | 0.8299 | 0.7985 | Ave | | 0.8535 | | | 4.8 | 15.0 | | |
| Fluorene | 1.4115 / 1.4058 | 1.3013 | 1.2768 | 1.2495 | 1.2016 | Ave | | 1.3078 | | | 6.5 | 15.0 | | |
| 4-Nitroaniline | 0.4411 / 0.3364 | 0.4473 | 0.4375 | 0.3559 | 0.3315 | Ave | | 0.3916 | | | 14.3 | 15.0 | | |
| 4,6-Dinitro-2-methylphenol | 0.1508 / 0.1928 | 0.1780 | 0.1743 | 0.1717 | 0.2131 | Ave | | 0.1801 | | | 11.7 | 15.0 | | |
| N-Nitrosodiphenylamine | 0.6259 / 0.5517 | 0.6607 | 0.5729 | 0.5176 | 0.6009 | Ave | | 0.5883 | | | 8.8 | 30.0 | | |
| 1,2-Diphenylhydrazine | 1.6333 / 1.4332 | 1.9461 | 1.7650 | 1.5152 | 1.5848 | Ave | | 1.6463 | | | 11.2 | 15.0 | | |
| 4-Bromophenyl phenyl ether | 0.3535 / 0.3434 | 0.3587 | 0.3648 | 0.3398 | 0.3384 | Ave | | 0.3498 | | | 3.1 | 15.0 | | |
| Hexachlorobenzene | 0.3300 / 0.3458 | 0.3779 | 0.3651 | 0.3455 | 0.3802 | Ave | | 0.3574 | | | 5.6 | 15.0 | | |
| Atrazine | 0.3179 / 0.2936 | 0.3161 | 0.3076 | 0.2868 | 0.2931 | Ave | | 0.3025 | | | 4.3 | 15.0 | | |
| Pentachlorophenol | 0.1456 / 0.2285 | 0.1593 | 0.1894 | 0.1964 | 0.2304 | QuaF | | 5.2900 | -1.442 | | | | 0.9950 | 0.9900 |
| n-Octadecane | 0.9581 / 0.6680 | 0.9164 | 0.8451 | 0.7194 | 0.7323 | Ave | | 0.8065 | | | 14.5 | 15.0 | | |
| Phenanthrene | 1.0139 / 0.9548 | 1.0341 | 1.0528 | 0.9426 | 1.0333 | Ave | | 1.0052 | | | 4.5 | 15.0 | | |

Note: The m1 coefficient is the same as Ave RRF for an Ave curve type.

FORM VI 8270C                                    **Page 91 of 140**                      **10/28/2011**

Lab Name: TestAmerica Edison     Job No.: 460-32787-1     Analy Batch No.: 89979

SDG No.:

Instrument ID: BNAMS4     GC Column: Rtx-5MS     ID: 0.25 (mm)     Heated Purge: (Y/N) N

Calibration Start Date: 10/18/2011 00:54     Calibration End Date: 10/18/2011 02:46     Calibration ID: 12694

| ANALYTE | RRF LVL 1 / LVL 6 | RRF LVL 2 | RRF LVL 3 | RRF LVL 4 | RRF LVL 5 | CURVE TYPE | COEFFICIENT B | COEFFICIENT M1 | COEFFICIENT M2 | # | MIN RRF | # | %RSD | MAX %RSD | # | R^2 OR COD | # | MIN R^2 OR COD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anthracene | 1.0664 / 0.9999 | 1.1288 | 1.0749 | 0.9710 | 1.0394 | Ave | | 1.0467 | | | | | 5.4 | 15.0 | | | | |
| Carbazole | 1.0962 / 0.8877 | 1.0598 | 1.0109 | 0.9151 | 0.9419 | Ave | | 0.9853 | | | | | 8.5 | 15.0 | | | | |
| Di-n-butyl phthalate | 2.0812 / 1.6158 | 2.0603 | 1.9360 | 1.7011 | 1.8876 | Ave | | 1.8804 | | | | | 10.0 | 15.0 | | | | |
| Fluoranthene | 1.6632 / 1.3533 | 1.6533 | 1.6891 | 1.5265 | 1.5542 | Ave | | 1.5733 | | | | | 8.0 | 30.0 | | | | |
| Benzidine | 0.5496 / +++++ | 0.6471 | 0.4999 | 0.2510 | 0.2320 | Ave | | 0.4359 | | | | | 42.5 | * 15.0 | | | | |
| Pyrene | 1.2658 / 1.1164 | 1.2438 | 1.2524 | 1.2865 | 1.1560 | Ave | | 1.2202 | | | | | 5.6 | 15.0 | | | | |
| Butyl benzyl phthalate | 0.7644 / 0.6519 | 0.7588 | 0.7429 | 0.7363 | 0.6633 | Ave | | 0.7196 | | | | | 6.8 | 15.0 | | | | |
| Carbamazepine | 0.4004 / 0.4219 | 0.4544 | 0.5042 | 0.4904 | 0.4428 | Ave | | 0.4523 | | | | | 8.8 | 15.0 | | | | |
| 3,3'-Dichlorobenzidine | 0.4957 / 0.3625 | 0.4619 | 0.4685 | 0.4242 | 0.3864 | Ave | | 0.4332 | | | | | 11.9 | 15.0 | | | | |
| Benzo[a]anthracene | 1.6594 / 1.0887 | 1.2563 | 1.2367 | 1.1983 | 1.1240 | QuaF | -0.0413 | 0.7858 | | | | | | | | 0.9998 | | |
| Bis(2-ethylhexyl) phthalate | 0.8168 / 0.7698 | 0.8273 | 0.7969 | 0.7680 | 0.7500 | Ave | | 0.7881 | | | | | 3.9 | 15.0 | | | | |
| Chrysene | 1.0286 / 0.9167 | 1.0335 | 0.9746 | 0.9407 | 0.9082 | Ave | | 0.9671 | | | | | 5.7 | 15.0 | | | | |
| Di-n-octyl phthalate | 1.7502 / 1.8311 | 1.8877 | 1.8376 | 1.7438 | 1.7847 | Ave | | 1.8059 | | | | | 3.1 | 30.0 | | | | |
| Benzo[b]fluoranthene | 1.3302 / 1.4818 | 1.4199 | 1.4850 | 1.3912 | 1.4537 | Ave | | 1.4269 | | | | | 4.2 | 15.0 | | | | |
| Benzo[k]fluoranthene | 1.3317 / 1.0584 | 1.3226 | 1.2200 | 1.2789 | 1.1894 | Ave | | 1.2335 | | | | | 8.3 | 15.0 | | | | |
| Benzo[a]pyrene | 1.1352 / 1.0698 | 1.1887 | 1.1547 | 1.1483 | 1.0701 | Ave | | 1.1278 | | | | | 4.3 | 30.0 | | | | |
| Indeno[1,2,3-cd]pyrene | 0.9894 / 1.0667 | 0.9444 | 0.9362 | 1.0346 | 0.9312 | Ave | | 0.9837 | | | | | 5.8 | 15.0 | | | | |
| Dibenz[a,h]anthracene | 0.7393 / 0.8706 | 0.9470 | 0.8875 | 0.9112 | 0.8535 | Ave | | 0.8682 | | | | | 8.2 | 15.0 | | | | |
| Benzo[g,h,i]perylene | 0.9196 / 0.8394 | 1.0079 | 1.0238 | 0.9350 | 0.8580 | Ave | | 0.9306 | | | | | 8.1 | 15.0 | | | | |
| 2-Fluorophenol | 1.6193 / 1.5682 | 1.6006 | 1.4155 | 1.6188 | 1.6121 | Ave | | 1.5724 | | | | | 5.0 | 15.0 | | | | |

Note: The m1 coefficient is the same as Ave RRF for an Ave curve type.

FORM VI 8270C