FORM VI
GC/MS SEMI VOA INITIAL CALIBRATION DATA
INTERNAL STANDARD CURVE EVALUTION

Lab Name: TestAmerica Edison          Job No.: 460-32787-1                          Analy Batch No.: 89979

SDG No.:

Instrument ID: BNAMS4          GC Column: Rtx-5MS    ID: 0.25 (mm)          Heated Purge: (Y/N) N

Calibration Start Date: 10/18/2011 00:54          Calibration End Date: 10/18/2011 02:46          Calibration ID: 12694

| ANALYTE | RRF | | | | | CURVE TYPE | COEFFICIENT | | | # | MIN RRF | # | %RSD | # | MAX %RSD | # | R^2 OR COD | # | MIN R^2 OR COD |
| | LVL 1 LVL 6 | LVL 2 | LVL 3 | LVL 4 | LVL 5 | | B | M1 | M2 | | | | | | | | | | |
| Phenol-d5 | 2.1786 1.9629 | 2.1811 | 2.0132 | 2.0732 | 2.1024 | Ave | | 2.0852 | | | | | 4.2 | | 15.0 | | | | |
| Nitrobenzene-d5 | 0.8149 0.6389 | 0.7587 | 0.7027 | 0.6985 | 0.6476 | Ave | | 0.7102 | | | | | 9.4 | | 15.0 | | | | |
| 2-Fluorobiphenyl | 1.5387 1.5081 | 1.4262 | 1.2795 | 1.2888 | 1.2640 | Ave | | 1.3842 | | | | | 8.9 | | 15.0 | | | | |
| 2,4,6-Tribromophenol | 0.3658 0.4023 | 0.3405 | 0.3200 | 0.3726 | 0.3471 | Ave | | 0.3580 | | | | | 8.0 | | 15.0 | | | | |
| Terphenyl-d14 | 1.0160 1.0227 | 1.0135 | 0.9784 | 1.0308 | 0.9378 | Ave | | 0.9999 | | | | | 3.5 | | 15.0 | | | | |

Note: The m1 coefficient is the same as Ave RRF for an Ave curve type.

FORM VI 8270C

10/28/2011

Lab Name: TestAmerica Edison          Job No.: 460-32787-1          Analy Batch No.: 89979

SDG No.:

Instrument ID: BNAMS4          GC Column: Rtx-5MS          ID: 0.25 (mm)          Heated Purge: (Y/N) N

Calibration Start Date: 10/18/2011 00:54          Calibration End Date: 10/18/2011 02:46          Calibration ID: 12694

Calibration Files:

| LEVEL: | LAB SAMPLE ID: | LAB FILE ID: |
|---|---|---|
| Level 1 | IC 460-89979/4 | u70770.d |
| Level 2 | IC 460-89979/7 | u70773.d |
| Level 3 | IC 460-89979/6 | u70772.d |
| Level 4 | ICIS 460-89979/2 | u70768.d |
| Level 5 | IC 460-89979/5 | u70771.d |
| Level 6 | IC 460-89979/3 | u70769.d |

| ANALYTE | IS REF | CURVE TYPE | RESPONSE | | | | | | CONCENTRATION (UG/ML) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | LVL 1 LVL 6 | LVL 2 | LVL 3 | LVL 4 | LVL 5 | | LVL 1 LVL 6 | LVL 2 | LVL 3 | LVL 4 | LVL 5 |
| 1-Naphthylamine | ANT | Ave | 0 0 | 0 | 0 | 0 | 0 | | 5.00 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 2-Naphthylamine | ANT | Ave | 0 0 | 0 | 0 | 589 | 0 | | 5.00 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 1,4-Dioxane | DCB | Ave | 34930 836805 | 71781 | 123324 | 350488 | 580330 | | 5.00 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| N-Nitrosodimethylamine | DCB | Ave | 55831 1422013 | 106519 | 198940 | 561444 | 987053 | | 5.00 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Pyridine | DCB | Ave | 96022 2221135 | 177280 | 323193 | 872131 | 1480016 | | 5.00 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Benzaldehyde | DCB | Ave | 86081 +++++ | 107752 | 131213 | 248861 | 245191 | | 5.00 +++++ | 10.0 | 20.0 | 50.0 | 80.0 |
| Phenol | DCB | Ave | 108368 2560830 | 213147 | 351942 | 1022652 | 1590642 | | 5.00 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Aniline | DCB | Ave | 121649 2570648 | 243160 | 432907 | 1093461 | 1807152 | | 5.00 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Bis(2-chloroethyl)ether | DCB | QuaF | 12006 2104320 | 173496 | 320106 | 817871 | 1239330 | | 0.500 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 2-Chlorophenol | DCB | Ave | 62844 1484230 | 128608 | 235301 | 579746 | 948740 | | 5.00 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Decane | DCB | QuaF | 122754 2086365 | 232169 | 401720 | 944945 | 1411517 | | 5.00 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 1,3-Dichlorobenzene | DCB | Ave | 69941 1490032 | 143252 | 252155 | 616825 | 1000705 | | 5.00 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 1,4-Dichlorobenzene | DCB | Ave | 63231 1450426 | 126511 | 238769 | 584794 | 955240 | | 5.00 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Benzyl alcohol | DCB | Ave | 40790 957991 | 81648 | 149868 | 385099 | 643413 | | 5.00 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 1,2-Dichlorobenzene | DCB | Ave | 68853 1363811 | 133544 | 228976 | 577889 | 899676 | | 5.00 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 2-Methylphenol | DCB | Ave | 55908 1264670 | 110941 | 191248 | 497146 | 786744 | | 5.00 120 | 10.0 | 20.0 | 50.0 | 80.0 |

FORM VI 8270C          **Page 94 of 140**          **10/28/2011**

# FORM VI
## GC/MS SEMI VOA INITIAL CALIBRATION DATA
### INTERNAL STANDARD RESPONSE AND CONCENTRATION

Lab Name: TestAmerica Edison

SDG No.:

Instrument ID: BNAMS4

Calibration Start Date: 10/18/2011 00:54

Job No.: 460-32787-1

GC Column: Rtx-5MS   ID: 0.25 (mm)

Calibration End Date: 10/18/2011 02:46

Analy Batch No.: 89979

Heated Purge: (Y/N) N

Calibration ID: 12694

| ANALYTE | IS REF | CURVE TYPE | RESPONSE | | | | | CONCENTRATION (UG/ML) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | LVL 1 / LVL 6 | LVL 2 | LVL 3 | LVL 4 | LVL 5 | LVL 1 / LVL 6 | LVL 2 | LVL 3 | LVL 4 | LVL 5 |
| 2,2'-oxybis[1-chloropropane] | DCB | Ave | 167225 / 2983144 | 319373 | 548884 | 1350690 | 1972121 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| o-Toluidine | DCB | Ave | 139741 / 3101146 | 257085 | 466015 | 1181328 | 2029804 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Acetophenone | DCB | Ave | 94945 / 2128297 | 172830 | 296857 | 807214 | 1305098 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 3 & 4 Methylphenol | DCB | Ave | 60226 / 1236369 | 116268 | 191808 | 493459 | 730028 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 4-Methylphenol | DCB | Ave | 60226 / 1236369 | 116268 | 191808 | 493459 | 730028 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| N-Nitrosodi-n-propylamine | DCB | Ave | 7589 / 1407904 | 141313 | 228197 | 593850 | 976985 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Hexachloroethane | DCB | Ave | 3397 / 749496 | 70043 | 129245 | 317470 | 490351 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Nitrobenzene | NPT | QuaF | 17151 / 2726368 | 292309 | 504221 | 1246747 | 1819712 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| n,n'-Dimethylaniline | DCB | Ave | 7086 / 1944955 | 178555 | 309170 | 765202 | 1214709 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Isophorone | NPT | Ave | 219777 / 4375650 | 417050 | 732251 | 1955341 | 3011641 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 2-Nitrophenol | NPT | Ave | 40030 / 814700 | 77125 | 140759 | 349796 | 584036 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 2,4-Dimethylphenol | NPT | Ave | 58559 / 1168421 | 109379 | 182928 | 486290 | 757765 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Bis(2-chloroethoxy)methane | NPT | Ave | 100493 / 1933307 | 212364 | 342586 | 910050 | 1356188 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Benzoic acid | NPT | LinF | 9452 / 485320 | 31528 | 51958 | 180768 | 307531 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 2,3,7,8-TCDD (Screen) | CRY | Ave | +++++ / +++++ | +++++ | +++++ | 3229 | +++++ | +++++ / +++++ | +++++ | +++++ | 0.500 | +++++ |
| 2,4-Dichlorophenol | NPT | Ave | 43794 / 1033081 | 92201 | 170926 | 439520 | 683885 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 1,2,4-Trichlorobenzene | NPT | Ave | 5646 / 1177513 | 111416 | 196196 | 495342 | 797946 | 0.500 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Naphthalene | NPT | Ave | 165021 / 3356744 | 315030 | 521548 | 1416182 | 2286006 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 4-Chloroaniline | NPT | Ave | 71360 / 1427779 | 134467 | 258431 | 641001 | 991847 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Hexachlorobutadiene | NPT | Ave | 11378 / 1062025 | 102228 | 177795 | 469021 | 713887 | 1.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Caprolactam | NPT | Ave | 13741 / 450563 | 39768 | 79404 | 212524 | 309005 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |

FORM VI 8270C

10/28/2011

FORM VI
GC/MS SEMI VOA INITIAL CALIBRATION DATA
INTERNAL STANDARD RESPONSE AND CONCENTRATION

Lab Name: TestAmerica Edison

SDG No.:

Instrument ID: BNAMS4

Calibration Start Date: 10/18/2011 00:54

Job No.: 460-32787-1

GC Column: Rtx-5MS        ID: 0.25 (mm)

Calibration End Date: 10/18/2011 02:46

Analy Batch No.: 89979

Heated Purge: (Y/N) N

Calibration ID: 12694

| ANALYTE | IS REF | CURVE TYPE | RESPONSE | | | | | CONCENTRATION (UG/ML) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | LVL 1 / LVL 6 | LVL 2 | LVL 3 | LVL 4 | LVL 5 | LVL 1 / LVL 6 | LVL 2 | LVL 3 | LVL 4 | LVL 5 |
| 4-Chloro-3-methylphenol | NPT | Ave | 62297 / 1331728 | 116995 | 224203 | 634828 | 912858 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 2-Methylnaphthalene | NPT | Ave | 118143 / 2402703 | 219797 | 412174 | 1028720 | 1688670 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 1-Methylnaphthalene | NPT | Ave | 114969 / 2479609 | 225013 | 401034 | 1013891 | 1737344 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Hexachlorocyclopentadiene | | QuaF | 34419 / 1098955 | 61399 | 130678 | 404925 | 608523 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 1,2,4,5-Tetrachlorobenzene | NPT | Ave | 692299 / 1501248 | 124328 | 233247 | 587531 | 923887 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 2-tertbutyl-4-methylphenol | NPT | Ave | 89109 / 1838952 | 168550 | 311800 | 752479 | 1215877 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 2,4,6-Trichlorophenol | ANT | Ave | 33548 / 845333 | 70947 | 123237 | 360349 | 550268 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 2,4,5-Trichlorophenol | ANT | Ave | 37967 / 921694 | 79214 | 128838 | 359212 | 569585 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Diphenyl | ANT | Ave | 119390 / 2783376 | 243013 | 417402 | 1054168 | 1808653 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 2-Chloronaphthalene | ANT | Ave | 105207 / 1955053 | 188028 | 321663 | 871110 | 1378262 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Diphenyl ether | ANT | Ave | 73074 / 1416319 | 138879 | 244988 | 609043 | 950803 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 2-Nitroaniline | ANT | Ave | 116964 / 1058372 | 125684 | 234643 | 525818 | 811887 | 10.0 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Dimethylnaphthalene, total | ANT | Ave | 79273 / 1728571 | 146342 | 267511 | 717186 | 1133981 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Dimethyl phthalate | ANT | Ave | 129744 / 2367417 | 241425 | 453141 | 1138994 | 1747442 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Coumarin | NPT | Ave | 385590 / 762967 | 74746 | 137574 | 338313 | 522549 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 2,6-Dinitrotoluene | ANT | Ave | 3857 / 564512 | 49974 | 93661 | 265007 | 421652 | 1.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Acenaphthylene | ANT | Ave | 163886 / 3041678 | 310134 | 530669 | 1314035 | 2052394 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 3-Nitroaniline | ANT | Ave | 70762 / 594500 | 71497 | 121132 | 313578 | 471385 | 10.0 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 3,5-di-tert-butyl-4-hydroxytol | ANT | Ave | 98698 / 2199861 | 188415 | 346897 | 874723 | 1372269 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Acenaphthene | ANT | Ave | 81066 / 1863518 | 155797 | 277647 | 756813 | 1251479 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 2,4-Dinitrophenol | ANT | QuaF | 23046 / 325378 | 37264 | 63740 | 119021 | 217218 | 15.0 / 120 | 20.0 | 30.0 | 50.0 | 80.0 |

10/28/2011

FORM VI 8270C

FORM VI
GC/MS SEMI VOA INITIAL CALIBRATION DATA
INTERNAL STANDARD RESPONSE AND CONCENTRATION

Lab Name: TestAmerica Edison

SDG No.:

Instrument ID: BNAMS4          Job No.: 460-32787-1          Analy Batch No.: 89979

Calibration Start Date: 10/18/2011 00:54     GC Column: Rtx-5MS     ID: 0.25 (mm)     Heated Purge: (Y/N) N

Calibration End Date: 10/18/2011 02:46          Calibration ID: 12694

| ANALYTE | IS REF | CURVE TYPE | RESPONSE | | | | | CONCENTRATION (UG/ML) | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | LVL 1 / LVL 6 | LVL 2 | LVL 3 | LVL 4 | LVL 5 | LVL 1 / LVL 6 | LVL 2 | LVL 3 | LVL 4 | LVL 5 |
| 4-Nitrophenol | ANT | Ave | 112736 / 866649 | 127730 | 197624 | 372329 | 609362 | 15.0 / 120 | 20.0 | 30.0 | 50.0 | 80.0 |
| 2,4-Dinitrotoluene | ANT | Ave | 8037 / 929234 | 74092 | 144057 | 407488 | 602768 | 1.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Dibenzofuran | ANT | Ave | 126650 / 2338689 | 238841 | 422525 | 1080536 | 1799996 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 2,3,4,6-Tetrachlorophenol | ANT | Ave | 35474 / 870912 | 70031 | 130809 | 365321 | 590764 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Diethyl phthalate | ANT | Ave | 165243 / 2898454 | 280560 | 540623 | 1395172 | 2106945 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 4-Chlorophenyl phenyl ether | ANT | Ave | 71581 / 1500089 | 128702 | 241411 | 643312 | 1002105 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Fluorene | ANT | Ave | 110153 / 2407936 | 195950 | 364909 | 968577 | 1507965 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 4-Nitroaniline | ANT | Ave | 68839 / 576120 | 67360 | 125026 | 275903 | 415955 | 10.0 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 4,6-Dinitro-2-methylphenol | PHN | Ave | 58744 / 544989 | 82874 | 117379 | 222434 | 386518 | 15.0 / 120 | 20.0 | 30.0 | 50.0 | 80.0 |
| N-Nitrosodiphenylamine | PHN | Ave | 81260 / 1559683 | 153764 | 257178 | 670721 | 1090034 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 1,2-Diphenylhydrazine | PHN | Ave | 212044 / 4051651 | 452942 | 792325 | 1963399 | 2875090 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 4-Bromophenyl phenyl ether | PHN | Ave | 45899 / 970932 | 83491 | 163757 | 440338 | 613980 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Hexachlorobenzene | PHN | Ave | 4284 / 977474 | 87963 | 163904 | 447665 | 689697 | 0.500 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Atrazine | PHN | Ave | 41276 / 829995 | 73573 | 138103 | 371589 | 531750 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Pentachlorophenol | PHN | QuaF | 56690 / 645877 | 74159 | 127546 | 254455 | 418033 | 15.0 / 120 | 20.0 | 30.0 | 50.0 | 80.0 |
| n-Octadecane | PHN | Ave | 124389 / 1884491 | 213283 | 379345 | 932243 | 1328430 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Phenanthrene | PHN | Ave | 131630 / 2699184 | 240686 | 472589 | 1221446 | 1874602 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Anthracene | PHN | Ave | 138450 / 2826848 | 262721 | 482521 | 1258250 | 1885527 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Carbazole | PHN | Ave | 142320 / 2509472 | 246670 | 453786 | 1185824 | 1708738 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Di-n-butyl phthalate | PHN | Ave | 2702201 / 4568134 | 479529 | 869071 | 2204304 | 3424357 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Fluoranthene | PHN | Ave | 215935 / 3825906 | 384792 | 758254 | 1978043 | 2819465 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |

10/28/2011

FORM VI 8270C

FORM VI

GC/MS SEMI VOA INITIAL CALIBRATION DATA
INTERNAL STANDARD RESPONSE AND CONCENTRATION

Lab Name: TestAmerica Edison

SDG No.:

Instrument ID: BNAMS4  Job No.: 460-32787-1  Analy Batch No.: 89979

Calibration Start Date: 10/18/2011 00:54  GC Column: Rtx-5MS  ID: 0.25(mm)  Heated Purge: (Y/N) N

Calibration End Date: 10/18/2011 02:46  Calibration ID: 12694

| ANALYTE | IS REF | CURVE TYPE | RESPONSE | | | | | CONCENTRATION (UG/ML) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | LVL 1 / LVL 6 | LVL 2 | LVL 3 | LVL 4 | LVL 5 | LVL 1 / LVL 6 | LVL 2 | LVL 3 | LVL 4 | LVL 5 |
| Benzidine | PHN | Ave | 71355 / +++++ | 301221 | 336628 | 325229 | 420887 | 5.00 / 120 | 20.0 | 30.0 | 50.0 | 80.0 |
| Pyrene | CRY | Ave | 207781 / 3626254 | 371827 | 711580 | 1885332 | 2741535 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Butyl benzyl phthalate | CRY | Ave | 125475 / 2117494 | 226850 | 422111 | 1079019 | 1573066 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Carbamazepine | CRY | Ave | 65717 / 1370475 | 135853 | 286451 | 718579 | 1050168 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 3,3'-Dichlorobenzidine | CRY | Ave | 162728 / 1177304 | 276190 | 399252 | 621618 | 916419 | 10.0 / 120 | 20.0 | 30.0 | 50.0 | 80.0 |
| Benzo(a)anthracene | CRY | QuaF | 27238 / 3535978 | 375561 | 702643 | 1755980 | 2665777 | 0.500 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Bis(2-ethylhexyl) phthalate | CRY | Ave | 134071 / 2500387 | 247302 | 452796 | 1125486 | 1778747 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Chrysene | CRY | Ave | 168843 / 2977479 | 308961 | 553732 | 1378499 | 2154051 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Di-n-octyl phthalate | PRY | Ave | 265423 / 4324360 | 479489 | 932022 | 2119821 | 3167365 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Benzo(b)fluoranthene | PRY | Ave | 20173 / 3449432 | 360660 | 753167 | 1691118 | 2579910 | 0.500 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Benzo(k)fluoranthene | PRY | Ave | 20196 / 2499525 | 335958 | 618782 | 1554674 | 2110904 | 0.500 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Benzo(a)pyrene | PRY | Ave | 17216 / 2526582 | 301930 | 585629 | 1395911 | 1899084 | 0.500 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Indeno(1,2,3-cd)pyrene | PRY | Ave | 15005 / 2519094 | 239888 | 474804 | 1257636 | 1652702 | 0.500 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Dibenz(a,h)anthracene | PRY | Ave | 11212 / 2055939 | 240538 | 450117 | 1107697 | 1514741 | 0.500 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Benzo(g,h,i)perylene | PRY | Ave | 139453 / 1082446 | 256028 | 519247 | 1136584 | 1522645 | 0.500 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 2-Fluorophenol | DCB | Ave | 67445 / 1705502 | 135770 | 219188 | 691823 | 1096062 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Phenol-d5 | DCB | Ave | 90740 / 2134803 | 185019 | 311757 | 886016 | 1429406 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Nitrobenzene-d5 | NPT | Ave | 129128 / 2548701 | 234282 | 413833 | 1069360 | 1680124 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 2-Fluorobiphenyl | ANT | Ave | 120078 / 2583147 | 214758 | 365665 | 999047 | 1586246 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| 2,4,6-Tribromophenol | ANT | Ave | 28547 / 689096 | 51280 | 91146 | 288822 | 435548 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |
| Terphenyl-d14 | CRY | Ave | 167766 / 3321730 | 302985 | 555924 | 1510576 | 2224171 | 5.00 / 120 | 10.0 | 20.0 | 50.0 | 80.0 |

10/28/2011

FORM VI 8270C

FORM VI
GC/MS SEMI VOA INITIAL CALIBRATION DATA
INTERNAL STANDARD RESPONSE AND CONCENTRATION

Lab Name: TestAmerica Edison          Job No.: 460-32787-1                    Analy Batch No.: 89979

SDG No.:

Instrument ID: BNAMS4          GC Column: Rtx-5MS        ID: 0.25 (mm)        Heated Purge: (Y/N)  N

Calibration Start Date: 10/18/2011  00:54       Calibration End Date: 10/18/2011  02:46        Calibration ID: 12694

Curve Type Legend:
Ave = Average ISTD
LinF = Linear ISTD forced zero
QuaF = Quadratic ISTD forced zero

10/28/2011

FORM VI 8270C

Lab Name: TestAmerica Edison      Job No.: 460-32787-1

SDG No.:

Lab Sample ID: CCVIS 460-90958/2      Calibration Date: 10/27/2011 00:34

Instrument ID: BNAMS4      Calib Start Date: 10/18/2011 00:54

GC Column: Rtx-5MS    ID: 0.25(mm)      Calib End Date: 10/18/2011 02:46

Lab File ID: u71046.d      Conc. Units: ug/L

| ANALYTE | CURVE TYPE | AVE RRF | RRF | MIN RRF | CALC AMOUNT | SPIKE AMOUNT | %D | MAX %D |
|---|---|---|---|---|---|---|---|---|
| 1,4-Dioxane | Ave | 0.8207 | 0.6448 | | 39300 | 50000 | -21.4* | 20.0 |
| N-Nitrosodimethylamine | Ave | 1.326 | 1.278 | | 48200 | 50000 | -3.6 | 20.0 |
| Pyridine | Ave | 2.124 | 1.939 | | 45600 | 50000 | -8.7 | 20.0 |
| Benzaldehyde | Ave | 1.025 | 0.6154 | | 30000 | 50000 | -40.0* | 20.0 |
| Aniline | Ave | 2.694 | 2.367 | | 43900 | 50000 | -12.1 | 20.0 |
| Phenol | Ave | 2.412 | 2.093 | | 43400 | 50000 | -13.3 | 20.0 |
| Bis(2-chloroethyl)ether | QuaF | 2.111 | 1.823 | | 48700 | 50000 | -2.6 | 20.0 |
| 2-Chlorophenol | Ave | 1.444 | 1.288 | | 44600 | 50000 | -10.8 | 20.0 |
| Decane | QuaF | 2.414 | 2.240 | | 49800 | 50000 | -0.4 | 20.0 |
| 1,3-Dichlorobenzene | Ave | 1.547 | 1.489 | | 48100 | 50000 | -3.7 | 20.0 |
| 1,4-Dichlorobenzene | Ave | 1.443 | 1.428 | | 49500 | 50000 | -1.1 | 20.0 |
| Benzyl alcohol | Ave | 0.9397 | 0.9173 | | 48800 | 50000 | -2.4 | 20.0 |
| 1,2-Dichlorobenzene | Ave | 1.439 | 1.364 | | 47400 | 50000 | -5.2 | 20.0 |
| 2,2'-oxybis[1-chloropropane] | Ave | 3.355 | 2.935 | | 43700 | 50000 | -12.5 | 20.0 |
| 2-Methylphenol | Ave | 1.228 | 1.207 | | 49100 | 50000 | -1.7 | 20.0 |
| Acetophenone | Ave | 2.000 | 1.978 | | 49400 | 50000 | -1.1 | 20.0 |
| N-Nitrosodi-n-propylamine | Ave | 1.514 | 1.209 | 0.0500 | 39900 | 50000 | -20.1* | 20.0 |
| 3 & 4 Methylphenol | Ave | 1.237 | 1.162 | | 47000 | 50000 | -6.0 | 20.0 |
| 4-Methylphenol | Ave | 1.237 | 1.139 | | 46000 | 50000 | -7.9 | 20.0 |
| Hexachloroethane | Ave | 0.7715 | 0.8662 | | 56100 | 50000 | 12.3 | 20.0 |
| n,n'-Dimethylaniline | Ave | 1.861 | 1.953 | | 52500 | 50000 | 4.9 | 20.0 |
| Nitrobenzene | QuaF | 0.8474 | 0.8825 | | 57700 | 50000 | 15.3 | 20.0 |
| Isophorone | Ave | 1.253 | 1.229 | | 49000 | 50000 | -1.9 | 20.0 |
| 2-Nitrophenol | Ave | 0.2332 | 0.2100 | | 45000 | 50000 | -10.0 | 20.0 |
| 2,4-Dimethylphenol | Ave | 0.3228 | 0.3026 | | 46900 | 50000 | -6.3 | 20.0 |
| Bis(2-chloroethoxy)methane | Ave | 0.5842 | 0.5565 | | 47600 | 50000 | -4.7 | 20.0 |
| Benzoic acid | LinF | 0.1014 | 0.1463 | | 61000 | 50000 | 22.0* | 20.0 |
| 2,4-Dichlorophenol | Ave | 0.2791 | 0.2853 | | 51100 | 50000 | 2.2 | 20.0 |
| 1,2,4-Trichlorobenzene | Ave | 0.3294 | 0.3823 | | 58000 | 50000 | 16.0 | 20.0 |
| Naphthalene | Ave | 0.9325 | 0.9207 | | 49400 | 50000 | -1.3 | 20.0 |
| 4-Chloroaniline | Ave | 0.4139 | 0.3541 | | 42800 | 50000 | -14.5 | 20.0 |
| Hexachlorobutadiene | Ave | 0.3066 | 0.3624 | | 59100 | 50000 | 18.2 | 20.0 |
| Caprolactam | Ave | 0.1265 | 0.0996 | | 39400 | 50000 | -21.3* | 20.0 |
| 4-Chloro-3-methylphenol | Ave | 0.3755 | 0.3977 | | 52900 | 50000 | 5.9 | 20.0 |
| 2-Methylnaphthalene | Ave | 0.6804 | 0.6534 | | 48000 | 50000 | -4.0 | 20.0 |
| 1-Methylnaphthalene | Ave | 0.6815 | 0.6155 | | 45200 | 50000 | -9.7 | 20.0 |
| Hexachlorocyclopentadiene | QuaF | 0.4925 | 0.4723 | 0.0500 | 49800 | 50000 | -0.3 | 20.0 |
| 1,2,4,5-Tetrachlorobenzene | Ave | 0.8167 | 0.9304 | | 57000 | 50000 | 13.9 | 20.0 |
| 2-tertbutyl-4-methylphenol | Ave | 0.5098 | 0.4879 | | 47900 | 50000 | -4.3 | 20.0 |
| 2,4,6-Trichlorophenol | Ave | 0.4549 | 0.4811 | | 52900 | 50000 | 5.8 | 20.0 |
| 2,4,5-Trichlorophenol | Ave | 0.4865 | 0.4947 | | 50800 | 50000 | 1.7 | 20.0 |

FORM VII 8270C

```
                                    FORM VII
                  GC/MS SEMI VOA CONTINUING CALIBRATION DATA
```

Lab Name:  TestAmerica Edison          Job No.:  460-32787-1

SDG No.:

Lab Sample ID:  CCVIS 460-90958/2      Calibration Date:  10/27/2011  00:34

Instrument ID:  BNAMS4                 Calib Start Date:  10/18/2011  00:54

GC Column:  Rtx-5MS          ID:  0.25(mm)    Calib End Date:  10/18/2011  02:46

Lab File ID:  u71046.d                 Conc. Units:  ug/L

| ANALYTE | CURVE TYPE | AVE RRF | RRF | MIN RRF | CALC AMOUNT | SPIKE AMOUNT | %D | MAX %D |
|---|---|---|---|---|---|---|---|---|
| Diphenyl | Ave | 1.506 | 1.490 | | 49500 | 50000 | -1.0 | 20.0 |
| 2-Chloronaphthalene | Ave | 1.181 | 1.165 | | 49300 | 50000 | -1.3 | 20.0 |
| Diphenyl ether | Ave | 0.8477 | 0.8769 | | 51700 | 50000 | 3.5 | 20.0 |
| 2-Nitroaniline | Ave | 0.7247 | 0.6520 | | 45000 | 50000 | -10.0 | 20.0 |
| Dimethylnaphthalene, total | Ave | 0.9603 | 0.9203 | | 47900 | 50000 | -4.2 | 20.0 |
| Dimethyl phthalate | Ave | 1.516 | 1.397 | | 46100 | 50000 | -7.9 | 20.0 |
| Coumarin | Ave | 0.2221 | 0.1731 | | 39000 | 50000 | -22.1* | 20.0 |
| 2,6-Dinitrotoluene | Ave | 0.3190 | 0.3084 | | 48300 | 50000 | -3.3 | 20.0 |
| Acenaphthylene | Ave | 1.854 | 1.661 | | 44800 | 50000 | -10.4 | 20.0 |
| 3-Nitroaniline | Ave | 0.4132 | 0.3154 | | 38200 | 50000 | -23.7* | 20.0 |
| 3,5-di-tert-butyl-4-hydroxytol | Ave | 1.207 | 1.352 | | 56000 | 50000 | 12.0 | 20.0 |
| Acenaphthene | Ave | 1.018 | 0.9907 | | 48700 | 50000 | -2.7 | 20.0 |
| 2,4-Dinitrophenol | QuaF | 0.1479 | 0.1698 | 0.0500 | 54400 | 50000 | 8.8 | 20.0 |
| 4-Nitrophenol | Ave | 0.4731 | 0.4488 | 0.0500 | 47400 | 50000 | -5.1 | 20.0 |
| 2,4-Dinitrotoluene | Ave | 0.5099 | 0.4681 | | 45900 | 50000 | -8.2 | 20.0 |
| Dibenzofuran | Ave | 1.531 | 1.589 | | 51900 | 50000 | 3.8 | 20.0 |
| 2,3,4,6-Tetrachlorophenol | Ave | 0.4713 | 0.4745 | | 50300 | 50000 | 0.7 | 20.0 |
| Diethyl phthalate | Ave | 1.841 | 1.719 | | 46700 | 50000 | -6.6 | 20.0 |
| 4-Chlorophenyl phenyl ether | Ave | 0.8535 | 0.9111 | | 53400 | 50000 | 6.8 | 20.0 |
| Fluorene | Ave | 1.308 | 1.346 | | 51500 | 50000 | 3.0 | 20.0 |
| 4-Nitroaniline | Ave | 0.3916 | 0.2755 | | 35200 | 50000 | -29.6* | 20.0 |
| 4,6-Dinitro-2-methylphenol | Ave | 0.1801 | 0.1823 | | 50600 | 50000 | 1.2 | 20.0 |
| N-Nitrosodiphenylamine | Ave | 0.5883 | 0.5711 | | 48500 | 50000 | -2.9 | 20.0 |
| 1,2-Diphenylhydrazine | Ave | 1.646 | 1.651 | | 50100 | 50000 | 0.3 | 20.0 |
| 4-Bromophenyl phenyl ether | Ave | 0.3498 | 0.3871 | | 55300 | 50000 | 10.7 | 20.0 |
| Hexachlorobenzene | Ave | 0.3574 | 0.4019 | | 56200 | 50000 | 12.4 | 20.0 |
| Atrazine | Ave | 0.3025 | 0.2869 | | 47400 | 50000 | -5.2 | 20.0 |
| Pentachlorophenol | QuaF | 0.1916 | 0.1982 | | 48900 | 50000 | -2.2 | 20.0 |
| n-Octadecane | Ave | 0.8065 | 0.7514 | | 46600 | 50000 | -6.8 | 20.0 |
| Phenanthrene | Ave | 1.005 | 1.058 | | 52600 | 50000 | 5.3 | 20.0 |
| Anthracene | Ave | 1.047 | 1.005 | | 48000 | 50000 | -4.0 | 20.0 |
| Carbazole | Ave | 0.9853 | 0.7933 | | 40300 | 50000 | -19.5 | 20.0 |
| Di-n-butyl phthalate | Ave | 1.880 | 1.662 | | 44200 | 50000 | -11.6 | 20.0 |
| Fluoranthene | Ave | 1.573 | 1.409 | | 44800 | 50000 | -10.5 | 20.0 |
| Benzidine | Ave | 0.4359 | 0.1565 | | 17900 | 50000 | -64.1* | 20.0 |
| Pyrene | Ave | 1.220 | 1.429 | | 58600 | 50000 | 17.1 | 20.0 |
| Butyl benzyl phthalate | Ave | 0.7196 | 0.7187 | | 49900 | 50000 | -0.1 | 20.0 |
| 2,3,7,8-TCDD (Screen) | Ave | 0.2203 | 0.1699 | | 386 | 500 | -22.9* | 20.0 |
| Carbamazepine | Ave | 0.4523 | 0.5070 | | 56000 | 50000 | 12.1 | 20.0 |
| 3,3'-Dichlorobenzidine | Ave | 0.4332 | 0.4266 | | 49200 | 50000 | -1.5 | 20.0 |

FORM VII 8270C

Lab Name:  TestAmerica Edison                    Job No.:  460-32787-1

SDG No.:

Lab Sample ID:  CCVIS 460-90958/2               Calibration Date:  10/27/2011  00:34

Instrument ID:  BNAMS4                           Calib Start Date:  10/18/2011  00:54

GC Column:  Rtx-5MS        ID:  0.25(mm)         Calib End Date:  10/18/2011  02:46

Lab File ID:  u71046.d                           Conc. Units:  ug/L

| ANALYTE | CURVE TYPE | AVE RRF | RRF | MIN RRF | CALC AMOUNT | SPIKE AMOUNT | %D | MAX %D |
|---------|-----------|---------|-----|---------|-------------|--------------|-----|--------|
| Benzo[a]anthracene | QuaF | 1.261 | 1.201 | | 50900 | 50000 | 1.8 | 20.0 |
| Bis(2-ethylhexyl) phthalate | Ave | 0.7881 | 0.8104 | | 51400 | 50000 | 2.8 | 20.0 |
| Chrysene | Ave | 0.9671 | 0.8842 | | 45700 | 50000 | -8.6 | 20.0 |
| Di-n-octyl phthalate | Ave | 1.806 | 1.737 | | 48100 | 50000 | -3.8 | 20.0 |
| Benzo[b]fluoranthene | Ave | 1.427 | 1.443 | | 50600 | 50000 | 1.1 | 20.0 |
| Benzo[k]fluoranthene | Ave | 1.234 | 1.179 | | 47800 | 50000 | -4.5 | 20.0 |
| Benzo[a]pyrene | Ave | 1.128 | 0.9746 | | 43200 | 50000 | -13.6 | 20.0 |
| Indeno[1,2,3-cd]pyrene | Ave | 0.9837 | 0.9371 | | 47600 | 50000 | -4.7 | 20.0 |
| Dibenz(a,h)anthracene | Ave | 0.8682 | 0.7363 | | 42400 | 50000 | -15.2 | 20.0 |
| Benzo[g,h,i]perylene | Ave | 0.9306 | 0.7788 | | 41800 | 50000 | -16.3 | 20.0 |
| 2-Fluorophenol | Ave | 1.572 | 1.575 | | 50100 | 50000 | 0.2 | 20.0 |
| Phenol-d5 | Ave | 2.085 | 1.942 | | 46600 | 50000 | -6.9 | 20.0 |
| Nitrobenzene-d5 | Ave | 0.7102 | 0.7466 | | 52600 | 50000 | 5.1 | 20.0 |
| 2-Fluorobiphenyl | Ave | 1.384 | 1.407 | | 50800 | 50000 | 1.7 | 20.0 |
| 2,4,6-Tribromophenol | Ave | 0.3580 | 0.3837 | | 53600 | 50000 | 7.2 | 20.0 |
| Terphenyl-d14 | Ave | 1.000 | 1.078 | | 53900 | 50000 | 7.8 | 20.0 |

FORM VII 8270C

```
Data File: /chem/BNAMS4.i/8270T/10-18-11/18oct11.b/u70767.d
Report Date: 18-Oct-2011 03:13


                              TestAmerica


Data file : /chem/BNAMS4.i/8270T/10-18-11/18oct11.b/u70767.d
Lab Smp Id: DFTPP-1175410
Inj Date  : 18-OCT-2011 00:24
Operator  : BNAMS3                          Inst ID: BNAMS4.i
Smp Info  : DFTPP-1175410
Misc Info : 25ng/uL DFTPP Lot 4589
Comment   :
Method    : /chem/BNAMS4.i/8270T/10-18-11/18oct11.b/BNADFTPP.m
Meth Date : 12-Oct-2011 03:15 asfawa       Quant Type: ESTD
Cal Date  :                                Cal File:
Als bottle: 96                             QC Sample: DFTPP
Dil Factor: 1.00000
Integrator: HP RTE                         Compound Sublist: all.sub
Target Version: 3.50                       Sample Matrix: None



                        CONCENTRATIONS
                      ON-COL   FINAL
   RT   EXP RT  DLT RT  MASS  RESPONSE ( ug/L)  ( ug/L)  TARGET RANGE   RATIO
   ==   ====== =======  ====  ======== =======  =======  ============   =====


   1 dftpp                                 CAS #:
  5.115  5.154  -0.039  198   107949                0.00- 100.00  100.00
  5.115  5.154  -0.039   51    63181               30.00-  60.00   58.53
  5.115  5.154  -0.039   68        0                0.00-   2.00    0.00
  5.115  5.154  -0.039   69    81832                0.00-   0.00   75.81
  5.115  5.154  -0.039   70      406                0.00-   2.00    0.50
  5.115  5.154  -0.039  127    51584               40.00-  60.00   47.79
  5.115  5.154  -0.039  197        0                0.00-   1.00    0.00
  5.115  5.154  -0.039  199     7544                5.00-   9.00    6.99
  5.115  5.154  -0.039  275    24448               10.00-  30.00   22.65
  5.115  5.154  -0.039  365     3914                1.00-   0.00    3.63
  5.115  5.154  -0.039  441    15749                0.01- 100.00   79.61
  5.115  5.154  -0.039  442   100963               40.00- 110.00   93.53
  5.115  5.154  -0.039  443    19782               17.00-  23.00   19.59
-----------------------------------------------------------------------------
```



Data File: u70767.d

Date: 18-OCT-2011 00:24

Client ID:                                        Instrument: BNAMS4.i

Sample Info: DFTPP-1175410                         Operator: BNAMS3

1 dftpp



| m/e | ION ABUNDANCE CRITERIA | % RELATIVE ABUNDANCE |
|-----|------------------------|----------------------|
| 198 | Base Peak, 100% relative abundance | 100.00 |
| 51 | 30.00 - 60.00% of mass 198 | 58.53 |
| 68 | Less than 2.00% of mass 69 | 0.00 ( 0.00) |
| 69 | Mass 69 relative abundance | 75.81 |
| 70 | Less than 2.00% of mass 69 | 0.38 ( 0.50) |
| 127 | 40.00 - 60.00% of mass 198 | 47.79 |
| 197 | Less than 1.00% of mass 198 | 0.00 |
| 199 | 5.00 - 9.00% of mass 198 | 6.99 |
| 275 | 10.00 - 30.00% of mass 198 | 22.65 |
| 365 | Greater than 1.00% of mass 198 | 3.63 |
| 441 | 0.01 - 100.00% of mass 443 | 14.59 ( 79.61) |
| 442 | 40.00 - 110.00% of mass 198 | 93.53 |
| 443 | 17.00 - 23.00% of mass 442 | 18.33 ( 19.59) |

Data File: u70767.d

Date: 18-OCT-2011 00:24

Client ID:                                    Instrument: BNAMS4.i

Sample Info: DFTPP-1175410                     Operator: BNAMS3


                Data File: /chem/BNAMS4.i/8270T/10-18-11/18oct11.b/u70767.d
                Spectrum: Average Spectrum: 5.107 to 5.123 min.
       Location of Maximum: 198.00
         Number of points: 224

| m/z | Y | m/z | Y | m/z | Y | m/z | Y |
|---|---|---|---|---|---|---|---|
| 37.00 | 179 | 113.00 | 114 | 185.00 | 1743 | 258.00 | 3863 |
| 38.00 | 1131 | 116.00 | 497 | 186.00 | 12604 | 259.00 | 527 |
| 39.00 | 5638 | 117.00 | 12363 | 187.00 | 3606 | 265.00 | 1330 |
| 40.00 | 362 | 118.00 | 672 | 188.00 | 328 | 266.00 | 112 |
| 41.00 | 143 | 122.00 | 1358 | 189.00 | 824 | 273.00 | 1715 |
| 43.00 | 388 | 123.00 | 1690 | 190.00 | 110 | 274.00 | 4766 |
| 44.00 | 571 | 124.00 | 1020 | 191.00 | 458 | 275.00 | 24448 |
| 45.00 | 106 | 125.00 | 688 | 192.00 | 1322 | 276.00 | 3418 |
| 50.00 | 17016 | 127.00 | 51584 | 193.00 | 1202 | 277.00 | 2134 |
| 51.00 | 63176 | 128.00 | 4928 | 194.00 | 202 | 278.00 | 146 |
| 52.00 | 3056 | 129.00 | 27704 | 196.00 | 2210 | 283.00 | 157 |
| 55.00 | 676 | 130.00 | 2246 | 198.00 | 107944 | 284.00 | 108 |
| 56.00 | 2182 | 131.00 | 303 | 199.00 | 7544 | 285.00 | 309 |
| 57.00 | 4323 | 133.00 | 101 | 200.00 | 435 | 293.00 | 374 |
| 58.00 | 120 | 134.00 | 657 | 202.00 | 180 | 296.00 | 7955 |
| 61.00 | 791 | 135.00 | 1844 | 203.00 | 687 | 297.00 | 886 |
| 62.00 | 947 | 136.00 | 560 | 204.00 | 3669 | 303.00 | 934 |
| 63.00 | 2382 | 137.00 | 1026 | 205.00 | 6471 | 304.00 | 117 |
| 64.00 | 293 | 138.00 | 102 | 206.00 | 25616 | 314.00 | 426 |
| 65.00 | 1194 | 140.00 | 157 | 207.00 | 3684 | 315.00 | 735 |
| 67.00 | 103 | 141.00 | 3249 | 208.00 | 740 | 316.00 | 419 |
| 69.00 | 81832 | 142.00 | 1084 | 209.00 | 140 | 321.00 | 122 |
| 70.00 | 406 | 143.00 | 643 | 210.00 | 450 | 323.00 | 2472 |
| 73.00 | 572 | 144.00 | 127 | 211.00 | 839 | 324.00 | 414 |
| 74.00 | 5853 | 146.00 | 492 | 215.00 | 112 | 327.00 | 471 |
| 75.00 | 9328 | 147.00 | 1735 | 216.00 | 427 | 328.00 | 125 |
| 76.00 | 3067 | 148.00 | 3811 | 217.00 | 8002 | 332.00 | 108 |
| 77.00 | 55128 | 149.00 | 569 | 218.00 | 909 | 333.00 | 239 |
| 78.00 | 4308 | 151.00 | 318 | 221.00 | 3938 | 334.00 | 1692 |
| 79.00 | 4920 | 153.00 | 949 | 222.00 | 1016 | 335.00 | 338 |
| 80.00 | 3176 | 154.00 | 592 | 223.00 | 1702 | 341.00 | 365 |
| 81.00 | 4494 | 155.00 | 1330 | 224.00 | 15492 | 346.00 | 484 |
| 82.00 | 1107 | 156.00 | 2147 | 225.00 | 3590 | 352.00 | 880 |
| 83.00 | 1116 | 157.00 | 335 | 226.00 | 252 | 353.00 | 641 |
| 84.00 | 101 | 158.00 | 430 | 227.00 | 7709 | 354.00 | 646 |
| 85.00 | 764 | 159.00 | 384 | 228.00 | 1075 | 365.00 | 3914 |
| 86.00 | 1543 | 160.00 | 1072 | 229.00 | 1439 | 366.00 | 532 |
| 87.00 | 544 | 161.00 | 1200 | 230.00 | 103 | 371.00 | 178 |
| 91.00 | 1433 | 162.00 | 239 | 231.00 | 673 | 372.00 | 1401 |
| 92.00 | 1243 | 165.00 | 952 | 233.00 | 141 | 373.00 | 370 |

| | | | | | | | |
|--------|-------|--------|------|--------|-------|--------|--------|
| 93.00  | 9006  | 166.00 | 811  | 234.00 | 452   | 383.00 | 406    |
| 94.00  | 501   | 167.00 | 4828 | 235.00 | 447   | 390.00 | 180    |
| 96.00  | 351   | 168.00 | 2055 | 236.00 | 357   | 402.00 | 741    |
| 97.00  | 133   | 169.00 | 478  | 237.00 | 496   | 403.00 | 683    |
| 98.00  | 6007  | 170.00 | 124  | 240.00 | 137   | 404.00 | 116    |
| 99.00  | 4019  | 171.00 | 124  | 241.00 | 437   | 421.00 | 716    |
| 100.00 | 291   | 172.00 | 412  | 242.00 | 763   | 422.00 | 280    |
| 101.00 | 2124  | 173.00 | 564  | 243.00 | 478   | 423.00 | 5225   |
| 103.00 | 868   | 174.00 | 859  | 244.00 | 12116 | 424.00 | 782    |
| 104.00 | 1552  | 175.00 | 1814 | 245.00 | 1733  | 441.00 | 15749  |
| 105.00 | 1433  | 176.00 | 389  | 246.00 | 2962  | 442.00 | 100960 |
| 106.00 | 226   | 177.00 | 958  | 247.00 | 477   | 443.00 | 19776  |
| 107.00 | 15945 | 179.00 | 3846 | 249.00 | 327   | 444.00 | 1629   |
| 108.00 | 2218  | 180.00 | 2523 | 253.00 | 207   |        |        |
| 110.00 | 31240 | 181.00 | 1111 | 255.00 | 59128 |        |        |
| 111.00 | 4798  | 182.00 | 119  | 256.00 | 8436  |        |        |
| 112.00 | 576   | 184.00 | 366  | 257.00 | 697   |        |        |

```
Data File: /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/u71044.d
Report Date: 27-Oct-2011 00:05


                              TestAmerica


Data file : /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/u71044.d
Lab Smp Id: DFTPP-1175410
Inj Date  : 26-OCT-2011 23:38
Operator  : BNAMS3                          Inst ID: BNAMS4.i
Smp Info  : DFTPP-1175410
Misc Info : 25ng/uL DFTPP Lot 4589
Comment   :
Method    : /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/BNADFTPP.m
Meth Date : 12-Oct-2011 03:15 asfawa       Quant Type: ESTD
Cal Date  :                                Cal File:
Als bottle: 96                             QC Sample: DFTPP
Dil Factor: 1.00000
Integrator: HP RTE                         Compound Sublist: all.sub
Target Version:  3.50                      Sample Matrix: None



                       CONCENTRATIONS
                      ON-COL   FINAL
   RT  EXP RT  DLT RT  MASS  RESPONSE ( ug/L) ( ug/L)  TARGET RANGE   RATIO
   ==  ====== ======= ====  ======== ======= =======  ============   =====


    1 dftpp                              CAS #:
  5.011  5.154  -0.143  198   61730              0.00- 100.00  100.00
  5.011  5.154  -0.143   51   33889             30.00-  60.00   54.90
  5.011  5.154  -0.143   68      0              0.00-   2.00    0.00
  5.011  5.154  -0.143   69   44448             0.00-   0.00   72.00
  5.011  5.154  -0.143   70      0              0.00-   2.00    0.00
  5.011  5.154  -0.143  127   27958            40.00-  60.00   45.29
  5.011  5.154  -0.143  197      0              0.00-   1.00    0.00
  5.011  5.154  -0.143  199    4144             5.00-   9.00    6.71
  5.011  5.154  -0.143  275   13909            10.00-  30.00   22.53
  5.011  5.154  -0.143  365    2550             1.00-   0.00    4.13
  5.011  5.154  -0.143  441    8846             0.01- 100.00   76.22
  5.011  5.154  -0.143  442   59946            40.00- 110.00   97.11
  5.011  5.154  -0.143  443   11606            17.00-  23.00   19.36
-----------------------------------------------------------------------
```

Data File: u71044.d

Date: 26-OCT-2011 23:38

Client ID:                                    Instrument: BNAMS4.i

Sample Info: DFTPP-1175410                     Operator: BNAMS3



Data File: u71044.d

Date: 26-OCT-2011 23:38

Client ID:                                          Instrument: BNAMS4.i

Sample Info: DFTPP-1175410                           Operator: BNAMS3

  1 dftpp



| m/e | ION ABUNDANCE CRITERIA | % RELATIVE ABUNDANCE |
|-----|------------------------|----------------------|
| 198 | Base Peak, 100% relative abundance | 100.00 |
| 51 | 30.00 - 60.00% of mass 198 | 54.90 |
| 68 | Less than 2.00% of mass 69 | 0.00 ( 0.00) |
| 69 | Mass 69 relative abundance | 72.00 |
| 70 | Less than 2.00% of mass 69 | 0.00 ( 0.00) |
| 127 | 40.00 - 60.00% of mass 198 | 45.29 |
| 197 | Less than 1.00% of mass 198 | 0.00 |
| 199 | 5.00 - 9.00% of mass 198 | 6.71 |
| 275 | 10.00 - 30.00% of mass 198 | 22.53 |
| 365 | Greater than 1.00% of mass 198 | 4.13 |
| 441 | 0.01 - 100.00% of mass 443 | 14.33 ( 76.22) |
| 442 | 40.00 - 110.00% of mass 198 | 97.11 |
| 443 | 17.00 - 23.00% of mass 442 | 18.80 ( 19.36) |

Data File: u71044.d

Date: 26-OCT-2011 23:38

Client ID:                                    Instrument: BNAMS4.i

Sample Info: DFTPP-1175410                     Operator: BNAMS3


             Data File: /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/u71044.d
                 Spectrum: Average Spectrum: 5.003 to 5.018 min.
        Location of Maximum: 198.00
           Number of points: 189

| m/z | Y | m/z | Y | m/z | Y | m/z | Y |
|-----|-----|-----|-----|-----|-----|-----|-----|
| 38.00 | 600 | 111.00 | 2707 | 180.00 | 1745 | 255.00 | 34160 |
| 39.00 | 2938 | 112.00 | 373 | 181.00 | 652 | 256.00 | 5013 |
| 41.00 | 267 | 113.00 | 105 | 185.00 | 1090 | 257.00 | 299 |
| 43.00 | 283 | 116.00 | 278 | 186.00 | 7807 | 258.00 | 2367 |
| 44.00 | 132 | 117.00 | 8003 | 187.00 | 2232 | 259.00 | 349 |
| 49.00 | 290 | 118.00 | 407 | 188.00 | 220 | 265.00 | 978 |
| 50.00 | 9428 | 122.00 | 519 | 189.00 | 631 | 273.00 | 1015 |
| 51.00 | 33888 | 123.00 | 998 | 191.00 | 184 | 274.00 | 2637 |
| 52.00 | 1668 | 124.00 | 518 | 192.00 | 693 | 275.00 | 13909 |
| 55.00 | 549 | 125.00 | 446 | 193.00 | 672 | 276.00 | 1854 |
| 56.00 | 1231 | 127.00 | 27952 | 196.00 | 1002 | 277.00 | 1394 |
| 57.00 | 2482 | 128.00 | 2204 | 198.00 | 61728 | 278.00 | 125 |
| 58.00 | 107 | 129.00 | 14772 | 199.00 | 4144 | 285.00 | 118 |
| 61.00 | 446 | 130.00 | 1246 | 200.00 | 266 | 293.00 | 260 |
| 62.00 | 439 | 131.00 | 143 | 203.00 | 507 | 296.00 | 4877 |
| 63.00 | 1341 | 132.00 | 102 | 204.00 | 2225 | 297.00 | 624 |
| 64.00 | 245 | 134.00 | 359 | 205.00 | 3836 | 303.00 | 383 |
| 65.00 | 606 | 135.00 | 987 | 206.00 | 14508 | 314.00 | 238 |
| 69.00 | 44448 | 136.00 | 364 | 207.00 | 1999 | 315.00 | 534 |
| 73.00 | 253 | 137.00 | 447 | 208.00 | 533 | 316.00 | 134 |
| 74.00 | 3282 | 140.00 | 109 | 209.00 | 110 | 323.00 | 1631 |
| 75.00 | 5408 | 141.00 | 1646 | 210.00 | 150 | 324.00 | 288 |
| 76.00 | 1651 | 142.00 | 345 | 211.00 | 480 | 327.00 | 243 |
| 77.00 | 31544 | 143.00 | 249 | 215.00 | 129 | 334.00 | 1070 |
| 78.00 | 2467 | 146.00 | 252 | 216.00 | 398 | 335.00 | 152 |
| 79.00 | 2961 | 147.00 | 736 | 217.00 | 4429 | 341.00 | 105 |
| 80.00 | 1799 | 148.00 | 2128 | 218.00 | 449 | 346.00 | 150 |
| 81.00 | 2635 | 149.00 | 285 | 221.00 | 1932 | 352.00 | 412 |
| 82.00 | 517 | 153.00 | 502 | 222.00 | 532 | 353.00 | 214 |
| 83.00 | 553 | 154.00 | 313 | 223.00 | 881 | 354.00 | 378 |
| 85.00 | 343 | 155.00 | 1031 | 224.00 | 9016 | 365.00 | 2550 |
| 86.00 | 725 | 156.00 | 1040 | 225.00 | 2006 | 366.00 | 252 |
| 87.00 | 262 | 157.00 | 144 | 227.00 | 4426 | 372.00 | 782 |
| 91.00 | 767 | 158.00 | 167 | 228.00 | 694 | 373.00 | 114 |
| 92.00 | 776 | 159.00 | 107 | 229.00 | 804 | 383.00 | 110 |
| 93.00 | 5402 | 160.00 | 426 | 231.00 | 194 | 402.00 | 330 |
| 94.00 | 220 | 161.00 | 861 | 234.00 | 125 | 403.00 | 369 |
| 98.00 | 3258 | 165.00 | 590 | 235.00 | 136 | 421.00 | 415 |
| 99.00 | 2321 | 166.00 | 440 | 236.00 | 122 | 422.00 | 332 |
| 100.00 | 157 | 167.00 | 2805 | 237.00 | 194 | 423.00 | 2934 |

| 101.00 | 1151  | 168.00 | 1186 | 241.00 | 115  | 424.00 | 489   |
| 103.00 | 239   | 172.00 | 138  | 242.00 | 442  | 441.00 | 8846  |
| 104.00 | 832   | 173.00 | 362  | 243.00 | 239  | 442.00 | 59944 |
| 105.00 | 817   | 174.00 | 482  | 244.00 | 6468 | 443.00 | 11606 |
| 106.00 | 152   | 175.00 | 1065 | 245.00 | 858  | 444.00 | 815   |
| 107.00 | 9299  | 176.00 | 239  | 246.00 | 1492 |        |       |
| 108.00 | 1317  | 177.00 | 511  | 247.00 | 175  |        |       |
| 110.00 | 16976 | 179.00 | 2268 | 249.00 | 119  |        |       |

Lab Name:  TestAmerica Edison      Job No.:  460-32787-1

SDG No.:

Client Sample ID:          Lab Sample ID:  MB 460-90862/1-A

Matrix:  Solid          Lab File ID:  u71048.d

Analysis Method:  8270C          Date Collected:

Extract. Method:  3541          Date Extracted:  10/26/2011  13:00

Sample wt/vol:  15.04(g)          Date Analyzed:  10/27/2011  01:28

Con. Extract Vol.:  1(mL)          Dilution Factor:  1

Injection Volume:  1(uL)          Level: (low/med)  Low

% Moisture:          GPC Cleanup:(Y/N)  N

Analysis Batch No.:  90958          Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|----|----|
| 91-20-3 | Naphthalene | 330 | U | 330 | 48 |
| 208-96-8 | Acenaphthylene | 330 | U | 330 | 47 |
| 83-32-9 | Acenaphthene | 330 | U | 330 | 47 |
| 86-73-7 | Fluorene | 330 | U | 330 | 56 |
| 85-01-8 | Phenanthrene | 330 | U | 330 | 58 |
| 120-12-7 | Anthracene | 330 | U | 330 | 58 |
| 206-44-0 | Fluoranthene | 330 | U | 330 | 55 |
| 129-00-0 | Pyrene | 330 | U | 330 | 57 |
| 56-55-3 | Benzo[a]anthracene | 33 | U | 33 | 6.1 |
| 218-01-9 | Chrysene | 330 | U | 330 | 48 |
| 205-99-2 | Benzo[b]fluoranthene | 33 | U | 33 | 4.9 |
| 207-08-9 | Benzo[k]fluoranthene | 33 | U | 33 | 4.6 |
| 50-32-8 | Benzo[a]pyrene | 33 | U | 33 | 4.1 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 33 | U | 33 | 5.3 |
| 53-70-3 | Dibenz(a,h)anthracene | 33 | U | 33 | 4.0 |
| 191-24-2 | Benzo[g,h,i]perylene | 330 | U | 330 | 35 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 83 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 101 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 85 | | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/u71048.d
Report Date: 27-Oct-2011 11:47


                              TestAmerica

                  SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/u71048.d
Lab Smp Id: MB 460-90862/1-A
Inj Date  : 27-OCT-2011 01:28
Operator  : BNAMS 4                       Inst ID: BNAMS4.i
Smp Info  : MB 460-90862/1-A
Misc Info : MB 460-90862/1-A
Comment   :
Method    : /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/8270C_08SP.m
Meth Date : 27-Oct-2011 01:10 asfawa     Quant Type: ISTD
Cal Date  : 18-OCT-2011 02:46             Cal File: u70773.d
Als bottle: 3                             QC Sample: BLANK
Dil Factor: 1.00000
Integrator: HP RTE                        Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable


        Name          Value              Description
   --------------  --------------  ------------------------
        DF           1.00000          Dilution Factor
        Uf           1.00000          ng unit correction factor
        Vt           1.00000          Volume of final extract (ml)
        Ws          15.04000          Weight of sample extracted (g)
        M            0.00000          % Moisture

Cpnd Variable                    Local Compound Variable
```

| | | | | | | CONCENTRATIONS | |
|---|---|---|---|---|---|---|---|
| | | QUANT SIG | | | | ON-COLUMN | FINAL |
| Compounds | | MASS | RT | EXP RT | REL RT | RESPONSE | (ug/ml) | (ug/Kg) |
| $ 16 2-Fluorophenol (SUR) | 112 | 3.094 | 3.081 (0.716) | 1497839 | 73.6902 | 4900 |
| $ 17 Phenol-d5 (SUR) | 99 | 3.984 | 3.995 (0.922) | 2005975 | 74.4176 | 4900 |
| * 79 1,4-Dichlorobenzene-d4 | 152 | 4.322 | 4.333 (1.000) | 517073 | 40.0000 | |
| $ 76 Nitrobenzene-d5 (SUR) | 82 | 4.880 | 4.889 (0.872) | 1546484 | 41.5586 | 2800 |
| * 80 Naphthalene-d8 | 136 | 5.598 | 5.608 (1.000) | 2095818 | 40.0000 | |
| $ 77 2-Fluorobiphenyl (SUR) | 172 | 6.686 | 6.691 (0.909) | 1771606 | 42.4924 | 2800 |
| * 82 Acenaphthene-d10 | 164 | 7.356 | 7.361 (1.000) | 1204798 | 40.0000 | |
| 12 4-Nitrophenol | 65 | 7.511 | 7.517 (1.021) | 4459 | 0.31293 | 21(a) |
| $ 18 2,4,6-Tribromophenol (SUR) | 330 | 8.134 | 8.140 (1.106) | 860396 | 79.7816 | 5300 |
| * 83 Phenanthrene-d10 | 188 | 8.815 | 8.820 (1.000) | 2045899 | 40.0000 | |
| $ 78 Terphenyl-d14 | 244 | 10.382 | 10.382 (0.898) | 2428117 | 50.3279 | 3300 |
| * 81 Chrysene-d12 | 240 | 11.564 | 11.570 (1.000) | 1930081 | 40.0000 | |
| * 84 Perylene-d12 | 264 | 13.468 | 13.474 (1.000) | 1410740 | 40.0000 | |

Data File: /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/u71048.d
Report Date: 27-Oct-2011 11:47


QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).

Data File: u71048.d

Date: 27-OCT-2011 01:28

Client ID:

Sample Info: MB 460-90862/1-A

Instrument: BNAMS4.i

Operator: BNAMS 4

