Lab Name:  TestAmerica Edison                     Job No.:  460-32787-1

SDG No.:

Client Sample ID:                                 Lab Sample ID:  LCS 460-90862/2-A

Matrix:  Solid                                    Lab File ID:  u71047.d

Analysis Method:  8270C                           Date Collected:

Extract. Method:  3541                            Date Extracted:  10/26/2011  13:00

Sample wt/vol:  15.01(g)                          Date Analyzed:  10/27/2011  01:07

Con. Extract Vol.:  1(mL)                         Dilution Factor:  1

Injection Volume:  1(uL)                          Level: (low/med)  Low

% Moisture:                                       GPC Cleanup:(Y/N)  N

Analysis Batch No.:  90958                        Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|----|----|
| 91-20-3 | Naphthalene | 2590 | | 330 | 48 |
| 208-96-8 | Acenaphthylene | 2570 | | 330 | 47 |
| 83-32-9 | Acenaphthene | 2800 | | 330 | 47 |
| 86-73-7 | Fluorene | 2850 | | 330 | 56 |
| 85-01-8 | Phenanthrene | 2830 | | 330 | 58 |
| 120-12-7 | Anthracene | 2700 | | 330 | 58 |
| 206-44-0 | Fluoranthene | 2500 | | 330 | 55 |
| 129-00-0 | Pyrene | 3880 | | 330 | 57 |
| 56-55-3 | Benzo[a]anthracene | 3000 | | 33 | 6.1 |
| 218-01-9 | Chrysene | 2750 | | 330 | 48 |
| 205-99-2 | Benzo[b]fluoranthene | 2600 | | 33 | 4.9 |
| 207-08-9 | Benzo[k]fluoranthene | 2850 | | 33 | 4.6 |
| 50-32-8 | Benzo[a]pyrene | 2620 | | 33 | 4.1 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 2930 | | 33 | 5.3 |
| 53-70-3 | Dibenz(a,h)anthracene | 2590 | | 33 | 4.0 |
| 191-24-2 | Benzo[g,h,i]perylene | 2420 | | 330 | 35 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 88 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 111 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 85 | | 40-109 |

FORM I 8270C

```
Data File: /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/u71047.d
Report Date: 27-Oct-2011 08:30


                                TestAmerica

                      SEMI-VOLATILE ORGANIC COMPOUND ANALYSIS
Data file : /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/u71047.d
Lab Smp Id: LCS 460-90862/2-A
Inj Date  : 27-OCT-2011 01:07
Operator  : BNAMS 4                          Inst ID: BNAMS4.i
Smp Info  : LCS 460-90862/2-A
Misc Info : LCS 460-90862/2-A
Comment   :
Method    : /chem/BNAMS4.i/8270T/10-18-11/26oct11a.b/8270C_08SP.m
Meth Date : 27-Oct-2011 01:10 asfawa        Quant Type: ISTD
Cal Date  : 18-OCT-2011 02:46               Cal File: u70773.d
Als bottle: 2                               QC Sample: LCS
Dil Factor: 1.00000
Integrator: HP RTE                          Compound Sublist: all.sub
Target Version: 3.50
Processing Host: hpd1


Concentration Formula: Amt * DF * Uf*1000*Vt/(Ws*(100-M)/100) * CpndVariable


         Name          Value              Description
    --------------  --------------  ------------------------
         DF          1.00000          Dilution Factor
         Uf          1.00000          ng unit correction factor
         Vt          1.00000          Volume of final extract (ml)
         Ws          15.00000         Weight of sample extracted (g)
         M           0.00000          % Moisture

Cpnd Variable                       Local Compound Variable
```

| Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|
| 106 1,4-Dioxane | 88 | 1.759 | 1.707 | (0.406) | 173290 | 19.2224 | 1300 |
| 19 N-Nitrosodimethylamine | 74 | 1.973 | 1.974 | (0.456) | 557100 | 38.2592 | 2600 |
| 71 Pyridine | 79 | 2.002 | 2.003 | (0.462) | 612278 | 26.2449 | 1700 |
| $ 16 2-Fluorophenol (SUR) | 112 | 3.087 | 3.081 | (0.713) | 1315542 | 76.1680 | 5100 |
| 110 Benzaldehyde | 77 | 3.892 | 3.899 | (0.899) | 345733 | 30.6943 | 2000 |
| $ 17 Phenol-d5 (SUR) | 99 | 3.995 | 3.995 | (0.923) | 1745155 | 76.1917 | 5100 |
| 1 Phenol | 94 | 4.010 | 4.010 | (0.926) | 2019074 | 76.1963 | 5100 |
| 73 Aniline | 93 | 4.010 | 4.010 | (0.926) | 992514 | 33.5424 | 2200 |
| 20 bis(2-Chloroethyl)ether | 93 | 4.070 | 4.069 | (0.940) | 819337 | 39.9474 | 2700 |
| 2 2-Chlorophenol | 128 | 4.137 | 4.134 | (0.956) | 1328602 | 83.7917 | 5600 |
| 113 n-decane | 43 | 4.167 | 4.170 | (0.963) | 819646 | 31.3466 | 2100 |
| 21 1,3-Dichlorobenzene | 146 | 4.276 | 4.281 | (0.988) | 625646 | 36.8205 | 2400 |
| * 79 1,4-Dichlorobenzene-d4 | 152 | 4.329 | 4.333 | (1.000) | 439368 | 40.0000 | |

|   | Compounds | QUANT SIG MASS | RT | EXP RT REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|
|   | 22 1,4-Dichlorobenzene | 146 | 4.343 | 4.348 (1.003) | 613061 | 38.6765 | 2600 |
|   | 74 Benzyl Alcohol | 108 | 4.477 | 4.475 (1.034) | 478935 | 46.4020 | 3100 |
|   | 23 1,2-Dichlorobenzene | 146 | 4.499 | 4.497 (1.039) | 620615 | 39.2568 | 2600 |
|   | 3 2-Methylphenol | 108 | 4.595 | 4.601 (1.061) | 1283333 | 95.1360 | 6300 |
|   | 24 bis (2-chloroisopropyl) ether | 45 | 4.602 | 4.601 (1.063) | 1272392 | 34.5296 | 2300 |
|   | 104 Acetophenone | 105 | 4.742 | 4.742 (1.095) | 1025939 | 46.7033 | 3100 |
|   | 4 4-Methylphenol | 108 | 4.764 | 4.757 (1.101) | 1151752 | 84.7832 | 5600 |
|   | 123 3 & 4 Methylphenol | 108 | 4.764 | 4.757 (1.101) | 1151752 | 84.7832 | 5600 |
|   | 25 N-Nitroso-di-n-propylamine | 70 | 4.779 | 4.749 (1.104) | 793134 | 47.6998 | 3200 (M) |
|   | 26 Hexachloroethane | 117 | 4.830 | 4.837 (1.116) | 371304 | 43.8137 | 2900 |
| $ | 76 Nitrobenzene-d5 (SUR) | 82 | 4.889 | 4.889 (0.871) | 1270763 | 44.0086 | 2900 |
|   | 27 Nitrobenzene | 77 | 4.912 | 4.919 (0.875) | 1443226 | 45.0194 | 3000 |
|   | 107 N,N-Dimethylaniline | 120 | 4.912 | 4.919 (1.135) | 820822 | 40.1464 | 2700 |
|   | 28 Isophorone | 82 | 5.177 | 5.155 (0.922) | 1825543 | 35.8451 | 2400 (H) |
|   | 5 2-Nitrophenol | 139 | 5.228 | 5.230 (0.932) | 757352 | 79.8778 | 5300 |
|   | 6 2,4-Dimethylphenol | 122 | 5.288 | 5.289 (0.942) | 1123621 | 85.6063 | 5700 |
|   | 29 bis(2-Chloroethoxy)methane | 93 | 5.370 | 5.370 (0.957) | 977020 | 41.1316 | 2700 |
|   | 15 Benzoic Acid | 122 | 5.503 | 5.451 (0.980) | 479397 | 98.3078 | 6600 (M) |
|   | 7 2,4-Dichlorophenol | 162 | 5.481 | 5.481 (0.977) | 1127063 | 99.3082 | 6600 |
|   | 30 1,2,4-Trichlorobenzene | 180 | 5.554 | 5.556 (0.990) | 632399 | 47.2168 | 3100 (R) |
| * | 80 Naphthalene-d8 | 136 | 5.612 | 5.608 (1.000) | 1626280 | 40.0000 |  |
|   | 31 Naphthalene | 128 | 5.627 | 5.629 (1.003) | 1473893 | 38.8770 | 2600 |
|   | 32 4-Chloroaniline | 127 | 5.687 | 5.689 (1.013) | 494100 | 29.3603 | 2000 |
|   | 33 Hexachlorobutadiene | 225 | 5.760 | 5.762 (1.026) | 559373 | 44.8707 | 3000 |
|   | 111 Caprolactam | 113 | 6.120 | 6.100 (1.091) | 115615 | 22.4776 | 1500 |
|   | 8 4-Chloro-3-methylphenol | 107 | 6.209 | 6.203 (1.106) | 1552377 | 101.680 | 6800 |
|   | 34 2-Methylnaphthalene | 142 | 6.321 | 6.321 (1.126) | 1066484 | 38.5526 | 2600 |
|   | 120 1-Methylnaphthalene | 142 | 6.416 | 6.426 (1.143) | 19555 | 0.70581 | 47 (a) |
|   | 35 Hexachlorocyclopentadiene | 237 | 6.484 | 6.492 (0.881) | 375540 | 36.0460 | 2400 |
|   | 129 1,2,4,5-Tetrachlorobenzene | 216 | 6.499 | 6.499 (0.883) | 839489 | 45.2056 | 3000 |
|   | 9 2,4,6-Trichlorophenol | 196 | 6.618 | 6.619 (0.899) | 990697 | 95.7914 | 6400 |
|   | 10 2,4,5-Trichlorophenol | 196 | 6.670 | 6.662 (0.907) | 959098 | 86.7110 | 5800 |
| $ | 77 2-Fluorobiphenyl (SUR) | 172 | 6.692 | 6.691 (0.910) | 1340918 | 42.6047 | 2800 |
|   | 102 Diphenyl | 154 | 6.796 | 6.789 (0.924) | 1378432 | 40.2670 | 2700 |
|   | 36 2-Chloronaphthalene | 162 | 6.811 | 6.811 (0.926) | 1047182 | 38.9982 | 2600 |
|   | 103 Diphenyl Ether | 170 | 6.892 | 6.892 (0.937) | 811125 | 42.0835 | 2800 |
|   | 37 2-Nitroaniline | 65 | 6.921 | 6.922 (0.941) | 621788 | 37.7342 | 2500 |
|   | 38 Dimethylphthalate | 163 | 7.097 | 7.099 (0.964) | 1522241 | 44.1645 | 2900 |
|   | 40 2,6-Dinitrotoluene | 165 | 7.164 | 7.159 (0.974) | 355207 | 48.9681 | 3300 |
|   | 39 Acenaphthylene | 152 | 7.216 | 7.219 (0.981) | 1626272 | 38.5820 | 2600 |
|   | 41 3-Nitroaniline | 138 | 7.328 | 7.331 (0.996) | 260661 | 27.7436 | 1800 |
| * | 82 Acenaphthene-d10 | 164 | 7.358 | 7.361 (1.000) | 909501 | 40.0000 |  |
|   | 42 Acenaphthene | 154 | 7.395 | 7.398 (1.005) | 972005 | 42.0038 | 2800 |
|   | 11 2,4-Dinitrophenol | 184 | 7.432 | 7.435 (1.010) | 188831 | 53.3425 | 3600 |
|   | 12 4-Nitrophenol | 65 | 7.529 | 7.517 (1.023) | 937219 | 87.1282 | 5800 |
|   | 44 2,4-Dinitrotoluene | 165 | 7.566 | 7.562 (1.028) | 485882 | 41.9068 | 2800 |
|   | 43 Dibenzofuran | 168 | 7.566 | 7.562 (1.028) | 1579038 | 45.3725 | 3000 |

|  | Compounds | QUANT SIG MASS | RT | EXP RT | REL RT | RESPONSE | CONCENTRATIONS ON-COLUMN (ug/ml) | FINAL (ug/Kg) |
|---|---|---|---|---|---|---|---|---|
|  | 130 2,3,4,6-Tetrachlorophenol | 232 | 7.692 | 7.695 | (1.045) | 499658 | 46.6260 | 3100 |
|  | 45 Diethylphthalate | 149 | 7.803 | 7.792 | (1.061) | 1743640 | 41.6649 | 2800 |
|  | 46 4-Chlorophenyl-phenylether | 204 | 7.899 | 7.896 | (1.074) | 873313 | 45.0024 | 3000 |
|  | 47 Fluorene | 166 | 7.899 | 7.903 | (1.074) | 1271926 | 42.7751 | 2800 |
|  | 48 4-Nitroaniline | 138 | 7.951 | 7.941 | (1.081) | 251471 | 28.2426 | 1900 |
|  | 13 4,6-Dinitro-2-methylphenol | 198 | 7.981 | 7.971 | (0.905) | 421966 | 66.2470 | 4400 |
|  | 49 N-Nitrosodiphenylamine | 169 | 8.024 | 8.021 | (0.910) | 846522 | 40.6905 | 2700 |
|  | 75 1,2-Diphenylhydrazine | 77 | 8.054 | 8.051 | (0.913) | 2339850 | 40.1903 | 2700 |
| $ | 18 2,4,6-Tribromophenol (SUR) | 330 | 8.149 | 8.140 | (1.107) | 744882 | 91.4962 | 6100 |
|  | 50 4-Bromophenyl-phenylether | 248 | 8.377 | 8.374 | (0.950) | 546618 | 44.1881 | 2900 |
|  | 51 Hexachlorobenzene | 284 | 8.452 | 8.456 | (0.958) | 611665 | 48.3930 | 3200 |
|  | 112 Atrazine | 200 | 8.555 | 8.552 | (0.970) | 392214 | 36.6601 | 2400 |
|  | 14 Pentachlorophenol | 266 | 8.651 | 8.646 | (0.981) | 639204 | 83.8383 | 5600 |
|  | 115 n-Octadecane | 57 | 8.717 | 8.710 | (0.988) | 1220212 | 42.7801 | 2800 |
| * | 83 Phenanthrene-d10 | 188 | 8.821 | 8.820 | (1.000) | 1414580 | 40.0000 |  |
|  | 52 Phenanthrene | 178 | 8.852 | 8.849 | (1.003) | 1509951 | 42.4739 | 2800 |
|  | 53 Anthracene | 178 | 8.896 | 8.901 | (1.008) | 1497802 | 40.4624 | 2700 |
|  | 54 Carbazole | 167 | 9.059 | 9.055 | (1.027) | 1234968 | 35.4432 | 2400 |
|  | 55 Di-n-butylphthalate | 149 | 9.391 | 9.384 | (1.065) | 2339107 | 35.1758 | 2300 |
|  | 56 Fluoranthene | 202 | 10.013 | 10.011 | (1.135) | 2085076 | 37.4758 | 2500 |
|  | 58 Benzidine | 184 | 10.133 | 10.143 | (1.149) | 46903 | 3.04241 | 200 (aR) |
|  | 57 Pyrene | 202 | 10.236 | 10.233 | (0.885) | 1990777 | 58.2098 | 3900 (R) |
| $ | 78 Terphenyl-d14 | 244 | 10.382 | 10.382 | (0.897) | 1558207 | 55.5996 | 3700 |
|  | 59 Butylbenzylphthalate | 149 | 10.892 | 10.893 | (0.941) | 933511 | 46.2817 | 3100 |
|  | 60 3,3'-Dichlorobenzidine | 252 | 11.523 | 11.521 | (0.996) | 395480 | 32.5714 | 2200 |
|  | 61 Benzo(a)anthracene | 228 | 11.557 | 11.556 | (0.999) | 1499653 | 45.0021 | 3000 |
| * | 81 Chrysene-d12 | 240 | 11.571 | 11.570 | (1.000) | 1121162 | 40.0000 |  |
|  | 63 bis(2-Ethylhexyl)phthalate | 149 | 11.578 | 11.577 | (1.001) | 1105891 | 50.0614 | 3300 |
|  | 62 Chrysene | 228 | 11.606 | 11.605 | (1.003) | 1120696 | 41.3454 | 2800 |
|  | 64 Di-n-octylphthalate | 149 | 12.420 | 12.416 | (0.922) | 1565779 | 44.0332 | 2900 |
|  | 65 Benzo(b)fluoranthene | 252 | 12.955 | 12.954 | (0.961) | 1096604 | 39.0278 | 2600 |
|  | 66 Benzo(k)fluoranthene | 252 | 12.993 | 12.998 | (0.964) | 1038125 | 42.7403 | 2800 |
|  | 67 Benzo(a)pyrene | 252 | 13.393 | 13.395 | (0.994) | 874198 | 39.3652 | 2600 |
| * | 84 Perylene-d12 | 264 | 13.475 | 13.474 | (1.000) | 787639 | 40.0000 |  |
|  | 68 Indeno(1,2,3-cd)pyrene | 276 | 14.976 | 14.979 | (1.111) | 851111 | 43.9377 | 2900 (M) |
|  | 69 Dibenz(a,h)anthracene | 278 | 14.998 | 15.001 | (1.113) | 665074 | 38.9041 | 2600 |
|  | 70 Benzo(g,h,i)perylene | 276 | 15.391 | 15.392 | (1.142) | 666136 | 36.3520 | 2400 |

QC Flag Legend

a - Target compound detected but, quantitated amount
    Below Limit Of Quantitation(BLOQ).
R - Spike/Surrogate failed recovery limits.
M - Compound response manually integrated.
H - Operator selected an alternate compound hit.

Data File: u71047.d
Date: 27-OCT-2011 01:07
Client ID:
Sample Info: LCS 460-90862/2-A

Instrument: BNAMS4.i

Operator: BNAMS 4



Manual Integration Report

Data File: u71047.d
Inj. Date and Time: 27-OCT-2011 01:07
Instrument ID: BNAMS4.i
Client ID:
Compound: 68 Indeno(1,2,3-cd)pyrene
CAS #: 193-39-5
Report Date: 10/27/2011

Processing Integration Results

RT:        14.98

Response: 852755

Amount:     44

Conc:      2935



Manual Integration Results

RT:        14.98

Response: 851111

Amount:     44

Conc:      2929



Manually Integrated By: wahied
Manual Integration Reason: Target Peak Misintegrated (extraneous area removed)

```
                              FORM I
              GC/MS SEMI VOA ORGANICS ANALYSIS DATA SHEET
```

Lab Name:  TestAmerica Edison          Job No.:  460-32787-1

SDG No.:

Client Sample ID:                      Lab Sample ID:  220-16751-C-29-A MS

Matrix:  Solid                         Lab File ID:  u71050.d

Analysis Method:  8270C                Date Collected:  10/19/2011  15:25

Extract. Method:  3541                 Date Extracted:  10/26/2011  13:00

Sample wt/vol:  15.00(g)               Date Analyzed:  10/27/2011  02:08

Con. Extract Vol.:  1(mL)              Dilution Factor:  1

Injection Volume:  1(uL)               Level: (low/med)  Low

% Moisture:  23.7                      GPC Cleanup:(Y/N)  N

Analysis Batch No.:  90958             Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|----|----|
| 91-20-3 | Naphthalene | 3290 | | 430 | 63 |
| 208-96-8 | Acenaphthylene | 3470 | | 430 | 62 |
| 83-32-9 | Acenaphthene | 3560 | | 430 | 62 |
| 86-73-7 | Fluorene | 3820 | | 430 | 73 |
| 85-01-8 | Phenanthrene | 3850 | | 430 | 76 |
| 120-12-7 | Anthracene | 3770 | | 430 | 77 |
| 206-44-0 | Fluoranthene | 3490 | | 430 | 72 |
| 129-00-0 | Pyrene | 5480 | | 430 | 75 |
| 56-55-3 | Benzo[a]anthracene | 4210 | | 43 | 8.0 |
| 218-01-9 | Chrysene | 3840 | | 430 | 63 |
| 205-99-2 | Benzo[b]fluoranthene | 4140 | | 43 | 6.4 |
| 207-08-9 | Benzo[k]fluoranthene | 4140 | | 43 | 6.1 |
| 50-32-8 | Benzo[a]pyrene | 3630 | | 43 | 5.3 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 4250 | | 43 | 6.9 |
| 53-70-3 | Dibenz(a,h)anthracene | 3750 | | 43 | 5.2 |
| 191-24-2 | Benzo[g,h,i]perylene | 3490 | | 430 | 46 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 88 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 119 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 86 | | 40-109 |

FORM I 8270C

```
                                   FORM I
                 GC/MS SEMI VOA ORGANICS ANALYSIS DATA SHEET
```

Lab Name:  TestAmerica Edison           Job No.:  460-32787-1

SDG No.:

Client Sample ID:                       Lab Sample ID:  220-16751-C-29-B MSD

Matrix:  Solid                          Lab File ID:  u71051.d

Analysis Method:  8270C                 Date Collected:  10/19/2011  15:25

Extract. Method:  3541                  Date Extracted:  10/26/2011  13:00

Sample wt/vol:  15.00(g)                Date Analyzed:  10/27/2011  02:28

Con. Extract Vol.:  1(mL)               Dilution Factor:  1

Injection Volume:  1(uL)                Level: (low/med)  Low

% Moisture:  23.7                       GPC Cleanup:(Y/N)  N

Analysis Batch No.:  90958              Units:  ug/Kg

| CAS NO. | COMPOUND NAME | RESULT | Q | RL | MDL |
|---------|---------------|--------|---|----|----|
| 91-20-3 | Naphthalene | 3110 | | 430 | 63 |
| 208-96-8 | Acenaphthylene | 3360 | | 430 | 62 |
| 83-32-9 | Acenaphthene | 3850 | | 430 | 62 |
| 86-73-7 | Fluorene | 3950 | | 430 | 73 |
| 85-01-8 | Phenanthrene | 3910 | | 430 | 76 |
| 120-12-7 | Anthracene | 3710 | | 430 | 77 |
| 206-44-0 | Fluoranthene | 3340 | | 430 | 72 |
| 129-00-0 | Pyrene | 5370 | | 430 | 75 |
| 56-55-3 | Benzo[a]anthracene | 4060 | | 43 | 8.0 |
| 218-01-9 | Chrysene | 3600 | | 430 | 63 |
| 205-99-2 | Benzo[b]fluoranthene | 3600 | | 43 | 6.4 |
| 207-08-9 | Benzo[k]fluoranthene | 4270 | | 43 | 6.1 |
| 50-32-8 | Benzo[a]pyrene | 3450 | | 43 | 5.3 |
| 193-39-5 | Indeno[1,2,3-cd]pyrene | 4200 | | 43 | 6.9 |
| 53-70-3 | Dibenz(a,h)anthracene | 3830 | | 43 | 5.2 |
| 191-24-2 | Benzo[g,h,i]perylene | 3270 | | 430 | 46 |

| CAS NO. | SURROGATE | %REC | Q | LIMITS |
|---------|-----------|------|---|--------|
| 4165-60-0 | Nitrobenzene-d5 | 83 | | 38-105 |
| 1718-51-0 | Terphenyl-d14 | 120 | | 16-151 |
| 321-60-8 | 2-Fluorobiphenyl | 77 | | 40-109 |

FORM I 8270C

Lab Name: **TestAmerica Edison**      Job No.: **460-32787-1**

SDG No.:

Instrument ID: **BNAMS4**      Start Date: **10/18/2011  00:24**

Analysis Batch Number:  **89979**      End Date: **10/18/2011  06:10**

| LAB SAMPLE ID | CLIENT SAMPLE ID | DATE ANALYZED | DILUTION FACTOR | LAB FILE ID | COLUMN ID |
|---|---|---|---|---|---|
| DFTPP 460-89979/1 | | 10/18/2011  00:24 | 1 | u70767.d | Rtx-5MS 0.25(mm) |
| ICIS 460-89979/2 | | 10/18/2011  00:54 | 1 | u70768.d | Rtx-5MS 0.25(mm) |
| IC 460-89979/3 | | 10/18/2011  01:25 | 1 | u70769.d | Rtx-5MS 0.25(mm) |
| IC 460-89979/4 | | 10/18/2011  01:45 | 1 | u70770.d | Rtx-5MS 0.25(mm) |
| IC 460-89979/5 | | 10/18/2011  02:05 | 1 | u70771.d | Rtx-5MS 0.25(mm) |
| IC 460-89979/6 | | 10/18/2011  02:25 | 1 | u70772.d | Rtx-5MS 0.25(mm) |
| IC 460-89979/7 | | 10/18/2011  02:46 | 1 | u70773.d | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/18/2011  04:29 | 1 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/18/2011  04:49 | 1 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/18/2011  05:30 | 1 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/18/2011  05:50 | 1 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/18/2011  06:10 | 1 | | Rtx-5MS 0.25(mm) |

8270C

Lab Name: TestAmerica Edison                          Job No.: 460-32787-1

SDG No.:

Instrument ID: BNAMS4                                 Start Date: 10/26/2011  23:38

Analysis Batch Number:  90958                         End Date: 10/27/2011  10:49

| LAB SAMPLE ID | CLIENT SAMPLE ID | DATE ANALYZED | DILUTION FACTOR | LAB FILE ID | COLUMN ID |
|---|---|---|---|---|---|
| DFTPP 460-90958/1 | | 10/26/2011  23:38 | 1 | u71044.d | Rtx-5MS 0.25(mm) |
| CCVIS 460-90958/2 | | 10/27/2011  00:34 | 1 | u71046.d | Rtx-5MS 0.25(mm) |
| LCS 460-90862/2-A | | 10/27/2011  01:07 | 1 | u71047.d | Rtx-5MS 0.25(mm) |
| MB 460-90862/1-A | | 10/27/2011  01:28 | 1 | u71048.d | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/27/2011  01:48 | 1 | | Rtx-5MS 0.25(mm) |
| 220-16751-C-29-A MS | | 10/27/2011  02:08 | 1 | u71050.d | Rtx-5MS 0.25(mm) |
| 220-16751-C-29-B MSD | | 10/27/2011  02:28 | 1 | u71051.d | Rtx-5MS 0.25(mm) |
| 460-32787-3 | TP-4 | 10/27/2011  03:58 | 1 | u71055.d | Rtx-5MS 0.25(mm) |
| 460-32787-4 | TP-5 | 10/27/2011  04:18 | 1 | u71056.d | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/27/2011  04:38 | 1 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/27/2011  04:59 | 1 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/27/2011  05:19 | 1 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/27/2011  06:40 | 1 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/27/2011  08:42 | 1000 | | Rtx-5MS 0.25(mm) |
| ZZZZZ | | 10/27/2011  09:02 | 10 | | Rtx-5MS 0.25(mm) |
| 460-32787-2 | TP-3 | 10/27/2011  10:29 | 2 | u71074.d | Rtx-5MS 0.25(mm) |
| 460-32787-1 | TP-2 | 10/27/2011  10:49 | 5 | u71075.d | Rtx-5MS 0.25(mm) |

8270C

GC/MS SEMI VOA BATCH WORKSHEET

Lab Name: TestAmerica Edison

SDG No.:

Job No.: 460-32787-1

Batch Number: 90862

Batch Start Date: 10/26/11 13:00

Batch Analyst: Masongo, Charles

Batch Method: 3541

Batch End Date:

| Lab Sample ID | Client Sample ID | Method Chain | Basis | InitialAmount | FinalAmount | SoxThermPosition | OP8270SoilSUR 00002 | op8270sp 00022 |
|---|---|---|---|---|---|---|---|---|
| MB 460-90862/1 | | 3541, 8270C | | 15.04 g | 1 mL | 73 | 500 uL | |
| LCS 460-90862/2 | | 3541, 8270C | | 15.01 g | 1 mL | 74 | 500 uL | 0.5 mL |
| 220-16751-C-29 MS | | 3541, 8270C | T | 15.00 g | 1 mL | 75 | 500 uL | 0.5 mL |
| 220-16751-C-29 MSD | | 3541, 8270C | T | 15.00 g | 1 mL | 76 | 500 uL | 0.5 mL |
| 460-32787-A-1 | TP-2 | 3541, 8270C | T | 15.00 g | 1 mL | 115 | 500 uL | |
| 460-32787-A-2 | TP-3 | 3541, 8270C | T | 15.02 g | 1 mL | 116 | 500 uL | |
| 460-32787-A-3 | TP-4 | 3541, 8270C | T | 15.03 g | 1 mL | 117 | 500 uL | |
| 460-32787-A-4 | TP-5 | 3541, 8270C | T | 15.01 g | 1 mL | 118 | 500 uL | |

Batch Notes

| | |
|---|---|
| Balance ID | 28 |
| Batch Comment | BNA 8270C SOIL |
| Blank Soil Lot Number | K12590 |
| Person's name who did the concentration | CM |
| Vendor lot number | K02E21 |
| Na2SO4 Lot Number | K12590 |
| Person's name who did the prep | CM |
| Person's name who witnessed reagent drop | HP |
| Solvent | MeCl2/Acetone mixture |
| SOP Number | 3541 |
| First Start time | 1pm |

| Basis | Basis Description |
|---|---|
| T | Total/NA |

8270C

# GENERAL CHEMISTRY

Lab Name: TestAmerica Edison          Job Number: 460-32787-1

SDG No.:

Project: Flintkote Rossi

| Client Sample ID | Lab Sample ID |
|---|---|
| TP-2 | 460-32787-1 |
| TP-3 | 460-32787-2 |
| TP-4 | 460-32787-3 |
| TP-5 | 460-32787-4 |

Comments:

Lab Name: TestAmerica Edison          Job Number: 460-32787-1

SDG Number:

Matrix: Solid                         Instrument ID: NOEQUIP

Method: Moisture                      RL Date: 02/15/2007 17:07

| Analyte | Wavelength/ Mass | RL (%) | |
|---------|------------------|--------|---|
| Percent Moisture | | 1 | |
| Percent Solids | | 1 | |

FORM IX - IN

Lab Name: TestAmerica Edison          Job Number: 460-32787-1

SDG Number:

Matrix: Solid                          Instrument ID: NOEQUIP

Method: Moisture                       XRL Date: 01/01/2007 16:49

| Analyte | Wavelength/Mass | XRL (%) | |
|---------|----------------|---------|---|
| Percent Moisture | | 1 | |
| Percent Solids | | 1 | |

Lab Name:  TestAmerica Edison                    Job No.:  460-32787-1

SDG No.:

Instrument ID:  NOEQUIP                           Method:  Moisture

Start Date:  10/25/2011 13:12                     End Date:  10/26/2011 02:04

| Lab Sample ID | D/F | Type | Time | Analytes | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | % Sol | Moist | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:12 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:12 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:12 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:12 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:12 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:30 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:30 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:30 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:30 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:30 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:30 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:30 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:30 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:30 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:30 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:30 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:30 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:30 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:30 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:30 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:30 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:30 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 13:30 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:03 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:03 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:03 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:03 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:03 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:03 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:03 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:03 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:03 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:03 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:03 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:03 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:03 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:03 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:03 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:03 | | | | | | | | | | | | | | | | | | | |

Lab Name:  TestAmerica Edison                    Job No.:  460-32787-1

SDG No.:

Instrument ID:  NOEQUIP                          Method:  Moisture

Start Date:  10/25/2011 13:12                    End Date:  10/26/2011 02:04

| Lab Sample ID | D/F | Type | Time | % Sol | Moist | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZZZZZZ | | | 14:03 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:03 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:03 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 14:44 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:45 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:45 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:45 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:45 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:45 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:45 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:45 | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:45 | | | | | | | | | | | | | | | | | | | |

Lab Name:  TestAmerica Edison                    Job No.:  460-32787-1

SDG No.:

Instrument ID:  NOEQUIP                           Method:  Moisture

Start Date:  10/25/2011 13:12                     End Date:  10/26/2011 02:04

| Lab Sample ID | D / F | T y p e | Time | % S o l | M o i s t | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Analytes | | | | | | | | | | |
| ZZZZZZ | | | 15:45 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:45 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:45 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:45 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:45 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:45 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:45 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:45 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:45 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:45 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:45 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:45 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:45 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 15:45 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 16:30 | | | | | | | | | | | | | | | | | |
| 460-32787-1 | 1 | T | 16:30 | X | X | | | | | | | | | | | | | | | |
| 460-32787-1 DU | 1 | T | 16:30 | X | X | | | | | | | | | | | | | | | |
| 460-32787-2 | 1 | T | 16:37 | X | X | | | | | | | | | | | | | | | |
| 460-32787-3 | 1 | T | 16:37 | X | X | | | | | | | | | | | | | | | |
| 460-32787-4 | 1 | T | 16:37 | X | X | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | |

Lab Name:  TestAmerica Edison                    Job No.:  460-32787-1

SDG No.:

Instrument ID:  NOEQUIP                          Method:  Moisture

Start Date:  10/25/2011 13:12                    End Date:  10/26/2011 02:04

| Lab Sample ID | D/F | Type | Time | % Sol | Moist | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 00:17 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |
| ZZZZZZ | | | 02:04 | | | | | | | | | | | | | | | | | | | | |

Lab Name: TestAmerica Edison          Job No.: 460-32787-1

SDG No.:

Instrument ID: NOEQUIP                Method: Moisture

Start Date: 10/25/2011 13:12          End Date: 10/26/2011 02:04


Prep Types
 T = Total/NA

GENERAL CHEMISTRY BATCH WORKSHEET

Lab Name: TestAmerica Edison          Job No.: 460-32787-1

SDG No.:

Batch Number: 90671          Batch Start Date: 10/25/11  13:12          Batch Analyst: Armbruster, Chris

Batch Method: Moisture          Batch End Date: 10/26/11  14:40

| Lab Sample ID | Client Sample ID | Method Chain | Basis | DISH# | DishWeight | SampleMassWet | SampleMassDry |
|---|---|---|---|---|---|---|---|
| 460-32787-A-1 | TP-2 | Moisture | T | 100 | 1.02 g | 6.15 g | 4.66 g |
| 460-32787-A-1 DU | TP-2 | Moisture | T | 101 | 1.00 g | 6.51 g | 4.81 g |
| 460-32787-A-2 | TP-3 | Moisture | T | 102 | 1.02 g | 6.28 g | 4.63 g |
| 460-32787-A-3 | TP-4 | Moisture | T | 103 | 1.02 g | 6.44 g | 5.22 g |
| 460-32787-A-4 | TP-5 | Moisture | T | 104 | 0.97 g | 6.59 g | 5.37 g |

Batch Notes

| | |
|---|---|
| Balance ID | 104 No Unit |
| Date samples were placed in the oven | 10/25/11 |
| Oven Temp when samples are put in oven | Oven-1 104, Oven-2 103 Degrees C |
| Date samples were removed from oven | 10/26/11 |
| Oven Temp when samples removed from oven | Oven-1 100, Oven-2 97 Degrees C |
| Time Samples were removed from oven | 09:57, 14:13 |
| Oven ID | 1, 2 |
| ID number of the thermometer | 1895, 1840 |
| Uncorrected In Temperature | None Celsius |
| Uncorrected Out Temperature | None Celsius |

| Basis | Basis Description |
|---|---|
| T | Total/NA |

Moisture

# Shipping and Receiving Documents

# TestAmerica

THE LEADER IN ENVIRONMENTAL TESTING

**CHAIN OF CUSTODY / ANALYSIS REQUEST**

777 New Durham Road
Edison, New Jersey 08817
Phone: (732) 549-3900  Fax: (732) 549-3679

| Name ( for report and invoice )<br>Marion Craig | Samplers Name ( Printed )<br>Craig | Site/Project Identification<br>Flintkote Rossi |
|---|---|---|
| Company<br>URS Corp | P.O. #<br>19683858 | State (Location of site): NJ: [X]  NY: [ ]  Other: |
| | | Regulatory Program:  SRP |

| Address<br>201 Willowbrook Blvd | Analysis Turnaround Time | **LAB USE ONLY**<br>Project No: |
|---|---|---|
| City<br>Wayne   State  NJ | Standard [ ]<br>Rush Charges Authorized For: | Job No:<br>32787 |
| Phone<br>973-699-0879   Fax | 2 Week [ ]<br>1 Week [ ]<br>Other [X] 48 hr | Sample<br>Numbers |

ANALYSIS REQUESTED (ENTER 'X' BELOW TO INDICATE REQUEST)

| Sample Identification | Date | Time | Matrix | No. of.<br>Cont. | PAHs | | | | | | | | | | Sample Numbers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TP-2 | 10/24/11 | 1504 | Soil | 1 | ✓ | | | | | | | | | | 1 |
| TP-3 | 10/24/11 | 1525 | Soil | 1 | ✓ | | | | | | | | | | 2 |
| TP-4 | 10/24/11 | 1545 | Soil | 1 | ✓ | | | | | | | | | | 3 |
| TP-5 | 10/24/11 | 16:08 | Soil | 1 | ✓ | | | | | | | | | | 4 |
| | | | | | | | | | | | | | | | |

Preservation Used:  1 = ICE,  2 = HCl,  3 = $H_2SO_4$,  4 = $HNO_3$,  5 = NaOH   Soil:  /

6 = Other _____ , 7 = Other _____   Water:

**Special Instructions**

Water Metals Filtered (Yes/No)?

| Relinquished by<br>Marion Craig | Company<br>URS | Date / Time<br>10/25/11 1107 | Received by<br>1) Lasha Smith | Company<br>TestAmerica |
|---|---|---|---|---|
| Relinquished by<br>2) Lasha Smith | Company<br>TestAmerica | 10/25/11 1200 | Received by<br>2) | Company |
| Relinquished by<br>3) | Company | Date / Time | Received by<br>3) | Company<br>10/25/11  8:00 |
| Relinquished by<br>4) | Company | Date / Time | Received by<br>4) | Company |

#50
2.8

48 hr
RUSH

Laboratory Certifications:  New Jersey (12028),  New York (11452),  Pennsylvania (68-522),  Connecticut (PH-0200),  Rhode Island (132).

Massachusetts (M-NJ312),  North Carolina (No. 578)

TAL - 001

Page 139 of 140

10/28/2011

# Login Sample Receipt Checklist

Client: URS Corporation

**Login Number: 32787**

**List Source: TestAmerica Edison**

**List Number: 1**

**Creator: Meyers, Gary**

| Question | Answer | Comment |
|---|---|---|
| Radioactivity either was not measured or, if measured, is at or below background | N/A | |
| The cooler's custody seal, if present, is intact. | N/A | Not present |
| The cooler or samples do not appear to have been compromised or tampered with. | True | |
| Samples were received on ice. | True | |
| Cooler Temperature is acceptable. | True | |
| Cooler Temperature is recorded. | True | 2.8 C  IR#50 |
| COC is present. | True | |
| COC is filled out in ink and legible. | True | |
| COC is filled out with all pertinent information. | True | |
| Is the Field Sampler's name present on COC? | True | |
| There are no discrepancies between the sample IDs on the containers and the COC. | True | |
| Samples are received within Holding Time. | True | |
| Sample containers have legible labels. | True | |
| Containers are not broken or leaking. | True | |
| Sample collection date/times are provided. | True | |
| Appropriate sample containers are used. | True | |
| Sample bottles are completely filled. | True | |
| Sample Preservation Verified. | True | |
| There is sufficient vol. for all requested analyses, incl. any requested MS/MSDs | True | |
| VOA sample vials do not have headspace or bubble is <6mm (1/4") in diameter. | N/A | |
| Multiphasic samples are not present. | N/A | |
| Samples do not require splitting or compositing. | N/A | |
| Residual Chlorine Checked. | N/A | No analysis requiring residual chlorine check assigned. |